## VIDEO TELECONFERENCE DEPOSITION
## RONALD AMMERMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------

QUENTIN SUTTLES,

                          Plaintiff,

              - vs -      Case No.
                          1:21-cv-897

CITY OF BUFFALO, BUFFALO POLICE
DEPARTMENT, OFFICER RONALD J.
AMMERMAN, OFFICER MICHAEL SCHEU
and JOHN DOES #1-100,


                          Defendants.
----------------------------------------



          Video teleconference deposition of **RONALD**

**AMMERMAN**, Defendant, present at Buffalo Police

Department C-District, 693 East Ferry Street,

Buffalo, New York, taken pursuant to the Federal

Rules of Civil Procedure, connecting to various

locations on February 1, 2024, commencing at

10:21 a.m., before REBECCA R. PERA, Notary Public.


*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1  APPEARANCES:      THE REDDY LAW FIRM LLC,
                      By PRATHIMA REDDY, ESQ.,
 2                    455 Linwood Avenue,
                      Buffalo, New York  14209,
 3                    (716) 725-0139,
                      preddy@thereddylaw.com,
 4                    Appearing for the Plaintiff,
                      via Zoom.
 5
                      CAVETTE CHAMBERS, ESQ.,
 6                    By ANTHONY C. DUDDY, ESQ.,
                      Assistant Corporation Counsel,
 7                    1100 City Hall,
                      65 Niagara Square,
 8                    Buffalo, New York  14202,
                      (716) 851-4334,
 9                    aduddy@buffalony.gov,
                      Appearing for the Defendant,
10                    via Zoom.

11  PRESENT VIA       QUENTIN SUTTLES
    TELEPHONE:
12

13

14

15

16

17

18

19

20

21

22

23
```

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

3

|  |  |  |
|---|---|---|
|  | 1 | **THE REPORTER:**  Ms. Reddy, will you be |
|  | 2 | supplying? |
| 10:21:02 | 3 | **MR. DUDDY:**  We'll supply. |
|  | 4 | **THE REPORTER:**  Okay.  Usual stipulations or |
|  | 5 | read and sign? |
|  | 6 | **MR. DUDDY:**  Read and sign. |
|  | 7 | **THE REPORTER:**  How many days? |
|  | 8 | **MR. DUDDY:**  15. |
|  | 9 | **THE REPORTER:**  Counsel, because the witness |
|  | 10 | is not physically in my presence, pursuant to NY |
|  | 11 | CPLR 3113(d) and Commercial Rule 37, do you |
| 10:21:40 | 12 | stipulate that I can swear the witness remotely? |
| 10:21:40 | 13 | **MS. REDDY:**  Yes. |
| 10:21:41 | 14 | **MR. DUDDY:**  Yes. |
| 10:21:41 | 15 |  |
| 10:21:41 | 16 | **RONALD AMMERMAN,** 693 East Ferry Street, Buffalo, |
| 10:21:41 | 17 | New York 14211, after being duly called and sworn, |
| 10:22:33 | 18 | testified as follows: |
| 10:22:33 | 19 | **EXAMINATION** |
| 10:22:33 | 20 | **BY MS. REDDY:** |
| 10:22:52 | 21 | **Q.**   Good morning, Officer Ammerman. |
| 10:22:54 | 22 | **A.**   Good morning. |
| 10:22:55 | 23 | **Q.**   My name is Prathima Reddy.  I'm an |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

4

10:22:56  1  attorney representing Quentin Suttles in a case

10:23:00  2  against the City of Buffalo, yourself, and Officer

10:23:04  3  Scheu.  I'm here in that capacity today to take

10:23:04  4  your deposition.

10:23:06  5       Have you ever participated in a deposition

10:23:08  6  before?

10:23:08  7       A.  Yes.

10:23:09  8       Q.  In what case?

10:23:12  9       A.  I don't remember who the complainant

10:23:16 10  was, but it was when I was on PPO -- it was --

10:23:20 11  another officer was -- had the case; I was a

10:23:22 12  witness to something.

10:23:23 13       Q.  And was it a civil lawsuit?

10:23:26 14       A.  I believe so, yeah.

10:23:27 15       Q.  Any other depositions you've been in?

10:23:33 16       A.  No, ma'am.

10:23:34 17       Q.  Okay.  And when you say PPO, are you

10:23:39 18  referring to a probationary police officer?

10:23:42 19       A.  Yes, ma'am.

10:23:42 20       Q.  So, as you can tell, we have a court

10:23:42 21  reporter here today.  She's going to be recording

10:23:46 22  all of our statements; so it's important that you

10:23:49 23  allow me to finish my question before you start

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

5

| | | |
|---|---|---|
| 10:23:52 | 1 | your answer, so we can have a clean record this |
| 10:23:55 | 2 | morning. |
| 10:23:55 | 3 | **A.**   Okay. |
| 10:23:56 | 4 | **Q.**   Okay.  Thank you. |
| 10:23:57 | 5 | I also request that you answer all of my |
| 10:23:59 | 6 | questions verbally, because obviously Rebecca |
| 10:24:01 | 7 | cannot record your hand gestures or your head nods; |
| 10:24:04 | 8 | and so we need an affirmative, verbal answer. |
| 10:24:06 | 9 | **A.**   Sounds good. |
| 10:24:07 | 10 | **Q.**   Thank you.  And if you need a break or |
| 10:24:11 | 11 | if you have any questions, you can always ask me to |
| 10:24:14 | 12 | rephrase my question. |
| 10:24:15 | 13 | **A.**   Thank you. |
| 10:24:16 | 14 | **Q.**   Yes.  What is your current job title? |
| 10:24:23 | 15 | **A.**   I'm a policeman for the City of |
| 10:24:26 | 16 | Buffalo. |
| 10:24:26 | 17 | **Q.**   What's your job title? |
| 10:24:28 | 18 | **A.**   Patrol officer. |
| 10:24:31 | 19 | **Q.**   How long have you been a patrol |
| 10:24:38 | 20 | officer? |
| 10:24:38 | 21 | **A.**   Over seven years, going on eight. |
| 10:24:41 | 22 | **Q.**   And what district are you in? |
| 10:24:50 | 23 | **A.**   I'm currently assigned to E-District, |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

6

10:24:54  1   as in Edward.

10:24:55  2        **Q.**   Okay.  How long have you been at -- at

10:24:57  3   Edward?

10:24:58  4        **A.**   About eight months, I believe.

10:25:06  5        **Q.**   What district were you in before

10:25:09  6   Edward?

10:25:09  7        **A.**   C, as in Charlie.

10:25:11  8        **Q.**   How long had you been in the

10:25:15  9   C-District?

10:25:15 10        **A.**   I was in C-District for approximately

10:25:19 11   five and a half years.

10:25:20 12        **Q.**   Okay.  What was your hire date with the

10:25:29 13   City of Buffalo?

10:25:30 14        **A.**   My hire date was 11/04/16.

10:25:34 15        **Q.**   Okay.  Where did you go to high school?

10:25:43 16        **A.**   I went to high school at Williamsville

10:25:46 17   South.

10:25:46 18        **Q.**   Is that in Williamsville?

10:25:50 19        **A.**   Yes, ma'am.

10:25:52 20        **Q.**   What year did you graduate high school?

10:25:56 21        **A.**   2011.

10:26:00 22        **Q.**   What did you do after high school?

10:26:01 23        **A.**   I had multiple jobs.  I moved to

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

7

10:26:06  1   Florida for a little bit, came back.  I worked

10:26:09  2   contracting; I worked at restaurants; I worked

10:26:12  3   security; I worked at a gym.

10:26:19  4          **Q.**   Did you attend college?

10:26:21  5          **A.**   I did.

10:26:21  6          **Q.**   Where did you go to college?

10:26:24  7          **A.**   I went to ECC for two years.

10:26:27  8          **Q.**   Which two years?

10:26:28  9          **A.**   I believe it would be '12, '13.

10:26:36 10          **Q.**   2012 to 2013?

10:26:43 11          **A.**   Yes, ma'am.

10:26:43 12          **Q.**   And did you get a degree there?

10:26:46 13          **A.**   I did.

10:26:47 14          **Q.**   What is your degree in?

10:26:49 15          **A.**   An associate's in criminal justice.

10:26:53 16          **Q.**   Okay.  What did you do after 2013?

10:27:02 17          **A.**   I stayed in Buffalo for, I believe, a

10:27:05 18   year.  And I had a job here working with

10:27:09 19   contracting and working with a gym.

10:27:11 20          **Q.**   Okay.  How many years did you do that?

10:27:18 21          **A.**   Maybe a year to two years.  Maybe a

10:27:20 22   year -- maybe just a year, around, I believe.

10:27:24 23          **Q.**   Okay.  So that brings us to about 2014

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

8

| | | |
|---|---|---|
| 10:27:30 | 1 | to '15; is that right? |
| 10:27:32 | 2 | **A.**   Yep. |
| 10:27:33 | 3 | **Q.**   What did you do next? |
| 10:27:34 | 4 | **A.**   I went to Florida for about six months. |
| 10:27:37 | 5 | I worked for a friend of mine's grandfather for a |
| 10:27:41 | 6 | little bit and then I came back. |
| 10:27:43 | 7 | **Q.**   What did you do for your friend's |
| 10:27:45 | 8 | grandfather? |
| 10:27:46 | 9 | **A.**   He owns a software company and he likes |
| 10:27:54 | 10 | creative input on his website. |
| 10:27:57 | 11 | **Q.**   Okay.  So what made you stop doing |
| 10:28:04 | 12 | that? |
| 10:28:04 | 13 | **A.**   Multiple things.  I missed my family -- |
| 10:28:09 | 14 | my entire family is in Buffalo, that was a big one. |
| 10:28:13 | 15 | And then I didn't see it being something that I |
| 10:28:16 | 16 | could really progress in. |
| 10:28:18 | 17 | **Q.**   When did you return to Buffalo? |
| 10:28:25 | 18 | **A.**   Probably around 2015.  In the beginning |
| 10:28:32 | 19 | of 2015, maybe. |
| 10:28:37 | 20 | **Q.**   Was there a time in 2015 where you |
| 10:28:42 | 21 | joined the academy? |
| 10:28:44 | 22 | **A.**   There was. |
| 10:28:44 | 23 | **Q.**   What prompted you to do that? |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

9

10:28:46  1          **A.**   Ever since I was little I wanted to be

10:28:49  2   a policeman.  My father was a policeman, my

10:28:53  3   grandfather was a policeman.  Just something I

10:28:56  4   wanted to do.

10:28:56  5          **Q.**   Where was your father a policeman?

10:28:58  6          **A.**   In the City of Buffalo.

10:29:01  7          **Q.**   What's his name?

10:29:02  8          **A.**   Ronald Ammerman.

10:29:04  9          **Q.**   What years was he a police officer?

10:29:12 10          **A.**   I don't know exactly.  I think 1996 to

10:29:17 11   2014, I believe -- or, no -- maybe 2015.

10:29:21 12          **Q.**   Did he retire?

10:29:25 13          **A.**   Yes.

10:29:25 14          **Q.**   And where was your grandfather a police

10:29:30 15   officer?

10:29:30 16          **A.**   He was a policeman in the City of

10:29:32 17   Buffalo.

10:29:32 18          **Q.**   What's his name?

10:29:34 19          **A.**   Robert Ammerman.

10:29:37 20          **Q.**   And what years was he a police officer?

10:29:41 21          **A.**   I truly don't know.  '67, I think, is

10:29:45 22   when he, maybe, started.  Yeah.  I think, maybe --

10:29:50 23   no, not '67.  It was maybe earlier than that.  I'm

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

10

10:29:54  1  truly unsure.  I don't know.

10:29:56  2        Q.    Okay.  Did he pass away?

10:29:59  3        A.    He did.

10:30:01  4        Q.    What year?

10:30:03  5        A.    '97.

10:30:04  6        Q.    So, your father, Ronald Ammerman, do

10:30:14  7  you know what district he was in?

10:30:16  8        A.    Yeah.  He worked in specialized units

10:30:20  9  for a lot of his career, called -- MRU is one of

10:30:24 10  them.  And then he spent a lot of his career in

10:30:28 11  E-District, Edward District.

10:30:30 12        Q.    Okay.  Okay.  So you joined the academy

10:30:44 13  sometime in 2015.

10:30:46 14        Do you remember what month?

10:30:47 15        A.    I don't.

10:30:48 16        Q.    And how long is the academy training?

10:30:53 17        A.    Approximately six months.

10:30:55 18        Q.    What district did you do that in?

10:30:57 19        A.    The academy -- so, the academy training

10:31:00 20  is not in a district.  It's at E -- it was at ECC.

10:31:04 21        Q.    Okay.  And what happens after six

10:31:09 22  months of academy training?

10:31:09 23        MR. DUDDY:  (Unintelligible.)

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

11

10:31:09   1          **BY MS. REDDY:**

10:31:13   2          **Q.**   Sorry?

10:31:15   3          **A.**   Oh, I thought he was talking to us.

10:31:17   4          After the academy training you have weeks of

10:31:22   5   field training that you do with a field training

10:31:25   6   officer.

10:31:25   7          **Q.**   Okay.  Is that -- okay.

10:31:32   8          Are you assigned to a district at that time?

10:31:34   9          **A.**   Yes, ma'am.

10:31:35  10          **Q.**   What district were you in?

10:31:37  11          **A.**   I was in A, as in Adam.

10:31:39  12          **Q.**   And who was your field training

10:31:41  13   officer?

10:31:42  14          **A.**   I believe his name is Shawn Zoll.

10:31:57  15          **MS. REDDY:**  Rebecca, do you want to do name

10:31:58  16   spelling as we go or on a break?

          17          **THE REPORTER:**  Sure.  If we could do it as

          18   we go, that would be great.

          19          **BY MS. REDDY:**

          20          **Q.**   Okay.  Officer Ammerman, if you just

          21   say a name that's hard to spell, do you mind

          22   spelling it out for the reporter?

          23          **A.**   Yes, I will.

Ronald Ammerman - Ms. Reddy - 02/01/2024

12

10:32:01  1        Q.   So, for this one, did you know -- you
10:32:01  2   said Zoll?
10:32:06  3        A.   Yes.  It's -- Z, as in zebra, O-L-L.
10:32:09  4        Q.   So, how long are you training with a
10:32:16  5   field training officer at that point?
10:32:17  6        A.   I think it's six weeks or approximately
10:32:21  7   six weeks.
10:32:23  8        Q.   And at that point are you considered a
10:32:25  9   probationary police officer?
10:32:26 10        A.   Yes, ma'am.
10:32:27 11        Q.   And what happens after the six weeks of
10:32:31 12   field training?
10:32:32 13        A.   You continue to be a probationary
10:32:36 14   police officer for a year and six months, so 18
10:32:39 15   months.  And then you are placed into a district to
10:32:43 16   start working as a patrolman.
10:32:45 17        Q.   Okay.  Is that what happened to you?
10:32:47 18        A.   Yes, ma'am.
10:32:47 19        Q.   And what district were you placed in?
10:32:50 20        A.   I was placed in D, as in dog.
10:32:53 21        Q.   How long were you in the D-District?
10:32:57 22        A.   Only a few months.  I'm not sure,
10:33:03 23   exactly.  Between three and six months; I don't

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

13

10:33:06  1   recall.

10:33:06  2        Q.    Okay.  And where did you go after that?

10:33:08  3        A.    Then I went to Charlie District.

10:33:12  4        Q.    And how long were you in the Charlie

10:33:28  5   District?

10:33:28  6        A.    Approximately five and a half years.

10:33:31  7        Q.    What made you change?

10:33:34  8        A.    Multiple thing -- multiple reasons why

10:33:37  9   I changed.

10:33:39  10       Q.    Can you --

10:33:40  11       A.    To name a few:  My father worked almost

10:33:44  12  his entire career at E.  I always thought it would

10:33:47  13  be cool to work where he worked.  My grandfather

10:33:48  14  worked part of his career in E.

10:33:50  15       And after working five and a half years in

10:33:52  16  the same district, it's -- it's nice just to have a

10:33:57  17  scenery change.

10:33:57  18       Q.    What area does the E-District cover?

10:34:00  19       A.    So, it covers from Bailey to Ferry and

10:34:05  20  parts of Genesee.  And then it covers all the way

10:34:08  21  from the Cheektowaga boarder to Main Street.

10:34:11  22       Q.    What about the C-District, where you

10:34:17  23  worked for five and a half years?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

14

10:34:18  1        **A.**    C-District is the southern part of,

10:34:22  2    basically, E, that works from Ferry South to

10:34:25  3    Clinton.  The easternmost boarder is Cheektowaga

10:34:32  4    and the westernmost boarded is Jefferson.

10:34:36  5        **Q.**    So, in your five and a half

10:34:46  6    experience -- five and a half years of experience

10:34:47  7    is the C-District, what is your understanding of

10:34:51  8    the predominant racial makeup of that area?

10:34:56  9        **MR. DUDDY:**  Objection, form.

10:34:58 10        You can answer.  Sorry.  Yeah.

10:34:59 11        **THE WITNESS:**   Okay.  It's predominantly, I

10:35:04 12    would say, Middle Eastern and African American.

10:35:08 13        **BY MS. REDDY:**

10:35:13 14        **Q.**    Do you live in the City of Buffalo?

10:35:14 15        **A.**    I do, ma'am.

10:35:16 16        **MR. DUDDY:**  Objection, form.

10:35:18 17        **BY MS. REDDY:**

10:35:20 18        **Q.**    How long have you lived in the city?

10:35:23 19        **A.**    Total, I probably lived there 15 years.

10:35:31 20        **Q.**    For the past 15 years?

10:35:38 21        **A.**    For the past -- around --

10:35:40 22        **MR. DUDDY:**  Objection, form.

10:35:42 23        **THE WITNESS:**   -- nine, I believe.

10:35:45  1          **BY MS. REDDY:**

10:35:58  2          **Q.**   And where did you live prior to

10:36:00  3   those -- these past nine years in the City of

10:36:04  4   Buffalo?

10:36:04  5          **A.**   Besides a quick, I think, five months

10:36:07  6   in Florida, I lived in Amherst.  And I believe

10:36:16  7   that's all.

10:36:17  8          **Q.**   Okay.  How long did you live in

10:36:20  9   Amherst?

10:36:20 10          **A.**   I'm sorry?

10:36:21 11          **Q.**   Sorry.  How long did you live in

10:36:24 12   Amherst?

10:36:25 13          **A.**   15, 16 years.

10:36:30 14          **Q.**   Is that where your family lives?

10:36:35 15          **MR. DUDDY:**  Objection, form.

10:36:37 16          **THE WITNESS:**  Most.

10:36:37 17          **BY MS. REDDY:**

10:36:47 18          **Q.**   So, going back to your initial academy

10:36:51 19   training for the City of Buffalo.

10:36:54 20          Did you have to take a civil service exam?

10:37:00 21          **A.**   Yes.

10:37:00 22          **Q.**   What were the other requirements at

10:37:03 23   that time to join the academy?

| | | |
|---|---|---|
| 10:37:04 | 1 | **A.**   I believe you only needed a GED. |
| 10:37:07 | 2 | **Q.**   Oh, to take the civil service exam? |
| 10:37:11 | 3 | **A.**   I believe so, yeah. |
| 10:37:13 | 4 | **Q.**   What other requirements to join the |
| 10:37:15 | 5 | academy? |
| 10:37:16 | 6 | **A.**   I believe you had to have a city |
| 10:37:18 | 7 | residence to join for Buffalo. |
| 10:37:22 | 8 | **Q.**   How many years was the city residence |
| 10:37:27 | 9 | requirement? |
| 10:37:27 | 10 | **A.**   I believe it's 90 days. |
| 10:37:29 | 11 | **Q.**   Any other requirements to start at the |
| 10:37:35 | 12 | academy? |
| 10:37:36 | 13 | **A.**   So, mine was different because I didn't |
| 10:37:42 | 14 | have a normal academy.  I was a part of something |
| 10:37:46 | 15 | called a 21C program the city did. |
| 10:37:46 | 16 | **Q.**   Okay. |
| 10:37:49 | 17 | **A.**   So, it was basically -- they paid for |
| 10:37:54 | 18 | the entire academy and I didn't collect a -- I |
| 10:37:59 | 19 | didn't collect a salary until after completion and |
| 10:38:01 | 20 | after taking another civil service exam, and then |
| 10:38:05 | 21 | becoming a policeman. |
| 10:38:06 | 22 | So, I don't know if any of the city |
| 10:38:09 | 23 | requirements applied to my academy until after I |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

17

10:38:12   1  passed the second exam.

10:38:14   2       **Q.**   Okay.  So, when did -- was there a time

10:38:20   3  where you had to take a physical exam?

10:38:22   4       **A.**   Yes, ma'am.

10:38:23   5       **Q.**   Does that happen before the academy

10:38:27   6  training or after?

10:38:28   7       **A.**   So, again, mine was weird.  I believe

10:38:31   8  usually it's before, but because I was part of the

10:38:35   9  program, I just had to pass the physical fitness

10:38:39  10  before the end of it, I believe.  I might have

10:38:42  11  taken one physical fitness that was lower standards

10:38:45  12  before the academy and then the ones that you would

10:38:49  13  have to pass, I had to pass while in the academy.

10:38:52  14       **Q.**   Okay.  Was there a time where you took

10:38:55  15  a psychological exam?

10:38:57  16       **A.**   Yes, ma'am.

10:38:57  17       **Q.**   When would that have been?

10:38:59  18       **A.**   That would be after I took -- after I

10:39:01  19  went through the academy and then after I took the

10:39:05  20  second exam.  So, before I was hired.

10:39:14  21       **MS. REDDY:**  Could you hold on just for 30

10:39:14  22  seconds?  Thanks.

10:39:14  23
10:39:14            (A brief recess was then taken.)

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

18

10:39:40  1

10:39:40  2          **BY MS. REDDY:**

10:39:40  3          **Q.**    Thank you.  Sorry.  Let's to back to

10:39:46  4  the psychological exam.

10:39:48  5          You -- when did you take that?

10:39:51  6          **A.**    I took it after completion and getting

10:39:56  7  my scores of the second exam I took to become a

10:40:01  8  Buffalo policeman.

10:40:02  9          **Q.**    And do you recall what type of test

10:40:05 10  that is?

10:40:05 11          **A.**    It -- did you -- I believe a

10:40:09 12  psychological test.  I'm not sure exact --

10:40:11 13  psychological evaluation?  I don't know, exactly,

10:40:15 14  the name.

10:40:15 15          **Q.**    Is it checking to see if you're fit to

10:40:18 16  be a police officer?

10:40:19 17          **A.**    I would assume, yes.

10:40:21 18          **Q.**    Is there a --

10:40:21 19          **MR. DUDDY:**  Objection, form.  Sorry.

10:40:24 20          **BY MS. REDDY:**

10:40:24 21          **Q.**    Is there a polygraph involved?

10:40:27 22          **A.**    I believe they have those as separate

10:40:31 23  examinations.  One's the polygraph examination and

10:40:34  1  the other is the psychological examination; but,

10:40:37  2  yes, there is a polygraph to become a policeman.

10:40:39  3      Q.   Okay.  So, you did this sometime in

10:40:43  4  2016?

10:40:43  5      A.   I believe it was the beginning -- end

10:40:45  6  of 2015, maybe beginning of 2016.  I don't recall

10:40:49  7  exact dates.

10:40:49  8      Q.   All right.  Okay.

10:40:50  9      So, since that time, have you ever had to

10:40:52 10  take another psychological examination, psychiatric

10:40:58 11  examination?

10:40:58 12      **MR. DUDDY:**  Objection, form.

10:40:59 13      **THE WITNESS:**  I have not.

10:41:00 14      **BY MS. REDDY:**

10:41:02 15      Q.   So, are there any requirements with the

10:41:07 16  City of Buffalo for police officers to be

10:41:09 17  re-examined for any kind of psychiatric issues?

10:41:14 18      **MR. DUDDY:**  Objection, form.

10:41:15 19      **THE WITNESS:**  Not to my knowledge.

10:41:17 20      **BY MS. REDDY:**

10:41:18 21      Q.   And during your tenure as a police

10:41:22 22  officer, have you been asked to take another

10:41:24 23  polygraph exam by the City of Buffalo?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

20

| | | |
|---|---|---|
| 10:41:28 | 1 | **MR. DUDDY:**  Objection, form. |
| 10:41:30 | 2 | **THE WITNESS:**  No, ma'am. |
| 10:41:31 | 3 | **BY MS. REDDY:** |
| 10:41:50 | 4 | **Q.**   So, how does the City of Buffalo ensure |
| 10:41:53 | 5 | that police officers remain psychologically fit to |
| 10:41:57 | 6 | be police officers after they take that initial |
| 10:41:59 | 7 | exam during their hire? |
| 10:42:02 | 8 | **MR. DUDDY:**  Objection, form. |
| 10:42:03 | 9 | **THE WITNESS:**  I'm unsure about that. |
| 10:42:07 | 10 | **BY MS. REDDY:** |
| 10:42:38 | 11 | **Q.**   Okay.  So, let's go to your time in the |
| 10:42:40 | 12 | C-District. |
| 10:42:41 | 13 | What shift did you work when you first |
| 10:42:44 | 14 | joined the C-District? |
| 10:42:45 | 15 | **A.**   Afternoon.  So, 3:30 p.m. to 1:30 a.m. |
| 10:42:51 | 16 | **Q.**   Have you always worked that shift? |
| 10:42:58 | 17 | **A.**   I worked -- always worked that shift in |
| 10:43:03 | 18 | C-District, yes. |
| 10:43:04 | 19 | **Q.**   And who was your supervisor? |
| 10:43:08 | 20 | **A.**   At the time it was Lt. Courtney Tripp. |
| 10:43:12 | 21 | **Q.**   And when you say at the time, what are |
| 10:43:15 | 22 | you -- what time frame are you referring to? |
| 10:43:17 | 23 | **A.**   Well, it switched a few times while I |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

21

10:43:22  1  was in C.  So, in the five and a half years I had

10:43:27  2  two other lieutenants when I first got there.  And

10:43:30  3  then when -- I switched to Courtney Tripp's wheel,

10:43:31  4  but I don't remember what years I did the switch or

10:43:35  5  anything like that.

10:43:36  6         **Q.**    Okay.  And when you say wheel, you

10:43:47  7  mean, like, the shift rotations?

10:43:49  8         **A.**    Yes, ma'am.

10:43:49  9         **Q.**    Okay.  Did you review any documents

10:44:01 10  prior to coming here today?

10:44:02 11         **A.**    I don't -- no, I don't -- I did not,

10:44:11 12  no.

10:44:11 13         **Q.**    Did you discuss your testimony with

10:44:14 14  anyone today?

10:44:14 15         **A.**    No.

10:44:15 16         **Q.**    Did you discuss this case with anyone

10:44:19 17  prior to appearing today?

10:44:20 18         **A.**    I discussed that I had to make this

10:44:24 19  deposition for this case.

10:44:26 20         **Q.**    Did you discuss this case with anyone

10:44:32 21  else that has provided testimony thus far?

10:44:35 22         **A.**    I just received phone calls from people

10:44:38 23  that did their deposition.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

22

10:44:40 1          **Q.**   Who was that?

10:44:41 2          **A.**   Jake Giaranno called me and told me he

10:44:48 3     gave his; Mike Scheu called and told me he gave

10:44:52 4     his; and Lt. Courtney Tripp told me she gave hers.

10:44:58 5          **Q.**   Did Officer Scheu discuss what he

10:45:01 6     testified to?

10:45:02 7          **A.**   No.

10:45:03 8          **MR. DUDDY:**  Objection, form.

10:45:04 9          **BY MS. REDDY:**

10:45:04 10         **Q.**   Did Jake Giaranno -- Officer Giaranno

10:45:06 11    discuss his testimony with you?

10:45:09 12         **A.**   No.

10:45:09 13         **MR. DUDDY:**  Objection, form.

10:45:10 14         **BY MS. REDDY:**

10:45:10 15         **Q.**   Did Courtney Tripp discuss her

10:45:14 16    testimony with you?

10:45:15 17         **A.**   No.

10:45:16 18         **MR. DUDDY:**  Objection, form.

10:45:17 19         **BY MS. REDDY:**

10:45:27 20         **Q.**   What is your relationship to

10:45:29 21    Officer Jake Giaranno that you just referenced?

10:45:33 22         **A.**   He's my current partner and has been my

10:45:38 23    partner for close to six years.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

23

| | | |
|---|---|---|
| 10:45:41 | 1 | Q.  So, did he make the move with you from |
| 10:45:59 | 2 | the C-District to the E-District? |
| 10:46:02 | 3 | A.  Yes, ma'am. |
| 10:46:02 | 4 | Q.  Did you move together? |
| 10:46:04 | 5 | A.  Yes. |
| 10:46:05 | 6 | Q.  Did you both plan that together? |
| 10:46:13 | 7 | A.  Yes, ma'am. |
| 10:46:13 | 8 | Q.  So, this phone call that you just |
| 10:46:27 | 9 | referenced from Officer Giaranno, when did that |
| 10:46:32 | 10 | occur? |
| 10:46:32 | 11 | MR. DUDDY:  Objection, form. |
| 10:46:33 | 12 | THE WITNESS:  I believe yesterday.  Did |
| 10:46:35 | 13 | he -- I think he did yesterday. |
| 10:46:39 | 14 | BY MS. REDDY: |
| 10:46:41 | 15 | Q.  And when did you discuss that Officer |
| 10:46:46 | 16 | Scheu had given his testimony with him? |
| 10:46:50 | 17 | MR. DUDDY:  Objection, form. |
| 10:46:50 | 18 | THE WITNESS:  Yesterday he told me at, I |
| 10:46:54 | 19 | think, like, 7:30 p.m. |
| 10:46:56 | 20 | BY MS. REDDY: |
| 10:47:00 | 21 | Q.  And what about Lt. Tripp, when did you |
| 10:47:02 | 22 | have that discussion? |
| 10:47:04 | 23 | A.  I believe it was two days ago. |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

24

10:47:07  1        **Q.**    Was that a phone call?

10:47:10  2        **A.**    Yes, ma'am.

10:47:11  3        **Q.**    Have you been on the same shift with

10:47:20  4    Lt. Tripp since she gave her testimony in this

10:47:23  5    case?

10:47:23  6        **A.**    No.

10:47:24  7        **Q.**    Is she your current supervisor?

10:47:34  8        **A.**    She is not.

10:47:35  9        **Q.**    Who is your supervisor?

10:47:36 10        **A.**    My current supervisor is Michael

10:47:41 11    Maritato.  I think Maritato is spelled,

10:47:44 12    M-A-R-I-T-A-T-O.

10:47:46 13        **Q.**    Was there a time where Officer Scheu,

10:47:55 14    who's the other defendant in this case, was also

10:47:58 15    your partner?

10:47:59 16        **A.**    Yes, he has been.

10:48:01 17        **Q.**    What times has he been your partner?

10:48:07 18        **A.**    Multiple.  And I don't recall the,

10:48:09 19    like, dates or exact time periods; but we would

10:48:13 20    rotate.  Us three would rotate a lot.

10:48:17 21        **Q.**    Which three?

10:48:18 22        **A.**    Officer Giaranno, Officer Scheu, and

10:48:22 23    myself would rotate being partners at one point.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

25

10:48:26  1        Q.   So, when did you first learn of the
10:48:47  2   allegations made against you that brings you here
10:48:51  3   today?
10:48:51  4        A.   I was served paperwork.  I don't
10:48:54  5   remember the day, but it was in my e-mail.
10:48:57  6        Q.   E-mail from whom?
10:49:00  7        A.   The City.
10:49:00  8        Q.   Did you take any medication that
10:49:25  9   impairs your ability to honor -- to answer my
10:49:28 10   questions honestly and truthfully today?
10:49:30 11        A.   No, ma'am.
10:49:31 12        Q.   Have you taken any drugs or alcohol in
10:49:35 13   the last 24 hours?
10:49:37 14        A.   No.
10:49:38 15        MR. DUDDY:  Objection, form.
10:49:39 16        BY MS. REDDY:
10:49:39 17        Q.   Is there any reason that you can't
10:49:40 18   answer my questions honestly and truthfully today?
10:49:44 19        A.   There's no reason I cannot.
10:49:48 20        MS. REDDY:  Thank you.  Mr. Duddy, can we go
10:50:50 21   off the record for one second?
10:50:53 22        MR. DUDDY:  Sure.
10:50:53 23
10:50:53           (Discussion off the record.)

11:37:14  1

11:37:14  2        **MR. DUDDY:**  Okay.  So, after discussion off

11:37:19  3  the record with regards to plaintiff calling in

11:37:27  4  rather than appearing on video, plaintiff's counsel

11:37:34  5  has agreed to make representations to ensure that

11:37:37  6  her client will not be making any recordings of

11:37:41  7  this deposition.

11:37:43  8        And further, it was agreed between the

11:37:48  9  parties that Mr. Suttles will swear under oath that

11:37:53 10  he's not recording.  Does that sound okay?

11:37:58 11        **MS. REDDY:**  Plaintiff's counsel agrees.

12        **THE REPORTER:**  Okay.  All right.

13        So we are going to continue with

14  Mr. Ammerman's testimony; is that correct?

15        **MR. DUDDY:**  Yeah.

16        **MS. REDDY:**  Yes, once my client enters the

17  Zoom.

18        **THE REPORTER:**  So, do we want to bring back

19  Mr. Ammerman first?

20        **MS. REDDY:**  Yes.  I think he's there.

21        **THE REPORTER:**  Mr. Ammerman, can you hear

22  us?

23        **THE WITNESS:**  Yes.

1          **THE REPORTER:**  Okay.  Can you just turn your

2     camera on, please?

3          **THE WITNESS:**  Oh, sorry.  Hang on.

4          **THE REPORTER:**  No, it's okay.  Okay,

5     perfect.  All right.

6          So, I will let Mr. Suttles in now.

7          (Whereupon, Plaintiff joined via audio

8     call.)

9          **THE REPORTER:**  Mr. Suttles?

10         **MS. REDDY:**  Mr. Suttles?

11         **MR. SUTTLES:**  Yes.

12         **MR. DUDDY:**  No.

13         **MS. REDDY:**  Can you -- we're going to ask

14    you a question and then I -- you can mute your

15    phone.

16         **MR. DUDDY:**  Who is he with?

17         **MR. SUTTLES:**  Okay.

18         **MR. DUDDY:**  No.  No.

19         **MS. REDDY:**  You can ask him whether he's

20    recording this.  You do not get to ask his

21    whereabouts or what he is doing, considering the

22    circumstances of this --

23         **MR. DUDDY:**  I can't --

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

28

1    **MS. REDDY:**  -- of this --

2    **MR. DUDDY:**  Yes, I --

3    **MS. REDDY:**  -- your information --

4    **MR. DUDDY:**  -- no --

5    **MS. REDDY:**  -- considering Police Officer

6    Ammerman is present here today, my client does not

7    need to disclose his location, his whereabouts.

8    **MR. DUDDY:**  Officer Ammerman --

9    **MS. REDDY:**  You can ask your question --

10   **MR. DUDDY:**  -- switch off your video,

11   please.

12   (Reporter interruption.)

13   (Discussion off the record.)

14

15   **THE REPORTER:**  Let's go on the record.

11:40:37  16   **MR. DUDDY:**  Yeah.  Mr. Suttles, here is my

11:40:37  17   concern.  It sounds like there's a lot of people

11:40:41  18   there.

11:40:41  19   **MS. REDDY:**  Mr. Suttles --

11:40:42  20   **MR. DUDDY:**  You really should be alone.

11:40:44  21   **MS. REDDY:**  Mr. Duddy, we had an agreement

11:40:46  22   that you -- my client is not being -- under --

11:40:48  23   giving any testimony today.  You want --

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

29

1          **MR. DUDDY:**  (Unintelligible.)

2          **MS. REDDY:**  (Unintelligible.)

3

              (Reporter interruption.)

4

11:40:56  5          **MS. REDDY:**  You are violating the agreement.

11:40:56  6  You agreed that you would be asking Mr. Suttles --

11:41:01  7  he is not providing any testimony today and you

11:41:01  8  have no further rights to question my client.  You

11:41:04  9  would like to confirm that he's not recording this

11:41:06 10  deposition, you may do so.  But --

11:41:06 11          **MR. DUDDY:**  Mr. Suttles --

11:41:06 12          **MS. REDDY:**  -- question.

11:41:10 13          **MR. DUDDY:**  -- are you -- do you have any

11:41:12 14  recording devices or are you currently recording

11:41:15 15  this deposition?

11:41:16 16          **MR. SUTTLES:**  No, sir.

11:41:17 17          **MR. DUDDY:**  Are you alone in the room?

11:41:17 18          **MS. REDDY:**  Mr. Suttles --

11:41:20 19          **MR. SUTTLES:**  Yes, sir.

11:41:20 20          **MS. REDDY:**  -- you can go on mute now,

11:41:20 21  please.

11:41:23 22          **MR. DUDDY:**  You are?  Can I just get

11:41:24 23  confirmation that you're alone in the room --

*Ronald Ammerman - Ms. Reddy - 02/01/2024*
30

1      **MS. REDDY:**  Mr. Duddy, that is not a
2  question --
3      **THE REPORTER:**  I'm sorry.  Ms. Reddy, please
4  let him finish speaking before you jump in.
5      **MS. REDDY:**  Well, I can't do that when he's
6  violating the agreement that we agreed to.
7      Mr. Suttles, you can go back on mute now.
11:41:36  8      **MR. SUTTLES:**  Okay.
11:41:38  9      **MR. DUDDY:**  That doesn't take an agreement.
11:41:40 10  That's just one of the rules of federal
11:41:42 11  depositions.  I mean, he should be alone in the
11:41:45 12  room.
11:41:45 13      **MS. REDDY:**  What rule?
11:41:46 14      **MR. DUDDY:**  He should be alone in the room.
11:41:46 15  You'll find it, it's in there.
11:41:48 16      **MS. REDDY:**  Okay.  But I am not giving you
11:41:50 17  permission to question my client today, considering
11:41:52 18  this circumstances of what brings us here today.
11:41:52 19      **MR. DUDDY:**  With all do respect --
11:41:55 20      **MS. REDDY:**  And --
11:41:55 21      **MR. DUDDY:**  With all do respect --
11:41:55 22      **MS. REDDY:**  Any assumptions about him is
11:41:55 23  inappropriate.

11:41:55  1          **MR. DUDDY:**  I don't need your blessing.

11:42:03  2          **MS. REDDY:**  I'd like to continue with the

11:42:04  3   deposition now.

11:42:04  4          Rebecca, can you mute my client in the event

11:42:04  5   that there's any background noise that interrupts

11:42:04  6   my questioning?

11:42:09  7          **MR. DUDDY:**  With all the other people in the

11:42:09  8   room?

11:42:13  9          **MS. REDDY:**  Still inappropriate, Mr. Duddy.

11:42:14 10   But that doesn't --

11:42:14 11          **MR. DUDDY:**  What --

11:42:18 12          **MS. REDDY:**  May I continue with my

11:42:19 13   deposition, please?  And the way that you are

11:42:25 14   treating my client is not missed.

11:42:28 15          **MR. DUDDY:**  Excuse me.  Do you understand

11:42:29 16   the consequences if he has --

        17          **MS. REDDY:**  Do you understand the

        18   consequences of what brings us here today?  Have

        19   you focused on those at all --

        20          **MR. DUDDY:**  And --

        21          **MS. REDDY:**  -- instead of questioning my

        22   client about what he's doing --

        23          **MR. DUDDY:**  -- making a statement --

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

32

1      **MS. REDDY:**  -- believe that he would be

2   recording this deposition --

3      **MR. DUDDY:**  -- are you making a statement --

4      **MS. REDDY:**  -- if you continue to

5   interrogate him --

6      **THE REPORTER:**  When you're talking over each

7   other I cannot hear.

8      **MS. REDDY:**  That's fine.  As long as you get

9   my statements, Rebecca.

10      **THE REPORTER:**  I'm not getting your

11   statements, though.

12      **MS. REDDY:**  Could you make me the host,

13   please --

14      **THE REPORTER:**  No.

15      **MS. REDDY:**  -- so I can share my screen?

16      **THE REPORTER:**  No.

17      **MS. REDDY:**  Thank you.

18      **THE REPORTER:**  I am the host of the meeting.

19   You can share your screen --

20      **MS. REDDY:**  How do I share my screen?

21      **THE REPORTER:**  -- without being host.

22      **MS. REDDY:**  Thank you.

11:43:04 23      **MR. DUDDY:**  I would ask that he be under

1  oath when he said he wasn't recording.

2

3          (Reporter interruption.)

          (A brief recess was then taken.)

4

5      **MR. DUDDY:**  I've conferred with my officer,

6  and what we're gonna do is -- we have serious

7  reservations about the way that the deposition's

8  going on.  But in the interest of expediency, we're

11:52:02  9  willing to just go with what we've got.

10      **THE REPORTER:**  Okay.  So, Mr. Suttles will

11  be -- or, he's currently in the deposition now.

12  He's staying on audio and no video and that is okay

13  with both attorneys?

14      **MS. REDDY:**  That's okay with plaintiff's

15  counsel.

16      **MR. DUDDY:**  Yep.

17      **THE REPORTER:**  Okay.  So Mr. Suttles is

18  currently joining us on the phone.

19      **MR. DUDDY:**  Okay.  First of all, are we

20  gonna stick to your oath agreement that we made?

21      **MS. REDDY:**  I'm sorry?

22      **MR. DUDDY:**  Are we gonna stick to your oath

23  agreement that we made?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*
                                                                34

 1          **MS. REDDY:**  Yes.  I thought that you got
 2   confirmation from him and myself.
 3          **MR. DUDDY:**  Okay.
 4          **MS. REDDY:**  I didn't realize Rebecca hadn't
 5   sworn him in, but --
 6          **MR. DUDDY:**  Well, yeah.  The only thing is
 7   you're gonna have to --
 8          **MS. REDDY:**  -- now that he's recording this.
 9          **MR. DUDDY:**  Yeah.
10          **THE REPORTER:**  Okay.  So do we want to swear
11   Mr. Suttles in?
12          **MR. DUDDY:**  Yeah.  I think his counsel would
13   be able to make representations that she knows it's
14   him, if you know what I mean.
15          **MS. REDDY:**  Okay.  Yes, I can confirm --
16   sorry.  I don't want to talk over him.  I can
17   confirm and make representation that that is
18   Mr. Suttles appearing via telephone and he is not
19   recording this deposition and there will be no
20   recording of this deposition by anyone else.
21          **THE REPORTER:**  Okay.  So, do you -- I mean,
22   should I administer an oath to Mr. Suttles or is
23   that okay for both parties?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

35

1      **MS. REDDY:**  My understanding is I can make

2  that representation.  He already stated on the

3  record that he's not recording.

4      **THE REPORTER:**  Okay.  All right.

5      So, Ms. Reddy, I am ready for you to

6  continue your questioning whenever you are.

7      **BY MS. REDDY:**

11:53:57  8      **Q.**  Okay.  Thank you.  Thanks, Rebecca.

11:54:06  9      Officer Ammerman, you are on mute and I am

11:54:09  10  ready to begin questioning.

11:54:11  11      **A.**  I'm back.

11:54:12  12      **Q.**  Okay.  Thank you for your patience.  I

11:54:16  13  want to remind you that you are under oath.

11:54:18  14      **A.**  Yes, ma'am.

11:54:19  15      **Q.**  Officer Ammerman, have you ever been

11:54:29  16  accused of using extensive force against a civilian

11:54:35  17  in the City of Buffalo?

11:54:36  18      **A.**  Yes.

11:54:36  19      **MR. DUDDY:**  Form.

11:54:36  20      **BY MS. REDDY:**

11:54:37  21      **Q.**  What context?

11:54:38  22      **A.**  The context of the excessive force?

11:54:42  23      **Q.**  Yes.

11:54:43  1          **A.**    I'm not sure.  I guess I'm -- I'm

11:54:45  2   failing to understand the question.

11:54:47  3          I've been accused multiple times of using

11:54:51  4   excessive force.

11:54:53  5          **Q.**    Okay.  Let's start with the first time.

11:54:55  6          How were you accused?

11:54:57  7          **A.**    I don't -- I don't remember each

11:54:58  8   individual case.

11:54:59  9          **Q.**    Okay.  Where these by civilians during

11:55:06  10  an arrest?

11:55:07  11         **MR. DUDDY:**  Objection, form.

11:55:09  12         **THE WITNESS:**  I'm sorry.  I can't hear

11:55:11  13  Mr. Duddy.

11:55:12  14         **MR. DUDDY:**  That's fine.  I'm just making --

11:55:16  15  it's a form objection so I can hear it later.

11:55:16  16  Just -- that's okay.  You can answer, it's fine.

11:55:17  17         **THE WITNESS:**  Oh, okay.  Most or all have to

11:55:21  18  do with individuals being arrested.

11:55:21  19         **BY MS. REDDY:**

11:55:29  20         **Q.**    Okay.  You said multiple times.

11:55:31  21         Do you recall how many times you have been

11:55:33  22  accused of using excessive force?

11:55:33  23         **A.**    No, ma'am.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

37

11:55:34 1        **Q.**    And did all of these accusations occur

11:55:43 2   during your tenure as a police officer with the

11:55:46 3   City of Buffalo?

11:55:47 4        **A.**    Yes.

11:55:48 5        **Q.**    When did you first meet Mr. Suttles,

11:55:55 6   the plaintiff in this case?

11:55:56 7        **A.**    On the date of the incident that we're

11:55:59 8   here for.

11:56:00 9        **Q.**    What day is that?

11:56:03 10        **A.**    I forgot the exact day.  Is it 5th --

11:56:06 11   the 5th of -- was it May 5th, Mother's Day?  I

11:56:11 12   know -- think it was Mother's Day.  I don't

11:56:13 13   remember the date.

11:56:14 14        **Q.**    May 10th?

11:56:16 15        **A.**    May 10th.  My fault.

11:56:17 16        **Q.**    May 10th, 2020?

11:56:19 17        **A.**    Yes, ma'am.

11:56:19 18        **Q.**    Is that the date when you first met

11:56:19 19   Mr. Suttles?

11:56:22 20        **A.**    Yes, ma'am.

11:56:23 21        **Q.**    Had you ever encountered him before

11:56:26 22   May 10th, 2020?

11:56:28 23        **A.**    No, ma'am.

| | | |
|---|---|---|
| 11:56:35 | 1 | **Q.**   And how did you come to meet |
| 11:56:37 | 2 | Mr. Suttles on May 10th, 2020? |
| 11:56:40 | 3 | **A.**   Well, he was driving the wrong way up a |
| 11:56:42 | 4 | one-way.  We conducted a traffic stop and that's |
| 11:56:44 | 5 | where I came to meet him. |
| 11:56:46 | 6 | **Q.**   What street was he driving on? |
| 11:56:57 | 7 | **A.**   East Eagle and -- was it Madison?  I |
| 11:57:04 | 8 | can't remember the -- it's one of the president |
| 11:57:06 | 9 | streets.  Monroe, maybe.  I don't recall. |
| 11:57:09 | 10 | **Q.**   Which street -- oh, sorry. |
| 11:57:11 | 11 | What street is a one-way street? |
| 11:57:13 | 12 | **A.**   Almost every street in that area are |
| 11:57:17 | 13 | one-ways, one way or the other. |
| 11:57:18 | 14 | **Q.**   Okay.  And which street was he driving |
| 11:57:21 | 15 | the wrong way on a one-way street? |
| 11:57:24 | 16 | **A.**   One of the presidential names of the |
| 11:57:26 | 17 | streets, I can't recall which one.  I know that the |
| 11:57:29 | 18 | intersection that he turned off of was East Eagle |
| 11:57:32 | 19 | and then I believe it was onto either Madison or |
| 11:57:38 | 20 | Monroe, I believe. |
| 11:57:39 | 21 | **Q.**   Okay.  What car was he in? |
| 11:57:44 | 22 | **A.**   A grayish sedan.  I don't recall the |
| 11:57:48 | 23 | make or model. |

11:57:49  1          **Q.**   Gray sedan.  Okay.

11:57:52  2          When did you first notice this gray sedan?

11:57:56  3          **A.**   When it was traveling eastbound on East

11:57:59  4  Eagle, I believe.

11:58:00  5          **Q.**   Okay.  Where did you first notice this

11:58:03  6  vehicle?

11:58:04  7          **A.**   Traveling eastbound on East Eagle, I'm

11:58:10  8  pretty sure.

11:58:11  9          **Q.**   Okay.  So the vehicle was in movement

11:58:13 10  at the time that you first noticed it?

11:58:15 11          **A.**   Yes.

11:58:16 12          **Q.**   And were you in a patrol car?

11:58:21 13          **A.**   Yes.

11:58:22 14          **Q.**   Who was with you?

11:58:23 15          **A.**   Michael Scheu.

11:58:26 16          **Q.**   Who was driving?

11:58:27 17          **A.**   I believe he was.

11:58:29 18          **Q.**   Okay.  So, Officer Scheu and yourself

11:58:34 19  are driving on East Eagle.

11:58:37 20          Is this gray sedan in front of you?

11:58:40 21          **A.**   Yes.  Grayish sedan.  I'm not sure

11:58:44 22  exactly the color.  I think it was gray or light

11:58:47 23  blue or something along those lines.

11:58:49   1          Q.   Okay.  And your patrol car is behind

11:58:51   2   this gray sedan, correct?

11:58:53   3          A.   Yes.

11:58:53   4          Q.   Okay.  Was there a time where you

11:58:58   5   noticed this gray sedan at a gas station on Eagle?

11:59:03   6          A.   Not that I remember, no.

11:59:04   7          Q.   Did you follow this vehicle on East

11:59:09   8   Eagle Avenue?

11:59:10   9          A.   We did.

11:59:11  10          Q.   What made you follow this vehicle?

11:59:13  11          A.   We were just following behind it.

11:59:18  12   Like, I don't -- I'm not saying we intentionally

11:59:19  13   were following it.  I just remember going behind

11:59:21  14   it.

11:59:22  15          Q.   Why did you go behind that vehicle?

11:59:25  16          A.   We were just -- we patrol the district

11:59:28  17   regularly.

11:59:28  18          Q.   Okay.  How for up Eagle Avenue did you

11:59:35  19   travel?

11:59:35  20          A.   It's only about -- I think a block,

11:59:38  21   maybe two blocks.  So either one of two streets up

11:59:42  22   East Eagle -- city blocks.

11:59:44  23          Q.   Until when?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

41

| | | |
|---|---|---|
| 11:59:45 | 1 | **A.**    Until the vehicle made an illegal turn |
| 11:59:49 | 2 | up the wrong way of a one-way. |
| 11:59:52 | 3 | **Q.**    On Eagle -- off Eagle? |
| 11:59:55 | 4 | **A.**    Off of Eagle, going north; traveling |
| 11:59:58 | 5 | east; then turning up the one-way the wrong way, |
| 12:00:01 | 6 | going north. |
| 12:00:01 | 7 | **Q.**    Okay.  So does Madison cross Eagle? |
| 12:00:08 | 8 | **A.**    I don't know if it comes to a stop |
| 12:00:11 | 9 | there or if it crosses all the way through. |
| 12:00:14 | 10 | **Q.**    Okay.  And what happened next? |
| 12:00:26 | 11 | **A.**    After turning the wrong way up the |
| 12:00:31 | 12 | one-way, we conducted a traffic stop where we spoke |
| 12:00:34 | 13 | to both occupants of the vehicle. |
| 12:00:37 | 14 |     I approached the passenger side, my partner, |
| 12:00:42 | 15 | Michael Scheu, approached the driver side; and then |
| 12:00:46 | 16 | went from there. |
| 12:00:47 | 17 | **Q.**    Okay.  When you first stopped this gray |
| 12:00:54 | 18 | sedan, was it still going the wrong direction on a |
| 12:00:58 | 19 | one-way street? |
| 12:00:59 | 20 | **A.**    We attempted to stop as it was still |
| 12:01:02 | 21 | traveling north on the one-way street. |
| 12:01:05 | 22 | **Q.**    Okay.  Did -- who was driving that |
| 12:01:07 | 23 | vehicle? |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

42

12:01:07  1          **A.**    Quentin Suttles.

12:01:09  2          **Q.**    Okay.  And was anyone else in the

12:01:12  3   vehicle?

12:01:12  4          **A.**    Yes.

12:01:13  5          **Q.**    Who was in the vehicle?

12:01:14  6          **A.**    A female, but I don't recall her name.

12:01:16  7          **Q.**    Okay.  And at any point in time, was

12:01:24  8   the gray sedan trying to correct itself so it would

12:01:28  9   be going the right direction on Madison?

12:01:30 10          **A.**    Yes, at one point it did start to

12:01:33 11   conduct what looked to be, maybe, a

12:01:37 12   three-or-greater-point turn.

12:01:38 13          **Q.**    Did you stop the vehicle while it was

12:01:45 14   attempting this three-or-greater turn?

12:01:47 15          **A.**    Yeah.  We attempted to stop it as it

12:01:51 16   was going into this turn.

12:01:52 17          **Q.**    Did you note that the vehicle realized

12:01:58 18   it was going down the wrong way on the street?

12:02:01 19          **A.**    I'm unsure if it realized that until

12:02:05 20   our lights were on.  I don't know when the vehicle

12:02:08 21   realized that.

12:02:09 22          **Q.**    Now, had the vehicle corrected itself

12:02:14 23   and continued in the correct direction, would that

Ronald Ammerman - Ms. Reddy - 02/01/2024

43

12:02:17  1   have still been a traffic violation?

12:02:19  2          A.    Yes.

12:02:19  3          Q.    Why?

12:02:20  4          A.    Because it has already committed the

12:02:23  5   traffic violation of going up the wrong way of a

12:02:25  6   one-way.

12:02:26  7          Q.    Now, which direction was the car facing

12:02:36  8   when you initiated the traffic stop?

12:02:40  9          A.    Northwest.

12:02:41  10         Q.    Was it already in a turning position?

12:02:46  11         A.    It was -- I don't know what a turning

12:02:53  12  position is, I guess.

12:02:53  13         Q.    I'm just referring to your language

12:02:56  14  where you said three-or-greater turn -- point turn.

12:02:58  15         A.    Right.  Its front end was pointing

12:03:02  16  northwest and its rear end was pointing southeast.

12:03:04  17  So, it had changed direction from going straight

12:03:08  18  north to the northwest, which appeared to be

12:03:11  19  attempting to make a turn.

12:03:13  20         Q.    Did you recognize that gray sedan from

12:03:18  21  anywhere else?

12:03:19  22         A.    No, ma'am.

12:03:19  23         Q.    Do you know who that vehicle is

44

12:03:26  1  registered to?

12:03:26  2       A.    Maybe -- no.  Maybe the female that was

12:03:31  3  in the car.  I don't recall.

12:03:32  4       Q.    Have you ever seen that female before

12:03:39  5  May 10th, 2020?

12:03:40  6       A.    No, ma'am.

12:03:53  7       Q.    So, typically when a car is going down

12:03:55  8  the wrong way on a one-way street, is that a

12:04:00  9  traffic infraction?

12:04:02 10       A.    Yes.

12:04:02 11       Q.    Does that usually result in a ticket or

12:04:05 12  a warning?

12:04:07 13       A.    Yes.

12:04:08 14       Q.    Okay.  Can you tell us what -- so, did

12:04:18 15  you turn on your sirens?

12:04:19 16       A.    I -- I was not operating our patrol car

12:04:24 17  and that -- those controls are done by the driver.

12:04:27 18  I don't recall what he activated other than the

12:04:29 19  light being activated.

12:04:31 20       Q.    Okay.  So there's a function for lights

12:04:34 21  and there's a function for sirens; is that correct?

12:04:34 22       A.    There's a function for lights and

12:04:36 23  there's a function for sirens.  There's a function

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

45

12:04:37   1   to activate both at the same time and each patrol

12:04:41   2   car has different functions.  Sometimes, you know,

12:04:44   3   all of what I mentioned, more or less.

12:04:47   4          **Q.**   Okay.  Was your body cam on?

12:04:49   5          **A.**   Yes.

12:04:50   6          **Q.**   When did it turn on?

12:04:53   7          **A.**   I believe it turned on just prior to

12:04:57   8   exiting my patrol vehicle.

12:04:59   9          **Q.**   Did you turn it on?

12:05:01  10          **A.**   Yes, ma'am.

12:05:01  11          **Q.**   Is your body cam ever on while you're

12:05:07  12   in -- patrolling in the car?

12:05:08  13          **A.**   No.  Our body camera is only activated

12:05:12  14   when responding to a call or conducting come sort

12:05:15  15   of interaction ourselves.

12:05:19  16          **Q.**   Mhm.  Okay.  And what, if anything, did

12:05:22  17   you and Officer Scheu do when you were moving from

12:05:26  18   East Eagle to Madison Avenue in the vehicle?

12:05:29  19          **A.**   I just remember either him or myself or

12:05:33  20   both being like -- like, he just went the wrong way

12:05:39  21   fairly quickly.  And I don't remember if we

12:05:43  22   discussed anything more than that.

12:05:44  23          **Q.**   Okay.  And your testimony is that

12:05:47  1  there's approximately two blocks between East

12:05:50  2  Eagle Avenue and Madison?

12:05:52  3       **A.**   I would say approximately.

12:06:00  4       Wait -- between East Eagle and Madison?  No.

12:06:02  5  They run perpendicular to each other.

12:06:06  6       **Q.**   Okay.  So, two blocks on East Eagle

12:06:12  7  before you hit Madison?

12:06:14  8       **A.**   Yes, ma'am.

12:06:14  9       **Q.**   What's the block in between?

12:06:16 10       **A.**   I don't recall.  Like I said, they're

12:06:19 11  almost all the president streets but I mix them up.

12:06:24 12  There's Monroe, Adams, Madison; I don't recall

12:06:25 13  which ones are first or last.

12:06:27 14       **Q.**   Okay.  So, Officer Scheu initiated the

12:06:47 15  lights to turn on?

12:06:48 16       **A.**   I believe so.

12:06:49 17       **Q.**   Okay.  Is that when you exited your

12:06:53 18  vehicle?

12:06:53 19       **A.**   Yes.

12:06:54 20       **Q.**   Okay.  What happened next?

12:06:56 21       **A.**   I approached the passenger side and

12:06:59 22  Officer Scheu approached the driver side.

12:07:02 23       **Q.**   Okay.  And what was your intent in

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

47

12:07:03  1  approaching this vehicle?  To issue a traffic

12:07:06  2  infraction?

12:07:07  3        A.    Well, to further investigate what we

12:07:10  4  had already observed.

12:07:11  5        Q.    Which was?

12:07:12  6        A.    A vehicle basically violating -- yeah,

12:07:18  7  a vehicle in traffic.  Traffic infraction.

12:07:21  8        Q.    Okay.  And was that your intent, to

12:07:23  9  issue a traffic infraction at that time?

12:07:25 10        A.    I didn't have that intent without

12:07:27 11  knowing the totality of what was going on.

12:07:30 12        Q.    Okay.  And is a traffic infraction the

12:07:32 13  same as, like, a ticket?

12:07:34 14        A.    Like -- the infraction is the action of

12:07:37 15  what's wrong.  The ticket or the summons is what's

12:07:41 16  given to people that create those infractions.

12:07:43 17        Q.    Okay.  And is there typically any

12:07:52 18  arrest function with an infraction?

12:07:54 19        A.    There can be.

12:07:55 20        Q.    In what circumstances?

12:07:57 21        A.    Very, very, highly unlicensed felony

12:08:04 22  drivers.  An infraction can lead to some other

12:08:09 23  warrant for me to -- there's -- a lot of traffic

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

48

| | | |
|---|---|---|
| 12:08:11 | 1 | infractions turn into arrests. |
| 12:08:13 | 2 | Q.   Oh, okay.  They turn into arrests, but |
| 12:08:13 | 3 | they don't begin as arrests. |
| 12:08:15 | 4 | An infraction doesn't involve an arrest; is |
| 12:08:18 | 5 | that correct? |
| 12:08:18 | 6 | A.   It depends.  Like, a very, very poor |
| 12:08:21 | 7 | license can lead to an arrest. |
| 12:08:21 | 8 | Q.   Okay. |
| 12:08:25 | 9 | A.   Being, like, an aggravated unlicensed |
| 12:08:27 | 10 | can lead to an arrest.  There's misdemeanor |
| 12:08:28 | 11 | infractions that lead to arrests. |
| 12:08:30 | 12 | Q.   Okay.  But the infraction here of |
| 12:08:35 | 13 | traveling the wrong direction on a one-way street |
| 12:08:40 | 14 | in itself does not include an arrest -- |
| 12:08:42 | 15 | A.   Correct. |
| 12:08:42 | 16 | Q.   -- does it?  Okay. |
| 12:08:45 | 17 | So, what happened when you approached the |
| 12:08:47 | 18 | passenger side of the vehicle on May 10th, 2020? |
| 12:08:50 | 19 | A.   I spoke with the female briefly and my |
| 12:08:53 | 20 | partner, Mike Scheu, spoke with Mr. Suttles. |
| 12:08:57 | 21 | Q.   Okay.  And what did you say to the |
| 12:08:58 | 22 | female passenger? |
| 12:09:00 | 23 | A.   Not much.  I believe she offered me her |

12:09:03    1  ID.  I think I -- I think I took it from her.  And

12:09:08    2  then I don't recall what conversation was going on

12:09:09    3  with Mr. Suttles and Scheu.  I believe he made

12:09:13    4  admissions to smoking marijuana and then I pointed

12:09:16    5  out to the female there was a baggie that resembled

12:09:21    6  one of which that holds marijuana by the base of

12:09:25    7  her feet.

12:09:25    8        Q.   The base of her feet -- on the floor,

12:09:28    9  you mean?

12:09:29   10        A.   Yes, ma'am.

12:09:29   11        Q.   A baggie?  Did it have marijuana in it?

12:09:33   12        A.   From my angle in the window, I believed

12:09:36   13  there to be marijuana residue.  I don't think that

12:09:39   14  I brought that to her attention, just that I said

12:09:40   15  that there was a baggie on the floor in reference

12:09:44   16  to him -- in reference to the conversation about

12:09:46   17  marijuana.

12:09:47   18        Q.   Okay.  What happened next?

12:09:57   19        A.   I don't remember what or if he produced

12:10:02   20  any ID or license at all to my partner.  My partner

12:10:07   21  made the decision to have him step out and I don't

12:10:11   22  remember exactly what the conversation was.  And I

12:10:14   23  walked around the other side of the vehicle and

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

50

12:10:18  1  assisted my partner as he stepped out of the

12:10:21  2  vehicle.

12:10:23  3       **Q.**   Did you ask the passenger to step out?

12:10:27  4       **A.**   Not at that time.

12:10:29  5       **Q.**   Okay.  At some point did you ask her to

12:10:34  6  step out of the vehicle?

12:10:35  7       **A.**   You know what, I don't think we ever

12:10:36  8  got that far.  I think eventually she jumped out of

12:10:39  9  the vehicle.

12:10:39  10       **Q.**   Okay.  And what was your understanding

12:10:41  11  of why Officer Scheu asked Mr. Suttles to step out

12:10:41  12  of the vehicle?

12:10:45  13       **A.**   I think it was a lack of a license and

12:10:47  14  maybe the admissions to marijuana, or some sort of

12:10:53  15  evidence of marijuana and possibly driving under

12:10:56  16  the influence of marijuana.  I don't -- I don't

12:10:58  17  recall exactly what conversation we had.  I was on

12:11:02  18  the other side of the vehicle.

12:11:07  19       **Q.**   Okay.  What happened next?

12:11:20  20       **A.**   After Mr. Suttles stepped out of the

12:11:25  21  vehicle, my partner decided to pat down

12:11:31  22  Mr. Suttles, which he -- then which he felt

12:11:34  23  something during the pat down, and then a struggle

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

51

12:11:40  1    took place.

12:11:41  2            Verbal commands were given, refused, and

12:11:44  3    eventually he went to the ground; and then

12:11:47  4    Mr. Suttles was still disobeying verbal commands

12:11:52  5    and not being very cooperative.  Worried that

12:11:57  6    whatever he had may be either eaten or destroyed,

12:12:01  7    and verbal command still being refused, he was then

12:12:05  8    struck and then eventually put into custody.

12:12:08  9            Q.    Did you ever see the item that you just

12:12:17  10   testified to, that Officer Scheu felt something on

12:12:19  11   Mr. Suttles?

12:12:20  12           A.    I'm sorry.  Can you say that one more

12:12:23  13   time?

12:12:23  14           Q.    Sure.  Your testimony a minute ago was

12:12:26  15   that Officer Scheu conducted a pat down and felt

12:12:29  16   something on Mr. Suttles; is that correct?

12:12:31  17           A.    Yes, ma'am.

12:12:31  18           Q.    Are you referring to some type of item

12:12:33  19   that he felt?

12:12:34  20           A.    I don't know what he felt.  I didn't

12:12:39  21   feel -- I didn't see it or feel it.  I just -- I

12:12:41  22   was going off of what he was saying to me.

12:12:43  23           Q.    Okay.  And did you ask him what he

52

12:12:45  1  felt?

12:12:45  2          **A.**    Not at the time of the incident.

12:12:47  3          **Q.**    Did you ask him thereafter what he

12:12:50  4  felt?

12:12:50  5          **A.**    Yeah.

12:12:50  6          **Q.**    How far after?

12:12:53  7          **A.**    I'm sorry?

12:12:53  8          **Q.**    How long after?

12:12:55  9          **A.**    Pretty quickly.

12:12:57  10         **Q.**    At the scene?

12:12:58  11         **A.**    Yes, ma'am.

12:12:59  12         **Q.**    And what did he convey to you that he

12:13:03  13  felt?

12:13:03  14         **A.**    He believed it to be narcotics.

12:13:06  15         **Q.**    Did you ever see the item he claimed he

12:13:09  16  felt?

12:13:09  17         **A.**    I did not.

12:13:11  18         **MR. DUDDY:**  Objection, form.

12:13:13  19         **BY MS. REDDY:**

12:13:30  20         **Q.**    Okay.  You used the word struggle.

12:13:34  21  What did you mean?

12:13:35  22         **A.**    I meant that when being asked to keep

12:13:39  23  his hands in a certain place, not tense up and just

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

53

12:13:42  1   obey verbal commands, Mr. Suttles did not really go

12:13:47  2   along with all that; continuously trying to get

12:13:50  3   back either in the vehicle or into his pants.

12:13:54  4        Q.   For how long did he do that?

12:13:57  5        A.   I would say the entire thing was a

12:14:03  6   minute, maybe two minutes.

12:14:05  7        Q.   So, for one to two minutes he is

12:14:08  8   continuously trying to get back into his vehicle

12:14:11  9   and put his hands in his pants; is that correct?

12:14:16  10       MR. DUDDY:  Objection, form.

12:14:16  11       THE WITNESS:  I would say the -- I would

12:14:17  12  say when I said the entire, I meant the -- from the

12:14:20  13  start of the struggle to the end; but it might be

12:14:24  14  between two and three minutes.  His initial

12:14:26  15  dismissal of the verbal commands and struggle to

12:14:29  16  get in the car and his pants is probably 30 seconds

12:14:32  17  or less.  There was a continuation of the struggle

12:14:35  18  after we went to the ground as well.

12:14:38  19       BY MS. REDDY:

12:14:42  20       Q.   What do you mean when you say, Went to

12:14:46  21  the ground?

12:14:46  22       A.   Because of the safety issue of the

12:14:49  23  vehicle being there, and everything else that was

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

54

12:14:52   1  happening, Mr. Suttles was brought to the ground

12:14:57   2  for the safety of both myself, him, and Officer

12:15:02   3  Scheu.

12:15:02   4          **Q.**    Right.  But what do you mean, Brought

12:15:03   5  to the ground?  Like, tackled to the ground?

12:15:05   6          **A.**    No.  He was grabbed and -- I -- thrown

12:15:08   7  was probably not the right word, but brought to the

12:15:12   8  ground, dragged, put to the ground.

12:15:13   9          **Q.**    Who did that?

12:15:14  10          **A.**    I believe it was just myself.  It might

12:15:18  11  have been a combination of all three of us kind

12:15:22  12  of going back and forth.

12:15:22  13          **Q.**    When you say three, are you including

12:15:25  14  Mr. Suttles?

12:15:26  15          **A.**    Yes, ma'am.

12:15:26  16          **Q.**    Was the vehicle turned off at this

12:15:34  17  point?

12:15:34  18          **A.**    I don't recall.

12:15:35  19          **MR. DUDDY:**  Objection.

12:15:37  20          **BY MS. REDDY:**

12:15:52  21          **Q.**    Okay.  So, now you're on the ground.

12:15:54  22  What happens next?

12:15:55  23          **A.**    Mr. Suttles was trying very hard to get

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

55

12:16:02  1  underneath the vehicle; and my partner, Scheu --

12:16:06  2  Mike Scheu, at the time, was yelling that he has it

12:16:10  3  in his hand, he has it in his hand.  I'm trying to

12:16:15  4  not let him get underneath the vehicle and trying

12:16:18  5  to keep his hands and arms away from his mouth.

12:16:21  6       And then eventually after pleading with him,

12:16:26  7  he -- to stop, he refuses.  I strike him in his

12:16:30  8  head about -- maybe three times, and then

12:16:33  9  eventually he -- that doesn't stop him.  He still

12:16:37  10  struggles and he, I believe, gets tired and then is

12:16:40  11  put in handcuffs.

12:16:42  12       Q.   Where did you strike him?

12:16:50  13       A.   His face.

12:16:51  14       Q.   Where?

12:16:53  15       A.   Honestly it happened very fast.  So I

12:16:59  16  can't tell you exactly what spot of his face, but

12:17:03  17  in his face.  His front face.

12:17:06  18       Q.   At this point is he down on the ground?

12:17:12  19       A.   Yes, he is.

12:17:13  20       Q.   Are his hands behind his back?

12:17:16  21       A.   No, ma'am.

12:17:17  22       Q.   Where are his hands?

12:17:19  23       A.   One hand was, I believe, to his side.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

56

12:17:23  1  And I think the other was under him still, trying

12:17:27  2  to get in his -- get inside of his pants.

12:17:31  3         Q.   When did you strike him in the face?

12:17:52  4         A.   After the struggle at the side of the

12:17:58  5  car and then after he was taken to the ground.  And

12:18:02  6  after multiple, multiple verbal commands and

12:18:05  7  pleading with him to stop, I struck him in the face

12:18:09  8  while he was on the ground, after he was trying to

12:18:10  9  get in the car.  I -- underneath the car, in the

12:18:12  10 car, into his pants, all of the above.  So I'm not

12:18:16  11 sure.  Maybe a minute and a half into the incident.

12:18:20  12        Q.   So, a minute and a half after he's on

12:18:24  13 the ground or after he's exited the vehicle?

12:18:26  14        A.   I would say approximately a minute and

12:18:28  15 a half to two minutes after he's exited the

12:18:32  16 vehicle.

12:18:32  17        Q.   And I believe your testimony earlier

12:18:40  18 was that you struck him in the face after he was

12:18:44  19 attempting to go underneath the car; is that true?

12:18:48  20        MR. DUDDY:  Objection, form.

12:18:49  21        THE WITNESS:  I believe so.

12:18:50  22        BY MS. REDDY:

12:19:03  23        Q.   And what is your understanding of the

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

57

12:19:05  1  allowable amount of force a police officer can use
12:19:08  2  during an arrest?
12:19:10  3          **MR. DUDDY:**  Objection, form.
12:19:11  4          **THE WITNESS:**  It's a force continuum.  So,
12:19:14  5  we're allowed to use the force necessary to
12:19:18  6  apprehend a subject based on the level of force or
12:19:23  7  resistance that they are yielding.
12:19:25  8          **BY MS. REDDY:**
12:19:27  9      Q.    Is that in a written policy somewhere?
12:19:29 10      A.    Yes, I believe so.
12:19:31 11      Q.    Where is that?
12:19:32 12      A.    It would be in our manual of
12:19:35 13  procedures.
12:19:36 14      Q.    Has that changed since 2020 to now?
12:19:39 15      A.    Yes, it has.
12:19:41 16      Q.    How has it changed?
12:19:43 17      A.    I don't know.  It changes, sometimes
12:19:46 18  daily.  There's been multiple, multiple changes,
12:19:50 19  especially through multiple commissioners.  So I
12:19:53 20  don't -- I don't know the exact number.  We get
12:19:56 21  sent changes a lot.
12:19:58 22      Q.    What was the policy in May of 2020?
12:20:02 23      A.    I'm gonna assume I'm -- that it's very

12:20:05  1   similar to what I just said.  A force continuum

12:20:08  2   based on the threat and the resistance is -- we are

12:20:12  3   allowed to gauge our use of force based on that.  I

12:20:15  4   don't know the exact wording or how it's changed

12:20:17  5   since then, but I know that it's still relatively

12:20:21  6   the same.

12:20:22  7        **Q.**   Okay.  And you're using the words,

12:20:24  8   Force continuum?

12:20:25  9        **A.**   Yes, ma'am.

12:20:26  10       **Q.**   Okay.  I've also heard proportionality.

12:20:26  11  Is that part of your understanding?

12:20:26  12       **A.**   I'm sorry?

12:20:30  13       **Q.**   I've also heard the word

12:20:32  14  proportionality.  Is that part of your

12:20:36  15  understanding?

12:20:36  16       **MR. DUDDY:**  Objection.

12:20:37  17       **THE WITNESS:**  Yes.  But I don't believe it's

12:20:37  18  a word that's used in the MOP.  I could be wrong,

12:20:39  19  though.

12:20:39  20       **BY MS. REDDY:**

12:20:49  21       **Q.**   Okay.  So, what was the act of

12:20:52  22  resistance that prompted you to strike Mr. Suttles

12:20:56  23  in the face three times?

12:20:58  1          **A.**   It would be the disobeying of the

12:21:01  2    verbal commands, the refusal to give us his hands,

12:21:03  3    the attempt to enter the vehicle and then go

12:21:06  4    underneath the vehicle, and my fear that in an act

12:21:11  5    to try to get rid of what he had, that he would

12:21:15  6    swallow it and then overdose.

12:21:20  7          **Q.**   So, it was only after all of these acts

12:21:23  8    that you struck him in the face?

12:21:24  9          **A.**   I would believe that most of those

12:21:27 10    acts, I -- like I said, I don't remember if I

12:21:29 11    struck him and he continued to go under the car or

12:21:32 12    not, but he -- he attempted to retrieve whatever

12:21:34 13    was in his pants.  He attempted to reenter his own

12:21:37 14    vehicle and he refused multiple verbal commands

12:21:40 15    from the standing position and from the prone

12:21:41 16    position.  That is when after, I did strike him.

12:21:44 17          **Q.**   Where -- what were the verbal commands?

12:21:47 18          **A.**   Please stop, give us your hands; you

12:21:53 19    know stuff -- all along those lines.

12:21:54 20          **Q.**   Stop what?

12:21:55 21          **A.**   Stop resisting.

12:21:58 22          **Q.**   And was Mr. Suttles saying anything in

12:22:04 23    response to your commands?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

60

12:22:07  1        **MR. DUDDY:**  Objection, form.

12:22:08  2        **THE WITNESS:**  I don't recall what he was

12:22:10  3  saying, exactly.  I don't think he spoke much.  But

12:22:14  4  there's body cam of the whole incident that would

12:22:17  5  be easy to reference.

12:22:20  6        **BY MS. REDDY:**

12:22:28  7        **Q.**  Did Mr. Suttles sustain any injuries to

12:22:30  8  his face as a result of your conduct on

12:22:34  9  May 10th, 2020, to your knowledge?

12:22:37 10        **MR. DUDDY:**  Objection, form.

12:22:37 11        **THE WITNESS:**  To my knowledge, I believe so,

12:22:39 12  yes.

12:22:39 13        **BY MS. REDDY:**

12:22:41 14        **Q.**  What injuries?

12:22:43 15        **MR. DUDDY:**  Objection, form.

12:22:44 16        **THE WITNESS:**  You know what, I'm not

12:22:46 17  positive what he suffered.  I believe it might have

12:22:49 18  been a broken eye socket.

12:22:51 19        **BY MS. REDDY:**

12:23:07 20        **Q.**  Did you assess his eye socket at the

12:23:10 21  scene?

12:23:10 22        **A.**  I assessed it -- that he had an injury,

12:23:13 23  not the level or the -- what the actual damage was.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

61

12:23:17  1        Q.   Did you get him any treatment at the

12:23:23  2   scene?

12:23:23  3        A.   He was transported to ECMC.  I think an

12:23:30  4   ambulance may have shown up there; if not, we

12:23:34  5   transported him in our patrol vehicle.  I can't --

12:23:34  6   I can't recall, to be honest with you.

12:23:36  7        I think we transported him in the patrol

12:23:38  8   vehicle, because we were still unsure that he had

12:23:40  9   something in his -- inside of his pants, and/or

12:23:42 10   that he would have tried to struggle while placing

12:23:45 11   him in the ambulance.

12:23:47 12        Q.   I'm gonna ask my question again.

12:23:51 13        Did you get him any medical attention at the

12:23:54 14   scene itself?

12:23:54 15        A.   I don't recall.

12:23:55 16        Q.   Did he complain of any pain in his face

12:24:06 17   at the time?

12:24:08 18        MR. DUDDY:  Objection, form.

12:24:08 19        THE WITNESS:  He -- I honestly don't recall

12:24:12 20   him complaining too much.

12:24:14 21        BY MS. REDDY:

12:24:24 22        Q.   Okay.  Tell me what happens next after

12:24:26 23   you strike him in the face multiple times.

Ronald Ammerman - Ms. Reddy - 02/01/2024

62

12:24:29  1        A.    He was then cuffed and transported,
12:24:35  2    like I said, to ECMC.
12:24:37  3        Q.    Did you ever retrieve the narcotics you
12:24:46  4    claim he had?
12:24:47  5        A.    No.
12:24:48  6        Q.    What did you arrest him for?
12:24:54  7        A.    Obstruction, resistance, and tampering
12:24:58  8    with physical evidence.
12:25:03  9        Q.    What is the physical evidence?
12:25:05 10        A.    Whatever drug he got rid of or
12:25:05 11    destroyed.
12:25:10 12        Q.    How did he get rid of it or destroy it?
12:25:11 13        A.    He made verbal admissions to me in the
12:25:14 14    ambulance saying that he threw it in the grass.
12:25:17 15        Q.    Did you find it in the grass?
12:25:19 16        A.    No.  By then very long had passed and I
12:25:23 17    had not -- I couldn't leave him.  It is our policy
12:25:30 18    to stay with who -- with him.
12:25:32 19        Q.    So, you said this was on the way to
12:25:46 20    ECMC in the patrol car?
12:25:47 21        A.    No.  This was in the back of an
12:25:50 22    ambulance.
12:25:51 23        Q.    Okay.  So when you leave the scene, you

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

63

12:25:53 1  left in the patrol car headed where?

12:25:55 2       **A.**   I had -- I don't know.  I'd have to

12:25:58 3  look at the CAD -- the police callout.  I don't

12:26:01 4  know if we went directly to ECMC or not.  I'd have

12:26:06 5  to look at it.  I'm sorry.

12:26:07 6       **Q.**   Okay.  So, there's a time where you end

12:26:09 7  up in a ambulance with him; is that what you said?

12:26:12 8       **A.**   Yes, ma'am.

12:26:12 9       **Q.**   And that ambulance is headed to or from

12:26:15 10 ECMC?

12:26:15 11      **A.**   I believe it was headed to.

12:26:17 12      **Q.**   Okay.  And did you stay with him at

12:26:23 13 ECMC?

12:26:23 14      **A.**   For almost the entirety of it.

12:26:25 15      **Q.**   Was there a time where you were not

12:26:30 16 with Mr. Suttles at ECMC?

12:26:33 17      **A.**   Yes.  I did use the bathroom and I

12:26:35 18 don't recall if I had to go down to Central Booking

12:26:38 19 to sign on charges, but there was always someone

12:26:41 20 present with him.  But if I wasn't with him it was

12:26:44 21 only for a brief time.

12:26:46 22      **Q.**   Did he complain of any injuries to his

12:26:50 23 arm?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

64

12:26:50   1          **A.**   He -- I do remember him saying

12:26:54   2   something about him -- had previously hurt his

12:26:58   3   shoulder or arm and then now it was in pain.  I

12:27:01   4   believe so.

12:27:01   5          **Q.**   Okay.  Did he say that at the scene?

12:27:04   6          **MR. DUDDY:**  Objection.

12:27:05   7          **THE WITNESS:**  I don't recall, to be honest.

12:27:08   8          **BY MS. REDDY:**

12:27:08   9          **Q.**   Did he get treatment for it at ECMC?

12:27:11  10          **MR. DUDDY:**  Objection.

12:27:12  11          **THE WITNESS:**  I'm not a medical

12:27:13  12   professional, I just brought him to the medical

12:27:14  13   professional.  So I'm assuming yes, but I don't --

12:27:16  14   I don't know.

12:27:16  15          **BY MS. REDDY:**

12:27:18  16          **Q.**   Excuse me.  Okay.  And what happens

12:27:20  17   after ECMC?

12:27:21  18          **A.**   After he was okayed to leave by the

12:27:27  19   staff there, he was eventually brought down to

12:27:30  20   Central Booking.

12:27:31  21          **Q.**   Okay.  And is that where he's charged?

12:27:38  22          **A.**   That is where they're held until court,

12:27:43  23   their arraignment.

Ronald Ammerman - Ms. Reddy - 02/01/2024

65

12:27:43  1        Q.    And what is your understanding of what

12:27:46  2   ultimately happened to the charges against

12:27:49  3   Mr. Suttles for May 10th, 2020?

12:27:53  4        A.    I don't remember.

12:27:53  5        Q.    Did you ever have to go to court on

12:27:56  6   these charges again?

12:27:57  7        A.    I think once, maybe.

12:27:59  8        Q.    Okay.  When was that?

12:28:00  9        A.    Around that time.  I -- probably within

12:28:04 10   the time of the felony hearing.  So, what is it,

12:28:07 11   five days or something like that?  I don't

12:28:10 12   remember.

12:28:10 13        Q.    So there was a felony hearing for these

12:28:15 14   charges?

12:28:15 15        A.    No.  But we would have -- I was saying

12:28:18 16   within that time, because we would usually have a

12:28:21 17   conference before then.  So, I don't know if I met

12:28:23 18   with any D.A. about it or not.  Excuse me.

12:28:32 19        MR. DUDDY:  Bless you.

12:28:33 20        MS. REDDY:  Bless you.

12:28:33 21        THE WITNESS:  Thank you.

12:28:34 22        BY MS. REDDY:

12:28:52 23        Q.    So, can you explain how you applied

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

66

12:28:55  1  this use-of-force policy to your actions on that

12:28:59  2  day when you decided to strike Mr. Suttles in the

12:29:02  3  face multiple times?

12:29:04  4          MR. DUDDY:  Objection.

12:29:05  5          THE WITNESS:  Yes.  So, based on the

12:29:08  6  multiple, multiple verbal commands and then just

12:29:12  7  using stuff like grappling and trying to restrain

12:29:16  8  his arms and failing to do so; with the fear of him

12:29:20  9  trying to swallow narcotics that could, in the end,

12:29:24 10  kill him or make him severely sick; with all the

12:29:29 11  refusal and him still not cooperating, I felt it

12:29:34 12  necessary to strike him so that I could better gain

12:29:37 13  control of his arms getting to places they

12:29:41 14  shouldn't have gone.

12:29:41 15          Q.   Were you aware that you broke his eye

12:29:44 16  socket on that day?

12:29:44 17          MR. DUDDY:  Objection.

12:29:45 18          THE WITNESS:  Not until after the fact.

12:29:47 19          MR. DUDDY:  Just a little bit of -- I --

12:29:48 20  because we're all on audio, I just can't make my

12:29:51 21  objections.  So if we just, like -- half a second,

12:29:54 22  just -- in case that happens.

12:29:56 23          THE WITNESS:  Yeah.

12:29:57  1          **BY MS. REDDY:**

12:30:22  2          **Q.**    Did you have a Taser with you that day?

12:30:24  3          **A.**    No, ma'am.

12:30:24  4          **Q.**    Do you typically carry a Taser?

12:30:31  5          **A.**    I -- myself, I do not, ma'am.

12:30:33  6          **Q.**    Is there a policy about Tasers?

12:30:39  7          **A.**    So, at the time, I don't know if we had

12:30:44  8  them -- I don't know if we were trained in them

12:30:48  9  yet.  We could have been, but I don't know.

12:30:50 10          The Taser policy is, you -- I'm -- I don't

12:30:53 11  know if you're referring to carrying one or not.

12:30:56 12  Is that what you're referring to?

12:30:59 13          **Q.**    Both.  I'm just -- I'm curious as to --

12:31:00 14          **A.**    Oh, yes.  There is a policy for Tasers;

12:31:02 15  one being, as many as there are in the station

12:31:05 16  house, it goes in reverse seniority.  So, lowest

12:31:07 17  guys up to most senior guys have to take them,

12:31:13 18  except most senior guys can choose to take them or

12:31:14 19  not.  So that's how they're decided who carries

12:31:14 20  them.

12:31:16 21          And then the policy of using them is along

12:31:19 22  with a force continuum, just like any other

12:31:22 23  use-of-force.

Ronald Ammerman - Ms. Reddy - 02/01/2024

68

12:31:22  1          Q.    And is that the current policy or the
12:31:25  2    policy in May of 2020?
12:31:27  3          A.    It may be -- it has changed a couple
12:31:29  4    times, the use of a Taser and when you can use it
12:31:34  5    and what you can use it for.  But for -- describing
12:31:37  6    how they're assigned is the same, I believe.  And
12:31:41  7    then the force is not much off.
12:31:43  8          Q.    And in May of 2020, were you assigned a
12:31:46  9    Taser?
12:31:47 10          A.    No, ma'am.
12:31:47 11          Q.    Were you qualified for a Taser?
12:31:49 12          A.    I don't recall if we were trained on
12:31:52 13    them yet.
12:31:53 14          Q.    Was there some point thereafter May of
12:31:58 15    2020 where you were training on Tasers?
12:32:00 16          A.    At one point in my career I have been
12:32:02 17    trained on Tasers.
12:32:02 18          Q.    Do you currently carry a Taser?
12:32:05 19          A.    No, ma'am.
12:32:05 20          Q.    Are you required to carry a Taser?
12:32:08 21          A.    No, ma'am.
12:32:09 22          Q.    Are you allowed to carry a Taser?
12:32:11 23          A.    Yes, ma'am.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

69

12:32:12  1          **Q.**    And is that to your discretion whether

12:32:15  2   you carry one or not?

12:32:17  3          **A.**    So, like I said, if -- there's only a

12:32:20  4   certain amount of Tasers per station house.  So,

12:32:24  5   hypothetically, if every single person was able to

12:32:27  6   carry one in the station house, I believe I'm

12:32:29  7   required to.  But since there's not enough Tasers

12:32:32  8   to go around, I do not have to carry one.

12:32:37  9          **Q.**    Okay.  And what type of injuries are

12:32:41 10   sustained on a civilian with the use of a Taser?

12:32:46 11          **A.**    I'm not a medical professional, like I

12:32:49 12   said; but I know that people have died from Tasers.

12:32:52 13          **Q.**    Is that common?

12:32:58 14          **A.**    I would say no.  But I don't know the

12:33:01 15   statistics.

12:33:02 16          **MR. DUDDY:**  Objection, form.

12:33:04 17          **BY MS. REDDY:**

12:33:04 18          **Q.**    What did you learn about Tasers in your

12:33:07 19   training?

12:33:07 20          **A.**    How to activate, how to use.  The

12:33:13 21   proper time and reason behind using them, and the

12:33:19 22   effects of them.

12:33:21 23          **Q.**    And is the goal -- what is the initial

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

70

12:33:28  1  goal of using a Taser?

12:33:30  2       **A.**   The initial goal would be to stop the

12:33:34  3  threat.

12:33:34  4       **Q.**   Okay.  Does that include -- stop a

12:33:41  5  civilian from conducting themselves in a manner

12:33:44  6  that you would have determined his resisting?

12:33:48  7       **MR. DUDDY:**  Objection, form.

12:33:49  8       **THE WITNESS:**  I would say -- I would say

12:33:54  9  probably.  But like all others, it's pretty up to

12:33:59 10  discretion.

12:34:00 11       **BY MS. REDDY:**

12:34:06 12       **Q.**   So, what prompted you to strike

12:34:09 13  Mr. Suttles multiple times instead of using any

12:34:13 14  other means?

12:34:14 15       **MR. DUDDY:**  Objection, form.

12:34:15 16       **THE WITNESS:**  Because of how fast the

12:34:17 17  incident was going, and it being difficult to

12:34:21 18  really get to anywhere else.  I felt like it would

12:34:25 19  be the fastest way to stop the situation from

12:34:28 20  escalating.

12:34:30 21       Also, at which point, I did not know what

12:34:32 22  Officer Scheu felt.  I -- he didn't, you know -- I

12:34:35 23  didn't know what it could have been.  I didn't know

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

71

| | | |
|---|---|---|
| 12:34:37 | 1 | if it was a pocket knife; I had no idea what it |
| 12:34:40 | 2 | was.  I just needed Mr. Suttles to please listen to |
| 12:34:44 | 3 | the verbal commands and stop physically resisting. |
| 12:34:48 | 4 | **BY MS. REDDY:** |
| 12:34:53 | 5 | **Q.**   Did -- at any point in time, did |
| 12:34:54 | 6 | Mr. Suttles indicate to you that he was not, in |
| 12:34:57 | 7 | fact, resisting? |
| 12:34:58 | 8 | **A.**   If he did, it may have -- I don't |
| 12:35:03 | 9 | recall them.  It's possible he verbally did it, but |
| 12:35:05 | 10 | he physically did not stop resisting. |
| 12:35:08 | 11 | **Q.**   Did you observe Mr. Suttles with his |
| 12:35:36 | 12 | hands in his pants during the incident? |
| 12:35:39 | 13 | **A.**   Yes. |
| 12:35:41 | 14 | **Q.**   Which hand? |
| 12:35:42 | 15 | **A.**   I believe -- I don't know if it was |
| 12:35:45 | 16 | both, ever; but I am pretty certain it was his left |
| 12:35:49 | 17 | at one point. |
| 12:35:51 | 18 | **Q.**   And where in his pants was his left |
| 12:35:56 | 19 | hand? |
| 12:35:56 | 20 | **A.**   The front part of it.  I -- you know, |
| 12:35:58 | 21 | it -- when he's prone on the ground, his body is |
| 12:36:02 | 22 | pressed against the ground.  So it's really hard to |
| 12:36:04 | 23 | see where about his hand is. |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

72

12:36:05  1        He's also very tall and has a very long

12:36:08  2    wingspan, so he can reach pretty far.  I'm unsure

12:36:13  3    of where, exactly, his hand was or got to in his

12:36:15  4    pants.  I just knew that they were past his

12:36:18  5    waistline.

12:36:18  6        **Q.**    Okay.  What pants was he wearing?

12:36:22  7        **MR. DUDDY:**  Objection, form.

12:36:22  8        **THE WITNESS:**  I don't remember exactly what

12:36:25  9    pants he had on.

12:36:26 10        **BY MS. REDDY:**

12:36:31 11        **Q.**    And when you say they were in his

12:36:34 12    pant -- in his waist, are you indicating inside his

12:36:37 13    waistband?  The waistband of his pants?

12:36:37 14        **A.**    Right.  Below that level of his

12:36:41 15    waistband, yes.

12:36:43 16        **Q.**    Okay.  How long was his left hand in

12:36:48 17    his pants, below his waistline?

12:36:48 18        **MR. DUDDY:**  Objection, form.

12:36:50 19        **THE WITNESS:**  It would be very hard for me

12:36:53 20    to give you a perfect time, because it all happened

12:36:57 21    so quickly.  If the entire incident took place

12:36:59 22    under three minutes, then his hands could have been

12:37:01 23    in his pants for a minute and a half.  I don't know

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

73

12:37:04  1  exactly the time, but for an extended period of

12:37:08  2  time he was in his pants.

12:37:09  3       **BY MS. REDDY:**

12:37:14  4       **Q.**   Was there ever a time where his hand

12:37:17  5  was in his pocket -- in his pants pocket?

12:37:20  6       **MR. DUDDY:**  Objection, form.

12:37:21  7       **THE WITNESS:**  It's possible, but I don't

12:37:23  8  recall.

12:37:23  9       **BY MS. REDDY:**

12:37:45 10       **Q.**   So, were there any further searches of

12:37:47 11  Mr. Suttles' person during the arrest?

12:37:50 12       **A.**   Yes, ma'am.

12:37:51 13       **Q.**   What type of search?

12:37:52 14       **A.**   When you're brought down to booking,

12:37:56 15  since you're entering a cell in a secure facility,

12:37:59 16  the cell block attendants at Central Booking

12:38:04 17  conduct a full search, a strip search, where he's

12:38:09 18  brought down to just his underwear.

12:38:13 19       And I may have had -- after being brought

12:38:17 20  from the ground back up after being cuffed, I

12:38:21 21  probably searched him again on scene.

12:38:25 22       **Q.**   Did you find anything on him?

12:38:28 23       **A.**   No, ma'am.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

74

12:38:29   1        **Q.**    Were there any searches of his person

12:38:35   2   before he was transported from the scene?

12:38:39   3        **MR. DUDDY:**   Objection, form.

12:38:42   4        **THE WITNESS:**   Yes.   I just -- I'm sorry.   I

12:38:43   5   just stated that when he was cuffed on scene he was

12:38:47   6   searched again.

12:38:47   7        **BY MS. REDDY:**

12:38:48   8        **Q.**    Okay.   What type of search was that?

12:38:50   9        **A.**    Pretty much just an officer safety pat

12:38:54 10   down.   Just his outer layer of clothing and up and

12:38:57 11   down his pants and his person was searched.

12:39:00 12        **Q.**    And his what?

12:39:01 13        **A.**    His person --

12:39:04 14        **Q.**    What does that mean?

12:39:03 15        **A.**    -- like, just his person.

12:39:07 16        **Q.**    Okay.   This is above his clothing?

12:39:09 17        **A.**    Yes, ma'am.

12:39:10 18        **Q.**    Who conducted that search?

12:39:11 19        **A.**    You know -- I know I did.   I don't know

12:39:15 20   if any other officers did as well, but I know I did

12:39:20 21   conduct a search.

12:39:20 22        **Q.**    Okay.   And did there come a time where

12:39:23 23   you called for other officers to come to the scene?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

75

```
12:39:27  1        A.    I don't know if myself or Officer Scheu
12:39:32  2   did, but yes.  Eventually other officers were
12:39:36  3   called.
12:39:36  4        Q.    Okay.  Did they conduct further
12:39:37  5   searches of Mr. Suttles' person?
12:39:40  6        A.    Like I said, I'm sorry.  I can't speak
12:39:42  7   to anybody else, but I know I did.
12:39:44  8        Q.    Okay.
12:39:46  9        A.    I don't -- I don't remember observing
12:39:48 10   it.
12:39:48 11        Q.    So, what was your suspicion when his
12:39:54 12   left hand was in his pants?
12:39:56 13        A.    Being a part of multiple arrests
12:39:59 14   involving narcotics, witnessing myself and then
12:40:01 15   hearing stories from other officers while I've been
12:40:04 16   employed, it's very common that people try to
12:40:06 17   swallow drugs because they think that it would be
12:40:10 18   better to eat them than get charged with them.
12:40:12 19        So at that point, because I didn't hear
12:40:15 20   Officer Scheu say gun or knife, which a lot of
12:40:19 21   times we would communicate that to each other, I
12:40:22 22   had to assume that it was narcotics.  And so my
12:40:22 23   biggest fear was that he was going to either
```

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

76

12:40:27    1    swallow them or it would break open and it would

12:40:32    2    contain fentanyl or something else, that anybody in

12:40:33    3    the area including Mr. Suttles, his grandfather,

12:40:36    4    myself, or Officer Scheu could have been --

12:40:36    5    overdosed from.

12:40:39    6        So my biggest concern when his left hand was

12:40:42    7    inside his pants is that he was gonna retrieve it,

12:40:43    8    and thinking it would help him, he would either try

12:40:48    9    to crush it, swallow it, or both.

12:40:49    10        Q.    How would you overdose from that?

12:40:56    11        A.    So --

12:40:56    12        MR. DUDDY:    Objection, form.

12:40:57    13        THE WITNESS:    So --

12:40:57    14        BY MS. REDDY:

12:40:57    15        Q.    And I'm actually referring specifically

12:40:59    16    to you, because you -- you indicated that --

12:41:01    17        A.    Yes, ma'am.  So, multiple policeman all

12:41:06    18    over the nation have been overdosing by just

12:41:08    19    getting fentanyl on their skin.  It absorbs through

12:41:12    20    your skin and you can overdose.  And policemen have

12:41:15    21    died from it.

12:41:16    22        Q.    Okay.  So at the time you suspected

12:41:18    23    that he might have fentanyl on him?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

77

12:41:19   1        **A.**    I suspected that it was a narcotic.

12:41:21   2   And lots of narcotics now -- almost all are being

12:41:26   3   mixed with fentanyl. And so I didn't know for sure

12:41:28   4   that it could have been fentanyl in this narcotic,

12:41:30   5   but I didn't know.

12:41:30   6        **Q.**    Okay. So, his left hand is in his

12:41:35   7   pants and his right hand is visible; is that

12:41:37   8   correct?

12:41:37   9        **A.**    I'd have to watch the video, but I

12:41:37   10   believe so.

12:41:42   11        **Q.**    Okay. So your fear was that while he's

12:41:45   12   face down on the ground with you and Officer Scheu

12:41:47   13   on top of him and his left hand in his pants, you

12:41:52   14   suspected that he could ingest a bag of narcotics

12:41:56   15   and get it from the left hand -- from the left hand

12:42:01   16   to his mouth; is that correct?

12:42:02   17        **A.**    Yes, ma'am.

12:42:03   18        **Q.**    Okay. And at this time, both you and

12:42:15   19   Officer Scheu are on top of Mr. Suttles; is that

12:42:17   20   correct?

12:42:17   21        **A.**    Yes.

12:42:21   22        **Q.**    Okay. Was his buttock area ever

12:42:31   23   searched?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

78

12:42:31  1        **A.**    From outside of the pants, yes.

12:42:33  2        **Q.**    What about inside?

12:42:36  3        **A.**    No.  I've never -- I'd never searched

12:42:39  4  his bare butt.

12:42:40  5        **Q.**    Were you concerned that he could also

12:42:56  6  take the narcotics from his left hand and insert it

12:43:01  7  in his buttock area?

12:43:03  8        **A.**    Yes, ma'am.

12:43:03  9        **Q.**    And this would be at the same time,

12:43:08  10  right; when he's pinned down on the ground by you

12:43:12  11  and Officer Scheu, and it's your testimony that his

12:43:14  12  left hand was in his pants?

12:43:14  13        **A.**    Like I said, I don't remember exactly

12:43:16  14  which hand.  His hands were in his pants.

12:43:19  15        But that was my concern, yes, when he was on

12:43:22  16  the ground.

12:43:22  17        **Q.**    And did you ever confirm whether he, in

12:43:26  18  fact, had narcotics in his buttock areas?

12:43:30  19        **MR. DUDDY:**  Objection, form.

12:43:31  20        **THE WITNESS:**  Just his verbal admission that

12:43:33  21  he had narcotics in his pants.  But I don't know

12:43:37  22  about -- I don't think it was ever in his butt, no.

12:43:41  23        **BY MS. REDDY:**

12:43:42  1        Q.   Okay.  When did he verbally confirm
12:43:43  2   that he had narcotics in his butt?
12:43:47  3        A.   He confirmed it in the ambulance ride
12:43:50  4   on the way to ECMC.
12:43:52  5        Q.   And what time frame was he referring to
12:44:06  6   when he admitted that he had narcotics in his butt?
12:44:06  7        **MR. DUDDY:**  Objection, form.
12:44:12  8        **THE WITNESS:**  Can you ask that one more
12:44:14  9   time, please?
12:44:14 10        **BY MS. REDDY:**
12:44:14 11        Q.   Sure.  What was your understanding
12:44:16 12   of -- at what point in time did he have the
12:44:22 13   narcotics in his butt area?
12:44:24 14        A.   So, we were speaking very cordially and
12:44:28 15   spoke for a while that night, because I had to stay
12:44:31 16   with him.  And while in the back of the ambulance,
12:44:33 17   I asked him, I said, What was that about, man?  I
12:44:36 18   don't understand.  Why you'd fight like that if you
12:44:38 19   truly, truly didn't have anything?
12:44:40 20        And he referred to the fight, so the time
12:44:42 21   period would be the incident of the struggle that
12:44:46 22   day earlier, that he had gotten rid of it in the
12:44:50 23   grass nearby.

Ronald Ammerman - Ms. Reddy - 02/01/2024

80

12:44:51  1          Q.    From his butt?

12:44:53  2          A.    No, no.  Not from his butt, from his

12:44:56  3   pants.  I don't know if -- I don't -- I -- like, I

12:44:58  4   said -- I didn't find anything in his butt, and

12:45:00  5   after all -- I assume that nothing went in his

12:45:04  6   butt.

12:45:04  7          Q.    So, is it your testimony that he threw

12:45:12  8   the narcotics from his pants into the grass during

12:45:17  9   his interactions with you and Officer Scheu on

12:45:17 10   May 10th, 2020?

12:45:20 11          A.    It's --

12:45:20 12          MR. DUDDY:  Objection, form.

12:45:20 13          THE WITNESS:  It's --

12:45:21 14          BY MS. REDDY:

12:45:21 15          Q.    Is that your understanding, Officer?

12:45:23 16          A.    It's my testimony that that's what he

12:45:25 17   told me.

12:45:26 18          Q.    Right, that's what he told you.  But

12:45:31 19   this -- we're -- I'm just trying to get a

12:45:35 20   relational piece, here.

12:45:36 21          Are you -- in -- was it your understanding

12:45:37 22   that he -- that would have happened in your

12:45:40 23   presence or in Officer Scheu's presence during the

| | | |
|---|---|---|
| 12:45:43 | 1 | stop? |
| 12:45:43 | 2 | **A.**    That's what I believe, yes. |
| 12:45:44 | 3 | **Q.**    So, he threw a bag of narcotics from |
| 12:45:52 | 4 | the pants -- from his pants on May 10th, 2020, into |
| 12:45:55 | 5 | the grass area nearby, and neither you nor Officer |
| 12:45:58 | 6 | Scheu noticed; is that correct? |
| 12:45:58 | 7 | **MR. DUDDY:**  Objection, form. |
| 12:46:01 | 8 | **BY MS. REDDY:** |
| 12:46:01 | 9 | **Q.**    And did you notice that? |
| 12:46:02 | 10 | **A.**    I did not notice, no. |
| 12:46:04 | 11 | **Q.**    Okay.  So, did you submit any |
| 12:46:34 | 12 | use-of-force form after this incident? |
| 12:46:36 | 13 | **A.**    Yes, ma'am. |
| 12:46:36 | 14 | **Q.**    Okay.  Who did you submit that to? |
| 12:46:39 | 15 | **A.**    It goes -- so, it goes into a system |
| 12:46:43 | 16 | and then it goes to Internal Affairs. |
| 12:46:48 | 17 | **Q.**    Does it go to your supervisor? |
| 12:46:51 | 18 | **A.**    Back then -- you know what, I think it |
| 12:46:53 | 19 | did.  I think back then you submitted it to your |
| 12:46:57 | 20 | district superior. |
| 12:46:58 | 21 | **Q.**    Okay.  And that was Lt. Tripp, right? |
| 12:47:00 | 22 | **A.**    Yes, ma'am. |
| 12:47:01 | 23 | **Q.**    And did you have any conversations with |

Ronald Ammerman - Ms. Reddy - 02/01/2024

82

12:47:03 1  Lt. Tripp regarding the use-of-force from

12:47:07 2  May 10th, 2020?

12:47:08 3       A.   I don't -- I don't -- I'm sure I did,

12:47:11 4  yes.  I had conversations with her but I don't

12:47:14 5  recall what about.

12:47:14 6       Q.   Okay.  Did you disclose to her that you

12:47:17 7  punched Mr. Suttles multiple times in the face on

12:47:24 8  May 10th, 2020?

12:47:24 9       MR. DUDDY:  Objection, form.

12:47:25 10      THE WITNESS:  Yes, ma'am.

12:47:25 11      BY MS. REDDY:

12:47:25 12      Q.   How did you make that disclosure?

12:47:28 13      A.   Well, I believe she showed up to the

12:47:31 14  scene, so I believe I just told her straight out.

12:47:35 15  And I think she reads over the BlueTeam, which it

12:47:39 16  should say in the BlueTeam that I struck him in the

12:47:42 17  face.

12:47:42 18      Q.   Okay.  What happens after you submit

12:47:48 19  your use-of-force form to Lt. Tripp?

12:47:51 20      MR. DUDDY:  Objection, form.

12:47:53 21      THE WITNESS:  So, back then it would go to

12:47:57 22  your superior lieutenant, and then they would send

12:48:00 23  it, I believe, up the chain.  So I think it would

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

83

12:48:03  1  then go to your captain.  And then from your

12:48:05  2  captain I believe it would go to Internal Affairs.

12:48:05  3         **BY MS. REDDY:**

12:48:10  4         **Q.**   Did you ever provide any sworn

12:48:11  5  testimony to Internal Affairs?

12:48:13  6         **A.**   Yes.

12:48:31  7         **MS. REDDY:**  Okay.  I'm just gonna take a few

12:48:33  8  minutes to use the restroom, so can we take a

12:48:36  9  five-minute break?

12:48:37 10         **MR. DUDDY:**  Sure.  Can we come back at

12:48:47 11  12:55?

12:48:51 12         **MS. REDDY:**  Sure.  Thank you.

12:48:51 13
12:48:51            (A brief recess was then taken.)
12:48:51 14

12:58:43 15         **MS. REDDY:**  Okay.  We're back on the record.

12:58:44 16  Mr. Duddy, are you ready?

12:58:44 17         **MR. DUDDY:**  Yeah.

12:58:44 18         **BY MS. REDDY:**

12:58:48 19         **Q.**   Okay.  Thank you.  We're back on the

12:58:50 20  record.  Officer Ammerman, I want to remind you

12:58:52 21  that you're still under oath despite the break that

12:58:53 22  we just took.

12:58:53 23         **A.**   Yes, ma'am.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

84

12:58:54  1        Q.   I just want to go back a little bit to

12:58:59  2   the time -- timeline.  What time did you pull over

12:59:01  3   Mr. Suttles on Madison Street in -- on

12:59:04  4   May 10th, 2020?

12:59:06  5        A.   I don't recall.  It was daytime.

12:59:07  6        Q.   Daytime?  Okay.

12:59:09  7        And you testified that at a later time you

12:59:12  8   rode with him in the ambulance to ECMC.

12:59:15  9        Can you approximate for me how much time had

12:59:19 10   passed from his stop on Madison Street to the

12:59:23 11   transport in the hospital?

12:59:25 12        A.   I don't know.  I'd say well under an

12:59:27 13   hour.  I could be wrong.  I'm not sure.

12:59:30 14        Q.   Okay.  I'm gonna show you some

12:59:41 15   exhibits.  They have been previously produced by

12:59:44 16   Corporation Counsel in the normal course of

12:59:46 17   discovery, and they've been entered into as

12:59:49 18   exhibits in these depositions.

12:59:51 19        I'm gonna show them to you and I'm gonna ask

12:59:54 20   you some questions about them.  I understand you

12:59:56 21   don't have them in front of you, so you can take

12:59:57 22   your time to review them on-screen.  I'm gonna be

12:59:58 23   sharing my screen with you.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

85

| | | |
|---|---|---|
| 13:00:00 | 1 | **A.**   Okay. |
| 13:00:00 | 2 | **Q.**   Thank you.  Are you able to see my |
| 13:00:17 | 3 | screen? |
| 13:00:17 | 4 | **A.**   Yes, ma'am. |
| 13:00:17 | 5 | **Q.**   Okay.  I'm going to represent to you |
| 13:00:17 | 6 | that this was previously entered as Defense |
| 13:00:23 | 7 | Exhibit 1, as it's reflected in this stamp right |
| 13:00:26 | 8 | here. |
| 13:00:27 | 9 | Do you recognize this document? |
| 13:00:28 | 10 | **A.**   I do. |
| 13:00:29 | 11 | **Q.**   Okay.  What is this? |
| 13:00:31 | 12 | **A.**   A booking report. |
| 13:00:34 | 13 | **Q.**   Okay.  And is your name reflected in |
| 13:00:39 | 14 | this document? |
| 13:00:39 | 15 | **A.**   Yes. |
| 13:00:40 | 16 | **Q.**   Okay.  And how is this document |
| 13:00:44 | 17 | generated? |
| 13:00:44 | 18 | **A.**   Through the City of Buffalo Police |
| 13:00:49 | 19 | Department. |
| 13:00:49 | 20 | **Q.**   Okay.  And when is this document |
| 13:00:53 | 21 | generated? |
| 13:00:54 | 22 | **A.**   Usually at the time of the arrest. |
| 13:00:56 | 23 | **Q.**   Okay.  And in what capacity are you |

13:01:00  1    listed on this document?

13:01:02  2            **A.**    The assisting officer.

13:01:04  3            **Q.**    And what does that mean?

13:01:06  4            **A.**    There's the arresting officer and then

13:01:09  5    the assisting.  So, just -- usually the assisting

13:01:12  6    officer is the first on scene or has almost all to

13:01:18  7    do with the facts of the case.

13:01:25  8            **Q.**    Okay.  Did you provide the information

13:01:27  9    that would create this document?

13:01:29 10            **A.**    Myself or Michael Scheu.

13:01:32 11            **Q.**    Okay.  And is there a picture of

13:01:37 12    Mr. Suttles reflected in this document?

13:01:39 13            **A.**    Yes, ma'am.

13:01:40 14            **Q.**    Is this in the right, top-hand corner?

13:01:43 15    Is that Mr. Suttles?

13:01:43 16            **A.**    Yes, ma'am.

13:01:43 17            **Q.**    Is that a photo taken of him at the

13:01:47 18    time of his arrest?

13:01:48 19            **A.**    Yes, ma'am.

13:01:49 20            **Q.**    Okay.  Does that picture reflect any

13:01:52 21    injury to his eye?

13:01:53 22            **A.**    Yes.

13:01:54 23            **Q.**    Which eye?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*
87

13:01:55 1          A.    His right eye.

13:01:58 2          Q.    Okay.  And were these the charges at

13:02:05 3   the time of arrest?

13:02:06 4          A.    Yes, ma'am.

13:02:07 5          Q.    So, five charges in total stemming from

13:02:15 6   May 10th, 2020; is that correct?

13:02:17 7          A.    Two summonses and three charges.

13:02:20 8          Q.    Okay.  So, are you referring to the

13:02:25 9   bottom, VTL, as summonses?

13:02:28 10         A.    Yes, ma'am.

13:02:28 11         Q.    Can you explain that?

13:02:29 12         A.    Those are vehicle and traffic law.  So

13:02:32 13  they're violations of the vehicle and traffic law;

13:02:34 14  they're not criminal charges.  The top three are

13:02:39 15  penal law charges.

13:02:40 16         Q.    Okay.  And what were the three penal

13:02:43 17  law charges that you charged Mr. Suttles with?

13:02:44 18         A.    Tampering with physical evidence,

13:02:47 19  obstruction of governmental administration, and

13:02:49 20  resisting arrest.

13:02:51 21         Q.    Okay.  And how did Mr. Suttles tamper

13:02:57 22  with physical evidence as reflected in this arrest

13:03:00 23  charge?

Ronald Ammerman - Ms. Reddy - 02/01/2024

88

13:03:00   1          **A.**   By attempting to conceal or get rid of

13:03:04   2   the narcotics he had on him.

13:03:09   3          **Q.**   And what is your basis to believe that

13:03:16   4   he had narcotics on him that would warrant these

13:03:19   5   charges?

13:03:19   6          **A.**   The struggle that occurred and his

13:03:23   7   verbal admissions to getting rid of something in

13:03:27   8   the grass.

13:03:27   9          **Q.**   And these are the admissions that

13:03:31  10   you're referring to that occurred at ECMC?

13:03:33  11          **A.**   Yes, ma'am.  Or, not -- no, not at

13:03:37  12   ECMC.  In the ambulance.

13:03:38  13          **Q.**   And -- were you alone in the ambulance

13:03:40  14   with him?

13:03:40  15          **A.**   There was a paramedic as well.

13:03:44  16          **Q.**   Who was driving?

13:03:46  17          **A.**   There was paramedic driving and a

13:03:48  18   paramedic in the back.  I don't know if they were

13:03:49  19   paramedics or EMTs.

13:03:51  20          **Q.**   Okay.  But this is after you struck him

13:03:56  21   multiple times in the face, breaking his eye

13:03:56  22   socket; is that correct?

13:03:57  23          **MR. DUDDY:**   Objection, form.

Ronald Ammerman - Ms. Reddy - 02/01/2024

89

13:03:58  1          THE WITNESS:  This is after he was struck in

13:04:02  2   the face, yes.

13:04:02  3          BY MS. REDDY:

13:04:10  4          Q.   Okay.  So, now I'm gonna go through

13:04:12  5   this document with you.

13:04:13  6          Do you recognize this?

13:04:14  7          A.   Yes, ma'am.

13:04:15  8          Q.   Is this in relation to the arrest of

13:04:18  9   Mr. Suttles on May 10th, 2020?

13:04:21 10          A.   Yes, ma'am.

13:04:22 11          Q.   Okay.  Did you submit a complaint also

13:04:25 12   from that day?

13:04:26 13          A.   I did not.

13:04:27 14          Q.   Okay.  How did you make that

13:04:31 15   determination to not submit a complaint?

13:04:35 16          A.   Only one officer can press the charges

13:04:39 17   for suspects.

13:04:40 18          Q.   Okay.  And is this part of the arrest?

13:04:44 19          A.   This is.

13:04:44 20          Q.   So, your partner filed this complaint

13:04:49 21   or -- in relation to the arrest involving both of

13:04:52 22   you?

13:04:52 23          A.   They're called accusatories, but yes.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

90

13:04:55  1          **Q.**    Accusatory?  Okay.

13:04:57  2          **A.**    Yes, ma'am.

13:04:59  3          **Q.**    Is this another accusatory in relation

13:05:02  4   to the arrest of Mr. Suttles on May 10th, 2020?

13:05:05  5          **A.**    Yes, ma'am.

13:05:10  6          **MR. DUDDY:**  Let me just check.  Can you hear

13:05:13  7   background noise from my end or is it okay?

13:05:18  8          **THE WITNESS:**  Barely.

13:05:18  9          **MR. DUDDY:**  There's just construction guys

13:05:20 10   upstairs.  But if it gets too much, just let me

13:05:20 11   know.

13:05:20 12          **BY MS. REDDY:**

13:05:24 13          **Q.**    Okay.  Thank you.

13:05:25 14          Is this another accusatory from the arrest

13:05:27 15   of Mr. Suttles on May 10th, 2020?

13:05:29 16          And I want to represent to -- for the record

13:05:32 17   that this is Page 5 of Exhibit 1.

13:05:32 18          **A.**    Yes.

13:05:39 19          **Q.**    So, does -- and I'm now turning to

13:05:45 20   Page 8 of this document -- of this exhibit.

13:05:48 21          What is this?

13:05:48 22          **A.**    That would be a -- what's the word for

13:05:52 23   it -- case history.

Ronald Ammerman - Ms. Reddy - 02/01/2024

91

13:05:57   1          Q.   Okay.  And what is this document?

13:05:59   2          A.   It's to list officers, detectives, or

13:06:04   3   individuals involved in an arrest.

13:06:05   4          Q.   Okay.  How is this document generated?

13:06:15   5          A.   At the time of the arrest the arresting

13:06:20   6   officer gives the information to a report

13:06:25   7   technician who forms the document.

13:06:28   8          Q.   Okay.  Are you reflected -- is your

13:06:29   9   name reflected in this document?

13:06:31  10          A.   Yes, ma'am.

13:06:31  11          Q.   Okay.  And in what capacity?

13:06:34  12          A.   As assisting officer #2.

13:06:37  13          Q.   Okay.  And what were your functions

13:06:40  14   performed here?

13:06:40  15          A.   Assisted in arrest and investigation

13:06:45  16   and 710.30.

13:06:48  17          Q.   What's a 710.30?

13:06:50  18          A.   It's a statement made at the time of

13:06:53  19   the arrest that you want to memorialize.

13:06:56  20          Q.   Oh, okay.  What was that statement?

13:06:58  21          A.   I'm not sure which was one was

13:07:02  22   recorded.  There was probably a few, but the

13:07:03  23   710.30s became less and less specific and didn't

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

92

13:07:07  1  use every statement, because of -- the body camera

13:07:10  2  made it way easier to use the body camera than

13:07:15  3  record statements verbally.

13:07:17  4       **Q.**   Okay.  Do you recognize this document?

13:07:49  5       **A.**   Yes, ma'am.

13:07:50  6       **Q.**   What is this?

13:07:54  7       **A.**   This would be a 710.30 form.

13:07:59  8       **Q.**   Okay.  Is that what you were referring

13:08:01  9  to earlier?

13:08:02 10       **A.**   Yes.

13:08:02 11       **Q.**   Okay.  Can you explain what this is

13:08:05 12  used for?

13:08:06 13       **A.**   To memorialize statements made

13:08:09 14  during -- or at the time of the arrest.

13:08:11 15       **Q.**   Okay.  So, for the record, we're

13:08:14 16  referring to Page 9 of Exhibit 1.

13:08:16 17       Is your name reflected anywhere in this

13:08:19 18  document?

13:08:20 19       **A.**   Yes.

13:08:20 20       **Q.**   Where?

13:08:23 21       **A.**   Oh, it's not actually -- wait, let me

13:08:26 22  look -- yes, it is.  In the 710.

13:08:29 23       **Q.**   Okay.  Did you write this document?

13:08:33  1          **A.**    I did not.

13:08:33  2          **Q.**    Okay.  So, how was this document

13:08:44  3  created?

13:08:44  4          **A.**    The report technician asks the officers

13:08:48  5  what the 710.30 was and where and when, and then

13:08:52  6  they type it out.

13:08:53  7          **Q.**    Oh, okay.  So did you provide any

13:08:57  8  information in the creation of this document by the

13:09:01  9  report tech?

13:09:02 10          **A.**    I did.

13:09:02 11          **Q.**    What did you provide?

13:09:04 12          **A.**    The statement that's written there for

13:09:07 13  the 710.

13:09:08 14          **Q.**    So, I'm gonna read it out loud for the

13:09:12 15  record and ask you to confirm.

13:09:13 16          You're referring to the portion under

13:09:15 17  Section I, After arrest, after rights, while at 121

13:09:18 18  West Eagle, the defendant spontaneously stated to

13:09:22 19  Officer Ronald Ammerman, I did have weed but I got

13:09:24 20  rid of that; I threw that in the grass when they

13:09:27 21  had me at the car.

13:09:28 22          Is that accurate?

13:09:29 23          **A.**    Yes, that is part of it.  That is the

13:09:32  1  statement that was part of the conversation we had,

13:09:34  2  yes.

13:09:35  3       **Q.**   Okay.  And is this an accurate

13:09:36  4  reflection of what you reported to the tech that

13:09:39  5  you referred to a few minutes ago?

13:09:42  6       **A.**   Yes.

13:09:42  7       **Q.**   What is 121 West Eagle?

13:09:45  8       **A.**   Central Booking.

13:09:46  9       **Q.**   And what does, After rights, mean?

13:09:57 10       **A.**   After his rights were read.

13:10:00 11       **Q.**   Which rights?

13:10:03 12       **A.**   His Miranda rights.

13:10:03 13       **Q.**   When did you read his -- sorry.

13:10:03 14       When did you read his Miranda rights to

13:10:06 15  Mr. Suttles?

13:10:07 16       **A.**   I'm not sure who or when they were

13:10:10 17  read, but -- yeah.  I'm not sure who or when they

13:10:14 18  were read.

13:10:14 19       **Q.**   I'm moving on to Section II.

13:10:23 20       What does that refer to?

13:10:24 21       It states, Who made identification of

13:10:27 22  defendant; P.O. Scheu, Michael; Madison, Eagle;

13:10:34 23  May 10th, 2020.  What does that mean?

13:10:34  1          **A.**    Just the arresting officer fills that

13:10:36  2   out to say that that is the person that is being --

13:10:39  3   that's the suspect that's being arrested, and he

13:10:43  4   identified him at that place.

13:10:45  5          **Q.**    Okay.  So this reflects that Officer

13:10:50  6   Scheu identified Mr. Suttles on May 10th, 2020 at

13:10:53  7   Madison and East Eagle Avenue?

13:10:56  8          **A.**    Yes.

13:10:56  9          **Q.**    I'm gonna share now with you what's

13:11:31 10   Page 17 of Defense Exhibit 1.

13:11:34 11          Do you recognize this document?

13:11:37 12          **A.**    I do.

13:11:42 13          **Q.**    And is your name reflected anywhere in

13:11:45 14   this document?

13:11:45 15          **A.**    It is.

13:11:46 16          **Q.**    Where?

13:11:46 17          **A.**    It's under arresting officers.

13:11:51 18          **Q.**    Is that your handwriting?

13:11:53 19          **A.**    No, it's not.

13:11:54 20          **Q.**    Okay.  Were you present when this

13:11:58 21   document was being created?

13:12:00 22          **A.**    I believe so.

13:12:00 23          **Q.**    Okay.  Can you tell me what -- how this

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

96

13:12:04  1  document was created?

13:12:05  2      **A.**    I'm going to assume that my partner,

13:12:09  3  Michael Scheu, wrote it.  I'm not sure, but it's

13:12:12  4  not my handwriting.

13:12:14  5      **Q.**    Oh, Okay.  Is this a form that's given

13:12:16  6  to officers to complete?

13:12:19  7      **A.**    Yes.

13:12:21  8      **Q.**    Do you recognize the signature here?

13:12:27  9      **A.**    I do not.

13:12:28 10      **Q.**    And is this a document in relation to

13:12:40 11  the arrest of Mr. Suttles on May 10th, 2020?

13:12:44 12      **MR. DUDDY:**  Objection, form.

13:12:47 13      **THE WITNESS:**  That's what it appears to be,

13:12:48 14  yes.

13:12:48 15      **BY MS. REDDY:**

13:12:51 16      **Q.**    Does it reflect any of the injuries

13:12:52 17  that Mr. Suttles claims he sustained on

13:12:56 18  May 10th, 2020 during his arrest by you and Officer

13:13:00 19  Scheu?

13:13:00 20      **A.**    Yes.

13:13:00 21      **Q.**    What are those injuries as reflected in

13:13:03 22  this document?

13:13:04 23      **MR. DUDDY:**  Objection, form.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

97

13:13:05    1          **THE WITNESS:**  It states, Dislocated right

13:13:07    2    shoulder, and, Face contusion.

13:13:09    3          **BY MS. REDDY:**

13:13:40    4          **Q.**   Did you recover any specimens during

13:13:44    5    your arrest of Mr. Suttles?

13:13:45    6          **MR. DUDDY:**  Objection, form.

13:13:46    7          **THE WITNESS:**  Any specimens?

13:13:50    8          **BY MS. REDDY:**

13:13:50    9          **Q.**   Yes.

13:13:50   10          **A.**   I don't -- can you define specimen for

13:13:55   11    me?

13:13:55   12          **Q.**   Let me rephrase.

13:13:56   13          Did you recover any items from the arrest of

13:13:59   14    Mr. Suttles?

13:13:59   15          **A.**   No.

13:14:00   16          **Q.**   Were any items recovered by any

13:14:13   17    officers during your arrest of Mr. Suttles?

13:14:16   18          **MR. DUDDY:**  Objection, form.

13:14:18   19          **THE WITNESS:**  No.

13:14:18   20          **BY MS. REDDY:**

13:15:18   21          **Q.**   Okay.  I'm gonna show you what has also

13:15:21   22    been previously labeled and shared in discovery.

13:15:25   23    This is Defense Exhibit 2.  I'm gonna direct your

13:15:31  1  attention to Page 4.  Actually, I'm gonna start --

13:15:38  2  start from the -- Page 3.

13:15:38  3       What -- do you recognize this?

13:15:39  4       **A.**   No, I don't really.  But I know what it

13:15:42  5  is.

13:15:42  6       **Q.**   What is it?

13:15:43  7       **A.**   It looks like a printout of -- maybe of

13:15:46  8  our BlueTeams use-of-forces.

13:15:48  9       **Q.**   Okay.  And you testified earlier that

13:15:50 10  you submitted a use-of-force form in relation to

13:15:53 11  the arrest of Mr. Suttles on May 10th, 2020,

13:15:56 12  correct?

13:15:56 13       **A.**   Yes, ma'am.

13:15:57 14       **Q.**   And I'll scroll down to the portion

13:15:59 15  that's relevant to you.

13:16:01 16       Do you recognize your name at the top of

13:16:03 17  Page 4 of this exhibit?

13:16:05 18       **A.**   Yes, ma'am.

13:16:10 19       **Q.**   I'm gonna give you a minute to look

13:16:14 20  through this if you need it.

13:16:17 21       **A.**   Okay.  Thank you.

13:17:08 22       Okay.  I've read it.

13:17:09 23       **Q.**   Okay.  Is this an accurate reflection

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

99

13:17:11  1  of the use-of-force form you submitted to the City

13:17:15  2  of Buffalo in relation to the arrest of Mr. Suttles

13:17:17  3  on May 10th, 2020?

13:17:18  4          **A.**   Yes.

13:17:19  5          **Q.**   I'm gonna direct your attention to the

13:17:22  6  summary portion, here.  Is this an accurate

13:17:25  7  reflection of the events that occurred with respect

13:17:28  8  to the arrest of Mr. Suttles on May 10th, 2020?

13:17:31  9          **A.**   In substance, yes.

13:17:33 10          **Q.**   And is this accurate, the date and

13:17:35 11  time, May 10th, 2020 at 18:30?

13:17:38 12          **A.**   That's the correct date, approximate

13:17:41 13  time.

13:17:41 14          **Q.**   Okay.  And this is what you submitted

13:17:43 15  to Captain Tripp; is that correct -- I'm sorry.

13:17:48 16  Lt. Tripp?

13:17:48 17          **A.**   Yes, Lt. Tripp.

13:17:50 18          **Q.**   And is this part of the City of Buffalo

13:17:53 19  procedure to submit this investigation to your

13:17:55 20  immediate supervisor for review?

13:17:58 21          **A.**   It was at the time.

13:17:59 22          **Q.**   At that time -- in 2020 in May?

13:18:01 23          **A.**   Yes, ma'am.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

100

| | | |
|---|---|---|
| 13:18:02 | 1 | **Q.** I'm gonna direct your attention to the |
| 13:18:08 | 2 | last statement. |
| 13:18:09 | 3 | During entire struggle subject did |
| 13:18:12 | 4 | continuously put hands into pants and continue to |
| 13:18:15 | 5 | disobey verbal commands. Officer did attempt to |
| 13:18:18 | 6 | gain control of the subject with an upper body |
| 13:18:21 | 7 | hold. Subject still, refusing to comply with |
| 13:18:23 | 8 | verbal commands to put his hands behind his back |
| 13:18:25 | 9 | and attempt to get away from officers, officer did |
| 13:18:28 | 10 | strike subject in his head with hands. |
| 13:18:31 | 11 | Is that what you submitted to Lt. Tripp? |
| 13:18:34 | 12 | **A.** Yes. |
| 13:18:35 | 13 | **Q.** Okay. And you testified earlier that |
| 13:18:43 | 14 | you struck Mr. Suttles multiple times in his head; |
| 13:18:48 | 15 | is that reflected in the summary anywhere? |
| 13:18:51 | 16 | **A.** Yes. |
| 13:18:59 | 17 | **Q.** Where? |
| 13:18:59 | 18 | **A.** Officer did strike subject in his head |
| 13:19:03 | 19 | with his hands. |
| 13:19:04 | 20 | **Q.** Okay. How many times did you strike |
| 13:19:07 | 21 | Mr. Suttles? |
| 13:19:08 | 22 | **A.** Between two and four, I believe. |
| 13:19:10 | 23 | **Q.** Is that specified in this summary? |

Ronald Ammerman - Ms. Reddy - 02/01/2024

101

13:19:13  1      A.    No.   This document's not meant to be
13:19:17  2  specific to details.
13:19:18  3      Q.    Oh.   This document is not meant to
13:19:21  4  incorporate the fact that you struck Mr. Suttles
13:19:23  5  two to four times in his head during his arrest on
13:19:23  6  May 10th, 2020?
13:19:26  7      That's your testimony?
13:19:26  8      A.    No.   My -- it's -- it's in substance,
13:19:30  9  and it's -- if I struck subject in his head with
13:19:34 10  hands, hands is plural, meaning that -- multiple
13:19:39 11  times.
13:19:39 12      Q.    That's not how grammar works.   It's not
13:19:45 13  multiple hands, it's multiple times, Officer
13:19:45 14  Ammerman.
13:19:45 15      A.    Okay.   That's --
13:19:48 16      Q.    My question to you is:   In the summary
13:19:50 17  that you provided to Lt. Tripp in relation to the
13:19:53 18  arrest of Mr. Suttles on May 10th, 2020, did you
13:19:58 19  include the fact that you struck Mr. Suttles two to
13:20:00 20  four times in his face as you testified to
13:20:05 21  previously?
13:20:05 22      A.    No.   The document doesn't require that.
13:20:08 23      Q.    Oh.   Nope, that's not my question.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

102

| 13:20:10 | 1 | That was nonresponsive. |

13:20:12  2        **A.**   Oh.

13:20:12  3        **Q.**   Is your answer yes or no?

13:20:15  4        **A.**   No.

13:20:15  5        **MR. DUDDY:**  Objection, form.

13:20:15  6        **BY MS. REDDY:**

13:20:17  7        **Q.**   Not in terms of what you provided, but

13:20:19  8  what you included.

13:20:20  9        **A.**   No.  The document doesn't include that.

13:20:22 10        **Q.**   Thank you.  To your understanding, who

13:21:06 11  makes the final determination of whether the force

13:21:08 12  used by a police officer was excessive or not?

13:21:13 13        And I'm specifying in May of 2020.

13:21:17 14        **MR. DUDDY:**  Objection, form.

13:21:18 15        **THE WITNESS:**  I don't know if there is a

13:21:20 16  single individual that does, but the Internal

13:21:25 17  Affairs Department.

13:21:25 18        **BY MS. REDDY:**

13:21:32 19        **Q.**   Okay.  And to your understanding, who

13:21:33 20  is the highest ranking person who would weigh in on

13:21:38 21  that decision?

13:21:39 22        **A.**   The commissioner.

13:21:40 23        **Q.**   Who is the commissioner in 2020?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

103

13:21:43  1        **A.**   Byron Lockwood, I believe.

13:21:47  2        **Q.**   In the course of the investigation by

13:22:12  3  Internal Affairs, was there ever a time where you

13:22:16  4  gave a sworn statement to Lt. Alberti?

13:22:19  5        **A.**   Yes.

13:22:20  6        **Q.**   Who is Lt. Alberti?

13:22:22  7        **A.**   He works in the Internal Affairs

13:22:25  8  Department.  I don't know if he's still a policeman

13:22:27  9  or not.

13:22:28 10        **Q.**   Oh, okay.  Had you worked with him

13:22:30 11  before you gave this statement to him?

13:22:32 12        **A.**   No, I don't believe so.  I'm -- I don't

13:22:33 13  remember.  I might have had a case with him before;

13:22:37 14  I can't recall, though.  I don't think so.

13:22:38 15        **Q.**   During Mr. Suttles' arrest, was there

13:22:55 16  ever a time where he yelled that he couldn't

13:23:00 17  breathe?

13:23:00 18        **A.**   I don't recall.

13:23:01 19        **Q.**   Did you ever have him in a choke hold?

13:23:03 20        **MR. DUDDY:**  Objection.

13:23:04 21        **THE WITNESS:**  No.

13:23:05 22        **BY MS. REDDY:**

13:23:06 23        **Q.**   Did you ever have him in any kind of a

| | | |
|---|---|---|
| 13:23:09 | 1 | restraining hold? |
| 13:23:10 | 2 | **A.**    Yes. |
| 13:23:11 | 3 | **Q.**    I'm gonna share with you what was |
| 13:24:00 | 4 | marked as redacted Exhibit 3 yesterday, Defendant's |
| 13:24:03 | 5 | Exhibit 3.  This hasn't been labeled with a sticker |
| 13:24:05 | 6 | because the redacted version has been submitted |
| 13:24:05 | 7 | with the court reporter.  So, Rebecca, that is in |
| 13:24:05 | 8 | your office somewhere. |
| 13:24:10 | 9 | I'm gonna use the redacted version that's |
| 13:24:13 | 10 | not labeled right now, but this is the same version |
| 13:24:17 | 11 | that was submitted to the court reporter for |
| 13:24:19 | 12 | exhibit. |
| 13:24:19 | 13 | Do you recognize this document, Officer |
| 13:24:22 | 14 | Ammerman? |
| 13:24:22 | 15 | **A.**    Yes. |
| 13:24:22 | 16 | **Q.**    What is this? |
| 13:24:27 | 17 | **A.**    I'm sorry.  Did you just ask me |
| 13:24:30 | 18 | something? |
| 13:24:30 | 19 | **Q.**    Oh, yeah.  What is that? |
| 13:24:31 | 20 | **A.**    Oh, it's my disciplinary card. |
| 13:24:35 | 21 | **Q.**    Okay.  Is this an accurate reflection |
| 13:24:37 | 22 | of your discipline through May 14th, 2020? |
| 13:24:40 | 23 | **A.**    I could -- I only have to assume, so |

13:24:43   1   yes.

13:24:43   2         **Q.**   Okay.  Let's go to what seems to be

13:24:47   3   reflected as an incident that occurred or was

13:24:49   4   opened on May 19th, 2019.

13:24:52   5         Do you see that first line item in that

13:24:54   6   chart?

13:24:54   7         **A.**   Yes.

13:24:55   8         **Q.**   What were you being -- what was the

13:24:57   9   complaint in relation to that incident?

13:25:00 10         **A.**   The complaint was excessive force.

13:25:04 11         **Q.**   All right.  And what happened?

13:25:05 12         **A.**   I don't remember what that's for, but

13:25:07 13   it was not sustained as a disposition.

13:25:09 14         **Q.**   What does not sustained mean?

13:25:12 15         **A.**   Not sustained means that there's not

13:25:15 16   enough evidence, I believe, to prove that it did

13:25:18 17   occur.

13:25:18 18         **Q.**   And were you accused of excessive force

13:25:23 19   by a civilian?

13:25:25 20         **A.**   On that date?

13:25:26 21         **Q.**   I'm sorry.  What?

13:25:28 22         **A.**   Are you still asking me about

13:25:32 23   5/19/2019?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

106

13:25:33  1        **Q.**    Yes.

13:25:34  2        **A.**    Yes, the complaint's excessive force.

13:25:36  3        **Q.**    Okay.  And moving on to the next charge

13:25:41  4    of harassment on May 24th, 2019.  What is that

13:25:46  5    involving?

13:25:47  6        **A.**    Conduct.

13:25:50  7        **Q.**    Your conduct?

13:25:50  8        **A.**    Yes, ma'am.

13:25:52  9        **Q.**    And who lodged that complaint?

13:25:54 10        **A.**    I don't know.

13:25:55 11        **Q.**    Was it a fellow officer or a civilian?

13:26:04 12        **MR. DUDDY:**  Objection, form.

13:26:05 13        **THE WITNESS:**  I truly don't know.  I'm going

13:26:08 14    to assume a civilian.

13:26:11 15        **BY MS. REDDY:**

13:26:11 16        **Q.**    Is that still pending?

13:26:13 17        **A.**    No, I believe that exonerated.

13:26:15 18        **Q.**    Is that reflected in this document

13:26:17 19    anywhere?

13:26:18 20        **A.**    No.  But this is only -- is current of

13:26:21 21    May 14th, 2020.

13:26:22 22        **Q.**    Okay.  I'm moving on to the next

13:26:27 23    complaint against you, July 21st, 2019.  What does

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

107

13:26:31  1  that involve?

13:26:32  2          A.    That's an -- a city-involved accident.

13:26:38  3          Q.    Oh, okay.  Does that involve a patrol

13:26:41  4  car of yours?

13:26:42  5          A.    Yes, ma'am.

13:26:43  6          Q.    And what does that disposition reflect?

13:26:49  7          A.    Deputy commissioner conference.

13:26:52  8          Q.    Oh, okay.  So, a conference by the

13:26:55  9  deputy to commissioner is required in relation to

13:26:59 10  that complaint?

13:27:00 11          A.    Yes, ma'am.

13:27:00 12          Q.    Did a civilian make that complaint?

13:27:06 13          A.    No.

13:27:07 14          Q.    How did that come about?

13:27:08 15          A.    So, if you look at 7/1/19 and then you

13:27:14 16  look at 09/03/2019, it's the same accident.  It was

13:27:20 17  self-generated based on body camera from a vehicle

13:27:24 18  pursuit with an individual.

13:27:26 19          Q.    Okay.  And can you tell us about the

13:27:33 20  September 3rd, 2019 incident?

13:27:35 21          A.    Yes.  That was a car chase that

13:27:40 22  involved a guy with a warrant for a firearm.  And

13:27:45 23  as he was fleeing he was jumping over a fence and

13:27:49 1    kicking me in the head, and I drew my weapon and

13:27:53 2    then holstered it.  And I think I failed to fill a

13:27:59 3    BlueTeam out for it.

13:28:00 4         **Q.**   So the complaint was procedures/weapon

13:28:03 5    safety?

13:28:04 6         **A.**   Yes, ma'am.

13:28:04 7         **Q.**   And we come to May 10th, 2020,

13:28:14 8    excessive force complaint.  Is that in relation to

13:28:17 9    the incident that we're here for today?

13:28:19 10        **A.**   Yes, ma'am.

13:28:19 11        **Q.**   Have you ever had any other complaints

13:28:23 12   since May 14th, 2020?

13:28:25 13        **A.**   Yes.

13:28:25 14        **Q.**   All right.  What would those be,

13:28:30 15   Officer?

13:28:30 16        **A.**   Without having the counter in front of

13:28:35 17   me, I don't know for all -- all of them.  But I

13:28:42 18   think I had one -- another one for accusations

13:28:46 19   about things that were said at a car, that was

13:28:49 20   exonerated.  I had one for excessive force.

13:29:01 21        I don't -- I don't know the others.  I can't

13:29:03 22   think of them off the top of my head.

13:29:05 23        **MS. REDDY:**  Okay.  So, do you have a current

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

109

13:29:07  1  disciplinary card reflecting all of the complaints,

13:29:11  2  even the ones since May 14th, 2020?

13:29:14  3      **THE WITNESS:**  I personally do not have one.

13:29:16  4  I don't have access to it either, without going in

13:29:20  5  to Internal Affairs to get it.

13:29:22  6      **MS. REDDY:**  Okay.  I'm gonna be asking your

13:29:24  7  attorney to retrieve that.

13:29:26  8      **MR. DUDDY:**  Just put the request in writing.

13:29:30  9      **MS. REDDY:**  Just letting the witness know

13:29:31 10  I'll be making that request.

13:29:31 11      **BY MS. REDDY:**

13:29:33 12      Q.   So, how many charges -- how many more

13:29:35 13  complaints do you think you have since May of 2020?

13:29:37 14      A.   I don't know.

13:29:38 15      Q.   Okay.  You just testified to at least

13:29:42 16  three, right?

13:29:42 17      A.   At least two.  I'm not sure how many.

13:29:45 18      Q.   Okay.  So, two or more since May

13:29:52 19  of 2020.

13:29:52 20      **MR. DUDDY:**  Objection, form.

13:30:22 21      **MS. REDDY:**  Mr. Duddy, do you need any type

13:30:24 22  of break or a break for food?  I just want to be

13:30:28 23  mindful of that because I'm in a different time

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

110

13:30:31  1  zone.

13:30:32  2        **MR. DUDDY:**  Yeah.  Now would be a good time

13:30:33  3  for some lunch.

13:30:35  4        **MS. REDDY:**  Yeah.  How long would you like?

13:30:42  5        **MR. DUDDY:**  It's with you, Officer.  Do you

13:30:43  6  have a . . .

13:30:43  7        **THE WITNESS:**  I'm not super hungry.

13:30:45  8  Whatever you guys feel is right.  I don't -- the

13:30:47  9  quicker we get this done, the better.

        10        **MR. DUDDY:**  20 minutes?

        11        **THE WITNESS:**  I'm sorry?

        12        **MR. DUDDY:**  20; two, zero?

        13        **THE WITNESS:**  Sure.  Yeah.  That's good with

        14  me.

        15        **MS. REDDY:**  Okay.  Thank you, everyone.

        16

13:56:49 17        (A luncheon recess was taken at 1:31 p.m.)

13:56:49 18        **BY MS. REDDY:**

13:56:54 19        **Q.**    Okay.  Officer Ammerman, we're back on

13:56:55 20  the record after a short lunch break.

13:57:13 21        Hold on one second.  I'm just gonna pull up

        22  my next exhibit for you.

        23

                (Reporter interruption.)

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

```
 1              (Discussion off the record.)
 2
 3         BY MS. REDDY:
13:59:53  4      Q.    Thanks for your patience.  I'm just
13:59:56  5  pulling up these Exhibits.  One second.
14:02:18  6         Officer Ammerman, we have several videos
14:02:21  7  that have been produced in the normal course of
14:02:22  8  discovery that reflect the arrest of Mr. Suttles on
14:02:24  9  May 10th, 2020.  I'm gonna be playing various ones
14:02:28 10  and various portions.
14:02:29 11         I want to identify yourself and I'm also
14:02:32 12  going to ask questions about these videos?
14:02:35 13      A.    Okay.
14:02:35 14      Q.    I'm gonna play this video for you.
         15         (Whereupon, video was played starting at
         16  2:02 p.m.)
         17         (Whereupon, video was stopped playing at
         18  2:04 p.m.)
         19         BY MS. REDDY:
14:04:47 20      Q.    Officer Ammerman, do you recognize
14:04:48 21  yourself in this video?
14:04:50 22      A.    Mhm.  Yes.
14:04:50 23      Q.    Which officer are you in this video?
```

Ronald Ammerman - Ms. Reddy - 02/01/2024

112

14:04:53  1        A.    I'm towards the front of the suspect's

14:04:55  2   body.

14:04:55  3        Q.    Okay.

          4             (Whereupon, video was played starting at

          5   2:04 p.m.)

          6             (Whereupon, video was stopped playing at

          7   2:06 p.m.)

          8        BY MS. REDDY:

14:06:20  9        Q.    Okay.  In the first 2:16 of this video,

14:06:24 10   can you explain to us what you are doing to

14:06:26 11   Mr. Suttles?

14:06:27 12        A.    Attempting to gain control of him.

14:06:30 13        Q.    Why?

14:06:30 14        A.    Because I previously stated that I

14:06:35 15   believed he had narcotics in his pants.

14:06:38 16        Q.    I'm gonna go back to the beginning.

14:06:59 17             And this shot right here, is that you on top

14:07:02 18   of Mr. Suttles?

14:07:03 19        A.    Yes.

14:07:03 20        Q.    The video begins with you on top of

14:07:06 21   Mr. Suttles with him face down on the ground; is

14:07:10 22   that correct?

14:07:10 23        A.    This video, yes.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

113

14:07:12  1      **Q.**   Yes.  My questions right now are in

14:07:14  2  relation to this video that's been entered as

14:07:17  3  exhibit -- as it's playing right now, it's labeled,

14:07:20  4  Video Amber.

14:07:24  5      So, in this video -- at the start of this

14:07:26  6  video, Mr. Suttles is face down on the ground; is

14:07:30  7  that correct?

14:07:30  8      **A.**   Yes.

14:07:32  9      **Q.**   And you're on top of him.  Who's behind

14:07:36 10  you?

14:07:36 11      **A.**   Officer Mike Scheu.

14:07:38 12      **Q.**   Okay.  Are there any other officers

14:07:40 13  present at this time of the arrest with

14:07:43 14  Mr. Suttles?

14:07:44 15      **A.**   No, ma'am.

14:07:44 16      **Q.**   Just you two in this shot, you are

14:07:48 17  somewhere in the upper area of Mr. Suttles on top

14:07:52 18  of him with Officer Scheu next to you; is that

14:07:56 19  correct?

14:07:56 20      **A.**   Yes.

14:07:57 21      **MR. DUDDY:**  I'll -- just a point of order.

14:07:58 22      Is this -- did you -- is this one of the

14:08:00 23  videos I sent in the normal course of discovery

14:08:03  1  that's been relabeled?

14:08:06  2          **MS. REDDY:**  It's the one we produced.

14:08:08  3          **MR. DUDDY:**  Which one?

14:08:09  4          **MS. REDDY:**  It's Amber's footage.

14:08:12  5          **MR. DUDDY:**  You produced it to us?

14:08:14  6          **MS. REDDY:**  Yes.

14:08:18  7          I think, Rebecca, I need to send it to your

14:08:21  8  office.  It was too large of a file when we were

14:08:25  9  entering our videos initially; and I don't know if

14:08:28 10  your office has a Dropbox link or some other way

14:08:32 11  that we can submit larger files, but I can address

14:08:35 12  that at the end of this deposition.

14:08:42 13          **MR. DUDDY:**  All right.  Do you have a date

14:08:44 14  when this was sent to us?

14:08:47 15          **MS. REDDY:**  Yep.  It's all in the Dropbox

14:08:49 16  link we sent you.

14:08:51 17          **MR. DUDDY:**  Dropbox link?

14:08:51 18          **MS. REDDY:**  Yes.

14:08:51 19          **MR. DUDDY:**  All right.

14:08:55 20          **MS. REDDY:**  I'm gonna have to resend

14:08:57 21  everything to you, just -- just to confirm that we

14:08:57 22  have --

14:08:59 23          **MR. DUDDY:**  I'm just gonna go and look for

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

14:08:59  1  the Dropbox link.  And then --

14:09:05  2       **MS. REDDY:**  Okay.

14:09:05  3       **MR. DUDDY:**  Okay?

14:09:06  4       **MS. REDDY:**  Okay.  I'm just gonna make a

14:09:12  5  note to myself.

          6       **THE REPORTER:**  All right.  We'll go off the

          7  record, then.

          8

                   (A brief recess was then taken.)

          9

14:12:24 10       **MS. REDDY:**  Rebecca, on the record, I want

14:12:25 11  to indicate to defense counsel that this was

14:12:28 12  submitted as evidence as a previous exhibit in the

14:12:34 13  normal course of discovery.  I am finding the link

14:12:37 14  and I am resending it to Mr. Duddy.

14:15:27 15       **MR. DUDDY:**  Okay.

14:15:27 16       **MS. REDDY:**  You're back?

14:15:34 17       **MR. DUDDY:**  We're -- as far as -- well, my

14:15:40 18  colleague informs me that we were never able to

14:15:41 19  open the video.  But it doesn't look like we

14:15:44 20  submitted anything to the contrary, so that's fine.

14:15:47 21  Just . . .

14:15:49 22       **MS. REDDY:**  Okay.  Mr. Duddy, I'm gonna be

14:15:51 23  giving this to Rebecca's office, so you'll see it

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

14:15:55  1  in that format.  Maybe it'll play for you then.

14:15:59  2        **MR. DUDDY:**  Mhm.

14:16:01  3        **BY MS. REDDY:**

14:16:01  4        **Q.**   Okay.  Thank you.  Okay.  We're back on

14:17:00  5  the record, Rebecca.

14:17:02  6        I'm going to be continuing my questioning of

14:17:04  7  Officer Ammerman in relation to a video here

14:17:07  8  labeled, Video Amber, that was produced in the

14:17:09  9  normal course of discovery to defense counsel.

14:17:20 10        Okay.  Officer Ammerman, I'm going to play

14:17:23 11  this again.  You've identified yourself as the

14:17:25 12  officer on top of Mr. Suttles and Officer Scheu as

14:17:28 13  the officer behind you.  You've also identified

14:17:30 14  that Mr. Suttles is on the ground at this time.

14:17:35 15        I think my pending question to you was in

14:17:37 16  relation to your earlier testimony, where you

14:17:39 17  indicated that you and Officer Scheu had to take

14:17:43 18  Suttles down at some point after he exited the

14:17:46 19  vehicle.  Was this after that point?

14:17:51 20        I think you're muted also.

14:17:56 21        **A.**   Yes.

14:17:56 22        **Q.**   Thank you.  I'm gonna play this again

14:18:13 23  to refresh your recollection and ask you a few

14:18:17  1  questions.

14:18:24  2              (Whereupon, video was played starting at

14:18:24  3  2:18 p.m.)

14:18:24  4              (Whereupon, video was stopped playing at

14:18:24  5  2:18 p.m.)

14:18:24  6          **BY MS. REDDY:**

14:18:25  7          **Q.**   In the first five seconds of this

14:18:27  8  video, is that -- is that you punching Mr. Suttles?

14:18:31  9          **A.**   Yes.

         10              (Whereupon, video was played starting at

         11  2:18 p.m.)

         12              (Whereupon, video was stopped playing at

         13  2:18 p.m.)

         14          **BY MS. REDDY:**

14:18:45 15          **Q.**   In the last five seconds of this video,

14:18:48 16  is that you punching Mr. Suttles?

14:18:50 17          **A.**   Four seconds, yes.

14:18:51 18          **Q.**   Okay.  So, from zero to nine seconds of

14:18:57 19  this video, that's you punching Mr. Suttles in the

14:19:00 20  face?

14:19:00 21          **A.**   No.

14:19:01 22          **Q.**   It's not you punching him?

14:19:07 23          **A.**   Not the whole nine second duration.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

118

14:19:10  1      Q.   Does the nine -- does the last nine

14:19:11  2  seconds reflect you punching Mr. Suttles?

14:19:14  3      A.   I punched him in the last nine seconds.

14:19:17  4      Q.   Thank you.

          5           (Whereupon, video was played starting at

          6  2:19 p.m.)

          7           (Whereupon, video was stopped playing at

          8  2:19 p.m.)

          9      **BY MS. REDDY:**

14:19:25 10      Q.   Okay.  In your earlier testimony, you

14:19:28 11  indicated that Mr. Suttles was attempting to get

14:19:31 12  under the vehicle; is that reflected in this -- in

14:19:35 13  the first 16 seconds in the video?

14:19:37 14      A.   Yes.

14:19:38 15      Q.   How?

14:19:41 16      **MR. DUDDY:**  Form.

14:19:41 17      **THE WITNESS:**  He's trying to get under the

14:19:42 18  vehicle.

14:19:42 19      **BY MS. REDDY:**

14:19:43 20      Q.   How is Mr. Suttles attempting to get

14:19:45 21  under the vehicle in the first 16 seconds of this

14:19:45 22  video?

14:19:48 23      A.   By --

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

119

14:19:48   1          **MR. DUDDY:**  Objection.

14:19:49   2          **THE WITNESS:**  By moving his body underneath

14:19:53   3   the vehicle.

14:19:53   4          **BY MS. REDDY:**

14:20:07   5          **Q.**   So, it's your testimony in the last 16

14:20:09   6   seconds of this video with both you and Officer

14:20:12   7   Scheu on top of Mr. Suttles, he's attempting to

14:20:15   8   move his body under the vehicle; is that accurate?

14:20:18   9          **A.**   Yes.

          10          (Whereupon, video was played starting at

          11   2:20 p.m.)

          12          (Whereupon, video was stopped playing

          13   2:20 p.m.)

          14          **BY MS. REDDY:**

14:20:30  15          **Q.**   And what are you doing to Mr. Suttles

14:20:33  16   right here?

14:20:34  17          **A.**   I can't tell.  It's too pixelated.

14:20:37  18          **MR. DUDDY:**  Objection to form.

14:20:37  19          (Whereupon, video was played starting at

14:20:37  20   2:20 p.m.)

14:20:37  21          (Whereupon, video was stopped playing at

14:20:50  22   2:20 p.m.)

14:20:50  23          **BY MS. REDDY:**

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

120

14:20:52   1        **Q.**   And is that you punching him again?

14:20:54   2        **A.**   It was an attempt to, yeah.

14:20:58   3        **Q.**   Why did you attempt to punch him right

14:21:01   4   there?

14:21:01   5        **A.**   Because he's making more motions in his

14:21:05   6   pants and still struggling.  I could hear the

14:21:08   7   inflection in my partner's voice knowing that

14:21:09   8   something else was going on when he started saying,

14:21:11   9   Please stop.

14:21:12  10        **Q.**   So you decide to punch him?

14:21:13  11        **A.**   Yes, ma'am.

14:21:13  12        (Whereupon, video was played starting at

14:21:13  13   2:21 p.m.)

14:21:13  14        (Whereupon, video was stopped playing at

14:21:25  15   2:21 p.m.)

14:21:25  16        **BY MS. REDDY:**

14:21:35  17        **Q.**   Are your hands around his neck at this

14:21:38  18   point?

14:21:38  19        **A.**   I can't tell.  It's too pixelated.

14:21:41  20        **MR. DUDDY:**  Objection, form.

14:21:42  21        **BY MS. REDDY:**

14:21:42  22        **Q.**   Outside of the pixelation of this

14:21:44  23   video, do you recall ever having your hands around

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

121

14:21:48  1  his neck?

14:21:49  2          **A.**    No.

14:21:49  3          (Whereupon, video was played starting at

14:21:49  4  2:21 p.m.)

14:21:49  5          (Whereupon, video was stopped playing at

14:21:59  6  2:23 p.m.)

14:21:59  7          **BY MS. REDDY:**

14:23:07  8          **Q.**    Was that you asking Mr. Suttles what's

14:23:09  9  in his pants?

14:23:10  10         **A.**    No.  No, that was my partner.

14:23:12  11         **Q.**    Officer Scheu?  Okay.

14:23:13  12         And what was Mr. Suttles' response?

14:23:16  13         **A.**    Nothing.

14:23:17  14         **MR. DUDDY:**  Objection, form.

14:23:19  15         **BY MS. REDDY:**

14:23:20  16         **Q.**    I'm gonna note for the record we're at

14:23:22  17  the 2:01 mark of this video.

14:23:28  18         So, what are the actions of Mr. Suttles in

14:23:37  19  the entirety of these two minutes that you

14:23:40  20  constituted resisting?

14:23:41  21         **A.**    The constant disregard for verbal

14:23:45  22  commands and pleading by myself, Scheu, and his

14:23:49  23  female companion.  The constant not putting his

14:23:55  1  hands behind his back; reaching for up under the

14:23:59  2  car and -- with his right hand going under himself

14:24:02  3  multiple times, and his left hand as well.

14:24:06  4      **Q.**   So, did he -- his hand -- it's your

14:24:09  5  testimony that his hand went underneath the

14:24:14  6  vehicle?

14:24:16  7      **A.**   Yes.

14:24:17  8      **Q.**   Okay.

14:24:19  9      **A.**   I'm sorry.  I didn't hear you.

14:24:21 10      **Q.**   Which hand?

14:24:22 11      **A.**   In this you can see the left hand at

14:24:25 12  one point.  From -- at least what's been played.

14:24:27 13      **Q.**   Okay.  What part of this video did you

14:24:30 14  see his left hand go under the vehicle?

14:24:32 15      **MR. DUDDY:**  Objection, form.

14:24:33 16      **THE WITNESS:**  Right before the part where we

14:24:36 17  tried pulling him out from underneath the vehicle.

14:24:39 18      **BY MS. REDDY:**

14:24:39 19      **Q.**   Okay.  I'm gonna play that back and I

14:24:41 20  want you to identify the minute mark where his hand

14:24:45 21  is under the vehicle.

14:24:46 22      **A.**   All right.

         23      (Whereupon, video was played starting at

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

123

```
          1  2:24 p.m.)
          2       (Whereupon, video was stopped playing at
          3  2:24 p.m.)
          4       MR. DUDDY:  (Unintelligible.)
14:24:52  5       MS. REDDY:  Sorry?
14:24:53  6       MR. DUDDY:  Will we watch the same exhibit
14:24:53  7  over and over or --
14:24:55  8       MS. REDDY:  It's -- I'm asking him to
14:24:56  9  identify, because he couldn't recall where he
14:24:59 10  claims that Mr. Suttles had his hand under the car.
14:25:03 11       MR. DUDDY:  It just has to -- shorter.  I
14:25:04 12  mean, we just watched --
14:25:04 13       MS. REDDY:  Sorry?
14:25:06 14       MR. DUDDY:  We just watched the same two
14:25:08 15  minutes over and over.
14:25:08 16       MS. REDDY:  Okay.
14:25:11 17       THE WITNESS:  You can speed it up if you'd
14:25:14 18  like.  I know it's not in the first 30 seconds, I
14:25:18 19  don't believe.
         20       (Whereupon, video was played starting at
         21  2:25 p.m.)
         22       (Whereupon, video was stopped playing at
         23  2:25 p.m.)
```

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

124

1          **THE WITNESS:**  So, right now almost his whole

14:25:37  2  body is under.  So, what is this -- 44 seconds he

14:25:40  3  was under it, almost.  And then if you keep

14:25:40  4  playing, his left arm goes up underneath the car.

14:25:40  5          **BY MS. REDDY:**

14:25:44  6          **Q.**   So, it's your testimony that at this

14:25:46  7  44-second mark, his body is under the vehicle?

14:25:50  8          **A.**   Yes, partially.  Yep.  Partially, his

14:25:52  9  body is.  And then if you go forward more, you'll

14:25:55 10  see his left arm reach underneath the car.

14:25:59 11          **Q.**   Okay.  Tell me when you see his left

14:26:02 12  arm reach around the vehicle, please.

14:26:04 13          **A.**   Okay.

14:26:04 14          (Whereupon, video was played starting at

14:26:04 15  2:26 p.m.)

14:26:22 16          **THE WITNESS:**  Right now.  I believe his arm

14:26:22 17  is just under it.  His arm is just under it.  His

14:26:25 18  arm's under it, his arm's under it, his arm's under

14:26:28 19  it.  His arm's still under it.

14:26:29 20          His arm is reaching under, I don't know,

14:26:31 21  from 1:02 until -- still under.  Still under.

14:26:35 22  Still under.  Still under.

14:26:51 23          I'm trying to pull him out from underneath

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

125

14:26:53  1  the car.  The camera doesn't catch him slipping

14:26:54  2  under the car.  He's still under.  His arm is still

14:26:56  3  under.

4  (Whereupon, video was stopped playing at

5  2:26 p.m.)

6  (Whereupon, video was played starting at

7  2:27 p.m.)

8  (Whereupon, video was stopped playing at

9  2:27 p.m.)

10  **BY MS. REDDY:**

14:27:11  11  **Q.**  Is his hand under the vehicle at this

14:27:14  12  time?

14:27:14  13  **A.**  It's very hard to tell from this.

14:27:17  14  **MR. DUDDY:**  Objection, form.

14:27:17  15  (Whereupon, video was played starting at

14:27:17  16  2:27 p.m.)

14:27:17  17  (Whereupon, video was stopped playing at

14:27:17  18  2:27 p.m.)

14:27:50  19  **MR. DUDDY:**  Is there a question to a

14:27:51  20  specific part?

14:27:53  21  **MS. REDDY:**  Yeah.  I'm finding it,

14:27:54  22  Mr. Duddy.

14:27:54  23  **MR. DUDDY:**  It's -- we -- Officer just

14:27:57  1    testified that at 1:02 was when he put the arm

14:27:59  2    under the car.

14:27:59  3             (Whereupon, video was played starting at

14:27:59  4    2:27 p.m.)

14:27:59  5             (Whereupon, video was stopped playing at

14:28:12  6    2:28 p.m.)

14:28:12  7         **BY MS. REDDY:**

14:28:12  8         **Q.**   So, here, when you first strike

14:28:14  9    Mr. Suttles, is it your testimony that he's

14:28:17 10    attempting to go under the car here?

14:28:19 11         **A.**   That wasn't my testimony.

14:28:21 12         **Q.**   Okay.  So, here, what is he doing that

14:28:26 13    would prompt you to hit him in the face?

14:28:28 14         **A.**    Not listening to verbal commands,

14:28:31 15    grabbing and reaching and stuff underneath it,

14:28:34 16    inside his pants.

14:28:36 17             This is a video after what had already

14:28:38 18    previously occurred of him resisting and not

14:28:39 19    listening to verbal commands.  So there has been

14:28:43 20    multiple things that lead up to this, but not just

14:28:44 21    this very second that you're playing.

14:28:44 22             (Whereupon, video was played starting at

14:28:57 23    2:28 p.m.)

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

127

14:28:57  1        **THE WITNESS:**  Five seconds he's trying to go

14:28:59  2  under the car.

14:29:01  3        **MS. REDDY:**  There's no question pending

14:29:02  4  right now.

14:29:04  5        **THE WITNESS:**  Oh.

14:29:04  6        (Whereupon, video was stopped playing at

14:29:04  7  2:29 p.m.)

14:29:04  8        **BY MS. REDDY:**

14:29:22  9        **Q.**   Now, why did you just punch him in the

14:29:24 10  back of the head right there?

14:29:28 11        **A.**   Are you asking --

14:29:28 12        **MR. DUDDY:**  Form.

14:29:31 13        **THE WITNESS:**  -- sorry.

14:29:31 14        **BY MS. REDDY:**

14:29:31 15        **Q.**   Yeah.  What was your answer?

14:29:31 16        **MR. DUDDY:**  Objection.

14:29:31 17        **THE WITNESS:**  He's still -- I'm sorry.

14:29:32 18        **MR. DUDDY:**  Can you find that and read that

14:29:32 19  back, Rebecca, please.

14:29:32 20        (The above-requested testimony was then read

14:29:32 21  by the reporter.)

14:35:05 22        **MS. REDDY:**  Thank you for reading that back.

14:35:05 23        **BY MS. REDDY:**

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

128

14:35:27  1          Q.    Officer Ammerman, how many times are

14:35:28  2     you allowed to punch a civilian if you believe

14:35:28  3     they're resisting?

14:35:33  4          MR. DUDDY:  Objection, form.

14:35:34  5          THE WITNESS:  There is no set number.

14:35:34  6          BY MS. REDDY:

14:35:40  7          Q.    And why did you decide it was

14:35:42  8     appropriate to punch Mr. Suttles in the head as

14:35:46  9     opposed to any other part of his body?

14:35:46  10         MR. DUDDY:  Objection, form.

14:35:47  11         THE WITNESS:  For one, that's where I

14:35:50  12    positioned on him; and for two, that is the

14:35:53  13    quickest way to get someone to stop resisting.

14:35:57  14         BY MS. REDDY:

14:35:59  15         Q.    Punch them in the head?

14:36:01  16         A.    Yes, ma'am.

14:36:02  17         Q.    Did you ever try to pull Mr. Suttles

14:36:06  18    away from the car that you claim he was attempting

14:36:09  19    to get under?

14:36:09  20         A.    Yes, ma'am.

14:36:10  21         Q.    When?

14:36:10  22         A.    I'm sorry?

14:36:12  23         Q.    When?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

129

14:36:13  1          **A.**    I think it's around the 1:20 mark,

14:36:18  2   maybe 1:10 mark.

14:36:20  3          **Q.**    Okay --

14:36:20  4          **A.**    It was after -- after being punched.

14:36:22  5          **Q.**    Okay.  After you punch him repetitively

14:36:25  6   is when you decide to move his body away from the

14:36:25  7   vehicle you claim he was trying to get under; is

14:36:25  8   that correct?

14:36:29  9          **A.**    That --

14:36:29 10          **MR. DUDDY:**  Objection.

14:36:29 11          **BY MS. REDDY:**

14:36:31 12          **Q.**    I didn't hear you, Officer.

14:36:34 13          **A.**    At the ten-second mark is while you

14:36:36 14   could see me trying to pull his body away.  It was

14:36:39 15   throughout the entire struggle, a constant trying

14:36:42 16   to get him away from the car.

14:36:42 17          **Q.**    So you and your partner couldn't

14:36:44 18   physically remove Mr. Suttles away from the

14:36:47 19   vicinity of the vehicle together?

14:36:49 20          **MR. DUDDY:**  Form.

14:36:49 21          **THE WITNESS:**  No.

14:36:51 22          **BY MS. REDDY:**

14:36:52 23          **Q.**    Why?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

130

| | | |
|---|---|---|
| 14:36:52 | 1 | **A.** He's 6-2. He's very strong and when |
| 14:36:57 | 2 | you're laying prone on the ground, it's very hard |
| 14:37:00 | 3 | to move someone. |
| 14:37:01 | 4 | **Q.** How much does Mr. Suttles weigh? |
| 14:37:08 | 5 | **MR. DUDDY:** Objection, form. |
| 14:37:09 | 6 | **THE WITNESS:** I don't know. I couldn't tell |
| 14:37:10 | 7 | you. |
| 14:37:10 | 8 | **BY MS. REDDY:** |
| 14:37:12 | 9 | **Q.** How much do you weigh? |
| 14:37:13 | 10 | **A.** Back then or right now? |
| 14:37:16 | 11 | **Q.** Back then. |
| 14:37:16 | 12 | **A.** Back then I was probably around 185lbs, |
| 14:37:21 | 13 | 190 maybe. |
| 14:37:22 | 14 | **Q.** And how tall are you? |
| 14:37:24 | 15 | **A.** A tall 5-8. |
| 14:37:27 | 16 | **Q.** How about Officer Scheu; if you know? |
| 14:37:30 | 17 | **A.** I don't. |
| 14:37:31 | 18 | **Q.** Is he taller or shorter than you? |
| 14:37:34 | 19 | **A.** I'd say possibly around the same size. |
| 14:37:37 | 20 | **Q.** Same weight in May of 2020, |
| 14:37:40 | 21 | approximately? |
| 14:37:41 | 22 | **A.** No. |
| 14:37:41 | 23 | **MR. DUDDY:** Objection. |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

131

| | | |
|---|---|---|
| 14:37:41 | 1 | **THE WITNESS:** I think he's a bit lighter |
| 14:37:44 | 2 | than me. |
| 14:37:45 | 3 | **BY MS. REDDY:** |
| 14:37:57 | 4 | **Q.** So, it's your testimony that you and |
| 14:37:59 | 5 | Officer Scheu could not move Mr. Suttles away from |
| 14:38:03 | 6 | the vehicle without punching him? |
| 14:38:05 | 7 | **MR. DUDDY:** Objection, form. |
| 14:38:09 | 8 | **BY MS. REDDY:** |
| 14:38:09 | 9 | **Q.** Without resorting to punching him, let |
| 14:38:12 | 10 | me rephrase the end of my question. |
| 14:38:15 | 11 | **MR. DUDDY:** Objection, form. |
| 14:38:15 | 12 | **THE WITNESS:** I guess I would say that that |
| 14:38:17 | 13 | wasn't the only factor involved in why he was |
| 14:38:21 | 14 | punched. But -- |
| 14:38:22 | 15 | **BY MS. REDDY:** |
| 14:38:23 | 16 | **Q.** Multiple times? |
| 14:38:24 | 17 | **A.** Correct. Yeah, I don't -- I don't know |
| 14:38:26 | 18 | if we could have without punching him. Not in the |
| 14:38:29 | 19 | time period it would take to get the situation |
| 14:38:33 | 20 | under control. |
| 14:38:34 | 21 | **Q.** So, at this time, is Mr. Suttles |
| 14:38:52 | 22 | concealing his other hand? |
| 14:38:54 | 23 | **MR. DUDDY:** Objection, form. |

Ronald Ammerman - Ms. Reddy - 02/01/2024

132

14:38:54  1        THE WITNESS:  At this point in this avid eo,
14:38:59  2   you're saying?
14:39:00  3        BY MS. REDDY:
14:39:00  4        Q.    Right.
14:39:00  5        A.    So, from watching this you can tell
14:39:03  6   that his right hand is almost always underneath him
14:39:06  7   and/or underneath his body.  His left hand, I don't
14:39:12  8   know where it is at this point.
14:39:14  9        Q.    Was there a point where you handcuffed
14:39:19 10   him?
14:39:19 11        A.    I believe Officer Scheu handcuffed him.
14:39:23 12   But he was handcuffed at a point, yes.
14:39:25 13        Q.    Okay.  I just want to switch gears for
14:39:44 14   one second.  I need to find that exhibit, so give
14:39:47 15   me one second.  I'm gonna stop screen sharing.
14:42:40 16        Actually, before we switch gears, I'm gonna
14:42:45 17   play this video.  I have a few more questions here.
14:42:46 18        And I'll go back to the two-minute mark
14:42:49 19   where we left off.
14:42:49 20        (Whereupon, video was played starting at
14:42:49 21   2:42 p.m.)
14:42:49 22        (Whereupon, video was stopped playing at
14:42:49 23   2:43 p.m.)

Ronald Ammerman - Ms. Reddy - 02/01/2024

133

14:43:01  1          THE WITNESS:  Miss, so you know, you're not

14:43:03  2   screen sharing.  I don't know if you wanted to.

14:43:06  3          MS. REDDY:  Oh, sorry.  Yes, I thought I was

14:43:07  4   on screen share.  Thank you.

14:43:07  5          (Whereupon, video was played starting at

14:43:07  6   2:43 p.m.)

14:43:07  7          (Whereupon, video was stopped playing at

14:44:42  8   2:45 p.m.)

14:44:42  9          BY MS. REDDY:

14:45:32 10          Q.   I'm just gonna pause that for a second,

14:45:34 11   Officer Ammerman, at the four-minute mark.

14:45:39 12          Did Mr. Suttles ever complain about his arm

14:45:44 13   being injured during his arrest on May 10th, 2020?

14:45:48 14          MR. DUDDY:  Objection, form.

14:45:49 15          THE WITNESS:  Yes.

14:45:50 16          BY MS. REDDY:

14:45:53 17          Q.   What did he say?

14:45:54 18          A.   He said that he thought it was broken

14:45:58 19   and then he stated that it was in pain.

14:46:00 20          MR. DUDDY:  Objection, form.

14:46:01 21          BY MS. REDDY:

14:46:01 22          Q.   Do you know what happened to his arm?

14:46:03 23          MR. DUDDY:  Objection, form.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

134

14:46:05  1          **THE WITNESS:**  No.

14:46:06  2          **BY MS. REDDY:**

14:46:13  3          **Q.**   Did you assess his injury when he

14:46:17  4    complained of his arm?

14:46:19  5          **A.**   I had set him up on his butt.

14:46:23  6          **Q.**   To do what?

14:46:25  7          **A.**   He wanted to be off the -- laying down,

14:46:28  8    he said.  So I put him in a better position.

14:46:31  9          **Q.**   Is that how you assessed his arm

14:46:37 10    injury?

14:46:38 11          **A.**   I assessed that he's complaining about

14:46:40 12    it, but I'm not a medical professional.  I don't

14:46:40 13    know if his arm is actually hurting inside his body

14:46:43 14    or not.

14:46:43 15          **Q.**   Okay.  Did you take any steps to check

14:46:46 16    his arm?

14:46:48 17          **MR. DUDDY:**  Objection, form.

14:46:48 18          **THE WITNESS:**  No.

14:46:50 19          **BY MS. REDDY:**

14:46:51 20          **Q.**   Did you take any steps to prevent any

14:46:54 21    further injury to his arm?

14:46:56 22          **A.**   Yes.

14:46:56 23          **Q.**   What was that?

Ronald Ammerman - Ms. Reddy - 02/01/2024

135

14:46:57  1        A.   Well, he was now in a position of low

14:47:01  2   movement and he was sitting up.  And he had no

14:47:05  3   pressure on his arm.  So that would be it.  And

14:47:08  4   then also calling medical.

14:47:10  5        Q.   What do you mean when you say you

14:47:12  6   called medical?

14:47:13  7        A.   There was -- AEI or an ambulance was

14:47:18  8   eventually called to look at his arm.

14:47:22  9        Q.   Did an ambulance come on the scene?

14:47:26 10        A.   I think I stated earlier that I don't

14:47:29 11   recall if one showed up on scene or showed up at a

14:47:31 12   later time.

14:47:31 13        Q.   When Mr. Suttles informed you that his

14:47:34 14   arm was broken, did you call in for anyone to get

14:47:38 15   him help?

14:47:39 16        A.   Yes --

14:47:39 17        MR. DUDDY:  Objection, form.

14:47:40 18        THE WITNESS:  -- he was eventually given

14:47:43 19   help.

14:47:43 20        BY MS. REDDY:

14:47:43 21        Q.   At that time?

14:47:43 22        A.   Like I said, I don't recall if anyone

14:47:46 23   showed up on scene or not.

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

136

14:47:50  1        **Q.**   You used the word, Pressure, a few

14:47:59  2   minutes ago.  What were you referring to?  Pressure

14:48:01  3   on his arm?

14:48:01  4        **A.**   The probability that the ground or his

14:48:06  5   body was putting pressure on his hurt arm.

14:48:11  6        **Q.**   Did you ever pull on either of his arms

14:48:14  7   during his arrest?

14:48:16  8        **MR. DUDDY:**  Objection, form.

14:48:17  9        **THE WITNESS:**  Yes.

14:48:17 10        **BY MS. REDDY:**

14:48:31 11        **Q.**   Were you ever made aware that his

14:48:33 12   shoulder was dislocated during this arrest?

14:48:36 13        **MR. DUDDY:**  Objection, form.

14:48:36 14        **THE WITNESS:**  I don't remember if it

14:48:40 15   happened during the arrest or after.  I remember

14:48:42 16   that we brought him to ECMC to look at a

14:48:46 17   potentially dislocated shoulder, I believe.

14:48:49 18        **BY MS. REDDY:**

14:48:50 19        **Q.**   At ECMC after his arrest, right?

14:48:53 20        **A.**   During the process of his arrest, yes.

14:48:56 21   After he was put into custody.

14:48:59 22        **Q.**   Okay.  So, based on that timeline, his

14:49:02 23   arm was dislocated during his arrest on

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

137

14:49:06  1  May 10th, 2020?

14:49:07  2        **MR. DUDDY:**  Objection, form.

14:49:09  3        **BY MS. REDDY:**

14:49:09  4        **Q.**  Is that correct?

14:49:10  5        **A.**  I don't know.  I'm assuming that it

14:49:14  6  could have been, but I don't know.  He told me he

14:49:16  7  had previous injuries to his arm.

14:49:18  8        **Q.**  When did he tell you that?

14:49:21  9        **A.**  I believe on scene.  I don't remember.

14:49:24 10  In one of the patrol vehicles, maybe.  I spent a

14:49:27 11  long time with him that day, so . . .

14:49:30 12        **Q.**  So, what?

14:49:31 13        **A.**  I spent a long time with him that day.

14:49:35 14  So, there was a lot of conversation in multiple

14:49:37 15  different locations.

14:49:40 16        It could have been me overhearing what he

14:49:42 17  said to the doctor; I don't recall.

14:49:43 18        **Q.**  Okay.  And you just testified a few

14:50:00 19  minutes ago that you eventually sat him up on his

14:50:05 20  butt.  I want you to identify when that happens in

14:50:07 21  this video.

14:50:09 22        **A.**  Okay.

23        (Whereupon, video was played starting at

Ronald Ammerman - Ms. Reddy - 02/01/2024

138

                 1   2:50 p.m.)

                 2          (Whereupon, video was stopped playing at

                 3   2:50 p.m.)

                 4          **BY MS. REDDY:**

14:50:32         5          **Q.**    Are those two other officers that have

14:50:36         6   arrived?

14:50:36         7          **A.**    Yes.

14:50:37         8          **Q.**    Once you are able to see their faces,

14:50:42         9   if you can identify them, just let me know.

                10          (Whereupon, video was played starting at

                11   2:50 p.m.)

                12          (Whereupon, video was stopped playing at

                13   2:51 p.m.)

                14          **BY MS. REDDY:**

14:51:47        15          **Q.**    Does this video depict you sitting him

14:51:50        16   on his butt after he first complained of his arm

14:51:53        17   injury?

14:51:53        18          **A.**    Just so you know, Miss, you're very,

14:51:53        19   very quiet.  But I think I heard you asking if it

14:51:55        20   depicted us sitting him up.  But there was about 45

14:51:59        21   seconds of unfilmed interaction with the guy --

14:52:02        22   with the suspect, I'm sorry.  And so I'm not sure.

14:52:05        23          But he was eventually brought to his butt

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

139

14:52:08 1  and then stood up.

14:52:10 2          Q.   Okay.  And he's the plaintiff in this

14:52:12 3  case; is that who you're referring to, Mr. Suttles?

14:52:15 4          A.   Yes.

14:52:15 5          Q.   So you sat him up for 45 seconds?

14:52:21 6          A.   No.  I'm saying that I can't see if

14:52:23 7  he's -- if you go back, it's show -- you hear me

14:52:27 8  say, I'm gonna sit you on your butt, and then we

14:52:28 9  miss 45 seconds of the video with me interacting

14:52:31 10 with him.  I don't know if he was re-proned out

14:52:33 11 again, and then after he was proned out again, then

14:52:38 12 he was sat to his butt and then stood up.

14:52:38 13         Q.   What's that word you're using?

14:52:40 14         A.   Proned?

14:52:41 15         Q.   Yeah.  Can you spell that?

14:52:43 16         A.   P-R-O-N-E-D.

14:52:45 17         Q.   What does that mean?

14:52:47 18         A.   To lay on your stomach.  And might

14:52:51 19 apply to back.

14:52:52 20         Q.   And what to your back?

14:52:54 21         A.   It might apply to your back as well.

14:52:57 22         Q.   Oh, okay.  But at this point

14:53:04 23 Mr. Suttles is still complaining of his arm injury;

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

140

14:53:08  1    is that correct?

14:53:09  2         **MR. DUDDY:**  Objection, form.

14:53:09  3         **THE WITNESS:**  I don't know when he

14:53:13  4    started -- stopped complaining about it or started.

14:53:16  5         **BY MS. REDDY:**

14:53:16  6         **Q.**   Okay.  I'm gonna go back.

14:53:18  7         **A.**   Okay.

          8         (Whereupon, video was played starting at

          9    2:53 p.m.)

         10         (Whereupon, video was stopped playing at

         11    2:53 p.m.)

         12         **BY MS. REDDY:**

14:53:35 13         **Q.**   Okay.  So, at the 4:42 mark he's

14:53:37 14    complaining of his broken arm; is that correct?

14:53:41 15         **MR. DUDDY:**  Objection, form.

14:53:42 16         **THE WITNESS:**  4:40, yes.

14:53:43 17         **BY MS. REDDY:**

14:53:45 18         **Q.**   Officer -- okay.  4:40.

         19         (Whereupon, video was played starting at

         20    2:53 p.m.)

         21         (Whereupon, video was stopped playing at

         22    2:54 p.m.)

         23         **BY MS. REDDY:**

Ronald Ammerman - Ms. Reddy - 02/01/2024

141

14:54:56  1        Q.    Can you make out where Mr. Suttles is

14:54:58  2  at that point of the video, 5:29?

14:54:58  3        A.    I can't hear you, Miss.

14:55:01  4        Q.    Can you make out where Mr. Suttles, the

14:55:04  5  plaintiff in this case, is, here at the 5:49 mark?

14:55:09  6        A.    I can't see him on the screen, but he

14:55:12  7  was pretty -- just previously right next to that

14:55:15  8  patrol vehicle.

         9        Q.    Okay.

        10        (Whereupon, video was played starting at

        11  2:55 p.m.)

        12        (Whereupon, video was stopped playing at

        13  2:56 p.m.)

        14        BY MS. REDDY:

14:56:17 15        Q.    At this point in the video are you able

14:56:19 16  to detect anywhere where any City of Buffalo police

        17  officers . . . (Inaudible.)

        18        A.    Am I the only one that's having audio

        19  issues with her or can you guys hear her?

        20        THE REPORTER:    No.  Ms. Reddy, I believe

        21  right after you finish playing the video, the audio

        22  just, kind of, balances itself; because the audio

        23  from the video is very loud.  So then when you

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

142

```
        1    speak it's very low, but then it does start to come

        2    back up.

        3         So I will have to ask you to repeat your

        4    question, because I also didn't hear it.  But

        5    that's happening every time you play the video.

14:56:47 6         MS. REDDY:  Yeah.  Okay.  Thank you for

14:56:49 7    pointing that out.  I think that happened

14:56:50 8    yesterday, too; so I'll just be mindful to wait a

14:56:50 9    second.

14:56:50 10        BY MS. REDDY:

14:56:54 11        Q.   My question to you, Officer Ammerman,

14:56:55 12   is:  In anywhere in this video, can you tell if any

14:56:58 13   City of Buffalo police officers make an attempt to

14:57:02 14   assess Mr. Suttles' injuries?

14:57:05 15        MR. DUDDY:  Objection, form.

14:57:05 16        THE WITNESS:  To be honest with you, this

14:57:07 17   video is very poor quality and we're standing on

14:57:10 18   the opposite side of the patrol vehicle, so I -- I

14:57:13 19   can't see much.  I can hear things but I can't see

14:57:17 20   much.

14:57:18 21        BY MS. REDDY:

14:57:18 22        Q.   Did you hear anything that would give

14:57:20 23   you an indication that the City of Buffalo police
```

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

143

14:57:22  1  officers gave Mr. Suttles any attention with

14:57:25  2  respect to his complaints of injuries?

14:57:27  3      **A.**    I --

14:57:27  4      **MR. DUDDY:**  Objection.

14:57:28  5      **THE WITNESS:**  Yeah.  I can't -- I -- no, I

14:57:29  6  did not hear anything.

14:57:31  7      **BY MS. REDDY:**

14:57:31  8      **Q.**    Okay.  Thank you.

14:57:33  9      I'm gonna play another video that was

14:58:39  10 produced in the normal course of discovery.  It's

14:58:42  11 fairly short.  It's labeled, Axon Body 2

14:58:48  12 Video 20205102159.

14:58:51  13      I want you to identify the officer in this

14:58:55  14 video.

         15      (Whereupon, video was played starting at

         16 2:58 p.m.)

         17      (Whereupon, video was stopped playing at

         18 2:59 p.m.)

         19      **BY MS. REDDY:**

14:59:41  20     **Q.**    Do you recognize this officer in the

14:59:44  21 beginning right here?

14:59:45  22     **A.**    Yes.  That's Michael Scheu.

15:00:50  23     **MS. REDDY:**  Mr. Duddy, I just need to take a

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

144

| | | |
|---|---|---|
| 15:00:52 | 1 | ten-minute break to get my exhibit uploaded.  It's |
| 15:00:57 | 2 | just not working right now. |
| 15:01:01 | 3 | **MR. DUDDY:**  Yeah. |
| 15:01:02 | 4 | **MS. REDDY:**  Okay.  Thanks. |
| 15:01:02 | 5 | |
| 15:01:02 | | (A brief recess was then taken.) |
| 15:15:31 | 6 | |
| 15:15:31 | 7 | **BY MS. REDDY:** |
| 15:15:31 | 8 | **Q.**   We're back on the record. |
| 15:15:32 | 9 | Okay.  Officer Ammerman, I'm gonna continue |
| 15:15:41 | 10 | my questioning.  I want to remind you that you're |
| 15:15:44 | 11 | under oath. |
| 15:15:44 | 12 | **A.**   Yes, ma'am. |
| 15:15:45 | 13 | **Q.**   Okay.  I'm gonna share a photo with you |
| 15:15:49 | 14 | that was also previously produced, and I want you |
| 15:15:51 | 15 | to identify the officer in this picture. |
| 15:15:59 | 16 | Can you see that image? |
| 15:16:01 | 17 | **A.**   Yes. |
| 15:16:02 | 18 | **Q.**   Who is that? |
| 15:16:02 | 19 | **A.**   That's me. |
| 15:16:03 | 20 | **Q.**   Okay.  Thank you. |
| 15:16:08 | 21 | **A.**   No problem. |
| 15:16:09 | 22 | **Q.**   Okay.  I'm going to again play what was |
| 15:16:49 | 23 | provided to you as body cam footage from the arrest |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

145

15:16:53  1  of Mr. Suttles on May 10th, 2020.

15:16:56  2        I'm actually gonna start -- this is a

15:16:59  3  very lengthy video, it's 17 minutes.  I'm gonna

15:17:00  4  start midway through.  I'll play this for you and

15:17:05  5  ask you some questions.

15:17:05  6        (Whereupon, video was played starting at

15:17:05  7  3:17 p.m.)

15:17:05  8        (Whereupon, video was stopped playing at

15:17:05  9  3:17 p.m.)

15:17:14  10       **MS. REDDY:**  Wait, I'm sorry.  Let me go back

15:17:16  11 a little bit.

15:17:16  12       (Whereupon, video was played starting at

15:17:16  13 3:17 p.m.)

15:17:16  14       (Whereupon, video was stopped playing at

15:17:28  15 3:17 p.m.)

15:17:28  16       **BY MS. REDDY:**

15:17:37  17       **Q.**   Was that you who just walked by in the

15:17:39  18 video?

15:17:39  19       **A.**   Yes, ma'am.

15:17:40  20       **Q.**   Okay.  So, you've identified yourself

15:17:43  21 as the person who walked by at the 4:27 mark of

15:17:47  22 this video.

15:17:47  23       (Whereupon, video was played starting at

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

146

15:17:47  1  3:17 p.m.)

15:17:47  2         (Whereupon, video was stopped playing at

15:18:00  3  3:18 p.m.)

15:18:00  4         **BY MS. REDDY:**

15:18:52  5         **Q.**   What was just happening in that -- in

15:18:55  6  the minute that I played in that video?

15:18:57  7         **MR. DUDDY:**  Form.

15:18:59  8         **THE WITNESS:**  It was a discussion about him,

15:19:04  9  Officer Scheu, being adamant that he felt something

15:19:08 10  inside his pants.  And it -- he is convinced that

15:19:11 11  it's inside of his pants still or that he tried to

15:19:15 12  put it up his butt.

15:19:16 13         **BY MS. REDDY:**

15:19:24 14         **Q.**   Okay.  And Mr. Suttles, right now, is

15:19:27 15  by the vehicle.

15:19:28 16         What is happening; are you doing a search?

15:19:31 17         **MR. DUDDY:**  Objection, form.

15:19:32 18         **THE WITNESS:**  So, based on when it started,

15:19:35 19  I believe he was -- he was already re-searched

15:19:38 20  after being on the ground.  And now I believe he is

15:19:42 21  just standing outside of the car.

15:19:45 22         **BY MS. REDDY:**

15:19:45 23         **Q.**   Okay.  Why is he standing outside of

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

147

15:19:47  1  the car?

15:19:48  2        MR. DUDDY:  Objection.

15:19:48  3        THE WITNESS:  To be honest, there could

15:19:52  4  be multiple reasons.  It's much -- it's much more

15:19:54  5  comfortable standing outside of the car, especially

15:19:57  6  standing that tall, than it is to be outside of the

15:20:00  7  patrol vehicle.

15:20:01  8        BY MS. REDDY:

15:20:01  9        Q.   Okay.

15:20:01 10        (Whereupon, video was played starting at

15:20:01 11  3:20 p.m.)

15:20:01 12        (Whereupon, video was stopped playing at

15:20:08 13  3:21 p.m.)

15:20:08 14        BY MS. REDDY:

15:21:50 15        Q.   Can you tell me what's happening in

15:21:51 16  this scene that I just played?

15:21:53 17        MR. DUDDY:  Objection, form.

15:21:55 18        THE WITNESS:  Officer Scheu was going back

15:21:58 19  at -- part of the path of the -- of the suspect's

15:22:02 20  vehicle and checking to see if anything was thrown

15:22:07 21  outside of the windows.

15:22:10 22        BY MS. REDDY:

15:22:12 23        Q.   Did he find anything?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

148

15:22:12   1          **A.**   No.

15:22:12   2          (Whereupon, video was played starting at

15:22:12   3   3:22 p.m.)

15:22:12   4          (Whereupon, video was stopped playing at

15:24:18   5   3:24 p.m.)

15:24:18   6          **BY MS. REDDY:**

15:24:30   7          **Q.**   So, what's happening here, Officer

15:24:32   8   Ammerman; is there still a search occurring for

15:24:35   9   narcotics --

15:24:35  10          **A.**   That's what it appears to be.

15:24:37  11          **Q.**   Okay.

15:24:37  12          (Whereupon, video was played starting at

15:24:37  13   3:24 p.m.)

15:24:37  14          (Whereupon, video was stopped playing at

15:26:09  15   3:26 p.m.)

15:26:09  16          **BY MS. REDDY:**

15:26:09  17          **Q.**   So, at this point, ten minutes and 50

15:26:13  18   seconds into this video, is Mr. Suttles in the back

15:26:15  19   seat with you?

15:26:16  20          **A.**   Yes, ma'am.

15:26:16  21          **Q.**   Okay.  By that time had you searched

15:26:19  22   his entire person for any narcotics?

15:26:21  23          **A.**   I searched his person from outside of

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

149

| | | |
|---|---|---|
| 15:26:25 | 1 | his clothing. |
| 15:26:30 | 2 | Q. Did anyone search inside his clothing |
| 15:26:34 | 3 | from the Buffalo police? |
| 15:26:35 | 4 | A. No -- |
| 15:26:35 | 5 | MR. DUDDY: Objection, form. |
| 15:26:35 | 6 | THE WITNESS: No, ma'am. |
| 15:26:36 | 7 | BY MS. REDDY: |
| 15:26:37 | 8 | Q. No? |
| 15:26:37 | 9 | A. No. |
| 15:26:38 | 10 | Q. Okay. Thank you. |
| 15:26:53 | 11 | I want to switch to another video. Just |
| 15:26:56 | 12 | give me one second to prep it. |
| | 13 | |
| | | (Whereupon, Plaintiff's audio call ended.) |
| | 14 | |
| | 15 | THE REPORTER: I believe we just lost |
| | 16 | Mr. Suttles. |
| 15:30:49 | 17 | MS. REDDY: Oh, that's possible. Okay. Are |
| 15:30:49 | 18 | we back on the record, Rebecca? |
| 15:30:49 | 19 | THE REPORTER: Yes. |
| 15:30:49 | 20 | BY MS. REDDY: |
| 15:30:59 | 21 | Q. Okay. Thank you. We're back on the |
| 15:31:01 | 22 | record, Officer Ammerman. I want to share with you |
| 15:31:04 | 23 | another body cam footage that was provided to us in |

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

150

15:31:05  1  the normal course of discovery.  I'm gonna play

15:31:09  2  this and ask you some questions.

15:31:09  3          (Whereupon, video was played starting at

15:31:09  4  3:31 p.m.)

15:31:09  5          (Whereupon, video was stopped playing at

15:31:16  6  3:32 p.m.)

15:31:16  7          **BY MS. REDDY:**

15:32:27  8          **Q.**   Officer Ammerman, at this point in the

15:32:29  9  video, are both of Mr. Suttles' arms in the air?

15:32:34  10         **A.**   Yes.

15:32:36  11         **Q.**   And do you recognize this to be your

15:32:38  12  own body cam footage?

15:32:40  13         **A.**   Yes.

15:32:40  14         **Q.**   Thank you.  And is that Officer Scheu,

15:32:44  15  your partner, in this video?

15:32:46  16         **A.**   Yes.

15:32:47  17         **Q.**   Thank you.

          18         (Whereupon, video was played starting at

          19  3:32 p.m.)

          20         (Whereupon, video was stopped playing at

          21  3:34 p.m.)

          22         **BY MS. REDDY:**

15:34:58  23         **Q.**   Does anything in this video reflect

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

151

15:35:00  1    Mr. Suttles resisting arrest to you?

15:35:00  2            **A.**    Yes.

15:35:04  3            **Q.**    What parts?

15:35:06  4            **A.**    I'm sorry.  Did you say something?

15:35:08  5            **Q.**    Just which part or what actions?

15:35:10  6            **A.**    The multiple, multiple verbal commands

15:35:14  7    to not put his hand in his pocket and his pants;

15:35:18  8    stop resisting, put his hands behind his back from

15:35:22  9    the start.  The pleading, Please stop, Please stop;

15:35:25 10    and the inaction by him to do so.

15:35:28 11            **Q.**    And what is the, Please stop, referring

15:35:31 12    to?

15:35:31 13            **A.**    Him reaching in his pants and him not

15:35:34 14    putting his hands behind his back.

15:35:37 15            **Q.**    Okay.  So, please stop reaching in your

15:35:40 16    pants; is that what the statement was?

15:35:43 17            **MR. DUDDY:**  Objection, form.

15:35:44 18            **THE WITNESS:**  I think the, Please stop,

15:35:47 19    would be very easy to figure out if you're the one

15:35:51 20    being asked to stop, because -- what you're doing.

15:35:54 21            **BY MS. REDDY:**

15:35:54 22            **Q.**    Is that you saying, Please stop, in the

15:35:57 23    video?

*Ronald Ammerman - Ms. Reddy - 02/01/2024*

152

15:35:57  1         **A.**    Yes.

15:35:58  2         **Q.**    And what are you referring to?  Please

15:36:00  3    stop doing what?

15:36:01  4         **A.**    All -- all of which that he's done;

15:36:03  5    resist, not put his hands behind his back,

15:36:06  6    not comply to lawful orders, continuously try to

15:36:09  7    get underneath the vehicle, and whatever else he

15:36:13  8    was trying to do physically that I might not know

15:36:17  9    what he's doing.

15:36:19  10        **MS. REDDY:**  Okay.  Thank you.

15:36:31  11        Okay.  I'm almost done here.  I'm just gonna

15:36:35  12   take a few minutes to go over my notes; and if I

15:36:38  13   have any questions I'll ask you, but it shouldn't

15:36:41  14   be long.  Thank you, Officer Ammerman.

15:36:46  15        **THE WITNESS:**  Yes, ma'am.

15:36:46  16
15:36:46
15:36:46  17        (A brief recess was then taken.)

15:46:18  18        **MS. REDDY:**  I actually don't have any more

15:46:20  19   questions for this witness.  So I think we're all

15:46:22  20   set for today.

          21        **MR. DUDDY:**  All right.

          22        (Deposition concluded at 3:46 p.m.)

          23                    *    *    *

153

1        I hereby CERTIFY that I have read the

2   foregoing 152 pages, and that they are a true and

3   accurate transcript of the testimony given by me in

4   the above-entitled action on February 01, 2024.

5

6

7                ------------------------
                        RONALD AMMERMAN
8

9   Sworn to before me this

10

11   -------- day of  ---------, 2024.

12

13   --------------------------

14   NOTARY PUBLIC.

15

16

17

18

19

20

21

22

23

154

```
 1  STATE OF NEW YORK)

 2                    ss:

 3  COUNTY OF ERIE   )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  by me to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18  ------------------------------
                              REBECCA R. PERA,
19                            Notary Public.

20

21

22

23
```

155

1                          **INDEX TO WITNESSES**

2    **Witness**                **Examination**              **Page**

3     RONALD AMMERMAN        MS. REDDY                      3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DOCUMENT PRODUCTION REQUESTS

156

| Request | Page |
|---------|------|
| | |

1   **MS. REDDY:**  Okay.  So, do you have a          108

2   current disciplinary card reflecting all

3   of the complaints, even the ones since

4   May 14th, 2020?

5   **THE WITNESS:**  I personally do not have

6   one.  I don't have access to it either,

7   without going in to Internal Affairs to

8   get it.

9   **MS. REDDY:**  Okay.  I'm gonna be asking

10  your attorney to retrieve that.

11  **MR. DUDDY:**  Just put the request in

12  writing.

13

14

15

16

17

18

19

20

21

22

23

# #

**#1-100** [1] - 1:11
**#2** [1] - 91:12

# '

**'12** [1] - 7:9
**'13** [1] - 7:9
**'15** [1] - 8:1
**'67** [2] - 9:21, 9:23
**'97** [1] - 10:5

# 0

**01** [1] - 153:4
**09/03/2019** [1] - 107:16

# 1

**1** [5] - 1:21, 85:7, 90:17, 92:16, 95:10
**108** [1] - 156:1
**10:21** [1] - 1:22
**10th** [33] - 37:14, 37:15, 37:16, 37:22, 38:2, 44:5, 48:18, 60:9, 65:3, 68:2, 81:4, 82:2, 82:8, 84:4, 87:6, 89:9, 90:4, 90:15, 94:23, 95:6, 96:11, 96:18, 98:11, 99:3, 99:8, 99:11, 101:6, 101:18, 108:7, 111:9, 133:13, 137:1, 145:1
**11/04/16** [1] - 6:14
**1100** [1] - 2:7
**121** [2] - 93:17, 94:7
**12:55** [1] - 83:11
**14202** [1] - 2:8
**14209** [1] - 2:2
**14211** [1] - 3:17
**14th** [5] - 104:22, 106:21, 108:12, 109:2, 156:4
**15** [4] - 3:8, 14:19, 14:20, 15:13
**152** [1] - 153:2
**16** [4] - 15:13, 118:13, 118:21, 119:5
**17** [2] - 95:10, 145:3
**18** [1] - 12:14
**185lbs** [1] - 130:12
**18:30** [1] - 99:11
**190** [1] - 130:13
**1996** [1] - 9:10
**19th** [1] - 105:4

**1:02** [2] - 124:21, 126:1
**1:10** [1] - 129:2
**1:20** [1] - 129:1
**1:21-cv-897** [1] - 1:8
**1:30** [1] - 20:15
**1:31** [1] - 110:16

# 2

**2** [2] - 97:23, 143:11
**20** [2] - 110:10, 110:12
**2011** [1] - 6:21
**2012** [1] - 7:10
**2013** [2] - 7:10, 7:16
**2014** [2] - 7:23, 9:11
**2015** [6] - 8:18, 8:19, 8:20, 9:11, 10:13, 19:6
**2016** [2] - 19:4, 19:6
**2019** [4] - 105:4, 106:4, 106:23, 107:20
**2020** [47] - 37:16, 37:22, 38:2, 44:5, 48:18, 57:14, 57:22, 60:9, 65:3, 68:2, 68:8, 68:15, 80:10, 81:4, 82:2, 82:8, 84:4, 87:6, 89:9, 90:4, 90:15, 94:23, 95:6, 96:11, 96:18, 98:11, 99:3, 99:8, 99:11, 99:22, 101:6, 101:18, 102:13, 102:23, 104:22, 106:21, 108:7, 108:12, 109:2, 109:13, 109:19, 111:9, 130:20, 133:13, 137:1, 145:1, 156:4
**20205102159** [1] - 143:12
**2024** [3] - 1:21, 153:4, 153:11
**21C** [1] - 16:15
**21st** [1] - 106:23
**24** [1] - 25:13
**24th** [1] - 106:4
**2:01** [1] - 121:17
**2:02** [1] - 111:16
**2:04** [2] - 111:18, 112:5
**2:06** [1] - 112:7
**2:16** [1] - 112:9
**2:18** [4] - 117:3, 117:5, 117:11, 117:13
**2:19** [2] - 118:6, 118:8
**2:20** [4] - 119:11,

119:13, 119:20, 119:22
**2:21** [3] - 120:13, 120:15, 121:4
**2:23** [1] - 121:6
**2:24** [2] - 123:1, 123:3
**2:25** [2] - 123:21, 123:23
**2:26** [2] - 124:15, 125:5
**2:27** [5] - 125:7, 125:9, 125:16, 125:18, 126:4
**2:28** [2] - 126:6, 126:23
**2:29** [1] - 127:7
**2:42** [1] - 132:21
**2:43** [2] - 132:23, 133:6
**2:45** [1] - 133:8
**2:50** [3] - 138:1, 138:3, 138:11
**2:51** [1] - 138:13
**2:53** [1] - 140:9, 140:11, 140:20
**2:54** [1] - 140:22
**2:55** [1] - 141:11
**2:56** [1] - 141:13
**2:58** [1] - 143:16
**2:59** [1] - 143:18

# 3

**3** [4] - 98:2, 104:4, 104:5, 155:3
**30** [3] - 17:21, 53:16, 123:18
**3113(d** [1] - 3:11
**37** [1] - 3:11
**3:17** [5] - 145:7, 145:9, 145:13, 145:15, 146:1
**3:18** [1] - 146:3
**3:20** [1] - 147:11
**3:21** [1] - 147:13
**3:22** [1] - 148:3
**3:24** [2] - 148:5, 148:13
**3:26** [1] - 148:15
**3:30** [1] - 20:15
**3:31** [1] - 150:4
**3:32** [2] - 150:6, 150:19
**3:34** [1] - 150:21
**3:46** [1] - 152:22
**3rd** [1] - 107:20

# 4

**4** [2] - 98:1, 98:17

**44** [1] - 124:2
**44-second** [1] - 124:7
**45** [3] - 138:20, 139:5, 139:9
**455** [1] - 2:2
**4:27** [1] - 145:21
**4:40** [2] - 140:16, 140:18
**4:42** [1] - 140:13

# 5

**5** [1] - 90:17
**5-8** [1] - 130:15
**5/19/2019** [1] - 105:23
**50** [1] - 148:17
**5:29** [1] - 141:2
**5:49** [1] - 141:5
**5th** [2] - 37:10, 37:11

# 6

**6-2** [1] - 130:1
**65** [1] - 2:7
**693** [2] - 1:18, 3:16

# 7

**7/1/19** [1] - 107:15
**710** [2] - 92:22, 93:13
**710.30** [4] - 91:16, 91:17, 92:7, 93:5
**710.30s** [1] - 91:23
**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3
**7:30** [1] - 23:19

# 8

**8** [1] - 90:20
**851-4334** [1] - 2:8

# 9

**9** [1] - 92:16
**90** [1] - 16:10

# A

**a.m** [2] - 1:22, 20:15
**ability** [1] - 25:9
**able** [6] - 34:13, 69:5, 85:2, 115:18, 138:8, 141:15
**above-entitled** [1] - 153:4
**above-requested** [1] - 127:20
**absorbs** [1] - 76:19
**academy** [18] - 8:21,

10:12, 10:16, 10:19, 10:22, 11:4, 15:18, 15:23, 16:5, 16:12, 16:14, 16:18, 16:23, 17:5, 17:12, 17:13, 17:19
**access** [2] - 109:4, 156:6
**accident** [2] - 107:2, 107:16
**accurate** [8] - 93:22, 94:3, 98:23, 99:6, 99:10, 104:21, 119:8, 153:3
**accusations** [2] - 37:1, 108:18
**accusatories** [1] - 89:23
**accusatory** [3] - 90:1, 90:3, 90:14
**accused** [5] - 35:16, 36:3, 36:6, 36:22, 105:18
**act** [2] - 58:21, 59:4
**action** [4] - 47:14, 153:4, 154:12, 154:15
**actions** [3] - 66:1, 121:18, 151:5
**activate** [2] - 45:1, 69:20
**activated** [3] - 44:18, 44:19, 45:13
**acts** [2] - 59:7, 59:10
**actual** [1] - 60:23
**Adam** [1] - 11:11
**adamant** [1] - 146:9
**Adams** [1] - 46:12
**address** [1] - 114:11
**administer** [1] - 34:22
**administration** [1] - 87:19
**admission** [1] - 78:20
**admissions** [5] - 49:4, 50:14, 62:13, 88:7, 88:9
**admitted** [1] - 79:6
**aduddy@buffalony. gov** [1] - 2:9
**AEI** [1] - 135:7
**Affairs** [8] - 81:16, 83:2, 83:5, 102:17, 103:3, 103:7, 109:5, 156:7
**African** [1] - 14:12
**afternoon** [1] - 20:15
**aggravated** [1] - 48:9
**ago** [5] - 23:23, 51:14, 94:5, 136:2, 137:19
**agreed** [4] - 26:5,

26:8, 29:6, 30:6
**agreement** [6] - 28:21, 29:5, 30:6, 30:9, 33:20, 33:23
**agrees** [1] - 26:11
**air** [1] - 150:9
**Alberti** [2] - 103:4, 103:6
**alcohol** [1] - 25:12
**allegations** [1] - 25:2
**allow** [1] - 4:23
**allowable** [1] - 57:1
**allowed** [4] - 57:5, 58:3, 68:22, 128:2
**almost** [10] - 13:11, 38:12, 46:11, 63:14, 77:2, 86:6, 124:1, 124:3, 132:6, 152:11
**alone** [6] - 28:20, 29:17, 29:23, 30:11, 30:14, 88:13
**Amber** [2] - 113:4, 116:8
**Amber's** [1] - 114:4
**ambulance** [13] - 61:4, 61:11, 62:14, 62:22, 63:7, 63:9, 79:3, 79:16, 84:8, 88:12, 88:13, 135:7, 135:9
**American** [1] - 14:12
**Amherst** [3] - 15:6, 15:9, 15:12
**AMMERMAN** [6] - 1:1, 1:10, 1:17, 3:16, 153:7, 155:3
**Ammerman** [28] - 3:21, 9:8, 9:19, 10:6, 11:20, 26:19, 26:21, 28:6, 28:8, 35:9, 35:15, 83:20, 93:19, 101:14, 104:14, 110:19, 111:6, 111:20, 116:7, 116:10, 128:1, 133:11, 142:11, 144:9, 148:8, 149:22, 150:8, 152:14
**Ammerman's** [1] - 26:14
**amount** [2] - 57:1, 69:4
**angle** [1] - 49:12
**answer** [9] - 5:1, 5:5, 5:8, 14:10, 25:9, 25:18, 36:16, 102:3, 127:15
**ANTHONY** [1] - 2:6
**APPEARANCES** [1] - 2:1

**appeared** [1] - 43:18
**Appearing** [2] - 2:4, 2:9
**appearing** [3] - 21:17, 26:4, 34:18
**applied** [2] - 16:23, 65:23
**apply** [2] - 139:19, 139:21
**apprehend** [1] - 57:6
**approached** [5] - 41:14, 41:15, 46:21, 46:22, 48:17
**approaching** [1] - 47:1
**appropriate** [1] - 128:8
**approximate** [2] - 84:9, 99:12
**area** [9] - 13:18, 14:8, 38:12, 76:3, 77:22, 78:7, 79:13, 81:5, 113:17
**areas** [1] - 78:18
**arm** [27] - 63:23, 64:3, 124:4, 124:10, 124:12, 124:16, 124:17, 124:20, 125:2, 126:1, 133:12, 133:22, 134:4, 134:9, 134:13, 134:16, 134:21, 135:3, 135:8, 135:14, 136:3, 136:5, 136:23, 137:7, 138:16, 139:23, 140:14
**arm's** [4] - 124:18, 124:19
**arms** [5] - 55:5, 66:8, 66:13, 136:6, 150:9
**arraignment** [1] - 64:23
**arrest** [47] - 36:10, 47:18, 48:4, 48:7, 48:10, 48:14, 57:2, 62:6, 73:11, 85:22, 86:18, 87:3, 87:20, 87:22, 89:8, 89:18, 89:21, 90:4, 90:14, 91:3, 91:5, 91:15, 91:19, 92:14, 93:17, 96:11, 96:18, 97:5, 97:13, 97:17, 98:11, 99:2, 99:8, 101:5, 101:18, 103:15, 111:8, 113:13, 133:13, 136:7, 136:12, 136:15,

136:19, 136:20, 136:23, 144:23, 151:1
**arrested** [2] - 36:18, 95:3
**arresting** [4] - 86:4, 91:5, 95:1, 95:17
**arrests** [5] - 48:1, 48:2, 48:3, 48:11, 75:13
**arrived** [1] - 138:6
**assess** [3] - 60:20, 134:3, 142:14
**assessed** [3] - 60:22, 134:9, 134:11
**assigned** [4] - 5:23, 11:8, 68:6, 68:8
**Assistant** [1] - 2:6
**assisted** [2] - 50:1, 91:15
**assisting** [4] - 86:2, 86:5, 91:12
**associate's** [1] - 7:15
**assume** [7] - 18:17, 57:23, 75:22, 80:5, 96:2, 104:23, 106:14
**assuming** [2] - 64:13, 137:5
**assumptions** [1] - 30:22
**attempt** [6] - 59:3, 100:5, 100:9, 120:2, 120:3, 142:13
**attempted** [4] - 41:20, 42:15, 59:12, 59:13
**attempting** [10] - 42:14, 43:19, 56:19, 88:1, 112:12, 118:11, 118:20, 119:7, 126:10, 128:18
**attend** [2] - 7:4, 154:6
**attendants** [1] - 73:16
**attention** [6] - 49:14, 61:13, 98:1, 99:5, 100:1, 143:1
**attorney** [3] - 4:1, 109:7, 156:10
**attorneys** [1] - 33:13
**audio** [7] - 27:7, 33:12, 66:20, 141:18, 141:21, 141:22, 149:13
**Avenue** [6] - 2:2, 40:8, 40:18, 45:18, 46:2, 95:7
**avid** [1] - 132:1
**aware** [2] - 66:15, 136:11
**Axon** [1] - 143:11

# B

**background** [2] - 31:5, 90:7
**bag** [2] - 77:14, 81:3
**baggie** [3] - 49:5, 49:11, 49:15
**Bailey** [1] - 13:19
**balances** [1] - 141:22
**bare** [1] - 78:4
**barely** [1] - 90:8
**base** [2] - 49:6, 49:8
**based** [7] - 57:6, 58:2, 58:3, 66:5, 107:17, 136:22, 146:18
**basis** [1] - 88:3
**bathroom** [1] - 63:17
**became** [1] - 91:23
**become** [2] - 18:7, 19:2
**becoming** [1] - 16:21
**begin** [2] - 35:10, 48:3
**beginning** [5] - 8:18, 19:5, 19:6, 112:16, 143:21
**begins** [1] - 112:20
**behind** [13] - 40:1, 40:11, 40:13, 40:15, 55:20, 69:21, 100:8, 113:9, 116:13, 122:1, 151:8, 151:14, 152:5
**below** [2] - 72:14, 72:17
**better** [4] - 66:12, 75:18, 110:9, 134:8
**between** [7] - 12:23, 26:8, 46:1, 46:4, 46:9, 53:14, 100:22
**big** [1] - 8:14
**biggest** [2] - 75:23, 76:6
**bit** [6] - 7:1, 8:6, 66:19, 84:1, 131:1, 145:11
**bless** [2] - 65:19, 65:20
**blessing** [1] - 31:1
**block** [3] - 40:20, 46:9, 73:16
**blocks** [4] - 40:21, 40:22, 46:1, 46:6
**blue** [1] - 39:23
**BlueTeam** [3] - 82:15, 82:16, 108:3
**BlueTeams** [1] - 98:8
**boarded** [1] - 14:4
**boarder** [2] - 13:21, 14:3
**body** [24] - 45:4, 45:11, 45:13, 60:4,

71:21, 92:1, 92:2, 100:6, 107:17, 112:2, 119:2, 119:8, 124:2, 124:7, 124:9, 128:9, 129:6, 129:14, 132:7, 134:13, 136:5, 144:23, 149:23, 150:12
**Body** [1] - 143:11
**Booking** [4] - 63:18, 64:20, 73:16, 94:8
**booking** [2] - 73:14, 85:12
**bottom** [1] - 87:9
**break** [9] - 5:10, 11:16, 76:1, 83:9, 83:21, 109:22, 110:20, 144:1
**breaking** [1] - 88:21
**breathe** [1] - 103:17
**brief** [7] - 17:23, 33:3, 63:21, 83:13, 115:8, 144:5, 152:16
**briefly** [1] - 48:19
**bring** [1] - 26:18
**brings** [4] - 7:23, 25:2, 30:18, 31:18
**broke** [1] - 66:15
**broken** [4] - 60:18, 133:18, 135:14, 140:14
**Brought** [1] - 54:4
**brought** [10] - 49:14, 54:1, 54:7, 64:12, 64:19, 73:14, 73:18, 73:19, 136:16, 138:23
**BUFFALO** [2] - 1:9
**Buffalo** [30] - 1:17, 1:19, 2:2, 2:8, 3:16, 4:2, 5:16, 6:13, 7:17, 8:14, 8:17, 9:6, 9:17, 14:14, 15:4, 15:19, 16:7, 18:8, 19:16, 19:23, 20:4, 35:17, 37:3, 85:18, 99:2, 99:18, 141:16, 142:13, 142:23, 149:3
**butt** [16] - 78:4, 78:22, 79:2, 79:6, 79:13, 80:1, 80:2, 80:4, 80:6, 134:5, 137:20, 138:16, 138:23, 139:8, 139:12, 146:12
**buttock** [3] - 77:22, 78:7, 78:18
**BY** [129] - 3:20, 11:1,

11:19, 14:13, 14:17, 15:1, 15:17, 18:2, 18:20, 19:14, 19:20, 20:3, 20:10, 22:9, 22:14, 22:19, 23:14, 23:20, 25:16, 35:7, 35:20, 36:19, 52:19, 53:19, 54:20, 56:22, 57:8, 58:20, 60:6, 60:13, 60:19, 61:21, 64:8, 64:15, 65:22, 67:1, 69:17, 70:11, 71:4, 72:10, 73:3, 73:9, 74:7, 76:14, 78:23, 79:10, 80:14, 81:8, 82:11, 83:3, 83:18, 89:3, 90:12, 96:15, 97:3, 97:8, 97:20, 102:6, 102:18, 103:22, 106:15, 109:11, 110:18, 111:3, 111:19, 112:8, 116:3, 117:6, 117:14, 118:9, 118:19, 119:4, 119:14, 119:23, 120:16, 120:21, 121:7, 121:15, 122:18, 124:5, 125:10, 126:7, 127:8, 127:14, 127:23, 128:6, 128:14, 129:11, 129:22, 130:8, 131:3, 131:8, 131:15, 132:3, 133:9, 133:16, 133:21, 134:2, 134:19, 135:20, 136:10, 136:18, 137:3, 138:4, 138:14, 140:5, 140:12, 140:17, 140:23, 141:14, 142:10, 142:21, 143:7, 143:19, 144:7, 145:16, 146:4, 146:13, 146:22, 147:8, 147:14, 147:22, 148:6, 148:16, 149:7, 149:20, 150:7, 150:22, 151:21
**Byron** [1] - 103:1

**C**

**C-District** [10] - 1:18, 6:9, 6:10, 13:22,

14:1, 14:7, 20:12, 20:14, 20:18, 23:2
**CAD** [1] - 63:3
**callout** [1] - 63:3
**cam** [6] - 45:4, 45:11, 60:4, 144:23, 149:23, 150:12
**camera** [6] - 27:2, 45:13, 92:1, 92:2, 107:17, 125:1
**cannot** [3] - 5:7, 25:19, 32:7
**capacity** [3] - 4:3, 85:23, 91:11
**captain** [2] - 83:1, 83:2
**Captain** [1] - 99:15
**car** [36] - 38:21, 39:12, 40:1, 43:7, 44:3, 44:7, 44:16, 45:2, 45:12, 53:16, 56:5, 56:9, 56:10, 56:19, 59:11, 62:20, 63:1, 93:21, 107:4, 107:21, 108:19, 122:2, 123:10, 124:4, 124:10, 125:1, 125:2, 126:2, 126:10, 127:2, 128:18, 129:16, 146:21, 147:1, 147:5
**card** [3] - 104:20, 109:1, 156:2
**career** [5] - 10:9, 10:10, 13:12, 13:14, 68:16
**carries** [1] - 67:19
**carry** [7] - 67:4, 68:18, 68:20, 68:22, 69:2, 69:6, 69:8
**carrying** [1] - 67:11
**case** [16] - 4:1, 4:8, 4:11, 21:16, 21:19, 21:20, 24:5, 24:14, 36:8, 37:6, 66:22, 86:7, 90:23, 103:13, 139:3, 141:5
**Case** [1] - 1:8
**catch** [1] - 125:1
**CAVETTE** [1] - 2:5
**cell** [2] - 73:15, 73:16
**Central** [4] - 63:18, 64:20, 73:16, 94:8
**certain** [3] - 52:23, 69:4, 71:16
**CERTIFY** [2] - 153:1, 154:5
**chain** [1] - 82:23
**CHAMBERS** [1] - 2:5
**change** [2] - 13:7,

13:17
**changed** [6] - 13:9, 43:17, 57:14, 57:16, 58:4, 68:3
**changes** [3] - 57:17, 57:18, 57:21
**charge** [2] - 87:23, 106:3
**charged** [3] - 64:21, 75:18, 87:17
**charges** [13] - 63:19, 65:2, 65:6, 65:14, 87:2, 87:5, 87:7, 87:14, 87:15, 87:17, 88:5, 89:16, 109:12
**Charlie** [3] - 6:7, 13:3, 13:4
**chart** [1] - 105:6
**chase** [1] - 107:21
**check** [2] - 90:6, 134:15
**checking** [2] - 18:15, 147:20
**Cheektowaga** [2] - 13:21, 14:3
**choke** [1] - 103:19
**choose** [1] - 67:18
**circumstances** [3] - 27:22, 30:18, 47:20
**CITY** [1] - 1:9
**city** [7] - 14:18, 16:6, 16:8, 16:15, 16:22, 40:22, 107:2
**City** [21] - 2:7, 4:2, 5:15, 6:13, 9:6, 9:16, 14:14, 15:3, 15:19, 19:16, 19:23, 20:4, 25:7, 35:17, 37:3, 85:18, 99:1, 99:18, 141:16, 142:13, 142:23
**city-involved** [1] - 107:2
**civil** [4] - 4:13, 15:20, 16:2, 16:20
**Civil** [1] - 1:20
**civilian** [8] - 35:16, 69:10, 70:5, 105:19, 106:11, 106:14, 107:12, 128:2
**civilians** [1] - 36:9
**claim** [3] - 62:4, 128:18, 129:7
**claimed** [1] - 52:15
**claims** [2] - 96:17, 123:10
**clean** [1] - 5:1
**client** [9] - 26:6, 26:16, 28:6, 28:22, 29:8, 30:17, 31:4, 31:14,

31:22
**Clinton** [1] - 14:3
**close** [1] - 22:23
**clothing** [4] - 74:10, 74:16, 149:1, 149:2
**colleague** [1] - 115:18
**collect** [2] - 16:18, 16:19
**college** [2] - 7:4, 7:6
**color** [1] - 39:22
**combination** [1] - 54:11
**comfortable** [1] - 147:5
**coming** [1] - 21:10
**command** [1] - 51:7
**commands** [17] - 51:2, 51:4, 53:1, 53:15, 56:6, 59:2, 59:14, 59:17, 59:23, 66:6, 71:3, 100:5, 100:8, 121:22, 126:14, 126:19, 151:6
**commencing** [1] - 1:21
**Commercial** [1] - 3:11
**commissioner** [4] - 102:22, 102:23, 107:7, 107:9
**commissioners** [1] - 57:19
**committed** [1] - 43:4
**common** [2] - 69:13, 75:16
**communicate** [1] - 75:21
**companion** [1] - 121:23
**company** [1] - 8:9
**complain** [3] - 61:16, 63:22, 133:12
**complainant** [1] - 4:9
**complained** [2] - 134:4, 138:16
**complaining** [5] - 61:20, 134:11, 139:23, 140:4, 140:14
**complaint** [11] - 89:11, 89:15, 89:20, 105:9, 105:10, 106:9, 106:23, 107:10, 107:12, 108:4, 108:8
**complaint's** [1] - 106:2
**complaints** [5] - 108:11, 109:1, 109:13, 143:2, 156:3
**complete** [1] - 96:6
**completion** [2] -

16:19, 18:6
**comply** [2] - 100:7, 152:6
**conceal** [1] - 88:1
**concealing** [1] - 131:22
**concern** [3] - 28:17, 76:6, 78:15
**concerned** [1] - 78:5
**concluded** [1] - 152:22
**conduct** [7] - 42:11, 60:8, 73:17, 74:21, 75:4, 106:6, 106:7
**conducted** [4] - 38:4, 41:12, 51:15, 74:18
**conducting** [2] - 45:14, 70:5
**conference** [3] - 65:17, 107:7, 107:8
**conferred** [1] - 33:5
**confirm** [7] - 29:9, 34:15, 34:17, 78:17, 79:1, 93:15, 114:21
**confirmation** [2] - 29:23, 34:2
**confirmed** [1] - 79:3
**connecting** [1] - 1:20
**consequences** [2] - 31:16, 31:18
**considered** [1] - 12:8
**considering** [3] - 27:21, 28:5, 30:17
**constant** [3] - 121:21, 121:23, 129:15
**constituted** [1] - 121:20
**construction** [1] - 90:9
**contain** [1] - 76:2
**context** [2] - 35:21, 35:22
**continuation** [1] - 53:17
**continue** [8] - 12:13, 26:13, 31:2, 31:12, 32:4, 35:6, 100:4, 144:9
**continued** [2] - 42:23, 59:11
**continuing** [1] - 116:6
**continuously** [4] - 53:2, 53:8, 100:4, 152:6
**continuum** [4] - 57:4, 58:1, 58:8, 67:22
**contracting** [2] - 7:2, 7:19
**contrary** [1] - 115:20
**control** [4] - 66:13,

100:6, 112:12,
131:20
**controls** [1] - 44:17
**contusion** [1] - 97:2
**conversation** [6] -
49:2, 49:16, 49:22,
50:17, 94:1, 137:14
**conversations** [2] -
81:23, 82:4
**convey** [1] - 52:12
**convinced** [1] -
146:10
**cool** [1] - 13:13
**cooperating** [1] -
66:11
**cooperative** [1] - 51:5
**cordially** [1] - 79:14
**corner** [1] - 86:14
**Corporation** [2] - 2:6,
84:16
**correct** [26] - 26:14,
40:2, 42:8, 42:23,
44:21, 48:5, 48:15,
51:16, 53:9, 77:8,
77:16, 77:20, 81:6,
87:6, 88:22, 98:12,
99:12, 99:15,
112:22, 113:7,
113:19, 129:8,
131:17, 137:4,
140:1, 140:14
**corrected** [1] - 42:22
**counsel** [6] - 26:4,
26:11, 33:15, 34:12,
115:11, 116:9
**Counsel** [3] - 2:6, 3:9,
84:16
**counter** [1] - 108:16
**COUNTY** [1] - 154:3
**couple** [1] - 68:3
**course** [8] - 84:16,
103:2, 111:7,
113:23, 115:13,
116:9, 143:10, 150:1
**court** [5] - 4:20, 64:22,
65:5, 104:7, 104:11
**COURT** [1] - 1:4
**Courtney** [4] - 20:20,
21:3, 22:4, 22:15
**cover** [1] - 13:18
**covers** [2] - 13:19,
13:20
**CPLR** [1] - 3:11
**create** [2] - 47:16, 86:9
**created** [3] - 93:3,
95:21, 96:1
**creation** [1] - 93:8
**creative** [1] - 8:10
**criminal** [2] - 7:15,
87:14

**cross** [1] - 41:7
**crosses** [1] - 41:9
**crush** [1] - 76:9
**cuffed** [3] - 62:1,
73:20, 74:5
**curious** [1] - 67:13
**current** [8] - 5:14,
22:22, 24:7, 24:10,
68:1, 106:20,
108:23, 156:2
**custody** [2] - 51:8,
136:21

## D

**D-District** [1] - 12:21
**D.A** [1] - 65:18
**daily** [1] - 57:18
**damage** [1] - 60:23
**date** [9] - 6:12, 6:14,
37:7, 37:13, 37:18,
99:10, 99:12,
105:20, 114:13
**dates** [2] - 19:7, 24:19
**days** [4] - 3:7, 16:10,
23:23, 65:11
**daytime** [2] - 84:5,
84:6
**decide** [3] - 120:10,
128:7, 129:6
**decided** [3] - 50:21,
66:2, 67:19
**decision** [2] - 49:21,
102:21
**Defendant** [2] - 1:17,
2:9
**defendant** [3] - 24:14,
93:18, 94:22
**Defendant's** [1] -
104:4
**Defendants** [1] - 1:12
**Defense** [3] - 85:6,
95:10, 97:23
**defense** [2] - 115:11,
116:9
**define** [1] - 97:10
**degree** [2] - 7:12, 7:14
**DEPARTMENT** [1] -
1:10
**Department** [4] - 1:18,
85:19, 102:17, 103:8
**depict** [1] - 138:15
**depicted** [1] - 138:20
**deponent** [1] - 154:13
**DEPOSITION** [1] - 1:1
**Deposition** [1] -
152:22
**deposition** [1] - 1:16,
4:4, 4:5, 21:19,
21:23, 26:7, 29:10,

29:15, 31:3, 31:13,
32:2, 33:11, 34:19,
34:20, 114:12,
154:7, 154:9, 154:11
**deposition's** [1] - 33:7
**depositions** [3] - 4:15,
30:11, 84:18
**deputy** [2] - 107:7,
107:9
**describing** [1] - 68:5
**despite** [1] - 83:21
**destroy** [1] - 62:12
**destroyed** [2] - 51:6,
62:11
**details** [1] - 101:2
**detect** [1] - 141:16
**detectives** [1] - 91:2
**determination** [2] -
89:15, 102:11
**determined** [1] - 70:6
**devices** [1] - 29:14
**died** [2] - 69:12, 76:21
**different** [4] - 16:13,
45:2, 109:23, 137:15
**difficult** [1] - 70:17
**direct** [3] - 97:23,
99:5, 100:1
**direction** [7] - 41:18,
42:9, 42:23, 43:7,
43:17, 48:13, 154:11
**directly** [1] - 63:4
**disciplinary** [3] -
104:20, 109:1, 156:2
**discipline** [1] - 104:22
**disclose** [2] - 28:7,
82:6
**disclosure** [1] - 82:12
**discovery** [8] - 84:17,
97:22, 111:8,
113:23, 115:13,
116:9, 143:10, 150:1
**discretion** [2] - 69:1,
70:10
**discuss** [7] - 21:13,
21:16, 21:20, 22:5,
22:11, 22:15, 23:15
**discussed** [2] - 21:18,
45:22
**discussion** [3] -
23:22, 26:2, 146:8
**Discussion** [3] -
25:23, 28:13, 111:1
**Dislocated** [1] - 97:1
**dislocated** [3] -
136:12, 136:17,
136:23
**dismissal** [1] - 53:15
**disobey** [1] - 100:5
**disobeying** [2] - 51:4,
59:1

**disposition** [2] -
105:13, 107:6
**disregard** [1] - 121:21
**DISTRICT** [2] - 1:4, 1:4
**district** [12] - 5:22, 6:5,
10:7, 10:18, 10:20,
11:8, 11:10, 12:15,
12:19, 13:16, 40:16,
81:20
**District** [18] - 1:18,
5:23, 6:9, 6:10,
10:11, 12:21, 13:3,
13:5, 13:18, 13:22,
14:1, 14:7, 20:12,
20:14, 20:18, 23:2
**DO** [1] - 154:5
**doctor** [1] - 137:17
**document** [29] - 85:9,
85:14, 85:16, 85:20,
86:1, 86:9, 86:12,
89:5, 90:20, 91:1,
91:4, 91:7, 91:9,
92:4, 92:18, 92:23,
93:2, 93:8, 95:11,
95:14, 95:21, 96:1,
96:10, 96:22, 101:3,
101:22, 102:9,
104:13, 106:18
**document's** [1] -
101:1
**documents** [1] - 21:9
**DOES** [1] - 1:11
**dog** [1] - 12:20
**done** [4] - 44:17,
110:9, 152:4, 152:11
**down** [20] - 42:18,
44:7, 50:21, 50:23,
51:15, 55:18, 63:18,
64:19, 73:14, 73:18,
74:10, 74:11, 77:12,
78:10, 98:14,
112:21, 113:6,
116:18, 134:7, 154:8
**dragged** [1] - 54:8
**drew** [1] - 108:1
**driver** [3] - 41:15,
44:17, 46:22
**drivers** [1] - 47:22
**driving** [9] - 38:3,
38:6, 38:14, 39:16,
39:19, 41:22, 50:15,
88:16, 88:17
**Dropbox** [2] - 114:10,
114:15, 114:17,
115:1
**drug** [1] - 62:10
**drugs** [2] - 25:12,
75:17
**DUDDY** [168] - 2:6,
3:3, 3:6, 3:8, 3:14,

10:23, 14:9, 14:16,
14:22, 15:15, 18:19,
19:12, 19:18, 20:1,
20:8, 22:8, 22:13,
22:18, 23:11, 23:17,
25:15, 25:22, 26:2,
26:15, 27:12, 27:16,
27:18, 27:23, 28:2,
28:4, 28:8, 28:10,
28:16, 28:20, 29:1,
29:11, 29:13, 29:17,
29:22, 30:9, 30:14,
30:19, 30:21, 31:1,
31:7, 31:11, 31:15,
31:20, 31:23, 32:3,
32:23, 33:5, 33:16,
33:19, 33:22, 34:3,
34:6, 34:9, 34:12,
35:19, 36:11, 36:14,
52:18, 53:10, 54:19,
56:20, 57:3, 58:16,
60:1, 60:10, 60:15,
61:18, 64:6, 64:10,
65:19, 66:4, 66:17,
66:19, 69:16, 70:7,
70:15, 72:7, 72:18,
73:6, 74:3, 76:12,
78:19, 79:7, 80:12,
81:7, 82:9, 82:20,
83:10, 83:17, 88:23,
90:6, 90:9, 96:12,
96:23, 97:6, 97:18,
102:5, 102:14,
103:20, 106:12,
109:8, 109:20,
110:2, 110:5,
110:10, 110:12,
113:21, 114:3,
114:5, 114:13,
114:17, 114:19,
114:23, 115:3,
115:15, 115:17,
116:2, 118:16,
119:1, 119:18,
120:20, 121:14,
122:15, 123:4,
123:6, 123:11,
123:14, 125:14,
125:19, 125:23,
127:12, 127:16,
127:18, 128:4,
129:10, 129:20,
129:20, 130:5,
130:23, 131:7,
131:11, 131:23,
133:14, 133:20,
133:23, 134:17,
135:17, 136:8,
136:13, 137:2,
140:2, 140:15,
142:15, 143:4,

144:3, 146:7,
146:17, 147:2,
147:17, 149:5,
151:17, 152:21,
156:11
**Duddy** [11] - 25:20,
28:21, 30:1, 31:9,
36:13, 83:16,
109:21, 115:14,
115:22, 125:22,
143:23
**duly** [2] - 3:17, 154:13
**duration** [1] - 117:23
**during** [23] - 19:21,
20:7, 36:9, 37:2,
50:23, 57:2, 71:12,
73:11, 80:8, 80:23,
92:14, 96:18, 97:4,
97:17, 100:3, 101:5,
103:15, 133:13,
136:7, 136:12,
136:15, 136:20,
136:23

## E

**E-District** [4] - 5:23,
10:11, 13:18, 23:2
**e-mail** [2] - 25:5, 25:6
**Eagle** [21] - 38:7,
38:18, 39:4, 39:7,
39:19, 40:5, 40:8,
40:18, 40:22, 41:3,
41:4, 41:7, 45:18,
46:2, 46:4, 46:6,
93:18, 94:7, 94:22,
95:7
**easier** [1] - 92:2
**East** [14] - 1:18, 3:16,
38:7, 38:18, 39:3,
39:7, 39:19, 40:7,
40:22, 45:18, 46:1,
46:4, 46:6, 95:7
**east** [1] - 41:5
**eastbound** [2] - 39:3,
39:7
**Eastern** [1] - 14:12
**easternmost** [1] - 14:3
**easy** [2] - 60:5, 151:19
**eat** [1] - 75:18
**eaten** [1] - 51:6
**ECC** [2] - 7:7, 10:20
**ECMC** [15] - 61:3,
62:2, 62:20, 63:4,
63:10, 63:13, 63:16,
64:9, 64:17, 79:4,
84:8, 88:10, 88:12,
136:16, 136:19
**Edward** [4] - 6:1, 6:3,
6:6, 10:11

**effects** [1] - 69:22
**eight** [2] - 5:21, 6:4
**either** [10] - 38:19,
40:21, 45:19, 51:6,
53:3, 75:23, 76:8,
109:4, 136:6, 156:6
**employed** [1] - 75:16
**EMTs** [1] - 88:19
**encountered** [1] -
37:21
**end** [10] - 17:10, 19:5,
43:15, 43:16, 53:13,
63:6, 66:9, 90:7,
114:12, 131:10
**ended** [1] - 149:13
**ensure** [2] - 20:4, 26:5
**enter** [1] - 59:3
**entered** [3] - 84:17,
85:6, 113:2
**entering** [2] - 73:15,
114:9
**enters** [1] - 26:16
**entire** [9] - 8:14,
13:12, 16:18, 53:5,
53:12, 72:21, 100:3,
129:15, 148:22
**entirety** [2] - 63:14,
121:19
**entitled** [2] - 153:4,
154:12
**eo** [1] - 132:1
**ERIE** [1] - 154:3
**escalating** [1] - 70:20
**especially** [2] - 57:19,
147:5
**ESQ** [3] - 2:1, 2:5, 2:6
**evaluation** [1] - 18:13
**event** [1] - 31:4
**events** [1] - 99:7
**eventually** [11] - 50:8,
51:3, 51:8, 55:6,
55:9, 64:19, 75:2,
135:8, 135:18,
137:19, 138:23
**evidence** [7] - 50:15,
62:8, 62:9, 87:18,
87:22, 105:16,
115:12
**exact** [6] - 18:12, 19:7,
24:19, 37:10, 57:20,
58:4
**exactly** [12] - 9:10,
12:23, 18:13, 39:22,
49:22, 50:17, 55:16,
60:3, 72:3, 72:8,
73:1, 78:13
**exam** [11] - 15:20,
16:2, 16:20, 17:1,
17:3, 17:15, 17:20,
18:4, 18:7, 19:23,

20:7
**EXAMINATION** [1] -
3:19
**examination** [5] -
18:23, 19:1, 19:10,
19:11, 154:13
**Examination** [1] -
155:2
**examinations** [1] -
18:23
**examined** [1] - 19:17
**except** [1] - 67:18
**excessive** [9] - 35:22,
36:4, 36:22, 102:12,
105:10, 105:18,
106:2, 108:8, 108:20
**excuse** [3] - 31:15,
64:16, 65:18
**Exhibit** [7] - 85:7,
90:17, 92:16, 95:10,
97:23, 104:4, 104:5
**exhibit** [9] - 90:20,
98:17, 104:12,
110:22, 113:3,
115:12, 123:6,
132:14, 144:1
**Exhibits** [1] - 111:5
**exhibits** [2] - 84:15,
84:18
**exited** [4] - 46:17,
56:13, 56:15, 116:18
**exiting** [1] - 45:8
**exonerated** [2] -
106:17, 108:20
**expediency** [1] - 33:8
**experience** [2] - 14:6
**explain** [4] - 65:23,
87:11, 92:11, 112:10
**extended** [1] - 73:1
**extensive** [1] - 35:16
**eye** [7] - 60:18, 60:20,
66:15, 86:21, 86:23,
87:1, 88:21

## F

**Face** [1] - 97:2
**face** [23] - 55:13,
55:16, 55:17, 56:3,
56:7, 56:18, 58:23,
59:8, 60:8, 61:16,
61:23, 66:3, 77:12,
82:7, 82:17, 88:21,
89:2, 101:20,
112:21, 113:6,
117:20, 126:13
**faces** [1] - 138:8
**facility** [1] - 73:15
**facing** [1] - 43:7
**fact** [5] - 66:18, 71:7,

78:18, 101:4, 101:19
**factor** [1] - 131:13
**facts** [1] - 86:7
**failed** [1] - 108:2
**failing** [2] - 36:2, 66:8
**fairly** [2] - 45:21,
143:11
**family** [3] - 8:13, 8:14,
15:14
**far** [5] - 21:21, 50:8,
52:6, 72:2, 115:17
**fast** [2] - 55:15, 70:16
**fastest** [1] - 70:19
**father** [4] - 9:2, 9:5,
10:6, 13:11
**fault** [1] - 37:15
**fear** [4] - 59:4, 66:8,
75:23, 77:11
**February** [2] - 1:21,
153:4
**federal** [1] - 30:10
**Federal** [1] - 1:19
**feet** [2] - 49:7, 49:8
**fellow** [1] - 106:11
**felony** [3] - 47:21,
65:10, 65:13
**felt** [13] - 50:22, 51:10,
51:15, 51:19, 51:20,
52:1, 52:4, 52:13,
52:16, 66:11, 70:18,
70:22, 146:9
**female** [7] - 42:6, 44:2,
44:4, 48:19, 48:22,
49:5, 121:23
**fence** [1] - 107:23
**fentanyl** [5] - 76:2,
76:19, 76:23, 77:3,
77:4
**Ferry** [4] - 1:18, 3:16,
13:19, 14:2
**few** [11] - 12:22, 13:11,
20:23, 83:7, 91:22,
94:5, 116:23,
132:17, 136:1,
137:18, 152:12
**field** [5] - 11:5, 11:12,
12:5, 12:12
**fight** [2] - 79:18, 79:20
**figure** [1] - 151:19
**file** [1] - 114:8
**filed** [1] - 89:20
**files** [1] - 114:11
**fill** [1] - 108:2
**fills** [1] - 95:1
**final** [1] - 102:11
**fine** [4] - 32:8, 36:14,
36:16, 115:20
**finish** [4] - 4:23, 30:4,
141:21
**firearm** [1] - 107:22

**FIRM** [1] - 2:1
**first** [22] - 20:13, 21:2,
25:1, 26:19, 33:19,
36:5, 37:5, 37:18,
39:2, 39:5, 39:10,
41:17, 46:13, 86:6,
105:5, 112:9, 117:7,
118:13, 118:21,
123:18, 126:8,
138:16
**fit** [2] - 18:15, 20:5
**fitness** [2] - 17:9,
17:11
**five** [14] - 6:11, 13:6,
13:15, 13:23, 14:5,
14:6, 15:5, 21:1,
65:11, 83:9, 87:5,
117:7, 117:15, 127:1
**five-minute** [1] - 83:9
**fleeing** [1] - 107:23
**floor** [2] - 49:8, 49:15
**Florida** [3] - 7:1, 8:4,
15:6
**focused** [1] - 31:19
**follow** [2] - 40:7, 40:10
**following** [2] - 40:11,
40:13
**follows** [1] - 3:18
**food** [1] - 109:22
**footage** [4] - 114:4,
144:23, 149:23,
150:12
**Force** [1] - 58:8
**force** [25] - 35:16,
35:22, 36:4, 36:22,
57:1, 57:4, 57:5,
57:6, 58:1, 58:3,
66:1, 67:22, 67:23,
68:7, 81:12, 82:1,
82:19, 98:10, 99:1,
102:11, 105:10,
105:18, 106:2,
108:8, 108:20
**forces** [1] - 98:8
**foregoing** [3] - 153:2,
154:7, 154:12
**forgot** [1] - 37:10
**form** [85] - 14:9, 14:16,
14:22, 15:15, 18:19,
19:12, 19:18, 20:1,
20:8, 22:8, 22:13,
22:18, 23:11, 23:17,
25:15, 35:19, 36:11,
36:15, 52:18, 53:10,
56:20, 57:3, 60:1,
60:10, 60:15, 61:18,
69:16, 70:7, 70:15,
72:7, 72:18, 73:6,
74:3, 76:12, 78:19,
79:7, 80:12, 81:7,

81:12, 82:9, 82:19, 82:20, 88:23, 92:7, 96:5, 96:12, 96:23, 97:6, 97:18, 98:10, 99:1, 102:5, 102:14, 106:12, 109:20, 118:16, 119:18, 120:20, 121:14, 122:15, 125:14, 127:12, 128:4, 128:10, 129:20, 130:5, 131:7, 131:11, 131:23, 133:14, 133:20, 133:23, 134:17, 135:17, 136:8, 136:13, 137:2, 140:2, 140:15, 142:15, 146:7, 146:17, 147:17, 149:5, 151:17
**format** [1] - 116:1
**forms** [1] - 91:7
**forth** [1] - 54:12
**forward** [1] - 124:9
**four** [5] - 100:22, 101:5, 101:20, 117:17, 133:11
**four-minute** [1] - 133:11
**frame** [2] - 20:22, 79:5
**friend** [1] - 8:5
**friend's** [1] - 8:7
**front** [7] - 39:20, 43:15, 55:17, 71:20, 84:21, 108:16, 112:1
**full** [1] - 73:17
**function** [6] - 44:20, 44:21, 44:22, 44:23, 47:18
**functions** [2] - 45:2, 91:13

## G

**gain** [3] - 66:12, 100:6, 112:12
**gas** [1] - 40:5
**gauge** [1] - 58:3
**gears** [2] - 132:13, 132:16
**GED** [1] - 16:1
**generated** [4] - 85:17, 85:21, 91:4, 107:17
**Genesee** [1] - 13:20
**gestures** [1] - 5:7
**Giaranno** [6] - 22:2, 22:10, 22:21, 23:9, 24:22
**given** [6] - 23:16,

47:16, 51:2, 96:5, 135:18, 153:3
**goal** [3] - 69:23, 70:1, 70:2
**gonna** [48] - 33:6, 33:20, 33:22, 34:7, 57:23, 61:12, 76:7, 83:7, 84:14, 84:19, 84:22, 89:4, 93:14, 95:9, 97:21, 97:23, 98:1, 98:19, 99:5, 100:1, 104:3, 104:9, 109:6, 110:21, 111:9, 111:14, 112:16, 114:20, 114:23, 115:4, 115:22, 116:22, 121:16, 122:19, 132:15, 132:16, 133:10, 139:8, 140:6, 143:9, 144:9, 144:13, 145:2, 145:3, 150:1, 152:11, 156:9
**governmental** [1] - 87:19
**grabbed** [1] - 54:6
**grabbing** [1] - 126:15
**graduate** [1] - 6:20
**grammar** [1] - 101:12
**grandfather** [6] - 8:5, 8:8, 9:3, 9:14, 13:13, 76:3
**grappling** [1] - 66:7
**grass** [7] - 62:14, 62:15, 79:23, 80:8, 81:5, 88:8, 93:20
**gray** [9] - 39:1, 39:2, 39:20, 39:22, 40:2, 40:5, 41:17, 42:8, 43:20
**grayish** [2] - 38:22, 39:21
**great** [1] - 11:18
**greater** [3] - 42:12, 42:14, 43:14
**ground** [25] - 51:3, 53:18, 53:21, 54:1, 54:5, 54:8, 54:21, 55:18, 56:5, 56:8, 56:13, 71:21, 71:22, 73:20, 77:12, 78:10, 78:16, 112:21, 113:6, 116:14, 130:2, 136:4, 146:20
**guess** [3] - 36:1, 43:12, 131:12
**gun** [1] - 75:20
**guy** [2] - 107:22, 138:21

**guys** [6] - 67:17, 67:18, 90:9, 110:8, 141:19
**gym** [2] - 7:3, 7:19

## H

**half** [6] - 6:11, 13:6, 13:15, 13:23, 14:5, 14:6, 21:1, 56:11, 56:12, 56:15, 66:21, 72:23
**Hall** [1] - 2:7
**hand** [35] - 5:7, 55:3, 55:23, 71:14, 71:19, 71:23, 72:3, 72:16, 73:4, 75:12, 76:6, 77:6, 77:7, 77:13, 77:15, 78:6, 78:12, 78:14, 86:14, 122:2, 122:3, 122:4, 122:5, 122:10, 122:11, 122:14, 122:20, 123:10, 125:11, 131:22, 132:6, 132:7, 151:7
**handcuffed** [3] - 132:9, 132:11, 132:12
**handcuffs** [1] - 55:11
**hands** [23] - 52:23, 53:9, 55:5, 55:20, 55:22, 59:2, 59:18, 71:12, 72:22, 78:14, 100:4, 100:8, 100:10, 100:19, 101:10, 101:13, 120:17, 120:23, 122:1, 151:8, 151:14, 152:5
**handwriting** [2] - 95:18, 96:4
**hang** [1] - 27:3
**harassment** [1] - 106:4
**hard** [6] - 11:21, 54:23, 71:22, 72:19, 125:13, 130:2
**head** [12] - 5:7, 55:8, 100:10, 100:14, 100:18, 101:5, 101:9, 108:1, 108:22, 127:10, 128:8, 128:15
**headed** [3] - 63:1, 63:9, 63:11
**hear** [16] - 26:21, 32:7, 36:12, 36:15, 75:19, 90:6, 120:6, 122:9, 129:12, 139:7,

141:3, 141:19, 142:4, 142:19, 142:22, 143:6
**heard** [3] - 58:10, 58:13, 138:19
**hearing** [3] - 65:10, 65:13, 75:15
**held** [1] - 64:22
**help** [3] - 76:8, 135:15, 135:19
**hereby** [1] - 153:1
**HEREBY** [1] - 154:5
**high** [4] - 6:15, 6:16, 6:20, 6:22
**highest** [1] - 102:20
**highly** [1] - 47:21
**himself** [1] - 122:2
**hire** [3] - 6:12, 6:14, 20:7
**hired** [1] - 17:20
**history** [1] - 90:23
**hit** [2] - 46:7, 126:13
**hold** [5] - 17:21, 100:7, 103:19, 104:1, 110:21
**holds** [1] - 49:6
**holstered** [1] - 108:2
**honest** [4] - 61:6, 64:7, 142:16, 147:3
**honestly** [4] - 25:10, 25:18, 55:15, 61:19
**honor** [1] - 25:9
**hospital** [1] - 84:11
**host** [3] - 32:12, 32:18, 32:21
**hour** [1] - 84:13
**hours** [1] - 25:13
**house** [3] - 67:16, 69:4, 69:6
**hungry** [1] - 110:7
**hurt** [2] - 64:2, 136:5
**hurting** [1] - 134:13
**hypothetically** [1] - 69:5

## I

**ID** [2] - 49:1, 49:20
**idea** [1] - 71:1
**identification** [1] - 94:21
**identified** [5] - 95:4, 95:6, 116:11, 116:13, 145:20
**identify** [7] - 111:11, 122:20, 123:9, 137:20, 138:9, 143:13, 144:15
**II** [1] - 94:19
**illegal** [1] - 41:1

**image** [1] - 144:16
**immediate** [1] - 99:20
**impairs** [1] - 25:9
**important** [1] - 4:22
**inaction** [1] - 151:10
**inappropriate** [2] - 30:23, 31:9
**inaudible** [1] - 141:17
**incident** [13] - 37:7, 52:2, 56:11, 60:4, 70:17, 71:12, 72:21, 79:21, 81:12, 105:3, 105:9, 107:20, 108:9
**include** [4] - 48:14, 70:4, 101:19, 102:9
**included** [1] - 102:8
**including** [2] - 54:13, 76:3
**incorporate** [1] - 101:4
**INDEX** [1] - 155:1
**indicate** [2] - 71:6, 115:11
**indicated** [3] - 76:16, 116:17, 118:11
**indicating** [1] - 72:12
**indication** [1] - 142:23
**individual** [3] - 36:8, 102:16, 107:18
**individuals** [2] - 36:18, 91:3
**inflection** [1] - 120:7
**influence** [1] - 50:16
**information** [4] - 28:3, 86:8, 91:6, 93:8
**informed** [1] - 135:13
**informs** [1] - 115:18
**infraction** [10] - 44:9, 47:2, 47:7, 47:9, 47:12, 47:14, 47:18, 47:22, 48:4, 48:12
**infractions** [3] - 47:16, 48:1, 48:11
**ingest** [1] - 77:14
**initial** [5] - 15:18, 20:6, 53:14, 69:23, 70:2
**initiated** [2] - 43:8, 46:14
**injured** [1] - 133:13
**injuries** [9] - 60:7, 60:14, 63:22, 69:9, 96:16, 96:21, 137:7, 142:14, 143:2
**injury** [7] - 60:22, 86:21, 134:3, 134:10, 134:21, 138:17, 139:23
**input** [1] - 8:10
**insert** [1] - 78:6
**inside** [10] - 56:2,

7

61:9, 72:12, 76:7, 78:2, 126:16, 134:13, 146:10, 146:11, 149:2
**instead** [2] - 31:21, 70:13
**intent** [3] - 46:23, 47:8, 47:10
**intentionally** [1] - 40:12
**interacting** [1] - 139:9
**interaction** [2] - 45:15, 138:21
**interactions** [1] - 80:9
**interest** [1] - 33:8
**Internal** [8] - 81:16, 83:2, 83:5, 102:16, 103:3, 103:7, 109:5, 156:7
**interrogate** [1] - 32:5
**interruption** [4] - 28:12, 29:3, 33:2, 110:23
**interrupts** [1] - 31:5
**intersection** [1] - 38:18
**investigate** [1] - 47:3
**investigation** [3] - 91:15, 99:19, 103:2
**involve** [3] - 48:4, 107:1, 107:3
**involved** [5] - 18:21, 91:3, 107:2, 107:22, 131:13
**involving** [3] - 75:14, 89:21, 106:5
**issue** [3] - 47:1, 47:9, 53:22
**issues** [2] - 19:17, 141:19
**it'll** [1] - 116:1
**item** [4] - 51:9, 51:18, 52:15, 105:5
**items** [2] - 97:13, 97:16
**itself** [5] - 42:8, 42:22, 48:14, 61:14, 141:22

## J

**Jake** [3] - 22:2, 22:10, 22:21
**Jefferson** [1] - 14:4
**job** [3] - 5:14, 5:17, 7:18
**jobs** [1] - 6:23
**JOHN** [1] - 1:11
**join** [3] - 15:23, 16:4, 16:7
**joined** [4] - 8:21,

10:12, 20:14, 27:7
**joining** [1] - 33:18
**July** [1] - 106:23
**jump** [1] - 30:4
**jumped** [1] - 50:8
**jumping** [1] - 107:23
**justice** [1] - 7:15

## K

**keep** [3] - 52:22, 55:5, 124:3
**kicking** [1] - 108:1
**kill** [1] - 66:10
**kind** [4] - 19:17, 54:11, 103:23, 141:22
**knife** [2] - 71:1, 75:20
**knowing** [2] - 47:11, 120:7
**knowledge** [3] - 19:19, 60:9, 60:11
**knows** [1] - 34:13

## L

**labeled** [6] - 97:22, 104:5, 104:10, 113:3, 116:8, 143:11
**lack** [1] - 50:13
**language** [1] - 43:13
**large** [1] - 114:8
**larger** [1] - 114:11
**last** [7] - 25:13, 46:13, 100:2, 117:15, 118:1, 118:3, 119:5
**LAW** [1] - 2:1
**law** [4] - 87:12, 87:13, 87:15, 87:17
**lawful** [1] - 152:6
**lawsuit** [1] - 4:13
**lay** [1] - 139:18
**layer** [1] - 74:10
**laying** [2] - 130:2, 134:7
**lead** [5] - 47:22, 48:7, 48:10, 48:11, 126:20
**learn** [2] - 25:1, 69:18
**least** [3] - 109:15, 109:17, 122:12
**leave** [3] - 62:17, 62:23, 64:18
**left** [20] - 63:1, 71:16, 71:18, 72:16, 75:12, 76:6, 77:6, 77:13, 77:15, 78:6, 78:12, 122:3, 122:11, 122:14, 124:4, 124:10, 124:11, 132:7, 132:19
**lengthy** [1] - 145:3

**less** [4] - 45:3, 53:17, 91:23
**letting** [1] - 109:9
**level** [3] - 57:6, 60:23, 72:14
**license** [3] - 48:7, 49:20, 50:13
**lieutenant** [1] - 82:22
**lieutenants** [1] - 21:2
**light** [2] - 39:22, 44:19
**lighter** [1] - 131:1
**lights** [4] - 42:20, 44:20, 44:22, 46:15
**line** [1] - 105:5
**lines** [2] - 39:23, 59:19
**link** [5] - 114:10, 114:16, 114:17, 115:1, 115:13
**Linwood** [1] - 2:2
**list** [1] - 91:2
**listed** [1] - 86:1
**listen** [1] - 71:2
**listening** [2] - 126:14, 126:19
**live** [4] - 14:14, 15:2, 15:8, 15:11
**lived** [3] - 14:18, 14:19, 15:6
**lives** [1] - 15:14
**LLC** [1] - 2:1
**location** [1] - 28:7
**locations** [2] - 1:21, 137:15
**Lockwood** [1] - 103:1
**lodged** [1] - 106:9
**look** [10] - 63:3, 63:5, 92:22, 98:19, 107:15, 107:16, 114:23, 115:19, 135:8, 136:16
**looked** [1] - 42:11
**looks** [1] - 98:7
**lost** [1] - 149:15
**loud** [2] - 93:14, 141:23
**low** [2] - 135:1, 142:1
**lower** [1] - 17:11
**lowest** [1] - 67:16
**Lt** [13] - 20:20, 22:4, 23:21, 24:4, 81:21, 82:1, 82:19, 99:16, 99:17, 100:11, 101:17, 103:4, 103:6
**lunch** [2] - 110:3, 110:20
**luncheon** [1] - 110:16

## M

**M-A-R-I-T-A-T-O** [1] -

24:12
**ma'am** [78] - 4:16, 4:19, 6:19, 7:11, 11:9, 12:10, 12:18, 14:15, 17:4, 17:16, 20:2, 21:8, 23:3, 23:7, 24:2, 25:11, 35:14, 36:23, 37:17, 37:20, 37:23, 43:22, 44:6, 45:10, 46:8, 49:10, 51:17, 52:11, 54:15, 55:21, 58:9, 63:8, 67:3, 67:5, 68:10, 68:19, 68:21, 68:23, 73:12, 73:23, 74:17, 76:17, 77:17, 78:8, 81:13, 81:22, 82:10, 83:23, 85:4, 86:13, 86:16, 86:19, 87:4, 87:10, 88:11, 89:7, 89:10, 90:2, 90:5, 91:10, 92:5, 98:13, 98:18, 99:23, 106:8, 107:5, 107:11, 108:6, 108:10, 113:15, 120:11, 128:16, 128:20, 144:12, 145:19, 148:20, 149:6, 152:15
**machine** [1] - 154:8
**Madison** [13] - 38:7, 38:19, 41:7, 42:9, 45:18, 46:2, 46:4, 46:7, 46:12, 84:3, 84:10, 94:22, 95:7
**mail** [2] - 25:5, 25:6
**Main** [1] - 13:21
**makeup** [1] - 14:8
**man** [1] - 79:17
**manner** [2] - 70:5, 154:8
**manual** [1] - 57:12
**marijuana** [8] - 49:4, 49:6, 49:11, 49:13, 49:17, 50:14, 50:15, 50:16
**Maritato** [2] - 24:11
**mark** [11] - 121:17, 122:20, 124:7, 129:1, 129:2, 129:13, 132:18, 133:11, 140:13, 141:5, 145:21
**marked** [1] - 104:4
**mean** [16] - 21:7, 30:11, 34:14, 34:21, 49:9, 52:21, 53:20, 54:4, 74:14, 86:3, 94:9, 94:23, 105:14,

123:12, 135:5, 139:17
**meaning** [1] - 101:10
**means** [3] - 70:14, 105:15, 154:8
**meant** [4] - 52:22, 53:12, 101:1, 101:3
**medical** [6] - 61:13, 64:11, 64:12, 69:11, 134:12, 135:4, 135:6
**medication** [1] - 25:8
**meet** [3] - 37:5, 38:1, 38:5
**meeting** [1] - 32:18
**memorialize** [2] - 91:19, 92:13
**mentioned** [1] - 45:3
**met** [2] - 37:18, 65:17
**mhm** [3] - 45:16, 111:22, 116:2
**MICHAEL** [1] - 1:10
**Michael** [7] - 24:10, 39:15, 41:15, 86:10, 94:22, 96:3, 143:22
**Middle** [1] - 14:12
**midway** [1] - 145:4
**might** [9] - 17:10, 53:13, 54:10, 60:17, 76:23, 103:13, 139:18, 139:21, 152:8
**Mike** [4] - 22:3, 48:20, 55:2, 113:11
**mind** [1] - 11:21
**mindful** [2] - 109:23, 142:8
**mine** [2] - 16:13, 17:7
**mine's** [1] - 8:5
**minute** [13] - 51:14, 53:6, 56:11, 56:12, 56:14, 72:23, 83:9, 98:19, 120:20, 132:18, 133:11, 144:1, 146:6
**minutes** [15] - 53:6, 53:7, 53:14, 56:15, 72:22, 83:8, 94:5, 110:10, 121:19, 123:15, 136:2, 137:19, 145:3, 148:17, 152:12
**Miranda** [2] - 94:12, 94:14
**misdemeanor** [1] - 48:10
**miss** [1] - 139:9
**Miss** [3] - 133:1, 138:18, 141:3
**missed** [2] - 8:13, 31:14

**mix** [1] - 46:11
**mixed** [1] - 77:3
**model** [1] - 38:23
**Monroe** [3] - 38:9, 38:20, 46:12
**month** [1] - 10:14
**months** [9] - 6:4, 8:4, 10:17, 10:22, 12:14, 12:15, 12:22, 12:23, 15:5
**MOP** [1] - 58:18
**morning** [3] - 3:21, 3:22, 5:2
**most** [5] - 15:16, 36:17, 59:9, 67:17, 67:18
**Mother's** [2] - 37:11, 37:12
**motions** [1] - 120:5
**mouth** [2] - 55:5, 77:16
**move** [6] - 23:1, 23:4, 119:8, 129:6, 130:3, 131:5
**moved** [1] - 6:23
**movement** [2] - 39:9, 135:2
**moving** [5] - 45:17, 94:19, 106:3, 106:22, 119:2
**MR** [172] - 3:3, 3:6, 3:8, 3:14, 10:23, 14:9, 14:16, 14:22, 15:15, 18:19, 19:12, 19:18, 20:1, 20:8, 22:8, 22:13, 22:18, 23:11, 23:17, 25:15, 25:22, 26:2, 26:15, 27:11, 27:12, 27:16, 27:17, 27:18, 27:23, 28:2, 28:4, 28:8, 28:10, 28:16, 28:20, 29:1, 29:11, 29:13, 29:16, 29:17, 29:19, 29:22, 30:8, 30:9, 30:14, 30:19, 30:21, 31:1, 31:7, 31:11, 31:15, 31:20, 31:23, 32:3, 32:23, 33:5, 33:16, 33:19, 33:22, 34:3, 34:6, 34:9, 34:12, 35:19, 36:11, 36:14, 52:18, 53:10, 54:19, 56:20, 57:3, 58:16, 60:1, 60:10, 60:15, 61:18, 64:6, 64:10, 65:19, 66:4, 66:17, 66:19, 69:16, 70:7, 70:15, 72:7, 72:18, 73:6, 74:3,
**MRU** [1] - 10:9
**MS** [215] - 3:13, 3:20, 11:1, 11:15, 11:19, 14:13, 14:17, 15:1, 15:17, 17:21, 18:2, 18:20, 19:14, 19:20, 20:3, 20:10, 22:9, 22:14, 22:19, 23:14, 23:20, 25:16, 25:20, 26:11, 26:16, 26:20, 27:10, 27:13, 27:19, 28:1, 28:3, 28:5, 28:9, 28:19, 28:21, 29:2, 29:5, 29:12, 29:18, 29:20, 30:1, 30:5, 30:13, 30:16, 30:20, 30:22, 31:2, 31:9, 31:12, 31:17, 31:21, 32:1, 32:4, 32:8, 32:12, 32:15, 32:17, 32:20, 32:22, 33:14, 33:21, 34:1,

76:12, 78:19, 79:7, 80:12, 81:7, 82:9, 82:20, 83:10, 83:17, 88:23, 90:6, 90:9, 96:12, 96:23, 97:6, 97:18, 102:5, 102:14, 103:20, 106:12, 109:8, 109:20, 110:2, 110:5, 110:10, 110:12, 113:21, 114:3, 114:5, 114:13, 114:17, 114:19, 114:23, 115:3, 115:15, 115:17, 116:2, 118:16, 119:1, 119:18, 120:20, 121:14, 122:15, 123:4, 123:6, 123:11, 123:14, 125:14, 125:19, 125:23, 127:12, 127:16, 127:18, 128:4, 128:10, 129:10, 129:20, 130:5, 130:23, 131:7, 131:11, 131:23, 133:14, 133:20, 133:23, 134:17, 135:17, 136:8, 136:13, 137:2, 140:2, 140:15, 142:15, 143:4, 144:3, 146:7, 146:17, 147:2, 147:17, 149:5, 151:17, 152:21, 156:11
**MRU** [1] - 10:9

34:4, 34:8, 34:15, 35:1, 35:7, 35:20, 36:19, 52:19, 53:19, 54:20, 56:22, 57:8, 58:20, 60:6, 60:13, 60:19, 61:21, 64:8, 64:15, 65:20, 65:22, 67:1, 69:17, 70:11, 71:4, 72:10, 73:3, 73:9, 74:7, 76:14, 78:23, 79:10, 80:14, 81:8, 82:11, 83:3, 83:7, 83:12, 83:15, 83:18, 89:3, 90:12, 96:15, 97:3, 97:8, 97:20, 102:6, 102:18, 103:22, 106:15, 108:23, 109:6, 109:9, 109:11, 109:21, 110:4, 110:15, 110:18, 111:3, 111:19, 112:8, 114:2, 114:4, 114:6, 114:15, 114:18, 114:20, 115:2, 115:4, 115:10, 115:16, 115:22, 116:3, 117:6, 117:14, 118:9, 118:19, 119:4, 119:14, 119:23, 120:16, 120:21, 121:7, 121:15, 122:18, 123:5, 123:8, 123:13, 123:16, 124:5, 125:10, 125:21, 126:7, 127:3, 127:8, 127:14, 127:22, 127:23, 128:6, 128:14, 129:11, 129:22, 130:8, 131:3, 131:8, 131:15, 132:3, 133:3, 133:9, 133:16, 133:21, 134:2, 134:19, 135:20, 136:10, 136:18, 137:3, 138:4, 138:14, 140:5, 140:12, 140:17, 140:23, 141:14, 142:6, 142:10, 142:21, 143:7, 143:19, 143:23, 144:4, 144:7, 145:10, 145:16, 146:4, 146:13, 146:22, 147:8, 147:14,

147:22, 148:6, 148:16, 149:7, 149:17, 149:20, 150:7, 150:22, 151:21, 152:10, 152:18, 155:3, 156:1, 156:9
**multiple** [33] - 6:23, 8:13, 13:8, 24:18, 36:3, 36:20, 56:6, 57:18, 57:19, 59:14, 61:23, 66:3, 66:6, 70:13, 75:13, 76:17, 82:7, 88:21, 100:14, 101:10, 101:13, 122:3, 126:20, 131:16, 137:14, 147:4, 151:6
**mute** [5] - 27:14, 29:20, 30:7, 31:4, 35:9
**muted** [1] - 116:20

**N**

**name** [14] - 3:23, 9:7, 9:18, 11:14, 11:15, 11:21, 13:11, 18:14, 42:6, 85:13, 91:9, 92:17, 95:13, 98:16
**names** [1] - 38:16
**narcotic** [2] - 77:1, 77:4
**narcotics** [20] - 52:14, 62:3, 66:9, 75:14, 75:22, 77:2, 77:14, 78:6, 78:18, 78:21, 79:2, 79:6, 79:13, 80:8, 81:3, 88:2, 88:4, 112:15, 148:9, 148:22
**nation** [1] - 76:18
**nearby** [2] - 79:23, 81:5
**necessary** [2] - 57:5, 66:12
**neck** [2] - 120:17, 121:1
**need** [9] - 5:8, 5:10, 28:7, 31:1, 98:20, 109:21, 114:7, 132:14, 143:23
**needed** [2] - 16:1, 71:2
**never** [2] - 78:3, 115:18
**NEW** [2] - 1:4, 154:1
**New** [5] - 1:19, 2:2, 2:8, 3:17, 154:6
**next** [12] - 8:3, 41:10,

46:20, 49:18, 50:19, 54:22, 61:22, 106:3, 106:22, 110:22, 113:18, 141:7
**Niagara** [1] - 2:7
**nice** [1] - 13:16
**night** [1] - 79:15
**nine** [7] - 14:23, 15:3, 117:18, 117:23, 118:1, 118:3
**noise** [2] - 31:5, 90:7
**nonresponsive** [1] - 102:1
**normal** [8] - 16:14, 84:16, 111:7, 113:23, 115:13, 116:9, 143:10, 150:1
**north** [4] - 41:4, 41:6, 41:21, 43:18
**northwest** [3] - 43:9, 43:16, 43:18
**Notary** [3] - 1:22, 154:5, 154:19
**NOTARY** [1] - 153:14
**note** [3] - 42:17, 115:5, 121:16
**notes** [1] - 152:12
**nothing** [3] - 80:5, 121:13, 154:15
**notice** [4] - 39:2, 39:5, 81:9, 81:10
**noticed** [3] - 39:10, 40:5, 81:6
**number** [2] - 57:20, 128:5
**NY** [1] - 3:10

**O**

**O-L-L** [1] - 12:3
**oath** [8] - 26:9, 33:1, 33:20, 33:22, 34:22, 35:13, 83:21, 144:11
**obey** [1] - 53:1
**objection** [87] - 14:9, 14:16, 14:22, 15:15, 18:19, 19:12, 19:18, 20:1, 20:8, 22:8, 22:13, 22:18, 23:11, 23:17, 25:15, 36:11, 36:15, 52:18, 53:10, 54:19, 56:20, 57:3, 58:16, 60:1, 60:10, 60:15, 61:18, 64:6, 64:10, 66:4, 66:17, 69:16, 70:7, 70:15, 72:7, 72:18, 73:6, 74:3, 76:12, 78:19, 79:7, 80:12, 81:7, 82:9, 82:20, 82:20, 88:23,

96:12, 96:23, 97:6,
97:18, 102:5,
102:14, 103:20,
106:12, 109:20,
119:1, 119:18,
120:20, 121:14,
122:15, 125:14,
127:16, 128:4,
128:10, 129:10,
130:5, 130:23,
131:7, 131:11,
131:23, 133:14,
133:20, 133:23,
134:17, 135:17,
136:8, 136:13,
137:2, 140:2,
140:15, 142:15,
143:4, 146:17,
147:2, 147:17,
149:5, 151:17
**objections** [1] - 66:21
**observe** [1] - 71:11
**observed** [1] - 47:4
**observing** [1] - 75:9
**obstruction** [2] - 62:7,
87:19
**obviously** [1] - 5:6
**occupants** [1] - 41:13
**occur** [3] - 23:10,
37:1, 105:17
**occurred** [5] - 88:6,
88:10, 99:7, 105:3,
126:18
**occurring** [1] - 148:8
**OF** [4] - 1:4, 1:9,
154:1, 154:3
**offered** [1] - 48:23
**office** [4] - 104:8,
114:8, 114:10,
115:23
**OFFICER** [2] - 1:10,
1:10
**Officer** [67] - 3:21, 4:2,
11:20, 22:5, 22:10,
22:21, 23:9, 23:15,
24:13, 24:22, 28:5,
28:8, 35:9, 35:15,
39:18, 45:17, 46:14,
46:22, 50:11, 51:10,
51:15, 54:2, 70:22,
75:1, 75:20, 76:4,
77:12, 77:19, 78:11,
80:9, 80:15, 80:23,
81:5, 83:20, 93:19,
95:5, 96:18, 101:13,
104:13, 108:15,
110:5, 110:19,
111:6, 111:20,
113:18, 116:7,
116:10, 116:12,

116:17, 119:6,
121:11, 125:23,
128:1, 129:12,
130:16, 131:5,
132:11, 133:11,
142:11, 144:9,
146:9, 147:18,
148:7, 149:22,
150:8, 150:14,
152:14
**officer** [39] - 4:11,
4:18, 5:18, 5:20, 9:9,
9:15, 9:20, 11:6,
11:13, 12:5, 12:9,
12:14, 18:16, 19:22,
24:22, 33:5, 37:2,
57:1, 74:9, 86:2,
86:4, 86:6, 89:16,
91:6, 91:12, 95:1,
100:5, 100:9,
100:18, 102:12,
106:11, 111:23,
113:11, 116:12,
116:13, 140:18,
143:13, 143:20,
144:15
**officers** [18] - 19:16,
20:5, 20:6, 74:20,
74:23, 75:2, 75:15,
91:2, 93:4, 95:17,
96:6, 97:17, 100:9,
113:12, 138:5,
141:17, 142:13,
143:1
**okayed** [1] - 64:18
**on-screen** [1] - 84:22
**once** [3] - 26:16, 65:7,
138:8
**one** [58] - 8:14, 10:9,
12:1, 17:11, 24:23,
25:21, 30:10, 38:4,
38:8, 38:11, 38:13,
38:15, 38:16, 38:17,
40:21, 41:2, 41:5,
41:12, 41:19, 41:21,
42:10, 43:6, 44:8,
48:13, 49:6, 51:12,
53:7, 55:23, 67:11,
67:15, 68:16, 69:2,
69:6, 69:8, 71:17,
79:8, 89:16, 91:21,
108:18, 108:20,
109:3, 110:21,
111:5, 113:22,
114:2, 114:3,
122:12, 128:11,
132:14, 132:15,
135:11, 137:10,
141:18, 149:12,
151:19, 156:6

**one's** [1] - 18:23
**one-way** [11] - 38:4,
38:11, 38:15, 41:2,
41:5, 41:12, 41:19,
41:21, 43:6, 44:8,
48:13
**one-ways** [1] - 38:13
**ones** [5] - 17:12,
46:13, 109:2, 111:9,
156:3
**open** [2] - 76:1,
115:19
**opened** [1] - 105:4
**operating** [1] - 44:16
**opposed** [1] - 128:9
**opposite** [1] - 142:18
**order** [1] - 113:21
**orders** [1] - 152:6
**ourselves** [1] - 45:15
**outer** [1] - 74:10
**outside** [8] - 78:1,
120:22, 146:21,
146:23, 147:5,
147:6, 147:21,
148:23
**overdose** [3] - 59:6,
76:10, 76:20
**overdosed** [1] - 76:5
**overdosing** [1] - 76:18
**overhearing** [1] -
137:16
**own** [2] - 59:13,
150:12
**owns** [1] - 8:9

# P

**P-R-O-N-E-D** [1] -
139:16
**p.m** [68] - 20:15,
23:19, 110:16,
111:16, 111:18,
112:5, 112:7, 117:3,
117:5, 117:11,
117:13, 118:6,
118:8, 119:11,
119:13, 119:20,
119:22, 120:13,
120:15, 121:4,
121:6, 123:1, 123:3,
123:21, 123:23,
124:15, 125:5,
125:7, 125:9,
125:16, 125:18,
126:4, 126:6,
126:23, 127:7,
132:21, 132:23,
133:6, 133:8, 138:1,
138:3, 138:11,
138:13, 140:9,

140:11, 140:20,
140:22, 141:11,
141:13, 143:16,
143:18, 145:7,
145:9, 145:13,
145:15, 146:1,
146:3, 147:11,
147:13, 148:3,
148:5, 148:13,
148:15, 150:4,
150:6, 150:19,
150:21, 152:22
**P.O** [1] - 94:22
**Page** [8] - 90:17,
90:20, 92:16, 95:10,
98:1, 98:2, 98:17,
155:2
**pages** [1] - 153:2
**paid** [1] - 16:17
**pain** [3] - 61:16, 64:3,
133:19
**pant** [1] - 72:12
**pants** [40] - 53:3, 53:9,
53:16, 56:2, 56:10,
59:13, 61:9, 71:12,
71:18, 72:4, 72:6,
72:9, 72:13, 72:17,
72:23, 73:2, 73:5,
74:11, 75:12, 76:7,
77:7, 77:13, 78:1,
78:12, 78:14, 78:21,
80:3, 80:8, 81:4,
100:4, 112:15,
120:6, 121:9,
126:16, 146:10,
146:11, 151:7,
151:13, 151:16
**paperwork** [1] - 25:4
**paramedic** [2] - 88:15,
88:17, 88:18
**paramedics** [1] -
88:19
**part** [18] - 13:14, 14:1,
16:14, 17:8, 58:11,
58:14, 71:20, 75:13,
89:18, 93:23, 94:1,
99:18, 122:13,
122:16, 125:20,
128:9, 147:19, 151:5
**partially** [2] - 124:8
**participated** [1] - 4:5
**parties** [2] - 26:9,
34:23
**partner** [16] - 22:22,
22:23, 24:15, 24:17,
41:14, 48:20, 49:20,
50:1, 50:21, 55:1,
89:20, 96:2, 121:10,
129:17, 150:15
**partner's** [1] - 120:7

**partners** [1] - 24:23
**parts** [2] - 13:20,
151:3
**pass** [4] - 10:2, 17:9,
17:13
**passed** [3] - 17:1,
62:16, 84:10
**passenger** [5] - 41:14,
46:21, 48:18, 48:22,
50:3
**past** [4] - 14:20, 14:21,
15:3, 72:4
**pat** [4] - 50:21, 50:23,
51:15, 74:9
**path** [1] - 147:19
**patience** [2] - 35:12,
111:4
**patrol** [17] - 5:18, 5:19,
39:12, 40:1, 40:16,
44:16, 45:1, 45:8,
61:5, 61:7, 62:20,
63:1, 107:3, 137:10,
141:8, 142:18, 147:7
**patrolling** [1] - 45:12
**patrolman** [1] - 12:16
**pause** [1] - 133:10
**penal** [2] - 87:15,
87:16
**pending** [3] - 106:16,
116:15, 127:3
**people** [6] - 21:22,
28:17, 31:7, 47:16,
69:12, 75:16
**per** [1] - 69:4
**PERA** [2] - 1:22,
154:18
**perfect** [2] - 27:5,
72:20
**performed** [1] - 91:14
**period** [3] - 73:1,
79:21, 131:19
**periods** [1] - 24:19
**permission** [1] - 30:17
**perpendicular** [1] -
46:5
**person** [12] - 69:5,
73:11, 74:1, 74:11,
74:13, 74:15, 75:5,
95:2, 102:20,
145:21, 148:22,
148:23
**personally** [2] - 109:3,
156:5
**phone** [5] - 21:22,
23:8, 24:1, 27:15,
33:18
**photo** [2] - 86:17,
144:13
**physical** [7] - 17:3,
17:9, 17:11, 62:8,

62:9, 87:18, 87:22
**physically** [5] - 3:10, 71:3, 71:10, 129:18, 152:8
**picture** [3] - 86:11, 86:20, 144:15
**piece** [1] - 80:20
**pinned** [1] - 78:10
**pixelated** [2] - 119:17, 120:19
**pixelation** [1] - 120:22
**place** [4] - 51:1, 52:23, 72:21, 95:4
**placed** [3] - 12:15, 12:19, 12:20
**places** [1] - 66:13
**placing** [1] - 61:10
**Plaintiff** [3] - 1:7, 2:4, 27:7
**plaintiff** [4] - 26:3, 37:6, 139:2, 141:5
**Plaintiff's** [1] - 149:13
**plaintiff's** [1] - 26:4, 26:11, 33:14
**plan** [1] - 23:6
**play** [11] - 111:14, 116:1, 116:10, 116:22, 122:19, 132:17, 142:5, 143:9, 144:22, 145:4, 150:1
**played** [35] - 111:15, 112:4, 117:2, 117:10, 118:5, 119:10, 119:19, 120:12, 121:3, 122:12, 122:23, 123:20, 124:14, 125:6, 125:15, 126:3, 126:22, 132:20, 133:5, 137:23, 138:10, 140:8, 140:19, 141:10, 143:15, 145:6, 145:12, 145:23, 146:6, 147:10, 147:16, 148:2, 148:12, 150:3, 150:18
**playing** [37] - 111:9, 111:17, 112:6, 113:3, 117:4, 117:12, 118:7, 119:12, 119:21, 120:14, 121:5, 123:2, 123:22, 124:4, 125:4, 125:8, 125:17, 126:5, 126:21, 127:6, 132:22, 133:7,

138:2, 138:12, 140:10, 140:21, 141:12, 141:21, 143:17, 145:8, 145:14, 146:2, 147:12, 148:4, 148:14, 150:5, 150:20
**pleading** [4] - 55:6, 56:7, 121:22, 151:9
**plural** [1] - 101:10
**pocket** [4] - 71:1, 73:5, 151:7
**point** [31] - 12:5, 12:8, 24:23, 42:7, 42:10, 42:12, 43:14, 50:5, 54:17, 55:18, 68:14, 68:16, 70:21, 71:5, 71:17, 75:19, 79:12, 113:21, 116:18, 116:19, 120:18, 122:12, 132:1, 132:8, 132:9, 132:12, 139:22, 141:2, 141:15, 148:17, 150:8
**pointed** [1] - 49:4
**pointing** [3] - 43:15, 43:16, 142:7
**police** [19] - 4:18, 9:9, 9:14, 9:20, 12:9, 12:14, 18:16, 19:16, 19:21, 20:5, 20:6, 37:2, 57:1, 63:3, 102:12, 141:16, 142:13, 142:23, 149:3
**POLICE** [1] - 1:9
**Police** [3] - 1:17, 28:5, 85:18
**policeman** [11] - 5:15, 9:2, 9:3, 9:5, 9:16, 16:21, 18:8, 19:2, 76:17, 103:8
**policemen** [1] - 76:20
**policy** [10] - 57:9, 57:22, 62:17, 66:1, 67:6, 67:10, 67:14, 67:21, 68:1, 68:2
**polygraph** [4] - 18:21, 18:23, 19:2, 19:23
**poor** [2] - 48:6, 142:17
**portion** [3] - 93:16, 98:14, 99:6
**portions** [1] - 111:10
**position** [6] - 43:10, 43:12, 59:15, 59:16, 134:8, 135:1
**positioned** [1] - 128:12

**positive** [1] - 60:17
**possible** [3] - 71:9, 73:7, 149:17
**possibly** [2] - 50:15, 130:19
**potentially** [1] - 136:17
**PPO** [2] - 4:10, 4:17
**PRATHIMA** [1] - 2:1
**Prathima** [1] - 3:23
**preddy@ thereddylaw.com** [1] - 2:3
**predominant** [1] - 14:8
**predominantly** [1] - 14:11
**prep** [1] - 149:12
**presence** [4] - 3:10, 80:23, 154:10
**present** [5] - 1:17, 28:6, 63:20, 95:20, 113:13
**PRESENT** [1] - 2:11
**president** [2] - 38:8, 46:11
**presidential** [1] - 38:16
**press** [1] - 89:16
**pressed** [1] - 71:22
**pressure** [2] - 135:3, 136:5
**Pressure** [1] - 136:1, 136:2
**pretty** [7] - 39:8, 52:9, 70:9, 71:16, 72:2, 74:9, 141:7
**prevent** [1] - 134:20
**previous** [2] - 115:12, 137:7
**previously** [9] - 64:2, 84:15, 85:6, 97:22, 101:21, 112:14, 126:18, 141:7, 144:14
**printout** [1] - 98:7
**probability** [1] - 136:4
**probationary** [3] - 4:18, 12:9, 12:13
**problem** [1] - 144:21
**Procedure** [1] - 1:20
**procedure** [1] - 99:19
**procedures** [1] - 57:13
**procedures/weapon** [1] - 108:4
**process** [1] - 136:20
**produced** [8] - 49:19, 84:15, 111:7, 114:2, 114:5, 116:8, 143:10, 144:14

**professional** [4] - 64:12, 64:13, 69:11, 134:12
**program** [2] - 16:15, 17:9
**progress** [1] - 8:16
**prompt** [1] - 126:13
**prompted** [3] - 8:23, 58:22, 70:12
**prone** [2] - 59:15, 71:21, 130:2
**proned** [3] - 139:10, 139:11, 139:14
**proper** [1] - 69:21
**proportionality** [2] - 58:10, 58:14
**prove** [1] - 105:16
**provide** [4] - 83:4, 86:8, 93:7, 93:11
**provided** [5] - 21:21, 101:17, 102:7, 144:23, 149:23
**providing** [1] - 29:7
**psychiatric** [2] - 19:10, 19:17
**psychological** [6] - 17:15, 18:4, 18:12, 18:13, 19:1, 19:10
**psychologically** [1] - 20:5
**PUBLIC** [1] - 153:14
**Public** [3] - 1:22, 154:5, 154:19
**pull** [6] - 84:2, 110:21, 124:23, 128:17, 129:14, 136:6
**pulling** [2] - 111:5, 122:17
**punch** [7] - 120:3, 120:10, 127:9, 128:2, 128:8, 128:15, 129:5
**punched** [4] - 82:7, 118:3, 129:4, 131:14
**punching** [9] - 117:8, 117:16, 117:19, 117:22, 118:2, 120:1, 131:6, 131:9, 131:18
**pursuant** [2] - 1:19, 3:10
**pursuit** [1] - 107:18
**put** [15] - 51:8, 53:9, 54:8, 55:11, 100:4, 100:8, 109:8, 126:1, 134:8, 136:21, 146:12, 151:7, 151:8, 152:5, 156:11
**putting** [3] - 121:23, 136:5, 151:14

## Q

**qualified** [1] - 68:11
**quality** [1] - 142:17
**Quentin** [2] - 4:1, 42:1
**QUENTIN** [2] - 1:6, 2:11
**questioning** [6] - 31:6, 31:21, 35:6, 35:10, 116:6, 144:10
**questions** [13] - 5:6, 5:11, 25:10, 25:18, 84:20, 111:12, 113:1, 117:1, 132:17, 145:5, 150:2, 152:13, 152:19
**quick** [1] - 15:5
**quicker** [1] - 110:9
**quickest** [1] - 128:13
**quickly** [3] - 45:21, 52:9, 72:21
**quiet** [1] - 138:19

## R

**racial** [1] - 14:8
**ranking** [1] - 102:20
**rather** [1] - 26:4
**re** [3] - 19:17, 139:10, 146:19
**re-examined** [1] - 19:17
**re-proned** [1] - 139:10
**re-searched** [1] - 146:19
**reach** [3] - 72:2, 124:10, 124:12
**reaching** [5] - 122:1, 124:20, 126:15, 151:13, 151:15
**read** [12] - 3:5, 3:6, 93:14, 94:10, 94:13, 94:14, 94:17, 94:18, 98:22, 127:18, 127:20, 153:1
**reading** [1] - 127:22
**reads** [1] - 82:15
**ready** [3] - 35:5, 35:10, 83:16
**realize** [1] - 34:4
**realized** [3] - 42:17, 42:19, 42:21
**really** [6] - 8:16, 28:20, 53:1, 70:18, 71:21, 98:4
**rear** [1] - 43:16
**reason** [3] - 25:17, 25:19, 69:21
**reasons** [2] - 13:8,

147:4
**REBECCA** [2] - 1:22, 154:18
**Rebecca** [12] - 5:6, 11:15, 31:4, 32:9, 34:4, 35:8, 104:7, 114:7, 115:10, 116:5, 127:19, 149:18
**Rebecca's** [1] - 115:23
**received** [1] - 21:22
**recess** [7] - 17:23, 33:3, 83:13, 110:16, 115:8, 144:5, 152:16
**recognize** [12] - 43:20, 85:9, 89:6, 92:4, 95:11, 96:8, 98:3, 98:16, 104:13, 111:20, 143:20, 150:11
**recollection** [1] - 116:23
**record** [23] - 5:1, 5:7, 25:21, 25:23, 26:3, 28:13, 28:15, 35:3, 83:15, 83:20, 90:16, 92:3, 92:15, 93:15, 110:20, 111:1, 115:7, 115:10, 116:5, 121:16, 144:8, 149:18, 149:22
**recorded** [1] - 91:22
**recording** [12] - 4:21, 26:10, 27:20, 29:9, 29:14, 32:2, 33:1, 34:8, 34:19, 34:20, 35:3
**recordings** [1] - 26:6
**recover** [2] - 97:4, 97:13
**recovered** [1] - 97:16
**redacted** [3] - 104:4, 104:6, 104:9
**REDDY** [217] - 2:1, 2:1, 3:13, 3:20, 11:1, 11:15, 11:19, 14:13, 14:17, 15:1, 15:17, 17:21, 18:2, 18:20, 19:14, 19:20, 20:3, 20:10, 22:9, 22:14, 22:19, 23:14, 23:20, 25:16, 25:20, 26:11, 26:16, 26:20, 27:10, 27:13, 27:19, 28:1, 28:3, 28:5, 28:9, 28:19, 28:21, 29:2, 29:5, 29:12, 29:18, 29:20, 30:1, 30:5,

30:13, 30:16, 30:20, 30:22, 31:2, 31:9, 31:12, 31:17, 31:21, 32:1, 32:4, 32:8, 32:12, 32:15, 32:17, 32:20, 32:22, 33:14, 33:21, 34:1, 34:4, 34:8, 34:15, 35:1, 35:7, 35:20, 36:19, 52:19, 53:19, 54:20, 56:22, 57:8, 58:20, 60:6, 60:13, 60:19, 61:21, 64:8, 64:15, 65:20, 65:22, 67:1, 69:17, 70:11, 71:4, 72:10, 73:3, 73:9, 74:7, 76:14, 78:23, 79:10, 80:14, 81:8, 82:11, 83:3, 83:7, 83:12, 83:15, 83:18, 89:3, 90:12, 96:15, 97:3, 97:8, 97:20, 102:6, 102:18, 103:22, 106:15, 108:23, 109:6, 109:9, 109:11, 109:21, 110:4, 110:15, 110:18, 111:3, 111:19, 112:8, 114:2, 114:4, 114:6, 114:15, 114:18, 114:20, 115:2, 115:4, 115:10, 115:16, 115:22, 116:3, 117:6, 117:14, 118:9, 118:19, 119:4, 119:14, 119:23, 120:16, 120:21, 121:7, 121:15, 122:18, 123:5, 123:8, 123:13, 123:16, 124:5, 125:10, 125:21, 126:7, 127:3, 127:8, 127:14, 127:22, 127:23, 128:6, 128:14, 129:11, 129:22, 130:8, 131:3, 131:8, 131:15, 132:3, 133:3, 133:9, 133:16, 133:21, 134:2, 134:19, 135:20, 136:10, 136:18, 137:3, 138:4, 138:14, 140:5, 140:12, 140:17, 140:23, 141:14, 142:6,

142:10, 142:21, 143:7, 143:19, 143:23, 144:4, 144:7, 145:10, 145:16, 146:4, 146:13, 146:22, 147:8, 147:14, 147:22, 148:6, 148:16, 149:7, 149:17, 149:20, 150:7, 150:22, 151:21, 152:10, 152:18, 155:3, 156:1, 156:9
**Reddy** [5] - 3:1, 3:23, 30:3, 35:5, 141:20
**reduced** [1] - 154:10
**reenter** [1] - 59:13
**refer** [1] - 94:20
**reference** [3] - 49:15, 49:16, 60:5
**referenced** [2] - 22:21, 23:9
**referred** [2] - 79:20, 94:5
**referring** [17] - 4:18, 20:22, 43:13, 51:18, 67:11, 67:12, 76:15, 79:5, 87:8, 88:10, 92:8, 92:16, 93:16, 136:2, 139:3, 151:11, 152:2
**reflect** [6] - 86:20, 96:16, 107:6, 111:8, 118:2, 150:23
**reflected** [13] - 85:7, 85:13, 86:12, 87:22, 91:8, 91:9, 92:17, 95:13, 96:21, 100:15, 105:3, 106:18, 118:12
**reflecting** [2] - 109:1, 156:2
**reflection** [4] - 94:4, 98:23, 99:7, 104:21
**reflects** [1] - 95:5
**refresh** [1] - 116:23
**refusal** [2] - 59:2, 66:11
**refused** [5] - 51:2, 51:7, 59:14
**refuses** [1] - 55:7
**refusing** [1] - 100:7
**regarding** [1] - 82:1
**regards** [1] - 26:3
**registered** [1] - 44:1
**regularly** [1] - 40:17
**relabeled** [1] - 114:1
**relation** [13] - 89:8, 89:21, 90:3, 96:10,

98:10, 99:2, 101:17, 105:9, 107:9, 108:8, 113:2, 116:7, 116:16
**relational** [1] - 80:20
**relationship** [1] - 22:20
**relative** [1] - 154:15
**relatively** [1] - 58:5
**relevant** [1] - 98:15
**remain** [1] - 20:5
**remember** [25] - 4:9, 10:14, 21:4, 25:5, 36:7, 37:13, 38:8, 40:6, 40:13, 45:19, 45:21, 49:19, 49:22, 59:10, 64:1, 65:4, 65:12, 72:8, 75:9, 78:13, 103:13, 105:12, 136:14, 136:15, 137:9
**remind** [3] - 35:13, 83:20, 144:10
**remotely** [1] - 3:12
**remove** [1] - 129:18
**repeat** [1] - 142:3
**repetitively** [1] - 129:5
**rephrase** [3] - 5:12, 97:12, 131:10
**report** [5] - 85:12, 91:6, 93:4, 93:9, 154:7
**reported** [1] - 94:4
**Reporter** [4] - 28:12, 29:3, 33:2, 110:23
**REPORTER** [28] - 3:1, 3:4, 3:7, 3:9, 11:17, 26:12, 26:18, 26:21, 27:1, 27:4, 27:9, 28:15, 30:3, 32:6, 32:10, 32:14, 32:16, 32:18, 32:21, 33:10, 33:17, 34:10, 34:21, 35:4, 115:6, 141:20, 149:15, 149:19
**reporter** [5] - 4:21, 11:22, 104:7, 104:11, 127:21
**represent** [2] - 85:5, 90:16
**representation** [2] - 34:17, 35:2
**representations** [2] - 26:5, 34:13
**representing** [1] - 4:1
**request** [4] - 5:5, 109:8, 109:10, 156:11
**requested** [1] - 127:20
**require** [1] - 101:22
**required** [3] - 68:20,

69:7, 107:9
**requirement** [1] - 16:9
**requirements** [5] - 15:22, 16:4, 16:11, 16:23, 19:15
**resembled** [1] - 49:5
**resend** [1] - 114:20
**resending** [1] - 115:14
**reservations** [1] - 33:7
**residence** [2] - 16:7, 16:8
**residue** [1] - 49:13
**resist** [1] - 152:5
**resistance** [4] - 57:7, 58:2, 58:22, 62:7
**resisting** [12] - 59:21, 70:6, 71:3, 71:7, 71:10, 87:20, 121:20, 126:18, 128:3, 128:13, 151:1, 151:8
**resorting** [1] - 131:9
**respect** [4] - 30:19, 30:21, 99:7, 143:2
**responding** [1] - 45:14
**response** [2] - 59:23, 121:12
**restaurants** [1] - 7:2
**restrain** [1] - 66:7
**restraining** [1] - 104:1
**restroom** [1] - 83:8
**result** [2] - 44:11, 60:8
**retire** [1] - 9:12
**retrieve** [5] - 59:12, 62:3, 76:7, 109:7, 156:10
**return** [1] - 8:17
**reverse** [1] - 67:16
**review** [3] - 21:9, 84:22, 99:20
**rid** [7] - 59:5, 62:10, 62:12, 79:22, 88:1, 88:7, 93:20
**ride** [1] - 79:3
**rights** [7] - 29:8, 93:17, 94:9, 94:10, 94:11, 94:12, 94:14
**Robert** [1] - 9:19
**rode** [1] - 84:8
**Ronald** [3] - 9:8, 10:6, 93:19
**RONALD** [6] - 1:1, 1:10, 1:16, 3:16, 153:7, 155:3
**room** [5] - 29:17, 29:23, 30:12, 30:14, 31:8
**rotate** [2] - 24:20, 24:23

**rotations** [1] - 21:7
**Rule** [1] - 3:11
**rule** [1] - 30:13
**Rules** [1] - 1:20
**rules** [1] - 30:10
**run** [1] - 46:5

# S

**safety** [4] - 53:22, 54:2, 74:9, 108:5
**salary** [1] - 16:19
**sat** [3] - 137:19, 139:5, 139:12
**scene** [17] - 52:10, 60:21, 61:2, 61:14, 62:23, 64:5, 73:21, 74:2, 74:5, 74:23, 82:14, 86:6, 135:9, 135:11, 135:23, 137:9, 147:16
**scenery** [1] - 13:17
**SCHEU** [1] - 1:10
**Scheu** [48] - 4:3, 22:3, 22:5, 23:16, 24:13, 24:22, 39:15, 39:18, 41:15, 45:17, 46:14, 46:22, 48:20, 49:3, 50:11, 51:10, 51:15, 54:3, 55:1, 55:2, 70:22, 75:1, 75:20, 76:4, 77:12, 77:19, 78:11, 80:9, 81:6, 86:10, 94:22, 95:6, 96:3, 96:19, 113:11, 113:18, 116:12, 116:17, 119:7, 121:11, 121:22, 130:16, 131:5, 132:11, 143:22, 146:9, 147:18, 150:14
**Scheu's** [1] - 80:23
**school** [4] - 6:15, 6:16, 6:20, 6:22
**scores** [1] - 18:7
**screen** [10] - 32:15, 32:19, 32:20, 84:22, 84:23, 85:3, 132:15, 133:2, 133:4, 141:6
**scroll** [1] - 98:14
**search** [9] - 73:13, 73:17, 74:8, 74:18, 74:21, 146:16, 148:8, 149:2
**searched** [8] - 73:21, 74:6, 74:11, 77:23, 78:3, 146:19, 148:21, 148:23
**searches** [3] - 73:10,

74:1, 75:5
**seat** [1] - 148:19
**second** [15] - 17:1, 17:20, 18:7, 25:21, 66:21, 110:21, 111:5, 117:23, 126:21, 129:13, 132:14, 132:15, 133:10, 142:9, 149:12
**seconds** [18] - 17:22, 53:16, 117:7, 117:15, 117:17, 117:18, 118:2, 118:3, 118:13, 118:21, 119:6, 123:18, 124:2, 127:1, 128:21, 139:5, 139:9, 148:18
**Section** [2] - 93:17, 94:19
**secure** [1] - 73:15
**security** [1] - 7:3
**sedan** [10] - 38:22, 39:1, 39:2, 39:20, 39:21, 40:2, 40:5, 41:18, 42:8, 43:20
**see** [2] - 8:15, 18:15, 51:9, 51:21, 52:15, 71:23, 85:2, 105:5, 115:23, 122:11, 122:14, 124:10, 124:11, 129:14, 138:8, 139:6, 141:6, 142:19, 144:16, 147:20
**self** [1] - 107:17
**self-generated** [1] - 107:17
**send** [2] - 82:22, 114:7
**senior** [2] - 67:17, 67:18
**seniority** [1] - 67:16
**sent** [4] - 57:21, 113:23, 114:14, 114:16
**separate** [1] - 18:22
**September** [1] - 107:20
**serious** [1] - 33:6
**served** [1] - 25:4
**service** [3] - 15:20, 16:2, 16:20
**set** [3] - 128:5, 134:5, 152:20
**seven** [1] - 5:21
**several** [1] - 111:6
**severely** [1] - 66:10
**share** [8] - 32:15, 32:19, 32:20, 95:9,

104:3, 133:4, 144:13, 149:22
**shared** [1] - 97:22
**sharing** [3] - 84:23, 132:15, 133:2
**Shawn** [1] - 11:14
**shift** [5] - 20:13, 20:16, 20:17, 21:7, 24:3
**short** [2] - 110:20, 143:11
**shorter** [2] - 123:11, 130:18
**shorthand** [1] - 154:9
**shot** [2] - 112:17, 113:16
**shoulder** [4] - 64:3, 97:2, 136:12, 136:17
**show** [4] - 84:14, 84:19, 97:21, 139:7
**showed** [4] - 82:13, 135:11, 135:23
**shown** [1] - 61:4
**sick** [1] - 66:10
**side** [10] - 41:14, 41:15, 46:21, 46:22, 48:18, 49:23, 50:18, 55:23, 56:4, 142:18
**sign** [3] - 3:5, 3:6, 63:19
**signature** [1] - 96:8
**similar** [1] - 58:1
**single** [2] - 69:5, 102:16
**sirens** [3] - 44:15, 44:21, 44:23
**sit** [1] - 139:8
**sitting** [3] - 135:2, 138:15, 138:20
**situation** [2] - 70:19, 131:19
**six** [9] - 8:4, 10:17, 10:21, 12:6, 12:7, 12:11, 12:14, 12:23, 22:23
**size** [1] - 130:19
**skin** [2] - 76:19, 76:20
**slipping** [1] - 125:1
**smoking** [1] - 49:4
**socket** [4] - 60:18, 60:20, 66:16, 88:22
**software** [1] - 8:9
**someone** [3] - 63:19, 128:13, 130:3
**sometime** [2] - 10:13, 19:3
**sometimes** [2] - 45:2, 57:17
**somewhere** [3] - 57:9, 104:8, 113:17

**sorry** [33] - 11:2, 14:10, 15:10, 15:11, 18:3, 18:19, 27:3, 30:3, 33:21, 34:16, 36:12, 38:10, 51:12, 52:7, 58:12, 63:5, 74:4, 75:6, 94:13, 99:15, 104:17, 105:21, 110:11, 122:9, 123:5, 123:13, 127:13, 127:17, 128:22, 133:3, 138:22, 145:10, 151:4
**sort** [2] - 45:14, 50:14
**sound** [1] - 26:10
**sounds** [2] - 5:9, 28:17
**South** [2] - 6:17, 14:2
**southeast** [1] - 43:16
**southern** [1] - 14:1
**speaking** [2] - 30:4, 79:14
**specialized** [1] - 10:8
**specific** [3] - 91:23, 101:2, 125:20
**specifically** [1] - 76:15
**specified** [1] - 100:23
**specifying** [1] - 102:13
**specimen** [1] - 97:10
**specimens** [2] - 97:4, 97:7
**speed** [1] - 123:17
**spell** [2] - 11:21, 139:15
**spelled** [1] - 24:11
**spelling** [2] - 11:16, 11:22
**spent** [3] - 10:10, 137:10, 137:13
**spontaneously** [1] - 93:18
**spot** [1] - 55:16
**Square** [1] - 2:7
**ss** [1] - 154:2
**staff** [1] - 64:19
**stamp** [1] - 85:7
**standards** [1] - 17:11
**standing** [6] - 59:15, 142:17, 146:21, 146:23, 147:5, 147:6
**start** [3] - 4:23, 12:16, 16:11, 36:5, 42:10, 53:13, 98:1, 98:2, 113:5, 142:1, 145:2, 145:4, 151:9
**started** [5] - 9:22, 120:8, 140:4, 146:18
**starting** [32] - 111:15,

112:4, 117:2, 117:10, 118:5, 119:10, 119:19, 120:12, 121:3, 122:23, 123:20, 124:14, 125:6, 125:15, 126:3, 126:22, 132:20, 133:5, 137:23, 138:10, 140:8, 140:19, 141:10, 143:15, 145:6, 145:12, 145:23, 147:10, 148:2, 148:12, 150:3, 150:18
**STATE** [1] - 154:1
**State** [1] - 154:6
**statement** [11] - 31:23, 32:3, 91:18, 91:20, 92:1, 93:12, 94:1, 100:2, 103:4, 103:11, 151:16
**statements** [5] - 4:22, 32:9, 32:11, 92:3, 92:13
**states** [2] - 94:21, 97:1
**STATES** [1] - 1:4
**station** [2] - 40:5, 67:15, 69:4, 69:6
**statistics** [1] - 69:15
**stay** [3] - 62:18, 63:12, 79:15
**stayed** [1] - 7:17
**staying** [1] - 33:12
**stemming** [1] - 87:5
**step** [4] - 49:21, 50:3, 50:6, 50:11
**stepped** [2] - 50:1, 50:20
**steps** [2] - 134:15, 134:20
**stick** [2] - 33:20, 33:22
**sticker** [1] - 104:5
**still** [28] - 31:9, 41:18, 41:20, 43:1, 51:4, 51:7, 55:9, 56:1, 58:5, 61:8, 66:11, 83:21, 100:7, 103:8, 105:22, 106:16, 120:6, 124:19, 124:21, 124:22, 125:2, 127:17, 139:23, 146:11, 148:8
**stipulate** [1] - 3:12
**stipulations** [1] - 3:4
**stomach** [1] - 139:18
**stood** [2] - 139:1, 139:12

**stop** [33] - 8:11, 38:4, 41:8, 41:12, 41:20, 42:13, 42:15, 43:8, 55:7, 55:9, 56:7, 59:18, 59:20, 59:21, 70:2, 70:4, 70:19, 71:3, 71:10, 81:1, 84:10, 120:9, 128:13, 132:15, 151:8, 151:9, 151:11, 151:15, 151:18, 151:20, 151:22, 152:3
**stopped** [34] - 41:17, 111:17, 112:6, 117:4, 117:12, 118:7, 119:12, 119:21, 120:14, 121:5, 123:2, 123:22, 125:4, 125:8, 125:17, 126:5, 127:6, 132:22, 133:7, 138:2, 138:12, 140:4, 140:10, 140:21, 141:12, 143:17, 145:8, 145:14, 146:2, 147:12, 148:4, 148:14, 150:5, 150:20
**stories** [1] - 75:15
**straight** [2] - 43:17, 82:14
**Street** [5] - 1:18, 3:16, 13:21, 84:3, 84:10
**street** [12] - 38:6, 38:10, 38:11, 38:12, 38:14, 38:15, 41:19, 41:21, 42:18, 44:8, 48:13
**streets** [4] - 38:9, 38:17, 40:21, 46:11
**strike** [13] - 55:7, 55:12, 56:3, 58:22, 59:16, 61:23, 66:2, 66:12, 70:12, 100:10, 100:18, 100:20, 126:8
**strip** [1] - 73:17
**strong** [1] - 130:1
**struck** [12] - 51:8, 56:7, 56:18, 59:8, 59:11, 82:16, 88:20, 89:1, 100:14, 101:4, 101:9, 101:19
**struggle** [11] - 50:23, 52:20, 53:13, 53:15, 53:17, 56:4, 61:10, 79:21, 88:6, 100:3,

129:15
**struggles** [1] - 55:10
**struggling** [1] - 120:6
**stuff** [3] - 59:19, 66:7, 126:15
**subject** [7] - 57:6, 100:3, 100:6, 100:7, 100:10, 100:18, 101:9
**submit** [7] - 81:11, 81:14, 82:18, 89:11, 89:15, 99:19, 114:11
**submitted** [9] - 81:19, 98:10, 99:1, 99:14, 100:11, 104:6, 104:11, 115:12, 115:20
**substance** [2] - 99:9, 101:8
**suffered** [1] - 60:17
**summary** [4] - 99:6, 100:15, 100:23, 101:16
**summons** [1] - 47:15
**summonses** [2] - 87:7, 87:9
**super** [1] - 110:7
**superior** [2] - 81:20, 82:22
**supervisor** [6] - 20:19, 24:7, 24:9, 24:10, 81:17, 99:20
**supply** [1] - 3:3
**supplying** [1] - 3:2
**suspect** [2] - 95:3, 138:22
**suspect's** [2] - 112:1, 147:19
**suspected** [3] - 76:22, 77:1, 77:14
**suspects** [1] - 89:17
**suspicion** [1] - 75:11
**sustain** [1] - 60:7
**sustained** [5] - 69:10, 96:17, 105:13, 105:14, 105:15
**SUTTLES** [7] - 1:6, 2:11, 27:11, 27:17, 29:16, 29:19, 30:8
**Suttles** [108] - 4:1, 26:9, 27:6, 27:9, 27:10, 28:16, 28:19, 29:6, 29:11, 29:18, 30:7, 33:10, 33:17, 34:11, 34:18, 34:22, 37:5, 37:19, 38:2, 42:1, 48:20, 49:3, 50:11, 50:20, 50:22, 51:4, 51:11, 51:16, 53:1, 54:1, 54:14,

54:23, 58:22, 59:22, 60:7, 63:16, 65:3, 66:2, 70:13, 71:2, 71:6, 71:11, 76:3, 77:19, 82:7, 84:3, 86:12, 86:15, 87:17, 87:21, 89:9, 90:4, 90:15, 94:15, 95:6, 96:11, 96:17, 97:5, 97:14, 97:17, 98:11, 99:2, 99:8, 100:14, 100:21, 101:4, 101:18, 101:19, 111:8, 112:11, 112:18, 112:21, 113:6, 113:14, 113:17, 116:12, 116:14, 116:18, 117:8, 117:16, 117:19, 118:2, 118:11, 118:20, 119:7, 119:15, 121:8, 121:18, 123:10, 126:9, 128:8, 128:17, 129:18, 130:4, 131:5, 131:21, 133:12, 135:13, 139:3, 139:23, 141:1, 141:4, 143:1, 145:1, 146:14, 148:18, 149:16, 151:1
**Suttles'** [6] - 73:11, 75:5, 103:15, 121:12, 142:14, 150:9
**swallow** [1] - 59:6, 66:9, 75:17, 76:1, 76:9
**swear** [3] - 3:12, 26:9, 34:10
**switch** [5] - 21:4, 28:10, 132:13, 132:16, 149:11
**switched** [2] - 20:23, 21:3
**sworn** [5] - 3:17, 34:5, 83:4, 103:4, 154:13
**Sworn** [1] - 153:9
**system** [1] - 81:15

## T

**tackled** [1] - 54:5
**tall** [4] - 72:1, 130:14, 130:15, 147:6
**taller** [1] - 130:18
**tamper** [1] - 87:21
**tampering** [2] - 62:7,

87:18
**Taser** [11] - 67:2, 67:4, 67:10, 68:4, 68:9, 68:11, 68:18, 68:20, 68:22, 69:10, 70:1
**Tasers** [8] - 67:6, 67:14, 68:15, 68:17, 69:4, 69:7, 69:12, 69:18
**tech** [2] - 93:9, 94:4
**technician** [2] - 91:7, 93:4
**TELECONFERENCE** [1] - 1:1
**teleconference** [1] - 1:16
**telephone** [1] - 34:18
**TELEPHONE** [1] - 2:11
**ten** [3] - 129:13, 144:1, 148:17
**ten-minute** [1] - 144:1
**ten-second** [1] - 129:13
**tense** [1] - 52:23
**tenure** [2] - 19:21, 37:2
**terms** [1] - 102:7
**test** [2] - 18:9, 18:12
**testified** [10] - 3:18, 22:6, 51:10, 84:7, 98:9, 100:13, 101:20, 109:15, 126:1, 137:18
**testify** [1] - 154:14
**testimony** [27] - 21:13, 21:21, 22:11, 22:16, 23:16, 24:4, 26:14, 28:23, 29:7, 45:23, 51:14, 56:17, 78:11, 80:7, 80:16, 83:5, 101:7, 116:16, 118:10, 119:5, 122:5, 124:6, 126:9, 126:11, 127:20, 131:4, 153:3
**THE** [117] - 2:1, 3:1, 3:4, 3:7, 3:9, 11:17, 14:11, 14:23, 15:16, 19:13, 19:19, 20:2, 20:9, 23:12, 23:18, 26:12, 26:18, 26:21, 26:23, 27:1, 27:3, 27:4, 27:9, 28:15, 30:3, 32:6, 32:10, 32:14, 32:16, 32:18, 32:21, 33:10, 33:17, 34:10, 34:21, 35:4, 36:12, 36:17, 53:11, 56:21, 57:4, 58:17,

60:2, 60:11, 60:16, 61:19, 64:7, 64:11, 65:21, 66:5, 66:18, 66:23, 70:8, 70:16, 72:8, 72:19, 73:7, 74:4, 76:13, 78:20, 79:8, 80:13, 82:10, 82:21, 89:1, 90:8, 96:13, 97:1, 97:7, 97:19, 102:15, 103:21, 106:13, 109:3, 110:7, 110:11, 110:13, 115:6, 118:17, 119:2, 122:16, 123:17, 124:1, 124:16, 127:1, 127:5, 127:13, 127:17, 128:5, 128:11, 129:21, 130:6, 131:1, 131:12, 132:1, 133:1, 133:15, 134:1, 134:18, 135:18, 136:9, 136:14, 140:3, 140:16, 141:20, 142:16, 143:5, 146:8, 146:18, 147:3, 147:18, 149:6, 149:15, 149:19, 151:18, 152:15, 156:5
**themselves** [1] - 70:5
**thereafter** [2] - 52:3, 68:14
**they've** [1] - 84:17
**thinking** [1] - 76:8
**threat** [2] - 58:2, 70:3
**three** [16] - 12:23, 24:20, 24:21, 42:12, 42:14, 43:14, 53:14, 54:11, 54:13, 55:8, 58:23, 72:22, 87:7, 87:14, 87:16, 109:16
**three-or-greater** [2] - 42:14, 43:14
**three-or-greater-point** [1] - 42:12
**threw** [4] - 62:14, 80:7, 81:3, 93:20
**throughout** [1] - 129:15
**thrown** [2] - 54:6, 147:20
**ticket** [3] - 44:11, 47:13, 47:15
**timeline** [2] - 84:2, 136:22
**tired** [1] - 55:10

**title** [2] - 5:14, 5:17
**TO** [1] - 155:1
**today** [16] - 4:3, 4:21, 21:10, 21:14, 21:17, 25:3, 25:10, 25:18, 28:6, 28:23, 29:7, 30:17, 30:18, 31:18, 108:9, 152:20
**together** [3] - 23:4, 23:6, 129:19
**took** [9] - 17:14, 17:18, 17:19, 18:6, 18:7, 49:1, 51:1, 72:21, 83:22
**top** [12] - 77:13, 77:19, 86:14, 87:14, 98:16, 108:22, 112:17, 112:20, 113:9, 113:17, 116:12, 119:7
**top-hand** [1] - 86:14
**total** [2] - 14:19, 87:5
**totality** [1] - 47:11
**towards** [1] - 112:1
**traffic** [14] - 38:4, 41:12, 43:1, 43:5, 43:8, 44:9, 47:1, 47:7, 47:9, 47:12, 47:23, 87:12, 87:13
**trained** [3] - 67:8, 68:12, 68:17
**training** [14] - 10:16, 10:19, 10:22, 11:4, 11:5, 11:12, 12:4, 12:5, 12:12, 15:19, 17:6, 68:15, 69:19
**transcript** [1] - 153:3
**transport** [1] - 84:11
**transported** [5] - 61:3, 61:5, 61:7, 62:1, 74:2
**travel** [1] - 40:19
**traveling** [5] - 39:3, 39:7, 41:4, 41:21, 48:13
**treating** [1] - 31:14
**treatment** [2] - 61:1, 64:9
**tried** [3] - 61:10, 122:17, 146:11
**Tripp** [13] - 20:20, 22:4, 22:15, 23:21, 24:4, 81:21, 82:1, 82:19, 99:15, 99:16, 99:17, 100:11, 101:17
**Tripp's** [1] - 21:3
**true** [2] - 56:19, 153:2
**truly** [5] - 9:21, 10:1, 79:19, 106:13

**truth** [3] - 154:14, 154:15
**truthfully** [2] - 25:10, 25:18
**try** [5] - 59:5, 75:16, 76:8, 128:17, 152:6
**trying** [18] - 42:8, 53:2, 53:8, 54:23, 55:3, 55:4, 56:1, 56:8, 66:7, 66:9, 80:19, 118:17, 124:23, 127:1, 129:7, 129:14, 129:15, 152:8
**turn** [14] - 27:1, 41:1, 42:12, 42:14, 42:16, 43:14, 43:19, 44:15, 45:6, 45:9, 46:15, 48:1, 48:2
**turned** [3] - 38:18, 45:7, 54:16
**turning** [5] - 41:5, 41:11, 43:10, 43:11, 90:19
**two** [26] - 7:7, 7:8, 7:21, 21:2, 23:23, 40:21, 46:1, 46:6, 53:6, 53:7, 53:14, 56:15, 87:7, 100:22, 101:5, 101:19, 109:17, 109:18, 110:12, 113:16, 121:19, 123:14, 128:12, 132:18, 138:5
**two-minute** [1] - 132:18
**type** [4] - 18:9, 51:18, 69:9, 73:13, 74:8, 93:6, 109:21
**typically** [3] - 44:7, 47:17, 67:4

## U

**ultimately** [1] - 65:2
**under** [47] - 26:9, 28:22, 32:23, 35:13, 50:15, 56:1, 59:11, 72:22, 83:21, 84:12, 93:16, 95:17, 118:12, 118:17, 118:21, 119:8, 122:1, 122:2, 122:14, 122:21, 123:10, 124:2, 124:3, 124:7, 124:17, 124:18, 124:19, 124:20, 124:21, 124:22,

125:2, 125:3, 125:11, 126:2, 126:10, 127:2, 128:19, 129:7, 131:20, 144:11, 154:10
**underneath** [15] - 55:1, 55:4, 56:9, 56:19, 59:4, 119:2, 122:5, 122:17, 124:4, 124:10, 124:23, 126:15, 132:6, 132:7, 152:7
**underwear** [1] - 73:18
**unfilmed** [1] - 138:21
**Unintelligible** [3] - 29:1, 29:2, 123:4
**unintelligible** [1] - 10:23
**UNITED** [1] - 1:4
**units** [1] - 10:8
**unlicensed** [2] - 47:21, 48:9
**unsure** [5] - 10:1, 20:9, 42:19, 61:8, 72:2
**up** [35] - 38:3, 40:18, 40:21, 41:2, 41:5, 41:11, 43:5, 46:11, 52:23, 61:4, 63:7, 67:17, 70:9, 73:20, 74:10, 82:13, 82:23, 110:21, 111:5, 122:1, 123:17, 124:4, 126:20, 134:5, 135:2, 135:11, 135:23, 137:19, 138:20, 139:1, 139:5, 139:12, 142:2, 146:12
**uploaded** [1] - 144:1
**upper** [2] - 100:6, 113:17
**upstairs** [1] - 90:10
**use-of-force** [7] - 66:1, 67:23, 81:12, 82:1, 82:19, 98:10, 99:1
**use-of-forces** [1] - 98:8
**Usual** [1] - 3:4

## V

**various** [3] - 1:20, 111:9, 111:10
**vehicle** [67] - 39:6, 39:9, 40:7, 40:10, 40:15, 41:1, 41:13,

41:23, 42:3, 42:5, 42:13, 42:17, 42:20, 42:22, 43:23, 45:8, 45:18, 46:18, 47:1, 47:6, 47:7, 48:18, 49:23, 50:2, 50:6, 50:9, 50:12, 50:18, 50:21, 53:3, 53:8, 53:23, 54:16, 55:1, 55:4, 56:13, 56:16, 59:3, 59:4, 59:14, 61:5, 61:8, 87:12, 87:13, 107:17, 116:19, 118:12, 118:18, 118:21, 119:3, 119:8, 122:6, 122:14, 122:17, 122:21, 124:7, 124:12, 125:11, 129:7, 129:19, 131:6, 141:8, 142:18, 146:15, 147:7, 147:20, 152:7
**vehicles** [1] - 137:10
**verbal** [21] - 5:8, 51:2, 51:4, 51:7, 53:1, 53:15, 56:6, 59:2, 59:14, 59:17, 62:13, 66:6, 71:3, 78:20, 88:7, 100:5, 100:8, 121:21, 126:14, 126:19, 151:6
**verbally** [4] - 5:6, 71:9, 79:1, 92:3
**verbatim** [1] - 154:8
**version** [3] - 104:6, 104:9, 104:10
**via** [4] - 2:4, 2:10, 27:7, 34:18
**VIA** [1] - 2:11
**vicinity** [1] - 129:19
**VIDEO** [1] - 1:1
**video** [112] - 26:4, 28:10, 33:12, 77:9, 111:14, 111:15, 111:17, 111:21, 111:23, 112:4, 112:6, 112:9, 112:20, 112:23, 113:2, 113:5, 113:6, 115:19, 116:7, 117:2, 117:4, 117:8, 117:10, 117:12, 117:15, 117:19, 118:5, 118:7, 118:13, 118:22, 119:6, 119:10, 119:12, 119:19, 119:21, 120:12, 120:14, 120:23,

121:3, 121:5, 121:17, 122:13, 122:23, 123:2, 123:20, 123:22, 124:14, 125:4, 125:6, 125:8, 125:15, 125:17, 126:3, 126:5, 126:17, 126:22, 127:6, 132:17, 132:20, 132:22, 133:5, 133:7, 137:21, 137:23, 138:2, 138:10, 138:12, 138:15, 139:9, 140:8, 140:10, 140:19, 140:21, 141:2, 141:10, 141:12, 141:15, 141:21, 141:23, 142:5, 142:12, 142:17, 142:19, 143:14, 143:15, 143:17, 145:3, 145:6, 145:8, 145:12, 145:14, 145:18, 145:22, 145:23, 146:2, 146:6, 147:10, 147:12, 148:2, 148:4, 148:12, 148:14, 148:18, 149:11, 150:3, 150:5, 150:9, 150:15, 150:18, 150:20, 150:23, 151:23
**Video** [4] - 1:16, 113:4, 116:8, 143:12
**videos** [4] - 111:6, 111:12, 113:23, 114:9
**violating** [3] - 29:5, 30:6, 47:6
**violation** [2] - 43:1, 43:5
**violations** [1] - 87:13
**visible** [1] - 77:7
**voice** [1] - 120:7
**vs** [1] - 1:8
**VTL** [1] - 87:9

## W

**waist** [1] - 72:12
**waistband** [3] - 72:13, 72:15
**waistline** [2] - 72:5, 72:17
**wait** [4] - 46:4, 92:21,

142:8, 145:10
**walked** [3] - 49:23, 145:17, 145:21
**warning** [1] - 44:12
**warrant** [3] - 47:23, 88:4, 107:22
**watch** [2] - 77:9, 123:6
**watched** [2] - 123:12, 123:14
**watching** [1] - 132:5
**ways** [1] - 38:13
**weapon** [1] - 108:1
**wearing** [1] - 72:6
**website** [1] - 8:10
**weed** [1] - 93:19
**weeks** [4] - 11:4, 12:6, 12:7, 12:11
**weigh** [3] - 102:20, 130:4, 130:9
**weight** [1] - 130:20
**weird** [1] - 17:7
**West** [2] - 93:18, 94:7
**WESTERN** [1] - 1:4
**westernmost** [1] - 14:4
**wheel** [2] - 21:3, 21:6
**whereabouts** [2] - 27:21, 28:7
**whole** [4] - 60:4, 117:23, 124:1, 154:14
**Williamsville** [2] - 6:16, 6:18
**willing** [1] - 33:9
**window** [1] - 49:12
**windows** [1] - 147:21
**wingspan** [1] - 72:2
**Witness** [1] - 155:2
**WITNESS** [88] - 14:11, 14:23, 15:16, 19:13, 19:19, 20:2, 20:9, 23:12, 23:18, 26:23, 27:3, 36:12, 36:17, 53:11, 56:21, 57:4, 58:17, 60:2, 60:11, 60:16, 61:19, 64:7, 64:11, 65:21, 66:5, 66:18, 66:23, 70:8, 70:16, 72:8, 72:19, 73:7, 74:4, 76:11, 78:20, 79:8, 80:13, 82:10, 82:21, 89:1, 90:8, 96:13, 97:1, 97:7, 97:19, 102:15, 103:21, 106:13, 109:3, 110:7, 110:11, 110:13, 118:17, 119:2, 122:16, 123:17, 124:1, 124:16,

127:1, 127:5, 127:13, 127:17, 128:5, 128:11, 129:21, 130:6, 131:1, 131:12, 132:1, 133:1, 133:15, 134:1, 134:18, 135:18, 136:9, 136:14, 140:3, 140:16, 142:16, 143:5, 146:8, 146:18, 147:3, 147:18, 149:6, 151:18, 152:15, 156:5
**witness** [5] - 3:9, 3:12, 4:12, 109:9, 152:19
**WITNESSES** [1] - 155:1
**witnessing** [1] - 75:14
**word** [7] - 52:20, 54:7, 58:13, 58:18, 90:22, 136:1, 139:13
**wording** [1] - 58:4
**words** [1] - 58:7
**works** [3] - 14:2, 101:12, 103:7
**worried** [1] - 51:5
**write** [1] - 92:23
**writing** [3] - 109:8, 154:10, 156:12
**written** [2] - 57:9, 93:12
**wrote** [1] - 96:3

## Y

**year** [7] - 6:20, 7:18, 7:21, 7:22, 10:4, 12:14
**years** [20] - 5:21, 6:11, 7:7, 7:8, 7:20, 7:21, 9:9, 9:20, 13:6, 13:15, 13:23, 14:6, 14:19, 14:20, 15:3, 15:13, 16:8, 21:1, 21:4, 22:23
**yelled** [1] - 103:16
**yelling** [1] - 55:2
**yesterday** [5] - 23:12, 23:13, 23:18, 104:4, 142:8
**yielding** [1] - 57:7
**YORK** [2] - 1:4, 154:1
**York** [5] - 1:19, 2:2, 2:8, 3:17, 154:6
**yourself** [6] - 4:2, 39:18, 111:11, 111:21, 116:11, 145:20

## Z

**zebra** [1] - 12:3
**zero** [2] - 110:12, 117:18
**Zoll** [2] - 11:14, 12:2
**zone** [1] - 110:1
**Zoom** [3] - 2:4, 2:10, 26:17

DEFT_EXHIBIT
001
KC 01/26/2024

2796

**# : 10052733**

Agency Case #: **20-01478-91 (A)**

**ution Indicator:**

# BUFFALO POLICE DEPARTMENT
## ARRESTING/BOOKING REPORT

Report Date: **05/11/2020 02:29**
Report Printed By: OLDHAM, Kim

---

### PERSON INFORMATION

**TTLES, Quentin C**

| | | |
|---|---|---|
| AGE: **30** | SEX: **Male** | RACE: **Black** |

**HT: 6'02**  WEIGHT: **160**  BUILD: **Slim**   ETHNICITY: **Non-Hispanic**  SS #:

**AIR COLOR: Black**   HAIR TYPE:        EYE COLOR: **Brown**

EYE DEFECTS:            FACE:       SKIN TONE: **Dark Brown**

FACIAL FEATURES:                    DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS:

HOME TELEPHONE:                    MARITAL STATUS: **Single (never married)**

EDUCATION:      CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO NY**

RELIGION:          DRIVERS LICENSE #:                    LICENSE STATE:

NYSID #: **00476540-N**          FBI #: **342938LC0**        MUG #: **263561**

---

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**   ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**                    ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**      ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**

ATT: **N**

---

### BOOKING INFORMATION

CJTN #: **69352745-K**      BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**           BAIL:

ITEM(S) SEIZED AT ARREST:              BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**              DATE: **05/11/2020**

NCIC CLASS. BY:                         DATE/TIME:

 **Rolled Right Thumb**

NCIC CLASS:

ARRESTEE SIGNATURE:

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1  of  1

Docket Number_____

*CITY OF BUFFALO*                                      CD #:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                )          *2796*
vs.                                                )
**QUENTIN C. SUTTLES  DOB:** ▇▇▇▇▇▇         )
▇▇▇▇▇▇▇▇▇▇                                          )     **INFORMATION / COMPLAINT**
                                                   )
                                                   )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the
DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and
MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit
the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State
of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN
PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A
PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR
USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR
BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.   IN THAT THE
DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE
WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET.  OFFICERS ACTIVATING
OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A
STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT
DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT
KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE
GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE
GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE
PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED.
THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT
KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal
Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a
written instrument, to knowingly make a false statement, or to make a statement which such person does not believe
to be true.**

_____
                                                                    Complainant
5·10·20

Docket Number_____

*CITY OF BUFFALO*                                              CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York            )
vs.                                            )
**QUENTIN C. SUTTLES  DOB:** ████████          )    **INFORMATION / COMPLAINT**
████████████████████                           )
                                               )
                                               )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.   THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ████████

)
)
)
)
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

**BA06BTM0L3**

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

**BUFFALO POLICE DEPARTMENT**

Local Police Code
**BPD**

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| Last Name (Defendant) | First Name | MI |
|---|---|---|
| SUTTLES | QUENTIN | C |

Number (not shown)    Apt. No    Photo Not Shown

| City | State | | Owner Oper | Lic Class |
|---|---|---|---|---|
| BUFFALO | NY | | | D |

| Client ID Number | | Sex | Date Expires |
|---|---|---|---|
| 796088308 | | M | 02/02/2023 |

| Lic State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | In Violation of |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 5091 | | ⊙ | ○ | ○ | | |

Description of Violation
**UNLICENSED OPERATOR**

US DOT#

CDL Veh ○   Bus ○   Haz Mat ○

| Place of Occurrence | Hwy No | Loc Code |
|---|---|---|
| MADISON/EAGLE | | 1501 |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| 05/10/2020 | DC |

(Officer's Signature)

Arrest Type
**1 - PATROL**

Badge/Shield  **172580**

| Officer's Last Name | First Name | MI |
|---|---|---|
| SCHEU | M | |

Radar Officer's Signature

## THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or a fine.

## SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket.

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury.

Date: _____  Signed _____

## SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐   No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊙     SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____
_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE.

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**
BUFFALO POLICE DEPARTMENT
Local Police Dept
BPD

| | | |
|---|---|---|
| Last Name (Defendant) SUTTLES | First Name QUENTIN | MI C |
| Number and Street [redacted] | Apt. No. | Photo Lic. Shown |
| City BUFFALO | State NY | Zip Code [redacted] | Owner Oper | Lic. Class D |
| Client ID Number 796088308 | | Sex M | Date Expires 02/02/2023 |
| Lic. State NY | Date of Birth [redacted] | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |
| Plate Number GWT5141 | Reg State NY | Registration Expires 03/20/2021 | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| | | |
|---|---|---|
| Time 6:20 PM | Date of Offense 05/10/2020 | IN VIOLATION OF NYS V AND T LAW |
| Section 1127A | Sub Section | Tr Inf ⊙ Misd ○ Felony ○ MPH | MPH Zone |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

CDL Veh ○  Bus ○  Haz Mat ○

Place of Occurrence
**MADISON/EAGLE**

Hwy No | Loc. Code 1501

| C/T/V Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy Type 6 | NCIC/ORI 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed 05/10/2020 | Off Assign DC |
| Arrest Type 1 - PATROL | |

*[signature]*

(Officer's Signature)

| Officer's Last Name SCHEU | First Name M | MI |
| Badge#/Shield 172580 | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City BUFFALO | State NY | Zip 14202 |

⊙ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date 05/11/2020 | Time 9:30 AM |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):
_____
_____
_____

All statements are made under penalty of perjury.

Date: _____    Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊙    SPEEDING (Gen 101) ○
        GENERAL (Gen 101A) ○

Signature _____
Address _____
_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES          AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*                            CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO PUBLIC SERVANT ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made        **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

**II.  IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**

DATE: **5/10/2020**        PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification
☐  2.  Photograph Identification
☐  3.  Line-up
☐  4.  Observation of defendant upon some other occasion relevant to case
☒  5.  Other (specify)  **DIRECT OBSERVATION**

## ENTPortal - Data Check Results

**Printed:  5/10/2020 8:21:13 PM**

### SEARCH CRITERIA

```
         Last Name: SUTTLES
        First Name: QUENTIN
    Middle Initial:
          Name Ext:
               DOB: ██████████
               Sex: M
              Race: U
```

### LOCAL WARRANT INFORMATION

```
------- Warrant Information -------------------------------------------------
         Warrant #: 17707065
         Iss. Date: 2017-08-01
       Iss. Agency: Lancaster Town Police Department
              Type: DCJS
        Complaint #:
        Extradition: S
             Court:
             Judge:
    Predicate Felon: false
  Vulnerable Victim:

------- Personal Information ------------------------------------------------
              Name: SUTTLES, QUENTELL D
               DOB: ████████████
               Sex: M
              Race: B
            Height: 602
            Weight: 160
             Build:
              Skin:
              Hair: BLK
              Eyes: BRO
         Ethnicity:
   Facial Features:
           Address:
             SSN #:
             PCN #:
             FBI #:
             SID #:

------- Charges -------------------------------------------------------------
            CHARGE: VTL 0511  M 2
         ATTEMPTED:
            COUNTS:
       DESCRIPTION:


------- Notes ---------------------------------------------------------------
```

### NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA---------------------------------------

***Order of Protection Record***
           Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
        Issue Date: 2020-02-05  Expiry Date: 2020-08-05
            Agency: BUFFALO CITY POLICE DEPARTMENT
               ORI: NY0140100  Phone #: 7168514545
        Iss. Court: BUFFALO CITY COURT
             Judge: FOOTE-BEAVERS,LENORA B
              Type: LC  Phone #: 7168452661
      Orig. Case ID:   Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05    Serving Agency:
        Law Enf Service:
       Service Caution:
             Condition:
    Service Required: false
      Warrant Return: false
        Court Advised: true
              Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
          ORDER IS ENFORCEABLE **

                Misc:

  Requesting Person: VASQUEZ, DANIELLE
               DOB: 1995-12-11  Sex: F  Race: U
               SSN:
          Other ID: REQUESTOR_PROTECTED
            Caveat:
             Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
             Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
             Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
             Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
             Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
             Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
             Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
             Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

  Restricted Person: SUTTLES, QUENTIN C
               DOB:                Sex: M  Race: B
            Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
               SSN:      FBI #:    State ID #: 00476540N
          Other ID:
  Youthful Offender: false
       Caution Info:  -
            Caveat:
             Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

              Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
           Issue Date: 2020-02-07  Expiry Date: 2020-08-07
              Agency: ERIE COUNTY SHERIFFS OFFICE
                 ORI: NY0140000  Phone #: 7168582903
          Iss. Court: ERIE COUNTY FAMILY COURT
               Judge: RODWIN,LISA B
                Type: FC  Phone #:
       Orig. Case ID:   Docket: O-00440-20  Suffix:
   Court Ord Service: 2020-02-07  Serving Agency:
      Law Enf Service:
      Service Caution:
           Condition:
    Service Required: false
      Warrant Return: false
       Court Advised: true
              Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                      ORDER IS ENFORCEABLE **

                Misc:

  Requesting Person: VASQUEZ, DANIELLE
                 DOB: 1995-12-11  Sex: F  Race: B
                 SSN: 115843298
            Other ID: REQUESTOR_PROTECTED
            Alt Name: VAZQUEZ, DANIELLE
              Caveat:
               Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
               Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
               Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
               Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
               Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);
               Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);
               Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

  Protected Person: SUTTLES, AVEON
                DOB: 2015-10-15  Sex: F  Race: U
        Description:
                SSN:
           Other ID: PROTECTED
             Caveat:
              Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
              Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
              Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
.        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Protected Person: ZEIGLER, KAIEO
            DOB: 2018-09-26 Sex: M  Race: U
    Description:
            SSN:
        Other ID: PROTECTED
        Caveat:
          Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
          Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Restricted Person: SUTTLES, QUENTIN
            DOB: ███████   Sex: M  Race: B
        Height: ███ Weight:   Eye: BRO  Hair: BRO  Skin:
            SSN: ████████   FBI #:   State ID #:
        Other ID:
        Alt Name: SUTTLES, QUINTON C
Youthful Offender: false
      Caution Info:  -
        Caveat:
          Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, RIFLES, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
          Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
          Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

| DCJS/NCIC Person (by Person) |
|---|

------DCJS PERSON DATA-----------------------------------------------

***Wanted Person Record***
        Name: SUTTLES, QUENTELL D
            DOB: ███████   Sex: M
        Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
            SSN:    FBI #:   State ID #:
        Juvenile:
      Recidivist: true
Predicate Felon: false
    Warrant #: 17707065  WPN #:   Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
             adjacent counties
Organization: Lancaster Town Police Department
Phone #: (716)683-2800
     Charge: VTL 0511  U M 2
     Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
          Misc:



------NCIC PERSON DATA------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/█████████ EYE/BRO HAI/BRO
SOC/███████
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/█████████HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

```
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT
```

## DCJS Probation

```
-------DCJS PROBATION DATA-------------------------------------------

***No Probation Records Found***
```

## DCJS Parole

```
-------DCJS PAROLE DATA----------------------------------------------

***Parole Record***
        Name: SUTTLES, QUENTELL D
         DOB: ███████████  Sex: M
      Height: 6'02"  Weight: 160  Eye: BLK  Hair: BLK
      NYSID: 476560
     Address: ██████████████████

    Precinct:

    Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
    Effective Date: 2020-04-30  Expiry Date: 2022-10-30
 Supervising Agency:    ORI:
 Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
          Phone #:
          Address:

          Caveat:      '
```

*Notified [handwritten]*

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No. _____
CD No. __20-1310536__
AFN __20-0147891__

DANT: QUENTIN SUTTLES      DOB: ████      Date Of Arrest: 5/10/20

FENDANTS:

| | DOB: |
|---|---|
| | DOB: |
| | DOB: |

1. Officer in charge of case: OFC MICHAEL SCHEU      Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

**Erie County District Attorney – Buffalo City Court Disposition Form**

| Arraign Date: Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Charges | PL 20 | Disposition | Disp. Code | | Sentenced to: |
| 1. PL 195.05 | | | | | |
| 2. PL 205.30 | | | | | |
| 3. PL 215.40-2 | | | | | |
| 4. VTL 1227-A | | | | | |
| 5. VTL 509-1 | | | | | |
| 6. | | | | | |

| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | MV-104 ( ) |
|---|---|---|---|
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | **Domestic Violence** ( ) |

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
Buffalo, New York

CD# 201310536
DATE: 5-10-2021
TIME: 1915
UNIT: CCB

**REQUEST FOR MEDICAL EXAMINATION OF PRISONER**

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Suttes | | | | |

D.O.B.: ▆ SEX: Male

Charge(s) (Specify Section/Sub Section & Title of the Law): 195.05

Rank: P.D   Arresting Officer(s): R. Ammerman   Unit: C480

*Is Prisoner a Juvenile? (Under 18 years of age)?   YES ☐   NO ☑

Parent(s) or Guardian: Name   Address   Phone:

REMARKS: Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder, Face Contusion

Signed CBM _____ Rank

Hospital: ECMC

Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting: AMR 545

Name of Doctor:   Street & No.   City   State   Zip Code

(Diagnosis / Nature of illness / treatment. Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?   Yes ☐   No ☐   Time ___ hrs. Date:

Prisoner Released: Time ___ hrs. Date:

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: **05/10/2020**

Name: **SUTTLES, QUENTIN C.**

DOB: ███████

Address: ████████████

Arresting Officer(s): **PO M. SCHEU**

Arrest #: **261083**          Complaint #: **20-1310536**

Remarks: *Taken to ECMC*

PROPERTY LIST:          CASH: **$0.00**

**NYS ID**
**EARRING**

Property #: 
Placed In: 

Recieved By: 

### PROPERTY RECEIVED

Date: 5/10/20    Time: 2031

### PROPERTY RETURNED

Date: _____    Time: _____

** I have received the above property.

_____
Prisoner's Signature

_____
Officer's Signature

_____
Prisoner's Signature

_____
Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

ORI# 1501

263561

@ECMC

y796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20        INCIDENT NUMBER: 201310536        RICI# _____        AFN: 20-01478-91

DEFENDANT'S NAME: _____Suttles_____Quentin_____C____
                              (LAST)                                (FIRST)                              (M)

DATE OF BIRTH: ▮▮▮▮▮        AGE: 30        PLACE OF BIRTH: Buffalo

ARRESTING OFFICER: M. Schen        ASSISTING OFFICER: R. Ammerman

DIST.: C    ASSIGNMENT: C480        ARREST DATE: 5/10/20        ARREST TIME: 1830

ADDRESS OF ARREST: Madison @ Eagle

CHARGES: PL 195.05 PL 205.30 PL215.40(2)  VTL 1127A  VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON.
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH ~~EMPLOYEE~~ DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING. ~~ORDERS~~ ~~?????~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS  DEF. DID STATE HE ~~HAS~~ ~~WE~~ Took

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE    plastic pill

DEFENDANT'S ADDRESS: ▮▮▮▮▮▮▮

CITY: Buffalo        STATE: NY        ZIP CODE: ▮▮▮▮        US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮        MARITAL STATUS: Single    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: Slim    EYE COLOR: Brown

HAIR COLOR: Black    SKIN TONE: Med        RACE: Black    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (JMP)    SATISFACTORY ID: ☒ YES  ☐ NO
                                                                                                    NYS ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES  ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____        RELATIONSHIP: _____

USE OF FORCE?  ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWT5141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured?  ☒ YES    ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured?  (Date and time) _____

2. Have you received medical attention since your arrest?    ☒ YES    ☐ NO  - taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)                    (PA)

PROCESSING REPORT TECHNICIAN: _____        EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR:  P-31, P-77C AND DCPS-L-1)



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**ERIE COUNTY MEDICAL CENTER CORPORATION**

## Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

### Staff

Your caregivers today were:

Physician        INNES,JOHANNA C MD
Practitioner     JOSE A BAEZ
Nurse            RXN

### Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

### Medication Dose and Instructions

**HYDROcodone/APAP 5/325* (Norco 5/325*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

### ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Return if you have develop severe headache, persistent vomiting,



**E C M C**
**Erie County Medical Center**
**Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department**  you may have been referred to see a



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

healthcare provider at one of **ECMC's Outpatient Centers.** If so, you will be contacted by the ECMC scheduling department to schedule your appointment. If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
-    Current active insurance card
-    Photo identification
-    Current medication list
-    Current Pharmacy
-    Name and address of your Primary Care Provider
-    All prior imaging reports pertaining to your referral from any outside facility.
***(Reports from ECMC are not necessary)***



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Scapular Fracture

## WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.





## DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list

**ECMC**
**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:**
Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Return to the emergency department if:

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

### WHAT YOU NEED TO KNOW:

A facial fracture is a break in one or more of the bones in your face. The bones in your face include those around your eye, your cheekbones, and the bones of your nose and jaw. A facial fracture may also cause damage to nearby tissue.



### DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Decongestant medicine:** Decongestants help decrease swelling in your nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**   If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Eye Pain

## WHAT YOU NEED TO KNOW:

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

## DISCHARGE INSTRUCTIONS:

**Medicines:** You **may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have questions or concerns about your condition or care.

**Return to the emergency department if:**
- You have any vision loss.

- You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

- You develop severe eye pain.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

## Facial Contusion

### WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



ADAM

### DISCHARGE INSTRUCTIONS:

### Return to the emergency department if:
- You have a fever.

- You have watery, clear fluid draining from your nose.

- You have changes in your vision or eye appearance.



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: 05/10/2020

Name:         **SUTTLES, QUENTIN C.**

DOB:          ▮▮▮▮▮▮▮

Address:      ▮▮▮▮▮▮▮

Arresting Officer(s):   **PO M. SCHEU**

Arrest #:     **261083**                          Complaint #:   **20-1310536**

Remarks:      Taken to ECMC

PROPERTY LIST:                CASH:   **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT
2020 MAY 11 AM 11:07

Property #:   ⓃⓅ               Recieved By: _____

Placed In

| **PROPERTY RECEIVED** | **PROPERTY RETURNED** |
|---|---|

Date: 5/10/20    Time: 2031          Date: _____  Time: _____

** I have received the above property.

_____                    _____
Prisoner's Signature                   Prisoner's Signature

_____                    _____
Officer's Signature                    Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

DEFT_EXHIBIT

002

KC 01/26/2024

A.   Case Summary Information
    1.   ~~Case Disposition~~
    2.   Case Summary
    3.   ~~Closing Letter to Complainant~~
B.   Complaint
    1.   ~~IAPro Summary~~
C.   Complainants
    1.   Quentin Suttles
D.   Witness(s)
    1.   PO Peter Massici
    2.   PO Jonathan Hanover
    3.   PO Jake Giarrano
E.   Targets
    1.   PO Ronald Ammerman
    2.   PO Michael Scheu
F.   Reports
    1.   CAD Report – 20-1310536
    2.   CHARMS Report – 20-1310536
    3.   Unit History Report – C480
    4.   Arrest Reports/Medical Records – Quentin Suttles
G.   Statements
    1.   50-H Mr. Suttles
H.   Correspondence
    1.   Case Related Emails
I.   Miscellaneous
    1.   Facebook Videos
    2.   BWC footage

**Use of force**        **IA No: UOF2020-209**    **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes    Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved  citizen  Height: > 6'3"


**Involved citizen:**

**Quentin  Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1


Linked address(s):
Home Address:  996  Av.   Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

**Employee current info:**

Division:  Patrol
District:  C
Man Power:  MP4

**Snapshot - Employee information at time of incident:**

DID #:: 174114
Role:  Passenger
Division:  Patrol
District:  C
Man Power:  MP4
Rank/title: Officer
Age: 27   Years of employment: 3   Years with unit: 2
Off duty:   Off duty employed:

**Policy outcome:  Not yet entered**

Use(s) Of Force:

Verbal Commands: NOT effective

Physical Engagement: Effective

**Summary:**

Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.  buffalo NY 14211
     County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

20-131-0536:    Use of force
20-131-0536:    External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:     Completed: 05/29/2020

Disposition: No Violation

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:

**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4

**BlueTeam chain routings**

**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Sirs,

Please review.

Respectfully submitted,

Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

INCIDENT # MUST BE FORMATTED 20-131-0536

**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

    Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN
[P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

    Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at
19:31

Decision: Approved

Reviewer comment:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP
[L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at
17:10

Decision: Approved

Reviewer comment:

    I have reviewed this incident and the body-cam footage related to same,
I find the use of force reasonable and necessary to overcome the
resistance of a non-compliant and physically combative subject, I feel the
use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON
[C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

    Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

    [Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.


**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                              May 11, 2020

TO:                                Byron C Lockwood, Commissioner
                                   Buffalo Police Department

                                   Robert Rosenswie, Inspector
                                   Internal Affairs Division

FROM:                              Andre M. Lloyd, Lieutenant
                                   Internal Affairs Division

SUBJECT:                           IAD CASE EC2020-024

TYPE OF COMPLAINT:                 Excessive Force

TARGET(S):                         PO Ronald Ammerman
                                   C-District

                                   PO Michael Scheu
                                   C-District

<u>INVESTIGATION</u>

<u>Investigative Summary:</u>

*****PENDING*****


    A.    <u>Complainant</u>

        1.   Quentin Suttles



      a. Complainant Background

      Refer to EJustice Report

1

IAD CASE EC2020-024

2.    <u>Complainant's Allegations</u>

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3.    Complainant's Statement(s)

    N/A

B.    <u>Witnesses</u>

1.    Police

    a.    Police Officer Peter Massici



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    b.    Police Officer Jonathan Hanover



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    c.    Police Officer Jake Giarrano

IAD CASE EC2020-024



1. Disciplinary History
   N/A

2. Officer's Statement
   N/A

d. Police Officer Marc Hurst



1. Disciplinary History
   N/A

2. Officer's Statement
   N/A

2. Civilian

a.  Demetrius Stepney (No Photo Available)
    9 Madison St., Upper
    Buffalo, NY 14210
    Phone: 716-816-6457

    1. Statement
    **Refer to investigator's notes**

    2. Witness Background
       N/A

b.  Ricky and Faith Bishop (No Photo Available)
    584 E Eagle St.
    Buffalo, NY 14210

3

IAD CASE EC2020-024

1. Statement
**Refer to investigator's notes**

2. Witness Background
N/A

D.    <u>Officer(s) Involved</u>

1.    Police Officer Ronald Ammerman
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

**Refer to investigator's notes**

1.    Police Officer Michael Scheu
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    <u>Investigator's Notes</u>

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr, Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.  Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours. Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street. The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the driver and the subject Officer did approach the passenger side and was speaking with the FM passenger. Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and was being patted down by PO Scheu when he appeared to have turned into into his partner at which time subject Officer did go over to the drivers side to assist after partner stated he had felt something that could have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and was told several times to remove his hands from same and subsequently after not complying was taken to the ground by Officers and did pull himself under the car up to about his waist so that his upper half was beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave verbal commands to the male to stop and give Officers his hands and only did after being struck several times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered, male was treated at ECMC and prir to this date the subject Officer had no previously dealings with him.

4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours. Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garrick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison) and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they had searched the vehicle. and had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs by PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after Central Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:      PO Michael Scheu

From:    Byron C. Lockwood
         Commissioner of Police

Subject:  Disposition IAD Case EC2020-024

Date:    *May 12, 2021*

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
    Commissioner - ____  DPC - ____  Chief - ____  Inspector - ____  Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ]OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

_____
Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Ronald Ammerman

From:    Byron C. Lockwood
            Commissioner of Police

Subject:  Disposition IAD Case EC2020-024

Date:     May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ___   DPC - ___   Chief - ___   Inspector - ___   Captain - ___

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

# Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

**Identification   Summary   Criminal History   Job/License   Wanted   Missing**

---

## ❂ Attention - Important Information ♠

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation -** Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ❂ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

---

**Date of Birth:**

February 02, 1990

---

**Place of Birth :**

New York        Unknown

---

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

---

**Sex:**        **Race:**        **Ethnicity:**        **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
|------|-------|--------------|------------------------|
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
|-------------|-----------|---------------------------|
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**       Unknown

## ❂ Summary Information ⬆

**Total Arrests:** 6       **Date of Earliest Arrest:** May 22, 2006       **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 | | Total Arraigned Arrests: | 7 | | Total Open Cases: | 4 | Cycles (max 5) |
|----------------|---|---|--------------------------|---|---|-------------------|---|----------------|
| **Felony:** | 3 | | **Felony:** | 4 | | **Felony:** | 2 | 8,5 |
| Violent Felony: | 1 | | Violent Felony: | 2 | | Violent Felony: | 1 | 5 |
| Firearm: | 1 | | Firearm: | 1 | | **Misdemeanor:** | 2 | 6,3 |
| **Misdemeanor:** | 2 | | **Misdemeanor:** | 3 | | **Other:** | 0 | |
| **Other:** | 0 | | **Other:** | 0 | | **Open ACD:** | 0 | |
| | | | | | | **Non Docketed Cases:** | 0 | |

| Total Convictions: | 1 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|--------------------|---|----------------|----------------------|--|----------------|---------------------|--|----------------|
| **Felony:** | 0 | | **Failure to Appear Counts:** | 0 | | **Escape Charges:** | 0 | |
| Violent Felony: | 0 | | | | | **Sex Offender Convictions:** | 0 | |
| Firearm: | 0 | | **Total Open:** | 0 | | **Probation Revoc:** | 0 | |
| **Misdemeanor:** | 1 | 4 | **Active NYC:** | 0 | | **Parole Revoc:** | 0 | |
| **Other:** | 0 | | | | | | | |
| **YO Adjud.:** | 0 | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ❂ NYS Criminal History Information ⬆

### ⬇ Cycle 8

**Arrest/Charge Information**
  Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
|-----------|-----------------|
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02    Class E Felony        Degree 0 NCIC 4804

-- Resisting Arrest
   PL 205.30              Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05              Class A Misdemeanor Degree 2 NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01              Infraction    Degree 0 NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A              Infraction    Degree 0 NCIC 5499


# Court Case Information

--**Court:** Buffalo City Court    **Case Number:** CR-04049-20

   May 11, 2020
   **Initial Report Of Docket Number**

   May 11, 2020
   **Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
    PL 215.40    Sub 02    Class E Felony        NCIC 4804

-- Resisting Arrest
    PL 205.30           Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05           Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01        Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
    VTL 1127    Sub 0A        Infraction    NCIC 5499

---

## ⬇ Cycle 7 ⬆
### Domestic Incident Report Filed

**Arrest/Charge Information**
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

PL 215.51        Sub BII        Class E    Felony        Degree 1    NCIC 5016

-- Harassment-2nd Degree: Physical Contact

PL 240.26        Sub 01                    Violation    Degree 2    NCIC 7099

## Court Case Information

**--Court:** Buffalo City Court     **Case Number:** CR-01488-20

February 05, 2020
**Initial Report Of Docket Number**

February 05, 2020
**Arraigned**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

PL 215.51            Sub BII        Class E      Felony        NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

PL 240.26            Sub 03                  Violation    NCIC 7099

February 18, 2020
**Transferred To Superior Court**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

PL 215.51            Sub BII        Class E      Felony        NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

PL 240.26            Sub 03                  Violation    NCIC 7099

February 18, 2020
**Not Arraigned**

-- Harassment-2nd Degree: Physical Contact

PL 240.26    Sub 01   Violation NCIC 7099

**--Court:** Erie County Court     **Case Number:** 003661-2020

February 21, 2020
**Initial Report Of Indictment Number**

## ⬇ Cycle 6 ⬆

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

**Name:**                        QUENTELL SUTTLES
**Date of Birth:**               February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A  Misdemeanor   Degree 7  NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
PL 221.05            Violation      Degree 2  NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court   **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**
-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03      Class A  Misdemeanor   NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
PL 221.05            Violation      NCIC 3562

---

⬇ **Cycle 5** ⬆
**Violent Felony Offense**

## Arrest/Charge Information

Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

    PL 265.03     Sub 03    Class C   Felony       Degree 2  NCIC 5299

-- Resisting Arrest

    PL 205.30             Class A   Misdemeanor   Degree 0  NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

    PL 195.05             Class A   Misdemeanor   Degree 2  NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

    PL 221.05                   Violation     Degree 2  NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-11753-19

September 09, 2019
**Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

        PL 265.03        Sub 03      Class C     Felony          NCIC 5299

    -- Resisting Arrest

        PL 205.30                   Class A     Misdemeanor     NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

        PL 195.05                   Class A     Misdemeanor     NCIC 5099

    -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

        PL 221.05                   Violation       NCIC 3562

September 12, 2019

**Held For Grand Jury**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

        PL 265.03         Sub 03      Class C     Felony          NCIC 5299

    -- Resisting Arrest

        PL 205.30                   Class A     Misdemeanor     NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

        PL 195.05                   Class A     Misdemeanor     NCIC 5099

    -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

        PL 221.05                   Violation       NCIC 3562

**--Court:** <u>Erie County Court</u>   **Case Number:** 01842-2019

September 20, 2019

**Initial Report Of Indictment Number**

February 24, 2020

**Arraigned**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

        PL 265.03         Sub 03      Class C     Felony          NCIC 5299

**Interim release Status:** Posted Bail

---

## ⬇ Cycle 4 ⬆

**Arrest/Charge Information**

Arrest Date: May 25, 2016 02:50 pm (14:50:00)

    **Name:**                  QUENTIN SUTTLES

    **Date of Birth:**          February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

-- Possession Of Contraband In Prison-2nd Degree
PL 205.20    Sub 02  Class A Misdemeanor Degree 2 NCIC 5802

-- Unlawful Possession Of Marihuana
PL 221.05                    Violation        Degree 0 NCIC 3562

## Court Case Information

**--Court:** Alden Town Court    **Case Number:** 16050081

June 07, 2016
**Initial Report Of Docket Number**

June 07, 2016
**Arraigned**
-- Possession Of Contraband In Prison-2nd Degree
PL 205.20    Sub 02  Class A Misdemeanor NCIC 5802

July 05, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016
-- Attempted Promoting Contraband To Prisoners-2nd Degree
PL 205.20        Class B  Misdemeanor        NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree

PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served
**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana

PL 221.05      Violation NCIC 3562

---

## ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** Buffalo City Court    **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**

-- Criminal Contempt-2nd:Disobey Court

PL 215.50    Sub 03  Class A Misdemeanor NCIC 5005

---

## ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**
| | |
|---|---|
| **Received by Parole on:** | April 05, 2013 |
| **Release Type:** | Co-Op |
| **Max Expiration Date:** | December 18, 2016 |
| **Supervision Office:** | Buffalo |
| **Name:** | QUENTIN C SUTTLES |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Unknown |
| **Parole ID Number:** | C120991 |
| **Transferred From:** | Pennsylvania |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

---

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |
| **Arrest Charges:** | |

## Court Case Information

--Court: Erie County Court   **Case Number:** 01320A-2006

    June 07, 2006
    **Initial Report Of Docket Number**

--Court: Erie County Court   **Case Number:** 01320-2006

    **Arraigned**

       -- Robbery-1st:Displays What Appears To Be A Firearm
         PL 160.15    Sub 04 Counts: 2 Class B Felony NCIC 1299

    May 24, 2007
    **Dismissed**

       -- Robbery-1st:Displays What Appears To Be A Firearm
         PL 160.15    Sub 04 Counts: 3 Class B Felony NCIC 1299

---

## ◖ Other History Related Information ⬆

There is no Other History Related Information associated with this history.

## Job/License Information ♦

There is no Job/License Information associated with this history.

## Wanted Information ♦

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

### Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511      Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

**Date of Birth:**   February 02, 1990

| Sex: | Race: | Skin Tone: |
|------|-------|------------|
| Male | Black | |

| Eye Color: | Hair Color: | Height: | Weight: |
|------------|-------------|---------|---------|
| Brown | Black | 6' 02" | 160 |

**Primary Social Security#:**

| NYSID#: | WPR#: |
|---------|-------|
| | 3963257 |

| Originating Agency Case#: | Warrant#: |
|---------------------------|-----------|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

| Date of Warrant: | August 01, 2017 | Type of Warrant: | Bench Warrant |
|------------------|-----------------|------------------|---------------|
| Date of Entry Onto State Files: | August 16, 2017 | Status of Warrant: | Issued - a warrant has been signed by an empowered authority |

**The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..**

**Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.**

## ◔ Missing Person Information ♛

There is no NYS Missing Information associated with this history.

## ◔ Additional Information ♛

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source -** Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**      Chief Alphonso Wright, C- Dist.

**FROM:**  Inspector Robert V. Rosenswie
            Internal Affairs Division

**RE:**      Sworn Statement—EC2020-024

**CC:**      Captain Joseph Langdon, C-DISTRICT
            Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

Any questions regarding this notice, please contact Lt. Alberti 851-4784

**Note:** *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING  PO M. Scheu via phone

DATE AND TIME NOTICE WAS SERVED  4/1/21  1528

OFFICER SERVING  Vi CMIPD

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**   Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**   Sworn Statement—EC2020-024

**CC:**   Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**   Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note: *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO R Ammerman    na phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21   129_

OFFICER SERVING _McNeil_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

## 20-1310536    UNKNOWN TROUBLE
## E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | | | |
|---|---|---|---|
| Reported: | 05/10/2020 18:20:36 | Received By: | 174034-BOLDEN, JONTAI T. |
| Received: | 05/10/2020 18:20:36 | Dispatched By: | 174034-BOLDEN, JONTAI T. |
| Dispatched: | 05/10/2020 18:20:37 | Source: | |
| En Route: | 05/10/2020 18:20:37 | | |
| On Scene: | 05/10/2020 18:20:37 | | |
| Cleared: | 05/11/2020 00:03:31 | | |

**Officers:**  1. 174114-AMMERMAN, RONALD J.  2. 172580-SCHEU, MICHAEL C. II  3. 174204-MASSICCI, PETER J.  4. 173843-HANOVER, JONATHAN J.  5. 174203-GIARRANO, JAKE J.  6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY  2. 001107-STRUNK, TIMOTHY J.

**Remarks:**

| | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

1

# BUFFALO PD
## POLICE REPORT
## OBSTRUCTION

**Complaint**

**20-1310536**

Report Date & Time
05/10/2020 18:20

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| E EAGLE ST @ MADISON ST | | BU | 05/10/2020 18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3621 - AMMERMAN          Rep. Off.: P2849 - SCHEU
         P2849 - SCHEU              Supervisor:

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C. 2/2/1990 | 05-10-2020 | E EAGLE ST BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL    AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 05/10/2020 23:31 | Typist: RONALD AMMERMAN | Officer: SCHEU, MICHAEL |
|---|---|---|---|

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

Officer: P2849 - SCHEU _____          Supervisor: - _____

| Printed Date: | 05/13/2020 01:15 PM | Page: 1 |
|---|---|---|

# BUFFALO POLICE

## Dispatch Monitor - Unit History Report

**5/14/2020**

| Date **05/10/2020** | Unit **C480** | Patrol **C8** |
| Shift **4th** | Officer(s) **174114 - RONALD AMMERMAN** | |
| | **172580 - MICHAEL SCHEU** | |

| Time Stamp | Log |
| --- | --- |
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:
**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

**Agency Case #: 20-01478-91 (A)**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

━━━━━━━━━━━━━━━ **PERSON INFORMATION** ━━━━━━━━━━━━━━━

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**   AGE: **30**   SEX: **Male**       RACE: **Black**

HEIGHT: **6'02**   WEIGHT: **160**   BUILD: **Slim**   ETHNICITY: **Non-Hispanic**   SS #: **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**

HAIR COLOR: **Black**       HAIR TYPE:                    EYE COLOR: **Brown**

EYE DEFECTS:                          FACE:        SKIN TONE: **Dark Brown**

FACIAL FEATURES:                              DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:                              MARITAL STATUS: **Single (never married)**

EDUCATION:    CITIZEN OF: **US**   PLACE OF BIRTH: **BUFFALO NY**

RELIGION:                  DRIVERS LICENSE #:

NYSID #: **00476540-N**                                LICENSE STATE:

              FBI #: **342938LC0**      MUG #: **263561**

━━━━━━━━━━━━━━━ **ARREST/OFFENSE INFORMATION** ━━━━━━━━━━━━━━━

INCIDENT #: **20-1310536**   ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**                          ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**      ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**

                                                            ATT: **N**

━━━━━━━━━━━━━━━ **BOOKING INFORMATION** ━━━━━━━━━━━━━━━

CJTN #: **69352745-K**

BOOKING START DATE/TIME: **05/10/2020 20:25**   BOOKING STATUS: **Normal**      BAIL:

                                           BOOKING END DATE/TIME: **05/10/2020 20:29**

ITEM(S) SEIZED AT ARREST:

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
              **DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:                                      DATE: **05/11/2020**

                          ARRESTEE SIGNATURE:        DATE/TIME:



**Rolled Right Thumb**
NCIC CLASS:

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

                                                    Page    1 of 1

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:20-1310536

The People of the State of New York )

vs. )

**QUENTIN C. SUTTLES, DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY  14211 )
)

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                          CD.#: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES DOB: 02/02/1990** )        **INFORMATION / COMPLAINT**
996 WALDEN AV )
BUFFALO, NY 14211 )
)

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A MISDEMEANOR contrary to the provisions of section 195.**05** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED. IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A). OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE. THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE. THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND. THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST. THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION. THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                            Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*                    CD #:**20-1310536**

The People of the State of New York          )
vs.                                           )
**QUENTIN C. SUTTLES  DOB: 02/02/1990**       )
996 WALDEN AV                                 )        **INFORMATION / COMPLAINT**
BUFFALO, NY  14211                            )
                                              )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                        Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**
BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

| | | | |
|---|---|---|---|
| Last Name (Defendant) SUTTLES | | First Name QUENTIN | M.I. C |
| Number and Street 996 WALDEN | | Apt. No | Photo Lic. Shown |
| City BUFFALO | State NY | Zip Code 14211 | Owner Oper. Lic. Class D |
| Client ID Number 796088308 | | | Sex M | Date Expires 02/02/2023 |
| Lic. State NY | Date of Birth 02/02/1990 | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |
| Plate Number GWT5141 | Reg. State NY | Registration Expires 03/20/2021 | | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| | | |
|---|---|---|
| Time 6:20 PM | Date of Offense 05/10/2020 | IN VIOLATION OF NYS V AND T LAW |
| Section 5091 | Sub Section | Tr Inf ☒ Misd Felony | MPH | MPH Zone |
| Description of Violation UNLICENSED OPERATOR | | US. DOT# |
| | | CDL Veh ○ Bus ○ Haz Mat ○ |
| Place of Occurrence MADISON/EAGLE | | Hwy. No. | Loc. Code 1501 |
| C/T/V Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | |
|---|---|
| | Date Affirmed 05/10/2020 | Off Assign DC |
| (Officer's Signature) | Arrest Type 1 - PATROL |
| Officer's Last Name SCHEU | Badge/Shield 172580 |
| First Name M | M.I |
| Radar Officer's Signature | |

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City BUFFALO | State NY | Zip 14202 |
|---|---|---|

⊙ RETURN BY MAIL BEFORE OR IN PERSON ON:
⊙ MUST APPEAR IN PERSON ON: Date 05/11/2020  Time 9:30 AM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or registration.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:

I, _____ residing at _____ have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

All statements are made under penalty of perjury:

Date: _____   Signed _____

**SECTION B - PLEA OF NOT GUILTY**

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO TICKET. THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?   Yes ☐   No ☐

NO ⊙   SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RES...
YOUR LICE...

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| SUTTLES | QUENTIN | C |

POLICE AGENCY: BUFFALO POLICE DEPARTMENT
Local Police Code: BPD

| Number and Street | Apt. No | Photo Lic. Shown |
|---|---|---|
| 998 WALDEN | | ✪ |

| City | State | Zip Code | Owner/Oper | Lic. Class |
|---|---|---|---|---|
| BUFFALO | NY | 14211 | | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 796088308 | M | 02/02/2023 |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 02/02/1990 | 1 | 2010 | CHEV | GY |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|---|
| 1127A | | | ✪ | ○ | ○ | | |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

CDL Veh   Bus   Haz Mat
○   ○   ○

| Place of Occurrence | Hwy. No. | Loc. Code |
|---|---|---|
| MADISON/EAGLE | | 1501 |

| C/T/V Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| 05/10/2020 | DC |

Arrest Type
**1 - PATROL**

(Officer's Signature)

| Officer's Last Name | First Name | M.I. | Badge/Shield |
|---|---|---|---|
| SCHEU | M | | 172580 |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

✪ RETURN BY MAIL BEFORE OR IN PERSON ON:

✪ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket as a misdemeanor.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket,
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury:

Date: _____   Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?   Yes ☐   No ☐

NO ✪   SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____
Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S): QUENTIN SUTTLES      AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED: INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2: OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3: OFC PETER MASSICCI
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4: OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5: OFC JAKE GIARRANO
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6: OFC MARC HURST
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7: LT COURTNEY TRIPP
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE**  INTEND TO OFFER AT TRIAL:

I.   **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO PUBLIC SERVANT ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made              **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐ 1.  Showup Identification

☐ 2.  Photograph Identification

☐ 3.  Line-up

☐ 4.  Observation of defendant upon some other occasion relevant to case

☒ 5.  Other (specify)  **DIRECT OBSERVATION**

**ENTPortal - Data Check Results**

Printed: 5/10/2020 8:21:13 PM

## SEARCH CRITERIA

```
        Last Name: SUTTLES
       First Name: QUENTIN
   Middle Initial:
        Name Ext:
             DOB: 1990-02-02
             Sex: M
            Race: U
```

## LOCAL WARRANT INFORMATION

------- Warrant Information ----------------------------------------

```
       Warrant #: 17707065
       Iss. Date: 2017-08-01
     Iss. Agency: Lancaster Town Police Department
            Type: DCJS
      Complaint #:
      Extradition: S
           Court:
           Judge:
   Predicate Felon: false
  Vulnerable Victim:
```

------- Personal Information ------------------------------------------

```
            Name: SUTTLES, QUENTELL D
             DOB: 1990-02-02
             Sex: M
            Race: B
          Height: 602
          Weight: 160
           Build:
            Skin:
            Hair: BLK
            Eyes: BRO
       Ethnicity:
  Facial Features:
         Address:
           SSN #:
           PCN #:
           FBI #:
           SID #:
```

------- Charges ----------------------------------------------------

```
          CHARGE: VTL 0511  M 2
       ATTEMPTED:
          COUNTS:
     DESCRIPTION:
```

------- Notes -----------------------------------------------------

## NYSP Order of Protection

---------NYSP ORDER OF PROTECTION DATA----------------------------------

***Order of Protection Record***

```
         Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
      Issue Date: 2020-02-05  Expiry Date: 2020-08-05
          Agency: BUFFALO CITY POLICE DEPARTMENT
             ORI: NY0140100  Phone #: 7168514545
      Iss. Court: BUFFALO CITY COURT
           Judge: FOOTE-BEAVERS,LENORA B
            Type: LC  Phone #: 7168452661
   Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

```
          Court Ord Service: 2020-02-05   Serving Agency:
          Law Enf Service:
          Service Caution:
                 Condition:
          Service Required: false
          Warrant Return: false
            Court Advised: true
                  Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                  ORDER IS ENFORCEABLE **

                     Misc:

  Requesting Person: VASQUEZ, DANIELLE
                DOB: 1995-12-11  Sex: F  Race: U
                SSN:
           Other ID: REQUESTOR_PROTECTED
             Caveat:
              Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
  STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
  CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
  ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
  COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL,
  OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
  VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
  AT 56 ROGERS, BUFFALO, NY 14215;
              Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
  12/11/1995);
              Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
  12/11/1995);
              Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
  DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
  ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
  12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
  PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
  EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
  AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
  COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
  ORDER;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
  INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
  AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

  Restricted Person: SUTTLES, QUENTIN C
                DOB: 1990-02-02  Sex: M  Race: B
             Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
                SSN:    FBI #:    State ID #: 00476540N
           Other ID:
  Youthful Offender: false
        Caution Info: -
             Caveat:
              Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
  HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
  NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
  DEPARTMENT;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
  12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
  AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
  ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
  PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
```

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of
Protection Record***

          Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
       Issue Date: 2020-02-07  Expiry Date: 2020-08-07
           Agency: ERIE COUNTY SHERIFFS OFFICE
              ORI: NY0140000  Phone #: 7168582903
       Iss. Court: ERIE COUNTY FAMILY COURT
            Judge: RODWIN,LISA B
             Type: FC  Phone #:
     Orig. Case ID:    Docket: O-00440-20  Suffix:
 Court Ord Service: 2020-02-07  Serving Agency:
    Law Enf Service:
    Service Caution:
         Condition:
  Service Required: false
   Warrant Return: false
    Court Advised: true
          Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                  ORDER IS ENFORCEABLE **

            Misc:

 Requesting Person: VASQUEZ, DANIELLE
              DOB: 1995-12-11  Sex: F  Race: B
              SSN: 115843298
         Other ID: REQUESTOR_PROTECTED
         Alt Name: VAZQUEZ, DANIELLE
           Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
           Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
           Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

 Protected Person: SUTTLES, AVEON
              DOB: 2015-10-15  Sex: F  Race: U
              SSN:
         Other ID: PROTECTED
           Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
           Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF :
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : INCLUDE ANY DAYCARE SERVICES;
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Protected Person: ZEIGLER, KAIEO
DOB: 2018-09-26  Sex: M  Race: U
Description:
SSN:
Other ID: PROTECTED
Caveat:
Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : INCLUDE ANY DAYCARE SERVICES;
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Restricted Person: SUTTLES, QUENTIN
DOB: 1990-02-02  Sex: M  Race: B
Height: '"  Weight:  Eye: BRO  Hair: BRO  Skin:
SSN: 120760917  FBI #:    State ID #:
Other ID:
Alt Name: SUTTLES, QUINTON C
Youthful Offender: false
Caution Info: -
Caveat:
Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

DCJS/NCIC Person (by Person)

-------DCJS PERSON DATA-----------------------------------------

***Wanted Person Record***
Name: SUTTLES, QUENTELL D
DOB: 1990-02-02  Sex: M
Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
SSN:    FBI #:    State ID #:
Juvenile:
Recidivist: true
Predicate Felon: false
Warrant #: 17707065  WPN #:    Status: 01

```
Warrant Date: 2017-08-01
  Extradition: S -Extradition within the county of the wanting agency plus
               adjacent counties
 Organization: Lancaster Town Police Department
    Phone #: (716)683-2800
        Charge: VTL 0511  U M 2
      Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
       Misc:
```

```
-------NCIC PERSON DATA------------------------------------
1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
```

PCO/HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

**DCJS Probation**

------DCJS PROBATION DATA-----------------------------------------

***No Probation Records Found***

**DCJS Parole**

------DCJS PAROLE DATA-----------------------------------------

***Parole Record***
          Name: SUTTLES, QUENTELL D
           DOB: 1990-02-02  Sex: M
        Height: 6'02"  Weight: 160
         NYSID: 476560           Eye: BLK   Hair: BLK
       Address: 996 WALDEN AVENUE
                BUFFALO,
     Precinct:

  Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
   Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
        Phone #:
        Address:

       Caveat: '

Notified [signature]

P-32

**City of Buffalo - Department of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No.
CD No.        20-1310536
AFN           20-0147891

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | | |
|---|---|---|
| 2. | | DOB: |
| 3. | | DOB: |
| | | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU      Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2.  Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 3.  Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 4.  Name | | | | |
|    Address | | | | |
|    Phone | | | | |
| 5.  Name | | | | |
|    Address | | | | |
|    Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date:<br>Disp. Date: | | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|---|
| **Charges** | **PL 20** | **Disposition** | | **Disp. Code** | **Sentenced to:** | |
| 1.  PL 195.05 | | | | | | |
| 2.  PL 205.30 | | | | | | |
| 3.  PL 215.40-2 | | | | | | |
| 4.  VTL 1227-A | | | | | | |
| 5.  VTL 509-1 | | | | | | |
| 6. | | | | | | |

710.30          ( )                  Lab    ( )          Local/NYSISS  ( )              MV-104    ( )
Supporting Dep.  ( )              Medicals  ( )                DMV  ( )          Readiness    ( )
Forensic Req.   ( )        Breath Documents  ( )              Albany  ( )      **Domestic Violence**  ( )

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| Name: | SUTTLES, QUENTIN C. |
| DOB: | 02/02/1990 |
| Address: | 996  WALDEN AV |
| | BUFFALO, NY, 14211 |
| Arresting Officer(s): | PO M. SCHEU |
| Arrest #: | 261083 |
| Remarks: | Taken to ECMC |

Complaint #: 20-1310536

PROPERTY LIST:     CASH: $0.00

**NYS ID**
**EARRING**

Property #:
Placed In:

Recieved By:

### PROPERTY RECEIVED

Date: 5/10/20     Time: 2031

_____
Prisoner's Signature

_____
Officer's Signature

### PROPERTY RETURNED

Date: _____     Time: _____
** I have received the above property.

_____
Prisoner's Signature

_____
Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

# BUFFALO POLICE DEPARTMENT
## Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Sutabs | 996 | Walden | Bflo | NY 14211 |

D.O.B. * 2-2-90    SEX: Male    Charge (s) (Specify Section/Sub Section & Title of the Law) 195.05

Rank P.O    Arresting Officer (s) R. Ammerman    Unit: C480

* Is Prisoner a Juvenile? (Under 18 years of age)    YES ☐   NO ☑    Parent(s) or Guardian: Name   Address    Phone:

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed CBA _____    Rank

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting AMR 545 |
|---|---|

Name of Doctor:    Street & No.    City    State    Zip Code

(Diagnosis / Nature of illness / treatment. Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐   No ☐   Time _____ hrs.   Date:     | Prisoner Released:   Time _____ hrs.   Date:

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)

ORI# 1501

263561

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

@ECMC    2796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RIC#: _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: 2/2/90    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05 PL 205.30 (L 215.40(2) VTL 1127A VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING. ~~~~~~~~~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE TOOK WEED bag

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE    plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN

CITY: BUFFALO    STATE: NY    ZIP CODE: 14211    US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: 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    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY)  REPORT TECH. INITIALS: (MP)    SATISFACTORY ID: ☒ YES  ☐ NO    NYSID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES  ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?  ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWT5141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured?  ☒ YES  ☐ NO

   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder

   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest?  ☒ YES  ☐ NO

   (If yes, Arresting Officers are responsible of completing P-1261)    — taken to ECMC

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR:  P-31, P-77C AND DCPS-L-1)

Michael J Alberti /BPD
03/25/2021 11:16 AM

To buffalopba@buffalopba.com

cc dkillelea@gilmourkillelea.com, Ikeisha M Thompson/BPD@BuffaloPoliceDept, Stephanie M Feliciano/BPD@BuffaloPoliceDept

bcc

Subject statements

Please be advised that the following employee's are scheduled for a statement on:
**Tuesday  April 6, 2021**

| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T) | C-Dist | EC2020-024 | Excessive |
|---|---|---|---|---|
| 1530 | PO Mike Scheu(T) C-Dist | | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 04:02 PM

To  "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc  "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject  RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just
notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links
may not be safe.]



Thank you Dave, do you have any contact info for the person that is handling
this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"Heraty, David
A."
<David.Heraty@eri
e.gov>                                    "rvrosenswie@bpdny.org"          To
                                          <rvrosenswie@bpdny.org>
06/30/2020 03:32
PM                                                                          cc

                                                                       Subject
                                          Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use
of force against Quentin Suttles on May 10, 2020.  The investigation will be
handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

Robert V Rosenswie/BPD
06/30/2020 03:35 PM

To  "Heraty, David A." <David.Heraty@erie.gov>
cc  Andre M Lloyd/BPD/@BuffaloPoliceDept
bcc
Subject  Re: Ammerman/Suttles

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>


"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 03:32 PM

To  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject  Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov



Robert V Rosenswie/BPD
06/30/2020 05:23 PM

To  "Heraty, David A." <David.Heraty@erie.gov>
cc  Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject  Re: Ammerman/Suttles

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo,  N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>        "Heraty, David
>        A."
>        <David.Heraty@eri                    To
>        e.gov>            "rvrosenswie@bpdny.org"
>                         <rvrosenswie@bpdny.org>
>        06/30/2020 03:32                cc
>        PM
>                                    Subject
>                         Ammerman/Suttles
>
>
>

>
>
>
>
>
>
>
> Hi Rob,
>
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin
Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
>
> Dave
>
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
>
>
>

 Robert V Rosenswie/BPD
05/12/2020 10:51 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject    Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

**From:** Courtney A Tripp <CATripp@bpdny.org>
**Date:** May 11, 2020 at 6:42:45 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: 20-131-0536**

*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org  20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso
Wright/BPD                    ToRobert V Rosenswie/BPD@BuffaloPoliceDept
                              cc
05/11/2020                    Subjectcomplainant
10:02 AM

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To   Andre M Lloyd/BPD/@BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

> **From:** Richard J Fulinara <RJFulinara@bpdny.org>
> **Date:** May 11, 2020 at 6:21:17 PM EDT
> **To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
> **Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept

cc    Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject    Re: Facebook videos

History:    📨 This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To    Kathryn M Billanti/BPD@BuffaloPoliceDept

cc    Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
Dingwall/BPD@BuffaloPoliceDept

Subject    Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD      **To**  Andre M Lloyd/BPD@BuffaloPoliceDept
05/12/2020 10:53 AM      **cc**

                               **bcc**

                         **Subject**  Re: Facebook videos

History:      ✍ This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM      **To**  Kathryn M Billanti/BPD@BuffaloPoliceDept

                          **cc**  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept

                     **Subject**  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | |
|---|---|
| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD      To  Andre M Lloyd/BPD@BuffaloPoliceDept

05/11/2020 12:25 PM       cc  Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R. Handsor/BPD@BuffaloPoliceDept

      bcc

      Subject  Fw: complainant Q Suttles

History:                  This message has been replied to.

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso Wright/BPD

05/11/2020 10:02 AM      To  Robert V Rosenswie/BPD@BuffaloPoliceDept

      cc

      Subject  complainant

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD
05/11/2020 02:26 PM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Re: complainant Q Suttles

History:        ↩ This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as soon as possible. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 12:59 PM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept

cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R. Handsor/BPD@BuffaloPoliceDept

Subject   Re: complainant Q Suttles

Ok. Will do.
Andre

Sent from my iPhone

> On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"D Angelo , Bianca S "
<BD'Angelo@monroecounty .
gov>

01/04/2021 12:41 PM

To  "amlloyd@bpdny.org" <amlloyd@bpdny.org>

cc

bcc

Subject  Buffalo PD Investigation Status

History:          ⊠ This message has been replied to and forwarded .

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending.  I will let you know if/when there is a change in status.  Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617

PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD
05/13/2021 09:48 AM

To   Alphonso Wright/BPD/BuffaloPoliceDept

cc   Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept, Joseph M
     Langdon/BPD@BuffaloPoliceDept, Jason R

bcc

Subject   Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman
as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon
his return to work that day at 1600 hours is to report immediately to the Cheektowaga Police
Department's Range for his annual qualification with his Department issued Glock before he is released
to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next Wednesday but must report to the
Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued
Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the
Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend
remedial article 35 training which she will decide the date for this after having discussion regarding same
with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned
above and I respectfully recommend they be notified by thier Command of same. Should you need
anything else regarding this please call me

Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD

Michael J Alberti /BPD
05/12/2021 04:19 PM

To   Alphonso Wright/BPD

cc   Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept, Joseph M
     Langdon/BPD@BuffaloPoliceDept, Jason R
     Whitenight/BPD@BuffaloPoliceDept

Subject   PO Scheu / PO Ammerman

Chief Wright,

   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint
involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After
hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's
were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from
Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me

Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept

cc

Subject   OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Kathryn M Billanti/BPD
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: Facebook videos

History:     📨 This message has been replied to.

I think Bob is going to try to put them to disc for you!


Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept
cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone
    On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

    Good Morning!

    I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

    Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | |
|---|---|
| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To  "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc  Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject  Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/12/2020 02:10 PM

To  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject  Hello

Inspector,
   We have received several messages regarding a recent video of two Buffalo Police Officers' using excessive forced towards the suspect in the video. As of yet we have not received any messages from the male in the video nor from anyone who was actually there. I have attached a screen shot of the video but unfortunately can't attach the video.
   Please advise moving forward.
Respectfully Submitted,

PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
    Dingwall/BPD@BuffaloPoliceDept
cc  Robert V Rosenswie/BPD@BuffaloPoliceDept
bcc
Subject  Re: Facebook videos

Thank you. I have an additional facebook video below which shows the complainant speaking with family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
Subject  Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD



**Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept



cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
Rosenswie/BPD@BuffaloPoliceDept

Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a
disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to
put them on a disc. We can let you know when they are done. If you need it sooner than that
please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
|---|---|
| 05/11/2020 04:49 PM | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/13/2020 01:00 PM

To    "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject    Re: Q Suttles Attorney

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/13/2020 12:58 PM

To    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
Subject    Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so
can send a formal complaint to our office. I just checked the voicemail and she has not returned
my call as of yet. Take care and be safe.
Attorney April A. Robinson
The Elevation Law Firm
(404) 819 1980
Respectfully Submitted,
PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD          To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/14/2020 09:58 AM             cc
                                bcc
                           Subject   ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Michael J Alberti /BPD
04/21/2021 10:09 AM

To "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
bcc
Subject Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

Michael J Alberti /BPD
03/26/2021 03:12 PM

To "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
Subject Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



"Garlick,Zachary T."
<zgarlick@ch.ci.buffalo.ny.us
>
02/26/2021 10:07 AM

To "mjalberti@bpdny.org" <mjalberti@bpdny.org>
cc "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
Subject Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Zack,

   Working on a case opened from a Notice of Claim received from Attorney Jeffrey Krajewski and his clients allegations stemmimg from her arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20. Has his client, Rachely Corrrtorreal given a 50-H or scheduled to do so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division



5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



Rachal Hazay Ranke and 147 others    57 Comments  862 Shares

carol holloman-home - Facebook Search

| Like | Comment | Share |
| --- | --- | --- |

**Rex Powell** #KillerCops #SlavePatrol
Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot
Like · Reply · 2h
1

**Rex Powell**



Like · Reply · 2h
1

 **Dorrain Roundtree** Rex Powell What is that? A badge from 1858? Wow.

Like · Reply · 52m

 **Rex Powell** Dorrain Roundtree Yep! The origins of police is slave patrols ...

Like · Reply · 47m

 **Dorrain Roundtree** Rex Powell I never knew that! It all makes sense now.

Like · Reply · 23m

Write a reply...

cariol holloman-home - Facebook Search

 **Donna Price-Mereau** Where is this

Like · Reply · 2h

 **Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h

 **Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h

 **Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf

Like · Reply · 1h

 **Marquell Mack** This is sad

Like · Reply · 1h

 **Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h

 **Patricia Roberts** WOW

Like · Reply · 1h

 **Vivian Gwathney** Truly sad jesus

Like · Reply · 1h

 **Eudora Brown** Wow

Like · Reply · 1h

 **Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited

 **Kisha Fulgham**

Like · Reply · 1h

6

5/11/2020

cariol holloman-home - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h

8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinblueliie

Like · Reply · 1h · Edited

3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m

1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...

 **Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h                                                                 1

 **Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h                                                                 2

**Glenn Gadley**

Like · Reply · 1h

 **Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h

 **Mo Maldo News 4 WIVB Buffalo**

Like · Reply · 1h                                                                 1

 **Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h

 **Tina Vickers** Who is the officer

Like · Reply · 1h                                                                 1

 **Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h

 **Dion J Jackson** Alright now when one of these cops gets their

Like · Reply · 1h                                                                 1



cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY....DAD AT WORK ...SERVING AND PROTECTING.....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it alway pays to treat people with respect.

Like · Reply · 1h

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try... See More

Like · Reply · 1h    5

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h    1

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m



5/11/2020

cariol holloman-home - Facebook Search



**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police

Like · Reply · 50m

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited



**Eric Olivera** Fuck buffalo police

Like · Reply · 38m



**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother

Like · Reply · 32m

**Andy Williams** Fuck 12

Like · Reply · 32m



**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter

5/11/2020

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming resisting and the person hands in the air

Like · Reply · 30m

**Destini McClain** Pulled out the window my car was held 30 day police held then released I was falsely accused and the judge was white also I beat the case after two months

Like · Reply · 29m

**Myles Soules** Lesley Soules

Like · Reply · 22m

**Amàncio Torres** Smfh

Like · Reply · 11m

**Leona Perry**

Like · Reply · 8m

**Daphne Blue** Craziness

Like · Reply · 7m

**Màni Mònroè** DMoney Narain

Like · Reply · 1m

**Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...

1/1

5/11/2020

cariol holloman-home - Facebook Search



**Cariol Holloman-Horne**
35 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like          Comment          Share

1/3

5/11/2020

cariol holloman-home - Facebook Search



**Cariol Holloman-Horne**
36 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments   30 Shares

Like          Comment          Share

**Leo Love** There was a woman on answer machine
Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks
Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message
Like · Reply · 22m                            1

**Leo Love** Didn't really know what to say but I summed it up

5/11/2020

cariol holloman-home - Facebook Search

2/3

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo Love I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m



Write a reply...

2

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m



**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m

**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m

1



**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited



**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m

1

**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m



1

**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m

5/11/2020

cariol holloman-home - Facebook Search



Write a reply...

Write a comment...

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

**We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the <ins>#codeofviolence</ins>**

26

1 Comment 4 Shares

Like            Comment            Share

**Venus Marie LeTo**

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne** added a new photo.
2 hrs ·



5/11/2020

cariol holloman-home - Facebook Search

4 Comments 2 Shares

Like          Comment          Share

5

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it.

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash
Who's this officer

Like · Reply · 18m

Write a comment...

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  AMMERMAN, RONALD J.
RANK:   POLICE OFFICER
UNIT:   C DISTRICT

DOB:   12/08/1992
DOA:   11/04/2016
EMPLOYEE #174114
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE
OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
SO 2017-103 IS TRANSFERRED FROM THE ACADEMY TO THE D-DIST., EFF., 4/3/17.
SO 2017-256 TRANSFERRED FROM THE D-DIST. TO C-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| EF2019-013 | 05/19/2019 | EXCESSIVE FORCE | NOT SUSTAINED 07/24/2019 | Yes |
| EC2019-017 | 05/24/2019 | CONDUCT (RUDE/HARASSMENT) | CASE PENDING | |
| VA2019-067 | 07/01/2019 | CITY INV. ACC/PDO; PERSUIT | DPC CONF. REQ. 10/16/2019 | N/A |
| VA2019-070 | 06/28/2019 | CITY INV. ACC/INJURY | EXONERATED, 8/7/2019 | N/A |
| IC2019-068 | 09/03/2019 | PROCEDURES/ WEAPON SAFETY | DPC CONF. REQ. 10/16/2019 | N/A |
| EC2020-024 | 05/10/2020 | EXCESSIVE FORCE | CASE PENDING | |

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  SCHEU, MICHAEL C.
RANK:  POLICE OFFICER
UNIT:   C DISTRICT

DOB:  01/20/1987
DOA:  01/13/2012
EMPLOYEE # 172580
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-06  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT
PROBATIONARY POLICE OFFICER EFF., 1/13/12.  SO 2012-305 EFF., 11/12/12,
TRANSFERRED FROM THE ACADEMY TO THE C-DIST.**
LAWSUIT:

| PSD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2020-024 | 05/10/2020 | USE OF FORCE | CASE PENDING | |

Exhibit

004

AJD - 01/26/2024









EXHIBIT Defendtant's

**006**

JMM 01/31/2024

exhibitsticker.com