**VIDEO TELECONFERENCE DEPOSITION**
**MICHAEL C. SCHEU**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------

QUENTIN SUTTLES,

                          Plaintiff,

            - vs -      Case No.
                        1-21-CV-00897

CITY OF BUFFALO,

                          Defendant.
----------------------------------------

          Video teleconference deposition of
**MICHAEL C. SCHEU,** present at the Office of Buffalo
Corporation Counsel, 1100 City Hall, 65 Niagara
Square, Buffalo, New York, taken pursuant to the
Federal Rules of Civil Procedure, connecting to
various locations on January 31, 2024, commencing
at 2:06 p.m., before JOAN M. METZGER-HUBBELL, CM,
Realtime Reporter, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1   APPEARANCES:        THE REDDY LAW FIRM LLC,
                         By PRATHIMA REDDY, ESQ.,
 2                       455 Linwood Avenue,
                         Buffalo, New York  14209,
 3                       (716) 725-0139,
                         preddy@thereddylaw.com,
 4                       Appearing for the Plaintiff,
                         via Zoom.
 5
                         CAVETTE CHAMBERS, ESQ.,
 6                       By ANTHONY C. DUDDY, ESQ.,
                         Assistant Corporation Counsel,
 7                       1100 City Hall,
                         65 Niagara Square,
 8                       Buffalo, New York  14202,
                         (716) 851-4334,
 9                       aduddy@buffalony.gov,
                         Appearing for the Defendant,
10                       via Zoom.

11   PRESENT            QUENTIN SUTTLES
     VIA ZOOM:          RAJITHA NAIR,
12                      The Reddy Law Firm LLC

13

14

15

16

17

18

19

20

21

22

23
```

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

3

14:06:42  1      **THE REPORTER:**  Mr. Duddy, you're supplying a

14:06:46  2  copy to plaintiff's counsel?

14:06:48  3      **MR. DUDDY:**  That's correct, yeah.

4  **MICHAEL C. SCHEU**, 693 East Ferry Street, Buffalo,

5  New York, after being duly called and sworn via

6  video conference in compliance with CPLR 3113(d)

7  and New York Commercial Rule 37, and whose identity

8  was confirmed by government-issued documentation,

14:08:04  9  testified as follows:

14:08:04 10      (Off the record at 2:08 p.m.)

14:08:04 11                      **EXAMINATION**

14:08:04 12      **BY MS. REDDY:**

14:09:28 13      **Q.**   Okay.  Officer Scheu, my name is

14:09:34 14  Prathima Reddy.  I'm an attorney representing

14:09:37 15  Quentin Suttles in the matter that brings you here

14:09:40 16  today, a lawsuit against the City of Buffalo police

14:09:42 17  officers, yourself, and Police Officer Ammerman.

14:09:44 18  I'm going to be asking you some questions in

14:09:47 19  relation to Mr. Suttles and this case.

14:09:49 20      Are you generally aware of the allegations

14:09:51 21  being made against you, the City of Buffalo, and

14:09:53 22  Officer Ammerman in relation to this matter?

14:09:56 23      **A.**   Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

4

14:09:57 1          Q.    Have you ever participated in a

14:09:58 2    deposition before?

14:10:01 3          A.    No.

14:10:03 4          Q.    Okay.  So this is being conducted on

14:10:09 5    Zoom, and Joan is here to record our questions and

14:10:12 6    your answers, so please allow me to finish my

14:10:15 7    question before you begin your answer, and she'll

14:10:17 8    be recording our statements this morning, okay?

14:10:19 9          A.    Okay.

14:10:21 10          Q.    Okay.  And I also need you to respond

14:10:23 11   verbally so she can get your answer correct.  As

14:10:26 12   you can tell, she can't record nonverbal responses.

14:10:32 13          A.    Okay.

14:10:34 14          Q.    Have you reviewed any documents in

14:10:38 15   preparation of today's deposition?

14:10:41 16          A.    Yes.

14:10:42 17          Q.    What did you review?

14:10:43 18          A.    I believe I just reviewed the arrest

14:10:51 19   report.

14:10:53 20          Q.    Whose arrest report?

14:10:55 21          A.    Myself and Mr. Ammerman's.

14:11:02 22          Q.    Was that for Mr. Suttles, the plaintiff

14:11:04 23   here today?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

5

14:11:05  1          **A.**    For the incident, for the incident.

14:11:10  2          **Q.**    Okay.  And when you say incident, are

14:11:12  3  you referring to the events that occurred on May

14:11:14  4  10th, 2020?

14:11:16  5          **A.**    Yes.

14:11:17  6          **Q.**    Okay.  Moving forward, if you do use

14:11:19  7  the word incident, I'm going to assume that you're

14:11:21  8  referring to the arrest and treatment of

14:11:23  9  Mr. Suttles on May 10th, 2020, in Buffalo.

14:11:26 10          **MR. DUDDY:**  Objection.  Form.

14:11:28 11          **BY MS. REDDY:**

14:11:28 12          **Q.**   Okay?

14:11:29 13          **A.**    Okay.

14:11:31 14          **Q.**    Your attorney may object to my

14:11:34 15  questions and lodge an objection for the record,

14:11:37 16  and when he's done, you'll still be required to

14:11:39 17  answer my questions.  So please keep that in mind.

14:11:43 18          **A.**    Okay.

14:11:43 19          **Q.**    Thank you.  Besides the arrest report

14:11:48 20  of Mr. Suttles from May 10th, 2020, did you review

14:11:51 21  any other documents in preparation for today?

14:11:54 22          **A.**    No.

14:11:55 23          **Q.**    Okay.  Did you speak to anybody in

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

6

14:11:59  1  preparation for giving testimony today?

14:12:04  2          A.    No.

14:12:16  3          Q.    Do you take any medication that could

14:12:18  4  impair your ability to answer my questions

14:12:19  5  truthfully and honestly today?

14:12:22  6          A.    No.

14:12:24  7          Q.    Okay.  Have you consumed any alcohol or

14:12:33  8  drugs that would impair your ability to answer

14:12:36  9  honestly and truthfully to all of my questions

14:12:39 10  today?

14:12:39 11          A.    No.

14:12:39 12          Q.    Is there any other reason you wouldn't

14:12:41 13  be able to answer all of my questions honestly and

14:12:44 14  truthfully today?

14:12:45 15          A.    No.

14:12:46 16          Q.    What is your current job title?

14:13:09 17          A.    I'm a patrol officer.

14:13:13 18          Q.    In what district?

14:13:17 19          A.    C-District, as in Charlie.

14:13:22 20          Q.    I just didn't catch the last thing you

14:13:24 21  said.  C-District?

14:13:26 22          A.    Yeah, C as in Charlie.

14:13:27 23          Q.    Oh, as in Charlie.  Got it.  And how

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

7

| | | |
|---|---|---|
| 14:13:31 | 1 | long have you been in the C-District? |
| 14:13:32 | 2 | A. Almost my whole career of probably 11 |
| 14:13:37 | 3 | to 12 years. |
| 14:13:41 | 4 | Q. So when did you first start your |
| 14:13:44 | 5 | employment with the City of Buffalo? |
| 14:13:47 | 6 | A. I believe January 13th, 2012. |
| 14:13:53 | 7 | Q. Were you a probationary police officer? |
| 14:13:57 | 8 | A. Yes. |
| 14:13:58 | 9 | Q. In what district did you start? |
| 14:14:00 | 10 | A. Bravo, B-District. |
| 14:14:05 | 11 | Q. And when did you transfer to the |
| 14:14:07 | 12 | C-District? |
| 14:14:07 | 13 | A. A couple months after, once I finished |
| 14:14:18 | 14 | my training. |
| 14:14:20 | 15 | Q. Okay. So when you moved to the |
| 14:14:21 | 16 | C-District, you were still a probationary police |
| 14:14:26 | 17 | officer? |
| 14:14:26 | 18 | A. I believe so. |
| 14:14:28 | 19 | Q. Who was your supervisor at that time? |
| 14:14:31 | 20 | A. Lieutenant Bartoszewicz. |
| 14:14:56 | 21 | Q. Who is your current supervisor in the |
| 14:15:06 | 22 | C-District? |
| 14:15:07 | 23 | A. Lieutenants Velez and Lieutenant |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

8

| | | |
|---|---|---|
| 14:15:21 | 1 | Ambellan. |
| 14:15:21 | 2 | **Q.**    And, sorry, I didn't hear the next one. |
| 14:15:23 | 3 | Who's the other one? |
| 14:15:24 | 4 | **A.**    Lieutenants Velez and Ambellan. |
| 14:15:28 | 5 | **Q.**    Velez, okay.  And what shift do you |
| 14:15:31 | 6 | currently work on the C-District? |
| 14:15:34 | 7 | **A.**    The day shift. |
| 14:15:36 | 8 | **Q.**    What hours are those? |
| 14:15:38 | 9 | **A.**    0600 to 1600 hours. |
| 14:15:43 | 10 | **Q.**    6 a.m. to 4 p.m.; is that correct? |
| 14:15:46 | 11 | **A.**    Correct. |
| 14:15:47 | 12 | **Q.**    Was there ever a time you worked a |
| 14:15:48 | 13 | different shift in the C-District? |
| 14:15:50 | 14 | **A.**    Yes. |
| 14:15:53 | 15 | **Q.**    When was that? |
| 14:15:53 | 16 | **A.**    I worked the night shift and afternoon |
| 14:16:00 | 17 | shift. |
| 14:16:03 | 18 | **Q.**    What shift did you work on May 10th, |
| 14:16:05 | 19 | 2020? |
| 14:16:05 | 20 | **A.**    The afternoon shift. |
| 14:16:08 | 21 | **Q.**    And what -- what are the hours for the |
| 14:16:12 | 22 | afternoon shift? |
| 14:16:13 | 23 | **A.**    3:30 p.m. to 1:30 a.m. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

9

14:16:19  1        **Q.**   And who was your supervisor on that

14:16:21  2    shift?

14:16:21  3        **A.**   Lieutenant Tripp.

14:16:31  4        **Q.**   Okay.  Did you go to high school,

14:16:32  5    Officer Scheu?

14:16:35  6        **A.**   Yes.

14:16:35  7        **Q.**   Where did you go to high school?

14:16:36  8        **A.**   Bishop Timon-St. Jude.

14:16:43  9        **Q.**   Where is that located?

14:16:46 10        **A.**   It's on McKinley in South Buffalo.

14:16:51 11        **Q.**   What year did you graduate high school?

14:16:53 12        **A.**   2005.

14:16:58 13        **Q.**   What did you do after high school?

14:17:02 14        **A.**   Played junior hockey.

14:17:05 15        **Q.**   Where was that?

14:17:06 16        **A.**   Some in Buffalo and some in Toronto.

14:17:13 17        **Q.**   Okay.  Professionally?

14:17:15 18        **A.**   No.

14:17:16 19        **Q.**   Okay.  In what capacity did you play

14:17:18 20    junior hockey?

14:17:19 21        **A.**   Junior A.

14:17:22 22        **Q.**   Okay.  And this was your employment at

14:17:26 23    that time?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

10

14:17:26  1        **A.**   No.  I continued schooling as I played
14:17:29  2   junior A hockey.
14:17:31  3        **Q.**   Okay.  And where did you go to school
14:17:33  4   after McKinley?
14:17:36  5        **A.**   I went to UMass Lowell, University of
14:17:42  6   Massachusetts at Lowell.
14:17:44  7        **Q.**   Okay.  What years were you there?
14:17:46  8        **A.**   I believe it was '09 to 2011.
14:17:53  9        **Q.**   Did you get a degree there?
14:17:56  10       **A.**   I did not finish, no.
14:18:01  11       **Q.**   Okay.  And you played hockey there from
14:18:04  12   2009 to 2011?
14:18:06  13       **A.**   Yes.
14:18:06  14       **Q.**   Is that right?  Okay.  What did you do
14:18:08  15   after 2011?
14:18:09  16       **A.**   I worked at UPS.
14:18:16  17       **Q.**   Where was the UPS located?
14:18:19  18       **A.**   In Buffalo on William, Bailey and
14:18:24  19   William.
14:18:25  20       **Q.**   Is UMass Lowell a four-year university?
14:18:29  21       **A.**   Yes.
14:18:29  22       **Q.**   So you dropped out after two years?
14:18:32  23       **A.**   Well, I was playing division 1 hockey,

| | | |
|---|---|---|
| 14:18:34 | 1 | got injured, and came home after three years. |
| 14:18:45 | 2 | Q.   And what were you studying at UMass |
| 14:19:00 | 3 | Lowell? |
| 14:19:01 | 4 | A.   Criminal justice and psychology. |
| 14:19:06 | 5 | Q.   That was going to be your major that |
| 14:19:08 | 6 | you didn't complete? |
| 14:19:10 | 7 | A.   Yes. |
| 14:19:16 | 8 | Q.   Is that a double major or a minor in |
| 14:19:19 | 9 | psychology? |
| 14:19:19 | 10 | A.   Minor. |
| 14:19:27 | 11 | Q.   Okay.  So you came back to Buffalo in |
| 14:19:28 | 12 | 2011 and worked at the UPS store.  How long were |
| 14:19:32 | 13 | you there? |
| 14:19:33 | 14 | A.   Less than a year. |
| 14:19:36 | 15 | Q.   Was that your full-time job? |
| 14:19:38 | 16 | A.   Yes. |
| 14:19:40 | 17 | Q.   What did you do after that? |
| 14:19:41 | 18 | A.   I went to the Buffalo Police Academy. |
| 14:19:50 | 19 | Q.   And what year was that? |
| 14:19:51 | 20 | A.   2012. |
| 14:19:53 | 21 | Q.   How long is the academy? |
| 14:19:56 | 22 | A.   I believe six months. |
| 14:20:01 | 23 | Q.   Is that also called training? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

12

| | | |
|---|---|---|
| 14:20:06 | 1 | **A.**   Yes. |
| 14:20:07 | 2 | **Q.**   What prompted you to go to the Buffalo |
| 14:20:11 | 3 | Police Academy? |
| 14:20:11 | 4 | **A.**   It seemed like a good career. |
| 14:20:19 | 5 | **Q.**   Are you referring to the career of a |
| 14:20:21 | 6 | police officer? |
| 14:20:23 | 7 | **A.**   Yes. |
| 14:20:24 | 8 | **Q.**   In what way did it seem like a good |
| 14:20:30 | 9 | career? |
| 14:20:30 | 10 | **A.**   It's a good way to help people, give |
| 14:20:37 | 11 | back to my community. |
| 14:20:41 | 12 | **Q.**   And what were the requirements to be |
| 14:20:43 | 13 | admitted to the Buffalo Police Academy at that |
| 14:20:45 | 14 | time? |
| 14:20:45 | 15 | **A.**   I don't recall. |
| 14:20:50 | 16 | **Q.**   Okay.  And what were the requirements |
| 14:20:51 | 17 | to pass training after six months with the Buffalo |
| 14:20:56 | 18 | Police Academy? |
| 14:20:56 | 19 | **A.**   I don't recall. |
| 14:20:58 | 20 | **Q.**   What happens after six months at the |
| 14:21:01 | 21 | Buffalo Police Academy? |
| 14:21:03 | 22 | **A.**   We go on the streets. |
| 14:21:07 | 23 | **Q.**   Are you then considered a probationary |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

13

14:21:12  1  police officer?

14:21:13  2       **A.**   Yes.

14:21:14  3       **Q.**   Are there any tests that are required

14:21:17  4  before that?

14:21:19  5       **A.**   Not that I recall.

14:21:21  6       **Q.**   Did you take a civil service exam?

14:21:25  7       **A.**   Yeah, prior to getting into the

14:21:27  8  academy.

14:21:28  9       **Q.**   Okay.  So before the academy you took

14:21:31 10  the civil service exam?

14:21:33 11       **A.**   Yes.

14:21:35 12       **Q.**   Is there a minimum score that's

14:21:40 13  required for the civil service exam?

14:21:43 14       **A.**   I don't know.

14:21:49 15       **MS. REDDY:**  Joan, did you get that answer?

14:21:51 16  I didn't hear it.

14:21:52 17       **THE WITNESS:**  Oh, sorry.  I don't recall.  I

14:21:55 18  know there's a failing score.  I don't know what it

14:21:58 19  is, though.

14:21:58 20       **BY MS. REDDY:**

14:21:59 21       **Q.**   Okay.  So obviously you passed?

14:22:01 22       **A.**   Yes.

14:22:02 23       **Q.**   Okay.  Did you have to take any other

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

14

| | | |
|---|---|---|
| 14:22:05 | 1 | physical exam? |
| 14:22:07 | 2 | **A.**   Yes, during the academy. |
| 14:22:12 | 3 | **Q.**   Any polygraph? |
| 14:22:16 | 4 | **A.**   Yes. |
| 14:22:16 | 5 | **Q.**   Any other exam? |
| 14:22:21 | 6 | **A.**   I don't recall. |
| 14:22:25 | 7 | **Q.**   Is there a psych. exam that's required? |
| 14:22:31 | 8 | **A.**   Yes. |
| 14:22:34 | 9 | **Q.**   What does that psychological exam check |
| 14:22:36 | 10 | for? |
| 14:22:37 | 11 | **A.**   I -- I don't recall. |
| 14:22:41 | 12 | **Q.**   Was it a written test? |
| 14:22:44 | 13 | **A.**   I believe there was a written and an |
| 14:22:47 | 14 | oral. |
| 14:22:48 | 15 | **Q.**   Okay.  At some time did you get the |
| 14:22:55 | 16 | results of that test? |
| 14:22:58 | 17 | **A.**   Yes. |
| 14:22:58 | 18 | **Q.**   Was it in writing? |
| 14:23:02 | 19 | **A.**   I don't recall. |
| 14:23:15 | 20 | **Q.**   Okay.  So at some point during your |
| 14:23:17 | 21 | probationary time you transferred from the |
| 14:23:19 | 22 | B-District to the C-District; is that correct? |
| 14:23:22 | 23 | **A.**   Yes. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

15

| | | |
|---|---|---|
| 14:23:22 | 1 | **Q.**   What made you transfer? |
| 14:23:24 | 2 | **A.**   To work with friends from the academy. |
| 14:23:39 | 3 | **Q.**   Okay.  Who were these friends? |
| 14:23:45 | 4 | **A.**   The people that I worked with there, |
| 14:23:48 | 5 | the officers? |
| 14:23:49 | 6 | **Q.**   Right. |
| 14:23:50 | 7 | **A.**   People I grew up with and also from the |
| 14:24:03 | 8 | academy -- that I also went to the academy with, |
| 14:24:18 | 9 | officers I grew up with and went to the academy |
| 14:24:21 | 10 | with as well. |
| 14:24:23 | 11 | **Q.**   And they were already in the |
| 14:24:24 | 12 | C-District? |
| 14:24:26 | 13 | **A.**   Yes. |
| 14:24:26 | 14 | **Q.**   What were their names? |
| 14:24:29 | 15 | **A.**   At the time it was Officer Patrick |
| 14:24:32 | 16 | Overdorf, Officer Joshua Heidinger, Officer Jason |
| 14:24:37 | 17 | Heidinger, Officer Tony Shea, S-H-E-A. |
| 14:24:57 | 18 | **Q.**   Anyone else? |
| 14:24:59 | 19 | **A.**   That's all that's to the top -- that's |
| 14:25:02 | 20 | all I can think of right now. |
| 14:25:04 | 21 | **Q.**   And so how did you get the transfer? |
| 14:25:09 | 22 | **A.**   You just put in a transfer request. |
| 14:25:12 | 23 | **Q.**   Okay.  Are those officers still in the |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16

| | | |
|---|---|---|
| 14:25:17 | 1 | C-District? |
| 14:25:19 | 2 | **A.**   No. |
| 14:25:21 | 3 | **Q.**   None of them? |
| 14:25:24 | 4 | **A.**   No.  They've all been promoted and |
| 14:25:26 | 5 | moved on. |
| 14:25:36 | 6 | **Q.**   Okay.  So were you always a patrol |
| 14:25:40 | 7 | officer in the C-District? |
| 14:25:42 | 8 | **A.**   Yes. |
| 14:25:43 | 9 | **Q.**   Okay.  And what are the job duties of a |
| 14:25:45 | 10 | patrol officer? |
| 14:25:46 | 11 | **A.**   Answer 911 calls, complaints, enforce |
| 14:25:58 | 12 | Vehicle and Traffic Law. |
| 14:26:04 | 13 | **Q.**   Are you given a designated route to |
| 14:26:08 | 14 | patrol? |
| 14:26:10 | 15 | **A.**   Just the district. |
| 14:26:13 | 16 | **Q.**   As a whole? |
| 14:26:15 | 17 | **A.**   Yes. |
| 14:26:16 | 18 | **Q.**   And what areas does the C-District |
| 14:26:18 | 19 | cover? |
| 14:26:19 | 20 | **A.**   From Jefferson to Bailey going east and |
| 14:26:24 | 21 | west, then Ferry to -- close to maybe Swan Street |
| 14:26:34 | 22 | going north and south. |
| 14:26:47 | 23 | **Q.**   Do you have a partner? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

17

| | | | |
|---|---|---|---|
| 14:26:51 | 1 | **A.** | Yes. |
| 14:26:51 | 2 | **Q.** | Who is your current partner? |
| 14:26:53 | 3 | **A.** | Officer Marc Hurst. |
| 14:27:01 | 4 | **Q.** | And who was your partner before Officer |
| 14:27:04 | 5 | | Hurst? |
| 14:27:04 | 6 | **A.** | Officer Robert States. |
| 14:27:08 | 7 | **Q.** | Before that? |
| 14:27:09 | 8 | **A.** | Officer Ron Ammerman. |
| 14:27:14 | 9 | **Q.** | How long was Ron Ammerman your partner? |
| 14:27:20 | 10 | **A.** | A year or two. |
| 14:27:21 | 11 | **Q.** | Which years? |
| 14:27:22 | 12 | **A.** | Maybe '18, '19, or '19, '20. |
| 14:27:39 | 13 | **Q.** | Through May of 2020? |
| 14:27:42 | 14 | **A.** | Yes. |
| 14:27:43 | 15 | **Q.** | And who was your partner before that? |
| 14:27:45 | 16 | **A.** | Officer Joe Blackburn. |
| 14:27:53 | 17 | **Q.** | Anyone else before that? |
| 14:27:57 | 18 | **A.** | Officer Patrick Overdorf. |
| 14:28:05 | 19 | **Q.** | Anyone we missed? |
| 14:28:08 | 20 | **A.** | I don't think so. |
| 14:28:13 | 21 | **Q.** | Have you ever partnered with Officer |
| 14:28:16 | 22 | | Giarrano? |
| 14:28:17 | 23 | **A.** | Yes. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18

14:28:19  1        Q.   Do you know what is the prominent

14:28:43  2   racial demographic of the C-District?

14:28:46  3        **MR. DUDDY:**  Objection.  Form.

14:28:50  4        **THE WITNESS:**  Can you repeat the question,

14:28:51  5   please?

14:28:52  6        **BY MS. REDDY:**

14:28:52  7        Q.   Sure.  Do you know what is the

14:28:55  8   prominent racial demographic of the C-District in

14:28:58  9   terms of the geographic space you just outlined to

14:29:01 10   us?

14:29:01 11        **MR. DUDDY:**  Objection.  Form.

14:29:02 12        **THE WITNESS:**  I don't know.

14:29:06 13        **BY MS. REDDY:**

14:29:08 14        Q.   How long has Tripp been your

14:29:12 15   supervisor?

14:29:13 16        A.   She was my supervisor for those two

14:29:19 17   years I was on afternoons, I believe it was '19

14:29:24 18   through '20.

14:29:25 19        Q.   And does that coincide with the time

14:29:30 20   that Officer Scheu was your partner in the

14:29:33 21   C-District?

14:29:33 22        A.   I'm Officer Scheu.  That would have

14:29:36 23   been Officer Ammerman.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

19

14:29:36  1      **Q.**   I'm sorry, Officer Ammerman.

14:29:38  2      **A.**   Yes.

14:29:40  3      **Q.**   So before May of 2020, how long had you

14:29:51  4  been a partner with Officer Ammerman?

14:29:57  5      **A.**   For just for those two years.  I don't

14:29:59  6  know exactly how long.

14:30:00  7      **Q.**   So all of 2019, 2020, leading up to the

14:30:06  8  event of May 10th, 2020?

14:30:10  9      **A.**   Yes.

14:30:15 10      **Q.**   Okay.  Outside the allegations of

14:30:27 11  today, have you ever witnessed Officer Ammerman

14:30:29 12  using force against a civilian?

14:30:32 13      **MR. DUDDY:**  Objection.  Form.

14:30:34 14      **THE WITNESS:**  No.

14:30:36 15      **BY MS. REDDY:**

14:30:40 16      **Q.**   Did you ride with Officer Ammerman on

14:30:42 17  every shift in the same vehicle when you were his

14:30:45 18  partner in 2019 and 2020?

14:30:50 19      **A.**   I don't -- I'm not sure if it was the

14:30:52 20  same vehicle.

14:30:54 21      **Q.**   Okay.  So when you signify that a

14:30:56 22  police officer is your partner, does that include

14:31:00 23  sharing a patrol car?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

20

14:31:02  1          **A.**   Yes.  I thought you meant the exact,
14:31:05  2  same patrol car.
14:31:06  3          **Q.**   Oh, yeah.  No, no, I just meant a
14:31:08  4  patrol car.  I'm sure those are changed.
14:31:11  5          **A.**   Yeah.
14:31:11  6          **Q.**   You shared some patrol car as a partner
14:31:15  7  with Officer Ammerman in 2019 and 2020 during your
14:31:19  8  shifts?
14:31:20  9          **A.**   Yes.
14:31:20 10          **Q.**   Did that entail going on all radio
14:31:23 11  calls together?
14:31:24 12          **A.**   Yes.
14:31:29 13          **Q.**   When did you first meet Mr. Suttles,
14:31:31 14  the plaintiff in this case?
14:31:36 15          **A.**   I don't recall.
14:31:38 16          **Q.**   Had you met him before you encountered
14:31:41 17  him on May 10th, 2020?
14:31:45 18          **A.**   Yes, I had had a prior interaction with
14:31:53 19  him.
14:31:53 20          **Q.**   You said a prior interaction, so one
14:31:55 21  time?
14:31:55 22          **A.**   That I can remember.
14:31:57 23          **Q.**   Okay.  When was that interaction?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

21

| | | |
|---|---|---|
| 14:32:00 | 1 | **A.**   I don't recall. |
| 14:32:02 | 2 | **Q.**   Okay.  What happened during that |
| 14:32:03 | 3 | interaction? |
| 14:32:03 | 4 | **A.**   Nothing.  It was just a traffic stop. |
| 14:32:16 | 5 | **Q.**   Traffic stop for a ticket? |
| 14:32:19 | 6 | **A.**   I -- I believe I used my discretion and |
| 14:32:25 | 7 | gave him a warning and let him go. |
| 14:32:27 | 8 | **Q.**   Why did you stop him? |
| 14:32:29 | 9 | **A.**   I don't recall the reason for the stop. |
| 14:32:34 | 10 | **Q.**   Was this in 2019? |
| 14:32:38 | 11 | **A.**   I don't recall. |
| 14:32:42 | 12 | **Q.**   Are you able to estimate how many years |
| 14:32:45 | 13 | prior to May of 2020 was this stop of Mr. Suttles |
| 14:32:49 | 14 | that you just testified to? |
| 14:32:50 | 15 | **MR. DUDDY:**  Objection.  Form. |
| 14:32:51 | 16 | **THE WITNESS:**  I -- I don't know.  I don't |
| 14:32:53 | 17 | recall. |
| 14:32:53 | 18 | **BY MS. REDDY:** |
| 14:32:54 | 19 | **Q.**   Less than five years? |
| 14:32:56 | 20 | **MR. DUDDY:**  Objection.  Form. |
| 14:32:59 | 21 | **BY MS. REDDY:** |
| 14:32:59 | 22 | **Q.**   Was it less than five years that you |
| 14:33:01 | 23 | stopped Mr. Suttles and gave him a warning before |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

22

14:33:04  1  May of 2020?

14:33:08  2        **A.**   I believe so, yes.

14:33:12  3        **Q.**   Was there anyone in the vehicle with

14:33:15  4  him at that time?

14:33:16  5        **A.**   One passenger.

14:33:18  6        **Q.**   Do you know who it was?

14:33:20  7        **A.**   I don't recall.

14:33:21  8        **Q.**   Was it a male or female?

14:33:23  9        **A.**   Male.

14:33:27 10        **Q.**   And, I'm sorry, your testimony is that

14:33:51 11  you pulled him over for a traffic violation but

14:33:53 12  gave him a warning and let him go; is that correct?

14:33:56 13        **A.**   Yes.

14:33:57 14        **Q.**   Okay.  Did you discuss anything else

14:34:00 15  with him during that stop?

14:34:05 16        **A.**   I don't recall.

14:34:06 17        **Q.**   Did you search him during that stop?

14:34:09 18        **A.**   I believe so, yes.

14:34:12 19        **Q.**   Did you ask him to exit the vehicle

14:34:14 20  during that stop?

14:34:18 21        **A.**   Yes.

14:34:20 22        **Q.**   Did you ask the passenger to exit the

14:34:22 23  vehicle during that stop?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

23

14:34:25  1          **A.**    Yes.

14:34:26  2          **Q.**    Okay.  What prompted the search of

14:34:31  3    Mr. Suttles during that stop?

14:34:34  4          **A.**    A strong odor of marijuana.

14:34:44  5          **Q.**    Who was your partner at the time?

14:34:48  6          **A.**    I think I was by myself.

14:34:57  7          **Q.**    Were you wearing a body cam?

14:35:00  8          **A.**    We weren't issued body cams back then.

14:35:04  9          **Q.**    When were body cams issued?

14:35:07  10         **MR. DUDDY:**  Objection.  Form.

14:35:10  11         **THE WITNESS:**  I don't recall exactly when.

14:35:12  12         **BY MS. REDDY:**

14:35:12  13         **Q.**    Do you recall what year?

14:35:14  14         **A.**    No.

14:35:17  15         **Q.**    So sometime before body cams were

14:35:19  16   issued, you stopped Mr. Suttles, gave him a

14:35:25  17   warning, but searched him because of the smell of

14:35:28  18   marijuana in the vehicle; is that correct?

14:35:31  19         **A.**    Yes.

14:35:32  20         **Q.**    Okay.  Did you retrieve any marijuana

14:35:34  21   during that stop?

14:35:37  22         **A.**    I don't recall.

14:35:46  23         **Q.**    Well, had you found marijuana, would he

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

24

14:35:48  1  have received a warning?

14:35:50  2         A.    Depending on the amount.

14:35:54  3         Q.    What amount?

14:35:57  4         A.    Misdemeanor amounts of marijuana I

14:36:05  5  would -- I guess.

14:36:05  6         Q.    What's a misdemeanor amount?

14:36:08  7         A.    I don't know the exact amount.

14:36:16  8         Q.    But your testimony is that if it's less

14:36:19  9  than a misdemeanor amount, you would give him a

14:36:22 10  warning; is that correct?

14:36:26 11         A.    Yes.

14:36:27 12         Q.    Okay.  And how would you determine if

14:36:29 13  it was less than a misdemeanor amount or not?

14:36:32 14         A.    It would be weighed.

14:36:34 15         Q.    It would be weighed at the scene?

14:36:39 16         A.    Yes.

14:36:41 17         Q.    How is it weighed at the scene?

14:36:44 18         A.    Scale.

14:36:45 19         Q.    Where's the scale?

14:36:48 20         A.    In some patrol vehicles.

14:36:51 21         Q.    Did your patrol vehicle have a scale?

14:36:54 22         A.    Most likely, but if not, I would call

14:36:58 23  someone to bring one.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

14:37:05  1        **Q.**    What type of search is allowed when an
14:37:25  2  officer smells marijuana in a vehicle during a
14:37:27  3  routine stop?
14:37:31  4        **A.**    Back then it was probable cause to
14:37:33  5  search the entire vehicle.
14:37:40  6        **Q.**    What about the person?
14:37:43  7        **A.**    Yes, as well as the person.
14:37:45  8        **Q.**    And what does a search of the person
14:37:48  9  entail?
14:37:50 10        **A.**    A pat-down frisk.
14:37:54 11        **Q.**    Is that it?
14:37:57 12        **A.**    Yes.
14:37:58 13        **Q.**    Are you allowed to touch a citizen's
14:38:01 14  private areas during that search of a person?
14:38:03 15        **MR. DUDDY:**  Objection.  Form.
14:38:05 16        **THE WITNESS:**  Are we allowed to?  I believe
14:38:11 17  so, but I wouldn't.  Not on purpose.
14:38:16 18        **BY MS. REDDY:**
14:38:22 19        **Q.**    Outside the pat-down frisk, what else
14:38:24 20  is allowed during the stop of a civilian?
14:38:30 21        **MR. DUDDY:**  Objection.  Form.
14:38:33 22        **BY MS. REDDY:**
14:38:34 23        **Q.**    You testified -- I'm just going to

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

26

14:38:35  1  rephrase.

14:38:35  2        You testified a few minutes ago that a

14:38:37  3  pat-down frisk is an allowable search of a person

14:38:43  4  during a stop; is that correct?

14:38:45  5        **A.**   Yes.

14:38:46  6        **Q.**   What else is allowed besides a pat-down

14:38:49  7  frisk during the stop of a civilian in the search

14:38:52  8  of that person?

14:38:53  9        **MR. DUDDY:**  Objection.  Form.

14:38:56 10        **THE WITNESS:**  Searching the vehicle as well.

14:38:59 11        **BY MS. REDDY:**

14:38:59 12        **Q.**   Right.  We established that.  Does that

14:39:01 13  include the trunk?

14:39:03 14        **A.**   Yes.

14:39:04 15        **Q.**   Okay.  But in terms of person, you have

14:39:07 16  indicated that a pat-down frisk is an allowable

14:39:09 17  search of a civilian during a stop?

14:39:11 18        **MR. DUDDY:**  Objection.  Form.

14:39:12 19        **BY MS. REDDY:**

14:39:13 20        **Q.**   Is that correct?

14:39:13 21        **A.**   I believe I answered the question.

14:39:16 22        **Q.**   Right.  So my follow-up question to

14:39:18 23  that which you answered affirmatively is, is there

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

27

14:39:21  1  anything else that's allowed besides a pat-down

14:39:24  2  frisk of the search of the person, to which you

14:39:27  3  responded the vehicle, but we're not discussing the

14:39:29  4  vehicle.  Just focusing on the search of the

14:39:32  5  person, is there anything else besides the pat-down

14:39:35  6  frisk that you just testified to as being allowable

14:39:37  7  of the search of a person during a stop?

14:39:40  8      **A.**   No.  That's all I would have done.

14:39:42  9      **Q.**   Is that all you're allowed to do?

14:39:44 10      **MR. DUDDY:** Objection.  Form.

14:39:47 11      **THE WITNESS:** I believe so.

14:39:48 12      **BY MS. REDDY:**

14:39:49 13      **Q.**   Okay.  Now, you used the words back

14:39:53 14  then.  Can you specify if you're referring to some

14:39:56 15  change between now and then?

14:39:59 16      **A.**   The state laws regarding marijuana.

14:40:02 17      **Q.**   Okay.  What's the change?

14:40:04 18      **MR. DUDDY:** Objection.  Form.

14:40:06 19      **BY MS. REDDY:**

14:40:06 20      **Q.**   What's the change you're referring to?

14:40:08 21      **A.**   It's legal now.  It wasn't then.

14:40:11 22      **Q.**   Then, meaning the stop of Mr. Suttles

14:40:14 23  before May of 2020?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

28

14:40:17  1          **A.**    It was still illegal then as well.

14:40:24  2          **Q.**    Right.  But let's just anchor some

14:40:28  3    times here.  When you say "then," are you referring

14:40:29  4    to the stop of Mr. Suttles that you testified to

14:40:32  5    where you gave him a warning?

14:40:33  6          **A.**    Yes.

14:40:34  7          **Q.**    As then?

14:40:36  8          **A.**    Yes.

14:40:37  9          **Q.**    Okay.  Does that also apply in May of

14:40:40 10    2020?

14:40:41 11          **A.**    It was still illegal in May of 2020.

14:40:44 12          **Q.**    Okay.  And what is your current

14:40:45 13    understanding of the legality of marijuana in

14:40:48 14    New York State?

14:40:48 15          **A.**    The current standing is that it's legal

14:40:51 16    up to a certain amount.

14:40:53 17          **Q.**    Do you know what that amount is?

14:40:57 18          **A.**    I do not.

14:41:04 19          **Q.**    When did that change take place?

14:41:09 20          **A.**    I don't know.

14:41:12 21          **Q.**    Was there a time you were made aware of

14:41:14 22    a change in your job responsibilities as a result?

14:41:19 23          **A.**    Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

29

14:41:19  1          **Q.**   What was that?

14:41:20  2          **A.**   I don't recall when.

14:41:24  3          **Q.**   Oh, okay.  When is a fair question, you

14:41:28  4    don't recall.  I was asking what that was.

14:41:30  5          **A.**   When the change went into effect?

14:41:34  6          **Q.**   No, what was communicated to you

14:41:37  7    regarding the change.

14:41:42  8          **MR. DUDDY:**  Objection.  Form.

14:41:43  9          **THE WITNESS:**  That marijuana was legal up to

14:41:45  10   a certain amount.

14:41:46  11         **BY MS. REDDY:**

14:41:47  12         **Q.**   Okay.  And how did that impact your job

14:41:49  13   duties?

14:41:49  14         **A.**   We didn't -- we no longer -- it didn't

14:41:59  15   give us probable cause to search a vehicle.

14:42:04  16   Marijuana no longer gave us probable cause to

14:42:06  17   search a vehicle.

14:42:07  18         **Q.**   What about the person?

14:42:08  19         **A.**   Or the person.

14:42:13  20         **Q.**   Okay.  In May of 2020 if you smelled

14:42:19  21   marijuana in the vehicle, were you allowed to do a

14:42:22  22   pat-down search of a civilian?

14:42:24  23         **A.**   Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

30

14:42:25  1        **Q.**    Were you allowed to do any further

14:42:27  2    searches of a civilian?

14:42:30  3        **MR. DUDDY:**  Objection.  Form.

14:42:32  4        **BY MS. REDDY:**

14:42:33  5        **Q.**    In May of -- I'm going to rephrase.

14:42:35  6        In May of 2020, outside of a pat-down frisk

14:42:39  7    search, were you allowed to do any other search of

14:42:41  8    a person during a stop where you smelled marijuana?

14:42:45  9        **A.**    No, not unless you felt something.

14:42:50 10        **Q.**    What do you mean by felt something?

14:42:53 11        **A.**    If you felt what would be narcotics in

14:42:58 12    their pants, you'd be allowed to retrieve it.

14:43:04 13        **Q.**    Okay.  Felt something.  Can you explain

14:43:06 14    to me what is a pat-down frisk?

14:43:11 15        **A.**    It's a -- it's a pat-down frisk with

14:43:18 16    your hands of the -- the subject and his person.

14:43:30 17        **MS. REDDY:**  I'm sorry, Joan, can you just

14:43:32 18    read that back, please.

14:43:33 19        (The above-requested testimony was then read

14:43:57 20    by the reporter.)

14:43:57 21        **BY MS. REDDY:**

14:43:57 22        **Q.**    What body parts are you allowed to

14:43:59 23    touch during a pat-down frisk?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

31

| | | |
|---|---|---|
| 14:44:01 | 1 | **MR. DUDDY:** Objection. Form. |
| 14:44:03 | 2 | **THE WITNESS:** The entire body. |
| 14:44:07 | 3 | **BY MS. REDDY:** |
| 14:44:12 | 4 | **Q.** Are you -- is pat-down being used -- |
| 14:44:14 | 5 | how are the words pat-down being used? Are they |
| 14:44:17 | 6 | being used literally? |
| 14:44:21 | 7 | **A.** Yes. |
| 14:44:22 | 8 | **Q.** So you're able to pat down. Are you |
| 14:44:25 | 9 | able to squeeze? |
| 14:44:26 | 10 | **MR. DUDDY:** Objection. Form. |
| 14:44:30 | 11 | **BY MS. REDDY:** |
| 14:44:31 | 12 | **Q.** Is it allowable to squeeze during a |
| 14:44:33 | 13 | pat-down frisk? |
| 14:44:36 | 14 | **A.** Yes. |
| 14:44:38 | 15 | **Q.** Okay. Now, what happens if an officer |
| 14:44:59 | 16 | feels something during a pat-down frisk? |
| 14:45:03 | 17 | **A.** They ask the defendant what it was, the |
| 14:45:08 | 18 | subject what it was, what it might be. |
| 14:45:13 | 19 | **Q.** And then? |
| 14:45:14 | 20 | **A.** I would use my experience and knowledge |
| 14:45:18 | 21 | of what I felt, dealt with in prior dealings to |
| 14:45:24 | 22 | what I thought I felt. |
| 14:45:31 | 23 | **Q.** And at that point are you allowed to do |

14:45:33  1  a bigger search?

14:45:35  2          **A.**    If I believe there are narcotics, yes.

14:45:38  3          **Q.**    And what search are you allowed to do

14:45:40  4  at that time?

14:45:40  5          **A.**    At that point I would detain the

14:45:45  6  subject and retrieve the item wherever I felt it.

14:46:01  7          **Q.**    What methods are you allowed to use to

14:46:04  8  retrieve the item?

14:46:05  9          **A.**    Once -- once the subject was detained,

14:46:15 10  I would try to verbally ask them what it was and

14:46:18 11  where it was so that I wouldn't have to go through

14:46:20 12  it myself, but if I had to -- but if one -- but as

14:46:27 13  an officer, we would have to retrieve it.

14:46:32 14          **Q.**    At the scene there?

14:46:34 15          **A.**    Yes.

14:46:37 16          **Q.**    And what you've just outlined for us,

14:46:51 17  is this the City of Buffalo policy?

14:46:55 18          **A.**    Yes.

14:46:58 19          **Q.**    Was it the policy in 2020?

14:47:02 20          **A.**    Yes.

14:47:03 21          **Q.**    Is it the policy now?

14:47:08 22          **A.**    Yes.

14:47:09 23          **Q.**    And what policy are you referring to?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

33

14:47:11  1          **MR. DUDDY:**  Objection.  Form.

14:47:12  2          **THE WITNESS:**  The City of Buffalo's policy.

14:47:18  3          **BY MS. REDDY:**

14:47:18  4          **Q.**   Is there a name?

14:47:22  5          **A.**   Pat-down frisk.

14:47:30  6          **Q.**   And what document is this policy

14:47:34  7     contained in?

14:47:35  8          **A.**   Possibly our manual of procedures.

14:47:39  9          **Q.**   Sorry, you said the manual of

14:47:41 10     procedures?

14:47:47 11          **A.**   Manual of procedures, sorry.

14:48:06 12          **Q.**   Does this policy allow you to search

14:48:13 13     the person of all passengers in the vehicle?

14:48:19 14          **A.**   Are you talking about in 2020?

14:48:24 15          **Q.**   Yes.

14:48:25 16          **A.**   Yes, the odor of marijuana would give

14:48:28 17     us probable cause to search the vehicle and all the

14:48:32 18     passengers.

14:48:32 19          **Q.**   What type of search of the passengers?

14:48:36 20          **A.**   The same search.

14:48:41 21          **Q.**   The pat-down frisk?

14:48:43 22          **A.**   Yes.

14:48:47 23          **Q.**   Now, has that search changed since May

14:48:50  1  of 2020?

14:48:55  2      **A.**   In regards to marijuana?  Yes, I

14:49:01  3  believe so.

14:49:01  4      **Q.**   Okay.  Yeah, we just discussed that.

14:49:05  5  That's what you're referring to?

14:49:06  6      **A.**   Yes.

14:49:09  7      **Q.**   Do you know why this legislation was

14:49:12  8  changed with respect to marijuana laws?

14:49:14  9      **MR. DUDDY:**  Objection.  Form.

14:49:14 10      **THE WITNESS:**  No.

14:49:17 11      **BY MS. REDDY:**

14:49:29 12      **Q.**   So what time did you start your shift

14:49:31 13  on May 10th, 2020?

14:49:33 14      **A.**   3:30 p.m.

14:49:37 15      **Q.**   Okay.  So let's talk about this

14:49:44 16  incident.  How did you come to meet Mr. Suttles on

14:49:46 17  May 10th, 2020?

14:49:47 18      **A.**   It was a traffic stop.

14:49:52 19      **Q.**   For what?

14:49:53 20      **A.**   He was going the wrong way down a

14:49:58 21  one-way street.

14:50:03 22      **Q.**   How did you first notice that?

14:50:05 23      **A.**   Just observed it.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

35

| | | |
|---|---|---|
| 14:50:08 | 1 | **Q.** What street? |
| 14:50:09 | 2 | **A.** I believe it was Madison Street. |
| 14:50:16 | 3 | **Q.** Is that when you first saw Mr. Suttles, |
| 14:50:19 | 4 | on Madison Street? |
| 14:50:21 | 5 | **MR. DUDDY:** Objection. Form. |
| 14:50:23 | 6 | **THE WITNESS:** Physically, yes. |
| 14:50:26 | 7 | **BY MS. REDDY:** |
| 14:50:27 | 8 | **Q.** Sorry, what was that word? |
| 14:50:29 | 9 | **A.** Yes. |
| 14:50:30 | 10 | **Q.** Okay. Were you driving behind him on |
| 14:50:39 | 11 | Madison Street? |
| 14:50:42 | 12 | **A.** Yes. |
| 14:50:43 | 13 | **Q.** That's the first time you noticed |
| 14:50:45 | 14 | Mr. Suttles? |
| 14:50:48 | 15 | **A.** Yes. |
| 14:50:48 | 16 | **Q.** Did you see the vehicle prior to |
| 14:50:50 | 17 | Madison Street? |
| 14:50:53 | 18 | **A.** Yes. |
| 14:50:53 | 19 | **Q.** Where did you see the vehicle? |
| 14:50:56 | 20 | **A.** At a gas station on Jefferson. |
| 14:51:06 | 21 | **Q.** What was that vehicle doing at the gas |
| 14:51:09 | 22 | station? |
| 14:51:10 | 23 | **A.** I believe it was parked. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

36

14:51:14 1     **Q.**   Was it getting gas?

14:51:17 2     **A.**   I don't recall.

14:51:23 3     **Q.**   Did you notice Mr. Suttles at the gas

14:51:25 4 station on May 10th, 2020?

14:51:28 5     **A.**   I don't believe so.

14:51:30 6     **Q.**   What made you notice the vehicle parked

14:51:33 7 at the gas station?

14:51:37 8     **A.**   I know he's known to operate the

14:51:39 9 vehicle, but I don't recall physically seeing him

14:51:43 10 in the vehicle or at that time at the gas station.

14:51:54 11     **Q.**   What vehicle are you referring to?

14:51:57 12     **A.**   I believe it was a Chevy Cobalt, gray

14:52:02 13 in color.

14:52:03 14     **Q.**   Is that his vehicle?

14:52:05 15     **MR. DUDDY:**  Objection.  Form.

14:52:07 16     **THE WITNESS:**  I don't recall who the vehicle

14:52:10 17 was registered to.

14:52:13 18     **BY MS. REDDY:**

14:52:15 19     **Q.**   But you associated that vehicle with

14:52:16 20 Mr. Suttles; is that correct?

14:52:19 21     **A.**   Yes.

14:52:24 22     **Q.**   And who were you with at that time?

14:52:30 23     **A.**   Officer Ronald Ammerman.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

37

| | | |
|---|---|---|
| 14:52:35 | 1 | Q. What street were you driving down? |
| 14:52:42 | 2 | A. Jefferson. |
| 14:52:46 | 3 | Q. And you passed the gas station on |
| 14:52:49 | 4 | Jefferson? |
| 14:52:50 | 5 | A. Yes. |
| 14:52:50 | 6 | Q. Did you drive past the gas station? |
| 14:52:54 | 7 | A. Yes. |
| 14:52:55 | 8 | Q. Was there a time where Mr. Suttles -- |
| 14:52:59 | 9 | was there a time where that vehicle pulled out of |
| 14:53:01 | 10 | that gas station? |
| 14:53:04 | 11 | A. Yes. |
| 14:53:04 | 12 | Q. How did you notice that? |
| 14:53:06 | 13 | A. I observed it. |
| 14:53:10 | 14 | Q. In your rearview? |
| 14:53:14 | 15 | A. I don't recall if I -- I don't recall |
| 14:53:19 | 16 | if it was the rearview mirror. |
| 14:53:21 | 17 | Q. Okay. |
| 14:53:21 | 18 | A. I just remember observing the vehicle. |
| 14:53:26 | 19 | Q. It was what? |
| 14:53:27 | 20 | A. I just remember observing the vehicle. |
| 14:53:30 | 21 | Q. So you observed the vehicle pulling out |
| 14:53:31 | 22 | of the gas station as you were driving past; is |
| 14:53:35 | 23 | that correct? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

38

| | | |
|---|---|---|
| 14:53:35 | 1 | **A.**   I don't recall. |
| 14:53:38 | 2 | **Q.**   Okay.  Did your patrol vehicle and the |
| 14:53:41 | 3 | Chevy Cobalt cross paths at any point? |
| 14:53:47 | 4 | **A.**   I believe so, yes. |
| 14:53:49 | 5 | **Q.**   Were these two vehicles going in |
| 14:53:52 | 6 | opposite directions? |
| 14:53:58 | 7 | **A.**   Yes. |
| 14:54:02 | 8 | **Q.**   Okay.  What happened next? |
| 14:54:07 | 9 | **A.**   I made a U-turn and got behind the |
| 14:54:10 | 10 | vehicle. |
| 14:54:10 | 11 | **Q.**   So -- I'm sorry, let's just get one |
| 14:54:14 | 12 | question out of the way.  Were you driving the |
| 14:54:16 | 13 | vehicle, or was Officer Ammerman driving the |
| 14:54:19 | 14 | vehicle? |
| 14:54:19 | 15 | **A.**   I was. |
| 14:54:21 | 16 | **Q.**   What prompted you to take a U-turn on |
| 14:54:24 | 17 | Jefferson? |
| 14:54:25 | 18 | **A.**   Like I said, I know the vehicle as |
| 14:54:27 | 19 | being associated with Mr. Suttles. |
| 14:54:35 | 20 | **Q.**   So you took a U-turn and followed that |
| 14:54:39 | 21 | vehicle? |
| 14:54:40 | 22 | **A.**   Yes, yes. |
| 14:54:47 | 23 | **Q.**   What happened next? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

39

14:54:49  1        **A.**    We initiated a -- we initiated -- we

14:54:56  2    observed the vehicle going down one way the wrong

14:55:01  3    direction and initiated a traffic stop.

14:55:03  4        **Q.**    Does Madison run perpendicular to

14:55:05  5    Jefferson?

14:55:07  6        **A.**    Yes.

14:55:07  7        **Q.**    Okay.  So how long down Jefferson did

14:55:10  8    you travel before you hit Madison Street?

14:55:13  9        **A.**    As I made the U-turn, the vehicle sped

14:55:16 10    up, turned down Eagle, and then made a quick

14:55:20 11    evasive turn down Madison going the wrong way, and

14:55:23 12    that's when we initiated the traffic stop.

14:55:27 13        **Q.**    But you were already following that

14:55:29 14    vehicle when you took a U-turn on Jefferson.

14:55:29 15        **A.**    I wasn't behind it yet, no.  As I made

14:55:31 16    the U-turn, the vehicle sped up.

14:55:35 17        **Q.**    Right.  But you were already behind

14:55:37 18    that vehicle making your U-turn.

14:55:40 19        **MR. DUDDY:**  Form.

14:55:41 20        **BY MS. REDDY:**

14:55:41 21        **Q.**    Is that correct?

14:55:41 22        **A.**    I wasn't behind the vehicle.  I was

14:55:43 23    making the U-turn.  I didn't get behind the vehicle

14:55:46  1  until we were on Madison.

14:55:48  2       **Q.**   Okay.  But -- well, how did you know

14:55:52  3  where the vehicle was going?

14:55:55  4       **A.**   As I caught up to it as it had been

14:55:58  5  making a left-hand turn onto the one-way.

14:56:01  6       **Q.**   Okay.  So let's just go through some of

14:56:04  7  the intersections that I'm not necessarily as

14:56:06  8  familiar with.  You're going down Jefferson?

14:56:08  9       **A.**   Yes.

14:56:09  10      **Q.**   Eagle is perpendicular to Jefferson?

14:56:12  11      **A.**   Yes.

14:56:12  12      **Q.**   And after Eagle is Madison?

14:56:15  13      **A.**   No.  Eagle runs north -- Eagle runs

14:56:19  14  east and west.  Madison runs north-south.

14:56:26  15      **Q.**   Okay.  So you're going down Jefferson.

14:56:29  16  What's the first street you see that's

14:56:32  17  perpendicular?

14:56:32  18      **A.**   East Eagle, or Eagle.

14:56:38  19      **Q.**   Okay.  So at some point you're both

14:56:43  20  heading in the same direction on Jefferson; is that

14:56:46  21  correct?

14:56:46  22      **A.**   No, I made a U-turn going back towards

14:56:50  23  the gas station, and he turned coming out of the

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

41

| | | |
|---|---|---|
| 14:56:56 | 1 | gas station. |
| 14:56:57 | 2 | **Q.**   A U-turn? |
| 14:56:58 | 3 | **A.**   I made the U-turn, yes. |
| 14:57:01 | 4 | **Q.**   Okay.  Right.  So at some point you're |
| 14:57:02 | 5 | both travelling in the same direction; is that |
| 14:57:08 | 6 | correct? |
| 14:57:08 | 7 | **A.**   Yes. |
| 14:57:08 | 8 | **Q.**   Is that on Jefferson? |
| 14:57:12 | 9 | **A.**   As I was making the U-turn, I believe |
| 14:57:15 | 10 | he was turning up Eagle. |
| 14:57:18 | 11 | **Q.**   Okay.  What turn did he make on Eagle? |
| 14:57:22 | 12 | **A.**   He made a right-hand turn on Eagle. |
| 14:57:24 | 13 | **Q.**   Okay.  And then did you make a |
| 14:57:25 | 14 | right-hand turn on Eagle behind him? |
| 14:57:29 | 15 | **A.**   Yes. |
| 14:57:31 | 16 | **Q.**   And how many blocks ahead is Madison? |
| 14:57:35 | 17 | **A.**   It's one block.  It's the first block. |
| 14:57:38 | 18 | **Q.**   First block.  And what prompted your |
| 14:57:48 | 19 | stop of the vehicle on May 10th, 2020? |
| 14:57:51 | 20 | **MR. DUDDY:**  Objection.  Form. |
| 14:57:52 | 21 | **THE WITNESS:**  He was going the wrong way |
| 14:57:55 | 22 | down a one-way. |
| 14:57:56 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

42

| | | |
|---|---|---|
| 14:57:56 | 1 | **Q.**   On Madison? |
| 14:57:57 | 2 | **A.**   Yes. |
| 14:57:58 | 3 | **Q.**   After you followed him on Jefferson and |
| 14:58:00 | 4 | Eagle, you're referring to the next street, which |
| 14:58:02 | 5 | is Madison; is that correct? |
| 14:58:04 | 6 | **MR. DUDDY:**  Objection.  Form. |
| 14:58:06 | 7 | **THE WITNESS:**  Yes, on Madison. |
| 14:58:08 | 8 | **BY MS. REDDY:** |
| 14:58:08 | 9 | **Q.**   Okay.  Tell us what happens on Madison |
| 14:58:19 | 10 | after you noticed Mr. Suttles was going one way, |
| 14:58:25 | 11 | going down the one-way -- sorry, just for Joan's |
| 14:58:28 | 12 | sake I'm going to say it again -- going down the |
| 14:58:32 | 13 | one-way on Madison? |
| 14:58:33 | 14 | **A.**   Going down the one-way the wrong way we |
| 14:58:36 | 15 | initiated a traffic stop. |
| 14:58:37 | 16 | **Q.**   How did you do that? |
| 14:58:40 | 17 | **A.**   Activated our overhead lights. |
| 14:58:45 | 18 | **Q.**   Was Mr. Suttles attempting to correct |
| 14:58:48 | 19 | his direction going wrong on the one-way street? |
| 14:58:51 | 20 | **MR. DUDDY:**  Objection.  Form. |
| 14:58:55 | 21 | **THE WITNESS:**  I don't know what he was |
| 14:58:56 | 22 | attempting to do. |
| 14:58:57 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

43

14:58:57  1      **Q.**   Which direction was his car facing when
14:59:00  2  you put on your headlights?
14:59:03  3      **A.**   I believe he was still going forward,
14:59:05  4  then turning into a driveway.
14:59:10  5      **Q.**   Okay.  So was he perpendicular to your
14:59:13  6  vehicle by then?
14:59:16  7      **MR. DUDDY:**  Objection.  Form.
14:59:18  8      **THE WITNESS:**  He was on an angle, I guess.
14:59:20  9      **BY MS. REDDY:**
14:59:20  10      **Q.**   Okay.  So were you blocking the street?
14:59:27  11      **A.**   Was I blocking the street?
14:59:29  12      **Q.**   Were both cars blocking the street?
14:59:33  13      **A.**   Yeah, I guess.
14:59:35  14      **Q.**   Okay.  So what happened after you put
14:59:38  15  your sirens on?
14:59:39  16      **A.**   I just activated overhead lights.  We
14:59:41  17  didn't use sirens.
14:59:44  18      **Q.**   Oh, sorry.  That's two different
14:59:46  19  things?  Okay.  So you turn on your headlights?
14:59:48  20      **A.**   Yes, overhead.
14:59:49  21      **Q.**   What happened next?
14:59:51  22      **A.**   The overhead lights.  We approached the
14:59:54  23  vehicle.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

44

| | | |
|---|---|---|
| 14:59:56 | 1 | Q.    Who's "we"? |
| 14:59:57 | 2 | A.    Myself and Officer Ammerman. |
| 15:00:00 | 3 | Q.    Okay.  What happened next? |
| 15:00:03 | 4 | A.    The first thing I noticed was a strong |
| 15:00:07 | 5 | odor of marijuana coming from the vehicle. |
| 15:00:10 | 6 | Q.    Which side of the vehicle did you |
| 15:00:13 | 7 | approach? |
| 15:00:14 | 8 | A.    Driver's side. |
| 15:00:16 | 9 | Q.    Okay.  And where was Officer Ammerman? |
| 15:00:21 | 10 | A.    Passenger's side. |
| 15:00:25 | 11 | Q.    Okay.  So let's just start with you |
| 15:00:28 | 12 | approaching the window of Mr. Suttles.  What did |
| 15:00:31 | 13 | you do next? |
| 15:00:33 | 14 | A.    I believe I asked for his license. |
| 15:00:35 | 15 | Q.    Okay. |
| 15:00:38 | 16 | A.    And then we I guess had a conversation. |
| 15:00:42 | 17 | Q.    What was the conversation? |
| 15:00:44 | 18 | A.    I don't recall the exact conversation, |
| 15:00:48 | 19 | but I do remember asking if they had smoked any |
| 15:00:53 | 20 | weed. |
| 15:01:00 | 21 | Q.    Okay.  Then what? |
| 15:01:03 | 22 | A.    I believe they said they had, and I |
| 15:01:09 | 23 | went back to the car to run his license. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

45

| | | |
|---|---|---|
| 15:01:13 | 1 | **Q.**   Okay.  And what was Officer Ammerman |
| 15:01:16 | 2 | doing? |
| 15:01:17 | 3 | **A.**   I don't -- |
| 15:01:17 | 4 | **MR. DUDDY:**  Objection.  Form. |
| 15:01:18 | 5 | **THE WITNESS:**  I don't recall. |
| 15:01:19 | 6 | **BY MS. REDDY:** |
| 15:01:20 | 7 | **Q.**   Was he standing at the passenger |
| 15:01:22 | 8 | window? |
| 15:01:23 | 9 | **MR. DUDDY:**  Objection.  Form. |
| 15:01:24 | 10 | **THE WITNESS:**  I don't recall if he came back |
| 15:01:26 | 11 | to the vehicle or remained in the car. |
| 15:01:30 | 12 | **BY MS. REDDY:** |
| 15:01:30 | 13 | **Q.**   Okay.  So you went back to the patrol |
| 15:01:33 | 14 | car to run Mr. Suttles' license; is that correct? |
| 15:01:37 | 15 | **A.**   As far as I remember, yes. |
| 15:01:39 | 16 | **Q.**   Okay.  And where was Mr. Suttles at |
| 15:01:44 | 17 | that time? |
| 15:01:44 | 18 | **A.**   Still in the driver's seat. |
| 15:01:47 | 19 | **Q.**   Okay.  What happened next? |
| 15:01:49 | 20 | **A.**   I approached the car again and asked |
| 15:01:54 | 21 | him to step out. |
| 15:01:56 | 22 | **Q.**   Why did you ask him to step out? |
| 15:01:58 | 23 | **A.**   Because of the strong odor of |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

46

15:02:02  1  marijuana.

15:02:07  2       **Q.**  Did you talk to him about going the

15:02:09  3  wrong way on Madison Street at that time?

15:02:15  4       **A.**  I don't recall.

15:02:22  5       **Q.**  Did Mr. Suttles ever explain why he was

15:02:25  6  going the wrong direction on a one-way street?

15:02:27  7       **MR. DUDDY:**  Objection.  Form.

15:02:28  8       **THE WITNESS:**  I don't recall.

15:02:32  9       **BY MS. REDDY:**

15:02:33 10       **Q.**  Okay.  So what happened after

15:02:35 11  Mr. Suttles stepped out of the vehicle?

15:02:39 12       **A.**  I was conducting a pat-down search.

15:02:49 13       **Q.**  Okay.

15:02:51 14       **A.**  And during that pat-down frisk, I felt

15:02:55 15  what I believed to be narcotics in his pants.

15:02:57 16       **Q.**  What did you feel?

15:02:58 17       **A.**  I believed I felt crack cocaine.

15:03:03 18       **Q.**  Where?

15:03:04 19       **A.**  Between his legs.

15:03:11 20       **Q.**  Can you be more specific?  Where

15:03:15 21  between his legs?

15:03:16 22       **A.**  His groin area.

15:03:18 23       **Q.**  His groin area?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

47

15:03:21  1        **A.**    Yes, yeah, I guess that's what you call

15:03:23  2  it.

15:03:25  3        **Q.**    Okay.  How did you know that to feel

15:03:34  4  like crack cocaine?

15:03:37  5        **A.**    Experience.  I've handled crack cocaine

15:03:44  6  many times.

15:03:44  7        **Q.**    So by texture?

15:03:49  8        **A.**    Yes.

15:03:50  9        **Q.**    Did you feel a bag?

15:03:55  10        **A.**    I felt a texture of what I believed to

15:03:58  11  be crack cocaine.

15:03:59  12        **Q.**    In a baggie or just loose?

15:04:01  13        **MR. DUDDY:**  Objection.  Form.

15:04:02  14        **THE WITNESS:**  From what I recall, I believe

15:04:07  15  it would have been a bag.

15:04:09  16        **BY MS. REDDY:**

15:04:10  17        **Q.**    How large did you feel that bag to be?

15:04:11  18        **A.**    Possibly an eight-ball.

15:04:15  19        **Q.**    What's an eight-ball?

15:04:17  20        **A.**    An eighth of an ounce.

15:04:25  21        **Q.**    An eighth of an ounce.  Now, how did --

15:04:37  22  I'm sorry, how did you determine that it was crack

15:04:39  23  cocaine and not any other substance or --

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

48

15:04:43  1          A.    Like I said, from my experience dealing

15:04:45  2   with crack cocaine.

15:04:48  3          Q.    Was that in a powder form?

15:04:51  4          A.    It is in a rocky -- rocky -- a

15:04:56  5   rock-like form as well as powder.

15:04:59  6          Q.    Mixed together?

15:05:02  7          MR. DUDDY:  Objection.  Form.

15:05:04  8          BY MS. REDDY:

15:05:05  9          Q.    Is it your testimony that the

15:05:06 10   rocky-like substance is mixed with some type of

15:05:09 11   powdery substance?

15:05:10 12          MR. DUDDY:  Objection.  Form.

15:05:13 13          THE WITNESS:  Yes.

15:05:14 14          BY MS. REDDY:

15:05:15 15          Q.    Okay.  But you initially testified that

15:05:27 16   you smelled marijuana in the car; is that correct?

15:05:30 17          A.    Yes.

15:05:31 18          Q.    Was there any indication that there was

15:05:33 19   crack cocaine in the car at that time?

15:05:38 20          A.    No.

15:05:39 21          Q.    Now, where exact -- when you say groin,

15:05:43 22   where exactly do you mean?

15:05:45 23          A.    Like thigh area, like inner thigh area,

15:05:55  1  waistband, inner thigh area.

15:06:00  2          Q.   So between his two thighs?

15:06:04  3          A.   Possibly --

15:06:11  4          Q.   I'm sorry, I didn't hear your answer.

15:06:13  5  Possibly what?

15:06:14  6          A.   Like inner thigh, right inner thigh

15:06:18  7  area.

15:06:18  8          Q.   The right inner thigh area, okay.  To

15:06:22  9  the groin is the area between your abdomen and your

15:06:24 10  thigh on either side of the body?

15:06:28 11          A.   Yes.

15:06:29 12          MR. DUDDY:  Objection.  Form.

15:06:30 13          BY MS. REDDY:

15:06:31 14          Q.   Is that what you mean when you say

15:06:32 15  groin?

15:06:33 16          A.   Yes.

15:06:33 17          Q.   Okay.  And you said the right side,

15:06:35 18  right?

15:06:37 19          A.   Yes.

15:06:39 20          Q.   Okay.  Now, that's a pretty big space,

15:06:42 21  then, between the abdomen and the thigh.  So in

15:06:44 22  between there, there are other body parts.  Are you

15:06:47 23  specifying any other body part when you say groin?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 15:06:50 | 1 | **A.**   I guess you could say his genitals. |
| 15:06:53 | 2 | **Q.**   Genitals, okay.  Under his genitals? |
| 15:06:59 | 3 | **A.**   Like thigh, thigh area I would say. |
| 15:07:08 | 4 | **Q.**   Okay.  I'm just trying to get some |
| 15:07:10 | 5 | clarity here.  The groin is a large area of the |
| 15:07:13 | 6 | body.  It's between your abdomen and your thigh, |
| 15:07:17 | 7 | and you've testified that on the right-hand side |
| 15:07:20 | 8 | you believed to have felt an eighth of an ounce of |
| 15:07:24 | 9 | crack cocaine, and I'm just trying to get more |
| 15:07:28 | 10 | specificity about where you thought that object |
| 15:07:32 | 11 | was. |
| 15:07:32 | 12 | **MR. DUDDY:**  Just a point of order.  Was |
| 15:07:34 | 13 | there something humorous said there or -- the way |
| 15:07:42 | 14 | that question was asked, can you rephrase that |
| 15:07:44 | 15 | question, please? |
| 15:07:45 | 16 | **MS. REDDY:**  No. |
| 15:07:45 | 17 | **MR. DUDDY:**  All right. |
| 15:07:46 | 18 | **BY MS. REDDY:** |
| 15:07:47 | 19 | **Q.**   Can you be more specific, officer? |
| 15:07:48 | 20 | **A.**   Between his legs. |
| 15:07:51 | 21 | **Q.**   Right.  Between his legs.  In his thigh |
| 15:07:54 | 22 | area or in his private parts? |
| 15:07:56 | 23 | **MR. DUDDY:**  Objection.  Form. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

15:07:57  1       **BY MS. REDDY:**

15:07:57  2       **Q.**  Earlier you said genitals.  So I want

15:08:01  3  to be very specific.  I'd like you to specify --

15:08:01  4       (Reporter interruption.)

15:08:01  5       **MS. REDDY:**  Please let me finish my

15:08:09  6  question, officer.

15:08:09  7       **THE WITNESS:**  Okay.  Sorry.

15:08:09  8       **BY MS. REDDY:**

15:08:10  9       **Q.**  I would like you to answer, but I would

15:08:12 10  like to get my question in the record, please.

15:08:14 11       **A.**  Yes, ma'am.

15:08:15 12       **Q.**  Thank you.  I'd like you to specify

15:08:17 13  which body part exactly between the abdomen and the

15:08:20 14  thigh you claim to have felt an eighth of an ounce

15:08:24 15  of crack cocaine on Mr. Suttles on May 10th, 2020.

15:08:29 16       **A.**  First I believe to have found it in his

15:08:31 17  groin area around -- where I first felt it, his

15:08:36 18  groin area around his -- closer to his waistband,

15:08:39 19  and as I continued to search, I felt it between his

15:08:42 20  legs, between his thighs and his genitals.

15:08:55 21       **Q.**  Okay.  So first you thought you felt it

15:09:00 22  at his waistband; is that correct?

15:09:03 23       **A.**  If I recall correctly, closer to his

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

52

15:09:06  1 | waistband.

15:09:06  2 |         Q.    But there was, in fact, nothing in his

15:09:09  3 | waistband; is that correct?

15:09:10  4 |         **MR. DUDDY:**  Objection.  Form.

15:09:11  5 |         **THE WITNESS:**  No, I believe during the

15:09:14  6 | frisk, it moved.

15:09:16  7 |         **BY MS. REDDY:**

15:09:16  8 |         Q.    How did it move?

15:09:18  9 |         **MR. DUDDY:**  Objection.  Form.

15:09:21  10 |         **THE WITNESS:**  Gravity.

15:09:23  11 |         **BY MS. REDDY:**

15:09:24  12 |         Q.    Okay.  To where did it move to?

15:09:26  13 |         A.    Like I said, between his thighs and his

15:09:30  14 | genital area.

15:09:32  15 |         Q.    Okay.  And where were Mr. Suttles'

15:09:35  16 | hands during your pat-down frisk?

15:09:37  17 |         A.    They were on the car.

15:09:39  18 |         Q.    Okay.  So your testimony is that an

15:09:46  19 | eighth of crack cocaine in a bag is something that

15:09:50  20 | you felt through his pants, or did you have your

15:09:52  21 | hands in his pants?

15:09:54  22 |         A.    Through his pants.

15:09:55  23 |         Q.    Okay.  What type of pants was he

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

53

| | | |
|---|---|---|
| 15:09:57 | 1 | wearing? |
| 15:09:57 | 2 | **MR. DUDDY:** Objection. Form. |
| 15:09:58 | 3 | **THE WITNESS:** I believe sweatpants. |
| 15:10:01 | 4 | **BY MS. REDDY:** |
| 15:10:01 | 5 | **Q.** Sweatpants, okay. So the waistband -- |
| 15:10:06 | 6 | from the waistband you could feel an eighth of an |
| 15:10:10 | 7 | ounce of crack cocaine, and where was it sitting? |
| 15:10:15 | 8 | **MR. DUDDY:** Objection. Form. |
| 15:10:18 | 9 | **THE WITNESS:** I mean, I believe I've |
| 15:10:20 | 10 | answered. |
| 15:10:21 | 11 | **MS. REDDY:** You have to keep answering my |
| 15:10:23 | 12 | questions, officer. |
| 15:10:24 | 13 | **MR. DUDDY:** Why are we back to this again |
| 15:10:28 | 14 | for? |
| 15:10:28 | 15 | **MS. REDDY:** You've lodged your objection. |
| 15:10:30 | 16 | Thank you. |
| 15:10:30 | 17 | **MR. DUDDY:** I know, but what I've already |
| 15:10:31 | 18 | discussed before, and let me finish, was the |
| 15:10:34 | 19 | harassment of the witness. If you keep on |
| 15:10:36 | 20 | continuing asking the same question over and over |
| 15:10:39 | 21 | hoping to get a result that you want, then that |
| 15:10:44 | 22 | amounts to harassment under Federal |
| 15:10:46 | 23 | Rule 30(b)(3)(A), okay? So continue. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

54

15:10:51  1      **MS. REDDY:**  I will continue, but the officer

15:10:53  2  will answer my questions.  This is nowhere near

15:10:55  3  harassment, but I know you like to use that word

15:11:00  4  and cite to rules and so on, but you should just

15:11:02  5  lodge your objections for the record, and I will

15:11:05  6  request that this officer answer my questions

15:11:08  7  today.

15:11:08  8      **MR. DUDDY:**  He's going to answer it.

15:11:12  9      **BY MS. REDDY:**

15:11:13 10      **Q.**  So, officer, let's go back to the

15:11:14 11  eighth of crack cocaine that you believed was on

15:11:18 12  Mr. Suttles' person on May 10th, 2020.  Your

15:11:20 13  initial testimony is that you believe that it was

15:11:21 14  in his waistband at first during the pat-down

15:11:24 15  frisk; is that true?

15:11:25 16      **A.**  In his waistband area, yes.

15:11:27 17      **Q.**  Area, okay.  And that it moved from his

15:11:34 18  waistband area down his legs; is that correct?

15:11:38 19      **A.**  I believe so.

15:11:40 20      **Q.**  Okay.  Down his legs to where?

15:11:44 21      **A.**  Between his thighs and his genitals.

15:11:48 22      **Q.**  Okay.  And did you check that area?

15:11:53 23      **A.**  Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

55

| | | |
|---|---|---|
| 15:11:53 | 1 | **Q.** Did you find it there? |
| 15:11:56 | 2 | **A.** I felt it again. |
| 15:11:57 | 3 | **Q.** Oh, okay. Where did you feel it then? |
| 15:12:00 | 4 | **MR. DUDDY:** Objection. Form. |
| 15:12:03 | 5 | **BY MS. REDDY:** |
| 15:12:04 | 6 | **Q.** You felt it again. Where did you feel |
| 15:12:05 | 7 | it? |
| 15:12:06 | 8 | **A.** Between his thighs and his genital |
| 15:12:08 | 9 | area. |
| 15:12:08 | 10 | **Q.** Okay. But you never -- you weren't |
| 15:12:10 | 11 | able to retrieve it there, right? |
| 15:12:13 | 12 | **A.** At that point I asked him to put his |
| 15:12:15 | 13 | hands behind his back so he could be detained so I |
| 15:12:19 | 14 | could retrieve it. |
| 15:12:21 | 15 | **Q.** Okay. Did you retrieve it? |
| 15:12:24 | 16 | **A.** No. He started fighting us. |
| 15:12:26 | 17 | **Q.** He what? |
| 15:12:28 | 18 | **A.** He started to resist. |
| 15:12:30 | 19 | **Q.** How did he resist? |
| 15:12:32 | 20 | **A.** He took his left hand and put it in the |
| 15:12:35 | 21 | doorway and tried to pull himself back into the |
| 15:12:39 | 22 | car. |
| 15:12:54 | 23 | **Q.** So what ultimately happened to this |

15:12:57  1  eighth of crack cocaine that you believed was at

15:13:00  2  the scene on May 10th of 2020?

15:13:02  3      **MR. DUDDY:**  Objection.  Form.

15:13:04  4      **MS. REDDY:**  Please let me finish my

15:13:05  5  question.

15:13:05  6      **MR. DUDDY:**  Objection.  Form.

15:13:09  7      **THE WITNESS:**  I don't know.

15:13:10  8      **BY MS. REDDY:**

15:13:11  9      Q.   Okay.  Was it ever entered as a

15:13:14 10  specimen that was found at the scene?

15:13:16 11      **MR. DUDDY:**  Objection.  Form.

15:13:18 12      **THE WITNESS:**  No.

15:13:20 13      **BY MS. REDDY:**

15:13:24 14      Q.   So let's go back to what you claim

15:13:27 15  Mr. Suttles was doing by resisting.  Can you

15:13:31 16  explain that a little bit?

15:13:32 17      **MR. DUDDY:**  Objection.  Form.

15:13:33 18      **THE WITNESS:**  Just like I said, when I asked

15:13:37 19  him to put his hands behind his back so that he

15:13:39 20  could be -- so that he could be detained, he began

15:13:43 21  to tense up and grabbed the side of the door --

15:13:47 22  driver's side door and tried to pull himself back

15:13:50 23  towards the driver's seat or possibly back into the

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

57

| | | |
|---|---|---|
| 15:13:53 | 1 | car. |
| 15:13:54 | 2 | **BY MS. REDDY:** |
| 15:13:55 | 3 | **Q.**   To get back into the car?  Is that what |
| 15:13:58 | 4 | you said? |
| 15:13:58 | 5 | **MR. DUDDY:**  Objection.  Form. |
| 15:14:00 | 6 | **THE WITNESS:**  Possibly, yes. |
| 15:14:00 | 7 | **BY MS. REDDY:** |
| 15:14:01 | 8 | **Q.**   I couldn't hear you.  To get back into |
| 15:14:03 | 9 | the car?  Is that what your words were? |
| 15:14:05 | 10 | **A.**   Possibly, yes. |
| 15:14:07 | 11 | **Q.**   Possibly, okay.  Now, you said |
| 15:14:10 | 12 | detained.  What is that definition as you're using |
| 15:14:14 | 13 | it today? |
| 15:14:15 | 14 | **A.**   To be handcuffed. |
| 15:14:17 | 15 | **Q.**   Oh, okay.  Now, at that time why would |
| 15:14:22 | 16 | he be handcuffed? |
| 15:14:24 | 17 | **A.**   On the suspicion that I believed he had |
| 15:14:26 | 18 | narcotics in his pants. |
| 15:14:29 | 19 | **Q.**   The narcotics you couldn't find; is |
| 15:14:35 | 20 | that right? |
| 15:14:35 | 21 | **A.**   Yes. |
| 15:14:35 | 22 | **Q.**   So you had indicated that you were |
| 15:14:39 | 23 | attempting to retrieve this from his -- where you |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

15:14:43  1  believe gravity had moved the item, and so you

15:14:46  2  decided to detain him first; is that correct?

15:14:50  3        A.    Yes.

15:14:50  4        Q.    Okay.  And so in detaining him, you

15:14:52  5  wanted to handcuff him in order to retrieve this

15:14:56  6  item; is that correct?

15:14:58  7        A.    Yes.

15:14:58  8        Q.    But he had his hands on the car door at

15:15:01  9  that time?

15:15:01 10        A.    He tensed up and began to pull himself

15:15:04 11  towards the driver's side of the vehicle.

15:15:06 12        Q.    No, before that.  Before that, he

15:15:08 13  already had his hands on the car, right?

15:15:11 14        A.    Yes.

15:15:11 15        Q.    Okay.  And you testified that you

15:15:15 16  believed gravity had moved this item.  How come you

15:15:18 17  didn't retrieve it then?

15:15:20 18        A.    Like I said prior, I like to detain the

15:15:27 19  subject and allow -- and allow him to retrieve it

15:15:30 20  for me or tell me exactly where it is so I don't

15:15:33 21  have to go feeling around anymore.

15:15:37 22        Q.    But he would be handcuffed, right?

15:15:40 23        A.    But he could tell me where it was so I

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

59

15:15:43  1  wouldn't have to feel around and grab it.

15:15:45  2        Q.   But how would he retrieve it for you if

15:15:48  3  he's handcuffed?

15:15:49  4        **MR. DUDDY:**  Objection.  Form.

15:15:51  5        **THE WITNESS:**  If he was compliant, he would

15:15:53  6  be given the opportunity.  If not, I would retrieve

15:15:55  7  it for him.

15:15:57  8        **BY MS. REDDY:**

15:15:57  9        Q.   Okay.  And did Mr. Suttles tell you he

15:16:01  10  had some item that he would help assist you in

15:16:04  11  retrieving?

15:16:05  12        A.   I wasn't given the opportunity to ask

15:16:07  13  him.  He never -- he never allowed us to detain

15:16:11  14  him.

15:16:11  15        Q.   Even before the detainment, did you ask

15:16:14  16  him if he had anything on him that needed

15:16:17  17  retrieval?

15:16:17  18        A.   I don't recall.

15:16:21  19        Q.   Okay.  So I'm just missing one step

15:16:23  20  that I need to ask you about.  You made an initial

15:16:26  21  attempt to retrieve the eighth of crack cocaine

15:16:29  22  that you believed was on Mr. Suttles' person by

15:16:32  23  first checking the waistband area; is that correct?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

60

15:16:36  1          A.    Yes.

15:16:36  2          Q.    And at this time Mr. Suttles' hands are

15:16:39  3    on the car door, both of his hands; is that

15:16:42  4    correct?

15:16:42  5          A.    Yes.

15:16:43  6          Q.    And then it was your testimony that

15:16:45  7    gravity perhaps moved the item downwards?

15:16:50  8          A.    Yes, during the frisk.

15:16:53  9          Q.    Okay.  And is that when you decided he

15:16:56 10    needed to be detained?

15:16:58 11          A.    No.  I felt it again.

15:17:02 12          Q.    Okay.  You felt it again, and my

15:17:05 13    question to you is:  What did you do after you felt

15:17:08 14    it again in terms of retrieval?

15:17:11 15          A.    I believed it to be definitely crack

15:17:15 16    cocaine in his pants.  That is when I tried to

15:17:18 17    detain him.

15:17:27 18          Q.    At that time did you ask Mr. Suttles if

15:17:30 19    he had any crack cocaine on him?

15:17:33 20          A.    No.

15:17:38 21          Q.    Is that when he resisted?

15:17:42 22          A.    When I asked him to put his hands

15:17:45 23    behind his back, that's when he started to tense up

15:17:48   1  and resist, yes.

15:17:50   2         Q.    So you wanted him to move his hands

15:17:52   3  from the top of the car where both his hands were

15:17:56   4  placed to the back where you could handcuff him; is

15:17:59   5  that correct?

15:17:59   6         A.    Yes, but he grabbed the doorjamb and

15:18:02   7  pulled himself toward it to try to get back into

15:18:06   8  the car.

15:18:06   9         Q.    Okay.  And what did you do next?

15:18:08  10         A.    I believe I asked him to be cool, and

15:18:11  11  he continued to tense up and pull himself towards

15:18:15  12  the car, at which point we said we were going to --

15:18:17  13  I believe I heard Officer Ammerman say, stop, we're

15:18:20  14  going to have to take you to the ground, and that's

15:18:22  15  the point when we took him to the ground.

15:18:27  16         Q.    Did you punch him?

15:18:28  17         A.    I did not, no.

15:18:29  18         Q.    Did Officer Ammerman punch him?

15:18:31  19         MR. DUDDY:  Objection.  Form.

15:18:34  20         THE WITNESS:  I do not --

15:18:35  21         BY MS. REDDY:

15:18:35  22         Q.    Hold on, let me rephrase, officer.

15:18:37  23         Did you witness Officer Ammerman punch

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

62

15:18:39  1    Mr. Suttles in the face?

15:18:41  2            **A.**    I did not.

15:18:44  3            **Q.**    Okay.  I'm just going to remind you

15:18:46  4    that you are under oath today, and lying under oath

15:18:47  5    is perjury.

15:18:47  6            **MR. DUDDY:**  Excuse me?

15:18:48  7            **MS. REDDY:**  I'm just reminding the witness

15:18:51  8    that he is under oath today.

15:18:53  9            **MR. DUDDY:**  What are you insinuating now?

15:18:55 10            **MS. REDDY:**  I'm just reminding -- it's a

15:18:56 11    reminder.  You are under oath, officer.

15:19:01 12            **THE WITNESS:**  Yes, ma'am.

15:19:01 13            **MR. DUDDY:**  Are you accusing my officer of

15:19:03 14    lying?

15:19:05 15            **MS. REDDY:**  I don't think I have to make

15:19:06 16    that accusation.

15:19:07 17            **MR. DUDDY:**  You already did.  You just did.

15:19:10 18            **MS. REDDY:**  Are you okay?  I'm just giving

15:19:12 19    him a reminder that he is under oath as we move

15:19:16 20    forward with his testimony.

15:19:17 21            **MR. DUDDY:**  My patience is wearing thin.

15:19:19 22    You just accused my officer of lying.  He said he

15:19:24 23    didn't see it.  Is that not the answer you wanted?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

63

15:19:26  1  Is that why you're accusing him of lying?  I

15:19:28  2  mean --

15:19:28  3       **MS. REDDY:**  I'm reminding the officer that

15:19:30  4  he is under oath.  He took that oath, you know,

15:19:33  5  maybe over an hour ago.  I'm just giving him a

15:19:35  6  friendly reminder since that would be considered

15:19:39  7  perjury, and you are under oath.

15:19:39  8       **THE WITNESS:**  In 12 years I've never been

15:19:41  9  accused of anything in my life.  I have no --

15:19:43 10       **MS. REDDY:**  Officer, there is no question

15:19:45 11  pending right now.

15:19:46 12       **THE WITNESS:**  I mean, I'm being

15:19:49 13  accused of --

15:19:49 14       **MS. REDDY:**  No, you don't -- there's no

15:19:50 15  answer required of you right now.  There's no

15:19:52 16  question pending.  I was just giving you a

15:19:54 17  reminder, which I will continue to do during the

15:19:56 18  course of today, even after we take a break.  You

15:19:59 19  remain to be under oath.

15:20:01 20       **THE WITNESS:**  Yes, ma'am.

15:20:08 21       **BY MS. REDDY:**

15:20:08 22       Q.   Okay.  Let's go back to your claims

15:20:10 23  that Mr. Suttles attempted to get back into the

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

64

15:20:13  1  vehicle.  What happened next?

15:20:15  2      A.    He was told that if he kept -- he was

15:20:18  3  told that he would be -- he would be brought to the

15:20:21  4  ground if he continued to do so.

15:20:23  5      Q.    Continued to do what?

15:20:25  6      A.    Resist and pull himself back towards

15:20:28  7  the driver's side of the vehicle.

15:20:31  8      Q.    Okay.  Then what happened?

15:20:33  9      A.    We all went to the ground.

15:20:36 10      Q.    I'm sorry, what is that?

15:20:38 11      A.    I believe we all went to the ground.

15:20:40 12      Q.    Who's we all?

15:20:42 13      A.    Myself, Officer Ammerman, and

15:20:46 14  Mr. Suttles.

15:20:51 15      Q.    How did you end up on the ground?

15:20:54 16      A.    I don't recall.

15:21:01 17      Q.    Okay.  And what time did Officer

15:21:04 18  Ammerman -- did he come to the opposite side of the

15:21:07 19  vehicle at some point?

15:21:08 20      A.    I believe he was at that side of the

15:21:10 21  vehicle for the entire search.

15:21:13 22      Q.    Okay.  Can you tell me when he moved?

15:21:15 23  Because your earlier testimony was that he was

15:21:18  1  initially on the passenger's side.

15:21:20  2      **A.**    I don't know exactly when he when

15:21:21  3  moved, but at some point he moved to the driver's

15:21:25  4  side.

15:21:25  5      **Q.**    Okay.  To your knowledge, has Officer

15:21:33  6  Ammerman ever been accused of using excessive force

15:21:37  7  against a civilian?

15:21:37  8      **A.**    Not to my knowledge, no.

15:21:39  9      **MR. DUDDY:**  Objection.  Form.

15:21:40  10     **BY MS. REDDY:**

15:21:46  11     **Q.**    Okay.  So now you've testified that

15:21:49  12  you -- is it your testimony that all three of you

15:21:52  13  are on the ground now?

15:21:53  14     **A.**    At some point all three of us, yes,

15:21:55  15  were on the ground.

15:21:56  16     **Q.**    And what happened next?

15:22:00  17     **A.**    At that point he used his left hand to

15:22:03  18  try to pull himself underneath the vehicle, and his

15:22:06  19  right hand was in his pants.

15:22:14  20     **Q.**    In his pants where?

15:22:16  21     **A.**    In his groin area.

15:22:21  22     **Q.**    Okay.  What happened next?

15:22:23  23     **A.**    He continued to pull himself underneath

15:22:27  1  the vehicle, because at one point I did get a cuff

15:22:31  2  on his left hand which was on the vehicle, but like

15:22:34  3  I said, he continued to resist and pull himself

15:22:36  4  underneath the vehicle.

15:22:40  5       Q.    Now, again, when you use the word

15:22:42  6  resist, what was he doing?

15:22:43  7       A.    Pulling away, tensing up, pulling

15:22:47  8  himself underneath the car, not complying with

15:22:50  9  orders to put his hands behind his back.

15:22:59 10       Q.    Okay.  What happened next?

15:23:03 11       A.    At some point, I'm not sure how long it

15:23:06 12  took, he was able to be taken into custody.

15:23:15 13       Q.    So you indicated you were able to put

15:23:19 14  one handcuff on him?

15:23:22 15       A.    Yes.

15:23:22 16       Q.    Which handcuff?

15:23:24 17       A.    I believe it was the left hand, the one

15:23:27 18  he was using to pull himself underneath the

15:23:29 19  vehicle.

15:23:30 20       Q.    Okay.  And when was the right cuff

15:23:32 21  placed?

15:23:34 22       A.    Like I said, it continued for a little

15:23:37 23  while longer as he continued to pull himself

15:23:41  1   underneath the car, but at some point I was able to

15:23:43  2   get another handcuff on him.

15:23:45  3          Q.   So you were able to get both handcuffs

15:23:47  4   on him?

15:23:48  5          A.   Eventually, yes.

15:23:49  6          Q.   Now, at this time, by the time you had

15:23:52  7   both handcuffs on him, is he still on the ground?

15:23:56  8          A.   Yes.

15:23:59  9          Q.   Is he laying on the ground face down

15:24:02  10  with both handcuffs on his hands at some point?

15:24:06  11         **MR. DUDDY:**  Objection.  Form.

15:24:07  12         **THE WITNESS:**  I believe so.

15:24:08  13         **BY MS. REDDY:**

15:24:15  14         Q.   What happened next?

15:24:20  15         A.   I don't recall.

15:24:25  16         Q.   Did you read him his Miranda rights?

15:24:29  17         A.   I do not know.

15:24:32  18         Q.   Did you tell him what he was being

15:24:33  19  arrested for?

15:24:35  20         A.   Eventually, yes.

15:24:37  21         Q.   When?

15:24:38  22         A.   I don't recall exactly when.

15:24:41  23         Q.   After or before you put the handcuffs

15:24:43  1  on him?

15:24:46  2          A.    Well, during -- I mean, he -- can you

15:24:52  3  ask the question again, please?

15:24:54  4          Q.    Did you inform Mr. Suttles of what he

15:24:56  5  was being arrested for after or before you put the

15:24:59  6  handcuffs on him?

15:25:00  7          A.    Well, I believe when he decided to

15:25:04  8  resist and obstruct, he was under arrest at that

15:25:09  9  point before we even got the handcuffs on him.

15:25:13 10          Q.    Is that when you informed him of what

15:25:15 11  he was under arrest for?

15:25:17 12          A.    Not at that point.  I don't recall when

15:25:21 13  he was informed of the charges.

15:25:24 14          Q.    Okay.  When did you inform him of those

15:25:26 15  charges?

15:25:27 16          A.    I don't recall.

15:25:29 17          Q.    Okay.  What were you charging him with?

15:25:34 18          A.    At that point it was obstruction and

15:25:38 19  resisting.

15:25:41 20          Q.    What does obstruction mean?

15:25:45 21          A.    Obstruction is impeding an

15:25:53 22  investigation, not complying.

15:25:59 23          Q.    And what does resisting mean?

15:26:02  1          **A.**   He resisted arrest, he resisted and

15:26:09  2    refused to let us put handcuffs on him and he

15:26:12  3    fought with us.

15:26:13  4          **Q.**   Any other charges?

15:26:14  5          **A.**   I believe there was also one other one

15:26:18  6    for tampering with evidence.

15:26:21  7          **Q.**   How did he tamper with evidence?

15:26:24  8          **A.**   At some point he admitted -- admitted

15:26:26  9    to Officer Ammerman that he did have something on

15:26:29 10    him but he got rid of it.

15:26:31 11          **Q.**   At what point was that?

15:26:32 12          **A.**   I -- he didn't disclose.  He didn't

15:26:36 13    tell me.  He told Officer Ammerman.  I'm not sure

15:26:39 14    at what point he told him that.

15:26:50 15          **Q.**   Any other charges?

15:26:54 16          **A.**   I don't believe so.  Maybe some vehicle

15:26:57 17    and traffic charges.

15:27:04 18          **Q.**   Okay.  Going back to the tampering with

15:27:07 19    evidence, are you saying that was a charge that was

15:27:10 20    added after Mr. Suttles allegedly admitted that he

15:27:14 21    got rid of what you said was "it"?

15:27:19 22          **A.**   Yes.

15:27:21 23          **Q.**   When were those charges added?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

70

15:27:24  1          MR. DUDDY:  Objection.  Form.

15:27:25  2          THE WITNESS:  They were all added the same

15:27:29  3  time while he was -- while he was processed.

15:27:31  4          MS. REDDY:  Okay.

15:27:31  5          THE WITNESS:  They were all at the same

15:27:32  6  time.

15:27:32  7          BY MS. REDDY:

15:27:33  8      Q.  Okay.  So I want to just go back to the

15:27:35  9  chronology we've established thus far through your

15:27:38 10  testimony.  You indicated that at some point he was

15:27:41 11  on the ground face down and you were able to

15:27:43 12  successfully put the handcuffs on Mr. Suttles on

15:27:45 13  May 10th, 2020; is that correct?

15:27:47 14          MR. DUDDY:  Objection.  Form.

15:27:49 15          THE WITNESS:  At some point, yes.

15:27:50 16          BY MS. REDDY:

15:27:50 17      Q.  Okay.  My question to you is:  By that

15:27:53 18  point, had you informed him of what he was being

15:27:55 19  arrested for?

15:27:56 20          MR. DUDDY:  Objection.  Form.

15:27:58 21          THE WITNESS:  At that point, no.

15:27:59 22          BY MS. REDDY:

15:27:59 23      Q.  Okay.  How soon thereafter did you

15:28:02  1  inform Mr. Suttles of what he was being arrested

15:28:04  2  for?

15:28:06  3       A.   I don't recall.  It may have been

15:28:10  4  Officer Ammerman that did.  I'm not sure at what

15:28:15  5  point.

15:28:15  6       Q.   Okay.  Do you use the words arrest and

15:28:19  7  charges synonymously?

15:28:22  8       A.   I believe so.

15:28:25  9       Q.   Okay.  At what point in time is an

15:28:30 10  officer required to inform a civilian of what

15:28:32 11  they're being arrested for?

15:28:33 12       MR. DUDDY:  Objection.  Form.

15:28:36 13       THE WITNESS:  I don't know if there's a

15:28:38 14  timeline.

15:28:42 15       BY MS. REDDY:

15:28:43 16       Q.   Okay.  At what point in time is a

15:28:45 17  police officer required to read the Miranda rights

15:28:48 18  to a civilian?

15:28:54 19       A.   They do after -- after arrest.

15:29:00 20       Q.   At what time after arrest?

15:29:01 21       A.   If they're going to be questioned.

15:29:08 22       Q.   Okay.  Only if they're going to be

15:29:13 23  questioned?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

72

15:29:15  1        **A.**    I mean, I guess, yeah.

15:29:39  2        **Q.**    Was there ever a time where you learned

15:29:43  3   what were the outcome of these charges in relation

15:29:45  4   to Mr. Suttles on May 10th, 2020?

15:29:49  5        **A.**    No.

15:29:49  6        **Q.**    As you sit here today, do you know what

15:29:51  7   happened to all of these charges against

15:29:53  8   Mr. Suttles from May 10th, 2020?

15:29:56  9        **A.**    I assume dropped.

15:30:00 10        **Q.**    And in any of these charges, were there

15:30:03 11   any drug-related charges made against Mr. Suttles

15:30:07 12   stemming from the events of May 10th, 2020?

15:30:10 13        **A.**    Not to my knowledge.

15:30:15 14        **Q.**    Okay.  So going back to Mr. Suttles

15:30:17 15   being on the ground in handcuffs, what happened

15:30:21 16   next?

15:30:21 17        **MR. DUDDY:**  Objection.  Form.

15:30:23 18        **THE WITNESS:**  I believe he was walked over

15:30:27 19   to a patrol car and searched again.

15:30:33 20        **BY MS. REDDY:**

15:30:34 21        **Q.**    Was there a time where you called other

15:30:36 22   officers to the scene?

15:30:40 23        **A.**    As he was resisting, yes, we called for

15:30:43   1   more cars.

15:30:45   2           Q.    How did you make that call?

15:30:47   3           A.    I'm not sure who put out a -- it might

15:30:52   4   have been Officer Ammerman that called it over the

15:30:54   5   air.  I don't recall doing it.

15:30:58   6           Q.    Was that -- is that done through like a

15:31:00   7   radio on your person?

15:31:02   8           A.    Yes.

15:31:04   9           Q.    How long at the scene on May 10th,

15:31:07  10   2020, was it just you and Officer Ammerman with

15:31:10  11   Mr. Suttles and the passenger of the vehicle?

15:31:12  12           A.    Almost the entirety of it.

15:31:19  13           Q.    When did the first police officer --

15:31:22  14   other additional police officer arrive?

15:31:24  15           A.    I don't recall.

15:31:27  16           Q.    How many police officers arrived?

15:31:31  17           A.    Multiple officers.  I can't put a

15:31:34  18   number on it.

15:31:41  19           Q.    So you testified that he was searched

15:31:47  20   at the patrol car.  Which car are you referring to?

15:31:52  21           A.    I -- I don't recall which car, but I

15:31:57  22   believe at a patrol car.

15:32:00  23           Q.    Okay.  So there's just a little gap

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

74

15:32:02  1  here.  He's on the floor.  He's in cuffs, and you

15:32:07  2  testified that he's been searched at another patrol

15:32:11  3  car.  Is that the patrol car of another officer

15:32:13  4  that arrived at the scene?

15:32:15  5       A.   Our patrol car.

15:32:16  6       Q.   Your patrol car, okay.  So it's still

15:32:18  7  you, Officer Ammerman, Mr. Suttles, and the

15:32:21  8  passenger; is that correct?

15:32:22  9       A.   At that point there was multiple other

15:32:25 10  officers on scene.

15:32:27 11       Q.   Okay.  So did you lift Mr. Suttles off

15:32:37 12  the ground?

15:32:38 13       A.   I don't recall.

15:32:42 14       Q.   Okay.

15:32:42 15       A.   I don't know for sure.

15:32:44 16       Q.   Okay.  So let's talk about the

15:32:48 17  subsequent search at the patrol car.  What type of

15:32:50 18  search did you conduct?

15:32:54 19       A.   Another pat-down search, a more

15:32:58 20  thorough one.  At that point we were kind of

15:33:01 21  nervous with how far his hand was down his pants

15:33:04 22  that he may have shoved something inside of

15:33:07 23  himself, so I believe his sweatpants were drawn

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

75

| | | |
|---|---|---|
| 15:33:10 | 1 | apart to physically look. |
| 15:33:21 | 2 | **Q.**   Did you physically look? |
| 15:33:24 | 3 | **A.**   I believe so. |
| 15:33:26 | 4 | **Q.**   Did you find anything? |
| 15:33:28 | 5 | **A.**   I did not. |
| 15:33:30 | 6 | **Q.**   Okay.  What happened next? |
| 15:33:35 | 7 | **A.**   I believe he was placed into a patrol |
| 15:33:40 | 8 | car. |
| 15:33:42 | 9 | **Q.**   Okay.  Whose patrol car? |
| 15:33:45 | 10 | **A.**   My patrol car. |
| 15:33:48 | 11 | **Q.**   Okay.  Then what happened? |
| 15:33:51 | 12 | **A.**   We drove him down to booking, myself |
| 15:33:57 | 13 | and Officer Ammerman. |
| 15:33:58 | 14 | **Q.**   Yourself and who? |
| 15:34:00 | 15 | **A.**   Officer Ammerman. |
| 15:34:06 | 16 | **Q.**   By the time he was in the back of the |
| 15:34:08 | 17 | police car, was he made aware of what he was being |
| 15:34:10 | 18 | arrested for? |
| 15:34:12 | 19 | **A.**   I don't recall. |
| 15:34:16 | 20 | **Q.**   Who else was in the patrol car? |
| 15:34:19 | 21 | **A.**   Myself and Officer Ammerman. |
| 15:34:22 | 22 | **Q.**   Anyone else? |
| 15:34:24 | 23 | **A.**   No. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

76

15:34:24  1          **Q.**   Did any officer ride in the back with
15:34:27  2    Mr. Suttles?
15:34:28  3          **A.**   Yes.
15:34:28  4          **Q.**   Who?
15:34:29  5          **A.**   Officer Ammerman.
15:34:32  6          **Q.**   Okay.  Was there a time where
15:34:38  7    Lieutenant Tripp arrived at the scene?
15:34:42  8          **A.**   Yes.
15:34:43  9          **Q.**   When did she arrive?
15:34:45 10          **A.**   I don't recall exactly when.
15:34:51 11          **Q.**   Did you have any discussions with her
15:34:52 12    at the scene?
15:34:55 13          **A.**   Yes.
15:34:55 14          **Q.**   What did you discuss?
15:34:57 15          **A.**   The incident.
15:34:59 16          **Q.**   What is the incident?
15:35:01 17          **A.**   The incident we just talked about on
15:35:06 18    May 10th, 2020.
15:35:10 19          **Q.**   And what exactly did you discuss with
15:35:12 20    her in relation to the incident?
15:35:15 21          **A.**   I don't recall our exact conversation,
15:35:18 22    but we talked about what had -- what had happened.
15:35:23 23          **Q.**   Okay.  So what happened at central

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

```
15:35:41  1  booking?
15:35:42  2       A.    I believe we had called -- I believe we
15:35:48  3  called an ambulance to meet us down there.
15:35:52  4       Q.    Okay.
15:35:53  5       A.    And then at one point Officer Ammerman
15:35:59  6  rode in the ambulance to ECMC with him.
15:36:04  7       Q.    Why did you need to call an ambulance?
15:36:06  8       A.    For any injuries he may have had.
15:36:13  9       Q.    What injuries did Mr. Suttles have?
15:36:16 10       MR. DUDDY:  Objection.  Form.
15:36:18 11       THE WITNESS:  I -- I don't recall his exact
15:36:23 12  injuries.
15:36:24 13       BY MS. REDDY:
15:36:25 14       Q.    Was he injured on that day?
15:36:27 15       MR. DUDDY:  Objection.  Form.
15:36:28 16       THE WITNESS:  Yes.
15:36:29 17       BY MS. REDDY:
15:36:31 18       Q.    What type of injury?
15:36:33 19       MR. DUDDY:  Objection.  Form.
15:36:35 20       THE WITNESS:  I believe he had an injury to
15:36:37 21  his face.
15:36:38 22       BY MS. REDDY:
15:36:39 23       Q.    What part of his face?
```

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

78

| | | |
|---|---|---|
| 15:36:40 | 1 | **A.**   I guess the eye area. |
| 15:36:48 | 2 | **Q.**   How did he sustain that injury? |
| 15:36:50 | 3 | **MR. DUDDY:**  Objection.  Form. |
| 15:36:51 | 4 | **THE WITNESS:**  I don't know. |
| 15:36:55 | 5 | **BY MS. REDDY:** |
| 15:36:56 | 6 | **Q.**   Any other injuries? |
| 15:36:59 | 7 | **A.**   Not that I recall. |
| 15:37:02 | 8 | **Q.**   During this incident, did Mr. Suttles |
| 15:37:04 | 9 | complain of any injuries? |
| 15:37:07 | 10 | **A.**   Not that I recall. |
| 15:37:20 | 11 | **Q.**   Did you submit a use of force form |
| 15:37:23 | 12 | after this arrest? |
| 15:37:25 | 13 | **A.**   Yes. |
| 15:37:25 | 14 | **Q.**   Who did you submit that to? |
| 15:37:27 | 15 | **A.**   I believe it goes through our chain of |
| 15:37:33 | 16 | command. |
| 15:37:33 | 17 | **Q.**   What's that?  I'm sorry. |
| 15:37:34 | 18 | **A.**   We would have completed it and sent it |
| 15:37:36 | 19 | to our lieutenant. |
| 15:37:38 | 20 | **Q.**   And who was that? |
| 15:37:39 | 21 | **A.**   At the time Lieutenant Tripp. |
| 15:37:43 | 22 | **Q.**   Did you submit that to her? |
| 15:37:46 | 23 | **A.**   Yes. |

| | | |
|---|---|---|
| 15:37:46 | 1 | **Q.**   Did she have any discussions with your |
| 15:37:49 | 2 | use of force in relation to this incident? |
| 15:37:52 | 3 | **A.**   I don't recall what our discussion was, |
| 15:37:54 | 4 | but we would have -- would have had a discussion. |
| 15:37:56 | 5 | **Q.**   Would that have been a formal |
| 15:37:58 | 6 | discussion? |
| 15:38:00 | 7 | **A.**   I believe so. |
| 15:38:09 | 8 | **Q.**   When did you just -- when did you first |
| 15:38:12 | 9 | learn about the allegations by Mr. Suttles in |
| 15:38:15 | 10 | relation to this incident? |
| 15:38:17 | 11 | **A.**   I guess a couple years ago. |
| 15:38:20 | 12 | **Q.**   How? |
| 15:38:21 | 13 | **A.**   I believe I was given a -- I was |
| 15:38:28 | 14 | served, I guess.  There was something sent to our |
| 15:38:31 | 15 | stationhouse. |
| 15:38:43 | 16 | **Q.**   And was there any internal |
| 15:38:45 | 17 | investigation done in relation to this incident? |
| 15:38:49 | 18 | **A.**   Yes. |
| 15:38:50 | 19 | **Q.**   How -- how was that conducted? |
| 15:38:53 | 20 | **MR. DUDDY:**  Objection.  Form. |
| 15:38:54 | 21 | **THE WITNESS:**  Through the Internal Affairs |
| 15:39:01 | 22 | Division. |
| 15:39:01 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

80

| 15:39:01 | 1 | **Q.**   How does that work? |
| 15:39:02 | 2 | **MR. DUDDY:**  Objection.  Form. |
| 15:39:03 | 3 | **THE WITNESS:**  I don't know how the process |
| 15:39:06 | 4 | works. |
| 15:39:06 | 5 | **BY MS. REDDY:** |
| 15:39:08 | 6 | **Q.**   Were you ever interviewed in |
| 15:39:09 | 7 | conjunction with an investigation by the Internal |
| 15:39:13 | 8 | Affairs Division? |
| 15:39:13 | 9 | **A.**   Yes. |
| 15:39:14 | 10 | **Q.**   Were you required to give a sworn |
| 15:39:18 | 11 | statement? |
| 15:39:19 | 12 | **A.**   Yes. |
| 15:39:21 | 13 | **Q.**   And what did you learn about the |
| 15:39:23 | 14 | outcome of that investigation? |
| 15:39:25 | 15 | **A.**   I was exonerated, as well as Officer |
| 15:39:31 | 16 | Ammerman. |
| 15:39:31 | 17 | **Q.**   What does that mean? |
| 15:39:33 | 18 | **A.**   Exonerated, they found us to do -- we |
| 15:39:39 | 19 | did nothing wrong within departmental -- we were -- |
| 15:39:46 | 20 | sorry, we were within departmental policy. |
| 15:39:48 | 21 | **Q.**   And who makes that decision? |
| 15:39:51 | 22 | **A.**   I believe -- |
| 15:39:53 | 23 | **MR. DUDDY:**  Objection.  Form. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

81

15:39:54  1       **THE WITNESS:** I don't know. Like I said, it

15:39:56  2  goes through the Internal Affairs Division. I

15:39:59  3  don't know who makes the decisions.

15:40:00  4       **BY MS. REDDY:**

15:40:01  5       **Q.** Who communicated that to you?

15:40:04  6       **A.** I believe we were given a letter.

15:40:09  7       **Q.** Do you have that letter?

15:40:10  8       **A.** I do.

15:40:11  9       **Q.** Do you recall who the letter is

15:40:14 10  addressed from?

15:40:16 11       **A.** I do not.

15:40:23 12       **Q.** Do you recall when you received that

15:40:25 13  letter?

15:40:26 14       **A.** No.

15:40:32 15       **Q.** Did you discuss that letter with

15:40:34 16  Officer Ammerman?

15:40:37 17       **A.** I believe we both received it at the

15:40:41 18  same time.

15:40:41 19       **Q.** Did you discuss it with him?

15:40:46 20       **A.** I don't -- I don't recall.

15:41:00 21       **MS. REDDY:** Okay. I'm going to take a few

15:41:03 22  minutes as a break, and when we come back, I'm

15:41:06 23  going to show you some exhibits.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

82

15:41:08   1          **MR. DUDDY:**  A ten-minute break?

15:41:10   2          **MS. REDDY:**  Yeah.  Let's do ten minutes.

15:41:12   3          **MR. DUDDY:**  Sure.

15:41:12   4          **MS. REDDY:**  Thanks.

15:41:13   5          (A recess was then taken at 3:41 p.m.)

15:58:31   6          **MS. REDDY:**  Okay.  We're back on the record.

15:58:37   7          **BY MS. REDDY:**

15:58:37   8          **Q.**  Officer, I'm going to remind you that

15:58:39   9    you're still under oath.

15:58:40  10          **A.**  Yes.

15:58:41  11          **Q.**  Okay.  So I'm going to turn to some

15:58:44  12    exhibits that were produced in the normal course of

15:58:46  13    discovery by both parties.  Have you reviewed any

15:58:50  14    footage in relation to today?

15:58:52  15          **A.**  No.

15:58:53  16          **Q.**  Did you ever watch any body cam footage

15:58:56  17    from the incident that occurred with Mr. Suttles on

15:58:58  18    May 10th, 2020?

15:59:00  19          **A.**  At one point, but it would have been

15:59:02  20    years ago.

15:59:03  21          **Q.**  Okay.  Whose body cam footage did you

15:59:05  22    watch?

15:59:05  23          **A.**  I believe Officer Ammerman.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

83

| | | |
|---|---|---|
|15:59:10|1|    **Q.**    Ammerman's, okay.  Did you watch your|
|15:59:13|2|own?|
|15:59:13|3|    **A.**    Whatever I had, I would have, yes.|
|15:59:16|4|    **Q.**    Okay.  And did you have your body cam|
|15:59:18|5|on that day, on May 10th, 2020?|
|15:59:21|6|    **A.**    I believe for -- for a portion, and it|
|15:59:24|7|didn't -- it didn't kick on.|
|15:59:27|8|    **Q.**    Okay.  Was anyone else recording the|
|15:59:40|9|incident during your arrest of Mr. Suttles on May|
|15:59:44|10|10th, 2020?|
|15:59:45|11|    **MR. DUDDY:**  Objection.  Form.|
|15:59:46|12|    **THE WITNESS:**  I don't know.|
|15:59:47|13|    **BY MS. REDDY:**|
|15:59:48|14|    **Q.**    Did you notice any other civilians in|
|15:59:50|15|the area during the arrest of Mr. Suttles?|
|15:59:53|16|    **MR. DUDDY:**  Objection.  Form.|
|15:59:54|17|    **THE WITNESS:**  Not that I recall.|
|15:59:55|18|    **BY MS. REDDY:**|
|15:59:58|19|    **Q.**    Was there a time where his passenger in|
|16:00:02|20|the vehicle recorded any footage of the arrest on|
|16:00:04|21|her camera?|
|16:00:06|22|    **MR. DUDDY:**  Objection.  Form.|
|16:00:07|23|    **THE WITNESS:**  I believe so.|

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:00:09  1          BY MS. REDDY:

16:00:18  2          Q.    I'm going to show you a video.  I'm

16:00:20  3    going to represent to you that this has been

16:00:22  4    produced in the normal course of discovery and

16:00:26  5    provided to your counsel.  I'm going to play it for

16:00:28  6    you now, and I'd like you to identify each officer

16:00:30  7    in this video.

16:00:43  8          I'm going to start with a short one, and I'm

16:00:46  9    going to represent to you that this occurs at some

16:00:49 10    point during the arrest.  This is not the beginning

16:00:51 11    of any body cam footage.  Can you see my screen?

16:01:07 12          A.    Yes.

16:01:07 13          Q.    I'm going to play this video.  It's 44

16:01:10 14    seconds.  It's been produced in discovery, and I

16:01:13 15    want you to identify the officers in this video.

16:01:18 16          (Video played.)

16:02:04 17          BY MS. REDDY:

16:02:04 18          Q.    Did you recognize anyone in that video?

16:02:07 19          A.    Yes.

16:02:08 20          Q.    Who did you see?

16:02:09 21          A.    Myself and Officer Ammerman.

16:02:12 22          Q.    Okay.  Are you in the forefront or the

16:02:15 23    background of this video?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

85

16:02:16  1          **A.**    The background.

16:02:18  2          **Q.**    Okay.  I'm going to play this again

16:02:21  3    from the beginning.  I want you to identify the

16:02:23  4    officer that makes contact with Mr. Suttles' face

16:02:25  5    with his hand.

16:02:27  6          (Video played.)

16:02:28  7          **BY MS. REDDY:**

16:02:29  8          **Q.**    Who was that right there?

16:02:30  9          **A.**    Officer Ammerman.

16:02:40  10         (Video played.)

16:02:42  11         **MR. DUDDY:**  Was there another question on

16:02:44  12   this video?

16:02:45  13         **MS. REDDY:**  I want you to keep identifying

16:02:47  14   Officer Ammerman as you've done so thus far.

16:02:53  15         (Video played.)

16:03:00  16         **BY MS. REDDY:**

16:03:00  17         **Q.**    So actually I'm going to go back a

16:03:03  18   little bit.  You identified Mr. Ammerman's fist

16:03:08  19   touches Mr. Suttles' face; is that correct?

16:03:10  20         **A.**    Yes.

16:03:13  21         (Video played.)

16:03:13  22         **BY MS. REDDY:**

16:03:14  23         **Q.**    Is that still him striking Mr. Suttles

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

86

16:03:16  1  in the face with his hand?

16:03:19  2         **A.**   Yes.

16:03:19  3         **MR. DUDDY:**  Objection.  Form.

16:03:21  4         (Video played.)

16:03:27  5         **BY MS. REDDY:**

16:03:28  6         **Q.**   Why was Officer Ammerman striking

16:03:30  7  Mr. Suttles in the face with his hand as depicted

16:03:34  8  in this video?

16:03:34  9         **MR. DUDDY:**  Objection.  Form.

16:03:35 10         **THE WITNESS:**  I can't answer that.  I

16:03:40 11  don't -- I can't explain his point of view.

16:03:53 12         **BY MS. REDDY:**

16:03:54 13         **Q.**   And what are you doing in this video?

16:03:56 14         **A.**    In this video?  I'm on the lower half.

16:04:01 15  It looks like I kind of have him in like kind of a

16:04:04 16  bear hug, I guess.

16:04:06 17         **Q.**   Okay.  Why do you have him in a bear

16:04:08 18  hug?

16:04:08 19         **MR. DUDDY:**  Objection.  Form.

16:04:10 20         **THE WITNESS:**  That's just how I ended up.  I

16:04:15 21  know at one point his -- his hand at some point,

16:04:22 22  his right hand was all the way in his pants.

16:04:25 23         **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:04:25  1        **Q.**   Is that depicted in this video?  And

16:04:27  2   I'll play it in its entirety if you're giving that

16:04:30  3   testimony.

16:04:31  4        **A.**   Not that I can see.

16:04:33  5        **Q.**   Okay.  I'm going to continue to play

16:04:35  6   the video.  You've testified that Officer Ammerman

16:04:39  7   is in the front and you are in the back.

16:04:43  8        (Video played.)

16:04:48  9        **BY MS. REDDY:**

16:04:49 10        **Q.**   Okay.  That's his right arm in the

16:04:53 11   video, right?

16:04:54 12        **MR. DUDDY:**  Objection.  Form.

16:04:56 13        **THE WITNESS:**  I don't see it.

16:04:57 14        **BY MS. REDDY:**

16:04:57 15        **Q.**   Okay.  In this video do you see one of

16:04:59 16   his arms not in his pants?

16:05:01 17        **A.**   I can't see either of his arms.

16:05:06 18        (Video played.)

16:05:16 19        **BY MS. REDDY:**

16:05:16 20        **Q.**   Sorry, what did you say?

16:05:17 21        **A.**   That was his left arm.

16:05:19 22        **Q.**   That's his left arm, okay.  So which of

16:05:21 23   his arms are you claiming was in his pants?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

88

16:05:23  1          **A.**    His right.

16:05:26  2          **Q.**    Please let me know if that's depicted

16:05:28  3  in this video.

16:05:29  4          (Video played.)

16:05:44  5          **BY MS. REDDY:**

16:05:45  6          **Q.**    Was that another point of contact by

16:05:48  7  Mr. -- Officer Ammerman's hand to Mr. Suttles'

16:05:53  8  body?

16:05:53  9          **MR. DUDDY:**  Objection.  Form.

16:05:54 10          **MS. REDDY:**  Let me finish the question

16:05:55 11  before you object, please.

16:05:57 12          **MR. DUDDY:**  Go ahead.

16:05:58 13          **THE WITNESS:**  Yes.

16:06:05 14          **BY MS. REDDY:**

16:06:06 15          **Q.**    Is that Officer Ammerman, his face just

16:06:08 16  lifted up towards the camera?

16:06:11 17          **A.**    Yes.

16:06:15 18          (Video played.)

16:06:25 19          **BY MS. REDDY:**

16:06:26 20          **Q.**    So at any point in this video are you

16:06:30 21  able to confirm that Mr. Suttles' right hand is in

16:06:33 22  his pants?

16:06:36 23          **A.**    I can't disconfirm it either.

16:06:41   1        **Q.**    Disconfirm?

16:06:44   2        **A.**    His hand -- his right hand is not

16:06:48   3   visible at all in this video.

16:06:50   4        **Q.**    Now, we've seen this video where

16:06:53   5   Mr. Suttles is being struck in the face by Officer

16:06:56   6   Ammerman.  Did you take any steps to intervene

16:06:59   7   during those -- during this incident depicted in

16:07:01   8   this 44-second video?

16:07:03   9        **MR. DUDDY:**  Objection.  Form.

16:07:06  10        **THE WITNESS:**  No.

16:07:09  11        **BY MS. REDDY:**

16:07:10  12        **Q.**    Did you intervene to make sure that

16:07:11  13   that use of force was appropriate in relation to

16:07:14  14   Mr. Suttles as depicted in this 44-second video?

16:07:18  15        **MR. DUDDY:**  Objection.  Form.

16:07:21  16        **THE WITNESS:**  No.

16:08:07  17        **MS. REDDY:**  I'm going to play another video

16:08:10  18   for you that's also been entered as an exhibit in

16:08:13  19   evidence.  It's very lengthy, so I'm going to play

16:08:16  20   parts for you.  First I want you to identify

16:08:18  21   yourself in the video.

16:08:23  22        (Video played.)

16:09:06  23        **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

90

16:09:07  1        **Q.**   Officer, do you recognize yourself in

16:09:09  2   this video yet?

16:09:10  3        **A.**   Yes.

16:09:10  4        **Q.**   Is that you?

16:09:12  5        **A.**   Yes.

16:09:13  6        **Q.**   Okay.  Is this the point you were

16:09:15  7   testifying to earlier where Officer Ammerman came

16:09:18  8   around from the right side of the vehicle to the

16:09:20  9   left side, the driver's side?

16:09:22 10        **MR. DUDDY:**  Objection.  Form.

16:09:23 11        **THE WITNESS:**  Like I said in my previous

16:09:25 12   testimony, I don't recall when he came over, but

16:09:28 13   obviously this confirms when he did.

16:09:31 14        **BY MS. REDDY:**

16:09:31 15        **Q.**   Okay.  And is he standing in front of

16:09:33 16   you and Mr. Suttles in this video?

16:09:36 17        **A.**   Yes.

16:09:36 18        **MR. DUDDY:**  Objection.  Form.

16:09:37 19        **THE WITNESS:**  Or, no, not in front of us,

16:09:39 20   sorry.  Oh, yes, from his point of view?

16:09:41 21        **MS. REDDY:**  Yes, sorry.  You're standing in

16:09:45 22   front of him, yes.

16:09:46 23        **THE WITNESS:**  Yes.

16:09:49  1      **MS. REDDY:**  And I will represent to you that

16:09:51  2  this is Officer Ammerman's body cam footage from

16:09:54  3  May 10th, 2020.

16:09:56  4          (Video played.)

16:10:13  5      **BY MS. REDDY:**

16:10:14  6      Q.   What are you referring to in that

16:10:16  7  discussion?

16:10:17  8      A.   I don't recall what I was referring to.

16:10:20  9  I don't believe I was referring to his genitals.

16:10:24 10      Q.   I'm sorry?  What did you say?

16:10:26 11      A.   I don't recall what I was referring to.

16:10:29 12      Q.   What did you say about genitals just

16:10:31 13  now?

16:10:31 14      A.   I don't believe it was his genitals.

16:10:40 15      **MS. REDDY:**  Okay.

16:10:41 16          (Video played.)

16:11:08 17      **BY MS. REDDY:**

16:11:09 18      Q.   Was that part of your pat-down frisk of

16:11:13 19  Mr. Suttles on May 10th, 2020?

16:11:15 20      A.   Yes.

16:11:15 21      Q.   And did you ask Mr. Suttles if he had

16:11:18 22  any contraband on him?

16:11:21 23      A.   At that point, I don't believe so.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

92

16:11:25 1        Q.   Okay.  What did you mean when you said
16:11:30 2    is that you?
16:11:32 3        MR. DUDDY:  Objection.  Form.
16:11:33 4        THE WITNESS:  I don't recall.
16:11:37 5        MS. REDDY:  Okay.
16:11:39 6        (Video played.)
16:11:48 7        BY MS. REDDY:
16:11:48 8        Q.   Now, in the scene that we just watched,
16:11:51 9    did you ask Mr. Suttles if he had anything on him?
16:11:55 10       A.   I couldn't really make it out.  It was
16:11:58 11   kind of grainy.
16:12:01 12       Q.   Are you able to hear the volume?
16:12:03 13       A.   I couldn't -- I could hear the volume.
16:12:05 14   I just couldn't make out what was said.
16:12:07 15       Q.   Okay.  Did you hear Mr. Suttles say
16:12:09 16   anything in response?
16:12:11 17       A.   Like I said, it was kind of grainy.  I
16:12:14 18   can't make out for sure what it was.
16:12:16 19       Q.   Okay.  I can play it a few times, so
16:12:19 20   let me know.
16:12:20 21       (Video played.)
16:12:59 22       BY MS. REDDY:
16:13:00 23       Q.   Did you recognize anything that was

16:13:02  1  said there?

16:13:08  2        **MR. DUDDY:**  So just a point of order.  At

16:13:08  3  this point can we make the screen bigger so that we

16:13:11  4  can't see the transcript that I would imagine

16:13:14  5  another program has generated?

16:13:19  6        **MS. REDDY:**  So you can or you can't?

16:13:21  7        **MR. DUDDY:**  See the transcript on the

16:13:22  8  right-hand side of that screen?

16:13:24  9        **MS. REDDY:**  Yeah.  Do you want to see the

16:13:25 10  transcript?

16:13:25 11        **MR. DUDDY:**  No.  That wasn't provided by us.

16:13:28 12  I don't know who it is provided that transcript.  I

16:13:28 13  don't know where the words are coming from.

16:13:30 14        **MS. REDDY:**  It's part of the program that

16:13:32 15  you -- the video was playing in.

16:13:35 16        **MR. DUDDY:**  It is?

16:13:36 17        **MS. REDDY:**  Yes.  You would have it, too, if

16:13:40 18  you have a similar function.  You can have it on or

16:13:42 19  off.

16:13:42 20        **MR. DUDDY:**  Okay.  There we go.

16:13:44 21        **MS. REDDY:**  Right.  So is your request that

16:13:46 22  you would like the screen --

16:13:48 23        **MR. DUDDY:**  I'd prefer the transcript not on

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:13:50  1  here.

16:13:50  2      **MS. REDDY:**  Okay.  Now, do you want this

16:13:51  3  bigger?  Because I can make it full size.

16:13:54  4      **MR. DUDDY:**  That's fine, yeah.  I just

16:13:55  5  didn't want -- I didn't want any impropriety if the

16:14:00  6  likeness of his words were on the screen while

16:14:01  7  you're asking him about words.

16:14:02  8      **MS. REDDY:**  Gotcha, okay.

16:14:06  9      (Video played.)

16:14:47  10     **BY MS. REDDY:**

16:14:48  11     Q.   By this point in the video has

16:14:50  12  Mr. Suttles made any indication to you that he's

16:14:52  13  carrying anything illegal on his person?

16:14:55  14     A.   No, but he's pulling himself back

16:14:58  15  towards the car.

16:15:00  16     Q.   Is that depicted in this video?

16:15:02  17     A.   Yes.

16:15:02  18     Q.   How?

16:15:03  19     A.   I can see him pulling himself towards

16:15:05  20  the driver's side door.

16:15:08  21     Q.   I'm going to go back and play it.  If

16:15:11  22  you can just watch the time down here, if you can

16:15:13  23  tell me exactly what point in time you're referring

16:15:15  1  to.

16:15:17  2          (Video played.)

16:15:20  3          **MS. REDDY:**  I'm going to start here with

16:15:22  4  your pat-down frisk, and I want you to inform me at

16:15:26  5  what point you see in the video Mr. Suttles pulling

16:15:30  6  himself back into the vehicle.

16:15:33  7          (Video played.)

16:15:43  8          **BY MS. REDDY:**

16:15:43  9          **Q.**   And just a point of clarification right

16:15:45  10  now, where are Mr. Suttles' hands?

16:15:47  11          **MR. DUDDY:**  Objection.  Form.

16:15:48  12          **THE WITNESS:**  By his shoulder.

16:15:51  13          **BY MS. REDDY:**

16:15:51  14          **Q.**   Are they up in the air?

16:15:54  15          **A.**   By his shoulders.

16:15:55  16          **Q.**   Okay.  Both of them?

16:15:57  17          **A.**   I can only see the right one.

16:15:59  18          **Q.**   Where is his left hand?

16:16:01  19          **MR. DUDDY:**  Objection.  Form.

16:16:02  20          **THE WITNESS:**  I can't see it from this view.

16:16:05  21          **MS. REDDY:**  Okay.

16:16:08  22          (Video played.)

16:16:10  23          **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

96

16:16:11  1          Q.    During your pat-down frisk, do you

16:16:13  2   typically require the citizen to have both their

16:16:16  3   hands visible?

16:16:18  4          A.    Yes.

16:16:20  5          Q.    Again, the prior question pending was:

16:16:22  6   Please identify at what point in the video

16:16:27  7   Mr. Suttles pulls himself back into the vehicle.

16:16:31  8          (Video played.)

16:16:44  9          THE WITNESS:    That is me blocking the door.

16:16:47 10          MS. REDDY:    Okay.

16:16:50 11          MR. DUDDY:    Let the record reflect that that

16:16:51 12   was at one minute 40 on the video.

16:16:54 13          MS. REDDY:    Okay.  I'm going to play it back

16:16:56 14   so we can all see it again.

16:16:58 15          (Video played.)

16:17:00 16          BY MS. REDDY:

16:17:00 17          Q.    So you're referring to this car door

16:17:02 18   that's open right here?

16:17:05 19          A.    Yes.

16:17:07 20          (Video played.)

16:17:20 21          BY MS. REDDY:

16:17:21 22          Q.    So at that point it's your testimony

16:17:22 23   that Mr. Suttles attempts to re-enter his vehicle?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

97

16:17:26  1          **A.**   That's what it looks like.

16:17:28  2          **Q.**   Okay.  And are you standing in front of

16:17:29  3   the door of the vehicle?

16:17:31  4          **A.**   As he made his way towards the door, I

16:17:33  5   stepped in between him and the door.

16:17:35  6          **Q.**   Okay.  I'm going to continue to play

16:17:42  7   the video, and I want you to tell me at what point

16:17:47  8   in time he's resisting.

16:17:52  9          (Video played.)

16:17:55 10          **MS. REDDY:**  And at this point are both his

16:17:57 11   hands by his -- up by his shoulders?

16:18:00 12          **MR. DUDDY:**  Objection.  Form.

16:18:01 13          **THE WITNESS:**  I believe his left hand is

16:18:03 14   still pulling himself towards the car.

16:18:04 15          **BY MS. REDDY:**

16:18:05 16          **Q.**   Okay.  But you're now standing and

16:18:07 17   blocking the car door, right?

16:18:09 18          **A.**   Preventing him from getting in the car,

16:18:11 19   yes.

16:18:14 20          **Q.**   So, I'm sorry, where is his left hand

16:18:17 21   at this point?

16:18:17 22          **MR. DUDDY:**  Objection.  Form.

16:18:20 23          **THE WITNESS:**  I believe this is the point

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

98

16:18:21  1  where he was pulling himself towards the car and

16:18:25  2  the driver's seat.

16:18:26  3        **BY MS. REDDY:**

16:18:27  4        **Q.**  With his left arm?

16:18:29  5        **A.**  Yes.

16:18:31  6        (Video played.)

16:18:48  7        **BY MS. REDDY:**

16:18:48  8        **Q.**  Is it your testimony that his left hand

16:18:50  9  was in his pocket at that point?

16:18:54 10        **MR. DUDDY:**  Objection.  Form.

16:18:57 11        **THE WITNESS:**  At some point, yes.

16:19:03 12        (Video played.)

16:19:21 13        **BY MS. REDDY:**

16:19:22 14        **Q.**  At that point, officer, did you say,

16:19:26 15  get your hands out of your pocket?

16:19:29 16        **A.**  Yes.

16:19:36 17        **Q.**  Which hand are you referring to?

16:19:40 18        **A.**  Left.

16:19:42 19        **Q.**  So his left hand is in his pocket?

16:19:45 20        **A.**  At one point, yes.  It's not visible in

16:19:47 21  the frame.  It wasn't visible when I said it.

16:19:51 22        **Q.**  I'm sorry, can you repeat that?

16:19:55 23        **MR. DUDDY:**  Can we get a time stamp?  Can

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

99

16:19:59  1  you just --

16:19:59  2         **MS. REDDY:**  Yeah, I just have to touch it.

16:20:01  3  2:02.

16:20:01  4         **BY MS. REDDY:**

16:20:06  5         **Q.**  Could you repeat your answer, officer?

16:20:09  6         **A.**  That it wasn't visible from this frame

16:20:11  7  when I said get your hand out of your pocket.

16:20:14  8         **Q.**  But it's your testimony that his left

16:20:17  9  hand was in his pants pocket?

16:20:19  10        **A.**  At some point, yes.

16:20:21  11        **Q.**  At some point prior to the statement

16:20:23  12  that you made at two minutes and two seconds?

16:20:28  13        **A.**  All I'm saying is when I said -- when I

16:20:31  14  said get your hands out of your pockets, it isn't

16:20:35  15  visible from this frame.

16:20:37  16        **Q.**  Okay.  Why did you say get your hands

16:20:39  17  out of your pocket?

16:20:40  18        **A.**  Probably because he was going to put

16:20:44  19  his hands in his pocket.

16:20:45  20        **Q.**  He was going to?

16:20:46  21        **A.**  Or did have his hands in his pocket at

16:20:50  22  some point.

16:20:54  23         (Video played.)

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

100

16:21:00  1        **BY MS. REDDY:**

16:21:00  2        **Q.**   So what just happened there?

16:21:04  3        **A.**   We went to the ground.

16:21:06  4        **Q.**   Okay.  And is this reflecting your

16:21:08  5    earlier testimony where you indicated that he was

16:21:10  6    resisting and, therefore, you had to take him to

16:21:13  7    the ground?

16:21:14  8        **A.**   He was tensing up and pulling himself

16:21:17  9    towards the car, yes.

16:21:18  10        **Q.**   Okay.  So let's go back to that.

16:21:22  11        (Video played.)

16:21:39  12        **BY MS. REDDY:**

16:21:39  13        **Q.**   Are you referring to that right there

16:21:41  14    where you claim he's attempting to get back into

16:21:44  15    the vehicle?

16:21:46  16        **A.**   Yes.

16:21:47  17        **Q.**   Okay.

16:21:47  18        (Video played.)

16:21:50  19        **BY MS. REDDY:**

16:21:51  20        **Q.**   And now you're blocking the entry to

16:21:52  21    the vehicle; is that correct?

16:21:55  22        **A.**   Yes.

16:21:56  23        (Video played.)

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

101

16:22:10  1          BY MS. REDDY:

16:22:11  2          Q.   Okay.  Is this where you inform Mr.

16:22:23  3   Suttles to put his hands behind his back?

16:22:25  4          MR. DUDDY:   Objection.  Form.

16:22:27  5          THE WITNESS:   I believe we informed him

16:22:35  6   multiple times.

16:22:35  7          BY MS. REDDY:

16:22:36  8          Q.   Okay.  But here does that reflect the

16:22:38  9   same statement that you said put your hands behind

16:22:40  10  your back?

16:22:42  11         A.   Yes.

16:22:42  12         (Video played.)

16:22:47  13         BY MS. REDDY:

16:22:47  14         Q.   Okay.  So now your testimony is that

16:22:51  15  you had to take him down here because he was

16:22:53  16  resisting, right?

16:22:56  17         A.   Yes.

16:22:56  18         Q.   Okay.  And that amounts to --

16:23:03  19         (Video played.)

16:23:04  20         BY MS. REDDY:

16:23:04  21         Q.   Is he resisting arrest right here?

16:23:07  22         A.   He's not putting his hands behind his

16:23:10  23  back.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 16:23:10 | 1 | **Q.**   Okay. |
| 16:23:12 | 2 | (Video played.) |
| 16:23:20 | 3 | **BY MS. REDDY:** |
| 16:23:20 | 4 | **Q.**   So by this time you've identified |
| 16:23:23 | 5 | something that you believe is an eighth of an ounce |
| 16:23:26 | 6 | of crack cocaine? |
| 16:23:27 | 7 | **A.**   Eight-ball, yes. |
| 16:23:29 | 8 | **Q.**   An eight-ball, yes, which is an eighth |
| 16:23:31 | 9 | of an ounce, right? |
| 16:23:33 | 10 | **A.**   I believe so. |
| 16:23:33 | 11 | **Q.**   Okay.  And you've identified that on |
| 16:23:35 | 12 | his person, and is he responding in the negative? |
| 16:23:39 | 13 | **A.**   Yes. |
| 16:23:43 | 14 | **Q.**   So is your hand in his groin at this |
| 16:23:46 | 15 | time? |
| 16:23:46 | 16 | **MR. DUDDY:**  Objection.  Form. |
| 16:23:48 | 17 | **THE WITNESS:**  No. |
| 16:23:49 | 18 | **BY MS. REDDY:** |
| 16:23:49 | 19 | **Q.**   Is your hand near his groin area? |
| 16:23:52 | 20 | **A.**   I don't believe so, no. |
| 16:23:54 | 21 | **Q.**   When in this video did you first feel |
| 16:23:57 | 22 | what you believed to be crack cocaine on his |
| 16:24:00 | 23 | person? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

103

16:24:01  1            MR. DUDDY:  Objection.  Form.

16:24:02  2            THE WITNESS:  When I asked him what he had

16:24:04  3     on him.

16:24:05  4            BY MS. REDDY:

16:24:06  5            Q.    Is when you felt it?

16:24:07  6            A.    Yes.

16:24:08  7            Q.    Let's just go back.  Can you identify

16:24:11  8     where that is on the video?

16:24:14  9            (Video played.)

16:24:56  10           BY MS. REDDY:

16:24:57  11           Q.    Were you able to identify when that

16:25:00  12    was?

16:25:00  13           A.    Yes.  I don't know when exactly but --

16:25:08  14           Q.    What would signify to you that you

16:25:11  15    identified an eighth of crack cocaine on

16:25:14  16    Mr. Suttles' person?

16:25:15  17           MR. DUDDY:  Objection.  Form.  When he said

16:25:18  18    it?

16:25:18  19           BY MS. REDDY:

16:25:19  20           Q.    Yeah, what would signify that in the

16:25:21  21    video?

16:25:22  22           A.    When I asked him, what do you got on

16:25:25  23    you.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:25:25  1      **Q.**   Okay.  So by that time you had already

16:25:27  2  felt the eight-ball on Mr. Suttles?

16:25:31  3      **A.**   Yes.

16:25:41  4          (Video played.)

16:25:47  5      **BY MS. REDDY:**

16:25:48  6      **Q.**   Is that his response to you, it's not

16:25:50  7  nothing?  Is your response --

16:25:55  8      **MR. DUDDY:**  Objection.  Form.

16:25:58  9      **MS. REDDY:**  I need to finish my question,

16:26:00 10  please.

16:26:00 11      **MR. DUDDY:**  You've asked that question

16:26:02 12  before.

16:26:02 13      **MS. REDDY:**  No, but before I -- please stop

16:26:03 14  talking when I'm talking.

16:26:04 15      **MR. DUDDY:**  Excuse me?

16:26:05 16      **MS. REDDY:**  Please stop talking over me.

16:26:07 17      **MR. DUDDY:**  Did we have a conversation about

16:26:10 18  what's evolving before?

16:26:11 19      **MS. REDDY:**  Please stop speaking over me.

16:26:13 20  Please allow me to get my question -- allow me to

16:26:16 21  finish my question, and then you can object and the

16:26:19 22  witness can answer.

16:26:20 23      **MR. DUDDY:**  I've objected multiple times.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 16:26:37 | 1 | (Video played.) |
| 16:26:37 | 2 | **BY MS. REDDY:** |
| 16:26:38 | 3 | **Q.**   Okay.  So at this point have you asked |
| 16:26:40 | 4 | Mr. Suttles to put his hands behind his back? |
| 16:26:45 | 5 | **A.**   Yes. |
| 16:26:46 | 6 | **Q.**   And that is at one minute 55 seconds |
| 16:26:53 | 7 | into this video; is that correct? |
| 16:26:55 | 8 | **A.**   Yes. |
| 16:26:55 | 9 | **Q.**   And this is after you've conducted a |
| 16:26:57 | 10 | pat-down frisk, right? |
| 16:27:00 | 11 | **A.**   Yes. |
| 16:27:07 | 12 | (Video played.) |
| 16:27:10 | 13 | **BY MS. REDDY:** |
| 16:27:12 | 14 | **Q.**   What does Mr. Suttles say in this |
| 16:27:14 | 15 | video? |
| 16:27:14 | 16 | **MR. DUDDY:**  Objection.  Form. |
| 16:27:15 | 17 | **BY MS. REDDY:** |
| 16:27:16 | 18 | **Q.**   What do you hear Mr. Suttles saying |
| 16:27:19 | 19 | just now in the last four seconds of this video? |
| 16:27:22 | 20 | **A.**   Can I have the last four seconds?  I |
| 16:27:22 | 21 | wasn't quite sure what I was listening for. |
| 16:27:22 | 22 | **THE REPORTER:**  Can you repeat that answer? |
| 16:27:28 | 23 | **THE WITNESS:**  I wasn't -- I wasn't sure what |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

106

16:27:30  1  she was asking, like what she was asking me what he

16:27:36  2  said.

16:27:36  3       MR. DUDDY:  We don't understand your

16:27:37  4  question.

16:27:39  5       THE WITNESS:  Or whatever he said in the

16:27:41  6  last four seconds.

16:27:42  7       MS. REDDY:  Right.  I can play it back.  I

16:27:43  8  want you to tell me what you hear Mr. Suttles

16:27:45  9  saying in the last four seconds of this video.

16:27:48 10       MR. DUDDY:  Objection.  Form.

16:27:49 11       MS. REDDY:  I may have to go back ten

16:27:51 12  seconds to do that.

16:27:53 13       (Video played.)

16:28:10 14       THE WITNESS:  I'm not in my pocket.

16:28:12 15       MS. REDDY:  Can you repeat that?

16:28:14 16       THE WITNESS:  I'm not in my pocket.

16:28:17 17       MS. REDDY:  Joan, did you get that?  The

16:28:20 18  witness said his answer was "I'm not in my pocket"?

16:28:23 19       THE REPORTER:  Yes.

16:28:24 20       MS. REDDY:  Okay.  Thanks.  I'm going to

16:28:32 21  play this again for ten seconds, and I want you to

16:28:35 22  identify what led to Mr. Suttles being required to

16:28:37 23  be taken down to the ground.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:28:39  1          (Video played.)

16:28:58  2          **BY MS. REDDY:**

16:28:59  3          **Q.**   Is this the takedown you were

16:29:01  4   testifying to earlier?

16:29:03  5          **A.**   Yes.

16:29:03  6          **Q.**   And can you identify what happened in

16:29:05  7   the last ten seconds that prompted this takedown?

16:29:09  8          **A.**   He was attempting to pull himself -- he

16:29:12  9   was tensing up, pulling himself back --

16:29:14 10          **Q.**   Hold on.  Officer, officer, hold on one

16:29:17 11   second.  Just in the last ten seconds, because

16:29:19 12   we've already gone through the testimony where you

16:29:22 13   claim he was trying to re-enter the vehicle.  So

16:29:24 14   I'm trying to do this in sections.  He attempted to

16:29:27 15   re-enter the vehicle was your testimony.  You got

16:29:29 16   in between the door to prevent any kind of entry

16:29:32 17   into the vehicle; is that correct?

16:29:33 18          **A.**   Yes.

16:29:33 19          **Q.**   And I want you to identify thereafter,

16:29:36 20   after you've blocked any attempt for him to flee in

16:29:39 21   the vehicle or get back in the vehicle, I want you

16:29:41 22   to identify what you have previously testified to

16:29:44 23   Mr. Suttles resisting that required him to be taken

16:29:48  1  down to the ground.  Just in the last ten seconds

16:29:51  2  of this video.  And I can replay it if you want.

16:29:53  3       **A.**   No, that's fine.  He was tensing up,

16:29:56  4  not putting his hands behind his back, and it went

16:29:59  5  into his pocket.

16:30:00  6       **Q.**   What does tensing up mean?

16:30:03  7       **MR. DUDDY:**  Objection.  Form.

16:30:04  8       **THE WITNESS:**  Tensing up, pulling away,

16:30:14  9  trying to -- just kind of -- just pulling away, I

16:30:19 10  guess.

16:30:19 11       **MS. REDDY:**  Okay.  So that happens, let's

16:30:26 12  see --

16:30:27 13       (Video played.)

16:30:28 14       **BY MS. REDDY:**

16:30:29 15       **Q.**   So right here you indicate you've asked

16:30:32 16  him to put his hands behind his back, and your

16:30:35 17  testimony earlier was that his left hand is not

16:30:37 18  behind his back and it's, in fact, in his pant

16:30:40 19  pocket; is that correct?

16:30:40 20       **A.**   At one point he goes into his pocket

16:30:42 21  with his left hand, yes.

16:30:44 22       **Q.**   Right here, no, in this particular

16:30:46 23  scene which prompts you to take him down, is his

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

109

16:30:49  1  left hand in his pocket?

16:30:50  2        **A.**   At some point during this scene, yes,

16:30:53  3  his left hand is in his pocket.

16:30:56  4        **MR. DUDDY:**  Just one second.

16:31:01  5        (Off the record at 4:31 p.m.)

16:31:05  6        **MR. DUDDY:**  Go ahead.

16:31:07  7        **BY MS. REDDY:**

16:31:08  8        **Q.**   Okay.  So it's your testimony that at

16:31:10  9  some point prior to what I'm going to play at the

16:31:13 10  one minute 58 mark his hand is in his pocket?

16:31:18 11        **A.**   Yes.

16:31:18 12        (Video played.)

16:31:25 13        **BY MS. REDDY:**

16:31:26 14        **Q.**   Now, is he taken down to the ground by

16:31:28 15  now?

16:31:29 16        **A.**   Yes.

16:31:30 17        **Q.**   Okay.  So at one minute 58 it's your

16:31:33 18  testimony that his hand is in his left pocket, and

16:31:35 19  now at 2:06 you have taken him down to the ground;

16:31:39 20  is that correct?

16:31:42 21        **A.**   Yes.

16:31:42 22        **Q.**   Okay.  And how did you take him down to

16:31:45 23  the ground?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

110

16:31:47  1          **A.**    I don't recall.

16:31:56  2          **Q.**    So what -- so it's your testimony that

16:32:00  3      between one minute 58 seconds and 2:06 the conduct

16:32:06  4      of Mr. Suttles required you to take him down to the

16:32:10  5      ground; is that correct?

16:32:10  6          **MR. DUDDY:**  Objection.  Form.

16:32:13  7          **THE WITNESS:**  Yes.

16:32:15  8          **BY MS. REDDY:**

16:32:15  9          **Q.**    Okay.  So in those seven seconds he was

16:32:18 10      resisting you?

16:32:20 11          **A.**    Yes.

16:32:21 12          **Q.**    Was he resisting arrest?

16:32:24 13          **A.**    At that point, yes.

16:32:27 14          **Q.**    Prior to those seven seconds, did you

16:32:30 15      inform Mr. Suttles that he was under arrest?

16:32:33 16          **A.**    No.

16:32:42 17          **Q.**    How did you decide that the eight-ball

16:32:46 18      or crack cocaine that you felt was, in fact, crack

16:32:50 19      cocaine and not weed?

16:32:51 20          **MR. DUDDY:**  Objection.  Form.

16:32:52 21          **THE WITNESS:**  I said experience, I've

16:32:57 22      handled it many times.

16:32:57 23          **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

111

| | | |
|---|---|---|
| 16:32:58 | 1 | **Q.**    Handled what? |
| 16:32:58 | 2 | **A.**    Crack cocaine. |
| 16:33:00 | 3 | **Q.**    And you can feel through a person's |
| 16:33:03 | 4 | clothes whether an item in a small baggie is crack |
| 16:33:06 | 5 | cocaine or weed? |
| 16:33:09 | 6 | **A.**    Yes.  They're two totally different |
| 16:33:12 | 7 | textures. |
| 16:33:13 | 8 | **Q.**    Yet you never found the crack cocaine |
| 16:33:16 | 9 | on May 10th, 2020; is that correct? |
| 16:33:18 | 10 | **MR. DUDDY:**  Objection.  Form. |
| 16:33:18 | 11 | **THE WITNESS:**  No. |
| 16:33:19 | 12 | **BY MS. REDDY:** |
| 16:33:20 | 13 | **Q.**    Is that correct?  Through your |
| 16:33:21 | 14 | experience, but you never found this eight-ball of |
| 16:33:23 | 15 | crack cocaine on Mr. Suttles or at the scene or any |
| 16:33:27 | 16 | time on May 10th, 2020; is that correct? |
| 16:33:29 | 17 | **A.**    Correct. |
| 16:33:31 | 18 | **Q.**    I'm going to continue to play this |
| 16:33:33 | 19 | video. |
| 16:33:36 | 20 | (Video played.) |
| 16:33:46 | 21 | **BY MS. REDDY:** |
| 16:33:46 | 22 | **Q.**    Is that Mr. Suttles' hand depicted in |
| 16:33:49 | 23 | the video? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

112

16:33:49  1          MR. DUDDY:  Objection.  Form.

16:33:51  2          THE WITNESS:  Yes.

16:33:53  3          BY MS. REDDY:

16:33:55  4          Q.    That's his right hand on the ground; is

16:33:57  5   that correct?

16:33:57  6          MR. DUDDY:  Objection.  Form.

16:33:57  7          THE WITNESS:  Yes.

16:33:58  8          BY MS. REDDY:

16:33:58  9          Q.    And at this point in time both Officer

16:34:00 10   Ammerman and yourself are on the ground with

16:34:02 11   Mr. Suttles; is that correct?

16:34:05 12          MR. DUDDY:  Objection.  Form.

16:34:05 13          THE WITNESS:  Yes.

16:34:07 14          BY MS. REDDY:

16:34:07 15          Q.    And there's no other officers on the

16:34:09 16   scene yet; is that correct?

16:34:11 17          A.    Correct.

16:34:13 18          (Video played.)

16:34:46 19          BY MS. REDDY:

16:34:48 20          Q.    Can you explain what's happening in

16:34:49 21   this video?

16:34:50 22          MR. DUDDY:  Objection.  Form.

16:34:55 23          (Reporter interruption.)

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

113

16:34:55  1          BY MS. REDDY:

16:34:57  2          Q.    I was asking the officer to explain

16:34:59  3    what happened in this video to his knowledge after

16:35:01  4    I restarted it at the 2:06 mark.

16:35:06  5          A.    I'm struggling to cuff him.  He's

16:35:08  6    actively resisting.

16:35:09  7          Q.    How is he resisting?

16:35:12  8          A.    He's still refusing to put his hands

16:35:14  9    behind his back.

16:35:15  10         Q.    But he's face down on the concrete

16:35:19  11   ground at this point; is that correct?

16:35:21  12         A.    Correct, but at some point he grabs --

16:35:24  13   with his left hand he grabs the vehicle and pulls

16:35:28  14   himself underneath it.

16:35:30  15         Q.    Okay.  I want you to show me when

16:35:32  16   that's depicted in this video.  I'm going to push

16:35:34  17   play.

16:35:37  18         (Video played.)

16:36:51  19         MS. REDDY:  Sorry, did you say something?

16:36:54  20         MR. DUDDY:  Yeah, we were trying to identify

16:36:58  21   when --

16:36:58  22         MS. REDDY:  Okay.  Well, let's let the

16:37:02  23   witness make that identification, please.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

114

16:37:04  1          MR. DUDDY:  He tried.

16:37:05  2          MS. REDDY:  Yeah, I understand that, but we

16:37:07  3   can let him speak.

16:37:08  4          BY MS. REDDY:

16:37:09  5          Q.   Officer, was there something you wanted

16:37:10  6   to point out in this video?

16:37:11  7          A.   Go back ten seconds, please.

16:37:15  8          (Video played.)

16:37:22  9          THE WITNESS:  Right there.  If you go back

16:37:23 10   maybe a little further.

16:37:25 11          MS. REDDY:  Okay.  I'm going to go back.  I

16:37:27 12   just want you to repeat what you're saying after I

16:37:29 13   pause it so we can actually get it into the record.

16:37:33 14          THE WITNESS:  Okay.

16:37:34 15          (Video played.)

16:37:39 16          THE WITNESS:  At that point he was clearly

16:37:45 17   pulling himself underneath the car.  You could

16:37:48 18   visibly see his left hand underneath the car.

16:37:53 19          (Video played.)

16:37:56 20          BY MS. REDDY:

16:37:56 21          Q.   Is this the frame that you're referring

16:37:58 22   to, the three minute 50 mark?

16:38:00 23          A.   Maybe plus 10 seconds, 10 to 15

16:38:04  1    seconds.

16:38:05  2        Q.    So around the three minute 50 mark it's

16:38:07  3    your claim that Mr. Suttles is attempting to put

16:38:09  4    his left hand under the car to resist; is that

16:38:14  5    correct?

16:38:14  6        A.    It was under the car.

16:38:15  7        Q.    It was under the car, okay.  And to you

16:38:18  8    that was a form of resist?

16:38:21  9        A.    Yes.

16:38:24  10        Q.    Is this after or before Officer

16:38:28  11    Ammerman punched him in the face?

16:38:30  12        MR. DUDDY:  Objection.  Form.

16:38:31  13        THE WITNESS:  I don't know.

16:38:32  14        BY MS. REDDY:

16:38:32  15        Q.    So we watched earlier footage of

16:38:35  16    Officer Ammerman striking Mr. Suttles in the face

16:38:37  17    with his hand.  Do you recall that?

16:38:40  18        A.    Yes.

16:38:41  19        Q.    Now, I know you identified three

16:38:44  20    minutes and 50 seconds as the point where

16:38:46  21    Mr. Suttles was attempting to resist arrest by

16:38:50  22    moving under the vehicle; is that correct?

16:38:51  23        A.    He was pulling himself under the

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

116

16:38:54  1   vehicle, yes.

16:38:55  2          Q.    Okay.  And at some point in time

16:38:56  3   Officer Ammerman strikes him in the face multiple

16:38:59  4   times, and from this video you can hear Mr. Suttles

16:39:04  5   saying I'm dying, I'm dying.  Did you hear that

16:39:07  6   part?

16:39:07  7          **MR. DUDDY:**  Objection.  Form.

16:39:07  8          **THE WITNESS:**  Yes.

16:39:10  9          **BY MS. REDDY:**

16:39:11 10          Q.    And did you also hear a witness saying

16:39:13 11   to stop hitting him?

16:39:15 12          **MR. DUDDY:**  Objection.  Form.

16:39:17 13          **THE WITNESS:**  I don't recall hearing that.

16:39:20 14          **BY MS. REDDY:**

16:39:39 15          Q.    Okay.  I'm just going to go back a few

16:39:42 16   seconds.  Now, why does this camera go black at

16:39:48 17   that time?

16:39:48 18          **MR. DUDDY:**  Objection.  Form.

16:39:49 19          **THE WITNESS:**  I don't know.

16:39:52 20          **BY MS. REDDY:**

16:39:52 21          Q.    So do the body cams lose video footage

16:39:58 22   at some point?

16:39:59 23          **A.**    I don't know.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

117

16:40:00    1          **Q.**    Does your body cam ever do that?

16:40:04    2          **A.**    Not that I recall.

16:40:07    3          (Video played.)

16:41:00    4          **BY MS. REDDY:**

16:41:01    5          **Q.**    By this time did the passenger exit the

16:41:06    6    vehicle?

16:41:06    7          **MR. DUDDY:**  Objection.  Form.

16:41:08    8          **THE WITNESS:**  I don't know.

16:41:08    9          **BY MS. REDDY:**

16:41:09   10          **Q.**    Was there a time when the passenger in

16:41:11   11    the vehicle exited?

16:41:12   12          **MR. DUDDY:**  Objection.  Form.

16:41:13   13          **THE WITNESS:**  I believe so.

16:41:17   14          (Video played.)

16:41:18   15          **BY MS. REDDY:**

16:41:18   16          **Q.**    And I heard shouts of Eagle and

16:41:21   17    Madison.  What does that refer to?

16:41:23   18          **A.**    I believe our location.

16:41:25   19          **Q.**    All right.  Is this when you made a

16:41:27   20    radio call for other officers?

16:41:30   21          **A.**    I didn't make the radio call, no.

16:41:32   22          **Q.**    Okay.  Is this -- was that Officer

16:41:35   23    Ammerman's voice making that call?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

118

16:41:36  1          **A.**    I believe so, yes.

16:41:37  2          **Q.**    And what does that call -- is that a

16:41:42  3    call to other officers to arrive at the scene?

16:41:45  4          **A.**    Yes.

16:41:47  5          **Q.**    Okay.  So that happens at the three

16:41:50  6    minute mark of this video.

16:41:55  7          (Video played.)

16:42:05  8          **BY MS. REDDY:**

16:42:05  9          **Q.**    Did you hear a witness make a statement

16:42:07 10    just now in this video?

16:42:11 11          **MR. DUDDY:**  Objection.  Form.

16:42:12 12          **THE WITNESS:**  No.  All I heard was Officer

16:42:16 13    Ammerman say, please stop.

16:42:17 14          **MS. REDDY:**  Okay.  I'm going to back ten

16:42:17 15    seconds.  I heard a female voice, and I'd like you

16:42:20 16    to identify what's being said.

16:42:37 17          (Video played.)

16:42:37 18          **BY MS. REDDY:**

16:42:38 19          **Q.**    Did you hear the female voice there?

16:42:42 20          **A.**    No, I can only hear Officer Ammerman.

16:42:52 21          **Q.**    And what is he saying?

16:42:53 22          **A.**    Please stop.

16:42:55 23          **Q.**    Please stop?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

119

16:42:57  1          **A.**    Yes.

16:43:05  2              (Video played.)

16:44:31  3          **BY MS. REDDY:**

16:44:35  4          **Q.**    Was Mr. Suttles still resisting --

16:44:51  5  officer, is Mr. Suttles still resisting in the

16:44:53  6  portion of the video that we just watched?

16:44:55  7          **A.**    At this point right here, once he says

16:44:58  8  I'm done, I believe it's over.

16:45:01  9          **Q.**    Okay.  So prior to that, he's

16:45:03 10  resisting?

16:45:06 11          **A.**    Yes.

16:45:06 12          **Q.**    Okay.  And what exactly is he doing

16:45:09 13  that's considered resisting in your statement?

16:45:12 14          **MR. DUDDY:**  Objection.  Form.

16:45:15 15          **THE WITNESS:**  For the last about a minute,

16:45:17 16  he was trying to pull himself underneath the

16:45:21 17  vehicle.

16:45:26 18          **BY MS. REDDY:**

16:45:27 19          **Q.**    Is it possible that he was trying to

16:45:28 20  pull himself away from Officer Ammerman who was

16:45:31 21  punching him?

16:45:32 22          **MR. DUDDY:**  Objection.  Form.

16:45:33 23          **THE WITNESS:**  He could have been pulling

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

120

16:45:36  1  himself -- we don't know if he's pulling himself

16:45:40  2  under there to grab a weapon or to hide the drugs.

16:45:44  3      **BY MS. REDDY:**

16:45:45  4      **Q.**   Okay.  But my question to you is:  Is

16:45:45  5  it possible he's pulling himself away from Officer

16:45:45  6  Ammerman who's punching him?

16:45:49  7      **A.**   I believe --

16:45:49  8      **MR. DUDDY:**  Objection.  Form.

16:45:50  9      **THE WITNESS:**  I believe him pulling away

16:45:52 10  from Officer Ammerman is resisting.

16:45:55 11      **BY MS. REDDY:**

16:45:55 12      **Q.**   Okay.  And I'm going to ask you a

16:45:57 13  yes-or-no question.  Is it possible that in the

16:45:58 14  scene that we just saw that Mr. Suttles is pulling

16:46:01 15  himself away from Officer Ammerman who was

16:46:03 16  previously punching him in the face?

16:46:05 17      **A.**   Yes, he's pulling himself away.

16:46:07 18      **Q.**   Okay.  Thank you.  Yes, your answer was

16:46:09 19  yes.

16:46:09 20      **MR. DUDDY:**  No, no, no.  His answer was

16:46:12 21  longer than that.  We've had this conversation.

16:46:12 22      **MS. REDDY:**  Yes-or-no question, and you

16:46:13 23  answered it.  Thank you.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

16:46:14  1        **MR. DUDDY:**  I'm just going to make -- I'm

16:46:15  2  just going to make an objection on the record.

16:46:19  3  This has been asked before.  We're not at a

16:46:22  4  criminal deposition.  This is a civil deposition.

16:46:24  5  Asking my client to make a yes-or-no statement is

16:46:28  6  coaching the witness.  Okay.  That's fine, that's

16:46:33  7  fine.  But just keep it at that.  You can't ask

16:46:36  8  somebody to make it yes or no.  Thanks.

16:46:40  9        **MS. REDDY:**  Well, I believe that you're

16:46:42 10  wrong.  Yes, I can ask yes-or-no questions of the

16:46:45 11  witnesses.  It's my deposition, and these are my

16:46:48 12  questions.  But he answered the question, so thank

16:46:50 13  you.

16:46:53 14        **MR. DUDDY:**  As long as you caught all the

16:46:56 15  answer.

16:46:56 16        **MS. REDDY:**  Do you have an objection?

16:47:09 17        (Reporter interruption)

16:47:11 18        **MR. DUDDY:**  Well, we'll have to do it in

16:47:15 19  person next time.

16:47:19 20        **MS. REDDY:**  Are you done?

16:47:21 21        **MR. DUDDY:**  Are you talking to me?

16:47:22 22        **MS. REDDY:**  Yeah.  Are you done with

16:47:24 23  whatever that was so I can continue my questioning,

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

122

16:47:27  1  please?

16:47:27  2          MR. DUDDY:  We're not talking --

16:47:33  3          MS. REDDY:  I didn't understand what you

16:47:34  4  just said, but I'm going to continue my

16:47:36  5  questioning.

16:47:37  6          BY MS. REDDY:

16:47:37  7          Q.  Officer, I believe you just indicated

16:47:39  8  that Mr. Suttles attempting to get away from

16:47:41  9  Officer Ammerman is considered resist in your

16:47:45 10  opinion.  Is that an accurate reflection of the

16:47:47 11  testimony you just provided?

16:47:48 12          MR. DUDDY:  Objection.  Form.

16:47:51 13          THE WITNESS:  I believe I said him pulling

16:47:53 14  himself underneath the car is considered actively

16:47:57 15  resisting.

16:47:57 16          BY MS. REDDY:

16:47:57 17          Q.  Okay.  I thought that you said

16:47:59 18  something about Officer Ammerman, pulling himself

16:48:02 19  away from Officer Ammerman is also resisting; is

16:48:05 20  that correct?

16:48:05 21          MR. DUDDY:  Objection.  Form.

16:48:06 22          THE WITNESS:  Something to that effect.

16:48:08 23          BY MS. REDDY:

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

123

16:48:08  1        **Q.**    Well, I don't want to misstate your

16:48:10  2    testimony, so could you clarify what you meant?  I

16:48:13  3    heard you use a string of those words together, and

16:48:16  4    perhaps I didn't reflect them a hundred percent

16:48:19  5    accurately.

16:48:22  6        **MR. DUDDY:**  Joan, can we read back what was

16:48:25  7    said so that we have a better, more accurate

16:48:28  8    representation of what was actually said.

16:49:03  9        (The above-requested testimony was then read

16:49:04 10    by the reporter.)

16:49:04 11        **MS. REDDY:**  Okay.  We can leave it at that.

16:49:06 12    Thank you.

16:49:07 13        **BY MS. REDDY:**

16:49:07 14        **Q.**    Your testimony was:  I believe him

16:49:09 15    pulling himself away from Officer Ammerman is

16:49:12 16    resisting; is that correct?

16:49:15 17        **A.**    Yes.

16:49:24 18        **Q.**    And this is prior to the 4:55 mark of

16:49:27 19    this video; is that correct?

16:49:30 20        **A.**    Yes.

16:49:31 21        **Q.**    Okay.  I'm going to continue to play

16:49:35 22    the video.

16:49:36 23        (Video played.)

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

124

| | | |
|---|---|---|
| 16:49:49 | 1 | **BY MS. REDDY:** |
| 16:49:49 | 2 | **Q.**   Oh, actually I had a question for you, |
| 16:49:51 | 3 | officer.  Prior to this point in the video, does |
| 16:49:54 | 4 | Mr. Suttles complain about an eye injury? |
| 16:50:00 | 5 | **A.**   At some point he says something about |
| 16:50:02 | 6 | his eye, yes. |
| 16:50:03 | 7 | **Q.**   Does he complain about an arm or a |
| 16:50:07 | 8 | shoulder injury? |
| 16:50:08 | 9 | **A.**   Yes. |
| 16:50:08 | 10 | **Q.**   Upon that complaint, did you take any |
| 16:50:10 | 11 | active steps to assess his injuries? |
| 16:50:14 | 12 | **A.**   We ended up at the ER. |
| 16:50:18 | 13 | **MR. DUDDY:**  Just as a point of |
| 16:50:21 | 14 | clarification, you mean before this point on the |
| 16:50:25 | 15 | video did he ask that or did he say that or just in |
| 16:50:27 | 16 | general? |
| 16:50:27 | 17 | **MS. REDDY:**  I don't know what you're saying. |
| 16:50:29 | 18 | **MR. DUDDY:**  That's because we don't know |
| 16:50:30 | 19 | what you're saying.  Did he make a statement, is |
| 16:50:36 | 20 | that what you mean, did he say there was something |
| 16:50:38 | 21 | wrong with him before that point in the video? |
| 16:50:40 | 22 | **MS. REDDY:**  I don't understand what you're |
| 16:50:41 | 23 | saying.  Do you have an objection?  Because there |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

125

16:50:43  1  is a question pending.

16:50:44  2        **MR. DUDDY:**  What's the question?

16:50:46  3        **MS. REDDY:**  Could you read it back, Joan.

16:50:47  4        (The above-requested question was then read

16:50:59  5  by the reporter.)

16:50:59  6        **BY MS. REDDY:**

16:51:00  7        Q.    Officer, do you have an answer?

16:51:04  8        A.    At some point we got him an ambulance

16:51:07  9  and he was transported to ECMC.

16:51:09  10       Q.    Right.  That's later in time.  I'm

16:51:11  11  actually commenting -- I'm actually framing a

16:51:15  12  question to you.  At the time that Mr. Suttles

16:51:18  13  complained of an eye or arm or shoulder injury as

16:51:22  14  reflected in the scene that we just watched, did

16:51:25  15  you take any steps at that time to assess his

16:51:28  16  injuries?

16:51:29  17       A.    No, I don't believe so.

16:51:30  18       Q.    Thank you.

16:51:35  19       (Video played.)

16:51:48  20       **BY MS. REDDY:**

16:51:49  21       Q.    What's happening in this scene,

16:51:51  22  officer?

16:51:51  23       **MR. DUDDY:**  Objection.  Form.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

126

| | | |
|---|---|---|
| 16:51:55 | 1 | **THE WITNESS:**  Mr. Suttles is talking. |
| 16:51:59 | 2 | **BY MS. REDDY:** |
| 16:51:59 | 3 | **Q.**   Right.  Is he on the floor?  Is he on |
| 16:52:02 | 4 | the ground? |
| 16:52:02 | 5 | **A.**   Yes. |
| 16:52:02 | 6 | **Q.**  Is he resisting? |
| 16:52:04 | 7 | **MR. DUDDY:**  Objection.  Form. |
| 16:52:06 | 8 | **THE WITNESS:**  No. |
| 16:52:07 | 9 | **BY MS. REDDY:** |
| 16:52:08 | 10 | **Q.**   Okay.  Are his arms -- I see one arm in |
| 16:52:10 | 11 | handcuffs.  Are both his arms in handcuffs at this |
| 16:52:15 | 12 | point? |
| 16:52:15 | 13 | **A.**   Yes. |
| 16:52:15 | 14 | **MR. DUDDY:**  Can we get a time stamp on that? |
| 16:52:18 | 15 | **MS. REDDY:**  5:22. |
| 16:52:22 | 16 | **BY MS. REDDY:** |
| 16:52:22 | 17 | **Q.**   And is he under arrest now? |
| 16:52:27 | 18 | **A.**   Yes. |
| 16:52:32 | 19 | **Q.**   And he's under arrest for resisting |
| 16:52:34 | 20 | arrest; is that correct? |
| 16:52:36 | 21 | **A.**   Obstruction and resisting, yes. |
| 16:52:40 | 22 | **Q.**   And how does obstruction vary from |
| 16:52:42 | 23 | resisting arrest? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

127

16:52:45  1          **A.**    I believe resisting requires force.
16:52:51  2  Obstruction doesn't.
16:52:55  3          **Q.**    Force by whom?
16:52:57  4          **A.**    Force by an officer.
16:53:01  5          **Q.**    Okay.  So when a civilian is resisting,
16:53:07  6  that means that the officer has used force?
16:53:10  7          **MR. DUDDY:**  Objection.
16:53:11  8          **BY MS. REDDY:**
16:53:13  9          **Q.**    Is that correct?
16:53:13 10          **A.**    If he's physically resisting, yes, an
16:53:18 11  officer used force.
16:53:19 12          **Q.**    Okay.  And then in an obstruction
16:53:22 13  arrest, there's no force by the officer?
16:53:25 14          **A.**    In most cases no.
16:53:27 15          **Q.**    Okay.  In this case, which actions of
16:53:30 16  Mr. Suttles did you constitute being obstruction?
16:53:34 17          **A.**    Him refusing to put his hands behind
16:53:37 18  his back, tensing up, pulling himself back into the
16:53:44 19  vehicle.
16:53:45 20          **Q.**    Anything else?
16:53:47 21          **A.**    Not off the top of my head right now.
16:53:49 22          **Q.**    Okay.  And what -- same question, but
16:53:54 23  what were the actions of Mr. Suttles that you

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

128

16:53:55  1  constituted resisting?

16:53:59  2      **A.**   Him pulling himself underneath the car,

16:54:03  3  refusing multiple lawful commands to stop and put

16:54:07  4  his hands behind his back requiring officers to use

16:54:10  5  physical force.

16:54:14  6      **Q.**   Okay.

16:54:18  7      (Video played.)

16:54:25  8      **BY MS. REDDY:**

16:54:26  9      **Q.**   Who was that shouting right there?  Is

16:54:28 10  that you or Officer Ammerman?

16:54:29 11      **A.**   I believe it was Officer Ammerman.

16:54:33 12      (Video played.)

16:54:58 13      **BY MS. REDDY:**

16:54:58 14      **Q.**   Is that still Officer Ammerman?

16:55:01 15      **A.**   Yes.

16:55:02 16      **Q.**   Now, at this point what's happening?

16:55:04 17  Mr. Suttles is under arrest.  Why is he still on

16:55:06 18  the concrete floor or the street?

16:55:09 19      **MR. DUDDY:**  Objection.  Form.

16:55:10 20      **THE WITNESS:**  We are continuing a search to

16:55:12 21  try to find narcotics.

16:55:19 22      **BY MS. REDDY:**

16:55:20 23      **Q.**   The narcotics you're arresting him for,

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

129

16:55:22  1  right?

16:55:23  2     **MR. DUDDY:**  Objection.  Form.

16:55:25  3     **THE WITNESS:**  He wasn't under arrest --

16:55:26  4     **BY MS. REDDY:**

16:55:28  5     **Q.**  The narcotics that you're arresting

16:55:31  6  Mr. Suttles for?

16:55:33  7     **A.**  He wasn't under arrest for narcotics at

16:55:35  8  that point or at all.

16:55:39  9     **Q.**  Okay.  What was he -- what charges was

16:55:42 10  he resisting initially?

16:55:46 11     **A.**  Like I said, I suspected him to have

16:55:48 12  narcotics in his pants.  We were attempting to

16:55:53 13  detain him so we could retrieve them, and then he

16:55:55 14  started to resist.

16:55:57 15     **MR. DUDDY:**  I would like to request a recess

16:56:00 16  at this point.

16:56:00 17     **MS. REDDY:**  That's fine.

16:56:49 18     (A recess was then taken at 4:56 p.m.)

17:30:29 19     **MS. REDDY:**  Okay.  Back on the record.

17:30:46 20     **BY MS. REDDY:**

17:30:46 21     **Q.**  Officer, I'm going to remind you that

17:30:49 22  you're still under oath even though we took a break

17:30:51 23  in your testimony.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

130

17:30:53  1        A.    Okay.

17:30:54  2        Q.    I'm going to switch gears.  I'm going

17:30:56  3    to show you some other exhibits that I want to ask

17:30:58  4    you about.

17:30:59  5        A.    Yes, ma'am.

17:30:59  6        MR. DUDDY:  Can we just have your client

17:30:59  7    come back on?

17:31:05  8        MS. REDDY:  Mr. Suttles, can you hear us?

17:31:07  9    We're going to start again.

17:31:28 10        BY MS. REDDY:

17:31:30 11        Q.    Okay.  Officer, can you see my screen?

17:31:32 12        A.    Yes.

17:31:32 13        Q.    Okay.  I'm going to show you what's

17:31:33 14    been previously marked as Defendant's Exhibit A.

17:31:36 15    Do you recognize this document?

17:31:37 16        A.    Yes.

17:31:39 17        Q.    What is this?

17:31:40 18        A.    It's the booking report.

17:31:46 19        Q.    Okay.  Is that also known as the police

17:31:50 20    report?

17:31:50 21        A.    Yes.

17:31:50 22        Q.    Okay.  Do you recognize your name in

17:31:53 23    this document?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

131

| | | |
|---|---|---|
| 17:31:54 | 1 | **A.**    Yes. |
| 17:31:54 | 2 | **Q.**    And where are you listed in this |
| 17:31:56 | 3 | document? |
| 17:31:58 | 4 | **A.**    As arresting officer. |
| 17:32:00 | 5 | **Q.**    Okay.  And is this a reflection of the |
| 17:32:06 | 6 | events that occurred during the arrest of |
| 17:32:09 | 7 | Mr. Suttles on May 10th, 2020? |
| 17:32:12 | 8 | **A.**    Yes. |
| 17:32:13 | 9 | **Q.**    Okay.  And are you listed here as the |
| 17:32:19 | 10 | arresting officer? |
| 17:32:20 | 11 | **A.**    Yes. |
| 17:32:21 | 12 | **Q.**    All right.  Is that accurate? |
| 17:32:23 | 13 | **A.**    Yes. |
| 17:32:24 | 14 | **Q.**    Okay.  And here, is this assisting |
| 17:32:28 | 15 | officer, is that accurate, Ronald Ammerman, your |
| 17:32:32 | 16 | partner? |
| 17:32:32 | 17 | **A.**    Yes. |
| 17:32:33 | 18 | **Q.**    What's the difference between the |
| 17:32:34 | 19 | arresting and the assisting officer? |
| 17:32:36 | 20 | **A.**    There really isn't much of a |
| 17:32:38 | 21 | difference. |
| 17:32:38 | 22 | **Q.**    For the purposes of this form, what is |
| 17:32:40 | 23 | your understanding of the difference? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

132

| | | |
|---|---|---|
| 17:32:42 | 1 | **A.**    I just sign on the arrest. |
| 17:32:49 | 2 | **Q.**    I'm sorry, I couldn't hear you. |
| 17:32:51 | 3 | **A.**    I just sign the paperwork. |
| 17:32:53 | 4 | **Q.**    The arresting paperwork? |
| 17:32:55 | 5 | **A.**    I guess -- I guess for this incident, |
| 17:33:03 | 6 | we would just be co-arresting officers. |
| 17:33:09 | 7 | **Q.**    Okay.  And can you read the line here |
| 17:33:11 | 8 | that indicates the primary arrest charge? |
| 17:33:16 | 9 | **A.**    Yes.  Penal Law 215.40 sub 2, tampering |
| 17:33:27 | 10 | with physical evidence, concealed or destroyed. |
| 17:33:33 | 11 | **Q.**    And does that reflect the primary |
| 17:33:35 | 12 | arrest charge as you understood it to be on May |
| 17:33:38 | 13 | 10th, 2020? |
| 17:33:39 | 14 | **A.**    That's one of the arrests. |
| 17:33:41 | 15 | **Q.**    Okay.  Are the remainder of the arrest |
| 17:33:46 | 16 | charges reflected in this document? |
| 17:33:49 | 17 | **A.**    Yes. |
| 17:33:49 | 18 | **Q.**    Where do you see those? |
| 17:33:51 | 19 | **A.**    At the bottom. |
| 17:33:55 | 20 | **Q.**    So in addition to the charges you just |
| 17:33:57 | 21 | read, what other charges are reflected in this |
| 17:34:00 | 22 | document? |
| 17:34:01 | 23 | **A.**    Obstruction of governmental |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

133

17:34:03   1   administration, resisting arrest, driving without a

17:34:09   2   license, and going the wrong way on a one-way.

17:34:17   3        **Q.**   Okay.  Do you recognize this document?

17:34:21   4        **A.**   Yes.

17:34:21   5        **Q.**   What is this?

17:34:22   6        **A.**   That is another arrest form.

17:34:28   7        **Q.**   Is this related to the same incident?

17:34:32   8        **A.**   Yes.

17:34:32   9        **Q.**   And what is -- is that your signature

17:34:34  10   at the bottom?

17:34:36  11        **A.**   Yes.

17:34:36  12        **Q.**   Why did you sign this document?

17:34:42  13        **A.**   Because that is what he was under

17:34:46  14   arrest for.

17:34:47  15        **Q.**   Okay.  And in your review of this

17:34:49  16   document, is this an accurate reflection of the

17:34:51  17   events that occurred on May 10th, 2020, in relation

17:34:54  18   to Mr. Suttles?

17:34:56  19        **MR. DUDDY:**  We're just going to need a

17:34:58  20   minute to read it.

17:34:59  21        **MS. REDDY:**  Yeah, take your time.

17:35:13  22        **THE WITNESS:**  Yes.

17:35:18  23        **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

134

17:35:18  1          Q.    Do you recognize this document?

17:35:20  2          A.    Yes.

17:35:20  3          Q.    What is this?

17:35:21  4          A.    Another one of the -- another one of

17:35:27  5   the charges.

17:35:28  6          Q.    Did you draft this?

17:35:32  7          A.    I believe it's drafted -- the

17:35:38  8   literature is drafted from the Penal Law and then

17:35:40  9   the RTs put in our explanation of what happened.

17:35:54 10          Q.    And is that your signature reflected on

17:35:56 11   this document?

17:35:57 12          A.    Yes.

17:36:00 13          Q.    And is this an accurate reflection of

17:36:03 14   the events that occurred on May 10th, 2020?

17:36:05 15          A.    Yes.

17:36:07 16          Q.    Okay.  Do you recognize this document?

17:36:24 17          A.    Yes.

17:36:25 18          Q.    Is that your signature at the bottom of

17:36:26 19   this document?

17:36:28 20          A.    Yes.

17:36:29 21          Q.    For the record, we're referring to --

17:36:33 22   we've been discussing pages 3, 4, and 5 of Exhibit

17:36:37 23   1.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

135

| | | |
|---|---|---|
| 17:36:42 | 1 | **A.** Yes. |
| 17:36:43 | 2 | **Q.** Okay. I want to direct your attention |
| 17:37:02 | 3 | to this form. Have you seen this before? |
| 17:37:05 | 4 | **A.** Yes. |
| 17:37:05 | 5 | **Q.** What is this? |
| 17:37:09 | 6 | **A.** I did. |
| 17:37:09 | 7 | **Q.** Sorry? |
| 17:37:10 | 8 | **A.** I did. Sorry? |
| 17:37:13 | 9 | **Q.** I was just asking you what is this |
| 17:37:16 | 10 | form. |
| 17:37:16 | 11 | **A.** That's the arrest form. |
| 17:37:18 | 12 | **Q.** And when is this completed? |
| 17:37:20 | 13 | **A.** During intake, during -- before it's |
| 17:37:25 | 14 | processed. |
| 17:37:25 | 15 | **Q.** At central booking? |
| 17:37:29 | 16 | **A.** Yes, or in the vehicle. I can't |
| 17:37:33 | 17 | remember. |
| 17:37:33 | 18 | **Q.** Is this your handwriting on this |
| 17:37:35 | 19 | document? |
| 17:37:36 | 20 | **A.** Yes. |
| 17:37:37 | 21 | **Q.** Okay. And is this document reflecting |
| 17:37:48 | 22 | Mr. Suttles' arrest on May 10th of 2020? |
| 17:37:53 | 23 | **A.** Yes. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

136

17:37:55  1          Q.    Is this an accurate reflection of the

17:37:58  2    events that occurred on May 10th of 2020?

17:38:00  3          **MR. DUDDY:**  Objection.  Form.

17:38:03  4          **THE WITNESS:**  Yes.

17:38:04  5          **BY MS. REDDY:**

17:38:05  6          Q.    Okay.  So I'm going to represent to you

17:38:07  7    that in the narrative form -- narrative part of

17:38:10  8    this form it indicates that defendant was observed

17:38:13  9    operating -- I'm sorry, I can't read what that

17:38:16 10    says.  I think New York registered something going

17:38:25 11    the wrong way north on Madison.  Officers initiated

17:38:29 12    a traffic stop, and a strong odor of marijuana was

17:38:31 13    coming from the vehicle.  While conducting a

17:38:34 14    pat-down search, defendant did push off the vehicle

17:38:38 15    and fight with officers.  Defendant continued to

17:38:39 16    fight and reach in his pants, ignoring officers'

17:38:43 17    verbal commands to stop resisting and reaching.

17:38:46 18          Is that an accurate reflection of the events

17:38:49 19    that occurred on May 10th, 2020?

17:38:51 20          A.    Yes.

17:38:51 21          Q.    The narrative continues in your

17:38:53 22    handwriting.  Officers recovered white powder

17:38:58 23    substance from defendant's right pocket, submitted

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

137

17:39:02  1  to lab, charges pending upon test results.

17:39:07  2  Defendant did state he took weed from his pants and

17:39:12  3  threw it during struggle, plastic pill.

17:39:16  4       Can you explain that statement?

17:39:18  5       A.   I believe that was what he stated to

17:39:21  6  Officer Ammerman in the -- I believe in the back of

17:39:26  7  the ambulance.

17:39:28  8       Q.   In the back of what?

17:39:29  9       A.   I believe that's what he said to

17:39:33  10  Officer Ammerman at some point.  I don't recall

17:39:35  11  when or where.

17:39:36  12       Q.   Okay.  I'd like to direct your

17:39:37  13  attention to the statement before that.  Officers

17:39:40  14  recovered white powder substance from defendant's

17:39:43  15  right pocket.  Submitted to lab.  Charges pending

17:39:47  16  upon test results.

17:39:48  17       What's that referring to?

17:39:49  18       A.   There was a bottle in his right pocket

17:39:53  19  that was recovered, and there was white substance

17:39:55  20  in it.

17:39:55  21       Q.   What type of bottle?

17:39:59  22       A.   Like a pill bottle, I guess.

17:40:03  23       Q.   Okay.  And what type of pills were

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

138

```
17:40:07  1  those?
17:40:08  2         MR. DUDDY:  Objection.  Form.
17:40:08  3         THE WITNESS:  I don't recall.
17:40:14  4         BY MS. REDDY:
17:40:16  5         Q.   What was the white powder substance?
17:40:18  6         MR. DUDDY:  Objection.  Form.
17:40:20  7         THE WITNESS:  I don't know.
17:41:16  8         MS. REDDY:  Hold on one second.  I'm just
17:41:18  9  pulling up another exhibit for you.
17:42:06 10         BY MS. REDDY:
17:42:06 11         Q.   So did you ever submit a use of force
17:42:10 12  form in relation to the events that occurred on May
17:42:11 13  10th, 2020?
17:42:14 14         A.   Yes.
17:42:30 15         Q.   I'm sharing with you Defendant Exhibit
17:42:32 16  2.  Can you see this document?
17:42:37 17         A.   Yes.
17:42:37 18         Q.   I'm going to scroll to the top of page
17:42:43 19  3 where it indicates use of force received May
17:42:47 20  10th, 2020, and direct your attention to a later
17:43:14 21  part of this document.  Okay.  Let me direct your
17:43:21 22  attention to page 14, the bottom part.  4/6/21,
17:43:27 23  this paragraph right here.
```

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

139

| | | |
|---|---|---|
| 17:43:29 | 1 | **A.** Yeah. |
| 17:43:29 | 2 | **Q.** Officer Michael Scheu gave a statement |
| 17:43:32 | 3 | to Lieutenant Alberti. Did you ever give a |
| 17:43:38 | 4 | statement to Mr. -- to Lieutenant Alberti? |
| 17:43:40 | 5 | **A.** Yes. |
| 17:43:40 | 6 | **Q.** Who was that? |
| 17:43:41 | 7 | **A.** He was lieutenant of internal affairs |
| 17:43:43 | 8 | at the time. |
| 17:43:44 | 9 | **Q.** Is this an accurate reflection of your |
| 17:43:46 | 10 | report to him? |
| 17:43:49 | 11 | **MR. DUDDY:** Again, we're going to need a |
| 17:43:51 | 12 | minute to read it. |
| 17:44:23 | 13 | **THE WITNESS:** Yes. |
| 17:44:49 | 14 | **BY MS. REDDY:** |
| 17:44:50 | 15 | **Q.** So anywhere in this statement that you |
| 17:44:51 | 16 | made -- and is this a full and accurate reflection |
| 17:44:55 | 17 | of the statement that you made to Lieutenant |
| 17:44:58 | 18 | Alberti in internal affairs? |
| 17:44:59 | 19 | **MR. DUDDY:** Objection. Form. |
| 17:45:00 | 20 | **THE WITNESS:** I believe so. |
| 17:45:01 | 21 | **BY MS. REDDY:** |
| 17:45:03 | 22 | **Q.** And anywhere in this statement to |
| 17:45:04 | 23 | Lieutenant Alberti did you mention the fact that |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

140

17:45:07  1   Police Officer Ammerman punched Mr. Suttles?

17:45:21  2         **A.**   I don't see that I stated that, no.

17:45:25  3         **Q.**   Thank you.  Was there ever a time where

17:45:40  4   you were at ECMC with Mr. Suttles?

17:45:44  5         **A.**   Yes.

17:45:44  6         **Q.**   And what was your purpose there?

17:45:47  7         **A.**   To get him treatment.

17:45:49  8         **Q.**   For what?

17:45:49  9         **A.**   His injuries.

17:45:51 10         **Q.**   What were his injuries?

17:45:53 11         **A.**   I believe he had injuries to his face

17:45:56 12   and possibly arm.

17:46:00 13         **Q.**   And what type of medical attention did

17:46:02 14   he receive?

17:46:02 15         **MR. DUDDY:**  Objection.  Form.

17:46:03 16         **THE WITNESS:**  I -- I don't know.  The

17:46:08 17   doctors did that stuff.  I don't know what kind of

17:46:11 18   medical aid they gave him.

17:46:13 19         **BY MS. REDDY:**

17:46:14 20         **Q.**   Did you stay with him at ECMC?

17:46:18 21         **A.**   Yes.

17:46:19 22         **Q.**   Was he handcuffed at the time?

17:46:22 23         **A.**   I don't recall.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

141

| | | |
|---|---|---|
| 17:46:24 | 1 | **Q.**    Was there ever a time where Officer |
| 17:46:28 | 2 | Giarrano came to ECMC? |
| 17:46:29 | 3 | **A.**    I believe so. |
| 17:46:31 | 4 | **Q.**    Why did he come? |
| 17:46:33 | 5 | **A.**    I don't recall. |
| 17:46:35 | 6 | **MR. DUDDY:**  Objection.  Form. |
| 17:46:36 | 7 | **BY MS. REDDY:** |
| 17:47:15 | 8 | **Q.**    Were you partners with Officer Ammerman |
| 17:47:17 | 9 | in 2019? |
| 17:47:18 | 10 | **MR. DUDDY:**  Objection.  Form. |
| 17:47:20 | 11 | **THE WITNESS:**  I believe so. |
| 17:47:40 | 12 | **BY MS. REDDY:** |
| 17:47:41 | 13 | **Q.**    I'm going to share with you what's been |
| 17:47:43 | 14 | marked Defendant Exhibit 3.  Do you recognize this |
| 17:47:48 | 15 | document? |
| 17:47:51 | 16 | **A.**    I believe it is a use of force report. |
| 17:47:56 | 17 | **Q.**    Okay.  Well, I'm going to represent to |
| 17:47:58 | 18 | you that it's labeled as a disciplinary card. |
| 17:48:01 | 19 | **A.**    Oh, yeah. |
| 17:48:01 | 20 | **Q.**    Is your name reflected in that |
| 17:48:04 | 21 | document? |
| 17:48:05 | 22 | **A.**    Yes. |
| 17:48:06 | 23 | **Q.**    Okay. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

142

17:48:08  1          **MR. DUDDY:**  Just as a point of reference, if

17:48:11  2    we can just take that document off the screen,

17:48:15  3    please.  Can you take that document off the screen?

17:48:18  4          **MS. REDDY:**  Why?

17:48:19  5          **MR. DUDDY:**  Because that's my officer's home

17:48:24  6    address.  Can you take it off the screen?

17:48:24  7          **MS. REDDY:**  This was produced --

17:48:24  8          **MR. DUDDY:**  This was supposed to be

17:48:27  9    redacted.  Take it off the screen.

17:48:30 10          **MS. REDDY:**  Can you calm down?  You don't

17:48:32 11    need to yell at me.

17:48:33 12          **MR. DUDDY:**  Take it off the -- Mr. Suttles,

17:48:37 13    what are you doing at this time?  That's it.  I'll

17:48:40 14    get a protective order from the judge.  If you were

17:48:40 15    to use that document, you should have redacted that

17:48:44 16    information.  I gave you that -- I gave you that

17:48:47 17    information through discovery.  You do not share a

17:48:51 18    police officer's private information.  You should

17:48:53 19    have redacted it.  I can't believe you used that.

17:48:56 20    I can't believe you --

17:48:58 21          **MS. REDDY:**  Let's stay on the record.  This

17:49:01 22    was produced by Corporation Counsel unredacted.

17:49:05 23          **MR. DUDDY:**  If you're to use it -- you're

17:49:06  1  using it as an exhibit, not me.

17:49:09  2       MS. REDDY:  It's unredacted.  You revealed

17:49:12  3  your own confidential information of the witness.

17:49:14  4  You produced unredacted -- you produced it.

17:49:18  5       MR. DUDDY:  You just did it there now.

17:49:19  6       MS. REDDY:  You produced it.  You produced

17:49:23  7  it unredacted.  I have no obligation to redact a

17:49:27  8  document for a deposition.  This was produced in

17:49:31  9  the normal course of discovery.

17:49:33 10       MR. DUDDY:  No, you do.

17:49:34 11       MS. REDDY:  No.  Counselor, I'm sorry that

17:49:36 12  you failed to redact your own documents during

17:49:39 13  production and you're upset about it, and I would

17:49:41 14  be, also, but I am not under an obligation --

17:49:43 15       MR. DUDDY:  Don't put it back on me.  Don't

17:49:48 16  put it back on me.

17:49:48 17       (Reporter interruption)

17:49:49 18       MR. DUDDY:  Don't turn it back on me.  You

17:49:52 19  just relayed confidential information.

17:49:54 20       MS. REDDY:  How are you unable to redact

17:49:57 21  your own documents?  I'm very sorry for that.

17:49:58 22       MR. DUDDY:  I shouldn't have to redact my

17:49:59 23  own documents.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

144

17:50:00  1          MS. REDDY:  I'm sorry.  It's the

17:50:01  2     confidential information that you would like

17:50:03  3     confidential.  It is not confidential to me.

17:50:05  4          MR. DUDDY:  Oh, so that's why you used it?

17:50:07  5          MS. REDDY:  I'm using it right now.  I'm

17:50:10  6     using it right now.  You're just lucky I know how

17:50:12  7     to redact a document.

17:50:13  8          MR. DUDDY:  Obviously you don't.

17:50:15  9          MS. REDDY:  So obviously I need to take a

17:50:16 10     few minutes and do the job that you weren't able to

17:50:19 11     do.

17:50:19 12          MR. DUDDY:  Obviously you don't, and not

17:50:20 13     only that, you've shown it to your client.

17:50:22 14          MS. REDDY:  Great.  Well, then you should

17:50:24 15     have redacted it.  I'm not going to have this

17:50:26 16     discussion any further.  I need 30 seconds to

17:50:28 17     redact the document.

17:50:29 18          MR. DUDDY:  Yeah, and you can redact the

17:50:30 19     other one because --

17:50:31 20          MS. REDDY:  Which you could have and should

17:50:33 21     have done.

17:50:34 22          MR. DUDDY:  I can't believe you used that.

17:50:35 23          MS. REDDY:  You can't believe it.  This is

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

145

17:50:37  1  not personal in nature.  You are obligated to

17:50:39  2  redact your own documents.  You failed to do so.

17:50:41  3  That's a conversation you should have with your

17:50:43  4  officer after the deposition.

17:50:43  5      **MR. DUDDY:**  I'll be having that conversation

17:50:43  6  with the judge.

17:50:47  7      **MS. REDDY:**  I will redact it for you now.

17:51:29  8      (Off the record.)

17:52:21  9      **MS. REDDY:**  Okay, Joan.  We're back on the

17:52:23 10  record.  I'm going to email you Defendant's Exhibit

17:52:26 11  3 redacted.  It was originally produced by

17:52:28 12  Corporation Counsel unredacted.  I'm entering this

17:52:32 13  into evidence.

17:52:36 14      Can you read the last question back, Joan,

17:52:39 15  please.

17:52:39 16      (The above-requested question was then read

17:52:58 17  by the reporter.)

17:52:58 18      **BY MS. REDDY:**

17:52:58 19      Q.   Let me screen share with you again.

17:53:07 20  Officer, is this your name reflected in this

17:53:10 21  disciplinary card?

17:53:10 22      **MR. DUDDY:**  Objection.  Form.

17:53:11 23      **THE WITNESS:**  Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

146

17:53:12  1          BY MS. REDDY:

17:53:13  2          Q.    Okay.  Has there been any changes to

17:53:23  3    your discipline since May 14th of 2020?

17:53:26  4          A.    No.

17:53:32  5          Q.    Okay.  I'm going to share with you

17:53:34  6    what's page 1 of this same exhibit redacted by

17:53:37  7    myself just now, a disciplinary card of Ronald

17:53:42  8    Ammerman.

17:53:42  9          MR. DUDDY:  Objection.  Form.

17:53:44  10         BY MS. REDDY:

17:53:44  11         Q.    Were you his partner in May of 2019?

17:53:50  12         A.    No.

17:53:53  13         Q.    No?

17:53:54  14         A.    No.  I would have been listed as well.

17:54:04  15         Q.    Okay.  Your prior testimony was that

17:54:06  16    you were his partner in 2019.  Is that no longer

17:54:09  17    accurate?

17:54:09  18         A.    Not on this date.

17:54:12  19         Q.    Not on May 19?

17:54:17  20         A.    Not on any of these dates except for

17:54:20  21    the one.

17:54:21  22         Q.    Okay.  I'm not asking you about these

17:54:21  23    dates.  I'm just asking you generally.  Did you

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

147

17:54:23  1  have a partnership relationship with him in 2019?

17:54:26  2          **MR. DUDDY:**  Objection.  Form.

17:54:27  3          **MS. REDDY:**  Inclusive of --

17:54:27  4          **THE WITNESS:**  Yes.

17:54:30  5          **BY MS. REDDY:**

17:54:34  6          **Q.**   In July of 2019?

17:54:35  7          **A.**   I believe so.

17:54:37  8          **Q.**   In June of 2019?

17:54:40  9          **A.**   I believe so.

17:54:42 10          **Q.**   In September of 2019?

17:54:45 11          **A.**   I believe so.

17:54:48 12          **Q.**   Were you aware that Officer Ammerman

17:54:51 13  had been charged with the use of excessive force

17:54:54 14  stemming from May 19, 2019?

17:54:57 15          **MR. DUDDY:**  Objection.  Form.  It doesn't

17:55:05 16  say that in that document.

17:55:17 17          **BY MS. REDDY:**

17:55:19 18          **Q.**   You still have to answer.

17:55:20 19          **A.**   I'm sorry, can you repeat the question?

17:55:22 20          **Q.**   I'll rephrase.  Were you aware that

17:55:24 21  Mr. -- or Officer Ammerman had been subject to a

17:55:27 22  complaint of excessive force on the date opened of

17:55:32 23  May 19th, 2019?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

148

| | | |
|---|---|---|
| 17:55:35 | 1 | **MR. DUDDY:** Objection. Form. |
| 17:55:36 | 2 | **THE WITNESS:** No. |
| 17:55:41 | 3 | **BY MS. REDDY:** |
| 17:55:41 | 4 | **Q.** Are you hearing this for the first time |
| 17:55:44 | 5 | today? |
| 17:55:46 | 6 | **A.** Yes. |
| 17:55:46 | 7 | **Q.** And what does this document reflect in |
| 17:55:51 | 8 | terms of his disposition from that complaint? |
| 17:55:54 | 9 | **A.** From the May 19th, 2019? |
| 17:55:56 | 10 | **MR. DUDDY:** Objection. Form. |
| 17:56:00 | 11 | **THE WITNESS:** Not sustained. |
| 17:56:01 | 12 | **BY MS. REDDY:** |
| 17:56:01 | 13 | **Q.** What does not sustained mean to you? |
| 17:56:04 | 14 | **A.** I don't know the terminology when it |
| 17:56:08 | 15 | comes to internal affairs. |
| 17:56:12 | 16 | **Q.** What happened to the complaint made by |
| 17:56:15 | 17 | Mr. Suttles in relation to use of force for you in |
| 17:56:19 | 18 | this complaint? |
| 17:56:20 | 19 | **A.** Exonerated. |
| 17:56:23 | 20 | **Q.** Okay. What does that mean? |
| 17:56:26 | 21 | **A.** We did everything in accordance with |
| 17:56:32 | 22 | our manual of procedures. |
| 17:56:36 | 23 | **Q.** Okay. So in any of the videos that |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

149

17:57:38  1  you've seen thus far you've testified to the resist

17:57:41  2  of Mr. Suttles.  In relation to that, what is your

17:57:44  3  use -- what is your understanding of the use of

17:57:47  4  excessive force versus necessary force of a police

17:57:52  5  officer for the City of Buffalo?

17:57:54  6        A.    In our manual of procedures,

17:58:06  7  physical -- physical resistance can be met with

17:58:14  8  officers -- with officers using, you know, takedown

17:58:17  9  maneuvers as well as hand and foot strikes, impact

17:58:24 10  tools.

17:58:28 11        Q.    How about punching a civilian in the

17:58:30 12  eye?

17:58:30 13        MR. DUDDY:  Objection.  Form.

17:58:33 14        THE WITNESS:  I don't know.

17:58:39 15        BY MS. REDDY:

17:58:40 16        Q.    You said something about hand and foot.

17:58:42 17  Can you explain that?

17:58:43 18        A.    It's -- that's just how it reads in the

17:58:46 19  manual of procedures.  We're allowed to use our

17:58:53 20  hands and feet is how it reads.

17:59:01 21        Q.    Are you allowed to put your knee in the

17:59:03 22  groin of a civilian during a search?

17:59:07 23        MR. DUDDY:  Objection.  Form.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

150

17:59:10  1          THE WITNESS:  I believe I tried to knee him
17:59:16  2    in the thigh.
17:59:21  3          BY MS. REDDY:
17:59:21  4          Q.   Sorry, I didn't hear that.  I didn't
17:59:23  5    catch that.
17:59:26  6          A.   Like I said, physical resistance can be
17:59:28  7    met with physical force, so yes.
17:59:33  8          Q.   Are you allowed to put your knee in the
17:59:35  9    groin of a civilian during a stop?
17:59:38  10          MR. DUDDY:  Objection.  Form.
17:59:40  11          THE WITNESS:  While he's actively resisting,
17:59:45  12    yes.
17:59:45  13          BY MS. REDDY:
17:59:46  14          Q.   Okay.  Are you allowed to actively
18:00:00  15    thrust your knee into the groin of a civilian
18:00:02  16    multiple times during a stop or search?
18:00:06  17          MR. DUDDY:  Objection.  Form.
18:00:07  18          THE WITNESS:  Like I said, if he's
18:00:08  19    physically resisting, it can be met with physical
18:00:11  20    force, so yes.
18:00:13  21          BY MS. REDDY:
18:00:13  22          Q.   And what kind of physical resist would
18:00:16  23    warrant putting your knee into the groin of a

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18:00:18  1  civilian multiple times, thrusting your knee?

18:00:22  2      **MR. DUDDY:**  Objection.

18:00:23  3      **THE WITNESS:**  Like I said, at that point he

18:00:24  4  had his hand in his pants, in his groin area, while

18:00:28  5  he was physically pulling himself underneath the

18:00:30  6  car.

18:00:34  7      **BY MS. REDDY:**

18:00:34  8      **Q.**  Okay.  And when you say "he," are you

18:00:36  9  referring to Mr. Suttles on May 10th, 2020?

18:00:39 10      **A.**  Yes.

18:00:39 11      **Q.**  Okay.  And just to clarify your

18:00:41 12  testimony, you're indicating that he was physically

18:00:44 13  resisting while he was down on the ground --

18:00:48 14      **MR. DUDDY:**  Objection.  Form.

18:00:49 15      **MS. REDDY:**  I'm not done.

18:00:49 16      **MR. DUDDY:**  Go ahead.

18:00:52 17      **MS. REDDY:**  You can't object until I'm done.

18:00:54 18      **MR. DUDDY:**  Well, you're asking compound

18:00:56 19  questions, then.  Come on.

18:00:56 20      **MS. REDDY:**  It doesn't matter.  You can just

18:00:58 21  wait until I finish my question, please.

18:01:00 22      **BY MS. REDDY:**

18:01:01 23      **Q.**  Officer, you just testified that he,

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

152

18:01:03  1  meaning Mr. Suttles, was resisting, and I'm

18:01:08  2  clarifying.  Are you referring to something

18:01:10  3  specific?  Because your testimony included that you

18:01:13  4  put your knee in his groin for a specific reason.

18:01:17  5  Can you please clarify?

18:01:18  6          **MR. DUDDY:**  Objection.  Form.

18:01:20  7          **THE WITNESS:**  Like I said, his hand was

18:01:24  8  in -- his hand was in his groin area, and we

18:01:27  9  actually had been taught in the academy using knee

18:01:31  10  strikes, that these effectively could -- could gain

18:01:36  11  control of the subject.

18:01:40  12          **BY MS. REDDY:**

18:01:40  13          **Q.**    Is that what you did on May 10th, 2020?

18:01:43  14          **A.**    That's what I attempted to do, yes.

18:01:45  15          **Q.**    At what point in time?

18:01:46  16          **A.**    When he was physically resisting with

18:01:49  17  his hand in his pants.

18:01:50  18          **Q.**    When he was face down on the ground?

18:01:53  19          **MR. DUDDY:**  Objection.  Form.

18:01:54  20          **THE WITNESS:**  I don't know where his face

18:01:55  21  was.

18:01:55  22          **BY MS. REDDY:**

18:01:56  23          **Q.**    Was he on the ground?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

153

18:01:57  1        **A.**    I believe we were all on the ground.

18:02:00  2        **Q.**    Okay.  Is that when you were on top of

18:02:02  3  him?

18:02:03  4        **MR. DUDDY:**  Objection.  Form.

18:02:04  5        **THE WITNESS:**  I believe so.

18:02:05  6        **BY MS. REDDY:**

18:02:08  7        **Q.**    How many times did you thrust your knee

18:02:11  8  into his groin area?

18:02:13  9        **MR. DUDDY:**  Objection.  Form.

18:02:14 10        **THE WITNESS:**  I don't recall.

18:02:16 11        **MS. REDDY:**  I'm going to continue playing the

18:02:39 12  video that we were watching earlier.

18:02:49 13        (Video played.)

18:03:17 14        **BY MS. REDDY:**

18:03:18 15        **Q.**    What is Mr. Suttles saying about his

18:03:20 16  arm right there?

18:03:21 17        **A.**    Sorry, I can't hear you.

18:03:22 18        **Q.**    What was Mr. Suttles saying about his

18:03:24 19  arm right there?

18:03:26 20        **A.**    He said it hurt.

18:03:32 21        (Video played.)

18:03:36 22        **BY MS. REDDY:**

18:03:37 23        **Q.**    What's he saying there?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

154

18:03:38  1          **A.**   I couldn't make out what he said there.

18:03:42  2          (Video played.)

18:03:44  3          **BY MS. REDDY:**

18:03:58  4          **Q.**   Was Mr. Suttles complaining that he

18:04:01  5   couldn't move his arm?

18:04:02  6          **A.**   I couldn't make out what he said.

18:04:05  7          **Q.**   Okay.

18:04:07  8          (Video played.)

18:04:29  9          **BY MS. REDDY:**

18:04:30 10          **Q.**   Is Mr. Suttles handcuffed at this time?

18:04:35 11          **A.**   Yes.

18:04:36 12          **Q.**   Now, how can he reach -- both his hands

18:04:39 13   are in handcuffs, right?

18:04:41 14          **A.**   They are right now, yes.

18:04:43 15          **Q.**   Now, is it possible that he can be

18:04:45 16   reaching for something here after he's handcuffed?

18:04:49 17          **A.**   Yes.

18:04:49 18          **Q.**   How?

18:04:50 19          **A.**   His hands are behind his back right

18:04:52 20   next to his butt.

18:04:57 21          **Q.**   So in his handcuffs he could still

18:04:59 22   access his butt?

18:05:02 23          **A.**   Yes.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

155

18:05:02  1          **Q.**    That's your testimony?

18:05:07  2          **MR. DUDDY:**  Objection.  Form.

18:05:08  3          **THE WITNESS:**  Yes, he could.

18:05:10  4          **BY MS. REDDY:**

18:05:11  5          **Q.**    Okay.  Is he wearing pants at this

18:05:18  6   time?

18:05:18  7          **A.**    Yes.

18:05:19  8          **Q.**    So handcuffed -- both hands in

18:05:22  9   handcuffs, it's your testimony that he would still

18:05:24 10   have access to his butt area through his pants

18:05:29 11   while laying face down on the ground as depicted in

18:05:32 12   this video?

18:05:33 13          **MR. DUDDY:**  Objection.  Form.

18:05:34 14          **THE WITNESS:**  He could, yes.

18:05:37 15          (Video played.)

18:05:56 16          **BY MS. REDDY:**

18:05:59 17          **Q.**    Does that testimony still stand -- does

18:06:08 18   your testimony still stand after I played this

18:06:11 19   scene here where he's handcuffed with his hands

18:06:14 20   behind his back with both of you over him, it's

18:06:20 21   your testimony that he could still access something

18:06:22 22   in his butt?

18:06:23 23          **MR. DUDDY:**  Objection.  Form.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

156

| | | |
|---|---|---|
| 18:06:24 | 1 | **THE WITNESS:**  Yes, physically, if he wanted |
| 18:06:26 | 2 | to, yes, he could. |
| 18:06:27 | 3 | **BY MS. REDDY:** |
| 18:06:27 | 4 | **Q.**    How? |
| 18:06:28 | 5 | **A.**    With his hands. |
| 18:06:30 | 6 | **Q.**    Which are both handcuffed, right? |
| 18:06:32 | 7 | **A.**    Right next to his butt. |
| 18:06:38 | 8 | **Q.**    Next to his butt, under his pants.  To |
| 18:06:46 | 9 | do what exactly? |
| 18:06:48 | 10 | **MR. DUDDY:**  Objection.  Form. |
| 18:06:49 | 11 | **THE WITNESS:**  You're asking if he could. |
| 18:06:51 | 12 | I'm saying yes, he could. |
| 18:06:52 | 13 | **MS. REDDY:**  Okay. |
| 18:07:00 | 14 | (Video played.) |
| 18:07:06 | 15 | **BY MS. REDDY:** |
| 18:07:06 | 16 | **Q.**    Did you hear Mr. Suttles say anything |
| 18:07:08 | 17 | about his arm in that footage that I just played |
| 18:07:12 | 18 | for you? |
| 18:07:12 | 19 | **A.**    I believe he said it was broke. |
| 18:07:24 | 20 | (Video played.) |
| 18:07:29 | 21 | **BY MS. REDDY:** |
| 18:07:30 | 22 | **Q.**    Are there any additional officers here |
| 18:07:32 | 23 | at this point? |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

157

| | | |
|---|---|---|
| 18:07:34 | 1 | **A.**    Yes. |
| 18:07:35 | 2 | **Q.**    Who's here, can you tell? |
| 18:07:37 | 3 | **A.**    Officer Hanover. |
| 18:07:39 | 4 | **Q.**    Hanover, okay.  So let the record |
| 18:07:42 | 5 | reflect that at the 7:25:29 mark Officer Scheu has |
| 18:07:48 | 6 | testified that Officer Hanover has appeared at the |
| 18:07:51 | 7 | scene.  Anyone else you recognize? |
| 18:07:55 | 8 | **A.**    I can't see anyone else's face. |
| 18:07:59 | 9 | (Video played.) |
| 18:08:12 | 10 | **BY MS. REDDY:** |
| 18:08:13 | 11 | **Q.**    Okay.  So now here or thereafter, did |
| 18:08:17 | 12 | you take any steps to assess Mr. Suttles' arm after |
| 18:08:24 | 13 | he said it's broken? |
| 18:08:25 | 14 | **MR. DUDDY:**  Objection.  Form. |
| 18:08:26 | 15 | **THE WITNESS:**  Not at that point, no. |
| 18:08:37 | 16 | (Video played.) |
| 18:09:31 | 17 | **BY MS. REDDY:** |
| 18:09:32 | 18 | **Q.**    Is that you holding his jacket? |
| 18:09:34 | 19 | **A.**    Sorry? |
| 18:09:35 | 20 | **Q.**    Are you the officer that's holding his |
| 18:09:38 | 21 | jacket in this scene? |
| 18:09:38 | 22 | **A.**    I don't know.  I can't tell. |
| 18:09:42 | 23 | (Video played.) |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

158

18:10:04  1          BY MS. REDDY:

18:10:05  2          Q.   Is that you that approaches just now?

18:10:13  3          A.   Yes.

18:10:13  4          Q.   And that's -- for the record, that's

18:10:16  5   9:02 in this video.

18:10:18  6          (Video played.)

18:10:25  7          MS. REDDY:  I'm just going to go back.  I'm

18:10:27  8   going to ask you what you hear yourself saying

18:10:31  9   here.

18:10:32 10          (Video played.)

18:11:25 11          BY MS. REDDY:

18:11:26 12          Q.   Can you tell me what's happening in

18:11:27 13   that scene from 9:02 to 9:43?

18:11:33 14          A.   Sorry, I can barely hear you.

18:11:34 15          Q.   Sorry.  I was asking you, can you tell

18:11:36 16   me what's happening in that scene from 9:02 to 9:43.

18:11:41 17          A.   I said if I was grabbing your nuts,

18:11:44 18   you'd be going nuts, and then we're continuing to

18:11:47 19   search for narcotics.

18:11:52 20          Q.   You said you grabbed what?

18:11:55 21          A.   Sorry?

18:11:56 22          Q.   Did you say you grabbed something?

18:12:00 23          MR. DUDDY:  Objection.  Form.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

159

18:12:00  1          **THE WITNESS:**  No.  You asked me if I heard

18:12:04  2    what I said during that time duration.  I said, he

18:12:09  3    said that I was grabbing his nuts, and I said, if I

18:12:11  4    was grabbing your nuts, you'd be -- you'd be going

18:12:13  5    crazy, or something to that effect.

18:12:15  6          **BY MS. REDDY:**

18:12:16  7          **Q.**   Did you say anything about squeezing

18:12:19  8    them?

18:12:19  9          **MR. DUDDY:**  Objection.  Form.

18:12:20  10          **THE WITNESS:**  If I was squeezing your nuts

18:12:23  11    or something like that.

18:12:25  12          **BY MS. REDDY:**

18:12:25  13          **Q.**   Were you squeezing his nuts?

18:12:28  14          **A.**   No.

18:12:31  15          **Q.**   Okay.  And is this still part of the

18:12:33  16    search of Mr. Suttles' person?

18:12:37  17          **A.**   Yes.

18:12:39  18          **Q.**   And what are you looking for here?

18:12:41  19          **A.**   Narcotics.

18:12:47  20          (Video played.)

18:13:32  21          **BY MS. REDDY:**

18:13:33  22          **Q.**   What type of search are you conducting

18:13:35  23    there?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

160

18:13:37  1        **A.**    A secondary more thorough search for

18:13:41  2    narcotics.

18:13:42  3        **Q.**    Narcotics where?

18:13:45  4        **A.**    That can possibly still be in his pants.

18:13:49  5        **Q.**    His pants or in his body part?

18:13:54  6        **A.**    His pants at that point looks like.

18:13:57  7        **Q.**    And why do you tell him to cough?

18:14:00  8        **A.**    That's a method they use down at

18:14:02  9    central booking when -- while searching to see --

18:14:10 10    to get drugs to fall out if they're in his anus or

18:14:15 11    butt cheeks.

18:14:16 12        **Q.**    So at this point you suspected that the

18:14:18 13    drugs had now been put in his anus?

18:14:21 14        **A.**    We didn't know where they were.  Like I

18:14:24 15    said, his hand was so far up his pants while we

18:14:27 16    were struggling with him, they could be anywhere.

18:14:41 17        (Video played.)

18:14:51 18        **BY MS. REDDY:**

18:14:52 19        **Q.**    What did you say there, officer?

18:14:54 20        **A.**    I don't -- I didn't hear.

18:14:59 21        **Q.**    I'm going to play it back.

18:15:02 22        (Video played.)

18:15:26 23        **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

161

| | | |
|---|---|---|
| 18:15:50 | 1 | **Q.**   Did you hear your statement just now? |
| 18:15:52 | 2 | **A.**   It's in there somewhere. |
| 18:15:54 | 3 | **Q.**   Yes.  What were you referring to? |
| 18:15:57 | 4 | **A.**   In his pants. |
| 18:15:59 | 5 | **Q.**   Okay.  So even after you conducted the |
| 18:16:04 | 6 | secondary search of his anus and informed him to |
| 18:16:06 | 7 | cough, it was still your belief that the drugs were |
| 18:16:09 | 8 | still in there somewhere; is that correct? |
| 18:16:12 | 9 | **A.**   Possibly. |
| 18:16:13 | 10 | **Q.**   Okay.  So now we're at the 9:41 mark. |
| 18:16:25 | 11 | And you hadn't actually seen any of the drugs at |
| 18:16:28 | 12 | this point, right? |
| 18:16:30 | 13 | **A.**   Correct. |
| 18:16:32 | 14 | (Video played.) |
| 18:16:53 | 15 | **BY MS. REDDY:** |
| 18:16:53 | 16 | **Q.**   So what's happening here now? |
| 18:16:55 | 17 | **MR. DUDDY:**  Objection.  Form. |
| 18:16:56 | 18 | **THE WITNESS:**  We're searching underneath the |
| 18:16:59 | 19 | car. |
| 18:17:00 | 20 | **BY MS. REDDY:** |
| 18:17:01 | 21 | **Q.**   Okay.  So now it's believed that the |
| 18:17:03 | 22 | narcotics are underneath the car; is that accurate? |
| 18:17:06 | 23 | **A.**   Possibly. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

162

| | | |
|---|---|---|
| 18:17:08 | 1 | **Q.**   Okay.  Had the vehicle been searched? |
| 18:17:14 | 2 | **A.**   At this point I -- |
| 18:17:19 | 3 | **MR. DUDDY:**  Objection.  Form. |
| 18:17:20 | 4 | **THE WITNESS:**  I don't recall. |
| 18:17:20 | 5 | **MS. REDDY:**  Please don't speak over the |
| 18:17:22 | 6 | witness.  Either you can lodge your -- can you |
| 18:17:27 | 7 | restate your answer?  Had the car been searched at |
| 18:17:29 | 8 | this point? |
| 18:17:29 | 9 | **MR. DUDDY:**  Objection.  Form.  You may answer. |
| 18:17:33 | 10 | **THE WITNESS:**  Not that I recall. |
| 18:17:40 | 11 | (Video played.) |
| 18:18:20 | 12 | **BY MS. REDDY:** |
| 18:18:20 | 13 | **Q.**   So what's happening here, in this |
| 18:18:22 | 14 | scene?  Who's this officer here with Mr. Suttles? |
| 18:18:24 | 15 | **MR. DUDDY:**  Objection.  Form. |
| 18:18:26 | 16 | **THE WITNESS:**  I can't tell. |
| 18:18:28 | 17 | (Video played.) |
| 18:18:34 | 18 | **BY MS. REDDY:** |
| 18:18:35 | 19 | **Q.**   Is he getting another pat-down search |
| 18:18:38 | 20 | after the one you conducted? |
| 18:18:39 | 21 | **MR. DUDDY:**  Objection.  Form. |
| 18:18:41 | 22 | **THE WITNESS:**  I believe so. |
| 18:18:53 | 23 | (Video played.) |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

163

18:18:53  1          **BY MS. REDDY:**

18:18:54  2          **Q.**    Do you recognize these two officers

18:18:56  3  around Mr. Suttles?

18:18:57  4          **A.**    This one, officer -- I believe that's

18:19:02  5  Officer Hanover still, and the other officer is

18:19:07  6  Officer Moffett.

18:19:09  7          **Q.**    And do you recognize the third one?

18:19:12  8          **A.**    Which third one?

18:19:14  9          **Q.**    Third one to the left of Mr. Suttles

18:19:16 10  and to the right.

18:19:18 11          **A.**    I can't --

18:19:18 12          (Video played.)

18:19:23 13          **BY MS. REDDY:**

18:19:23 14          **Q.**    Sorry, I thought I'd play it for a few

18:19:25 15  more seconds.  What were you saying?

18:19:25 16          **A.**    I can't make out.  The pictures are

18:19:27 17  distorted.

18:19:28 18          **Q.**    Okay.  And is this still you in the

18:19:30 19  frame to the left of Officer Moffett?

18:19:32 20          **A.**    I believe so, yes.

18:19:40 21          **Q.**    So at this point had you informed these

18:19:42 22  officers that you had completed a pat-down search

18:19:44 23  of Mr. Suttles?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

164

| | | |
|---|---|---|
| 18:19:46 | 1 | **MR. DUDDY:** Objection. Form. |
| 18:19:48 | 2 | **THE WITNESS:** I don't -- I don't know. |
| 18:19:50 | 3 | **BY MS. REDDY:** |
| 18:19:50 | 4 | Q. So how many searches are allowed on a |
| 18:19:53 | 5 | civilian during a stop? |
| 18:19:54 | 6 | **MR. DUDDY:** Objection. Form. |
| 18:19:55 | 7 | **THE WITNESS:** In a case like this, an |
| 18:19:58 | 8 | incident like this, as many as necessary. |
| 18:20:02 | 9 | **BY MS. REDDY:** |
| 18:20:02 | 10 | Q. So each officer could conduct the same |
| 18:20:06 | 11 | search of Mr. Suttles' person? |
| 18:20:08 | 12 | A. If they wanted to, I believe so, yes. |
| 18:20:17 | 13 | (Video played.) |
| 18:20:55 | 14 | **BY MS. REDDY:** |
| 18:20:55 | 15 | Q. Do you recognize your voice in this |
| 18:20:58 | 16 | scene? |
| 18:20:59 | 17 | A. I don't know. |
| 18:21:05 | 18 | (Video played.) |
| 18:22:00 | 19 | **BY MS. REDDY:** |
| 18:22:00 | 20 | Q. Do you know who that is? |
| 18:22:02 | 21 | A. The passenger, I believe. |
| 18:22:31 | 22 | (Video played.) |
| 18:22:46 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

165

| | | |
|---|---|---|
| 18:22:47 | 1 | **Q.**   Who's that in that scene right there? |
| 18:22:49 | 2 | **A.**   Lieutenant Tripp. |
| 18:22:50 | 3 | **Q.**   And is she -- was she the most senior |
| 18:22:54 | 4 | officer there on May 10th of 2020 during |
| 18:22:58 | 5 | Mr. Suttles' arrest? |
| 18:22:58 | 6 | **MR. DUDDY:**  Objection.  Form. |
| 18:23:00 | 7 | **THE WITNESS:**  She was our supervisor. |
| 18:23:02 | 8 | **BY MS. REDDY:** |
| 18:23:03 | 9 | **Q.**   And when you say our, who are you |
| 18:23:04 | 10 | referring to? |
| 18:23:05 | 11 | **A.**   Our platoon that day. |
| 18:23:08 | 12 | **Q.**   Okay.  And is everyone there that |
| 18:23:11 | 13 | you've identified thus far part of the platoon as |
| 18:23:14 | 14 | police officers? |
| 18:23:15 | 15 | **A.**   I believe so. |
| 18:23:24 | 16 | (Video played.) |
| 18:23:31 | 17 | **BY MS. REDDY:** |
| 18:23:32 | 18 | **Q.**   What's happening in this scene right |
| 18:23:33 | 19 | here?  Are they searching the vehicle now? |
| 18:23:35 | 20 | **MR. DUDDY:**  Objection.  Form. |
| 18:23:37 | 21 | **THE WITNESS:**  It would appear so. |
| 18:23:43 | 22 | (Video played.) |
| 18:24:34 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

166

| | | |
|---|---|---|
| 18:24:34 | 1 | **Q.**   Was that you on the other side of the |
| 18:24:37 | 2 | vehicle in that scene? |
| 18:24:38 | 3 | **A.**   I can't hear you. |
| 18:24:39 | 4 | **Q.**   Sorry.  Is that you on the other side |
| 18:24:41 | 5 | of the vehicle in this scene? |
| 18:24:43 | 6 | **A.**   I can't see. |
| 18:24:45 | 7 | (Video played.) |
| 18:25:15 | 8 | **BY MS. REDDY:** |
| 18:25:16 | 9 | **Q.**   Was that you standing on the other side |
| 18:25:18 | 10 | of the vehicle? |
| 18:25:19 | 11 | **A.**   I can't tell. |
| 18:25:23 | 12 | (Video played.) |
| 18:25:34 | 13 | **THE WITNESS:**  No. |
| 18:25:34 | 14 | **BY MS. REDDY:** |
| 18:25:35 | 15 | **Q.**   That's not you on the other side? |
| 18:25:37 | 16 | **A.**   No. |
| 18:25:51 | 17 | (Video played.) |
| 18:26:04 | 18 | **BY MS. REDDY:** |
| 18:26:06 | 19 | **Q.**   Do you know whose voice that is |
| 18:26:13 | 20 | speaking in that part? |
| 18:26:14 | 21 | **MR. DUDDY:**  Objection.  Form. |
| 18:26:15 | 22 | **THE WITNESS:**  I can't tell. |
| 18:26:18 | 23 | (Video played.) |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

167

18:26:39  1          **BY MS. REDDY:**

18:26:39  2          Q.   So now in this part here where

18:26:41  3   Mr. Suttles is against the vehicle handcuffed,

18:26:44  4   arrested, what's happening now?

18:26:46  5          **MR. DUDDY:**  Objection.  Form.

18:26:48  6          **THE WITNESS:**  I'm still searching.

18:26:54  7          **BY MS. REDDY:**

18:26:54  8          Q.   You're still searching for the narcotics?

18:26:56  9          A.   Yes, still searching the area.

18:26:59 10          (Video played.)

18:27:59 11          **BY MS. REDDY:**

18:28:00 12          Q.   Did you ever call for a dog?

18:28:07 13          A.   Not that I recall.

18:28:15 14          (Video played.)

18:29:07 15          **BY MS. REDDY:**

18:29:07 16          Q.   So does this mark the completion of the

18:29:12 17   search for narcotics at the scene?

18:29:14 18          **MR. DUDDY:**  Objection.  Form.

18:29:15 19          **THE WITNESS:**  I'm not sure.

18:29:20 20          (Video played.)

18:29:43 21          **BY MS. REDDY:**

18:29:44 22          Q.   So what's happening now?  You're

18:29:47 23   leaving the scene?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

168

18:29:47  1          MR. DUDDY:  Objection.  Form.

18:29:48  2          THE WITNESS:  Looks like we're preparing to.

18:29:50  3          BY MS. REDDY:

18:29:50  4          Q.    Okay.  And where do you go next?

18:29:53  5          A.    I believe cell block.

18:29:56  6          Q.    Is that central booking?

18:29:58  7          A.    Yes.

18:29:58  8          Q.    So at this time where do you suspect

18:30:00  9     the narcotics are?

18:30:04 10          A.    Still possibly somewhere on his person.

18:30:09 11          Q.    Okay.  Now, when you went to ECMC, did

18:30:12 12     you conduct any kind of body search on Mr. Suttles?

18:30:15 13          MR. DUDDY:  Objection.  Form.

18:30:18 14          THE WITNESS:  I did not.

18:30:19 15          BY MS. REDDY:

18:30:20 16          Q.    Did you have any kind of body search

18:30:21 17     conducted on Mr. Suttles?

18:30:22 18          A.    I believe he had an x-ray.

18:30:27 19          Q.    And were the narcotics seen at that time?

18:30:33 20          A.    I don't think so.

18:30:34 21          MR. DUDDY:  Objection.  Form.

18:30:35 22          THE WITNESS:  No.

18:30:35 23          BY MS. REDDY:

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

169

18:30:37  1        Q.    And what about at central booking?

18:30:39  2    Were there any further searches of Mr. Suttles'

18:30:43  3    person at central booking?

18:30:44  4        **MR. DUDDY:**  Objection.  Form.

18:30:45  5        **THE WITNESS:**  The cell block attendants

18:30:48  6    would search him as well.

18:30:50  7        **BY MS. REDDY:**

18:30:50  8        Q.    So cell block and central booking are

18:30:53  9    the same, right?

18:30:54  10       A.    Yes.

18:30:54  11       Q.    So -- and is that where he goes after

18:30:57  12   this -- after he leaves the scene in the police

18:31:00  13   vehicle?

18:31:02  14       A.    Yes.

18:31:03  15       Q.    Did they uncover any narcotics on

18:31:06  16   Mr. Suttles' person at central booking?

18:31:08  17       **MR. DUDDY:**  Objection.  Form.

18:31:09  18       **THE WITNESS:**  No.

18:31:23  19       **BY MS. REDDY:**

18:31:23  20       Q.    So earlier we watched footage of

18:31:26  21   Officer Ammerman punching Mr. Suttles in the face,

18:31:29  22   and you were visible behind him in the video.  Did

18:31:32  23   you think that use of force was appropriate at that

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

170

18:31:35  1 | time?

18:31:35  2 |        **MR. DUDDY:** Objection. Form.

18:31:36  3 |        **THE WITNESS:** Yes.

18:31:38  4 |        **BY MS. REDDY:**

18:31:39  5 |        **Q.** Why?

18:31:41  6 |        **MR. DUDDY:** Objection. Form.

18:31:42  7 |        **THE WITNESS:** Like I said, he could be

18:31:45  8 | pulling himself under the vehicle to grab a weapon

18:31:48  9 | or ingest narcotics.

18:31:53 10 |        **BY MS. REDDY:**

18:31:53 11 |        **Q.** How -- okay. So can you explain that?

18:31:57 12 | If he's pulling himself -- wait. Actually, can you

18:32:02 13 | restate that? Pulling himself under the car?

18:32:06 14 |        **A.** Yes. There could be weapons underneath

18:32:07 15 | the car as well. We don't know that.

18:32:10 16 |        **Q.** Well, earlier in the timeline we

18:32:13 17 | established that he was punched in the face before

18:32:14 18 | he started pulling himself under the car. Do you

18:32:17 19 | recall that?

18:32:17 20 |        **MR. DUDDY:** Objection. Form.

18:32:19 21 |        **THE WITNESS:** I don't recall, no.

18:32:20 22 |        **BY MS. REDDY:**

18:32:21 23 |        **Q.** Okay. You did witness yourself in the

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

171

18:32:24  1  video present at the time that Officer Ammerman

18:32:27  2  punched Mr. Suttles in the eye repeatedly; is that

18:32:31  3  correct?

18:32:31  4        **MR. DUDDY:**  Objection.  Form.

18:32:33  5        **THE WITNESS:**  On the video, yes.

18:32:34  6        **BY MS. REDDY:**

18:32:35  7        **Q.**  Yes, okay.  Now, at that moment in

18:32:39  8  time, did you take any steps to ensure that the

18:32:43  9  civilian was safe while being punched in the eye by

18:32:47 10  your partner?

18:32:48 11        **MR. DUDDY:**  Objection.  Form.

18:32:49 12        **THE WITNESS:**  I didn't observe him being

18:32:51 13  punched in the face.

18:32:54 14        **BY MS. REDDY:**

18:32:54 15        **Q.**  Okay.  Did you thereafter notice that

18:32:59 16  he had a swelling in his eye?

18:33:01 17        **MR. DUDDY:**  Objection.  Form.

18:33:02 18        **THE WITNESS:**  Yes.

18:33:07 19        **BY MS. REDDY:**

18:33:08 20        **Q.**  What was your understanding of how he

18:33:09 21  obtained that swelling in his eye?

18:33:14 22        **A.**  I'm sure at some point I became aware

18:33:17 23  that -- that it happened.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

172

18:33:20  1      **Q.**   Okay.  And as you watch the video now,

18:33:22  2   it's your testimony that that use of force by

18:33:25  3   Officer Ammerman was appropriate; is that correct?

18:33:27  4      **A.**   Yes.

18:33:28  5      **Q.**   And I said -- I asked you why, and I

18:33:31  6   know you made certain statements about Mr. Suttles

18:33:35  7   pulling himself under the car, and I'm going to

18:33:37  8   represent to you that that happened later in the

18:33:39  9   timeline.  So I'm going to ask this question again.

18:33:44 10   Why is it your belief -- why is it your belief that

18:33:49 11   Mr. Ammerman -- Officer Ammerman punching

18:33:52 12   Mr. Suttles in the face as you watch the video back

18:33:56 13   now is appropriate?

18:33:59 14      **MR. DUDDY:**  Objection.  Form.

18:33:59 15      **THE WITNESS:**  Like I said, per our manual of

18:34:02 16   procedure, physical force -- or physical resistance

18:34:05 17   can be met with physical force.

18:34:14 18      **BY MS. REDDY:**

18:34:14 19      **Q.**   Okay.  And the physical force of

18:34:16 20   striking him in the eye repeatedly, how is that

18:34:19 21   proportional to the resistance that you claim

18:34:23 22   Mr. Suttles exhibited?

18:34:24 23      **MR. DUDDY:**  Objection.  Form.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

173

18:34:25  1        **THE WITNESS:**  Can you repeat the question,
18:34:31  2  please?
18:34:32  3        **MS. REDDY:**  I'll have Joan read it back.
18:34:36  4  Thanks, Joan.
18:34:36  5        (The above-requested question was then read
18:34:53  6  by the reporter.)
18:34:53  7        **THE WITNESS:**  Like I said, he was physically
18:34:56  8  resisting, and we are required and allowed to use
18:35:03  9  any force we feel is necessary.  So that answers
18:35:09 10  your question to the best of my ability.
18:35:10 11        **MS. REDDY:**  Yeah, I don't think you answered
18:35:13 12  the question, officer.
18:35:14 13        **MR. DUDDY:**  Is your client still here?  I'd
18:35:21 14  just ask that his camera be switched on, please.
18:35:26 15        **MS. REDDY:**  Officer, I don't think you
18:35:27 16  answered the question.
18:35:28 17        **THE WITNESS:**  I've answered it to the best
18:35:30 18  of my ability.
18:35:31 19        **MS. REDDY:**  Okay.  Joan, can you read it
18:35:33 20  back?  Because I think your answer was nonresponsive.
18:35:36 21        (The above-requested question was then read
18:36:00 22  by the reporter.)
18:36:00 23        **THE WITNESS:**  Like I said, he was physically

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

174

18:36:03  1  resisting, refusing to put his hands behind his

18:36:06  2  back, and per our manual of procedures, that

18:36:10  3  physical force clearly was effective and necessary

18:36:16  4  as we were exonerated of any wrongdoing.

18:36:19  5        **MS. REDDY:**  That wasn't my question.  Again,

18:36:23  6  that was nonresponsive, officer.

18:36:26  7        **THE WITNESS:**  I can't answer.  I can't

18:36:30  8  answer for his actions.

18:36:33  9        **MS. REDDY:**  I'm not asking about his -- I

18:36:35 10  did not ask you about him.

18:36:37 11        **MR. DUDDY:**  Why don't you break down your

18:36:39 12  question.

18:36:40 13        **MS. REDDY:**  No, why don't we have the

18:36:42 14  officer answer the question.

18:36:44 15        **MR. DUDDY:**  I believe it's vague.

18:36:45 16        **MS. REDDY:**  Joan, could you read it back?

18:36:46 17  It's not vague.  It's very clear.

18:36:48 18        **MR. DUDDY:**  It seems to be vague here to me.

18:36:50 19        **MS. REDDY:**  It doesn't seem to be vague

18:36:52 20  unless you're purposely giving a vague answer.

18:36:55 21  Joan, could you read the question back, please.

18:36:56 22        (The above-requested question was then read

18:37:19 23  by the reporter.)

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

175

| | | |
|---|---|---|
| 18:37:19 | 1 | **MR. DUDDY:** And was there an answer there? |
| 18:37:22 | 2 | **MS. REDDY:** It was nonresponsive. I need |
| 18:37:24 | 3 | the officer to answer the question asked. |
| 18:37:26 | 4 | **MR. DUDDY:** Joan, was there an answer there? |
| 18:37:28 | 5 | (The above-requested testimony was then read |
| 18:37:53 | 6 | by the reporter.) |
| 18:37:53 | 7 | **MS. REDDY:** Officer, I need you to answer my |
| 18:37:56 | 8 | question. |
| 18:37:56 | 9 | **MR. DUDDY:** That was it. |
| 18:37:56 | 10 | **THE WITNESS:** That was my answer. |
| 18:37:57 | 11 | **MS. REDDY:** That's nonresponsive. |
| 18:37:59 | 12 | **MR. DUDDY:** That's -- that's it. |
| 18:38:01 | 13 | **MS. REDDY:** Mr. Duddy, you've lodged an |
| 18:38:04 | 14 | objection. If I hear objection, that's great, it |
| 18:38:06 | 15 | will get lodged, but I'm expecting the witness to |
| 18:38:09 | 16 | answer the question that I asked, because his |
| 18:38:11 | 17 | answer did not -- was nonresponsive to my question, |
| 18:38:14 | 18 | and his second answer was even less responsive. |
| 18:38:17 | 19 | So, officer, I'm going to ask you again, and |
| 18:38:19 | 20 | if you don't understand the question, I can explain |
| 18:38:21 | 21 | it to you, but I think it's pretty clear. |
| 18:38:23 | 22 | **MR. DUDDY:** Asked and answered. I mean, I |
| 18:38:25 | 23 | can't -- |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18:38:26  1        **MS. REDDY:**  Officer, I'm asking you to

18:38:27  2    answer this question.

18:38:30  3        **THE WITNESS:**  I believe I have.

18:38:31  4        **MS. REDDY:**  Well, I'm asking you to answer

18:38:32  5    it in a more responsive fashion.

18:38:35  6        **MR. DUDDY:**  He has.

18:38:36  7        **MS. REDDY:**  No.  Same question on the table.

18:38:38  8        **MR. DUDDY:**  Because you don't get the answer

18:38:40  9    you want from him?  He has.

18:38:41  10       **MS. REDDY:**  No, he didn't.  He cited to be

18:38:43  11   exonerated, which is not relevant to the question.

18:38:45  12   So I guess, were you listening to the answer given?

18:38:49  13   There were words said, but they were nonresponsive

18:38:51  14   in nature.

18:38:53  15       **MR. DUDDY:**  His answer was just read back by

18:38:55  16   our court reporter.

18:38:56  17       **MS. REDDY:**  It was nonresponsive.  Joan,

18:38:59  18   could you read the question again for the witness.

18:39:02  19          (The above-requested question was then read

18:39:33  20   by the reporter.)

18:39:33  21       **THE WITNESS:**  He could be fighting for

18:39:35  22   weapons as well, like I said.

18:39:37  23       **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

177

18:39:38  1        Q.    So if he's fighting for weapons, then

18:39:40  2   the use of force -- hold on, hold on.  Again, that

18:39:43  3   was not a responsive answer, but I can follow up to

18:39:47  4   what you are saying.  It's your position that he --

18:39:51  5   and, you know, we did establish that Mr. Suttles

18:39:53  6   was struck in the face before he started pulling

18:39:56  7   himself -- before which you claim he was pulling

18:39:58  8   himself under the car.  So my question to you is:

18:40:02  9   At that point where we witnessed in the video

18:40:05 10   Officer Ammerman striking him in the face multiple

18:40:09 11   times to the point where his eye socket was broken,

18:40:13 12   how was that a justifiable use of force, in your

18:40:16 13   opinion?

18:40:16 14        A.    I don't know what's going through

18:40:18 15   Officer Ammerman's head.

18:40:19 16        MR. DUDDY:  Objection.  Form.

18:40:25 17        BY MS. REDDY:

18:40:26 18        Q.    Okay.  And you testified to Mr. Suttles

18:40:28 19   resisting at that time when he was face down on the

18:40:30 20   floor, and I'm asking you:  That level of

18:40:33 21   resistance, how is that proportional to striking

18:40:36 22   him in the eye multiple times to the point where

18:40:40 23   his eye socket is broken?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18:40:41  1          **MR. DUDDY:**  Objection.  Form.  This is the

18:40:42  2  same question.

18:40:43  3          **MS. REDDY:**  Officer, you have to answer the

18:40:45  4  question.

18:40:45  5          **MR. DUDDY:**  I have it wrote down right here,

18:40:46  6  how is that proportional.

18:40:47  7          **MS. REDDY:**  Yes, and he didn't answer.

18:40:49  8          **MR. DUDDY:**  Same question you've continued

18:40:49  9  to ask, and he's answered it.

18:40:50 10          **MS. REDDY:**  Yeah, and if he doesn't answer

18:40:51 11  the actual question -- how is it proportional,

18:40:55 12  officer?  Please answer the question.

18:40:57 13          **MR. DUDDY:**  He's answered it.

18:40:58 14          **MS. REDDY:**  Please answer the question,

18:40:59 15  officer.

18:40:59 16          **MR. DUDDY:**  This is just -- I mean, you're

18:41:02 17  just badgering the witness.

18:41:03 18          **THE WITNESS:**  I don't know how else to

18:41:04 19  answer it.

18:41:05 20          **BY MS. REDDY:**

18:41:05 21     **Q.**   How is it proportional?

18:41:07 22     **A.**   I don't know how else to answer that

18:41:08 23  question.

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18:41:09  1        Q.    But you didn't answer that question, so

18:41:10  2    I'm going to ask you again:  How is that

18:41:12  3    proportional?  And I'm speaking very specifically

18:41:15  4    to these incidents.  You've given general answers

18:41:17  5    about the policy and being exonerated, and those

18:41:20  6    are nonresponsive to my question.  My question to

18:41:23  7    you -- there's a question --

18:41:24  8        MR. DUDDY:  On the record --

18:41:33  9        (Reporter interruption.)

18:41:36 10        BY MS. REDDY:

18:41:37 11        Q.    Officer Scheu, you are an individual

18:41:38 12    defendant in this case.  How is it proportional

18:41:42 13    that your partner used force against Mr. Suttles to

18:41:49 14    the point where he was repeatedly struck in the eye

18:41:51 15    multiple times and his eye socket was broken, how

18:41:57 16    is that proportionate to the resistance you claim

18:42:01 17    he exhibited --

18:42:03 18        MR. DUDDY:  Objection.  Form.

18:42:05 19        MS. REDDY:  Hold on.  I'm not done -- before

18:42:07 20    you claim he tried to pull himself under the

18:42:10 21    vehicle?

18:42:12 22        MR. DUDDY:  Objection.  Compound.

18:42:13 23        BY MS. REDDY:

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 18:42:13 | 1 | **Q.**   How is that proportional, officer? |
| 18:42:15 | 2 | **A.**   He could be fighting for weapons in |
| 18:42:18 | 3 | which case -- |
| 18:42:19 | 4 | **Q.**   Hold on.  I just want to clarify.  It's |
| 18:42:23 | 5 | not he could be.  It's not about the policy.  It's |
| 18:42:25 | 6 | not what he could have been doing.  I want you to |
| 18:42:28 | 7 | answer with specificity about what actually |
| 18:42:31 | 8 | occurred. |
| 18:42:31 | 9 | How is the use of force by way of punching |
| 18:42:34 | 10 | Mr. Suttles in the eye socket multiple times |
| 18:42:37 | 11 | proportionate to the resistance you claim he |
| 18:42:40 | 12 | exhibited? |
| 18:42:41 | 13 | **MR. DUDDY:**  Objection. |
| 18:42:51 | 14 | **THE WITNESS:**  I believe that is a question |
| 18:42:53 | 15 | for Officer Ammerman. |
| 18:42:56 | 16 | **BY MS. REDDY:** |
| 18:42:57 | 17 | **Q.**   I'm asking you, Officer Scheu, |
| 18:42:59 | 18 | Defendant Scheu in this case, how is that |
| 18:43:01 | 19 | proportional? |
| 18:43:05 | 20 | **A.**   I guess I don't -- I don't know. |
| 18:43:09 | 21 | **Q.**   You're required to answer this |
| 18:43:11 | 22 | question, officer. |
| 18:43:12 | 23 | **MR. DUDDY:**  He's already answered it. |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

181

18:43:14  1      **MS. REDDY:**  Officer and Defendant Scheu.  So

18:43:16  2  take your time if you want to think about it.

18:43:18  3      **MR. DUDDY:**  With all due respect, counsel,

18:43:21  4  I've noted that you've asked that same question

18:43:24  5  seven times.

18:43:24  6      **MS. REDDY:**  Okay.  And I've noted that he

18:43:25  7  has not answered the question.

18:43:27  8      **MR. DUDDY:**  Well, you're going to have to

18:43:29  9  pose another question if you want another answer.

18:43:32 10      **BY MS. REDDY:**

18:43:33 11      Q.    Officer Scheu, how is the use of force

18:43:36 12  equivalent to punching Mr. Suttles in the eye

18:43:38 13  socket multiple times by Officer Ammerman in your

18:43:42 14  presence proportional to the resistance you claim

18:43:44 15  Mr. Suttles exhibited?

18:43:46 16      **MR. DUDDY:**  Objection.  Form.

18:43:48 17      **THE WITNESS:**  In my presence, but I did not

18:43:52 18  witness.

18:43:54 19      **BY MS. REDDY:**

18:43:54 20      Q.    And we looked back at the video where

18:43:58 21  you were present; is that correct?

18:43:59 22      **MR. DUDDY:**  I'm sorry, excuse me?

18:44:03 23      **BY MS. REDDY:**

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

18:44:03  1      **Q.**   We looked back at the video footage

18:44:06  2  where you were present; is that correct?

18:44:09  3      **A.**   Yes.

18:44:09  4      **Q.**   Yes.

18:44:12  5      **MR. DUDDY:**  What's the question?

18:44:14  6      **MS. REDDY:**  The same question.  How is the

18:44:17  7  use of force that you witnessed -- and I think if

18:44:19  8  you listen when I'm talking, you'll hear my

18:44:22  9  question, but we can't talk at the same time.

18:44:25 10      **BY MS. REDDY:**

18:44:26 11      **Q.**   Officer Scheu, you're an individual

18:44:28 12  defendant in this case.  You witnessed by this

18:44:31 13  video, if not in person at the time, Officer

18:44:35 14  Ammerman punch Mr. Suttles repeatedly in the eye to

18:44:38 15  the point where his eye socket was broken, and I'm

18:44:41 16  asking you how that is proportionate to the level

18:44:44 17  of resistance you claim Mr. Suttles exhibited.

18:44:49 18      **A.**   I've answered it to the best of my

18:44:51 19  ability.

18:44:51 20      **Q.**   What's your answer?

18:44:52 21      **A.**   The same one that I -- that I put on

18:44:55 22  the record.

18:44:55 23      **Q.**   Please state it again, because so far

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

183

18:44:58  1  your answers have been nonresponsive, and you will

18:45:00  2  need to answer my question.

18:45:02  3       How is it proportional?

18:45:04  4       **A.**    That's the only one I got.  I don't

18:45:06  5  have another answer.

18:45:07  6       **Q.**    What was the answer?  What was the

18:45:08  7  answer?

18:45:08  8       **A.**    Can you repeat my answer, please?

18:45:11  9       **Q.**    Well, both of them were nonresponsive,

18:45:14 10  so we're just wasting time reading them back.  They

18:45:16 11  were nonresponsive.

18:45:16 12       **MR. DUDDY:**  Joan, can you read back the

18:45:19 13  multiple answers given by Officer Scheu to that

18:45:22 14  same question.

18:45:23 15       (The above-requested testimony was then read

18:47:56 16  by the reporter.)

18:47:56 17       (Off the record at 6:47 p.m.)

18:48:01 18       **BY MS. REDDY:**

18:48:03 19       **Q.**    So, officer, to be clear, the use of

18:48:08 20  force by way of punching Mr. Suttles in the eye

18:48:10 21  multiple times to where his eye socket is broken is

18:48:16 22  effective or deemed necessary if he refuses to put

18:48:22 23  his hand behind his back?

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

184

| | | |
|---|---|---|
| 18:48:25 | 1 | **MR. DUDDY:**  Is there a question? |
| 18:48:27 | 2 | **BY MS. REDDY:** |
| 18:48:27 | 3 | **Q.**   Is that correct? |
| 18:48:28 | 4 | **A.**    In this case, yes. |
| 18:48:30 | 5 | **MR. DUDDY:**  Objection.  Form. |
| 18:49:23 | 6 | **BY MS. REDDY:** |
| 18:49:23 | 7 | **Q.**   Was there a time where you learned that |
| 18:49:26 | 8 | Mr. Suttles had a dislocated right shoulder from |
| 18:49:29 | 9 | May 10th, 2020? |
| 18:49:30 | 10 | **MR. DUDDY:**  Objection.  Form. |
| 18:49:31 | 11 | **THE WITNESS:**  Yes. |
| 18:49:32 | 12 | **BY MS. REDDY:** |
| 18:49:33 | 13 | **Q.**   And did you form an opinion about how |
| 18:49:35 | 14 | his right shoulder was dislocated? |
| 18:49:38 | 15 | **MR. DUDDY:**  Objection.  Form. |
| 18:49:39 | 16 | **THE WITNESS:**  No. |
| 18:50:12 | 17 | **BY MS. REDDY:** |
| 18:50:13 | 18 | **Q.**   Did you ever learn what happened to the |
| 18:50:14 | 19 | charges that were made against Mr. Suttles in |
| 18:50:18 | 20 | relation to the events of May 10th, 2020? |
| 18:50:22 | 21 | **MR. DUDDY:**  Objection.  Form. |
| 18:50:23 | 22 | **THE WITNESS:**  I believe they were dropped. |
| 18:50:27 | 23 | **BY MS. REDDY:** |

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

185

18:50:28  1        **Q.**   Okay.  One second.  I'm just getting an

18:50:49  2   exhibit ready.  Actually, scratch that.

18:51:21  3        Since May 10th of 2020, have you ever

18:51:24  4   witnessed Officer Ammerman punch any other civilian?

18:51:27  5        **A.**   No.

18:51:33  6        **Q.**   Did you ever ask Officer Ammerman why

18:51:35  7   he punched Mr. Suttles repeatedly in the eye on May

18:51:39  8   10th, 2020?

18:51:40  9        **MR. DUDDY:**  Objection.  Form.

18:51:41 10        **THE WITNESS:**  No.

18:51:43 11        **BY MS. REDDY:**

18:51:46 12        **Q.**   What steps did you take to make sure --

18:51:49 13   to ensure that Mr. Suttles was treated properly on

18:51:51 14   May 10th, 2020?

18:51:54 15        **A.**   We got him medical treatment.

18:51:59 16        **Q.**   Okay.  But that's after.  I'm actually

18:52:02 17   speaking more generally than that.  What steps did

18:52:04 18   you take to ensure that he was being treated in

18:52:07 19   line with his constitutional rights on May 10th,

18:52:10 20   2020?

18:52:11 21        **MR. DUDDY:**  Objection.  Form.

18:52:13 22        **THE WITNESS:**  Like I said, after we got

18:52:19 23   through with the process, we got him medical

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

186

18:52:22  1  attention.

18:52:24  2          BY MS. REDDY:

18:52:25  3          Q.    What steps did you take to ensure that

18:52:27  4  Mr. Suttles was being treated properly in relation

18:52:29  5  to his civil rights on May 10th, 2020?

18:52:32  6          MR. DUDDY:  Objection.  Form.

18:52:37  7          THE WITNESS:  I don't believe his civil

18:52:43  8  rights were infringed upon.

18:52:45  9          BY MS. REDDY:

18:52:46 10          Q.    You don't believe what?

18:52:47 11          A.    His civil rights were infringed upon.

18:52:50 12          Q.    That wasn't the question, officer.

18:52:52 13  Please listen to the question asked.  What steps

18:52:54 14  did you take to ensure that his civil rights were

18:52:56 15  not infringed upon on May 10th, 2020?

18:53:00 16          MR. DUDDY:  Objection.  Form.

18:53:01 17          THE WITNESS:  They weren't infringed upon

18:53:03 18  from start to finish.

18:53:05 19          BY MS. REDDY:

18:53:05 20          Q.    What steps did you take?  My question

18:53:08 21  to you is not whether they were or they were not.

18:53:10 22  What steps did you take to ensure that?

18:53:17 23          A.    I mean, they weren't infringed upon, so

*Michael C. Scheu - Ms. Reddy - 01/31/2024*

187

18:53:20  1  I can't answer that.  But if they were infringed

18:53:24  2  upon, I would have done something, but they weren't.

18:53:27  3          Q.    That's still nonresponsive, but I'm

18:53:29  4  going to move on.

18:53:30  5          What steps did you take to make sure that

18:53:33  6  Mr. Suttles was treated in line with the Buffalo

18:53:36  7  manual of procedures?

18:53:40  8          A.    I used my training from the Buffalo

18:53:45  9  Police Department from start to finish.

18:53:47  10          Q.    And what steps did you take to ensure

18:53:49  11  that other police officers also conducted

18:53:52  12  themselves in line with the City of Buffalo

18:53:56  13  procedures?

18:53:57  14          **MR. DUDDY:**  Objection.  Form.

18:54:00  15          **THE WITNESS:**  I didn't see anything that was

18:54:01  16  done wrong to intervene or do anything or say

18:54:12  17  anything to other officers.

18:54:17  18          **MS. REDDY:**  Okay, Joan.  I'm going to let

18:54:17  19  you go, because I don't want you to be delayed any

18:54:17  20  more.

18:54:26  21          **THE REPORTER:**  Thank you.

18:54:26  22          (Deposition adjourned at 6:54 p.m.)

          23                    *    *    *

188

```
1        I hereby CERTIFY that I have read the

2   foregoing 187 pages, and that they are a true and

3   accurate transcript of the testimony given by me in

4   the above-entitled action on January 31, 2024.

5

6

7                           ------------------------
                                 MICHAEL C. SCHEU
8

9   Sworn to before me this

10

11  -------- day of  ---------, 20__.

12

13  --------------------------

14  NOTARY PUBLIC.

15

16

17

18

19

20

21

22

23
```

189

1  STATE OF NEW YORK )

2                         ss:

3  COUNTY OF ERIE    )

4

5       I DO HEREBY CERTIFY as a Notary Public in and

6  for the State of New York, that I did attend and

7  report the foregoing deposition, which was taken

8  down by me in a verbatim manner by means of machine

9  shorthand.  Further, that the deposition was then

10 reduced to writing in my presence and under my

11 direction.  That the deposition was taken to be

12 used in the foregoing entitled action.  That the

13 said deponent, before examination, was duly sworn

14 to testify to the truth, the whole truth and

15 nothing but the truth, relative to said action.

16

17                    _____

18                    JOAN M. METZGER-HUBBELL,
                      CM, Realtime Reporter,
19                    Notary Public.

20

21

22

23

190

1                    **INDEX TO WITNESSES**

2      **Witness**                **Examination**              **Page**

3       MICHAEL C. SCHEU      BY MS. REDDY              3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

**'**

**'09** [1] - 10:8
**'18** [1] - 17:12
**'19** [3] - 17:12, 18:17
**'20** [2] - 17:12, 18:18

# 0

**0600** [1] - 8:9

# 1

**1** [3] - 10:23, 134:23, 146:6
**1-21-CV-00897** [1] - 1:8
**10** [2] - 114:23
**10th** [46] - 5:4, 5:9, 5:20, 8:18, 19:8, 20:17, 34:13, 34:17, 36:4, 41:19, 51:15, 54:12, 56:2, 70:13, 72:4, 72:8, 72:12, 73:9, 76:18, 82:18, 83:5, 83:10, 91:3, 91:19, 111:9, 111:16, 131:7, 132:13, 133:17, 134:14, 135:22, 136:2, 136:19, 138:13, 138:20, 151:9, 152:13, 165:4, 184:9, 184:20, 185:3, 185:8, 185:14, 185:19, 186:5, 186:15
**11** [1] - 7:2
**1100** [2] - 1:16, 2:7
**12** [2] - 7:3, 63:8
**13th** [1] - 7:6
**14** [1] - 138:22
**14202** [1] - 2:8
**14209** [1] - 2:2
**14th** [1] - 146:3
**15** [1] - 114:23
**1600** [1] - 8:9
**187** [1] - 188:2
**19** [2] - 146:19, 147:14
**19th** [2] - 147:23, 148:9
**1:30** [1] - 8:23

# 2

**2** [2] - 132:9, 138:16
**2005** [1] - 9:12
**2009** [1] - 10:12
**2011** [4] - 10:8, 10:12, 10:15, 11:12

**2012** [2] - 7:6, 11:20
**2019** [14] - 19:7, 19:18, 20:7, 21:10, 141:9, 146:11, 146:16, 147:1, 147:6, 147:8, 147:10, 147:14, 147:23, 148:9
**2020** [62] - 5:4, 5:9, 5:20, 8:19, 17:13, 19:3, 19:7, 19:8, 19:18, 20:7, 20:17, 21:13, 22:1, 27:23, 28:10, 28:11, 29:20, 30:6, 32:19, 33:14, 34:1, 34:13, 34:17, 36:4, 41:19, 51:15, 54:12, 56:2, 70:13, 72:4, 72:8, 72:12, 73:10, 76:18, 82:18, 83:5, 83:10, 91:3, 91:19, 111:9, 111:16, 131:7, 132:13, 133:17, 134:14, 135:22, 136:2, 136:19, 138:13, 138:20, 146:3, 151:9, 152:13, 165:4, 184:9, 184:20, 185:3, 185:8, 185:14, 185:20, 186:5, 186:15
**2024** [2] - 1:19, 188:4
**20___** [1] - 188:11
**215.40** [1] - 132:9
**2:02** [1] - 99:3
**2:06** [4] - 1:20, 109:19, 110:3, 113:4
**2:08** [1] - 3:10

# 3

**3** [5] - 134:22, 138:19, 141:14, 145:11, 190:3
**30** [1] - 144:16
**30(b)(3)(A** [1] - 53:23
**31** [2] - 1:19, 188:4
**3113(d** [1] - 3:6
**37** [1] - 3:7
**3:30** [2] - 8:23, 34:14
**3:41** [1] - 82:5

# 4

**4** [2] - 8:10, 134:22
**4/6/21** [1] - 138:22
**40** [1] - 96:12
**44** [1] - 84:13
**44-second** [2] - 89:8, 89:14
**455** [1] - 2:2

**4:31** [1] - 109:5
**4:55** [1] - 123:18
**4:56** [1] - 129:18

# 5

**5** [1] - 134:22
**50** [3] - 114:22, 115:2, 115:20
**55** [1] - 105:6
**58** [3] - 109:10, 109:17, 110:3
**5:22** [1] - 126:15

# 6

**6** [1] - 8:10
**65** [2] - 1:16, 2:7
**693** [1] - 3:4
**6:47** [1] - 183:17
**6:54** [1] - 187:22

# 7

**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3
**7:25:29** [1] - 157:5

# 8

**851-4334** [1] - 2:8

# 9

**911** [1] - 16:11
**9:02** [3] - 158:5, 158:13, 158:16
**9:41** [1] - 161:10
**9:43** [2] - 158:13, 158:16

# A

**a.m** [2] - 8:10, 8:23
**abdomen** [4] - 49:9, 49:21, 50:6, 51:13
**ability** [5] - 6:4, 6:8, 173:10, 173:18, 182:19
**able** [14] - 6:13, 21:12, 31:8, 31:9, 55:11, 66:12, 66:13, 67:1, 67:3, 70:11, 88:21, 92:12, 103:11, 144:10
**above-entitled** [1] - 188:4
**above-requested** [10] - 30:19, 123:9, 125:4, 145:16, 173:5, 173:21, 174:22,

175:5, 176:19, 183:15
**Academy** [5] - 11:18, 12:3, 12:13, 12:18, 12:21
**academy** [9] - 11:21, 13:8, 13:9, 14:2, 15:2, 15:8, 15:9, 152:9
**access** [2] - 154:22, 155:10, 155:21
**accordance** [1] - 148:21
**accurate** [13] - 122:10, 123:7, 131:12, 131:15, 133:16, 134:13, 136:1, 136:18, 139:9, 139:16, 146:17, 161:22, 188:3
**accurately** [1] - 123:5
**accusation** [1] - 62:16
**accused** [4] - 62:22, 63:9, 63:13, 65:6
**accusing** [2] - 62:13, 63:1
**action** [3] - 188:4, 189:12, 189:15
**actions** [3] - 127:15, 127:23, 174:8
**activated** [2] - 42:17, 43:16
**active** [1] - 124:11
**actively** [4] - 113:6, 122:14, 150:11, 150:14
**actual** [1] - 178:11
**added** [3] - 69:20, 69:23, 70:2
**addition** [1] - 132:20
**additional** [2] - 73:14, 156:22
**address** [1] - 142:6
**addressed** [1] - 81:10
**adjourned** [1] - 187:22
**administration** [1] - 133:1
**admitted** [4] - 12:13, 69:8, 69:20
**aduddy@buffalony.gov** [1] - 2:9
**affairs** [3] - 139:7, 139:18, 148:15
**Affairs** [3] - 79:21, 80:8, 81:2
**affirmatively** [1] - 26:23
**afternoon** [3] - 8:16,

8:20, 8:22
**afternoons** [1] - 18:17
**ago** [4] - 26:2, 63:5, 79:11, 82:20
**ahead** [4] - 41:16, 88:12, 109:6, 151:16
**aid** [1] - 140:18
**air** [2] - 73:5, 95:14
**Alberti** [4] - 139:3, 139:4, 139:18, 139:23
**alcohol** [1] - 6:7
**allegations** [3] - 3:20, 19:10, 79:9
**allegedly** [1] - 69:20
**allow** [6] - 4:6, 33:12, 58:19, 104:20
**allowable** [4] - 26:3, 26:16, 27:6, 31:12
**allowed** [22] - 25:1, 25:13, 25:16, 25:20, 26:6, 27:1, 27:9, 29:21, 30:1, 30:7, 30:12, 30:22, 31:23, 32:3, 32:7, 59:13, 149:19, 149:21, 150:8, 150:14, 164:4, 173:8
**almost** [2] - 7:2, 73:12
**Ambellan** [2] - 8:1, 8:4
**ambulance** [5] - 77:3, 77:6, 77:7, 125:8, 137:7
**Ammerman** [79] - 3:17, 3:22, 17:8, 17:9, 18:23, 19:1, 19:4, 19:11, 19:16, 20:7, 26:23, 38:13, 44:2, 44:9, 45:1, 61:13, 61:18, 61:23, 64:13, 64:18, 65:6, 69:9, 69:13, 71:4, 73:4, 73:10, 74:7, 75:13, 75:15, 75:21, 76:5, 77:5, 80:16, 81:16, 82:23, 84:21, 85:9, 85:14, 86:6, 87:6, 88:15, 89:6, 90:7, 112:10, 115:11, 115:16, 116:3, 118:13, 118:20, 119:20, 120:6, 120:10, 120:15, 122:9, 122:18, 122:19, 123:15, 128:10, 128:11, 128:14, 131:15, 137:6, 137:10, 140:1,

141:8, 146:8, 147:12, 147:21, 169:21, 171:1, 172:3, 172:11, 177:10, 180:15, 181:13, 182:14, 185:4, 185:6

**Ammerman's** [7] - 4:21, 83:1, 85:18, 88:7, 91:2, 117:23, 177:15

**amount** [9] - 24:2, 24:3, 24:6, 24:7, 24:9, 24:13, 28:16, 28:17, 29:10

**amounts** [3] - 24:4, 53:22, 101:18

**anchor** [1] - 28:2

**angle** [1] - 43:8

**answer** [64] - 4:7, 4:11, 5:17, 6:4, 6:8, 6:13, 13:15, 16:11, 49:4, 51:9, 54:2, 54:6, 54:8, 62:23, 63:15, 86:10, 99:5, 104:22, 105:22, 106:18, 120:18, 120:20, 121:15, 125:7, 147:18, 162:7, 162:9, 173:20, 174:7, 174:8, 174:14, 174:20, 175:1, 175:3, 175:4, 175:7, 175:10, 175:16, 175:17, 175:18, 176:2, 176:4, 176:8, 176:12, 176:15, 177:3, 178:3, 178:7, 178:10, 178:12, 178:14, 178:19, 178:22, 179:1, 180:7, 180:21, 181:9, 182:20, 183:2, 183:5, 183:6, 183:7, 183:8, 187:1

**answered** [14] - 26:21, 26:23, 53:10, 120:23, 121:12, 173:11, 173:16, 173:17, 175:22, 178:9, 178:13, 180:23, 181:7, 182:18

**answering** [1] - 53:11

**answers** [5] - 4:6, 173:9, 179:4, 183:1, 183:13

**ANTHONY** [1] - 2:6

**anus** [3] - 160:10, 160:13, 161:6

**apart** [1] - 75:1

**appear** [1] - 165:21

**APPEARANCES** [1] - 2:1

**appeared** [1] - 157:6

**Appearing** [2] - 2:4, 2:9

**apply** [1] - 28:9

**approach** [1] - 44:7

**approached** [2] - 43:22, 45:20

**approaches** [1] - 158:2

**approaching** [1] - 44:12

**appropriate** [4] - 89:13, 169:23, 172:3, 172:13

**area** [29] - 46:22, 46:23, 48:23, 49:1, 49:7, 49:8, 49:9, 50:3, 50:5, 50:22, 51:17, 51:18, 52:14, 54:16, 54:17, 54:18, 54:22, 55:9, 59:23, 65:21, 78:1, 83:15, 102:19, 151:4, 152:8, 153:8, 155:10, 167:9

**areas** [2] - 16:18, 25:14

**arm** [13] - 87:10, 87:21, 87:22, 98:4, 124:7, 125:13, 126:10, 140:12, 153:16, 153:19, 154:5, 156:17, 157:12

**arms** [5] - 87:16, 87:17, 87:23, 126:10, 126:11

**arrest** [38] - 4:18, 4:20, 5:8, 5:19, 68:8, 68:11, 69:1, 71:6, 71:19, 71:20, 78:12, 83:9, 83:15, 83:20, 84:10, 101:21, 110:12, 110:15, 115:21, 126:17, 126:19, 126:20, 126:23, 127:13, 128:17, 129:3, 129:7, 131:6, 132:1, 132:8, 132:12, 132:15, 133:1, 133:6, 133:14, 135:11, 135:22, 165:5

**arrested** [7] - 67:19, 68:5, 70:19, 71:1, 71:11, 75:18, 167:4

**arresting** [7] - 128:23, 129:5, 131:4, 131:10, 131:19, 132:4, 132:6

**arrests** [1] - 132:14

**arrive** [3] - 73:14, 76:9, 118:3

**arrived** [3] - 73:16, 74:4, 76:7

**assess** [3] - 124:11, 125:15, 157:12

**assist** [1] - 59:10

**Assistant** [1] - 2:6

**assisting** [2] - 131:14, 131:19

**associated** [2] - 36:19, 38:19

**assume** [2] - 5:7, 72:9

**attempt** [2] - 59:21, 107:20

**attempted** [3] - 63:23, 107:14, 152:14

**attempting** [9] - 42:18, 42:22, 57:23, 100:14, 107:8, 115:3, 115:21, 122:8, 129:12

**attempts** [1] - 96:23

**attend** [1] - 189:6

**attendants** [1] - 169:5

**attention** [6] - 135:2, 137:13, 138:20, 138:22, 140:13, 186:1

**attorney** [2] - 3:14, 5:14

**Avenue** [1] - 2:2

**aware** [6] - 3:20, 28:21, 75:17, 147:12, 147:20, 171:22

## B

**B-District** [2] - 7:10, 14:22

**background** [2] - 84:23, 85:1

**badgering** [1] - 178:17

**bag** [4] - 47:9, 47:15, 47:17, 52:19

**baggie** [2] - 47:12, 111:4

**Bailey** [2] - 10:18, 16:20

**ball** [7] - 47:18, 47:19, 102:7, 102:8, 104:2, 110:17, 111:14

**barely** [1] - 158:14

**Bartoszewicz** [1] - 7:20

**bear** [2] - 86:16, 86:17

**became** [1] - 171:22

**began** [2] - 56:20,

58:10

**begin** [1] - 4:7

**beginning** [2] - 84:10, 85:3

**behind** [26] - 35:10, 38:9, 39:15, 39:17, 39:22, 39:23, 41:14, 55:13, 56:19, 60:23, 66:9, 101:3, 101:9, 101:22, 105:4, 108:4, 108:16, 108:18, 113:9, 127:17, 128:4, 154:19, 155:20, 169:22, 174:1, 183:23

**belief** [3] - 161:7, 172:10

**best** [3] - 173:10, 173:17, 182:18

**better** [1] - 123:7

**between** [20] - 27:15, 46:19, 46:21, 49:2, 49:9, 49:21, 49:22, 50:6, 50:20, 50:21, 51:13, 51:19, 51:20, 52:13, 54:21, 55:8, 97:5, 107:16, 110:3, 131:18

**big** [1] - 49:20

**bigger** [3] - 32:1, 93:3, 94:3

**Bishop** [1] - 9:8

**bit** [2] - 56:16, 85:18

**black** [1] - 116:16

**Blackburn** [1] - 17:16

**block** [6] - 41:17, 41:18, 168:5, 169:5, 169:8

**blocked** [1] - 107:20

**blocking** [6] - 43:10, 43:11, 43:12, 96:9, 97:17, 100:20

**blocks** [1] - 41:16

**body** [22] - 23:7, 23:8, 23:9, 23:15, 30:22, 31:2, 49:10, 49:22, 49:23, 50:6, 51:13, 82:16, 82:21, 83:4, 84:11, 88:8, 91:2, 116:21, 117:1, 160:5, 168:12, 168:16

**booking** [10] - 75:12, 77:1, 130:18, 135:15, 160:9, 168:6, 169:1, 169:3, 169:8, 169:16

**bottle** [3] - 137:18, 137:21, 137:22

**bottom** [4] - 132:19, 133:10, 134:18, 138:22

**bravo** [1] - 7:10

**break** [5] - 63:18, 81:22, 82:1, 129:22, 174:11

**bring** [1] - 24:23

**brings** [1] - 3:15

**broke** [1] - 156:19

**broken** [6] - 157:13, 177:11, 177:23, 179:15, 182:15, 183:21

**brought** [1] - 64:3

**BUFFALO** [1] - 1:9

**Buffalo** [23] - 1:15, 1:17, 2:2, 2:8, 3:4, 3:16, 3:21, 5:9, 7:5, 9:10, 9:16, 10:18, 11:11, 11:18, 12:2, 12:13, 12:17, 12:21, 32:17, 149:5, 187:6, 187:8, 187:12

**Buffalo's** [1] - 33:2

**butt** [7] - 154:20, 154:22, 155:10, 155:22, 156:7, 156:8, 160:11

**BY** [259] - 3:12, 5:11, 13:20, 18:6, 18:13, 19:15, 21:18, 21:21, 23:12, 25:18, 25:22, 26:11, 26:19, 27:12, 27:19, 29:11, 30:4, 30:21, 31:3, 31:11, 33:3, 34:11, 35:7, 36:18, 39:20, 41:23, 42:8, 42:23, 43:9, 45:6, 45:12, 46:9, 47:16, 48:8, 48:14, 49:13, 50:18, 51:1, 51:8, 52:7, 52:11, 53:4, 54:9, 55:5, 56:8, 56:13, 57:2, 57:7, 59:8, 61:21, 63:21, 65:10, 67:13, 70:7, 70:16, 70:22, 71:15, 72:20, 77:13, 77:17, 77:22, 78:5, 79:23, 80:5, 81:4, 82:7, 83:13, 83:18, 84:1, 84:17, 85:7, 85:16, 85:22, 86:5, 86:12, 86:23, 87:9, 87:14, 87:19, 88:5, 88:14, 88:19, 89:11, 89:23, 90:14, 91:5, 91:17, 92:7, 92:22, 94:10, 95:8, 95:13, 95:23, 96:16, 96:21, 97:15, 98:3, 98:7, 98:13, 99:4, 100:1, 100:12,

100:19, 101:1, 101:7, 101:13, 101:20, 102:3, 102:18, 103:4, 103:10, 103:19, 104:5, 105:2, 105:13, 105:17, 107:2, 108:14, 109:7, 109:13, 110:8, 110:23, 111:12, 111:21, 112:3, 112:8, 112:14, 112:19, 113:1, 114:4, 114:20, 115:14, 116:9, 116:14, 116:20, 117:4, 117:9, 117:15, 118:8, 118:18, 119:3, 119:18, 120:3, 120:11, 122:6, 122:16, 122:23, 123:13, 124:1, 125:6, 125:20, 126:2, 126:9, 126:16, 127:8, 128:8, 128:13, 128:22, 129:4, 129:20, 130:10, 133:23, 136:5, 138:4, 138:10, 139:14, 139:21, 140:19, 141:7, 141:12, 145:18, 146:1, 146:10, 147:5, 147:17, 148:3, 148:12, 149:15, 150:3, 150:13, 150:21, 151:7, 151:22, 152:12, 152:22, 153:6, 153:14, 153:22, 154:3, 154:9, 155:4, 155:16, 156:3, 156:15, 156:21, 157:10, 157:17, 158:1, 158:11, 159:6, 159:12, 159:21, 160:18, 160:23, 161:15, 161:20, 162:12, 162:18, 163:1, 163:13, 164:3, 164:9, 164:14, 164:19, 164:23, 165:8, 165:17, 165:23, 166:8, 166:14, 166:18, 167:1, 167:7, 167:11, 167:15, 167:21, 168:3, 168:15, 168:23, 169:7, 169:19, 170:4, 170:10, 170:22, 171:6, 171:14, 171:19, 172:18, 176:23, 177:17,

178:20, 179:10, 179:23, 180:16, 181:10, 181:19, 181:23, 182:10, 183:18, 184:2, 184:6, 184:12, 184:17, 184:23, 185:11, 186:2, 186:9, 186:19, 190:3

**C**

**C-District** [16] - 6:19, 6:21, 7:1, 7:12, 7:16, 7:22, 8:6, 8:13, 14:22, 15:12, 16:1, 16:7, 16:18, 18:2, 18:8, 18:21
**calm** [1] - 142:10
**cam** [7] - 23:7, 82:16, 82:21, 83:4, 84:11, 91:2, 117:1
**camera** [4] - 83:21, 88:16, 116:16, 173:14
**cams** [4] - 23:8, 23:9, 23:15, 116:21
**capacity** [1] - 9:19
**car** [62] - 19:23, 20:2, 20:4, 20:6, 43:1, 44:23, 45:11, 45:14, 45:20, 48:16, 48:19, 52:17, 55:22, 57:1, 57:3, 57:9, 58:8, 58:13, 60:3, 61:3, 61:8, 61:12, 66:8, 67:1, 72:19, 73:20, 73:21, 73:22, 74:3, 74:5, 74:6, 74:17, 75:8, 75:9, 75:10, 75:17, 75:20, 94:15, 96:17, 97:14, 97:17, 97:18, 98:1, 100:9, 114:17, 114:18, 115:4, 115:6, 115:7, 122:14, 128:2, 151:6, 161:19, 161:22, 162:7, 170:13, 170:15, 170:18, 172:7, 177:8
**card** [3] - 141:18, 145:21, 146:7
**career** [4] - 7:2, 12:4, 12:5, 12:9
**carrying** [1] - 94:13
**cars** [2] - 43:12, 73:1
**case** [9] - 3:19, 20:14, 127:15, 164:7, 179:12, 180:3, 180:18, 182:12, 184:4
**Case** [1] - 1:8

**cases** [1] - 127:14
**catch** [2] - 6:20, 150:5
**caught** [2] - 40:4, 121:14
**CAVETTE** [1] - 2:5
**cell** [3] - 168:5, 169:5, 169:8
**central** [8] - 76:23, 135:15, 160:9, 168:6, 169:1, 169:3, 169:8, 169:16
**certain** [3] - 28:16, 29:10, 172:6
**CERTIFY** [2] - 188:1, 189:5
**chain** [1] - 78:15
**CHAMBERS** [1] - 2:5
**change** [7] - 27:15, 27:17, 27:20, 28:19, 28:22, 29:5, 29:7
**changed** [3] - 20:4, 33:23, 34:8
**changes** [1] - 146:2
**charge** [3] - 69:19, 132:8, 132:12
**charged** [1] - 147:13
**charges** [18] - 68:13, 68:15, 69:4, 69:15, 69:17, 69:23, 71:7, 72:3, 72:7, 72:10, 72:11, 129:9, 132:16, 132:20, 132:21, 134:5, 137:1, 137:15, 184:19
**charging** [1] - 68:17
**Charlie** [3] - 6:19, 6:22, 6:23
**check** [2] - 14:9, 54:22
**checking** [1] - 59:23
**cheeks** [1] - 160:11
**Chevy** [2] - 36:12, 38:3
**chronology** [1] - 70:9
**cite** [1] - 54:4
**cited** [1] - 176:10
**citizen** [1] - 96:2
**citizen's** [1] - 25:13
**CITY** [1] - 1:9
**City** [9] - 1:16, 2:7, 3:16, 3:21, 7:5, 32:17, 33:2, 149:5, 187:12
**civil** [8] - 13:6, 13:10, 13:13, 121:4, 186:5, 186:7, 186:11, 186:14
**Civil** [1] - 1:18
**civilian** [18] - 19:12, 25:20, 26:7, 26:17,

29:22, 30:2, 65:7, 71:10, 71:18, 127:5, 149:11, 149:22, 150:9, 150:15, 151:1, 164:5, 171:9, 185:4
**civilians** [1] - 83:14
**claim** [12] - 51:14, 56:14, 100:14, 107:13, 115:3, 172:21, 177:7, 179:16, 179:20, 180:11, 181:14, 182:17
**claiming** [1] - 87:23
**claims** [1] - 63:22
**clarification** [2] - 95:9, 124:14
**clarify** [4] - 123:2, 151:11, 152:5, 180:4
**clarifying** [1] - 152:2
**clarity** [1] - 50:5
**clear** [3] - 174:17, 175:21, 183:19
**clearly** [2] - 114:16, 174:3
**client** [4] - 121:5, 130:6, 144:13, 173:13
**close** [1] - 16:21
**closer** [2] - 51:18, 51:23
**clothes** [1] - 111:4
**CM** [2] - 1:20, 189:18
**co** [1] - 132:6
**co-arresting** [1] - 132:6
**coaching** [1] - 121:6
**Cobalt** [2] - 36:12, 38:3
**cocaine** [25] - 46:17, 47:4, 47:5, 47:11, 47:23, 48:2, 48:19, 50:9, 51:15, 52:19, 53:7, 54:11, 56:1, 59:21, 60:16, 60:19, 102:6, 102:22, 103:15, 110:18, 110:19, 111:2, 111:5, 111:8, 111:15
**coincide** [1] - 18:19
**color** [1] - 36:13
**coming** [4] - 40:23, 44:5, 93:13, 136:13
**command** [1] - 78:16
**commands** [2] - 128:3, 136:17
**commencing** [1] - 1:19
**commenting** [1] - 125:11
**Commercial** [1] - 3:7

**communicated** [2] - 29:6, 81:5
**community** [1] - 12:11
**complain** [3] - 78:9, 124:4, 124:7
**complained** [1] - 125:13
**complaining** [1] - 154:4
**complaint** [5] - 124:10, 147:22, 148:8, 148:16, 148:18
**complaints** [1] - 16:11
**complete** [1] - 11:6
**completed** [3] - 78:18, 135:12, 163:22
**completion** [1] - 167:16
**compliance** [1] - 3:6
**compliant** [1] - 59:5
**complying** [2] - 66:8, 68:22
**compound** [2] - 151:18, 179:22
**concealed** [1] - 132:10
**concrete** [2] - 113:10, 128:18
**conduct** [4] - 74:18, 110:3, 164:10, 168:12
**conducted** [7] - 4:4, 79:19, 105:9, 161:5, 162:20, 168:17, 187:11
**conducting** [3] - 46:12, 136:13, 159:22
**conference** [1] - 3:6
**confidential** [5] - 143:3, 143:19, 144:2, 144:3
**confirm** [1] - 88:21
**confirmed** [1] - 3:8
**confirms** [1] - 90:13
**conjunction** [1] - 80:7
**connecting** [1] - 1:18
**considered** [5] - 12:23, 63:6, 119:13, 122:9, 122:14
**constitute** [1] - 127:16
**constituted** [1] - 128:1
**constitutional** [1] - 185:19
**consumed** [1] - 6:7
**contact** [2] - 85:4, 88:6

contained [1] - 33:7
continue [10] - 53:23, 54:1, 63:17, 87:5, 97:6, 111:18, 121:23, 122:4, 123:21, 153:11
continued [11] - 10:1, 51:19, 61:11, 64:4, 64:5, 65:23, 66:3, 66:22, 66:23, 136:15, 178:8
continues [1] - 136:21
continuing [3] - 53:20, 128:20, 158:18
contraband [1] - 91:22
control [1] - 152:11
conversation [8] - 44:16, 44:17, 44:18, 76:21, 104:17, 120:21, 145:3, 145:5
cool [1] - 61:10
copy [1] - 3:2
Corporation [4] - 1:16, 2:6, 142:22, 145:12
correct [60] - 3:3, 4:11, 8:10, 8:11, 14:22, 22:12, 23:18, 24:10, 26:4, 26:20, 36:20, 37:23, 39:21, 40:21, 41:6, 42:5, 42:18, 45:14, 48:16, 51:22, 52:3, 54:18, 58:2, 58:6, 59:23, 60:4, 61:5, 70:13, 74:8, 85:19, 100:21, 105:7, 107:17, 108:19, 109:20, 110:5, 111:9, 111:13, 111:16, 111:17, 112:5, 112:11, 112:16, 112:17, 113:11, 113:12, 115:5, 115:22, 122:20, 123:16, 123:19, 126:20, 127:9, 161:8, 161:13, 171:3, 172:3, 181:21, 182:2, 184:3
correctly [1] - 51:23
cough [2] - 160:7, 161:7
counsel [3] - 3:2, 84:5, 181:3
Counsel [4] - 1:16, 2:6, 142:22, 145:12
counselor [1] - 143:11

COUNTY [1] - 189:3
couple [2] - 7:13, 79:11
course [4] - 63:18, 82:12, 84:4, 143:9
COURT [1] - 1:4
court [1] - 176:16
cover [1] - 16:19
CPLR [1] - 3:6
crack [25] - 46:17, 47:4, 47:5, 47:11, 47:22, 48:2, 48:19, 50:9, 51:15, 52:19, 53:7, 54:11, 56:1, 59:21, 60:15, 60:19, 102:6, 102:22, 103:15, 110:18, 111:2, 111:4, 111:8, 111:15
crazy [1] - 159:5
criminal [2] - 11:4, 121:4
cross [1] - 38:3
cuff [3] - 66:1, 66:20, 113:5
cuffs [1] - 74:1
current [5] - 6:16, 7:21, 17:2, 28:12, 28:15
custody [1] - 66:12

# D

date [2] - 146:18, 147:22
dates [2] - 146:20, 146:23
dealing [1] - 48:1
dealings [1] - 31:21
dealt [1] - 31:21
decide [1] - 110:17
decided [3] - 58:2, 60:9, 68:7
decision [1] - 80:21
decisions [1] - 81:3
deemed [1] - 183:22
defendant [6] - 31:17, 136:8, 136:14, 137:2, 179:12, 182:12
Defendant [7] - 1:10, 2:9, 136:15, 138:15, 141:14, 180:18, 181:1
Defendant's [2] - 130:14, 145:10
defendant's [2] - 136:23, 137:14
definitely [1] - 60:15
definition [1] - 57:12
degree [1] - 10:9
delayed [1] - 187:19

demographic [2] - 18:2, 18:8
Department [1] - 187:9
departmental [2] - 80:19, 80:20
depicted [9] - 86:7, 87:1, 88:2, 89:7, 89:14, 94:16, 111:22, 113:16, 155:11
deponent [1] - 189:13
DEPOSITION [1] - 1:1
Deposition [1] - 187:22
deposition [11] - 1:14, 4:2, 4:15, 121:4, 121:11, 143:8, 145:4, 189:7, 189:9, 189:11
designated [1] - 16:13
destroyed [1] - 132:10
detain [6] - 32:5, 58:2, 58:18, 59:13, 60:17, 129:13
detained [5] - 32:9, 55:13, 56:20, 57:12, 60:10
detaining [1] - 58:4
detainment [1] - 59:15
determine [2] - 24:12, 47:22
difference [3] - 131:18, 131:21, 131:23
different [3] - 8:13, 43:18, 111:6
direct [1] - 135:2, 137:12, 138:20, 138:21
direction [7] - 39:3, 40:20, 41:5, 42:19, 43:1, 46:6, 189:11
directions [1] - 38:6
disciplinary [3] - 141:18, 145:21, 146:7
discipline [1] - 146:3
disclose [1] - 69:12
disconfirm [2] - 88:23, 89:1
discovery [5] - 82:13, 84:4, 84:14, 142:17, 143:9
discretion [1] - 21:6
discuss [5] - 22:14, 76:14, 76:19, 81:15, 81:19

discussed [2] - 34:4, 53:18
discussing [2] - 27:3, 134:22
discussion [5] - 79:3, 79:4, 79:6, 91:7, 144:16
discussions [2] - 76:11, 79:1
dislocated [2] - 184:8, 184:14
disposition [1] - 148:8
distorted [1] - 163:17
DISTRICT [2] - 1:4, 1:4
district [3] - 6:18, 7:9, 16:15
District [18] - 6:19, 6:21, 7:1, 7:10, 7:12, 7:16, 7:22, 8:6, 8:13, 14:22, 15:12, 16:1, 16:7, 16:18, 18:2, 18:8, 18:21
Division [3] - 79:22, 80:8, 81:2
division [1] - 10:23
DO [1] - 189:5
doctors [1] - 140:17
document [27] - 33:6, 130:15, 130:23, 131:3, 132:16, 132:22, 133:3, 133:12, 133:16, 134:1, 134:11, 134:16, 134:19, 135:19, 135:21, 138:16, 138:21, 141:15, 141:21, 142:2, 142:3, 142:15, 143:8, 144:7, 144:17, 147:16, 148:7
documentation [1] - 3:8
documents [6] - 4:14, 5:21, 143:12, 143:21, 143:23, 145:22
dog [1] - 167:12
done [6] - 5:16, 27:8, 73:6, 79:17, 85:14, 119:8, 121:20, 121:22, 144:21, 151:15, 151:17, 179:19, 187:2, 187:16
door [12] - 56:21, 56:22, 58:8, 60:3, 94:20, 96:9, 96:17, 97:3, 97:4, 97:5, 97:17, 107:16

doorjamb [1] - 61:6
doorway [1] - 55:21
double [1] - 11:8
down [69] - 25:10, 25:19, 26:3, 26:6, 26:16, 27:1, 27:5, 29:22, 30:6, 30:14, 30:15, 30:23, 31:4, 31:5, 31:8, 31:13, 31:16, 33:5, 33:21, 34:20, 37:1, 39:2, 39:7, 39:10, 39:11, 40:8, 40:15, 41:22, 42:11, 42:12, 42:14, 46:12, 46:14, 52:16, 54:14, 54:18, 54:20, 67:9, 70:11, 74:19, 74:21, 75:12, 77:3, 91:18, 94:22, 95:4, 96:1, 101:15, 105:10, 106:23, 108:1, 108:17, 108:23, 109:14, 109:19, 109:22, 110:4, 113:10, 136:14, 142:10, 151:13, 152:18, 155:11, 160:8, 162:19, 163:22, 174:11, 177:19, 178:5, 189:8
downwards [1] - 60:7
draft [1] - 134:6
drafted [2] - 134:7, 134:8
drawn [1] - 74:23
drive [1] - 37:6
driver's [10] - 44:8, 45:18, 56:22, 56:23, 58:11, 64:7, 65:3, 90:9, 94:20, 98:2
driveway [1] - 43:4
driving [6] - 35:10, 37:1, 37:22, 38:12, 38:13, 133:1
dropped [3] - 10:22, 72:9, 184:22
drove [1] - 75:12
drug [1] - 72:11
drug-related [1] - 72:11
drugs [6] - 6:8, 120:2, 160:10, 160:13, 161:7, 161:11
Duddy [1] - 175:13
DUDDY [271] - 2:6, 3:3, 5:10, 18:3, 18:11, 19:13, 21:15, 21:20, 23:10, 25:15, 25:21, 26:9, 26:18, 27:10,

27:18, 29:8, 30:3, 31:1, 31:10, 33:1, 34:9, 35:5, 36:15, 39:19, 41:20, 42:6, 42:20, 43:7, 45:4, 45:9, 46:7, 47:13, 48:7, 48:12, 49:12, 50:12, 50:17, 50:23, 52:4, 52:9, 53:2, 53:8, 53:13, 53:17, 54:8, 55:4, 56:3, 56:6, 56:11, 56:17, 57:5, 59:4, 61:19, 62:6, 62:9, 62:13, 62:17, 62:21, 65:9, 67:11, 70:1, 70:14, 70:20, 71:12, 72:17, 77:10, 77:15, 77:19, 78:3, 79:20, 80:2, 80:23, 82:1, 82:3, 83:11, 83:16, 83:22, 85:11, 86:3, 86:9, 86:19, 87:12, 88:9, 88:12, 89:9, 89:15, 90:10, 90:18, 92:3, 93:2, 93:7, 93:11, 93:16, 93:20, 93:23, 94:4, 95:11, 95:19, 96:11, 97:12, 97:22, 98:10, 98:23, 101:4, 102:16, 103:1, 103:17, 104:8, 104:11, 104:15, 104:17, 104:23, 105:16, 106:3, 106:10, 108:7, 109:4, 109:6, 110:6, 110:20, 111:10, 112:1, 112:6, 112:12, 112:22, 113:20, 114:1, 115:12, 116:7, 116:12, 116:18, 117:7, 117:12, 118:11, 119:14, 119:22, 120:8, 120:20, 121:1, 121:14, 121:18, 121:21, 122:2, 122:12, 122:21, 123:6, 124:13, 124:18, 125:2, 125:23, 126:7, 126:14, 127:7, 128:19, 129:2, 129:15, 130:6, 133:19, 136:3, 138:2, 138:6, 139:11, 139:19, 140:15, 141:6, 141:10, 142:1, 142:5, 142:8, 142:12, 142:23, 143:5, 143:10, 143:15,

143:18, 143:22, 144:4, 144:8, 144:12, 144:18, 144:22, 145:5, 145:22, 146:9, 147:2, 147:15, 148:1, 148:10, 149:13, 149:23, 150:10, 150:17, 151:2, 151:14, 151:16, 151:18, 152:6, 152:19, 153:4, 153:9, 155:2, 155:13, 155:23, 156:10, 157:14, 158:23, 159:9, 161:17, 162:3, 162:9, 162:15, 162:21, 164:1, 164:6, 165:6, 165:20, 166:21, 167:5, 167:18, 168:1, 168:13, 168:21, 169:4, 169:17, 170:2, 170:6, 170:20, 171:4, 171:11, 171:17, 172:14, 172:23, 173:13, 174:11, 174:15, 174:18, 175:1, 175:4, 175:9, 175:12, 175:22, 176:6, 176:8, 176:15, 177:16, 178:1, 178:5, 178:8, 178:13, 178:16, 179:8, 179:18, 179:22, 180:13, 180:23, 181:3, 181:8, 181:16, 181:22, 182:5, 183:12, 184:1, 184:5, 184:10, 184:15, 184:21, 185:9, 185:21, 186:6, 186:16, 187:14
   **duddy** [1] - 3:1
   **due** [1] - 181:3
   **duly** [2] - 3:5, 189:13
   **duration** [1] - 159:2
   **during** [10] - 14:2, 14:20, 20:7, 21:2, 22:15, 22:17, 22:20, 22:23, 23:3, 23:21, 25:2, 25:14, 25:20, 26:4, 26:7, 26:17, 27:7, 30:8, 30:23, 31:12, 31:16, 46:14, 52:5, 52:16, 54:14, 60:8, 63:17, 68:2, 78:8, 83:9, 83:15, 84:10, 89:7, 96:1, 109:2, 131:6, 135:13, 137:3, 143:12,

149:22, 150:9, 150:16, 159:2, 164:5, 165:4
   **duties** [2] - 16:9, 29:13
   **dying** [2] - 116:5

## E

   **Eagle** [13] - 39:10, 40:10, 40:12, 40:13, 40:18, 41:10, 41:11, 41:12, 41:14, 42:4, 117:16
   **East** [2] - 3:4, 40:18
   **east** [2] - 16:20, 40:14
   **ECMC** [6] - 77:6, 125:9, 140:4, 140:20, 141:2, 168:11
   **effect** [3] - 29:5, 122:22, 159:5
   **effective** [2] - 174:3, 183:22
   **effectively** [1] - 152:10
   **eight** [7] - 47:18, 47:19, 102:7, 102:8, 104:2, 110:17, 111:14
   **eight-ball** [7] - 47:18, 47:19, 102:7, 102:8, 104:2, 110:17, 111:14
   **eighth** [12] - 47:20, 47:21, 50:8, 51:14, 52:19, 53:6, 54:11, 56:1, 59:21, 102:5, 102:8, 103:15
   **either** [4] - 49:10, 87:17, 88:23, 162:6
   **email** [1] - 145:10
   **employment** [2] - 7:5, 9:22
   **encountered** [1] - 20:16
   **end** [1] - 64:15
   **ended** [2] - 86:20, 124:12
   **enforce** [1] - 16:11
   **ensure** [7] - 171:8, 185:13, 185:18, 186:3, 186:14, 186:22, 187:10
   **entail** [2] - 20:10, 25:9
   **enter** [3] - 96:23, 107:13, 107:15
   **entered** [2] - 56:9, 89:18
   **entering** [1] - 145:12
   **entire** [3] - 25:5,

31:2, 64:21
   **entirety** [2] - 73:12, 87:2
   **entitled** [2] - 188:4, 189:12
   **entry** [2] - 100:20, 107:16
   **equivalent** [1] - 181:12
   **ER** [1] - 124:12
   **ERIE** [1] - 189:3
   **ESQ** [3] - 2:1, 2:5, 2:6
   **establish** [1] - 177:5
   **established** [3] - 26:12, 70:9, 170:17
   **estimate** [1] - 21:12
   **evasive** [1] - 39:11
   **event** [1] - 19:8
   **events** [9] - 5:3, 72:12, 131:6, 133:17, 134:14, 136:2, 136:18, 138:12, 184:20
   **eventually** [2] - 67:5, 67:20
   **evidence** [6] - 69:6, 69:7, 69:19, 89:19, 132:10, 145:13
   **evolving** [1] - 104:18
   **exact** [6] - 20:1, 24:7, 44:18, 48:21, 76:21, 77:11
   **exactly** [13] - 19:6, 23:11, 48:22, 51:13, 58:20, 65:2, 67:22, 76:10, 76:19, 94:23, 103:13, 119:12, 156:9
   **exam** [7] - 13:6, 13:10, 13:13, 14:1, 14:5, 14:7, 14:9
   **EXAMINATION** [1] - 3:11
   **examination** [1] - 189:13
   **Examination** [1] - 190:2
   **except** [1] - 146:20
   **excessive** [4] - 65:6, 147:13, 147:22, 149:4
   **excuse** [3] - 62:6, 104:15, 181:22
   **exhibit** [5] - 89:18, 138:9, 143:1, 146:6, 185:2
   **Exhibit** [5] - 130:14, 134:22, 138:15, 141:14, 145:10
   **exhibited** [5] - 172:22, 179:17,

180:12, 181:15, 182:17
   **exhibits** [3] - 81:23, 82:12, 130:3
   **exit** [3] - 22:19, 22:22, 117:5
   **exited** [1] - 117:11
   **exonerated** [6] - 80:15, 80:18, 148:19, 174:4, 176:11, 179:5
   **expecting** [1] - 175:15
   **experience** [5] - 31:20, 47:5, 48:1, 110:21, 111:14
   **explain** [10] - 30:13, 46:5, 56:16, 86:11, 112:20, 113:2, 137:4, 149:17, 170:11, 175:20
   **explanation** [1] - 134:9
   **eye** [22] - 78:1, 124:4, 124:6, 125:13, 149:12, 171:2, 171:9, 171:16, 171:21, 172:20, 177:11, 177:22, 177:23, 179:14, 179:15, 180:10, 181:12, 182:14, 182:15, 183:20, 183:21, 185:7

## F

   **face** [28] - 62:1, 67:9, 70:11, 77:21, 77:23, 85:4, 85:19, 86:1, 86:7, 88:15, 89:5, 113:10, 115:11, 115:16, 116:3, 120:16, 140:11, 152:18, 152:20, 155:11, 157:8, 169:21, 170:17, 171:13, 172:12, 177:6, 177:10, 177:19
   **facing** [1] - 43:1
   **fact** [4] - 52:2, 108:18, 110:18, 139:23
   **failed** [2] - 143:12, 145:2
   **failing** [1] - 13:18
   **fair** [1] - 29:3
   **fall** [1] - 160:10
   **familiar** [1] - 40:8
   **far** [8] - 45:15, 70:9, 74:21, 85:14, 149:1, 160:15, 165:13,

182:23
**fashion** [1] - 176:5
**Federal** [2] - 1:18, 53:22
**feet** [1] - 149:20
**felt** [24] - 30:9, 30:10, 30:11, 30:13, 31:21, 31:22, 32:6, 46:14, 46:17, 47:10, 50:8, 51:14, 51:17, 51:19, 51:21, 52:20, 55:2, 55:6, 60:11, 60:12, 60:13, 103:5, 104:2, 110:18
**female** [3] - 22:8, 118:15, 118:19
**Ferry** [2] - 3:4, 16:21
**few** [6] - 26:2, 81:21, 92:19, 116:15, 144:10, 163:14
**fight** [2] - 136:15, 136:16
**fighting** [4] - 55:16, 176:21, 177:1, 180:2
**fine** [5] - 94:4, 108:3, 121:6, 121:7, 129:17
**finish** [11] - 4:6, 10:10, 51:5, 53:18, 56:4, 88:10, 104:9, 104:21, 151:21, 186:18, 187:9
**finished** [1] - 7:13
**FIRM** [1] - 2:1
**Firm** [1] - 2:12
**first** [20] - 7:4, 20:13, 34:22, 35:3, 35:13, 40:16, 41:17, 41:18, 44:4, 51:16, 51:17, 51:21, 54:14, 58:2, 59:23, 73:13, 79:8, 89:20, 102:21, 148:4
**fist** [1] - 85:18
**five** [2] - 21:19, 21:22
**flee** [1] - 107:20
**floor** [4] - 74:1, 126:3, 128:18, 177:20
**focusing** [1] - 27:4
**follow** [2] - 26:22, 177:3
**follow-up** [1] - 26:22
**followed** [2] - 38:20, 42:3
**following** [1] - 39:13
**follows** [1] - 3:9
**foot** [2] - 149:9, 149:16
**footage** [11] - 82:14, 82:16, 82:21, 83:20, 84:11, 91:2, 115:15, 116:21, 156:17,

169:20, 182:1
**force** [36] - 19:12, 65:6, 78:11, 79:2, 89:13, 127:1, 127:3, 127:4, 127:6, 127:11, 127:13, 128:5, 138:11, 138:19, 141:16, 147:13, 147:22, 148:17, 149:4, 150:7, 150:20, 169:23, 172:2, 172:16, 172:17, 172:19, 173:9, 174:3, 177:2, 177:12, 179:13, 180:9, 181:11, 182:7, 183:20
**forefront** [1] - 84:22
**foregoing** [3] - 188:2, 189:7, 189:12
**form** [189] - 5:10, 18:3, 18:11, 19:13, 21:15, 21:20, 23:10, 25:15, 25:21, 26:9, 26:18, 27:10, 27:18, 29:8, 30:3, 31:1, 31:10, 33:1, 34:9, 35:5, 36:15, 39:19, 41:20, 42:6, 42:20, 43:7, 45:4, 45:9, 46:7, 47:13, 48:3, 48:5, 48:7, 48:12, 49:12, 50:23, 52:4, 52:9, 53:2, 53:8, 55:4, 56:3, 56:6, 56:11, 56:17, 57:5, 59:4, 61:19, 65:9, 67:11, 70:1, 70:14, 70:20, 71:12, 72:17, 77:10, 77:15, 77:19, 78:3, 78:11, 79:20, 80:2, 80:23, 83:11, 83:16, 83:22, 86:3, 86:9, 86:19, 87:12, 88:9, 89:9, 89:15, 90:10, 90:18, 92:3, 95:11, 95:19, 97:12, 97:22, 98:10, 101:4, 102:16, 103:1, 103:17, 104:8, 105:16, 106:10, 108:7, 110:6, 110:20, 111:10, 112:1, 112:6, 112:12, 112:22, 115:8, 115:12, 116:7, 116:12, 116:18, 117:7, 117:12, 118:11, 119:14, 119:22, 120:8, 122:12, 122:21, 125:23, 126:7, 128:19, 129:2, 131:22, 133:6, 135:3,

135:10, 135:11, 136:3, 136:7, 136:8, 138:2, 138:6, 138:12, 139:19, 140:15, 141:6, 141:10, 145:22, 146:9, 147:2, 147:15, 148:1, 148:10, 149:13, 149:23, 150:10, 150:17, 151:14, 152:6, 152:19, 153:4, 153:9, 155:2, 155:13, 155:23, 156:10, 157:14, 158:23, 159:9, 161:17, 162:3, 162:9, 162:15, 162:21, 164:1, 164:6, 165:6, 165:20, 166:21, 167:5, 167:18, 168:1, 168:13, 168:21, 169:4, 169:17, 170:2, 170:6, 170:20, 171:4, 171:11, 171:17, 172:14, 172:23, 177:16, 178:1, 179:18, 181:16, 184:5, 184:10, 184:13, 184:15, 184:21, 185:9, 185:21, 186:6, 186:16, 187:14
**formal** [1] - 79:5
**forward** [3] - 5:6, 43:3, 62:20
**fought** [1] - 69:3
**four** [5] - 10:20, 105:19, 105:20, 106:6, 106:9
**four-year** [1] - 10:20
**frame** [5] - 98:21, 99:6, 99:15, 114:21, 163:19
**framing** [1] - 125:11
**friendly** [1] - 63:6
**friends** [2] - 15:2, 15:3
**frisk** [24] - 25:10, 25:19, 26:3, 26:7, 26:16, 27:2, 27:6, 30:6, 30:14, 30:15, 30:23, 31:13, 31:16, 33:5, 33:21, 46:14, 52:6, 52:16, 54:15, 60:8, 91:18, 95:4, 96:1, 105:10
**front** [5] - 87:7, 90:15, 90:19, 90:22, 97:2
**full** [3] - 11:15, 94:3,

139:16
**full-time** [1] - 11:15
**function** [1] - 93:18

## G

**gain** [1] - 152:10
**gap** [1] - 73:23
**gas** [12] - 35:20, 35:21, 36:1, 36:3, 36:7, 36:10, 37:3, 37:6, 37:10, 37:22, 40:23, 41:1
**gears** [1] - 130:2
**general** [2] - 124:16, 179:4
**generally** [3] - 3:20, 146:23, 185:17
**generated** [1] - 93:5
**genital** [2] - 52:14, 55:8
**genitals** [9] - 50:1, 50:2, 51:2, 51:20, 54:21, 91:9, 91:12, 91:14
**geographic** [1] - 18:9
**Giarrano** [2] - 17:22, 141:2
**given** [9] - 16:13, 59:6, 59:12, 79:13, 81:6, 176:12, 179:4, 183:13, 188:3
**gotcha** [1] - 94:8
**government** [1] - 3:8
**government-issued** [1] - 3:8
**governmental** [1] - 132:23
**grab** [3] - 59:1, 120:2, 170:8
**grabbed** [4] - 56:21, 61:6, 158:20, 158:22
**grabbing** [3] - 158:17, 159:3, 159:4
**grabs** [2] - 113:12, 113:13
**graduate** [1] - 9:11
**grainy** [2] - 92:11, 92:17
**gravity** [4] - 52:10, 58:1, 58:16, 60:7
**gray** [1] - 36:12
**great** [2] - 144:14, 175:14
**grew** [2] - 15:7, 15:9
**groin** [20] - 46:22, 46:23, 48:21, 49:9, 49:15, 49:23, 50:5, 51:17, 51:18, 65:21,

102:14, 102:19, 149:22, 150:9, 150:15, 150:23, 151:4, 152:4, 152:8, 153:8
**ground** [30] - 61:14, 61:15, 64:4, 64:9, 64:11, 64:15, 65:13, 65:15, 67:7, 67:9, 70:11, 72:15, 74:12, 100:3, 100:7, 106:23, 108:1, 109:14, 109:19, 109:23, 110:5, 112:4, 112:10, 113:11, 126:4, 151:13, 152:18, 152:23, 153:1, 155:11
**guess** [17] - 24:5, 43:8, 43:13, 44:16, 47:1, 50:1, 72:1, 78:1, 79:11, 79:14, 86:16, 108:10, 132:5, 137:22, 176:12, 180:20

## H

**half** [1] - 86:14
**Hall** [2] - 1:16, 2:7
**hand** [50] - 40:5, 41:12, 41:14, 50:7, 55:20, 65:17, 65:19, 66:2, 66:17, 74:21, 85:5, 86:1, 86:7, 86:21, 86:22, 88:7, 88:21, 89:2, 93:8, 95:18, 97:13, 97:20, 98:8, 98:17, 98:19, 99:7, 99:9, 102:14, 102:19, 108:17, 108:21, 109:1, 109:3, 109:10, 109:18, 111:22, 112:4, 113:13, 114:18, 115:4, 115:17, 149:9, 149:16, 151:4, 152:7, 152:8, 152:17, 160:15, 183:23
**handcuff** [5] - 58:5, 61:4, 66:14, 66:16, 67:2
**handcuffed** [11] - 57:14, 57:16, 58:22, 59:3, 140:22, 154:10, 154:16, 155:8, 155:19, 156:6, 167:3
**handcuffs** [14] - 67:3, 67:7, 67:10, 67:23, 68:6, 68:9, 69:2, 70:12, 72:15, 126:11, 154:13,

154:21, 155:9
**handled** [3] - 47:5, 110:22, 111:1
**hands** [38] - 30:16, 52:16, 52:21, 55:13, 56:19, 58:8, 58:13, 60:2, 60:3, 60:22, 61:2, 61:3, 66:9, 67:10, 95:10, 96:3, 97:11, 98:15, 99:14, 99:16, 99:19, 99:21, 101:3, 101:9, 101:22, 105:4, 108:4, 108:16, 113:8, 127:17, 128:4, 149:20, 154:12, 154:19, 155:8, 155:19, 156:5, 174:1
**handwriting** [2] - 135:18, 136:22
**Hanover** [4] - 157:3, 157:4, 157:6, 163:5
**harassment** [3] - 53:19, 53:22, 54:3
**head** [2] - 127:21, 177:15
**heading** [1] - 40:20
**headlights** [2] - 43:2, 43:19
**hear** [27] - 8:2, 13:16, 49:4, 57:8, 92:12, 92:13, 92:15, 105:18, 106:8, 116:4, 116:5, 116:10, 118:9, 118:19, 118:20, 130:8, 132:2, 150:4, 153:17, 156:16, 158:8, 158:14, 160:20, 161:1, 166:3, 175:14, 182:8
**heard** [6] - 61:13, 117:16, 118:12, 118:15, 123:3, 159:1
**hearing** [2] - 116:13, 148:4
**Heidinger** [2] - 15:16, 15:17
**help** [2] - 12:10, 59:10
**hereby** [1] - 188:1
**HEREBY** [1] - 189:5
**hide** [1] - 120:2
**high** [4] - 9:4, 9:7, 9:11, 9:13
**himself** [46] - 55:21, 56:22, 58:10, 61:7, 61:11, 64:6, 65:18, 65:23, 66:3, 66:8, 66:18, 66:23, 74:23, 94:14, 94:19, 95:6, 96:7, 97:14, 98:1,

100:8, 107:8, 107:9, 113:14, 114:17, 115:23, 119:16, 119:20, 120:1, 120:5, 120:15, 120:17, 122:14, 122:18, 123:15, 127:18, 128:2, 151:5, 170:8, 170:12, 170:13, 170:18, 172:7, 177:7, 177:8, 179:20
**hit** [1] - 39:8
**hitting** [1] - 116:11
**hockey** [5] - 9:14, 9:20, 10:2, 10:11, 10:23
**hold** [8] - 61:22, 107:10, 138:8, 177:2, 179:19, 180:4
**holding** [2] - 157:18, 157:20
**home** [2] - 11:1, 142:5
**honestly** [3] - 6:5, 6:9, 6:13
**hoping** [1] - 53:21
**hour** [1] - 63:5
**hours** [3] - 8:8, 8:9, 8:21
**HUBBELL** [2] - 1:20, 189:18
**hug** [2] - 86:16, 86:18
**humorous** [1] - 50:13
**hundred** [1] - 123:4
**Hurst** [2] - 17:3, 17:5
**hurt** [1] - 153:20

**I**

**identification** [1] - 113:23
**identified** [6] - 85:18, 102:4, 102:11, 103:15, 115:19, 165:13
**identify** [13] - 84:6, 84:15, 85:3, 89:20, 96:6, 103:7, 103:11, 106:22, 107:6, 107:19, 107:22, 113:20, 118:16
**identifying** [1] - 85:13
**identity** [1] - 3:7
**ignoring** [1] - 136:16
**illegal** [3] - 28:1, 28:11, 94:13
**imagine** [1] - 93:4

**impact** [2] - 29:12, 149:9
**impair** [2] - 6:4, 6:8
**impeding** [1] - 68:21
**impropriety** [1] - 94:5
**incident** [19] - 5:1, 5:2, 5:7, 34:16, 76:15, 76:16, 76:17, 76:20, 78:8, 79:2, 79:10, 79:17, 82:17, 83:9, 89:7, 132:5, 133:7, 164:8
**incidents** [1] - 179:4
**include** [2] - 19:22, 26:13
**included** [1] - 152:3
**inclusive** [1] - 147:3
**INDEX** [1] - 190:1
**indicate** [1] - 108:15
**indicated** [6] - 26:16, 57:22, 66:13, 70:10, 100:5, 122:7
**indicates** [1] - 132:8, 136:8, 138:19
**indicating** [1] - 151:12
**indication** [2] - 48:18, 94:12
**individual** [2] - 179:11, 182:11
**inform** [7] - 68:4, 68:14, 71:1, 71:10, 95:4, 101:2, 110:15
**information** [6] - 142:16, 142:17, 142:18, 143:3, 143:19, 144:2
**informed** [6] - 68:10, 68:13, 70:18, 101:5, 161:6, 163:21
**infringed** [6] - 186:8, 186:11, 186:15, 186:17, 186:23, 187:1
**ingest** [1] - 170:9
**initial** [2] - 54:13, 59:20
**initiated** [6] - 39:1, 39:3, 39:12, 42:15, 136:11
**injured** [2] - 11:1, 77:14
**injuries** [10] - 77:8, 77:9, 77:12, 78:6, 78:9, 124:11, 125:16, 140:9, 140:10, 140:11
**injury** [6] - 77:18, 77:20, 78:2, 124:4, 124:8, 125:13
**inner** [5] - 48:23,

49:1, 49:6, 49:8
**inside** [1] - 74:22
**insinuating** [1] - 62:9
**intake** [1] - 135:13
**interaction** [4] - 20:18, 20:20, 20:23, 21:3
**internal** [4] - 79:16, 139:7, 139:18, 148:15
**Internal** [3] - 79:21, 80:7, 81:2
**interruption** [5] - 51:4, 112:23, 121:17, 143:17, 179:9
**intersections** [1] - 40:7
**intervene** [3] - 89:6, 89:12, 187:16
**interviewed** [1] - 80:6
**investigation** [4] - 68:22, 79:17, 80:7, 80:14
**issued** [4] - 3:8, 23:8, 23:9, 23:16
**item** [8] - 32:6, 32:8, 58:1, 58:6, 58:16, 59:10, 60:7, 111:4

**J**

**jacket** [2] - 157:18, 157:21
**January** [3] - 1:19, 7:6, 188:4
**Jason** [1] - 15:16
**Jefferson** [14] - 16:20, 35:20, 37:2, 37:4, 38:17, 39:5, 39:7, 39:14, 40:8, 40:10, 40:15, 40:20, 41:8, 42:3
**Joan** [17] - 4:5, 13:15, 30:17, 106:17, 123:6, 125:3, 145:9, 145:14, 173:3, 173:4, 173:19, 174:16, 174:21, 175:4, 176:17, 183:12, 187:18
**JOAN** [2] - 1:20, 189:18
**Joan's** [1] - 42:11
**job** [6] - 6:16, 11:15, 16:9, 28:22, 29:12, 144:10
**Joe** [1] - 17:16
**Joshua** [1] - 15:16
**Jude** [1] - 9:8
**judge** [2] - 142:14,

145:6
**July** [1] - 147:6
**June** [1] - 147:8
**junior** [4] - 9:14, 9:20, 9:21, 10:2
**justice** [1] - 11:4
**justifiable** [1] - 177:12

**K**

**keep** [5] - 5:17, 53:11, 53:19, 85:13, 121:7
**kept** [1] - 64:2
**kick** [1] - 83:7
**kind** [11] - 74:20, 86:15, 92:11, 92:17, 107:16, 108:9, 140:17, 150:22, 168:12, 168:16
**knee** [9] - 149:21, 150:1, 150:8, 150:15, 150:23, 151:1, 152:4, 152:9, 153:7
**knowledge** [5] - 31:20, 65:5, 65:8, 72:13, 113:3
**known** [2] - 36:8, 130:19

**L**

**lab** [2] - 137:1, 137:15
**labeled** [1] - 141:18
**large** [2] - 47:17, 50:5
**last** [10] - 6:20, 105:19, 105:20, 106:6, 106:9, 107:7, 107:11, 108:1, 119:15, 145:14
**LAW** [1] - 2:1
**Law** [4] - 2:12, 16:12, 132:9, 134:8
**lawful** [1] - 128:3
**laws** [2] - 27:16, 34:8
**lawsuit** [1] - 3:16
**laying** [1] - 67:9, 155:11
**leading** [1] - 19:7
**learn** [3] - 79:9, 80:13, 184:18
**learned** [2] - 72:2, 184:7
**leave** [1] - 123:11
**leaves** [1] - 169:12
**leaving** [1] - 167:23
**led** [1] - 106:22

**left** [26] - 40:5, 55:20, 65:17, 66:2, 66:17, 87:21, 87:22, 90:9, 95:18, 97:13, 97:20, 98:4, 98:8, 98:18, 98:19, 99:8, 108:17, 108:21, 109:1, 109:3, 109:18, 113:13, 114:18, 115:4, 163:9, 163:19
**left-hand** [1] - 40:5
**legal** [3] - 27:21, 28:15, 29:9
**legality** [1] - 28:13
**legislation** [1] - 34:7
**legs** [7] - 46:19, 46:21, 50:20, 50:21, 51:20, 54:18, 54:20
**lengthy** [1] - 89:19
**less** [6] - 11:14, 21:19, 21:22, 24:8, 24:13, 175:18
**letter** [5] - 81:6, 81:7, 81:9, 81:13, 81:15
**level** [2] - 177:20, 182:16
**license** [4] - 44:14, 44:23, 45:14, 133:2
**lieutenant** [4] - 7:20, 9:3, 78:19, 139:7
**Lieutenant** [8] - 7:23, 76:7, 78:21, 139:3, 139:4, 139:17, 139:23, 165:2
**lieutenants** [2] - 7:23, 8:4
**life** [1] - 63:9
**lift** [1] - 74:11
**lifted** [1] - 88:16
**lights** [3] - 42:17, 43:16, 43:22
**likely** [1] - 24:22
**likeness** [1] - 94:6
**line** [4] - 132:7, 185:19, 187:6, 187:12
**Linwood** [1] - 2:2
**listed** [3] - 131:2, 131:9, 146:14
**listen** [2] - 182:8, 186:13
**listening** [2] - 105:21, 176:12
**literally** [1] - 31:6
**literature** [1] - 134:8
**LLC** [2] - 2:1, 2:12
**located** [2] - 9:9, 10:17
**location** [1] - 117:18
**locations** [1] - 1:19
**lodge** [3] - 5:15,

54:5, 162:6
**lodged** [3] - 53:15, 175:13, 175:15
**look** [2] - 75:1, 75:2
**looked** [2] - 181:20, 182:1
**looking** [1] - 159:18
**looks** [4] - 86:15, 97:1, 160:6, 168:2
**loose** [1] - 47:12
**lose** [1] - 116:21
**Lowell** [1] - 10:5, 10:6, 10:20, 11:3
**lower** [1] - 86:14
**lucky** [1] - 144:6
**lying** [4] - 62:4, 62:14, 62:22, 63:1

## M

**ma'am** [4] - 51:11, 62:12, 63:20, 130:5
**machine** [1] - 189:8
**Madison** [19] - 35:2, 35:4, 35:11, 35:17, 39:4, 39:8, 39:11, 40:1, 40:12, 40:14, 42:1, 42:12, 42:5, 42:7, 42:9, 42:13, 46:3, 117:17, 136:11
**major** [2] - 11:5, 11:8
**male** [2] - 22:8, 22:9
**maneuvers** [1] - 149:9
**manner** [1] - 189:8
**manual** [9] - 33:8, 33:9, 33:11, 148:22, 149:6, 149:19, 172:15, 174:2, 187:7
**Marc** [1] - 17:3
**marijuana** [19] - 23:4, 23:18, 23:20, 23:23, 24:4, 25:2, 27:16, 28:13, 29:9, 29:16, 29:21, 30:8, 33:16, 34:2, 34:8, 44:5, 46:1, 48:16, 136:12
**mark** [9] - 109:10, 113:4, 114:22, 115:2, 118:6, 123:18, 157:5, 161:10, 167:16
**marked** [2] - 130:14, 141:14
**Massachusetts** [1] - 10:6
**matter** [3] - 3:15, 3:22, 151:20
**McKinley** [2] - 9:10, 10:4

**mean** [20] - 30:10, 48:22, 49:14, 53:9, 63:2, 63:12, 68:2, 68:20, 68:23, 72:1, 80:17, 92:1, 108:6, 124:14, 124:20, 148:13, 148:20, 175:22, 178:16, 186:23
**meaning** [2] - 27:22, 152:1
**means** [2] - 127:6, 189:8
**meant** [3] - 20:1, 20:3, 123:2
**medical** [4] - 140:13, 140:18, 185:15, 185:23
**medication** [1] - 6:3
**meet** [3] - 20:13, 34:16, 77:3
**mention** [1] - 139:23
**met** [5] - 20:16, 149:7, 150:7, 150:19, 172:17
**method** [1] - 160:8
**methods** [1] - 32:7
**METZGER** [2] - 1:20, 189:18
**METZGER-HUBBELL** [2] - 1:20, 189:18
**Michael** [1] - 139:2
**MICHAEL** [5] - 1:1, 1:15, 3:4, 188:7, 190:3
**might** [2] - 31:18, 73:3
**mind** [1] - 5:17
**minimum** [1] - 13:12
**minor** [2] - 11:8, 11:10
**minute** [12] - 82:1, 96:12, 105:6, 109:10, 109:17, 110:3, 114:22, 115:2, 118:6, 119:15, 133:20, 139:12
**minutes** [6] - 26:2, 81:22, 82:2, 99:12, 115:20, 144:10
**Miranda** [2] - 67:16, 71:17
**mirror** [1] - 37:16
**misdemeanor** [4] - 24:4, 24:6, 24:9, 24:13
**missed** [1] - 17:19
**missing** [1] - 59:19
**misstate** [1] - 123:1

**mixed** [2] - 48:6, 48:10
**Moffett** [2] - 163:6, 163:19
**moment** [1] - 171:7
**months** [4] - 7:13, 11:22, 12:17, 12:20
**morning** [1] - 4:8
**most** [3] - 24:22, 127:14, 165:3
**move** [6] - 52:8, 52:12, 61:2, 62:19, 154:5, 187:4
**moved** [10] - 7:15, 16:5, 52:6, 54:17, 58:1, 58:16, 60:7, 64:22, 65:3
**moving** [2] - 5:6, 115:22
**MR** [270] - 3:3, 5:10, 18:3, 18:11, 19:13, 21:15, 21:20, 23:10, 25:15, 25:21, 26:9, 26:18, 27:10, 27:18, 29:8, 30:3, 31:1, 31:10, 33:1, 34:9, 35:5, 36:15, 39:19, 41:20, 42:6, 42:20, 43:7, 45:4, 45:9, 46:7, 47:13, 48:7, 48:12, 49:12, 50:12, 50:17, 50:23, 52:4, 52:9, 53:2, 53:8, 53:13, 53:17, 54:8, 55:4, 56:3, 56:6, 56:11, 56:17, 57:5, 59:4, 61:19, 62:6, 62:9, 62:13, 62:17, 62:21, 65:9, 67:11, 70:1, 70:14, 70:20, 71:12, 72:17, 77:10, 77:15, 77:19, 78:3, 79:20, 80:2, 80:23, 82:1, 82:3, 83:11, 83:16, 83:22, 85:11, 86:3, 86:9, 86:19, 87:12, 88:9, 88:12, 89:9, 89:15, 90:10, 90:18, 92:3, 93:2, 93:7, 93:11, 93:16, 93:20, 93:23, 94:4, 95:11, 95:19, 96:11, 97:12, 97:22, 98:10, 98:23, 101:4, 102:16, 103:1, 103:17, 104:8, 104:11, 104:15, 104:17, 104:23, 105:16, 106:3, 106:10, 108:7, 109:4, 109:6, 110:6, 110:20,

111:10, 112:1, 112:6, 112:12, 112:22, 113:20, 114:1, 115:12, 116:7, 116:12, 116:18, 117:7, 117:12, 118:11, 119:14, 119:22, 120:8, 120:20, 121:1, 121:14, 121:18, 121:21, 122:2, 122:12, 122:21, 123:6, 124:13, 124:18, 125:2, 125:23, 126:7, 126:14, 127:7, 128:19, 129:2, 129:15, 130:6, 133:19, 136:3, 138:2, 138:6, 139:11, 139:19, 140:15, 141:6, 141:10, 142:1, 142:5, 142:8, 142:12, 142:23, 143:5, 143:10, 143:15, 143:18, 143:22, 144:4, 144:8, 144:12, 144:18, 144:22, 145:5, 145:22, 146:9, 147:2, 147:15, 148:1, 148:10, 149:13, 149:23, 150:10, 150:17, 151:2, 151:14, 151:16, 151:18, 152:6, 152:19, 153:4, 153:9, 155:2, 155:13, 155:23, 156:10, 157:14, 158:23, 159:9, 161:17, 162:3, 162:9, 162:15, 162:21, 164:1, 164:6, 165:6, 165:20, 166:21, 167:5, 167:18, 168:1, 168:13, 168:21, 169:4, 169:17, 170:2, 170:6, 170:20, 171:4, 171:11, 171:17, 172:14, 172:23, 173:13, 174:11, 174:15, 174:18, 175:1, 175:4, 175:9, 175:12, 175:22, 176:6, 176:8, 176:15, 177:16, 178:1, 178:5, 178:8, 178:13, 178:16, 179:8, 179:18, 179:22, 180:13, 180:23, 181:3, 181:8, 181:16,

181:22, 182:5, 183:12, 184:1, 184:5, 184:10, 184:15, 184:21, 185:9, 185:21, 186:6, 186:16, 187:14

**MS** [381] - 3:12, 5:11, 13:15, 13:20, 18:6, 18:13, 19:15, 21:18, 21:21, 23:12, 25:18, 25:22, 26:11, 26:19, 27:12, 27:19, 29:11, 30:4, 30:17, 30:21, 31:3, 31:11, 33:3, 34:11, 35:7, 36:18, 39:20, 41:23, 42:8, 42:23, 43:9, 45:6, 45:12, 46:9, 47:16, 48:8, 48:14, 49:13, 50:16, 50:18, 51:1, 51:5, 51:8, 52:7, 52:11, 53:4, 53:11, 53:15, 54:1, 54:9, 55:5, 56:4, 56:8, 56:13, 57:2, 57:7, 59:8, 61:21, 62:7, 62:10, 62:15, 62:18, 63:3, 63:10, 63:14, 63:21, 65:10, 67:13, 70:4, 70:7, 70:16, 70:22, 71:15, 72:20, 77:13, 77:17, 77:22, 78:5, 79:23, 80:5, 81:4, 81:21, 82:2, 82:4, 82:6, 82:7, 83:13, 83:18, 84:1, 84:17, 85:7, 85:13, 85:16, 85:22, 86:5, 86:12, 86:23, 87:9, 87:14, 87:19, 88:5, 88:10, 88:14, 88:19, 89:11, 89:17, 89:23, 90:14, 90:21, 91:1, 91:5, 91:15, 91:17, 92:5, 92:7, 92:22, 93:6, 93:9, 93:14, 93:17, 93:21, 94:2, 94:8, 94:10, 95:3, 95:8, 95:13, 95:21, 95:23, 96:10, 96:13, 96:16, 96:21, 97:10, 97:15, 98:3, 98:7, 98:13, 99:2, 99:4, 100:1, 100:12, 100:19, 101:1, 101:7, 101:13, 101:20, 102:3, 102:18, 103:4, 103:10, 103:19, 104:5, 104:9, 104:13, 104:16, 104:19, 105:2, 105:13,

105:17, 106:7, 106:11, 106:15, 106:17, 106:20, 107:2, 108:11, 108:14, 109:7, 109:13, 110:8, 110:23, 111:12, 111:21, 112:3, 112:8, 112:14, 112:19, 113:1, 113:19, 113:22, 114:2, 114:4, 114:11, 114:20, 115:14, 116:9, 116:14, 116:20, 117:4, 117:9, 117:15, 118:8, 118:14, 118:18, 119:3, 119:18, 120:3, 120:11, 120:22, 121:9, 121:16, 121:20, 121:22, 122:3, 122:6, 122:16, 122:23, 123:11, 123:13, 124:1, 124:17, 124:22, 125:3, 125:6, 125:20, 126:2, 126:9, 126:15, 126:16, 127:8, 128:8, 128:13, 128:22, 129:4, 129:17, 129:19, 129:20, 130:8, 130:10, 133:21, 133:23, 136:5, 138:4, 138:8, 138:10, 139:14, 139:21, 140:19, 141:7, 141:12, 142:4, 142:7, 142:10, 142:21, 143:2, 143:6, 143:11, 143:20, 144:1, 144:5, 144:9, 144:14, 144:20, 144:23, 145:7, 145:9, 145:18, 146:1, 146:10, 147:3, 147:5, 147:17, 148:3, 148:12, 149:15, 150:3, 150:13, 150:21, 151:7, 151:15, 151:17, 151:20, 151:22, 152:12, 152:22, 153:6, 153:11, 153:14, 153:22, 154:3, 154:9, 155:4, 155:16, 156:3, 156:13, 156:15, 156:21, 157:10, 157:17, 158:1, 158:7, 158:11, 159:6, 159:12, 159:21,

160:18, 160:23, 161:15, 161:20, 162:5, 162:12, 162:18, 163:1, 163:13, 164:3, 164:9, 164:14, 164:19, 164:23, 165:8, 165:17, 165:23, 166:8, 166:14, 166:18, 167:1, 167:7, 167:11, 167:15, 167:21, 168:3, 168:15, 168:23, 169:7, 169:19, 170:4, 170:10, 170:22, 171:6, 171:14, 171:19, 172:18, 173:3, 173:11, 173:15, 173:19, 174:5, 174:9, 174:13, 174:16, 174:19, 175:2, 175:7, 175:11, 175:13, 176:1, 176:4, 176:7, 176:10, 176:17, 176:23, 177:17, 178:3, 178:7, 178:10, 178:14, 178:20, 179:10, 179:19, 179:23, 180:16, 181:1, 181:6, 181:10, 181:19, 181:23, 182:6, 183:18, 184:2, 184:6, 184:12, 184:17, 184:23, 185:11, 186:2, 186:9, 186:19, 187:18, 190:3

**multiple** [15] - 73:17, 74:9, 101:6, 104:23, 116:3, 128:3, 150:16, 151:1, 177:10, 177:22, 179:15, 180:10, 181:13, 183:13, 183:21

## N

**NAIR** [1] - 2:11
**name** [5] - 3:13, 33:4, 130:22, 141:20, 145:20
**names** [1] - 15:14
**narcotics** [21] - 30:11, 32:2, 46:15, 57:18, 57:19, 128:21, 128:23, 129:5, 129:7, 129:12, 158:19, 159:19, 160:2, 160:3, 161:22, 167:8, 167:17, 168:9, 168:19, 169:15, 170:9

**narrative** [3] - 136:7, 136:21
**nature** [2] - 145:1, 176:14
**near** [2] - 54:2, 102:19
**necessarily** [1] - 40:7
**necessary** [5] - 149:4, 164:8, 173:9, 174:3, 183:22
**need** [12] - 4:10, 59:20, 77:7, 104:9, 133:19, 139:11, 142:11, 144:9, 144:16, 175:2, 175:7, 183:2
**needed** [2] - 59:16, 60:10
**negative** [1] - 102:12
**nervous** [1] - 74:21
**never** [6] - 55:10, 59:13, 63:8, 111:8, 111:14
**NEW** [2] - 1:4, 189:1
**New** [8] - 1:17, 2:2, 2:8, 3:5, 3:7, 28:14, 136:10, 189:6
**next** [21] - 8:2, 38:8, 38:23, 42:4, 43:21, 44:3, 44:13, 45:19, 61:9, 64:1, 65:16, 65:22, 66:10, 67:14, 72:16, 75:6, 121:19, 154:20, 156:7, 156:8, 168:4
**Niagara** [2] - 1:16, 2:7
**night** [1] - 8:16
**none** [1] - 16:3
**nonresponsive** [7] - 173:20, 174:6, 175:2, 175:11, 175:17, 176:13, 176:17, 179:6, 183:1, 183:9, 183:11, 187:3
**nonverbal** [1] - 4:12
**normal** [3] - 82:12, 84:4, 143:9
**north** [4] - 16:22, 40:13, 40:14, 136:11
**north-south** [1] - 40:14
**Notary** [3] - 1:21, 189:5, 189:19
**NOTARY** [1] - 188:14
**noted** [2] - 181:4, 181:6
**nothing** [5] - 21:4, 52:2, 80:19, 104:7,

189:15
**notice** [6] - 34:22, 36:3, 36:6, 37:12, 83:14, 171:15
**noticed** [3] - 35:13, 42:10, 44:4
**nowhere** [1] - 54:2
**number** [1] - 73:18
**nuts** [6] - 158:17, 158:18, 159:3, 159:4, 159:10, 159:13

## O

**oath** [11] - 62:4, 62:8, 62:11, 62:19, 63:4, 63:7, 63:19, 82:9, 129:22
**object** [5] - 5:14, 50:10, 88:11, 104:21, 151:17
**objected** [1] - 104:23
**objection** [185] - 5:10, 5:15, 18:3, 18:11, 19:13, 21:15, 21:20, 23:10, 25:15, 25:21, 26:9, 26:18, 27:10, 27:18, 29:8, 30:3, 31:1, 31:10, 33:1, 34:9, 35:5, 36:15, 41:20, 42:6, 42:20, 43:7, 45:4, 45:9, 46:7, 47:13, 48:7, 48:12, 49:12, 50:23, 52:4, 52:9, 53:2, 53:8, 53:15, 55:4, 56:3, 56:6, 56:11, 56:17, 57:5, 59:4, 61:19, 65:9, 67:11, 70:1, 70:14, 70:20, 71:12, 72:17, 77:10, 77:15, 77:19, 78:3, 79:20, 80:2, 80:23, 83:11, 83:16, 83:22, 86:3, 86:9, 86:19, 87:12, 88:9, 89:9, 89:15, 90:10, 90:18, 92:3, 95:11, 95:19, 97:12, 97:22, 98:10, 101:4, 102:16, 103:1, 103:17, 104:8, 105:16, 106:10, 108:7, 110:6, 110:20, 111:10, 112:1, 112:6, 112:12, 112:22, 115:12, 116:7, 116:12, 116:18, 117:7, 117:12, 118:11, 119:14, 119:22, 121:2, 121:16, 122:12,

122:21, 124:23, 125:23, 126:7, 127:7, 128:19, 129:2, 136:3, 138:2, 138:6, 139:19, 140:15, 141:6, 141:10, 145:22, 146:9, 147:2, 147:15, 148:1, 148:10, 149:13, 149:23, 150:10, 150:17, 151:2, 151:14, 152:6, 152:19, 153:4, 153:9, 155:2, 155:13, 155:23, 156:10, 157:14, 158:23, 159:9, 161:17, 162:3, 162:9, 162:15, 162:21, 164:1, 164:6, 165:6, 165:20, 166:21, 167:5, 167:18, 168:1, 168:13, 168:21, 169:4, 169:17, 170:2, 170:6, 170:20, 171:4, 171:11, 171:17, 172:14, 172:23, 175:14, 177:16, 178:1, 179:18, 179:22, 180:13, 181:16, 184:5, 184:10, 184:15, 184:21, 185:9, 185:21, 186:6, 186:16, 187:14

**Objection** [1] - 120:8
**objections** [1] - 54:5
**obligated** [1] - 145:1
**obligation** [2] - 143:7, 143:14
**observe** [1] - 171:12
**observed** [5] - 34:23, 37:13, 37:21, 39:2, 136:8
**observing** [2] - 37:18, 37:20
**obstruct** [1] - 68:8
**obstruction** [9] - 68:18, 68:20, 68:21, 126:21, 126:22, 127:2, 127:12, 127:16, 132:23
**obtained** [1] - 171:21
**obviously** [5] - 13:21, 90:13, 144:8, 144:9, 144:12
**occurred** [9] - 5:3, 82:17, 131:6, 133:17, 134:14, 136:2, 136:19, 138:12, 180:8
**occurs** [1] - 84:9

**odor** [5] - 23:4, 33:16, 44:5, 45:23, 136:12
**OF** [4] - 1:4, 1:9, 189:1, 189:3
**Office** [1] - 1:15
**officer** [86] - 6:17, 7:7, 7:17, 12:6, 13:1, 16:7, 16:10, 17:3, 17:6, 17:8, 17:16, 19:22, 25:2, 31:15, 32:13, 36:23, 50:19, 51:6, 53:12, 54:1, 54:6, 54:10, 61:22, 62:11, 62:13, 62:22, 63:3, 63:10, 71:10, 71:17, 73:13, 73:14, 74:3, 76:1, 82:8, 84:6, 85:4, 90:1, 98:14, 99:5, 107:10, 113:2, 114:5, 119:5, 122:7, 124:3, 125:7, 125:22, 127:4, 127:6, 127:11, 127:13, 129:21, 130:11, 131:4, 131:10, 131:15, 131:19, 145:4, 145:20, 149:5, 151:23, 157:3, 157:20, 160:19, 162:14, 163:4, 163:5, 164:10, 165:4, 173:12, 174:6, 174:14, 175:3, 175:7, 175:19, 176:1, 178:3, 178:12, 178:15, 180:1, 180:22, 181:1, 183:19, 186:12
**Officer** [101] - 3:13, 3:17, 3:22, 9:5, 15:15, 15:16, 15:17, 17:4, 17:18, 17:21, 18:20, 18:22, 18:23, 19:1, 19:4, 19:11, 19:16, 20:7, 38:13, 44:2, 44:9, 45:1, 61:13, 61:18, 61:23, 64:13, 64:17, 65:5, 69:9, 69:13, 71:4, 73:4, 73:10, 74:7, 75:13, 75:15, 75:21, 76:5, 77:5, 80:15, 81:16, 82:23, 84:21, 85:9, 85:14, 86:6, 87:6, 88:7, 88:15, 89:5, 90:7, 91:2, 112:9, 115:10, 115:16, 116:3, 117:22, 118:12, 118:20, 119:20, 120:5,

120:10, 120:15, 122:9, 122:18, 122:19, 123:15, 128:10, 128:11, 128:14, 137:6, 137:10, 139:2, 140:1, 141:1, 141:8, 147:12, 147:21, 157:5, 157:6, 163:5, 163:6, 163:19, 169:21, 171:1, 172:3, 172:11, 173:15, 177:10, 177:15, 179:11, 180:15, 180:17, 181:11, 181:13, 182:11, 182:13, 183:13, 185:4, 185:6
**officer's** [2] - 142:5, 142:18
**officers** [26] - 3:17, 15:5, 15:9, 15:23, 72:22, 73:16, 73:17, 74:10, 84:15, 112:15, 117:20, 118:3, 128:4, 132:6, 136:11, 136:15, 136:22, 137:13, 149:8, 156:22, 163:2, 163:22, 165:14, 187:11, 187:17
**officers'** [1] - 136:16
**once** [4] - 7:13, 32:9, 119:7
**one** [56] - 8:2, 8:3, 20:20, 22:5, 24:23, 32:12, 34:21, 38:11, 39:2, 40:5, 41:17, 41:22, 42:10, 42:11, 42:13, 42:14, 42:19, 46:6, 59:19, 66:1, 66:14, 66:17, 69:5, 74:20, 77:5, 82:19, 84:8, 86:21, 87:15, 95:17, 96:12, 98:20, 105:6, 107:10, 108:20, 109:4, 109:10, 109:17, 110:3, 126:10, 132:14, 133:2, 134:4, 138:8, 144:19, 146:21, 162:20, 163:4, 163:7, 163:8, 163:9, 182:21, 183:4, 185:1
**one-way** [9] - 34:21, 40:5, 41:22, 42:11, 42:13, 42:14, 42:19, 46:6, 133:2
**open** [1] - 96:18
**opened** [1] - 147:22

**operate** [1] - 36:8
**operating** [1] - 136:9
**opinion** [3] - 122:10, 177:13, 184:13
**opportunity** [2] - 59:6, 59:12
**opposite** [2] - 38:6, 64:18
**oral** [1] - 14:14
**order** [4] - 50:12, 58:5, 93:2, 142:14
**orders** [1] - 66:9
**originally** [1] - 145:11
**ounce** [7] - 47:20, 47:21, 50:8, 51:14, 53:7, 102:5, 102:9
**outcome** [2] - 72:3, 80:14
**outlined** [2] - 18:9, 32:16
**outside** [3] - 19:10, 25:19, 30:6
**Overdorf** [2] - 15:16, 17:18
**overhead** [4] - 42:17, 43:16, 43:20, 43:22
**own** [6] - 83:2, 143:3, 143:12, 143:21, 143:23, 145:2

## P

**p.m** [10] - 1:20, 3:10, 8:10, 8:23, 34:14, 82:5, 109:5, 129:18, 183:17, 187:22
**page** [3] - 138:18, 138:22, 146:6
**Page** [1] - 190:2
**pages** [2] - 134:22, 188:2
**pant** [1] - 108:18
**pants** [29] - 30:12, 46:15, 52:20, 52:21, 52:22, 52:23, 57:18, 60:16, 65:19, 65:20, 74:21, 86:22, 87:16, 87:23, 88:22, 99:9, 129:12, 136:16, 137:2, 151:4, 152:17, 155:5, 155:10, 156:8, 160:4, 160:5, 160:6, 160:15, 161:4
**paperwork** [2] - 132:3, 132:4
**paragraph** [1] - 138:23
**parked** [2] - 35:23, 36:6

**part** [14] - 49:23, 51:13, 77:23, 91:18, 93:14, 116:6, 136:7, 138:21, 138:22, 159:15, 160:5, 165:13, 166:20, 167:2
**participated** [1] - 4:1
**particular** [1] - 108:22
**parties** [1] - 82:13
**partner** [16] - 16:23, 17:2, 17:4, 17:9, 17:15, 18:20, 19:4, 19:18, 19:22, 20:6, 23:5, 131:16, 146:11, 146:16, 171:10, 179:13
**partnered** [1] - 17:21
**partners** [1] - 141:8
**partnership** [1] - 147:1
**parts** [4] - 30:22, 49:22, 50:22, 89:20
**pass** [1] - 12:17
**passed** [2] - 13:21, 37:3
**passenger** [9] - 22:5, 22:22, 45:7, 73:11, 74:8, 83:19, 117:5, 117:10, 164:21
**passenger's** [2] - 44:10, 65:1
**passengers** [3] - 33:13, 33:18, 33:19
**past** [2] - 37:6, 37:22
**pat** [31] - 25:10, 25:19, 26:3, 26:6, 26:16, 27:1, 27:5, 29:22, 30:6, 30:14, 30:15, 30:23, 31:4, 31:5, 31:8, 31:13, 31:16, 33:5, 33:21, 46:12, 46:14, 52:16, 54:14, 74:19, 91:18, 95:4, 96:1, 105:10, 136:14, 162:19, 163:22
**pat-down** [30] - 25:10, 25:19, 26:3, 26:6, 26:16, 27:1, 27:5, 29:22, 30:6, 30:14, 30:15, 30:23, 31:4, 31:5, 31:13, 31:16, 33:5, 33:21, 46:12, 46:14, 52:16, 54:14, 74:19, 91:18, 95:4, 96:1, 105:10, 136:14, 162:19, 163:22
**paths** [1] - 38:3

**patience** [1] - 62:21
**Patrick** [2] - 15:15, 17:18
**patrol** [24] - 6:17, 16:6, 16:10, 16:14, 19:23, 20:2, 20:4, 20:6, 24:20, 24:21, 38:2, 45:13, 72:19, 73:20, 73:22, 74:2, 74:3, 74:5, 74:6, 74:17, 75:7, 75:9, 75:10, 75:20
**pause** [1] - 114:13
**Penal** [2] - 132:9, 134:8
**pending** [6] - 63:11, 63:16, 96:5, 125:1, 137:1, 137:15
**people** [3] - 12:10, 15:4, 15:7
**per** [2] - 172:15, 174:2
**percent** [1] - 123:4
**perhaps** [2] - 60:7, 123:4
**perjury** [2] - 62:5, 63:7
**perpendicular** [4] - 39:4, 40:10, 40:17, 43:5
**person** [29] - 25:6, 25:7, 25:8, 25:14, 26:3, 26:8, 26:15, 27:2, 27:5, 27:7, 29:18, 29:19, 30:8, 30:16, 33:13, 54:12, 59:22, 73:7, 94:13, 102:12, 102:23, 103:16, 121:19, 159:16, 164:11, 168:10, 169:3, 169:16, 182:13
**person's** [1] - 111:3
**personal** [1] - 145:1
**physical** [14] - 14:1, 128:5, 132:10, 149:7, 150:6, 150:7, 150:19, 150:22, 172:16, 172:17, 172:19, 174:3
**physically** [12] - 35:6, 36:9, 75:1, 75:2, 127:10, 150:19, 151:5, 151:12, 152:16, 156:1, 173:7, 173:23
**pictures** [1] - 163:16
**pill** [2] - 137:3, 137:22
**pills** [1] - 137:23
**place** [1] - 28:19

**placed** [3] - 61:4, 66:21, 75:7
**Plaintiff** [2] - 1:7, 2:4
**plaintiff** [2] - 4:22, 20:14
**plaintiff's** [1] - 3:2
**plastic** [1] - 137:3
**platoon** [2] - 165:11, 165:13
**play** [20] - 9:19, 84:5, 84:13, 85:2, 87:2, 87:5, 89:17, 89:19, 92:19, 94:21, 96:13, 97:6, 106:7, 106:21, 109:9, 111:18, 113:17, 123:21, 160:21, 163:14
**played** [92] - 9:14, 10:1, 10:11, 84:16, 85:6, 85:10, 85:15, 85:21, 86:4, 87:8, 87:18, 88:4, 88:18, 89:22, 91:4, 91:16, 92:6, 92:21, 94:9, 95:2, 95:7, 95:22, 96:8, 96:15, 96:20, 97:9, 98:6, 98:12, 99:23, 100:11, 100:18, 100:23, 101:12, 101:19, 102:2, 103:9, 104:4, 105:1, 105:12, 106:13, 107:1, 108:13, 109:12, 111:20, 112:18, 113:18, 114:8, 114:15, 114:19, 117:3, 117:14, 118:7, 118:17, 119:2, 123:23, 125:19, 128:7, 128:12, 153:13, 153:21, 154:2, 154:8, 155:15, 155:18, 156:14, 156:17, 156:20, 157:9, 157:16, 157:23, 158:6, 158:10, 159:20, 160:17, 160:22, 161:14, 162:11, 162:17, 162:23, 163:12, 164:13, 164:18, 164:22, 165:16, 165:22, 166:7, 166:12, 166:17, 166:23, 167:10, 167:14, 167:20
**playing** [3] - 10:23, 93:15, 153:11

**plus** [1] - 114:23
**pocket** [21] - 98:9, 98:15, 98:19, 99:7, 99:9, 99:17, 99:19, 99:21, 106:14, 106:16, 106:18, 108:5, 108:19, 108:20, 109:1, 109:3, 109:10, 109:18, 136:23, 137:15, 137:18
**pockets** [1] - 99:14
**point** [105] - 14:20, 31:23, 32:5, 38:3, 40:19, 41:4, 50:12, 55:12, 61:12, 61:15, 64:19, 65:3, 65:14, 65:17, 66:1, 66:11, 67:1, 67:10, 68:9, 68:12, 68:18, 69:8, 69:11, 69:14, 70:10, 70:15, 70:18, 70:21, 71:5, 71:9, 71:16, 74:9, 74:20, 77:5, 82:19, 84:10, 86:11, 86:21, 88:6, 88:20, 90:6, 90:20, 91:23, 93:2, 93:3, 94:11, 94:23, 95:5, 95:9, 96:6, 96:22, 97:7, 97:10, 97:21, 97:23, 98:9, 98:11, 98:14, 98:20, 99:10, 99:11, 99:22, 105:3, 108:20, 109:2, 109:9, 110:13, 112:9, 113:11, 113:12, 114:6, 114:16, 115:20, 116:2, 116:22, 119:7, 124:3, 124:5, 124:13, 124:14, 124:21, 125:8, 126:12, 128:16, 129:8, 129:16, 137:10, 142:1, 151:3, 152:15, 156:23, 157:15, 160:6, 160:12, 161:12, 162:2, 162:8, 163:21, 171:22, 177:9, 177:11, 177:22, 179:14, 182:15
**police** [17] - 3:16, 7:7, 7:16, 12:6, 13:1, 19:22, 71:17, 73:13, 73:14, 73:16, 75:17, 130:19, 142:18, 149:4, 165:14, 169:12, 187:11
**Police** [8] - 3:17,

11:18, 12:3, 12:13, 12:18, 12:21, 140:1, 187:9
**policy** [10] - 32:17, 32:19, 32:21, 32:23, 33:2, 33:6, 33:12, 80:20, 179:5, 180:5
**polygraph** [1] - 14:3
**portion** [2] - 83:6, 119:6
**pose** [1] - 181:9
**position** [1] - 177:4
**possible** [4] - 119:19, 120:5, 120:13, 154:15
**possibly** [13] - 33:8, 47:18, 49:3, 49:5, 56:23, 57:6, 57:10, 57:11, 140:12, 160:4, 161:9, 161:23, 168:10
**powder** [5] - 48:3, 48:5, 136:22, 137:14, 138:5
**powdery** [1] - 48:11
**PRATHIMA** [1] - 2:1
**Prathima** [1] - 3:14
**preddy@ thereddylaw.com** [1] - 2:3
**prefer** [1] - 93:23
**preparation** [3] - 4:15, 5:21, 6:1
**preparing** [1] - 168:2
**presence** [3] - 181:14, 181:17, 189:10
**PRESENT** [1] - 2:11
**present** [4] - 1:15, 171:1, 181:21, 182:2
**pretty** [2] - 49:20, 175:21
**prevent** [1] - 107:16
**preventing** [1] - 97:18
**previous** [1] - 90:11
**previously** [3] - 107:22, 120:16, 130:14
**primary** [2] - 132:8, 132:11
**private** [3] - 25:14, 50:22, 142:18
**probable** [4] - 25:4, 29:15, 29:16, 33:17
**probationary** [4] - 7:7, 7:16, 12:23, 14:21
**procedure** [1] - 172:16
**Procedure** [1] - 1:18

**procedures** [9] - 33:8, 33:10, 33:11, 148:22, 149:6, 149:19, 174:2, 187:7, 187:13
**process** [2] - 80:3, 185:23
**processed** [2] - 70:3, 135:14
**produced** [11] - 82:12, 84:4, 84:14, 142:7, 142:22, 143:4, 143:6, 143:8, 145:11
**production** [1] - 143:13
**professionally** [1] - 9:17
**program** [2] - 93:5, 93:14
**prominent** [2] - 18:1, 18:8
**promoted** [1] - 16:4
**prompted** [5] - 12:2, 23:2, 38:16, 41:18, 107:7
**prompts** [1] - 108:23
**properly** [2] - 185:13, 186:4
**proportional** [11] - 172:21, 177:21, 178:6, 178:11, 178:21, 179:3, 179:12, 180:1, 180:19, 181:14, 183:3
**proportionate** [3] - 179:16, 180:11, 182:16
**protective** [1] - 142:14
**provided** [4] - 84:5, 93:11, 93:12, 122:11
**psych** [1] - 14:7
**psychological** [1] - 14:9
**psychology** [2] - 11:4, 11:9
**PUBLIC** [1] - 188:14
**Public** [3] - 1:21, 189:5, 189:19
**pull** [14] - 55:21, 56:22, 58:10, 61:11, 64:6, 65:18, 65:23, 66:3, 66:18, 66:23, 107:8, 119:16, 119:20, 179:20
**pulled** [3] - 22:11, 37:9, 61:7
**pulling** [34] - 37:21, 66:7, 94:14, 94:19, 95:5, 97:14, 98:1,

100:8, 107:9, 108:8,
108:9, 114:17,
115:23, 119:23,
120:1, 120:5, 120:9,
120:14, 120:17,
122:13, 122:18,
123:15, 127:18,
128:2, 138:9, 151:5,
170:8, 170:12,
170:13, 170:18,
172:7, 177:6, 177:7
**pulls** [2] - 96:7,
113:13
**punch** [5] - 61:16,
61:18, 61:23, 182:14,
185:4
**punched** [7] -
115:11, 140:1,
170:17, 171:2, 171:9,
171:13, 185:7
**punching** [9] -
119:21, 120:6,
120:16, 149:11,
169:21, 172:11,
180:9, 181:12, 183:20
**purpose** [2] - 25:17,
140:6
**purposely** [1] -
174:20
**purposes** [1] -
131:22
**pursuant** [1] - 1:17
**push** [2] - 113:16,
136:14
**put** [34] - 15:22, 43:2,
43:14, 55:12, 55:20,
56:19, 60:22, 66:9,
66:13, 67:23, 68:5,
69:2, 70:12, 73:3,
73:17, 99:18, 101:3,
101:9, 105:4, 108:16,
113:8, 115:3, 127:17,
128:3, 134:9, 143:15,
143:16, 149:21,
150:8, 152:4, 160:13,
174:1, 182:21, 183:22
**putting** [3] - 101:22,
108:4, 150:23

## Q

**QUENTIN** [2] - 1:6,
2:11
**Quentin** [1] - 3:15
**questioned** [2] -
71:21, 71:23
**questioning** [2] -
121:23, 122:5
**questions** [13] -
3:18, 4:5, 5:15, 5:17,

6:4, 6:9, 6:13, 53:12,
54:2, 54:6, 121:10,
121:12, 151:19
**quick** [1] - 39:10
**quite** [1] - 105:21

## R

**racial** [2] - 18:2, 18:8
**radio** [4] - 20:10,
73:7, 117:20, 117:21
**RAJITHA** [1] - 2:11
**ray** [1] - 168:18
**re** [3] - 96:23,
107:13, 107:15
**re-enter** [3] - 96:23,
107:13, 107:15
**reach** [2] - 136:16,
154:12
**reaching** [2] -
136:17, 154:16
**read** [29] - 30:18,
30:19, 67:16, 71:17,
123:6, 123:9, 125:3,
125:4, 132:7, 132:21,
133:20, 136:9,
139:12, 145:14,
145:16, 173:3, 173:5,
173:19, 173:21,
174:16, 174:21,
174:22, 175:5,
176:15, 176:18,
176:19, 183:12,
183:15, 188:1
**reading** [1] - 183:10
**reads** [2] - 149:18,
149:20
**ready** [1] - 185:2
**really** [2] - 92:10,
131:20
**Realtime** [1] - 1:21,
189:18
**rearview** [2] - 37:14,
37:16
**reason** [3] - 6:12,
21:9, 152:4
**receive** [1] - 140:14
**received** [4] - 24:1,
81:12, 81:17, 138:19
**recess** [3] - 82:5,
129:15, 129:18
**recognize** [13] -
84:18, 90:1, 92:23,
130:15, 130:22,
133:3, 134:1, 134:16,
141:14, 157:7, 163:2,
163:7, 164:15
**record** [21] - 3:10,
4:5, 4:12, 5:15, 51:10,
54:5, 82:6, 96:11,

109:5, 114:13, 121:2,
129:19, 134:21,
142:21, 145:8,
145:10, 157:4, 158:4,
179:8, 182:22, 183:17
**recorded** [1] - 83:20
**recording** [2] - 4:8,
83:8
**recovered** [3] -
136:22, 137:14,
137:19
**redact** [9] - 143:7,
143:12, 143:20,
143:22, 144:7,
144:17, 144:18,
145:2, 145:7
**redacted** [6] - 142:9,
142:15, 142:19,
144:15, 145:11, 146:6
**REDDY** [383] - 2:1,
2:1, 3:12, 5:11, 13:15,
13:20, 18:6, 18:13,
19:15, 21:18, 21:21,
23:12, 25:18, 25:22,
26:11, 26:19, 27:12,
27:19, 29:11, 30:4,
30:17, 30:21, 31:3,
31:11, 33:3, 34:11,
35:7, 36:18, 39:20,
41:23, 42:8, 42:23,
43:9, 45:6, 45:12,
46:9, 47:16, 48:8,
48:14, 49:13, 50:16,
50:18, 51:1, 51:5,
51:8, 52:7, 52:11,
53:4, 53:11, 53:15,
54:1, 54:9, 55:5, 56:4,
56:8, 56:13, 57:2,
57:7, 59:8, 61:21,
62:7, 62:10, 62:15,
62:18, 63:3, 63:10,
63:14, 63:21, 65:10,
70:4, 70:4, 70:7,
70:16, 70:22, 71:15,
72:20, 77:13, 77:17,
77:22, 78:5, 79:23,
80:5, 81:4, 81:21,
82:2, 82:4, 82:6, 82:7,
83:13, 83:18, 84:1,
84:17, 85:7, 85:13,
85:16, 85:22, 86:5,
86:12, 86:23, 87:9,
87:14, 87:19, 88:5,
88:10, 88:14, 88:19,
89:11, 89:17, 89:23,
90:14, 90:21, 91:1,
91:5, 91:15, 91:17,
92:5, 92:7, 92:22,
93:6, 93:9, 93:14,
93:17, 93:21, 94:2,

94:8, 94:10, 95:3,
95:8, 95:13, 95:21,
95:23, 96:10, 96:13,
96:16, 96:21, 97:10,
97:15, 98:3, 98:7,
98:13, 99:2, 99:4,
100:1, 100:12,
100:19, 101:1, 101:7,
101:13, 101:20,
102:3, 102:18, 103:4,
103:10, 103:19,
104:5, 104:9, 104:13,
104:16, 104:19,
105:2, 105:13,
105:17, 106:7,
106:11, 106:15,
106:17, 106:20,
107:2, 108:11,
108:14, 109:7,
109:13, 110:8,
110:23, 111:12,
111:21, 112:3, 112:8,
112:14, 112:19,
113:1, 113:19,
113:22, 114:2, 114:4,
114:11, 114:20,
115:14, 116:9,
116:14, 116:20,
117:4, 117:9, 117:15,
118:8, 118:14,
118:18, 119:3,
119:18, 120:3,
120:11, 120:22,
121:9, 121:16,
121:20, 121:22,
122:3, 122:6, 122:16,
122:23, 123:11,
123:13, 124:1,
124:17, 124:22,
125:3, 125:6, 125:20,
126:2, 126:9, 126:15,
126:16, 127:8, 128:8,
128:13, 128:22,
129:4, 129:17,
129:19, 129:20,
130:8, 130:10,
133:21, 133:23,
136:5, 138:4, 138:8,
138:10, 139:14,
139:21, 140:19,
141:7, 141:12, 142:4,
142:7, 142:10,
142:21, 143:2, 143:6,
143:11, 143:20,
144:1, 144:5, 144:9,
144:14, 144:20,
144:23, 145:7, 145:9,
145:18, 146:1,
146:10, 147:3, 147:5,
147:17, 148:3,
148:12, 149:15,

150:3, 150:13,
150:21, 151:7,
151:15, 151:17,
151:20, 151:22,
152:12, 152:22,
153:6, 153:11,
153:14, 153:22,
154:3, 154:9, 155:4,
155:16, 156:3,
156:13, 156:15,
156:21, 157:10,
157:17, 158:1, 158:7,
158:11, 159:6,
159:12, 159:21,
160:18, 160:23,
161:15, 161:20,
162:5, 162:12,
162:18, 163:1,
163:13, 164:3, 164:9,
164:14, 164:19,
164:23, 165:8,
165:17, 165:23,
166:8, 166:14,
166:18, 167:1, 167:7,
167:11, 167:15,
167:21, 168:3,
168:15, 168:23,
169:7, 169:19, 170:4,
170:10, 170:22,
171:6, 171:14,
171:19, 172:18,
173:3, 173:11,
173:15, 173:19,
174:5, 174:9, 174:13,
174:16, 174:19,
175:2, 175:7, 175:11,
175:13, 176:1, 176:4,
176:7, 176:10,
176:17, 176:23,
177:17, 178:3, 178:7,
178:10, 178:14,
178:20, 179:10,
179:19, 179:23,
180:16, 181:1, 181:6,
181:10, 181:19,
181:23, 182:6,
182:10, 183:18,
184:2, 184:6, 184:12,
184:17, 184:23,
185:11, 186:2, 186:9,
186:19, 187:18, 190:3
**Reddy** [2] - 2:12,
3:14
**reduced** [1] - 189:10
**refer** [1] - 117:17
**reference** [1] - 142:1
**referring** [26] - 5:3,
5:8, 12:5, 27:14,
27:20, 28:3, 32:23,
34:5, 36:11, 42:4,

73:20, 91:6, 91:8,
91:9, 91:11, 94:23,
96:17, 98:17, 100:13,
114:21, 134:21,
137:17, 151:9, 152:2,
161:3, 165:10
**reflect** [6] - 96:11,
101:8, 123:4, 132:11,
148:7, 157:5
**reflected** [6] -
125:14, 132:16,
132:21, 134:10,
141:20, 145:20
**reflecting** [2] - 100:4,
135:21
**reflection** [8] -
122:10, 131:5,
133:16, 134:13,
136:1, 136:18, 139:9,
139:16
**refused** [1] - 69:2
**refuses** [1] - 183:22
**refusing** [4] - 113:8,
127:17, 128:3, 174:1
**regarding** [2] -
27:16, 29:7
**regards** [1] - 34:2
**registered** [2] -
36:17, 136:10
**related** [2] - 72:11,
133:7
**relation** [15] - 3:19,
3:22, 72:3, 76:20,
79:2, 79:10, 79:17,
82:14, 89:13, 133:17,
138:12, 148:17,
149:2, 184:20, 186:4
**relationship** [1] -
147:1
**relative** [1] - 189:15
**relayed** [1] - 143:19
**relevant** [1] - 176:11
**remain** [1] - 63:19
**remainder** [1] -
132:16
**remained** [1] - 45:11
**remember** [6] -
20:22, 37:18, 37:20,
44:19, 45:15, 135:17
**remind** [3] - 62:3,
82:8, 129:21
**reminder** [4] - 62:11,
62:19, 63:6, 63:17
**reminding** [3] - 62:7,
62:10, 63:3
**repeat** [9] - 18:4,
98:22, 99:5, 105:22,
106:15, 114:12,
147:19, 173:1, 183:8
**repeatedly** [5] -

171:2, 172:20,
179:14, 182:14, 185:7
**rephrase** [5] - 26:1,
30:5, 50:14, 61:22,
147:20
**replay** [1] - 108:2
**report** [8] - 4:19,
4:20, 5:19, 130:18,
130:20, 139:10,
141:16, 189:7
**REPORTER** [4] - 3:1,
105:22, 106:19,
187:21
**reporter** [14] - 30:20,
121:17, 123:10,
125:5, 143:17,
145:17, 173:6,
173:22, 174:23,
175:6, 176:16,
176:20, 179:9, 183:16
**Reporter** [4] - 1:21,
51:4, 112:23, 189:18
**represent** [6] - 84:3,
84:9, 91:1, 136:6,
141:17, 172:8
**representation** [1] -
123:8
**representing** [1] -
3:14
**request** [4] - 15:22,
54:6, 93:21, 129:15
**requested** [10] -
30:19, 123:9, 125:4,
145:16, 173:5,
173:21, 174:22,
175:5, 176:19, 183:15
**require** [1] - 96:2
**required** [13] - 5:16,
13:3, 13:13, 14:7,
63:15, 71:10, 71:17,
80:10, 106:22,
107:23, 110:4, 173:8,
180:21
**requirements** [2] -
12:12, 12:16
**requires** [1] - 127:1
**requiring** [1] - 128:4
**resist** [5] - 55:18,
55:19, 61:1, 64:6,
66:3, 66:6, 68:8,
115:4, 115:8, 115:21,
122:9, 129:14, 149:1,
150:22
**resistance** [9] -
149:7, 150:6, 172:16,
172:21, 177:21,
179:16, 180:11,
181:14, 182:17
**resisted** [3] - 60:21,
69:1

**resisting** [40] -
56:15, 68:19, 68:23,
72:23, 97:8, 100:6,
101:16, 101:21,
107:23, 110:10,
110:12, 113:6, 113:7,
119:4, 119:5, 119:10,
119:13, 120:10,
122:15, 122:19,
123:16, 126:6,
126:19, 126:21,
126:23, 127:1, 127:5,
127:10, 128:1,
129:10, 133:1,
136:17, 150:11,
150:19, 151:13,
152:1, 152:16, 173:8,
174:1, 177:19
**respect** [2] - 34:8,
181:3
**respond** [1] - 4:10
**responded** [1] - 27:3
**responding** [1] -
102:12
**response** [3] - 92:16,
104:6, 104:7
**responses** [1] - 4:12
**responsibilities** [1] -
28:22
**responsive** [3] -
175:18, 176:5, 177:3
**restarted** [1] - 113:4
**restate** [2] - 162:7,
170:13
**result** [2] - 28:22,
53:21
**results** [3] - 14:16,
137:1, 137:16
**retrieval** [2] - 59:17,
60:14
**retrieve** [16] - 23:20,
30:12, 32:6, 32:8,
32:13, 55:11, 55:14,
55:15, 57:23, 58:5,
58:17, 58:19, 59:2,
59:6, 59:21, 129:13
**retrieving** [1] - 59:11
**revealed** [1] - 143:2
**review** [3] - 4:17,
5:20, 133:15
**reviewed** [3] - 4:14,
4:18, 82:13
**rid** [2] - 69:10, 69:21
**ride** [2] - 19:16, 76:1
**right-hand** [4] -
41:12, 41:14, 50:7,
93:8
**rights** [7] - 67:16,
71:17, 185:19, 186:5,
186:8, 186:11, 186:14

**Robert** [1] - 17:6
**rock** [1] - 48:5
**rock-like** [1] - 48:5
**rocky** [3] - 48:4,
48:10
**rocky-like** [1] - 48:10
**rode** [1] - 77:6
**Ron** [2] - 17:8, 17:9
**Ronald** [3] - 36:23,
131:15, 146:7
**route** [1] - 16:13
**routine** [1] - 25:3
**RTs** [1] - 134:9
**Rule** [2] - 3:7, 53:23
**rules** [1] - 54:4
**Rules** [1] - 1:18
**run** [3] - 39:4, 44:23,
45:14
**runs** [3] - 40:13,
40:14

## S

**S-H-E-A** [1] - 15:17
**safe** [1] - 171:9
**sake** [1] - 42:12
**saw** [2] - 35:3,
120:14
**scale** [3] - 24:18,
24:19, 24:21
**scene** [34] - 24:15,
24:17, 32:14, 56:2,
56:10, 72:22, 73:9,
74:4, 74:10, 76:7,
76:12, 92:8, 108:23,
109:2, 111:15,
112:16, 118:3,
120:14, 125:14,
125:21, 155:19,
157:7, 157:21,
158:13, 158:16,
162:14, 164:16,
165:1, 165:18, 166:2,
166:5, 167:17,
167:23, 169:12
**SCHEU** [5] - 1:1,
1:15, 3:4, 188:7,
190:3
**Scheu** [3] - 3:13,
9:5, 18:20, 18:22,
139:2, 157:5, 179:11,
180:17, 180:18,
181:1, 181:11,
182:11, 183:13
**school** [5] - 9:4, 9:7,
9:11, 9:13, 10:3
**schooling** [1] - 10:1
**score** [2] - 13:12,
13:18
**scratch** [1] - 185:2

**screen** [11] - 84:11,
93:3, 93:8, 93:22,
94:6, 130:11, 142:2,
142:3, 142:6, 142:9,
145:19
**scroll** [1] - 138:18
**search** [46] - 22:17,
23:2, 25:1, 25:5, 25:8,
25:14, 26:3, 26:7,
26:17, 27:2, 27:4,
27:7, 29:15, 29:17,
29:22, 30:7, 32:1,
32:3, 33:12, 33:17,
33:19, 33:20, 33:23,
46:12, 51:19, 64:21,
74:17, 74:18, 74:19,
128:20, 136:14,
149:22, 150:16,
158:19, 159:16,
159:22, 160:1, 161:6,
162:19, 163:22,
164:11, 167:17,
168:12, 168:16, 169:6
**searched** [6] - 23:17,
72:19, 73:19, 74:2,
162:1, 162:7
**searches** [3] - 30:2,
164:4, 169:2
**searching** [7] -
26:10, 160:9, 161:18,
165:19, 167:6, 167:8,
167:9
**seat** [3] - 45:18,
56:23, 98:2
**second** [5] - 107:11,
109:4, 138:8, 175:18,
185:1
**secondary** [2] -
160:1, 161:6
**seconds** [23] - 84:14,
99:12, 105:6, 105:19,
105:20, 106:6, 106:9,
106:12, 106:21,
107:7, 107:11, 108:1,
110:3, 110:9, 110:14,
114:7, 114:23, 115:1,
115:20, 116:16,
118:15, 144:16,
163:15
**sections** [1] - 107:14
**see** [29] - 35:16,
35:19, 40:16, 62:23,
84:11, 84:20, 87:4,
87:13, 87:15, 87:17,
93:4, 93:7, 93:9,
94:19, 95:5, 95:17,
95:20, 96:14, 108:12,
114:18, 126:10,
130:11, 132:18,
138:16, 140:2, 157:8,

160:9, 166:6, 187:15
**seeing** [1] - 36:9
**seem** [2] - 12:8, 174:19
**senior** [1] - 165:3
**sent** [2] - 78:18, 79:14
**September** [1] - 147:10
**served** [1] - 79:14
**service** [3] - 13:6, 13:10, 13:13
**seven** [3] - 110:9, 110:14, 181:5
**share** [4] - 141:13, 142:17, 145:19, 146:5
**shared** [1] - 20:6
**sharing** [2] - 19:23, 138:15
**Shea** [1] - 15:17
**shift** [11] - 8:5, 8:7, 8:13, 8:16, 8:17, 8:18, 8:20, 8:22, 9:2, 19:17, 34:12
**shifts** [1] - 20:8
**short** [1] - 84:8
**shorthand** [1] - 189:9
**shoulder** [5] - 95:12, 124:8, 125:13, 184:8, 184:14
**shoulders** [2] - 95:15, 97:11
**shouting** [1] - 128:9
**shouts** [1] - 117:16
**shoved** [1] - 74:22
**show** [5] - 81:23, 84:2, 113:15, 130:3, 130:13
**shown** [1] - 144:13
**side** [23] - 44:6, 44:8, 44:10, 49:10, 49:17, 50:7, 56:21, 56:22, 58:11, 64:7, 64:18, 64:20, 65:1, 65:4, 90:8, 90:9, 93:8, 94:20, 166:1, 166:4, 166:9, 166:15
**sign** [3] - 132:1, 132:3, 133:12
**signature** [3] - 133:9, 134:10, 134:18
**signify** [3] - 19:21, 103:14, 103:20
**similar** [1] - 93:18
**sirens** [2] - 43:15, 43:17
**sit** [1] - 72:6
**sitting** [1] - 53:7
**six** [3] - 11:22, 12:17,

12:20
**size** [1] - 94:3
**small** [1] - 111:4
**smell** [1] - 23:17
**smelled** [3] - 29:20, 30:8, 48:16
**smells** [1] - 25:2
**smoked** [1] - 44:19
**socket** [7] - 177:11, 177:23, 179:15, 180:10, 181:13, 182:15, 183:21
**someone** [1] - 24:23
**sometime** [1] - 23:15
**somewhere** [3] - 161:2, 161:8, 168:10
**soon** [1] - 70:23
**sorry** [41] - 8:2, 13:17, 19:1, 22:10, 30:17, 33:9, 33:11, 35:8, 38:11, 42:11, 43:18, 47:22, 49:4, 51:7, 64:10, 78:17, 80:20, 87:20, 90:20, 90:21, 91:10, 97:20, 98:22, 113:19, 132:2, 135:7, 135:8, 136:9, 143:11, 143:21, 144:1, 147:19, 150:4, 153:17, 157:19, 158:14, 158:15, 158:21, 163:14, 166:4, 181:22
**south** [2] - 16:22, 40:14
**South** [1] - 9:10
**space** [2] - 18:9, 49:20
**speaking** [4] - 104:19, 166:20, 179:3, 185:17
**specific** [5] - 46:20, 50:19, 51:3, 152:3, 152:4
**specifically** [1] - 179:3
**specificity** [2] - 50:10, 180:7
**specify** [3] - 27:14, 51:3, 51:12
**specifying** [1] - 49:23
**specimen** [1] - 56:10
**sped** [2] - 39:9, 39:16
**Square** [2] - 1:17, 2:7
**squeeze** [2] - 31:9, 31:12
**squeezing** [3] - 159:7, 159:10, 159:13

**ss** [1] - 189:2
**St** [1] - 9:8
**stamp** [2] - 98:23, 126:14
**stand** [2] - 155:17, 155:18
**standing** [7] - 28:15, 45:7, 90:15, 90:21, 97:2, 97:16, 166:9
**start** [9] - 7:4, 7:9, 34:12, 44:11, 84:8, 95:3, 130:9, 186:18, 187:9
**started** [6] - 55:16, 55:18, 60:23, 129:14, 170:18, 177:6
**STATE** [1] - 189:1
**state** [3] - 27:16, 137:2, 182:23
**State** [2] - 28:14, 189:6
**statement** [15] - 80:11, 99:11, 101:9, 118:9, 119:13, 121:5, 124:19, 137:4, 137:13, 139:2, 139:4, 139:15, 139:17, 139:22, 161:1
**statements** [2] - 4:8, 172:6
**States** [1] - 17:6
**STATES** [1] - 1:4
**station** [11] - 35:20, 35:22, 36:4, 36:7, 36:10, 37:3, 37:6, 37:10, 37:22, 40:23, 41:1
**stationhouse** [1] - 79:15
**stay** [2] - 140:20, 142:21
**stemming** [2] - 72:12, 147:14
**step** [3] - 45:21, 45:22, 59:19
**stepped** [2] - 46:11, 97:5
**steps** [13] - 89:6, 124:11, 125:15, 157:12, 171:8, 185:12, 185:17, 186:3, 186:13, 186:20, 186:22, 187:5, 187:10
**still** [36] - 5:16, 7:16, 15:23, 28:1, 28:11, 43:3, 45:18, 67:7, 74:6, 82:9, 85:23, 97:14, 113:8, 119:4, 119:5, 128:14,

128:17, 129:22, 147:18, 154:21, 155:9, 155:17, 155:18, 155:21, 159:15, 160:4, 161:7, 161:8, 163:5, 163:18, 167:6, 167:8, 167:9, 168:10, 173:13, 187:3
**stop** [39] - 21:4, 21:5, 21:8, 21:9, 21:13, 22:15, 22:17, 22:20, 22:23, 23:3, 23:21, 25:3, 25:20, 26:4, 26:7, 26:17, 27:7, 27:22, 28:4, 30:8, 34:18, 39:3, 39:12, 41:19, 42:15, 61:13, 104:13, 104:16, 104:19, 116:11, 118:13, 118:22, 118:23, 128:3, 136:12, 136:17, 150:9, 150:16, 164:5
**stopped** [2] - 21:23, 23:16
**store** [1] - 11:12
**street** [11] - 34:21, 35:1, 37:1, 40:16, 42:4, 42:19, 43:10, 43:11, 43:12, 46:6, 128:18
**Street** [8] - 3:4, 16:21, 35:2, 35:4, 35:11, 35:17, 39:8, 46:3
**streets** [1] - 12:22
**strikes** [3] - 116:3, 149:9, 152:10
**striking** [6] - 85:23, 86:6, 115:16, 172:20, 177:10, 177:21
**string** [1] - 123:3
**strong** [4] - 23:4, 44:4, 45:23, 136:12
**struck** [3] - 89:5, 177:6, 179:14
**struggle** [1] - 137:3
**struggling** [2] - 113:5, 160:16
**studying** [1] - 11:2
**stuff** [1] - 140:17
**sub** [1] - 132:9
**subject** [7] - 30:16, 31:18, 32:6, 32:9, 58:19, 147:21, 152:11
**submit** [4] - 78:11, 78:14, 78:22, 138:11
**submitted** [2] - 136:23, 137:15
**subsequent** [1] -

74:17
**substance** [7] - 47:23, 48:10, 48:11, 136:23, 137:14, 137:19, 138:5
**successfully** [1] - 70:12
**supervisor** [6] - 7:19, 7:21, 9:1, 18:15, 18:16, 165:7
**supplying** [1] - 3:1
**supposed** [1] - 142:8
**suspect** [1] - 168:8
**suspected** [2] - 129:11, 160:12
**suspicion** [1] - 57:17
**sustain** [1] - 78:2
**sustained** [2] - 148:11, 148:13
**Suttles** [132] - 3:15, 3:19, 4:22, 5:9, 5:20, 20:13, 21:13, 21:23, 23:3, 23:16, 27:22, 28:4, 34:16, 35:3, 35:14, 36:3, 36:20, 37:8, 38:19, 42:10, 42:18, 44:12, 45:16, 46:5, 46:11, 51:15, 56:15, 59:9, 60:18, 62:1, 63:23, 64:14, 68:4, 69:20, 70:12, 71:1, 72:4, 72:8, 72:11, 72:14, 73:11, 74:7, 74:11, 76:2, 77:9, 78:8, 79:9, 82:17, 83:9, 83:15, 85:23, 86:7, 89:5, 89:14, 90:16, 91:19, 91:21, 92:9, 92:15, 94:12, 95:5, 96:7, 96:23, 101:3, 104:2, 105:4, 105:14, 105:18, 106:8, 106:22, 107:23, 110:4, 110:15, 111:15, 112:11, 115:3, 115:16, 115:21, 116:4, 119:4, 119:5, 120:14, 122:8, 124:4, 125:12, 126:1, 127:16, 127:23, 128:17, 129:6, 130:8, 131:7, 133:18, 140:1, 140:4, 142:12, 148:17, 149:2, 151:9, 152:1, 153:15, 153:18, 154:4, 154:10, 156:16, 162:14, 163:3, 163:9, 163:23, 167:3,

168:12, 168:17, 169:21, 171:2, 172:6, 172:12, 172:22, 177:5, 177:18, 179:13, 180:10, 181:12, 181:15, 182:14, 182:17, 183:20, 184:8, 184:19, 185:7, 185:13, 186:4, 187:6
**SUTTLES** [1] - 1:6, 2:11
**Suttles'** [19] - 45:14, 52:15, 54:12, 59:22, 60:2, 85:4, 85:19, 88:7, 88:21, 95:10, 103:16, 111:22, 135:22, 157:12, 159:16, 164:11, 165:5, 169:2, 169:16
**Swan** [1] - 16:21
**sweatpants** [3] - 53:3, 53:5, 74:23
**swelling** [2] - 171:16, 171:21
**switch** [1] - 130:2
**switched** [1] - 173:14
**Sworn** [1] - 188:9
**sworn** [3] - 3:5, 80:10, 189:13
**synonymously** [1] - 71:7

# T

**table** [1] - 176:7
**takedown** [2] - 107:3, 107:7, 149:8
**tamper** [1] - 69:7
**tampering** [3] - 69:6, 69:18, 132:9
**taught** [1] - 152:9
**TELECONFERENCE** [1] - 1:1
**teleconference** [1] - 1:14
**ten** [9] - 82:1, 82:2, 106:11, 106:21, 107:7, 107:11, 108:1, 114:7, 118:14
**ten-minute** [1] - 82:1
**tense** [3] - 56:21, 60:23, 61:11
**tensed** [1] - 58:10
**tensing** [7] - 66:7, 100:8, 107:9, 108:3, 108:6, 108:8, 127:18
**terminology** [1] - 148:14

**terms** [4] - 18:9, 26:15, 60:14, 148:8
**test** [4] - 14:12, 14:16, 137:1, 137:16
**testified** [18] - 3:9, 21:14, 25:23, 26:2, 27:6, 28:4, 48:15, 50:7, 58:15, 65:11, 73:19, 74:2, 87:6, 107:22, 149:1, 151:23, 157:6, 177:18
**testify** [1] - 189:14
**testifying** [2] - 90:7, 107:4
**testimony** [42] - 6:1, 22:10, 24:8, 30:19, 48:9, 52:18, 54:13, 60:6, 62:20, 64:23, 65:12, 70:10, 87:3, 90:12, 96:22, 98:8, 99:8, 100:5, 101:14, 107:12, 107:15, 108:17, 109:8, 109:18, 110:2, 122:11, 123:2, 123:9, 123:14, 129:23, 146:15, 151:12, 152:3, 155:1, 155:9, 155:17, 155:18, 155:21, 172:2, 175:5, 183:15, 188:3
**tests** [1] - 13:3
**texture** [2] - 47:7, 47:10
**textures** [1] - 111:7
**THE** [182] - 2:1, 3:1, 13:17, 18:4, 18:12, 19:14, 21:16, 23:11, 25:16, 26:10, 27:11, 29:9, 31:2, 33:2, 34:10, 35:6, 36:16, 41:21, 42:7, 42:21, 43:8, 45:5, 45:10, 46:8, 47:14, 48:13, 51:7, 52:5, 52:10, 53:3, 53:9, 56:7, 56:12, 56:18, 57:6, 59:5, 61:20, 62:12, 63:8, 63:12, 63:20, 67:12, 70:2, 70:5, 70:15, 70:21, 71:13, 72:18, 77:11, 77:16, 77:20, 78:4, 79:21, 80:3, 81:1, 83:12, 83:17, 83:23, 86:10, 86:20, 87:13, 88:13, 89:10, 89:16, 90:11, 90:19, 90:23, 92:4, 95:12, 95:20, 96:9, 97:13, 97:23, 98:11,

101:5, 102:17, 103:2, 105:22, 105:23, 106:5, 106:14, 106:16, 106:19, 108:8, 110:7, 110:21, 111:11, 112:2, 112:7, 112:13, 114:9, 114:14, 114:16, 115:13, 116:8, 116:13, 116:19, 117:8, 117:13, 118:12, 119:15, 119:23, 120:9, 122:13, 122:22, 126:1, 126:8, 128:20, 129:3, 133:22, 136:4, 138:3, 138:7, 139:13, 139:20, 140:16, 141:11, 145:23, 147:4, 148:2, 148:11, 149:14, 150:1, 150:11, 150:18, 151:3, 152:7, 152:20, 153:5, 153:10, 155:3, 155:14, 156:1, 156:11, 157:15, 159:1, 159:10, 161:18, 162:4, 162:10, 162:16, 162:22, 164:2, 164:7, 165:7, 165:21, 166:13, 166:22, 167:6, 167:19, 168:2, 168:14, 168:22, 169:5, 169:18, 170:3, 170:7, 170:21, 171:5, 171:12, 171:18, 172:15, 173:1, 173:7, 173:17, 173:23, 174:7, 175:10, 176:3, 176:21, 178:18, 180:14, 181:17, 184:11, 184:16, 184:22, 185:10, 185:22, 186:7, 186:17, 187:15, 187:21
**themselves** [1] - 187:12
**thereafter** [4] - 70:23, 107:19, 157:11, 171:15
**therefore** [1] - 100:6
**they've** [1] - 16:4
**thigh** [14] - 48:23, 49:1, 49:6, 49:8, 49:10, 49:21, 50:3, 50:6, 50:21, 51:14, 150:2
**thighs** [5] - 49:2,

51:20, 52:13, 54:21, 55:8
**thin** [1] - 62:21
**third** [3] - 163:7, 163:8, 163:9
**thorough** [2] - 74:20, 160:1
**three** [7] - 11:1, 65:12, 65:14, 114:22, 115:2, 115:19, 118:5
**threw** [1] - 137:3
**thrust** [2] - 150:15, 153:7
**thrusting** [1] - 151:1
**ticket** [1] - 21:5
**timeline** [3] - 71:14, 170:16, 172:9
**Timon** [1] - 9:8
**Timon-St** [1] - 9:8
**title** [1] - 6:16
**TO** [1] - 190:1
**today** [16] - 3:16, 4:23, 5:21, 6:1, 6:5, 6:10, 6:14, 19:11, 54:7, 57:13, 62:4, 62:8, 63:18, 72:6, 82:14, 148:5
**today's** [1] - 4:15
**together** [3] - 20:11, 48:6, 123:3
**Tony** [1] - 15:17
**took** [9] - 13:9, 38:20, 39:14, 55:20, 61:15, 63:4, 66:12, 129:22, 137:2
**tools** [1] - 149:10
**top** [5] - 15:19, 61:3, 127:21, 138:18, 153:2
**Toronto** [1] - 9:16
**totally** [1] - 111:6
**touch** [3] - 25:13, 30:23, 99:2
**touches** [1] - 85:19
**toward** [1] - 61:7
**towards** [12] - 40:22, 56:23, 58:11, 61:11, 64:6, 88:16, 94:15, 94:19, 97:4, 97:14, 98:1, 100:9
**Traffic** [1] - 16:12
**traffic** [9] - 21:4, 21:5, 22:11, 34:18, 39:3, 39:12, 42:15, 69:17, 136:12
**training** [4] - 7:14, 11:23, 12:17, 187:8
**transcript** [6] - 93:4, 93:7, 93:10, 93:12, 93:23, 188:3
**transfer** [4] - 7:11,

15:1, 15:21, 15:22
**transferred** [1] - 14:21
**transported** [1] - 125:9
**travel** [1] - 39:8
**travelling** [1] - 41:5
**treated** [4] - 185:13, 185:18, 186:4, 187:6
**treatment** [3] - 5:8, 140:7, 185:15
**tried** [6] - 55:21, 56:22, 60:16, 114:1, 150:1, 179:20
**Tripp** [5] - 9:3, 18:14, 76:7, 78:21, 165:2
**true** [2] - 54:15, 188:2
**trunk** [1] - 26:13
**truth** [3] - 189:14, 189:15
**truthfully** [3] - 6:5, 6:9, 6:14
**try** [4] - 32:10, 61:7, 65:18, 128:21
**trying** [8] - 50:4, 50:9, 107:13, 107:14, 108:9, 113:20, 119:16, 119:19
**turn** [20] - 38:9, 38:16, 38:20, 39:9, 39:11, 39:14, 39:16, 39:18, 39:23, 40:5, 40:22, 41:2, 41:3, 41:9, 41:11, 41:12, 41:14, 43:19, 82:11, 143:18
**turned** [2] - 39:10, 40:23
**turning** [2] - 41:10, 43:4
**two** [11] - 10:22, 17:10, 18:16, 19:5, 38:5, 43:18, 49:2, 99:12, 111:6, 163:2
**type** [10] - 25:1, 33:19, 48:10, 52:23, 74:17, 77:18, 137:21, 137:23, 140:13, 159:22
**typically** [1] - 96:2

# U

**U-turn** [12] - 38:9, 38:16, 38:20, 39:9, 39:14, 39:16, 39:18, 39:23, 40:22, 41:2, 41:3, 41:9
**ultimately** [1] - 55:23

**UMass** [3] - 10:5, 10:20, 11:2
**unable** [1] - 143:20
**uncover** [1] - 169:15
**under** [36] - 50:2, 53:22, 62:4, 62:8, 62:11, 62:19, 63:4, 63:7, 63:19, 68:8, 68:11, 82:9, 110:15, 115:4, 115:6, 115:7, 115:22, 115:23, 120:2, 126:17, 126:19, 128:17, 129:3, 129:7, 129:22, 133:13, 143:14, 156:8, 170:8, 170:13, 170:18, 172:7, 177:8, 179:20, 189:10
**underneath** [16] - 65:18, 65:23, 66:4, 66:8, 66:18, 67:1, 113:14, 114:17, 114:18, 119:16, 122:14, 128:2, 151:5, 161:18, 161:22, 170:14
**understood** [1] - 132:12
**UNITED** [1] - 1:4
**University** [1] - 10:5
**university** [1] - 10:20
**unless** [2] - 30:9, 174:20
**unredacted** [5] - 142:22, 143:2, 143:4, 143:7, 145:12
**up** [30] - 15:7, 15:9, 19:7, 26:22, 28:16, 29:9, 39:10, 39:16, 40:4, 41:10, 56:21, 58:10, 60:23, 61:11, 64:15, 66:7, 86:20, 88:16, 95:14, 97:11, 100:8, 107:9, 108:3, 108:6, 108:8, 124:12, 127:18, 138:9, 160:15, 177:3
**UPS** [3] - 10:16, 10:17, 11:12
**upset** [1] - 143:13

## V

**vague** [5] - 174:15, 174:17, 174:18, 174:19, 174:20
**various** [1] - 1:19
**vary** [1] - 126:22
**vehicle** [96] - 19:17, 19:20, 22:3, 22:19,

22:23, 23:18, 24:21, 25:2, 25:5, 26:10, 27:3, 27:4, 29:15, 29:17, 29:21, 33:13, 33:17, 35:16, 35:19, 35:21, 36:6, 36:9, 36:10, 36:11, 36:14, 36:16, 36:19, 37:9, 37:18, 37:20, 37:21, 38:2, 38:10, 38:13, 38:14, 38:18, 38:21, 39:2, 39:9, 39:14, 39:16, 39:18, 39:22, 39:23, 40:3, 41:19, 43:6, 43:23, 44:5, 44:6, 45:11, 46:11, 58:11, 64:1, 64:7, 64:19, 64:21, 65:18, 66:1, 66:2, 66:4, 66:19, 69:16, 73:11, 83:20, 90:8, 95:6, 96:7, 96:23, 97:3, 100:15, 100:21, 107:13, 107:15, 107:17, 107:21, 113:13, 115:22, 116:1, 117:6, 117:11, 119:17, 127:19, 135:16, 136:13, 136:14, 162:1, 165:19, 166:2, 166:5, 166:10, 167:3, 169:13, 170:8, 179:21
**Vehicle** [1] - 16:12
**vehicles** [2] - 24:20, 38:5
**Velez** [3] - 7:23, 8:4, 8:5
**verbal** [1] - 136:17
**verbally** [2] - 4:11, 32:10
**verbatim** [1] - 189:8
**versus** [1] - 149:4
**via** [3] - 2:4, 2:10, 3:5
**VIA** [1] - 2:11
**VIDEO** [1] - 1:1
**video** [71] - 3:6, 84:2, 84:7, 84:13, 84:15, 84:18, 84:23, 85:10, 85:12, 85:21, 86:4, 86:8, 86:13, 86:14, 87:1, 87:6, 87:11, 87:15, 88:3, 88:20, 89:3, 89:4, 89:8, 89:14, 89:17, 89:21, 90:2, 90:16, 93:15, 94:11, 94:16, 95:5, 96:6, 96:12, 97:7, 102:21, 103:8, 103:21, 105:7,

105:15, 105:19, 106:9, 108:2, 111:19, 111:23, 112:21, 113:3, 113:16, 114:6, 116:4, 116:21, 118:6, 118:10, 119:6, 123:19, 123:22, 124:3, 124:15, 124:21, 153:12, 155:12, 158:5, 169:22, 171:1, 171:5, 172:1, 172:12, 177:9, 181:20, 182:1, 182:13
**Video** [85] - 1:14, 84:16, 85:6, 85:15, 87:8, 87:18, 88:4, 88:18, 89:22, 91:4, 91:16, 92:6, 92:21, 94:9, 95:2, 95:7, 95:22, 96:8, 96:15, 96:20, 97:9, 98:6, 98:12, 99:23, 100:11, 100:18, 100:23, 101:12, 101:19, 102:2, 103:9, 104:4, 105:1, 105:12, 106:13, 107:1, 108:13, 109:12, 111:20, 112:18, 113:18, 114:8, 114:15, 114:19, 117:3, 117:14, 118:7, 118:17, 119:2, 123:23, 125:19, 128:7, 128:12, 153:13, 153:21, 154:2, 154:8, 155:15, 156:14, 156:20, 157:9, 157:16, 157:23, 158:6, 158:10, 159:20, 160:17, 160:22, 161:14, 162:11, 162:17, 162:23, 163:12, 164:13, 164:18, 164:22, 165:16, 165:22, 166:7, 166:12, 166:17, 166:23, 167:10, 167:14, 167:20
**videos** [1] - 148:23
**view** [3] - 86:11, 90:20, 95:20
**violation** [1] - 22:11
**visible** [7] - 89:3, 96:3, 98:20, 98:21, 99:6, 99:15, 169:22
**visibly** [1] - 114:18
**voice** [5] - 117:23,

118:15, 118:19, 164:15, 166:19
**volume** [2] - 92:12, 92:13
**vs** [1] - 1:8

## W

**waistband** [11] - 49:1, 51:18, 51:22, 52:1, 52:3, 53:5, 53:6, 54:14, 54:16, 54:18, 59:23
**wait** [2] - 151:21, 170:12
**walked** [1] - 72:18
**warning** [7] - 21:7, 21:23, 22:12, 23:17, 24:1, 24:10, 28:5
**warrant** [1] - 150:23
**wasting** [1] - 183:10
**watch** [6] - 82:16, 82:22, 83:1, 94:22, 172:1, 172:12
**watched** [5] - 92:8, 115:15, 119:6, 125:14, 169:20
**watching** [1] - 153:12
**weapon** [2] - 120:2, 170:8
**weapons** [4] - 170:14, 176:22, 177:1, 180:2
**wearing** [4] - 23:7, 53:1, 62:21, 155:5
**weed** [4] - 44:20, 110:19, 111:5, 137:2
**weighed** [3] - 24:14, 24:15, 24:17
**west** [2] - 16:21, 40:14
**WESTERN** [1] - 1:4
**white** [4] - 136:22, 137:14, 137:19, 138:5
**whole** [3] - 7:2, 16:16, 189:14
**William** [2] - 10:18, 10:19
**window** [2] - 44:12, 45:8
**WITNESS** [177] - 13:17, 18:4, 18:12, 19:14, 21:16, 23:11, 25:16, 26:10, 27:11, 29:9, 31:2, 33:2, 34:10, 35:6, 36:16, 41:21, 42:7, 42:21, 43:8, 45:5, 45:10, 46:8, 47:14, 48:13,

51:7, 52:5, 52:10, 53:3, 53:9, 56:7, 56:12, 56:18, 57:6, 59:5, 61:20, 62:12, 63:8, 63:12, 63:20, 67:12, 70:2, 70:5, 70:15, 70:21, 71:13, 72:18, 77:11, 77:16, 77:20, 78:4, 79:21, 80:3, 81:1, 83:12, 83:17, 83:23, 86:10, 86:20, 87:13, 88:13, 89:10, 89:16, 90:11, 90:19, 90:23, 92:4, 95:12, 95:20, 96:9, 97:13, 97:23, 98:11, 101:5, 102:17, 103:2, 105:23, 106:5, 106:14, 106:16, 108:8, 110:7, 110:21, 111:11, 112:2, 112:7, 112:13, 114:9, 114:14, 114:16, 115:13, 116:8, 116:13, 116:19, 117:8, 117:13, 118:12, 119:15, 119:23, 120:9, 122:13, 122:22, 126:1, 126:8, 128:20, 129:3, 133:22, 136:4, 138:3, 138:7, 139:13, 139:20, 140:16, 141:11, 145:23, 147:4, 148:2, 148:11, 149:14, 150:1, 150:11, 150:18, 151:3, 152:7, 152:20, 153:5, 153:10, 155:3, 155:14, 156:1, 156:11, 157:15, 159:1, 159:10, 161:18, 162:4, 162:10, 162:16, 162:22, 164:2, 164:7, 165:7, 165:21, 166:13, 166:22, 167:6, 167:19, 168:2, 168:14, 168:22, 169:5, 169:18, 170:3, 170:7, 170:21, 171:5, 171:12, 171:18, 172:15, 173:1, 173:7, 173:17, 173:23, 174:7, 175:10, 176:3, 176:21, 178:18, 180:14, 181:17, 184:11, 184:16, 184:22, 185:10, 185:22, 186:7, 186:17, 187:15

**Witness** [1] - 190:2
**witness** [16] - 53:19, 61:23, 62:7, 104:22, 106:18, 113:23, 116:10, 118:9, 121:6, 143:3, 162:6, 170:23, 175:15, 176:18, 178:17, 181:18
**witnessed** [5] - 19:11, 177:9, 182:7, 182:12, 185:4
**witnesses** [1] - 121:11
**WITNESSES** [1] - 190:1
**word** [4] - 5:7, 35:8, 54:3, 66:5
**words** [9] - 27:13, 31:5, 57:9, 71:6, 93:13, 94:6, 94:7, 123:3, 176:13
**works** [1] - 80:4
**writing** [2] - 14:18, 189:10
**written** [2] - 14:12, 14:13
**wrongdoing** [1] - 174:4
**wrote** [1] - 178:5

## X

**x-ray** [1] - 168:18

## Y

**year** [6] - 9:11, 10:20, 11:14, 11:19, 17:10, 23:13
**years** [13] - 7:3, 10:7, 10:22, 11:1, 17:11, 18:17, 19:5, 21:12, 21:19, 21:22, 63:8, 79:11, 82:20
**yell** [1] - 142:11
**yes-or-no** [4] - 120:13, 120:22, 121:5, 121:10
**YORK** [2] - 1:4, 189:1
**York** [8] - 1:17, 2:2, 2:8, 3:5, 3:7, 28:14, 136:10, 189:6
**yourself** [7] - 3:17, 75:14, 89:21, 90:1, 112:10, 158:8, 170:23

## Z

**Zoom** [3] - 2:4, 2:10, 4:5
**ZOOM** [1] - 2:11

2796

DEFT_EXHIBIT
001
KC 01/26/2024

**# : 10052733**

**Agency Case #: 20-01478-91 (A)**

ution Indicator:

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

### ── PERSON INFORMATION ──

**JTTLES, Quentin C**

AGE: **30**  SEX: **Male**  RACE: **Black**

HT: **6'02**  WEIGHT: **160**  BUILD: **Slim**  ETHNICITY: **Non-Hispanic**  SS #:

IAIR COLOR: **Black**  HAIR TYPE:  EYE COLOR: **Brown**

EYE DEFECTS:  FACE:  SKIN TONE: **Dark Brown**

FACIAL FEATURES:  DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS:

HOME TELEPHONE:  MARITAL STATUS: **Single (never married)**

EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO NY**

RELIGION:  DRIVERS LICENSE #:

NYSID #: **00476540-N**  FBI #: **342938LC0**  MUG #: **263561**  LICENSE STATE:

### ── ARREST/OFFENSE INFORMATION ──

INCIDENT #: **20-1310536**  ARREST TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**

STATUS AT ARREST: **Held**  ARREST DATE/TIME: **05/10/2020 18:30**

CONDITION AT ARREST: **Injured or Sick**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**  ATT: **N**

### ── BOOKING INFORMATION ──

CJTN #: **69352745-K**  BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**  BAIL:

ITEM(S) SEIZED AT ARREST:  BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**  DATE: **05/11/2020**

NCIC CLASS. BY:



**Rolled Right Thumb**

NCIC CLASS:

ARRESTEE SIGNATURE:  DATE/TIME:

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

***CITY OF BUFFALO***                                    CD #:**20-1310536**
***COUNTY OF ERIE STATE OF NEW YORK***

The People of the State of New York                )
vs.                                    )          *2796*
**QUENTIN C. SUTTLES  DOB:** ████████      )
      ████████████                            )          **INFORMATION / COMPLAINT**
                                              )
                                              )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                              Complainant
*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                               CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

| | | |
|---|---|---|
| The People of the State of New York | ) | |
| vs. | ) | |
| **QUENTIN C. SUTTLES  DOB:** ██████████ | ) | **INFORMATION / COMPLAINT** |
| ██████████████ | ) | |
| | ) | |
| | ) | |

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.   THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

## NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*                                                CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York          )
                    vs.                      )
**QUENTIN C. SUTTLES  DOB:** ███████████     )          **INFORMATION / COMPLAINT**
          ███████████████████               )
                                             )
                                             )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                                    Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT
Local Police Code
BPD

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

| Last Name (Defendant) SUTTLES | First Name QUENTIN | MI C |
|---|---|---|

| Number and Street | | Apt. No | Photo ID Shown |
|---|---|---|---|

| City BUFFALO | State NY | Zip code | Owner Oper | Lic. Class D |
|---|---|---|---|---|

| Client ID Number 796088308 | | Sex M | Date Expires 02/02/2023 |
|---|---|---|---|

| Lic State NY | Date of Birth | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |
|---|---|---|---|---|---|

| Plate Number GWT5141 | Reg. State NY | Registration Expires 03/20/2021 |
|---|---|---|

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time 6:20 PM | Date of Offense 05/10/2020 | In Violation Of NYS V AND T LAW | | |
|---|---|---|---|---|
| Section 5091 | Sub Section | Tr Inf ⊙ | Misd ○ | Felony ○ | MPH | MPH Zone |

Description of Violation
**UNLICENSED OPERATOR**

US DOT#

| | CDL Veh ○ | Bus ○ | Haz Mat ○ |
|---|---|---|---|

Place of Occurrence
**MADISON/EAGLE**

Hwy No | Loc Code 1501

| C/T/V Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |
|---|---|---|---|

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed 05/10/2020 | Off Assign DC |
|---|---|---|

(Officer's Signature)

| | Arrest Type 1 - PATROL |
|---|---|
| Officer's Last Name SCHEU | First Name M | MI | Badge/Shield 172580 |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO CITY COURT
Address
50 DELAWARE AVE

| City BUFFALO | State NY | Zip 14202 |
|---|---|---|

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date 05/11/2020 | Time 9:30 AM |
|---|---|

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or a fine.

---

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury.

| Date: _____ | Signed _____ |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐   No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊙    SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____
_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE.

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Dept
BPD

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| SUTTLES | QUENTIN | C |

Number and Street | Apt. No. | Photo Lic Shown

| City | State | Zip Code | Owner Oper | Lic. Class |
|---|---|---|---|---|
| BUFFALO | NY | | | D |

Client ID Number
796088308

Sex: M   Date Expires: 02/02/2023

| Lic. State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1127A | | ● | ○ | ○ | | |

Description of Violation
DRIVING/WRONG DIREC ON ONE-WAY STRT

US DOT#

CDL Veh ○   Bus ○   Haz Mat ○

Place of Occurrence
MADISON/EAGLE

Hwy No

Loc. Code
1501

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

Date Affirmed: 05/10/2020
Off Assign: DC
Arrest Type: 1 - PATROL

(Officer's Signature)

Officer's Last Name: SCHEU   First Name: M   MI

Badge#/Shield#: 172580

Radar Officer's Signature

## THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:   Date: 05/11/2020   Time: 9:30 AM
○ MUST APPEAR IN PERSON ON:

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

### TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

All statements are made under penalty of perjury:

Date: _____   Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●   SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____   State _____   Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____   State _____   Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
# CENTRAL BOOKING BUREAU
# CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES          AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED: ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

| CITY OF BUFFALO | CD #:**20-1310536** |
|---|---|
| **COUNTY OF ERIE STATE OF NEW YORK** | |

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ██████

██████████████

)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I.   **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made          **Arresting Officers Initials: _____**

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☒  5.  Other (specify) **DIRECT OBSERVATION**

# ENTPortal - Data Check Results

**Printed:  5/10/2020 8:21:13 PM**

## SEARCH CRITERIA

```
      Last Name: SUTTLES
     First Name: QUENTIN
 Middle Initial:
       Name Ext:
            DOB: ██████████
            Sex: M
           Race: U
```

## LOCAL WARRANT INFORMATION

```
------- Warrant Information ------------------------------------------

        Warrant #: 17707065
        Iss. Date: 2017-08-01
      Iss. Agency: Lancaster Town Police Department
             Type: DCJS
      Complaint #:
      Extradition: S
            Court:
            Judge:
  Predicate Felon: false
Vulnerable Victim:

------- Personal Information -----------------------------------------

             Name: SUTTLES, QUENTELL D
             DOB: ████████████
             Sex: M
            Race: B
          Height: 602
          Weight: 160
           Build:
            Skin:
            Hair: BLK
            Eyes: BRO
        Ethnicity:
  Facial Features:
          Address:
           SSN #:
           PCN #:
           FBI #:
           SID #:

------- Charges ------------------------------------------------------

        CHARGE: VTL 0511  M 2
     ATTEMPTED:
        COUNTS:
   DESCRIPTION:


------- Notes --------------------------------------------------------
```

## NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA---------------------------------

***Order of Protection Record***
            Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
         Issue Date: 2020-02-05  Expiry Date: 2020-08-05
             Agency: BUFFALO CITY POLICE DEPARTMENT
                ORI: NY0140100  Phone #: 7168514545
         Iss. Court: BUFFALO CITY COURT
              Judge: FOOTE-BEAVERS,LENORA B
               Type: LC  Phone #: 7168452661
       Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

```
Court Ord Service: 2020-02-05  Serving Agency:
    Law Enf Service:
    Service Caution:
         Condition:
Service Required: false
  Warrant Return: false
   Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
         ORDER IS ENFORCEABLE **

         Misc:

Requesting Person: VASQUEZ, DANIELLE
             DOB: 1995-12-11  Sex: F  Race: U
             SSN:
        Other ID: REQUESTOR_PROTECTED
          Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
           Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
           Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
           Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
             DOB:              Sex: M  Race: B
          Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
             SSN:      FBI #:    State ID #: 00476540N
        Other ID:
Youthful Offender: false
    Caution Info: -
          Caveat:
           Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
```

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

```
             Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
          Issue Date: 2020-02-07  Expiry Date: 2020-08-07
              Agency: ERIE COUNTY SHERIFFS OFFICE
                 ORI: NY0140000  Phone #: 7168582903
          Iss. Court: ERIE COUNTY FAMILY COURT
               Judge: RODWIN,LISA B
                Type: FC  Phone #:
       Orig. Case ID:   Docket: O-00440-20  Suffix:
   Court Ord Service: 2020-02-07  Serving Agency:
      Law Enf Service:
      Service Caution:
           Condition:
    Service Required: false
      Warrant Return: false
       Court Advised: true
             Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                     ORDER IS ENFORCEABLE **

                Misc:

   Requesting Person: VASQUEZ, DANIELLE
                 DOB: 1995-12-11  Sex: F  Race: B
                 SSN: 115843298
            Other ID: REQUESTOR_PROTECTED
            Alt Name: VAZQUEZ, DANIELLE
              Caveat:
```
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

            Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

            Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

            Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);

            Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);

            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

```
   Protected Person: SUTTLES, AVEON
                 DOB: 2015-10-15  Sex: F  Race: U
         Description:
                 SSN:
            Other ID: PROTECTED
              Caveat:
```
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

            Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Protected Person: ZEIGLER, KAIEO
        DOB: 2018-09-26 Sex: M  Race: U
    Description:
        SSN:
     Other ID: PROTECTED
      Caveat:
       Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
       Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Restricted Person: SUTTLES, QUENTIN
        DOB: ███████  Sex: M  Race: B
      Height: ███ Weight:  Eye: BRO  Hair: BRO  Skin:
        SSN: ████████  FBI #:   State ID #:
     Other ID:
     Alt Name: SUTTLES, QUINTON C
  Youthful Offender: false
    Caution Info:  -
      Caveat:
       Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
       Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
       Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

**DCJS/NCIC Person (by Person)**

------DCJS PERSON DATA---------------------------------------------

***Wanted Person Record***
      Name: SUTTLES, QUENTELL D
       DOB: ███████  Sex: M
    Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
       SSN:  FBI #:   State ID #:
    Juvenile:
   Recidivist: true
Predicate Felon: false
  Warrant #: 17707065  WPN #:    Status: 01

Warrant Date: 2017-08-01
  Extradition: S -Extradition within the county of the wanting agency plus
                adjacent counties
  Organization: Lancaster Town Police Department
    Phone #: (716)683-2800
       Charge: VTL 0511  U M 2
       Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
       Misc:


------NCIC PERSON DATA----------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/███████ EYE/BRO HAI/BRO
SOC/████
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/████████HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

-------DCJS PROBATION DATA-------------------------------------------

***No Probation Records Found***

## DCJS Parole

-------DCJS PAROLE DATA----------------------------------------------

***Parole Record***
             Name: SUTTLES, QUENTELL D
              DOB: ███████████   Sex: M
           Height: 6'02"   Weight: 160   Eye: BLK   Hair: BLK
           NYSID: 476560
          Address: ████████████████

          Precinct:

   Statute Offense: 2108   Category: CRIM POSS WEAP 2ND(REV 09/78)*
   Effective Date: 2020-04-30   Expiry Date: 2022-10-30
Supervising Agency:    ORI:
 Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
           Phone #:
          Address:

           Caveat:     '

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No. _____
CD No.    20-1310536
AFN      20-0147891

DANT: QUENTIN SUTTLES    DOB: ████    Date Of Arrest: 5/10/20

FENDANTS:

| | DOB: |
|---|---|
| | DOB: |
| | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU    Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

**Erie County District Attorney – Buffalo City Court Disposition Form**

| Arraign Date:<br>Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1. PL 195.05 | | | | |
| 2. PL 205.30 | | | | |
| 3. PL 215.40-2 | | | | |
| 4. VTL 1227-A | | | | |
| 5. VTL 509-1 | | | | |
| 6. | | | | |

710.30 ( )          Lab ( )     Local/NYSISS ( )        MV-104 ( )
Supporting Dep. ( )   Medicals ( )      DMV ( )        Readiness ( )
Forensic Req. ( )   Breath Documents ( )   Albany ( )   **Domestic Violence ( )**

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

TO BE COMPLETED BY REQUESTING OFFICER

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Suttles | | | | |

D.O.B. ▓ | SEX: Male | Charge(s) (Specify Section/Sub Section & Title of the Law) 195.05

Rank: P.O. | Arresting Officer(s): R. Ammerman | Unit: C480

* Is Prisoner a Juvenile? (Under 18 years of age)   YES ☐   NO ☑ | Parent(s) or Guardian: Name   Address | Phone:

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed CBA _____ Rank

TO BE COMPLETED BY HOSPITAL / PHYSICIAN

Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting: AMR 545

| Name of Doctor: | Street & No. | City | State | Zip Code |
|---|---|---|---|---|

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?   Yes ☐   No ☐   Time ___ hrs.  Date: ___ | Prisoner Released:  Time ___ hrs.  Date: ___

TO THE HOSPIAL:

If this prisoner is admitted, please notify the **CIR Lieutenant at 851-4545** when the prisoner is to be released.

NOTICE!  NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION:  Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT     Receipt #: **43126**

Date: **05/10/2020**

Name:            **SUTTLES, QUENTIN C.**

DOB:             ███████

Address:         ████████████

Arresting Officer(s):   **PO M. SCHEU**

Arrest #:        **261083**                    Complaint #:   **20-1310536**

Remarks:         *Taken to ECMC*

PROPERTY LIST:          CASH:   **$0.00**

**NYS ID**
**EARRING**

Property #:                    Recieved By:
Placed In:

**PROPERTY RECEIVED**                    **PROPERTY RETURNED**

Date: 5/10/20    Time: 2031          Date: _____    Time: _____
                                     ** I have received the above property.

_____                  _____
Prisoner's Signature                 Prisoner's Signature

_____                  _____
Officer's Signature                  Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)

ORI# 1501

263561

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

@ECMC

y796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 20131 0536    RICI# _____    AFN: 20-01478-91

DEFENDANT'S NAME: ___SUTTLES_____QUENTIN_____C____
                            (LAST)                      (FIRST)                    (M)

DATE OF BIRTH: [redacted]    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05 PL 205.30 PL215.40(2) VTL 1127A VTL 509-1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON.
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH ~~EMPLOYEE~~ DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING. ~~DURING~~ ~~STRUGGLE~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE ~~WAS~~ took wee

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE    plastic pill

DEFENDANT'S ADDRESS: [redacted]

CITY: BUFFALO    STATE: NY    ZIP CODE: [redacted]    US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: [redacted]    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES    ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (UMP)    SATISFACTORY ID: ☒ YES    ☐ NO
                                                                                                        NYS ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES    ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?    ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWTS141    LOCATION: 166 PRET

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured?    ☒ YES    ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest?    ☒ YES    ☐ NO    – taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)                                iPR

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

**ECMC**

**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

### Staff

Your caregivers today were:

Physician      INNES,JOHANNA C MD
Practitioner   JOSE A BAEZ
Nurse          RXN

### Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

### Medication Dose and Instructions

**HYDROcodone/APAP 5/325* (Norco 5/325*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

### ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

*RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:*

Return if you have develop severe headache, persistent vomiting,

**ECMC**

**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department** you may have been referred to see a



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

healthcare provider at one of **ECMC's Outpatient Centers**. If so, you will be contacted by the ECMC scheduling department to schedule your appointment. If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
- Current active insurance card
- Photo identification
- Current medication list
- Current Pharmacy
- Name and address of your Primary Care Provider
- All prior imaging reports pertaining to your referral from any outside facility.

***(Reports from ECMC are not necessary)****



ECMC
Erie County Medical Center
Corporation

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Scapular Fracture

### WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.




### DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list

**E C M C**
**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:**
Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Return to the emergency department if:

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

### WHAT YOU NEED TO KNOW:

A facial fracture is a break in one or more of the bones in your face. The bones in your face include those around your eye, your cheekbones, and the bones of your nose and jaw. A facial fracture may also cause damage to nearby tissue.



### DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Decongestant medicine:** Decongestants help decrease swelling in your nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**  If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Eye Pain

## WHAT YOU NEED TO KNOW:

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

## DISCHARGE INSTRUCTIONS:

**Medicines:** You **may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

* You have questions or concerns about your condition or care.

**Return to the emergency department if:**
* You have any vision loss.

* You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

* You develop severe eye pain.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Contusion

## WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



*ADAM.

## DISCHARGE INSTRUCTIONS:

## Return to the emergency department if:
- You have a fever.

- You have watery, clear fluid draining from your nose.

- You have changes in your vision or eye appearance.

**ECMC**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT    Receipt #: **43126**

Date: 05/10/2020

| | | |
|---|---|---|
| Name: | **SUTTLES, QUENTIN C.** | |
| DOB: | ▮ | |
| Address: | ▮ | |
| Arresting Officer(s): | **PO M. SCHEU** | |
| Arrest #: | **261083** | Complaint #: **20-1310536** |
| Remarks: | Taken to ECMC | |

PROPERTY LIST:    CASH: **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT.
2020 MAY 11 AM 11:07

Property #: (NP)
Placed In

Recieved By: _____

| **PROPERTY RECEIVED** | **PROPERTY RETURNED** |
|---|---|
| Date: 5/10/20    Time: 2031 | Date: _____ Time: _____ |
| | ** I have received the above property. |
| | _Quentin Suttles_ |
| _____ | _____ |
| Prisoner's Signature | Prisoner's Signature |
| _Mscheu_ | _____ |
| Officer's Signature | Officer's Signature |

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

**DEFT_EXHIBIT**

**002**

KC 01/26/2024

A.   Case Summary Information
1.   ~~Case Disposition~~
2.   Case Summary
3.   ~~Closing Letter to Complainant~~

B.   Complaint
1.   ~~IAPro Summary~~

C.   Complainants
1.   Quentin Suttles

D.   Witness(s)
1.   PO Peter Massici
2.   PO Jonathan Hanover
3.   PO Jake Giarrano

E.   Targets
1.   PO Ronald Ammerman
2.   PO Michael Scheu

F.   Reports
1.   CAD Report – 20-1310536
2.   CHARMS Report – 20-1310536
3.   Unit History Report – C480
4.   Arrest Reports/Medical Records – Quentin Suttles

G.   Statements
1.   50-H Mr. Suttles

H.   Correspondence
1.   Case Related Emails

I.   Miscellaneous
1.   Facebook Videos
2.   BWC footage

**Use of force**       **IA No: UOF2020-209**    **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes    Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved citizen Height: > 6'3"

**Involved citizen:**

**Quentin Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1

Linked address(s):
Home Address: 996 Av. Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

    **Employee current info:**

    Division:  Patrol
    District:  C
    Man Power:  MP4

    **Snapshot - Employee information at time of incident:**

    DID #::  174114
    Role:  Passenger
    Division:  Patrol
    District:  C
    Man Power:  MP4
    Rank/title: Officer
    Age: 27   Years of employment: 3   Years with unit: 2
    Off duty:   Off duty employed:

    **Policy outcome:  Not yet entered**

Use(s) Of Force:

    Verbal Commands: NOT effective

    Physical Engagement: Effective

**Summary:**

    Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.  buffalo NY 14211
    County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

    20-131-0536:    Use of force
    20-131-0536:    External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:    Completed: 05/29/2020

Disposition: No Violation


Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:


**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4



**BlueTeam chain routings**


**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

    Sirs,

       Please review.




    Respectfully submitted,

    Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

    INCIDENT # MUST BE FORMATTED 20-131-0536


**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

    INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

    Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN**
**[P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

    Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at
19:31

Decision: Approved

Reviewer comment:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP**
**[L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at
17:10

Decision: Approved

Reviewer comment:

    I have reviewed this incident and the body-cam footage related to same,
I find the use of force reasonable and necessary to overcome the
resistance of a non-compliant and physically combative subject, I feel the
use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON**
**[C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

    Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

    [Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.

**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                                        May 11, 2020

TO:                                          Byron C Lockwood, Commissioner
                                             Buffalo Police Department

                                             Robert Rosenswie, Inspector
                                             Internal Affairs Division

FROM:                                        Andre M. Lloyd, Lieutenant
                                             Internal Affairs Division

SUBJECT:                                     IAD CASE EC2020-024

TYPE OF COMPLAINT:                           Excessive Force

TARGET(S):                                   PO Ronald Ammerman
                                             C-District

                                             PO Michael Scheu
                                             C-District

<u>INVESTIGATION</u>

<u>Investigative Summary:</u>

*****PENDING*****

     A.    <u>Complainant</u>

        1.  Quentin Suttles



        a. Complainant Background

       Refer to EJustice Report

1

2. <u>Complainant's Allegations</u>

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3. Complainant's Statement(s)

N/A

B. <u>Witnesses</u>

1. Police

a. Police Officer Peter Massici



1. Disciplinary History
N/A

2. Officer's Statement
N/A

b. Police Officer Jonathan Hanover



1. Disciplinary History
N/A

2. Officer's Statement
N/A

c. Police Officer Jake Giarrano

IAD CASE EC2020-024



1. Disciplinary History
   N/A

2. Officer's Statement
   N/A

d. Police Officer Marc Hurst



1. Disciplinary History
   N/A

2. Officer's Statement
   N/A

)

2. Civilian

a. Demetrius Stepney (No Photo Available)
   9 Madison St., Upper
   Buffalo, NY 14210
   Phone: 716-816-6457

   1. Statement
   **Refer to investigator's notes**

   2. Witness Background
      N/A

b. Ricky and Faith Bishop (No Photo Available)
   584 E Eagle St.
   Buffalo, NY 14210

3

IAD CASE EC2020-024

1.  Statement
**Refer to investigator's notes**

2.  Witness Background
N/A

D.  <u>Officer(s) Involved</u>

1.  Police Officer Ronald Ammerman
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

**Refer to investigator's notes**

1.  Police Officer Michael Scheu
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    <u>Investigator's Notes</u>

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr, Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left
messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.      Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours.
Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street.
The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over
by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the
driver and the subject Officer did approach the passenger side and was speaking with the FM passenger.
Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be
narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and
was being patted down by PO Scheu when he appeared to have turned into into his partner at which time
subject Officer did go over to the drivers side to assist after partner stated he had felt something that could
have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did
lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and
was told several times to remove his hands from same and subsequently after not complying was taken to
the ground by Officers and did pull himself under the car up to about his waist so that his upper half was
beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the
fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to
swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male
have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave
verbal commands to the male to stop and give Officers his hands and only did after being struck several
times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of
the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper
body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and
could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due
to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it
would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most
likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the
male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for
a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by
subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to
Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend
everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered,
male was treated at ECMC and prit to this date the subject Officer had no previously dealings with him.

4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours.
Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and
stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as
its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to
smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner
stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garlick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off  he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison)  and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched  by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they  had searched the vehicle. and  had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs  by  PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of  a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after  Central  Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room  alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Michael Scheu

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      *May 12, 2021*

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ____   DPC - ____  Chief - ____ Inspector - ____  Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

_____
Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Ronald Ammerman

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
       Commissioner - ___   DPC - ___   Chief - ____   Inspector - ___   Captain - ___

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

# Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

<u>**Identification**</u>  <u>**Summary**</u>  <u>**Criminal History**</u>  <u>**Job/License**</u>  <u>**Wanted**</u>  <u>**Missing**</u>

---

## ◉ Attention - Important Information ♠

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation -** Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ◉ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

---

**Date of Birth:**

February 02, 1990

---

**Place of Birth :**

New York        Unknown

---

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

---

**Sex:**        **Race:**        **Ethnicity:**        **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
|------|-------|--------------|------------------------|
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

---

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
|-------------|-----------|---------------------------|
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

---

**US Citizen:**     Unknown

---

## ❑ Summary Information ♣

**Total Arrests:** 6     **Date of Earliest Arrest:** May 22, 2006     **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 | | Total Arraigned Arrests: | 7 | | Total Open Cases: | 4 | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 3 | | Felony: | 4 | | Felony: | 2 | 8,5 |
| Violent Felony: | 1 | | Violent Felony: | 2 | | Violent Felony: | 1 | 5 |
| Firearm: | 1 | | Firearm: | 1 | | Misdemeanor: | 2 | 6,3 |
| Misdemeanor: | 2 | | Misdemeanor: | 3 | | Other: | 0 | |
| Other: | 0 | | Other: | 0 | | Open ACD: | 0 | |
| | | | | | | Non Docketed Cases: | 0 | |

| Total Convictions: | 1 | Cycles (max 5) | | Warrant Information: | | Cycles (max 5) | | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | | | Failure to Appear Counts: | | 0 | | Escape Charges: | 0 | |
| Violent Felony: | 0 | | | | | | | Sex Offender Convictions: | 0 | |
| Firearm: | 0 | | | Total Open: | | 0 | | Probation Revoc: | 0 | |
| Misdemeanor: | 1 | 4 | | Active NYC: | | 0 | | Parole Revoc: | 0 | |
| Other: | 0 | | | | | | | | | |
| YO Adjud.: | 0 | | | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

---

## ❑ NYS Criminal History Information ♣

### ♦ Cycle 8

**Arrest/Charge Information**

Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
|-----------|-----------------|
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02   Class E Felony        Degree 0 NCIC 4804

-- Resisting Arrest
   PL 205.30          Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05          Class A Misdemeanor Degree 2 NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01        Infraction     Degree 0 NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A        Infraction     Degree 0 NCIC 5499


## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-04049-20

May 11, 2020
**Initial Report Of Docket Number**

May 11, 2020
**Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
    PL 215.40    Sub 02    Class E Felony          NCIC 4804

-- Resisting Arrest
    PL 205.30              Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05             Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01             Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
    VTL 1127    Sub 0A             Infraction    NCIC 5499

---

## ⬇ Cycle 7 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

      -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

            PL 215.51      Sub BII     Class E  Felony     Degree 1  NCIC 5016

      -- Harassment-2nd Degree: Physical Contact

            PL 240.26      Sub 01            Violation   Degree 2  NCIC 7099


## Court Case Information

**--Court:** <u>Buffalo City Court</u>   **Case Number:** CR-01488-20

   February 05, 2020
**Initial Report Of Docket Number**

   February 05, 2020
**Arraigned**

      -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

            PL 215.51        Sub BII      Class E    Felony      NCIC 5016

      -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

            PL 240.26        Sub 03           Violation   NCIC 7099

   February 18, 2020
**Transferred To Superior Court**

      -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

            PL 215.51        Sub BII      Class E    Felony      NCIC 5016

      -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

            PL 240.26        Sub 03           Violation   NCIC 7099

   February 18, 2020
**Not Arraigned**

      -- Harassment-2nd Degree: Physical Contact

            PL 240.26   Sub 01   Violation NCIC 7099


**--Court:** <u>Erie County Court</u>   **Case Number:** 003661-2020

   February 21, 2020
**Initial Report Of Indictment Number**

---

### ⬇ Cycle 6 ⬆

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

**Name:**                  QUENTELL SUTTLES

**Date of Birth:**         February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03        Class A  Misdemeanor   Degree 7  NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
   PL 221.05            Violation       Degree 2  NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**
   -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03        Class A   Misdemeanor      NCIC 3599

   -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
      PL 221.05                Violation        NCIC 3562

---

⬇ **Cycle 5** ⬆
**Violent Felony Offense**

## Arrest/Charge Information

Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03        Class C        Felony        Degree 2        NCIC 5299

-- Resisting Arrest

PL 205.30                Class A        Misdemeanor        Degree 0        NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                Class A        Misdemeanor        Degree 2        NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                Violation        Degree 2        NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court        **Case Number:** CR-11753-19

September 09, 2019
**Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

      PL 265.03      Sub 03     Class C    Felony       NCIC 5299

    -- Resisting Arrest

      PL 205.30                Class A    Misdemeanor    NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

      PL 195.05                Class A    Misdemeanor    NCIC 5099

    -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

      PL 221.05                Violation      NCIC 3562

September 12, 2019

**Held For Grand Jury**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

      PL 265.03      Sub 03     Class C    Felony       NCIC 5299

    -- Resisting Arrest

      PL 205.30                Class A    Misdemeanor    NCIC 4801

    -- Obstruct Governmental Administration-2nd Degree

      PL 195.05                Class A    Misdemeanor    NCIC 5099

    -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

      PL 221.05                Violation      NCIC 3562

**--Court:** <u>Erie County Court</u>   **Case Number:** 01842-2019

September 20, 2019

**Initial Report Of Indictment Number**

February 24, 2020

**Arraigned**

    -- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

      PL 265.03      Sub 03     Class C    Felony      NCIC 5299

**Interim release Status:** Posted Bail

---

## ⬇ Cycle 4 ⬆

**Arrest/Charge Information**

  Arrest Date: May 25, 2016 02:50 pm (14:50:00)

    **Name:**                    QUENTIN SUTTLES

    **Date of Birth:**          February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

    -- Possession Of Contraband In Prison-2nd Degree

        PL 205.20     Sub 02   Class A Misdemeanor Degree 2 NCIC 5802

    -- Unlawful Possession Of Marihuana

        PL 221.05                     Violation        Degree 0 NCIC 3562

## Court Case Information

**--Court:** Alden Town Court     **Case Number:** 16050081

    June 07, 2016
    **Initial Report Of Docket Number**

    June 07, 2016
    **Arraigned**

        -- Possession Of Contraband In Prison-2nd Degree

            PL 205.20     Sub 02   Class A Misdemeanor NCIC 5802

    July 05, 2016
    **Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016

        -- Attempted Promoting Contraband To Prisoners-2nd Degree

            PL 205.20         Class B  Misdemeanor        NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree

PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served

**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana

PL 221.05     Violation NCIC 3562

---

## ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** <u>Buffalo City Court</u>   **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**

-- Criminal Contempt-2nd:Disobey Court

PL 215.50    Sub 03  Class A Misdemeanor NCIC 5005

---

## ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | April 05, 2013 |
| **Release Type:** | Co-Op |
| **Max Expiration Date:** | December 18, 2016 |
| **Supervision Office:** | Buffalo |
| **Name:** | QUENTIN C SUTTLES |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Unknown |
| **Parole ID Number:** | C120991 |
| **Transferred From:** | Pennsylvania |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |

**Arrest Charges:**

## Court Case Information

--Court: Erie County Court    **Case Number:** 01320A-2006

June 07, 2006
**Initial Report Of Docket Number**

--Court: Erie County Court    **Case Number:** 01320-2006

**Arraigned**

-- Robbery-1st:Displays What Appears To Be A Firearm
PL 160.15    Sub 04 Counts: 2 Class B Felony NCIC 1299

May 24, 2007
**Dismissed**

-- Robbery-1st:Displays What Appears To Be A Firearm
PL 160.15    Sub 04 Counts: 3 Class B Felony NCIC 1299

## ⚬ Other History Related Information ⬆

There is no Other History Related Information associated with this history.

## Job/License Information

There is no Job/License Information associated with this history.

## Wanted Information

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

### Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree

VTL 0511     Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

**Date of Birth:**  February 02, 1990

| Sex: | Race: | Skin Tone: |
|------|-------|------------|
| Male | Black | |

| Eye Color: | Hair Color: | Height: | Weight: |
|------------|-------------|---------|---------|
| Brown | Black | 6' 02" | 160 |

**Primary Social Security#:**

| NYSID#: | WPR#: |
|---------|-------|
| | 3963257 |

| Originating Agency Case#: | Warrant#: |
|---------------------------|-----------|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

| Date of Warrant: | August 01, 2017 | Type of Warrant: | Bench Warrant |
|------------------|-----------------|------------------|---------------|
| Date of Entry Onto State Files: | August 16, 2017 | Status of Warrant: | Issued - a warrant has been signed by an empowered authority |

**The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..**

**Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.**

## ◕ Missing Person Information ⚑

There is no NYS Missing Information associated with this history.

## ◕ Additional Information ⚑

**Sentencing -** Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source -** Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**    April 1, 2021

**TO:**    Chief Alphonso Wright, C- Dist.

**FROM:**    Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**    Sworn Statement—EC2020-024

**CC:**    Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

Any questions regarding this notice, please contact Lt. Alberti 851-4784

**Note:** *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO M. Scheu via phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21 1528_

OFFICER SERVING _V CHUPO_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# M E M O R A N D U M

**DATE:**     April 1, 2021

**TO:**     Chief Alphonso Wright, C- Dist.

**FROM:**     Inspector Robert V. Rosenswie
        Internal Affairs Division

**RE:**     Sworn Statement—EC2020-024

**CC:**     Captain Joseph Langdon, C-DISTRICT
        Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note: *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

                    Robert V. Rosenswie
                    Inspector, IAD

PERSON RECEIVING _PO R Ammerman  no phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21  1529_

OFFICER SERVING _McTigu_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

### 20-1310536    UNKNOWN TROUBLE
### E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | | | |
|---|---|---|---|
| Reported: | 05/10/2020 18:20:36 | Received By: | 174034-BOLDEN, JONTAI T. |
| Received: | 05/10/2020 18:20:36 | Dispatched By: | 174034-BOLDEN, JONTAI T. |
| Dispatched: | 05/10/2020 18:20:37 | Source: | |
| En Route: | 05/10/2020 18:20:37 | | |
| On Scene: | 05/10/2020 18:20:37 | | |
| Cleared: | 05/11/2020 00:03:31 | | |

**Officers:**   1. 174114-AMMERMAN, RONALD J.  2. 172580-SCHEU, MICHAEL C. II  3. 174204-MASSICCI, PETER J.  4. 173843-HANOVER, JONATHAN J.  5. 174203-GIARRANO, JAKE J.  6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY  2. 001107-STRUNK, TIMOTHY J.

**Remarks:**

| | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

# BUFFALO PD
## POLICE REPORT
## OBSTRUCTION

Complaint

**20-1310536**

Report Date & Time
05/10/2020 18:20

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| E EAGLE ST @ MADISON ST | BU | | 05/10/2020 18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3621 - AMMERMAN
P2849 - SCHEU

Rep. Off.: P2849 - SCHEU
Supervisor:

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C. 2/2/1990 | 05-10-2020 | E EAGLE ST BUFFALO |

| Status | Arrest Type | Arresting Officers | |
|---|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL | AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 05/10/2020 23:31 | Typist: RONALD AMMERMAN | Officer: SCHEU, MICHAEL |
|---|---|---|---|

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

| Officer: P2849 - SCHEU | | Supervisor: . | |
|---|---|---|---|

| Printed Date: | 05/13/2020 01:15 PM | Page: 1 |
|---|---|---|

# BUFFALO POLICE

## Dispatch Monitor - Unit History Report

5/14/2020

Date **05/10/2020**                    Unit **C480**                    Patrol **C8**
Shift **4th**                    Officer(s) **174114 - RONALD AMMERMAN**
                                     **172580 - MICHAEL SCHEU**

| Time Stamp | Log |
|---|---|
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

**Agency Case #: 20-01478-91 (A)**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**  AGE: **30**  SEX: **Male**  RACE: **Black**

HEIGHT: **6'02**  WEIGHT: **160**  BUILD: **Slim**  ETHNICITY: **Non-Hispanic**  SS #: **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**

HAIR COLOR: **Black**  HAIR TYPE:  EYE COLOR: **Brown**

EYE DEFECTS:  FACE:  SKIN TONE: **Dark Brown**

FACIAL FEATURES:  DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:  MARITAL STATUS: **Single (never married)**

EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO NY**

RELIGION:  DRIVERS LICENSE #:

NYSID #: **00476540-N**  FBI #: **342938LC0**  LICENSE STATE:

MUG #: **263561**

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**  ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**  ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**  ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**  ATT: **N**

## BOOKING INFORMATION

CJTN #: **69352745-K**  BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**  BAIL:

ITEM(S) SEIZED AT ARREST:  BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:  DATE: **05/11/2020**

ARRESTEE SIGNATURE:  DATE/TIME:



**Rolled Right Thumb**
NCIC CLASS:

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:20-1310536

The People of the State of New York                )
vs.                                                                      )        *2796*
**QUENTIN C. SUTTLES, DOB: 02/02/1990**          )
996 WALDEN AV                                        )        **INFORMATION / COMPLAINT**
BUFFALO, NY  14211                                  )
                                                                         )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                              CD.#:**20-1310536**
, *COUNTY OF ERIE STATE OF NEW YORK*

| | |
|---|---|
| The People of the State of New York | ) |
| vs. | ) |
| **QUENTIN C. SUTTLES  DOB: 02/02/1990** | )    **INFORMATION / COMPLAINT** |
| 996 WALDEN AV | ) |
| BUFFALO, NY 14211 | ) |
| | ) |

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 195.**05** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

## NOTICE
### (Penal Law, Section 210.45)

It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                    Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*                        CD #:**20-1310536**

The People of the State of New York          )
                        vs.                  )
**QUENTIN C. SUTTLES  DOB: 02/02/1990**       )        **INFORMATION / COMPLAINT**
996 WALDEN AV                                )
BUFFALO, NY  14211                           )
                                             )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                            Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**BA06BTM0L3**
To be completed by Police Officer
and given to Motorist

POLICE AGENCY
BUFFALO POLICE DEPARTMENT
Local Police Code
BPD

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| Last Name (Defendant) SUTTLES | First Name QUENTIN | M.I. |
| Number and Street 996 WALDEN | | Apt. No | Photo Lic. Shown |
| City BUFFALO | State NY | Zip Code 14211 | Owner. Oper. | Lic. Class D |
| Client ID Number 796008308 | | Sex M | Date Expires 02/02/2023 |
| Lic. State NY | Date of Birth 02/02/1990 | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |
| Plate Number GWT5141 | Reg. State NY | Registration Expires 03/20/2021 |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time 6:20 PM | Date of Offense 05/10/2020 | IN VIOLATION OF NYS V AND T LAW |
| Section 5091 | Sub Section | Tr Inf ⊗ Misd Felony | MPH | MPH Zone |
| Description of Violation UNLICENSED OPERATOR | | US DOT# |
| | CDL Veh ○ Bus ○ Haz Mat ○ |
| Place of Occurrence MADISON/EAGLE | | Hwy. No. |
| C/T/V Name BUFFALO, CITY OF - 1501 | County ERIE | Loc. Code 1501 |
| | | Hwy. Type 6 | NCIC/ORI 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed 05/10/2020 | Off Assign DC |
| (Officer's Signature) | Arrest Type 1 - PATROL |
| Officer's Last Name SCHEU | Badge/Shield 172580 |
| First Name M | M.I. |

Radar Officer's Signature

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

BUFFALO CITY COURT
Address
50 DELAWARE AVE
City
BUFFALO

| | State NY | Zip 14202 |

⊗ RETURN BY MAIL BEFORE OR IN PERSON ON:
☐ MUST APPEAR IN PERSON ON:

| Date 05/11/2020 | Time 9:30 AM |

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or ...

## SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____   Signed _____

## SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?      Yes ☐  No ☐

NO ⊗       SPEEDING (Gen 101) ○

           GENERAL (Gen 101A) ○

Signature _____
Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

APPLICANTS UNDER 18 YEARS OF AGE
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____
Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RES...
YOUR LICEN...

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

## BA06BTM02C

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| SUTTLES | QUENTIN | C |

| Number and Street | Apt. No. | Photo Lic. Shown |
|---|---|---|
| 998 WALDEN | | ⊛ |

| City | State | Zip Code | Owner Oper | Lic. Class |
|---|---|---|---|---|
| BUFFALO | NY | 14211 | | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 796088308 | M | 02/02/2023 |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 02/02/1990 | 1 | 2010 | CHEV | GY |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1127A | | ⊛ | ○ | ○ | | |

Description of Violation
DRIVING/WRONG DIREC ON ONE-WAY STRT

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy. No. | Loc. Code |
|---|---|---|
| MADISON/EAGLE | | 1501 |

| City/Tn Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| 05/10/2020 | DC |

(Officer's Signature)

| Arrest Type |
|---|
| 1 - PATROL |

| Officer's Last Name | First Name | M.I. | Badge/Shield |
|---|---|---|---|
| SCHEU | M | | 172580 |

Radar Officer's Signature

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

⊛ RETURN BY MAIL BEFORE OR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

⊛ MUST APPEAR IN PERSON ON:

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

### TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

All statements are made under penalty of perjury:

| Date: | Signed |
|---|---|

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?        Yes ☐  No ☐

NO ⊛        SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

_____

| City | State | Zip Code |
|---|---|---|

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

| City | State | Zip Code |
|---|---|---|

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES      AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number _____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE**  INTEND TO OFFER AT TRIAL:

I.   **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO PUBLIC SERVANT ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐   1.  Written statement (attach copy)

☒   2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐   3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐   1.  Showup Identification

☐   2.  Photograph Identification

☐   3.  Line-up

☐   4.  Observation of defendant upon some other occasion relevant to case

☒   5.  Other (specify)  **DIRECT OBSERVATION**

**ENTPortal - Data Check Results**

Printed: 5/10/2020 8:21:13 PM

## SEARCH CRITERIA

```
        Last Name: SUTTLES
       First Name: QUENTIN
   Middle Initial:
        Name Ext:
             DOB: 1990-02-02
             Sex: M
            Race: U
```

## LOCAL WARRANT INFORMATION

------- Warrant Information ----------------------------------------

```
        Warrant #: 17707065
       Iss. Date: 2017-08-01
     Iss. Agency: Lancaster Town Police Department
            Type: DCJS
      Complaint #:
      Extradition: S
           Court:
           Judge:
  Predicate Felon: false
Vulnerable Victim:
```

------- Personal Information ------------------------------------------

```
           Name: SUTTLES, QUENTELL D
            DOB: 1990-02-02
            Sex: M
           Race: B
         Height: 602
         Weight: 160
          Build:
           Skin:
           Hair: BLK
           Eyes: BRO
      Ethnicity:
  Facial Features:
        Address:
          SSN #:
          PCN #:
          FBI #:
          SID #:
```

------- Charges --------------------------------------------------

```
         CHARGE: VTL 0511  M 2
      ATTEMPTED:
         COUNTS:
    DESCRIPTION:
```

------- Notes ----------------------------------------------------

## NYSP Order of Protection

---------NYSP ORDER OF PROTECTION DATA----------------------------------

***Order of Protection Record***

```
         Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
      Issue Date: 2020-02-05  Expiry Date: 2020-08-05
          Agency: BUFFALO CITY POLICE DEPARTMENT
             ORI: NY0140100  Phone #: 7168514545
      Iss. Court: BUFFALO CITY COURT
           Judge: FOOTE-BEAVERS,LENORA B
            Type: LC  Phone #: 7168452661
    Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05    Serving Agency:
Law Enf Service:
Service Caution:
Condition:
Service Required: false
Warrant Return: false
Court Advised: true
Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
ORDER IS ENFORCEABLE **

Misc:

Requesting Person: VASQUEZ, DANIELLE
DOB: 1995-12-11 Sex: F  Race: U
SSN:
Other ID: REQUESTOR_PROTECTED
Caveat:
Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT   THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
DOB: 1990-02-02 Sex: M  Race: B
Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
SSN:    FBI #:    State ID #: 00476540N
Other ID:
Youthful Offender: false
Caution Info: -
Caveat:
Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of
Protection Record***

            Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
         Issue Date: 2020-02-07  Expiry Date: 2020-08-07
             Agency: ERIE COUNTY SHERIFFS OFFICE
                ORI: NY0140000  Phone #: 7168582903
          Iss. Court: ERIE COUNTY FAMILY COURT
              Judge: RODWIN,LISA B
               Type: FC  Phone #:
       Orig. Case ID:    Docket: O-00440-20  Suffix:
    Court Ord Service: 2020-02-07  Serving Agency:
     Law Enf Service:
     Service Caution:
          Condition:
    Service Required: false
      Warrant Return: false
       Court Advised: true
             Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                     ORDER IS ENFORCEABLE **

               Misc:

 Requesting Person: VASQUEZ, DANIELLE
                DOB: 1995-12-11  Sex: F  Race: B
                SSN: 115843298
           Other ID: REQUESTOR_PROTECTED
           Alt Name: VAZQUEZ, DANIELLE
             Caveat:
             Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
             Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
             Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

  Protected Person: SUTTLES, AVEON
                DOB: 2015-10-15  Sex: F  Race: U
        Description:
                SSN:
           Other ID: PROTECTED
             Caveat:
             Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
             Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Protected Person: ZEIGLER, KAIEO
        DOB: 2018-09-26  Sex: M  Race: U
    Description:
        SSN:
    Other ID: PROTECTED
    Caveat:
    Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
COMMUNICATION ON BEHALF OF THE RESPONDENT;
    Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Restricted Person: SUTTLES, QUENTIN
        DOB: 1990-02-02  Sex: M  Race: B
        Height: '"    Weight:    Eye: BRO  Hair: BRO  Skin:
        SSN: 120760917  FBI #:    State ID #:
    Other ID:
    Alt Name: SUTTLES, QUINTON C
    Youthful Offender: false
    Caution Info: -
    Caveat:
    Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
    Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
    Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

**DCJS/NCIC Person (by Person)**

------DCJS PERSON DATA-------------------------------------------

***Wanted Person Record***
    Name: SUTTLES, QUENTELL D
    DOB: 1990-02-02  Sex: M
    Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
    SSN:    FBI #:    State ID #:
    Juvenile:
Recidivist: true
Predicate Felon: false
    Warrant #: 17707065  WPN #:    Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
             adjacent counties
Organization: Lancaster Town Police Department
  Phone #: (716)683-2800
        Charge: VTL 0511  U M 2
        Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
        Misc:


------NCIC PERSON DATA------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

SEE PROFILE

PCO/HOUSEHOLD
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

------DCJS PROBATION DATA-------------------------------------------

***No Probation Records Found***

## DCJS Parole

------DCJS PAROLE DATA-------------------------------------------

***Parole Record***
          Name: SUTTLES, QUENTELL D
           DOB: 1990-02-02  Sex: M
        Height: 6'02"  Weight: 160
         NYSID: 476560          Eye: BLK   Hair: BLK
       Address: 996 WALDEN AVENUE
                BUFFALO,
      Precinct:

  Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
   Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
         Phone #:
         Address:

        Caveat: '

*Notified (handwritten)*

City of Buffalo – Department of Police
**Central Booking Bureau**
**Defendant Information**

P-32

| | |
|---|---|
| CD No. | 20-1310536 |
| AFN | 20-0147891 |

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | |
|---|---|
| 2. | DOB: |
| 3. | DOB: |
| | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU          Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5.  Name | | | | |
| Address | | | | |
| Phone | | | | |

### Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Disp. Date: | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

| | | | |
|---|---|---|---|
| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | MV-104 ( ) |
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | **Domestic Violence** ( ) |

# BUFFALO PD

68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| Name: | SUTTLES, QUENTIN C. |
| DOB: | 02/02/1990 |
| Address: | 996  WALDEN AV<br>BUFFALO, NY, 14211 |
| Arresting Officer(s): | PO M. SCHEU |
| Arrest #: | 261083 |
| Remarks: | Taken to ECMC |

Complaint #:  20-1310536

PROPERTY LIST:                    CASH:   $0.00

**NYS ID**
**EARRING**

Property #:
Placed In:

Recieved By:

**PROPERTY RECEIVED**                    **PROPERTY RETURNED**

Date: 5/10/20    Time: 2031        Date: _____    Time: _____

                                   ** I have received the above property.

_____        _____
Prisoner's Signature                    Prisoner's Signature

_____        _____
Officer's Signature                    Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

## BUFFALO POLICE DEPARTMENT
### Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB.

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

**TO BE COMPLETED BY REQUESTING OFFICER**

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Sutts | 996 | WALden | BFlo NY | 14211 |

| D.O.B. * | SEX | Charge(s) (Specify Section/Sub Section & Title of the Law) |
|---|---|---|
| 2-2-90 | Male | 195.05 |

| Rank | Arresting Officer (s) | Unit: |
|---|---|---|
| P.O | R. Ammerman | C480 |

* Is Prisoner a Juvenile? (Under 18 years of age)

YES ☐    NO ☒

Parent(s) or Guardian:  Name    Address    Phone:

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder, Face Contusion

Signed  CBA    Rank

**TO BE COMPLETED BY HOSPITAL / PHYSICIAN**

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting  AMR 545 |
|---|---|

Name of Doctor:    Street & No.    City    State    Zip Code

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐    No ☐    Time ___ hrs.  Date: ___

Prisoner Released:

Time ___ hrs.  Date: ___

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION:  Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)

ORI# 1501

263561

@ECMC   y796

# BUFFALO POLICE DEPARTMENT
# ARREST DATA FORM

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES   ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RIC#: _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: 2/2/90    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SEHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05  PL 205.30  1215.40(2)  VTL 1127A  VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING. OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE TOOK HIM WEED

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE  plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN

CITY: BUFFALO    STATE: NY    ZIP CODE: 14211    US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: 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    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (MP)    SATISFACTORY ID: ☒ YES  ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?  ☐ YES  ☐ NO    NYS ID

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE? ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWTS141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES  ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☒ YES  ☐ NO  — taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)    (PA)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

Michael J Alberti /BPD
03/25/2021 11:16 AM

To  buffalopba@buffalopba.com

cc  dkillelea@gilmourkillelea.com, Ikeisha M
    Thompson/BPD@BuffaloPoliceDept, Stephanie M
    Feliciano/BPD@BuffaloPoliceDept

bcc

Subject  statements

Please be advised that the following employee's are scheduled for a statement on:

**Tuesday  April 6, 2021**

| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T) | C-Dist | EC2020-024 | Excessive |
|---|---|---|---|---|
| 1530 | PO Mike Scheu(T) C-Dist | | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 04:02 PM

To    "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject    RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just
notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links
may not be safe.]


Thank you Dave, do you have any contact info for the person that is handling
this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org


                    "Heraty, David
                    A."
                    <David.Heraty@eri
                    e.gov>                                                          To
                                              "rvrosenswie@bpdny.org"
                                              <rvrosenswie@bpdny.org>
                    06/30/2020 03:32                                                cc
                    PM
                                                                              Subject
                                     Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

Robert V Rosenswie/BPD
06/30/2020 03:35 PM

To   "Heraty, David A." <David.Heraty@erie.gov>
cc   Andre M Lloyd/BPD/@BuffaloPoliceDept
bcc
Subject   Re: Ammerman/Suttles

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 03:32 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject   Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov



| | | |
|---|---|---|
| **Robert V Rosenswie/BPD** | To | "Heraty, David A." <David.Heraty@erie.gov> |
| 06/30/2020 05:23 PM | cc | Andre M Lloyd/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Re: Ammerman/Suttles |

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo,  N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>
>          "Heraty, David
>          A."
>          <David.Heraty@eri              To
>          e.gov>           "rvrosenswie@bpdny.org"
>                           <rvrosenswie@bpdny.org>
>          06/30/2020 03:32              cc
>          PM
>                                    Subject
>                           Ammerman/Suttles
>
>
>

> 
> 
> 
> 
> 
> 
> 
> Hi Rob,
> 
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
> 
> Dave
> 
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
> 
> 
>

 Robert V Rosenswie/BPD
05/12/2020 10:51 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject    Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

**From:** Courtney A Tripp <CATripp@bpdny.org>
**Date:** May 11, 2020 at 6:42:45 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: 20-131-0536**

*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org  20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso                          ToRobert V Rosenswie/BPD@BuffaloPoliceDept
Wright/BPD                        cc
                                  Subjectcomplainant
05/11/2020
10:02 AM

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To   Andre M Lloyd/BPD/BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

> **From:** Richard J Fulinara <RJFulinara@bpdny.org>
> **Date:** May 11, 2020 at 6:21:17 PM EDT
> **To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
> **Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept

cc    Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject    Re: Facebook videos 🗎

History:        📨 This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To    Kathryn M Billanti/BPD@BuffaloPoliceDept

cc    Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept

Subject    Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD
05/12/2020 10:53 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: Facebook videos

History:        📇 This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept
cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| | | |
|---|---|---|
| Andre M Lloyd/BPD | To | Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject | Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/11/2020 12:25 PM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
Handsor/BPD@BuffaloPoliceDept
bcc
Subject   Fw: complainant Q Suttles

History:          🖅 This message has been replied to.

Andre, please contact this complaint  below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso Wright/BPD
05/11/2020 10:02 AM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept
cc
Subject   complainant

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD          To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 02:26 PM              cc
                                 bcc
                              Subject   Re: complainant Q Suttles

History:              📧 This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as
soon as possible. Thank you


Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org


Andre M Lloyd/BPD


   Andre M Lloyd/BPD
                       05/11/2020 12:59 PM              To   Robert V Rosenswie/BPD@BuffaloPoliceDept
                                                        cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                                             Handsor/BPD@BuffaloPoliceDept
                                                   Subject   Re: complainant Q Suttles




Ok. Will do.
Andre

Sent from my iPhone
    On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

    Andre, please contact this complaint below in reference to a complaint of ex force. I am in the
    process of getting a segment of video put on a disk. Let me know if there any questions. Thank
    you

    Inspector Robert V Rosenswie
    Buffalo Police Department
    Internal Affairs Division
    74 Franklin St
    Buffalo, N.Y. 14202
    716-851-4558(ofc)
    716-851-5229(fax)
    Email: rvrosenswie@bpdny.org



"D Angelo , Bianca S"
<BD'Angelo@monroecounty .
gov>

01/04/2021 12:41 PM

To    "amlloyd@bpdny.org" <amlloyd@bpdny.org>

cc

bcc

Subject    Buffalo PD Investigation Status

History:        🖃 This message has been replied to and forwarded.

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending.  I will let you know if/when there is a change in status.  Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617


PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!



-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD
05/13/2021 09:48 AM

To  Alphonso Wright/BPD/BuffaloPoliceDept

cc  Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
    Rosenswie/BPD@BuffaloPoliceDept, Joseph M
    Langdon/BPD@BuffaloPoliceDept, Jason R

bcc

Subject  Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman
as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon
his return to work that day at 1600 hours is to report immediately  to the Cheektowaga Police
Department's  Range for his annual qualification with his Department issued Glock before he is released
to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next  Wednesday but must report to the
Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued
Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the
Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend
remedial article 35 training which she will decide the date for this after having discussion regarding same
with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned
above and I respectfully  recommend they be notified by thier Command of same. Should you need
anything else regarding this please call me


Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD


Michael J Alberti /BPD
05/12/2021 04:19 PM

To  Alphonso Wright/BPD

cc  Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
    Rosenswie/BPD@BuffaloPoliceDept, Joseph M
    Langdon/BPD@BuffaloPoliceDept, Jason R
    Whitenight/BPD@BuffaloPoliceDept

Subject  PO Scheu / PO Ammerman


Chief Wright,


   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint
involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After
hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's
were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from
Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me

Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To  Robert V Rosenswie/BPD@BuffaloPoliceDept
cc
Subject  OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject   Re: Facebook videos

History:        📑 This message has been replied to.

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD



**Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept
cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
Rosenswie/BPD@BuffaloPoliceDept
Subject   Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone
     On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

     Good Morning!

     I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

     Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| | | |
|---|---|---|
| Andre M Lloyd/BPD | To | Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject | Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To   "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc   Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject   Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/12/2020 02:10 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject   Hello

Inspector,
    We have received several messages regarding a recent video of two Buffalo Police Officers'
using excessive forced towards the suspect in the video. As of yet we have not received any
messages from the male in the video nor from anyone who was actually there. I have attached a
screen shot of the video but unfortunately can't attach the video.
    Please advise moving forward.
Respectfully Submitted,

PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
    Dingwall/BPD@BuffaloPoliceDept
cc  Robert V Rosenswie/BPD@BuffaloPoliceDept
bcc
Subject  Re: Facebook videos 

Thank you. I have an additional facebook video below which shows the complainant speaking with family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
Subject  Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept



cc    Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
|---|---|
| 05/11/2020 04:49 PM | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/13/2020 01:00 PM

To     "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc     "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc

Subject  Re: Q Suttles Attorney 📄

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/13/2020 12:58 PM

To     "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc     "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
Subject  Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so can send a formal complaint to our office. I just checked the voicemail and she has not returned my call as of yet. Take care and be safe.
Attorney April A. Robinson
The Elevation Law Firm
(404) 819 1980
Respectfully Submitted,
PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD          To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/14/2020 09:58 AM             cc
                                bcc
                           Subject   ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

**Michael J Alberti /BPD**
04/21/2021 10:09 AM

To    "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
bcc
Subject    Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

**Michael J Alberti /BPD**
03/26/2021 03:12 PM

To    "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
Subject    Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



**"Garlick,Zachary T."**
<zgarlick@ch.ci.buffalo.ny.us>
02/26/2021 10:07 AM

To    "mjalberti@bpdny.org" <mjalberti@bpdny.org>
cc    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
Subject    Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Zack,

    Working on a case opened from a Notice of Claim received from Attorney Jeffrey Krajewski and his clients allegations stemmimg from her arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20. Has his client, Rachely Corrrtorreal given a 50-H or scheduled to do so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division



5/11/2020

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



carol holloman-home - Facebook Search

| Like | Comment | Share |
|------|---------|-------|



**Rex Powell** #KillerCops #SlavePatrol
Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot
Like · Reply · 2h                                                     1

**Rex Powell**



Like · Reply · 2h                                                     1

  **Dorrain Roundtree** Rex Powell What is that? A badge from
1858? Wow.

Like · Reply · 52m

 **Rex Powell** Dorrain Roundtree Yep! The origins of police is
slave patrols ...

Like · Reply · 47m

  **Dorrain Roundtree** Rex Powell I never knew that! It all
makes sense now.

Like · Reply · 23m

Write a reply...

5/11/2020

cariol holloman-home - Facebook Search

 **Donna Price-Mereau** Where is this

Like · Reply · 2h

 **Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h

 **Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h

 **Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf

Like · Reply · 1h

 **Marquell Mack** This is sad

Like · Reply · 1h

 **Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h

6

 **Patricia Roberts** WOW

Like · Reply · 1h

 **Vivian Gwathney** Truly sad jesus

Like · Reply · 1h

 **Eudora Brown** Wow

Like · Reply · 1h

 **Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited

 **Kisha Fulgham**

Like · Reply · 1h

5/11/2020

cariol holloman-horne - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h

8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinbluelie

Like · Reply · 1h · Edited

3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m

1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...

 **Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h                                                                    1

 **Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h                                                                    2

**Glenn Gadley**

Like · Reply · 1h

 **Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h

 **Mo Maldo News 4 WIVB** Buffalo

Like · Reply · 1h                                    1

 **Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h

 **Tina Vickers** Who is the officer

Like · Reply · 1h                                    1

 **Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h                                                                    1

 **Dion J Jackson** Alright now when one of these cops gets their

cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY....DAD AT WORK ...SERVING AND PROTECTING....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it alway pays to treat people with respect.

Like · Reply · 1h

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try... See More

Like · Reply · 1h

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m

5/11/2020

cariol holloman-home - Facebook Search

**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police



Like · Reply · 50m

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited

**Eric Olivera** Fuck buffalo police

Like · Reply · 38m

**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother .

Like · Reply · 32m

**Andy Williams** Fuck 12

Like · Reply · 32m

**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter

5/11/2020

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming
resisting and the person hands in the air

Like · Reply · 30m

 **Destini McClain** Pulled out the window my car was held 30 day
police held then released I was falsely accused and the judge was
white also I beat the case after two months

Like · Reply · 29m

 **Myles Soules** Lesley Soules

Like · Reply · 22m

 **Amàncio Torres** Smfh

Like · Reply · 11m

 **Leona Perry**

Like · Reply · 8m

 **Daphne Blue** Craziness

Like · Reply · 7m

 **Màni Mònroè** DMoney Narain

Like · Reply · 1m

 **Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...

5/11/2020

cariol holloman-horne - Facebook Search

 **Cariol Holloman-Horne**
35 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like        Comment        Share

5/11/2020

cariol holloman-horne - Facebook Search

**Cariol Holloman-Horne**
36 mins ·

# (716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack

10

12 Comments  30 Shares

Like          Comment          Share

**Leo Love** There was a woman on answer machine

Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks

Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message

Like · Reply · 22m

1

**Leo Love** Didn't really know what to say but I summed it up

cariol holloman-home - Facebook Search

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m

Write a reply...

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m

**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m

**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m

**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited

**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m

**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m

**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m

cariol holloman-home - Facebook Search

Write a reply…

Write a comment…

5/11/2020

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

**We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence**

26

1 Comment  4 Shares

Like          Comment          Share



Venus Marie LeTo

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

**Cariol Holloman-Home** added a new photo.
2 hrs ·



5/11/2020

cariol holloman-home - Facebook Search

5

| Like | Comment | Share |
|------|---------|-------|

4 Comments 2 Shares

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it.

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash
Who's this officer

Like · Reply · 18m

Write a comment...

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  AMMERMAN, RONALD J.
RANK:   POLICE OFFICER
UNIT:   C DISTRICT

▮▮▮▮▮▮▮▮▮▮

DOB:   12/08/1992
DOA:   11/04/2016
EMPLOYEE #174114
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE
OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
SO 2017-103 IS TRANSFERRED FROM THE ACADEMY TO THE D-DIST., EFF., 4/3/17.
SO 2017-256 TRANSFERRED FROM THE D-DIST. TO C-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2019-013 | 05/19/2019 | EXCESSIVE FORCE | NOT SUSTAINED 07/24/2019 | Yes |
| EC2019-017 | 05/24/2019 | CONDUCT (RUDE/HARASSMENT) | CASE PENDING | |
| VA2019-067 | 07/01/2019 | CITY INV. ACC/PDO; PERSUIT | DPC CONF. REQ. 10/16/2019 | N/A |
| VA2019-070 | 06/28/2019 | CITY INV. ACC/INJURY | EXONERATED, 8/7/2019 | N/A |
| IC2019-068 | 09/03/2019 | PROCEDURES/ WEAPON SAFETY | DPC CONF. REQ. 10/16/2019 | N/A |
| EC2020-024 | 05/10/2020 | EXCESSIVE FORCE | CASE PENDING | |

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  SCHEU, MICHAEL C.
RANK:  POLICE OFFICER
UNIT:   C DISTRICT

DOB:  01/20/1987
DOA:  01/13/2012
EMPLOYEE # 172580
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-06  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT
PROBATIONARY POLICE OFFICER EFF., 1/13/12.  SO 2012-305 EFF., 11/12/12,
TRANSFERRED FROM THE ACADEMY TO THE C-DIST.**
LAWSUIT:

| PSD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2020-024 | 05/10/2020 | USE OF FORCE | CASE PENDING | |





EXHIBIT Defendtant's

**006**

JMM 01/31/2024

exhibitsticker.com

0:00:01

0:00:43