## VIDEO TELECONFERENCE DEPOSITION
## COURTNEY TRIPP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
QUENTIN SUTTLES,

                          Plaintiff,

                - vs -     Case No.
                           1-21-CV-00897

CITY OF BUFFALO,

                    Defendant.
----------------------------------------


          Video teleconference deposition of

**COURTNEY TRIPP**, present at Office of Buffalo

Corporation Counsel, 1100 City Hall, 65 Niagara

Square, Buffalo, New York, taken pursuant to the

Federal Rules of Civil Procedure, connecting to

various locations on January 26, 2024, commencing

at 2:02 p.m., before KATHLEEN COON, Notary Public.


*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1   APPEARANCES:        THE REDDY LAW FIRM LLC,
                         By PRATHIMA REDDY, ESQ.,
 2                       455 Linwood Avenue,
                         Buffalo, New York  14209,
 3                       (716) 725-0139,
                         preddy@thereddylaw.com,
 4                       Appearing for the Plaintiff,
                         via Zoom.
 5
                         CAVETTE CHAMBERS, ESQ.,
 6                       By ANTHONY C. DUDDY, ESQ.,
                         Assistant Corporation Counsel,
 7                       1100 City Hall,
                         65 Niagara Square,
 8                       Buffalo, New York  14202,
                         (716) 851-4334,
 9                       aduddy@buffalony.gov,
                         Appearing for the Defendant,
10                       via Zoom.

11

12

13

14

15

16

17

18

19

20

21

22

23
```

*Courtney Tripp - Ms. Reddy - 01/26/2024*

3

1          **THE COURT REPORTER:**  Miss Reddy, will you be

2   supplying Mr. Duddy with a transcript on this one?

14:12:40   3          **MS. REDDY:**  I believe so, yes.

14:12:40   4          **THE COURT REPORTER:**  Counsel, because the

14:12:40   5   witness is not physically in my presence, pursuant

14:12:40   6   to NY CPLR 3113(d), do you stipulate that I can

14:13:04   7   swear in the witness remotely?

14:13:04   8          **MR. DUDDY:**  Yes.

14:13:08   9          **MS. REDDY:**  Yes, that's fine with me.

10   **The following were marked for Identification:**

11    **DEFT. EXH. 1          City of Buffalo Police**

12                              **Department arrest/booking**

13                              **report**

14    **DEFT. EXH. 2          Internal Affairs Division**

15                              **form**

16    **DEFT. EXH. 3          video**

17   **COURTNEY TRIPP**, 693 East Ferry, Buffalo, New York

18   14211, after being duly called and sworn via video

19   conference in compliance with CPLR 3113 (d) and New

20   York Commercial Rule 37, and whose identity was

21   confirmed by government-issued documentation,

14:15:15   22   testified as follows:

14:15:15   23                      **EXAMINATION**

*Courtney Tripp - Ms. Reddy - 01/26/2024*

4

14:15:15  1          **BY MS. REDDY:**

14:15:42  2          **Q.**    Good morning.  Thanks for joining us

14:15:45  3     today.  My name is Prathima Reddy.  I'm an attorney

14:15:48  4     representing Quentin Suttles who's also present

14:15:51  5     here today.  He's the Plaintiff in a case Suttles

14:15:54  6     versus City of Buffalo.  Are you familiar with that

14:15:56  7     case?

14:15:56  8          **A.**    I am.

14:16:01  9          **Q.**    Okay.  So today I'm going to be asking

14:16:04 10     you some questions on the record.  As you could

14:16:06 11     tell, we're here with a stenographer who will be

14:16:10 12     recording your responses, so it's really important

14:16:12 13     that you answer verbally my questions.  If for any

14:16:18 14     reason --

14:16:19 15          **MS. REDDY:**  This is my assistant joining.

         16     Mr. Duddy, do you have any objection to her joining

         17     to listen in offline for training purposes?

         18          **MR. DUDDY:**  That's fine.

         19          **MS. REDDY:**  Okay.  Thank you.

         20          **BY MS. REDDY:**

         21          **Q.**    I was just pointing out that we have a

         22     court reporter here today who's recording your

14:16:34 23     answers.  She'll be recording my questions and your

*Courtney Tripp - Ms. Reddy - 01/26/2024*

5

14:16:36  1  answers so we could have a record of today's

14:16:39  2  proceeding.  If you can be mindful of that and make

14:16:42  3  sure that you answer verbally because of course if

14:16:45  4  you nod your head or make any other gestures she

14:16:50  5  won't be able to record your answer properly.

14:16:50  6       **A.**   Okay.

14:16:51  7       **Q.**   Also, if you have any questions about

14:16:53  8  the question that I pose to you, please feel free

14:16:55  9  to ask me before you answer.

14:16:58 10       Just be mindful that we don't want to speak

14:17:01 11  over each other, so please wait for my question to

14:17:04 12  be completed before you initiate your answer.

14:17:06 13       **A.**   Okay.

14:17:06 14       **Q.**   Have you ever been deposed before?

14:17:08 15       **A.**   Not in this setting, no.

14:17:09 16       **Q.**   Okay.  What setting?

14:17:11 17       **A.**   Like not in this type of suit, no.

14:17:14 18  I've testified, but not have been deposed in this

14:17:19 19  way.

14:17:19 20       **Q.**   Okay.  What type of cases have you been

14:17:21 21  deposed in before?

14:17:23 22       **MR. DUDDY:**  She wasn't deposed.

14:17:23 23       **THE WITNESS:**  I wasn't deposed.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

6

14:17:32  1        **MR. DUDDY:**  She's given testimony in cases.

14:17:32  2        **MS. REDDY:**  I'm going to ask you, Mr. Duddy,

14:17:35  3   to not answer for the witness.

14:17:37  4        **MR. DUDDY:**  Clarifying.

14:17:38  5        **BY MS. REDDY:**

14:17:40  6        **Q.**    Miss Tripp, if you have any questions

14:17:42  7   about my question, please direct those directly to

14:17:44  8   me.

14:17:44  9        **A.**    Okay.

14:17:45 10        **Q.**    Please assume that this is a

14:17:46 11   conversation between me and you.

14:17:48 12        What type of testimony have you provided in

14:17:50 13   the past?

14:17:52 14        **A.**    I testified in criminal court as a

14:17:59 15   lieutenant or a detective or a police officer.

14:18:01 16        **Q.**    Okay.  Any other setting where you've

14:18:03 17   given testimony before?

14:18:04 18        **A.**    Not that I recall, no.

14:18:05 19        **Q.**    Okay.  Miss Tripp, where do you -- you

14:18:17 20   reside in Buffalo?

14:18:18 21        **A.**    What does that pertain to this case?

14:18:22 22        **Q.**    Do you reside in Buffalo?

14:18:23 23        **A.**    Do I have to give out my address?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

7

14:18:27  1        **Q.**   You're required to answer my questions.

14:18:28  2   If there is an objection to my question, then we

14:18:30  3   will discuss it offline, but for today's purposes

14:18:34  4   you are required to answer all of my questions.

14:18:36  5        **MR. DUDDY:**  She doesn't have to offer her

14:18:38  6   home address.

14:18:39  7        **MS. REDDY:**  I didn't ask her her home

14:18:41  8   address, Mr. Duddy.  Mr. Duddy, if you have an

14:18:44  9   objection, you may lodge it for the record, but

14:18:46 10   this is not an interactive discussion between me

14:18:49 11   and you.

14:18:55 12        **BY MS. REDDY:**

14:18:56 13        **Q.**   To rephrase the question clearly for

14:18:58 14   the record, do you reside in the City of Buffalo?

14:19:00 15        **A.**   I'm not willing to give that personal

14:19:02 16   information.  I work in the City of Buffalo.

14:19:05 17        **Q.**   Do you live in the Greater Buffalo area?

14:19:07 18        **A.**   I'm able to commute to work from my

14:19:10 19   home, correct.

14:19:11 20        **Q.**   How far is your home from your place of

14:19:13 21   work?

14:19:13 22        **MR. DUDDY:**  Objection.

14:19:13 23        **MS. REDDY:**  What is your objection?  You can

*Courtney Tripp - Ms. Reddy - 01/26/2024*

8

14:19:15  1  lodge your objection, Mr. Duddy, but she will be

14:19:19  2  required to answer my questions today.

14:19:19  3       **MR. DUDDY:**  She's a police officer.

14:19:21  4       **MS. REDDY:**  These are pretty basic

14:19:22  5  background questions.  Excuse me.  Let me finish

14:19:22  6  speaking.  These are pretty basic background

14:19:28  7  questions.  If you want to object, you can object.

14:19:28  8       **MR. DUDDY:**  She's a police officer.  She

14:19:28  9  doesn't have to divulge her address.

14:19:28 10       (Reporter interruption.)

14:19:28 11       (Discussion off the record.)

14:19:34 12       **MS. REDDY:**  These are pretty basic

14:19:36 13  background questions.  If you want to object,

14:19:39 14  please object for the record --

14:19:39 15       **MR. DUDDY:**  I just did.

14:19:40 16       **MS. REDDY:**  -- but I will instruct the

14:19:42 17  witness to answer the questions.

14:19:44 18       **MR. DUDDY:**  I just did.

14:19:45 19       **THE WITNESS:**  What is your most recent

14:19:46 20  question?

14:19:47 21       **BY MS. REDDY:**

14:19:47 22       **Q.**  I just asked you how far is your

14:19:49 23  commute to your place of work?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

9

14:19:50  1          **A.**    Approximately 15 minutes.

14:19:52  2          **Q.**    And how long have you lived in this

14:19:54  3  area, in the Greater Buffalo area?

14:19:56  4          **A.**    My entire life.

14:19:58  5          **Q.**    Okay.  How old are you?

14:19:59  6          **A.**    I'm 39.

14:20:01  7          **Q.**    I'm just going to go through a little

14:20:05  8  bit of background.  Where did you go to high school?

14:20:09  9          **A.**    I went to Hutch Tech.

14:20:11 10          **Q.**    What did you do after high school?

14:20:15 11          **A.**    I attended college.

14:20:17 12          **Q.**    Where did you go to college?

14:20:20 13          **A.**    I attended University of Buffalo, State

14:20:24 14  University of Buffalo, Buff State.

14:20:26 15          **Q.**    What year did you graduate?

14:20:29 16          **A.**    I don't recall which year.

14:20:32 17          **Q.**    Okay.  What did you get a degree in?

14:20:36 18          **A.**    Business management.

14:20:39 19          **Q.**    And was this a four year program after

14:20:45 20  high school?

14:20:45 21          **A.**    I did not go full-time, so it was not

14:20:48 22  completed in four years.

14:20:49 23          **Q.**    What year did you graduate high school?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

10

14:20:51  1        A.    2002.

14:20:53  2        Q.    And what did you do after you attended

14:20:58  3   college?

14:20:58  4        A.    I worked multiple jobs.

14:21:02  5        Q.    What were those jobs?

14:21:04  6        A.    I worked in a pizzeria and I worked for

14:21:08  7   Erie County Social Services issuing Medicaid.

14:21:14  8        Q.    And how long did you work in those jobs

14:21:18  9   approximately?

14:21:22 10        A.    Each?  Over five years.

14:21:32 11        Q.    Okay.  And what did you do after that?

14:21:35 12        A.    I became a police officer.

14:21:36 13        Q.    What year was that?

14:21:37 14        A.    2013.

14:21:45 15        Q.    And what were the requirements to

14:21:47 16   become a police officer?

14:21:48 17        A.    It's a Civil Service job.  You take a

14:21:51 18   written examination and then you're canvassed and

14:21:55 19   then there's a physical, psychological, medical

14:22:00 20   background checks I guess and evaluations.

14:22:06 21        Q.    And what was your position when -- was

14:22:07 22   this in 2013 that you joined the Buffalo PD?

14:22:10 23        A.    I was hired January 18th, 2013.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

11

14:22:17  1          Q.    And what was your title upon hire?

14:22:20  2          A.    Probationary police officer.

14:22:26  3          Q.    Was there a time where you came off

14:22:29  4    probation?

14:22:29  5          A.    We're on probation for 18 months.

14:22:36  6          Q.    And where did you -- what district did

14:22:37  7    you begin in 2013?

14:22:39  8          A.    I was trained in Delta District and

14:22:41  9    then I worked in Edward District.

14:22:44 10          Q.    Delta meaning D and Edward meaning E;

14:22:48 11    is that correct?

14:22:48 12          A.    Correct.

14:22:49 13          Q.    How long were you in the D District?

14:22:54 14          A.    Just for my field training period which

14:22:58 15    approximately June of '13 to October of '13.

14:23:07 16          Q.    Okay.  Did you join District E in

14:23:11 17    October of 2013?

14:23:12 18          A.    I did.

14:23:12 19          Q.    And did your title at some point change?

14:23:14 20          A.    I became a police officer as opposed to

14:23:18 21    a probationary police officer and then I became a

14:23:22 22    detective and then I became a lieutenant.

14:23:23 23          Q.    Okay.  Let's go back.  I'm sorry.  I

14:23:26  1  didn't hear the first title you said.

14:23:27  2      **A.**   You go from probationary police officer

14:23:31  3  to a police officer upon completion of your

14:23:33  4  probationary status of 18 months and then I became

14:23:36  5  a detective and then I became a lieutenant.

14:23:41  6      **Q.**   So 18 months after June of 2013 you

14:23:45  7  became a police officer --

14:23:49  8      **A.**   Incorrect.  Your probationary starts

14:23:51  9  upon hiring.  It's 18 months since January of '13.

14:24:02 10      **Q.**   Okay.  I'm just going to ask you not to

14:24:02 11  speak over me because I hadn't finished my question

14:24:02 12  and perhaps I got this wrong, but I'm just

14:24:02 13  clarifying for the record.

14:24:05 14      January 18th, 2013 you were a probationary

14:24:07 15  police officer?

14:24:07 16      **A.**   Correct.

14:24:07 17      **Q.**   18 months later you were a police

14:24:07 18  officer; is that accurate?

14:24:10 19      **A.**   Yes.

14:24:11 20      **Q.**   How long were you a police officer,

14:24:13 21  holding that title as a police officer with the

14:24:16 22  Buffalo Police Department?

14:24:17 23      **A.**   Until I was promoted to detective.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

13

| | | |
|---|---|---|
| 14:24:20 | 1 | **Q.**   When was that? |
| 14:24:20 | 2 | **A.**   December of 2017. |
| 14:24:23 | 3 | **Q.**   Did you transfer to the E department |
| 14:24:33 | 4 | during your probationary period? |
| 14:24:34 | 5 | **A.**   Pardon me? |
| 14:24:35 | 6 | **Q.**   Did you transfer to the E department -- |
| 14:24:35 | 7 | District.  I'm sorry.  During your probationary -- |
| 14:24:35 | 8 | **A.**   During. |
| 14:24:48 | 9 | **Q.**   -- period or at the conclusion?  Why |
| 14:24:48 | 10 | were you transferred? |
| 14:24:49 | 11 | **A.**   It's standard practice that once you |
| 14:24:53 | 12 | are done with your training you become an officer |
| 14:24:56 | 13 | within a district and that was the district that I |
| 14:24:57 | 14 | was assigned to. |
| 14:24:58 | 15 | **Q.**   Okay.  And what training are you |
| 14:25:00 | 16 | referring to? |
| 14:25:01 | 17 | **A.**   Field training.  It's a part of the |
| 14:25:04 | 18 | academy. |
| 14:25:06 | 19 | **Q.**   Okay.  You mentioned field training |
| 14:25:11 | 20 | already, I believe, if I'm not mistaken, but let's |
| 14:25:14 | 21 | go back.  When did you complete your field training? |
| 14:25:16 | 22 | **A.**   October of 2013. |
| 14:25:19 | 23 | **Q.**   Did that coincide with the probationary |

*Courtney Tripp - Ms. Reddy - 01/26/2024*

14

14:25:29    1   period?

14:25:29    2         **A.**    No.  I was -- I don't -- coincide with

14:25:29    3   the ending of it or during it?

14:25:43    4         **Q.**    So, during your probationary period in

14:25:46    5   October of 2013 you completed your field training

14:25:46    6   and you were transferred from the D District to the

14:25:48    7   E District?  Is that your testimony?

14:25:53    8         **A.**    Yes.

14:25:53    9         **Q.**    Going back to my initial question, you

14:26:01   10   -- you were promoted in December of 2017 to

14:26:05   11   detective.  What were the requirements to be

14:26:08   12   promoted?

14:26:09   13         **A.**    It's another Civil Service examination.

14:26:13   14         **Q.**    Is there anything else that's required?

14:26:15   15         **A.**    You do an interview with members of the

14:26:20   16   police department.

14:26:22   17         **Q.**    Anything else to be promoted?

14:26:25   18         **A.**    At that time, you needed to have three

14:26:30   19   years served as a police officer.

14:26:35   20         **Q.**    How long did you serve as a detective

14:26:42   21   for the Buffalo Police Department?

14:26:43   22         **A.**    Approximately 13 months.

14:26:45   23         **Q.**    And what happened after that?

14:26:52   1        **A.**   I was promoted to lieutenant.

14:26:53   2        **Q.**   When was that?

14:26:54   3        **A.**   January of 2019.

14:26:56   4        **Q.**   And this is still in the E District?

14:26:58   5        **A.**   Upon that promotion, I transferred to

14:27:01   6   Charlie District.

14:27:04   7        **Q.**   C District?  Okay.  And what are the

14:27:07   8   requirements of being promoted from a detective to

14:27:09   9   a lieutenant?

14:27:10  10        **A.**   They're not from one to another.

14:27:14  11   They're individually where you could take an exam

14:27:17  12   for either position.  I applied for both.  Being a

14:27:21  13   detective did not have any bearing on me becoming a

14:27:25  14   lieutenant.

14:27:25  15        **Q.**   I see.  Okay.  So when did you apply

14:27:28  16   for both?

14:27:28  17        **A.**   When I took the exams for them.  I'm

14:27:31  18   not sure of the exact dates.  Prior to both

14:27:36  19   promotions.

14:27:39  20        **Q.**   So what prompted you to move from

14:27:45  21   detective to lieutenant?

14:27:46  22        **A.**   That is the position that I chose.

14:27:50  23        **Q.**   Why did you choose that position?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

16

14:27:53  1          A.    It was a position that I was interested

14:27:54  2    in working.

14:27:55  3          Q.    Why were you interested in the

14:28:04  4    lieutenant position?

14:28:05  5          A.    I don't have a direct reason.  It was

14:28:14  6    one of my ambitions to move forward in my career.

14:28:20  7          Q.    Okay.  So January 2019 you are a

14:28:32  8    lieutenant in the C District for the Buffalo Police

14:28:32  9    Department?

14:28:32 10          A.    Correct.

14:28:35 11          Q.    What's your current title?

14:28:37 12          A.    I'm a lieutenant for the Buffalo Police

14:28:40 13    Department assigned to Charlie District.

14:28:44 14          Q.    What are your job responsibilities as a

14:28:49 15    lieutenant?

14:28:49 16          A.    I oversee my platoon, I'm responsible

14:28:53 17    for monitoring or going to calls that they need a

14:29:02 18    lieutenant for, that are requested for, attendance,

14:29:08 19    administrative work.

14:29:10 20          Q.    Okay.  Pardon me.  I'm not well-versed

14:29:14 21    in the lingo.  What does platoon mean?

14:29:19 22          A.    A platoon would be a set number of

14:29:21 23    officers assigned to my shift in my district under

*Courtney Tripp - Ms. Reddy - 01/26/2024*

17

14:29:24  1   my command.

14:29:28  2          Q.   How many are in your platoon?

14:29:34  3          A.   Currently I have 11.

14:29:36  4          Q.   11 police officers?

14:29:37  5          A.   Correct.

14:29:38  6          Q.   Do you know those offhand, the names?

14:29:41  7          A.   That work for me currently?

14:29:43  8          Q.   Who are in the platoon that you oversee

14:29:47  9   in the C District, yes.

14:29:49 10          A.   Currently, yes.

14:29:50 11          Q.   Can you name those, please?

14:29:52 12          MR. DUDDY:  Objection.

14:29:52 13          BY MS. REDDY:

14:29:52 14          Q.   Can you name the 11 officers?

14:29:56 15          MR. DUDDY:  Objection.

14:29:56 16          THE WITNESS:  I can name them, but --

14:30:00 17          MS. REDDY:  I think you have to name the

14:30:02 18   objection.  What's the basis of your objection for

14:30:04 19   the record?

14:30:05 20          MR. DUDDY:  She says she works in C District

14:30:07 21   which is not where we're -- the incident happened

14:30:09 22   in E District.  Why would she name the officers

14:30:11 23   that work for --

*Courtney Tripp - Ms. Reddy - 01/26/2024*

18

14:30:11  1        **MS. REDDY:**  Counsel, I'm going to ask you

14:30:14  2    for the last time to not provide any testimony for

14:30:17  3    the record.  You lodged your objection.  I'm sure

14:30:20  4    you're aware there's no relevancy objections today.

14:30:24  5    I'm asking questions for the witness to answer.

14:30:24  6    She indicated that she does recall the names of the

14:30:24  7    11 police officers that she is in charge of in this

14:30:30  8    platoon and I expect her to name them now, but you

14:30:31  9    have -- you have stated your objection and I'm sure

14:30:32  10   the stenographer has recorded that down.  Thank you.

14:30:36  11        **BY MS. REDDY:**

14:30:37  12       **Q.**    Would you like me to rephrase the

14:30:39  13   question, Miss Tripp, or are you able to answer?

14:30:41  14       **A.**    I'll answer, but it has no relevance on

14:30:45  15   four years ago currently.

14:30:46  16       **Q.**    Excuse me.  Hold on, please.  Just like

14:30:49  17   I advised your counsel, please answer the question

14:30:51  18   asked without additional comments or opinions.

14:30:55  19        What are the 11 officers in your platoon

14:30:57  20   that you oversee currently?

14:30:59  21       **A.**    Police Officer Kessler, Police Officer

         22   Johnson, Police Officer --

         23        (Reporter interruption.)

*Courtney Tripp - Ms. Reddy - 01/26/2024*

19

1          (Discussion off the record.)

2          **BY MS. REDDY:**

3          **Q.**   Slow down for the stenographer.

4          **A.**   Okay.

5          (Discussion off the record.)

6          **THE WITNESS:**  Police Officer Kessler,

14:31:22  7  K-E-S-S-L-E-R; Police Officer Johnson,

14:31:25  8  J-O-H-N-S-O-N.

14:31:27  9          **BY MS. REDDY:**

14:31:27  10          **Q.**   If you could, if you don't mind, we'd

14:31:29  11  like the first and last name so the record is

14:31:32  12  clear.

14:31:33  13          **A.**   Are we ready?  Police Officer Taylor

14:31:42  14  Kessler, T-A-Y-L-O-R, K-E-S-S-L-E-R; Police Officer

14:31:56  15  Nicholas Johnson, N-I-C-H-O-L-A-S, J-O-H-N-S-O-N;

14:32:10  16  Police Officer John Simonian, J-O-H-N,

14:32:26  17  S-I-M-O-N-I-A-N; Police Officer Bryan Hanover,

14:32:28  18  B-R-Y-A-N, H-A-N-O-V-E-R; Police Officer Patrick

14:32:54  19  Garry, P-A-T-R-I-C-K, G-A-R-R-Y; Police Officer

14:32:55  20  Tyler Bajer, T-Y-L-E-R, B-A-G -- I'm sorry.

14:33:09  21  B-A-J-E-R; Police Officer Dequinn Saunders,

14:33:21  22  D-E-Q-U-I-N-N, S-A-U-N-D-E-R-S; Police Officer

14:33:27  23  Jonathan Hanover, J-O-N-A-T-H-A-N, H-A-N-O-V-E-R;

*Courtney Tripp - Ms. Reddy - 01/26/2024*

20

14:33:39   1   Police Officer Pete Massicci, P-E-T-E,

14:33:51   2   M-A-S-S-I-C-C-I; Police Officer Raul Nunez,

14:34:05   3   R-A-U-L, N-U-N-E-Z; and probationary Police Officer

14:34:07   4   Kevin Wilson, K-E-V-I-N, W-I-L-S-O-N.  Is that 11?

14:34:07   5          **MS. REDDY:**  Kathleen, is that 11 names?

14:34:07   6          (The above-requested answer was then read by

14:34:07   7   the reporter.)

14:35:20   8          **THE WITNESS:**  Thank you.

14:35:20   9          **MS. REDDY:**  Thank you for checking.

14:35:26  10          **BY MS. REDDY:**

14:35:26  11          **Q.**   So your testimony earlier was that you

14:35:28  12   oversee a platoon and you gave us the names of 11

14:35:33  13   officers in your platoon.

14:35:35  14          When you used the word oversee, what did you

14:35:39  15   indicate in terms of your responsibilities as a

14:35:44  16   lieutenant in the Buffalo Police Department in

14:35:44  17   relation to this platoon?

14:35:45  18          **A.**   I'm their direct supervisor.

14:35:47  19          **Q.**   What does that entail?

14:35:49  20          **A.**   Once again, I am responsible to check

14:35:53  21   attendance, to assist them on calls where a

14:35:57  22   supervisor is required.

14:36:00  23          **Q.**   Okay.  Do you have any other functions

*Courtney Tripp - Ms. Reddy - 01/26/2024*

21

14:36:02  1  as a direct supervisor of this platoon?

14:36:08  2          **A.**   It's a daily job, there's many things,

14:36:13  3  but generally we oversee the platoon and we assist

14:36:17  4  with attendance, their payroll, administrative

14:36:22  5  things such as that.

14:36:33  6          **Q.**   Do you have any other responsibilities

14:36:36  7  as a lieutenant?  And I'm actually clarifying.  You

14:36:41  8  indicated that you monitor calls.  What does that

14:36:43  9  indicate?  What is a call?

14:36:45 10          **A.**   A call for service, a 911 call.

14:36:52 11          **Q.**   So do you review the 911 recordings?

14:36:55 12          **A.**   No.

14:36:56 13          **Q.**   Okay.  Could you, please, explain how

14:36:58 14  you monitor 911 calls?

14:37:00 15          **A.**   The calls are dispatched over the

14:37:05 16  radio, so I listen to the calls as they're given to

14:37:08 17  officers or also we have the ability to read them

14:37:11 18  on our computer.

14:37:13 19          **Q.**   Okay.  How often do you do that?

14:37:14 20          **A.**   It varies.

14:37:18 21          **Q.**   Is that one of your main job

14:37:22 22  responsibilities?

14:37:22 23          **A.**   To monitor the calls that are received

*Courtney Tripp - Ms. Reddy - 01/26/2024*

22

14:37:26  1  by my platoon?

14:37:28  2          Q.   Yes.

14:37:28  3          A.   Yes.

14:37:30  4          Q.   Do your platoon officers wear body cams?

14:37:45  5          A.   Yes.

14:37:45  6          Q.   What is the policy regarding wearing

14:37:48  7  body cams within the Buffalo Police Department?

14:37:50  8          A.   The current policy is that they're to

14:37:53  9  be on their body and activated while they are on a

14:37:56 10  call.

14:37:56 11          Q.   Okay.  And, again, when you say call,

14:37:59 12  does that mean when you are responding to a 911 call?

14:38:03 13          A.   Responding to a 911 call, yes.

14:38:06 14          Q.   I'm sorry.  Did you say anything else

14:38:13 15  after that?  I thought it froze for a second.

14:38:15 16          A.   No.

14:38:16 17          Q.   Just responding to 911 calls?  Is that

14:38:19 18  your testimony?

14:38:19 19          A.   They are to have them on while they're

14:38:21 20  responding to 911 calls.

14:38:22 21          Q.   Are there any other requirements of

14:38:24 22  when the body camera needs to be on?

14:38:27 23          A.   While they're working or interacting

*Courtney Tripp - Ms. Reddy - 01/26/2024*

14:38:34  1  with the public in the capacity of a police

14:38:38  2  officer.

14:38:38  3       **Q.**  Are you referencing like on patrol?

14:38:44  4       **A.**  If they're on patrol or if they're --

14:38:46  5  not all calls are generated via 911, so if someone

14:38:51  6  flags them down, asks for assistance or they're

14:38:55  7  interacting in that way they would activate their

14:38:57  8  body camera.

14:39:03  9       **Q.**  How do you ensure that your platoon

14:39:06  10  officers comply with this body cam policy?

14:39:10  11       **A.**  I don't personally ensure that.

14:39:17  12       **Q.**  Is that one of your duties as their

14:39:20  13  supervisor?

14:39:20  14       **A.**  To check their body camera footage?

14:39:24  15  No.

14:39:25  16       **Q.**  Not necessarily to check.  To ensure

14:39:27  17  that they are complying with the body camera

14:39:29  18  policy?

14:39:30  19       **MR. DUDDY:**  Objection.

14:39:42  20       **BY MS. REDDY:**

14:39:43  21       **Q.**  Is one of your job responsibilities to

14:39:43  22  ensure that your platoon is complying with the body

14:39:50  23  cam policy that you just indicated to us?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

24

14:39:50  1        **A.**    We don't have any set standards for

14:39:52  2    checking that compliance.

14:39:53  3        **Q.**    When you say we, who are you referring

14:39:56  4    to?

14:39:56  5        **A.**    Lieutenants.

14:39:57  6        **Q.**    Okay.  How does the Buffalo Police

14:40:07  7    Department ensure that the officers are complying

14:40:08  8    with the body cam policy you just testified to?

14:40:11  9        **MR. DUDDY:**  Objection.  Asked and answered.

14:40:16  10        **BY MS. REDDY:**

14:40:17  11        **Q.**    You have to answer the question.

14:40:18  12        **A.**    The Buffalo Police Department as a

14:40:20  13    whole I'm unaware how they conduct that.

14:40:26  14        **Q.**    In your responsibilities as a

14:40:38  15    lieutenant, have you ever had to review body cam

14:40:40  16    footage?

14:40:41  17        **A.**    I have.

14:40:42  18        **Q.**    For whom?

14:40:42  19        **MR. DUDDY:**  Objection.  For whom you mean

14:40:47  20    police officer or a certain case or -- I mean I

          21    think you're breaching the rules of confidentiality

          22    here.

          23        **MS. REDDY:**  What confidentiality?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

          1          (Reporter interruption.)

          2          (Discussion off the record.)

          3          **MS. REDDY:**  Mr. Duddy, you can lodge an

          4  objection.

14:41:06  5          **MR. DUDDY:**  You know one of the rules of

14:41:07  6  depositions whether you like it or not is civility

14:41:07  7  towards opposing counsel, so don't be speaking down

14:41:11  8  to people.  What I'm saying is elaborate, ask your

14:41:16  9  question properly.  Who are you talking about?

14:41:20  10         **MS. REDDY:**  Mr. Duddy, you want to lecture

14:41:22  11  me on deposition rules during this deposition?

14:41:24  12         **MR. DUDDY:**  Oh, pardon me.  Pardon me.  You

14:41:26  13  can, but nobody else can?  As I say it, rephrase

14:41:27  14  the question.  Who are you talking about?

14:41:34  15         **MS. REDDY:**  Okay.  I'll give you one final

14:41:36  16  warning, Mr. Duddy, of your objection.  That's the

14:41:38  17  extent of your involvement today.  If you have a

14:41:40  18  confidentiality objection, you should lodge that.

14:41:43  19  I don't appreciate the tone and the manner that you

14:41:46  20  are conducting this right now.

14:41:47  21         **MR. DUDDY:**  Well, Prathima, that's exactly

14:41:50  22  what I was saying to you, so --

14:41:52  23         **MS. REDDY:**  I asked her a question.  You

14:41:52  1  lodged an objection.  You keep speaking over me,

14:41:52  2  Mr. Duddy.  I don't think this is necessary and

14:41:57  3  it's going to prolong the deposition.

14:42:00  4      **MR. DUDDY:**  Okay.  That's fine.  We can end

14:42:02  5  this deposition.  We could do the depositions here

14:42:05  6  physically in Buffalo.  Okay?

14:42:07  7      **MS. REDDY:**  I'm not sure if you're --

14:42:07  8      (Reporter interruption)

14:42:07  9      (Discussion off the record.)

14:42:18  10     **MS. REDDY:**  They're simple questions.

14:42:21  11  Kathleen, do you mind reading the last question

14:42:23  12  back, please?

14:42:23  13     (The above-requested testimony was then read

14:42:49  14  by the reporter.)

14:42:49  15     **BY MS. REDDY:**

14:42:50  16     **Q.**   I'm going to rephrase that.  Your

14:42:56  17  testimony was that you have in the course of your

14:42:56  18  job responsibility as a lieutenant for the Buffalo

14:42:58  19  Police Department reviewed body cam footage of

14:42:58  20  police officers and I'm asking you what prompted

14:43:01  21  that review?

14:43:04  22     **A.**   Previously we were able to review them

14:43:07  23  if they submitted a use of force form.  We are no

*Courtney Tripp - Ms. Reddy - 01/26/2024*

27

14:43:11   1  longer required to do that.

14:43:11   2       **Q.**   When you say required --

14:43:14   3       **A.**   We are no longer able to do that.

14:43:17   4       **Q.**   Okay.  Sorry.  I didn't mean to

14:43:21   5  interrupt you.  I was just going to clarify.  When

14:43:23   6  you say previously, are you referring to a certain

14:43:25   7  time frame?

14:43:26   8       **A.**   They have made changes in some of our

14:43:30   9  policies where our role in response to certain

14:43:35  10  incidents has changed.

14:43:37  11       **Q.**   Okay.  When did that change happen?

14:43:39  12       **A.**   I don't know exact date.  It would be

14:43:41  13  within the last 12 to 18 months.

14:43:44  14       **Q.**   Is that written in a document anywhere,

14:43:50  15  that policy change?

14:43:51  16       **A.**   The manual of procedures documents all

14:43:54  17  of our policies.

14:43:55  18       **Q.**   And is there an old one and a new one?

14:44:00  19       **A.**   I'm unaware.  I have the -- we have an

14:44:05  20  updated one within our department and it's on the

14:44:09  21  computer.  I don't know how they store that or

14:44:13  22  determine the changes.

14:44:14  23       **Q.**   And how was this policy change that

*Courtney Tripp - Ms. Reddy - 01/26/2024*

28

14:44:18  1  occurred within the last 12 to 18 months with

14:44:21  2  respect to the use of force forms communicated to

14:44:25  3  you?

14:44:25  4          A.   It would be given to us through our

14:44:28  5  department's manual of procedures.

14:44:29  6          Q.   So you received a new manual?

14:44:31  7          A.   No.  It's virtual, it's on a computer,

14:44:36  8  so you're able to read the updated forms.

14:44:38  9          Q.   So did you get an email indicating that

14:44:40 10  there was a change in the manual?

14:44:42 11          A.   I don't recall whether I received an

14:44:46 12  email.

14:44:47 13          Q.   Were there any other changes to

14:44:50 14  policies outside of that one?

14:44:51 15          A.   There's multiple changes to policies

14:44:54 16  throughout time.  They update and change policies.

14:45:02 17          Q.   How often do they update or change the

14:45:05 18  policies?

14:45:05 19          A.   There's no set time for that.  As

14:45:10 20  needed through the department.

14:45:11 21          Q.   So this virtual manual is updated.

14:45:18 22  Just to clarify, how are you made aware that

14:45:22 23  there's a change?  For example, with the use of

*Courtney Tripp - Ms. Reddy - 01/26/2024*

14:45:24  1  force forms, how did you come to know that you were

14:45:27  2  no longer required to review body cam footage in

14:45:31  3  relation to the submission of a use of force form?

14:45:31  4       **A.**   Under the manual of procedures there

14:45:35  5  will be an alert through that program that stores

14:45:42  6  the manual of procedures that there's an update to

14:45:44  7  be reviewed.

14:45:46  8       **Q.**   Okay.  What's the program?

14:45:47  9       **A.**   PowerDMS.

14:46:00  10      **Q.**   Is this a system that's used widely by

14:46:03  11  all the police officers for the Buffalo PD?

14:46:06  12      **A.**   Yes.

14:46:07  13      **Q.**   So can you explain to me what the exact

14:46:15  14  change was with respect to the use of force form?

14:46:18  15      **A.**   It wasn't to the form.  It was to -- I

14:46:21  16  was speaking to the lieutenant's responsibility for

14:46:24  17  the form.

14:46:26  18      **Q.**   Okay.  Can you explain that?

14:46:27  19      **A.**   Previously we would review the form.

14:46:30  20  Currently we no longer do that.  It goes directly

14:46:33  21  to somebody above our command.

14:46:35  22      **Q.**   Who is your supervisor?

14:46:36  23      **A.**   My current supervisor is Captain

*Courtney Tripp - Ms. Reddy - 01/26/2024*

14:46:43  1  Kenneth Agee.

14:46:43  2        **Q.**   Can you spell that?

14:46:45  3        **A.**   K-E-N-N-E-T-H, A-G-E-E.

14:46:55  4        **Q.**   In terms of the hierarchy, captains are

14:47:04  5  supervisors for lieutenants; is that accurate?

14:47:08  6        **A.**   Their rank is above ours, correct.

14:47:14  7        **Q.**   Is he the only supervisor that you

14:47:16  8  report to?

14:47:17  9        **A.**   Our district has two captains and a

14:47:20 10  chief that are above lieutenants.

14:47:23 11        **Q.**   Who's the other captain?

14:47:26 12        **A.**   Captain Jason Whitenight, J-A-S-O-N,

14:47:38 13  W-H-I-T-E-N-I-G-H-T.

14:47:38 14        **Q.**   And who's the chief?

14:47:40 15        **A.**   Chief Thelma Jones, T-H-E-L-M-A,

14:47:47 16  J-O-N-E-S.

14:47:47 17        **Q.**   Okay.  So when do you report to each

14:47:54 18  captain?  Is it based on your shift or are they

14:47:56 19  both equally responsible for your supervision?

14:48:01 20        **A.**   Generally you work with -- if somebody

14:48:06 21  is working the same time you are and they outrank

14:48:12 22  you if you have questions or concerns you could go

14:48:13 23  to them.  You're not guaranteed to have a captain

*Courtney Tripp - Ms. Reddy - 01/26/2024*

31

14:48:18  1  at the same time as your shift.

14:48:21  2        Q.    What shift do you typically work?

14:48:23  3        A.    I work 3:30 p.m. to 1:30 a.m.

14:48:33  4        Q.    And is that daily?

14:48:34  5        A.    No.

14:48:35  6        Q.    How often do you work that shift?

14:48:36  7        A.    I work approximately four to five days

14:48:41  8  a week.

14:48:41  9        Q.    Do you work any other shifts?

14:48:44  10        A.    I am not assigned to any other shifts

14:48:48  11  unless I receive overtime.

14:48:51  12        Q.    How often do you receive overtime?

14:48:55  13        A.    It varies.

14:49:00  14        Q.    If you had to average how much overtime

14:49:04  15  you receive a month, how much would that be?

14:49:06  16        A.    I don't have an average.  It varies on

14:49:08  17  attendance of other lieutenants, the availability

14:49:13  18  of overtime based on seniority.  There's no

14:49:16  19  guarantee and there's no set amount.  I do not have

14:49:19  20  an average.  It varies.

14:49:26  21        Q.    Are your hours tabulated in some

14:49:36  22  document like a pay stub?

14:49:39  23        A.    I receive a pay stub, correct.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

32

14:49:42  1          Q.    Does that indicate the hours worked on
14:49:45  2     your overtime hours to date?
14:49:50  3          A.    It does.
14:49:50  4          Q.    Have you always worked this shift or
14:50:04  5     does that also vary?
14:50:05  6          A.    This is my current assignment.
14:50:07  7          Q.    Was there another shift you were
14:50:09  8     working before this one?
14:50:10  9          A.    I was on a midnight shift once.  Well,
14:50:18 10     I was assigned to midnights for a period of time.
14:50:20 11          Q.    What's the midnight shift?
14:50:22 12          A.    8 p.m. to 6 a.m.
14:50:30 13          Q.    In your role as lieutenant, who has the
14:50:39 14     authority to discipline or otherwise gauge your
14:50:44 15     performance?
14:50:44 16          A.    That would be a captain or a chief.
14:50:49 17          Q.    Are you referring to the two captains
14:50:51 18     and the chief that you mentioned earlier in your
14:50:54 19     testimony?
14:50:54 20          A.    They are my direct supervisors in my --
14:51:06 21     assigned to my district.
14:51:20 22          Q.    Okay.  Just to be clear, I want to go
14:51:23 23     back to the policy change that you indicated

14:51:25  1  earlier with respect to the use of force forms.

14:51:28  2  Your testimony was that the form had not changed;

14:51:33  3  is that correct?

14:51:33  4          **A.**    Correct.

14:51:33  5          **Q.**    And when are these forms used within

14:51:38  6  the Buffalo Police Department?

14:51:41  7          **A.**    When use of force is used by a police

14:51:43  8  officer.

14:51:43  9          **Q.**    And how do you define use of force?

14:51:47  10         **A.**    Use of force by a police officer would

14:51:54  11  be as through the manual of procedure physical

14:51:57  12  contact with a subject, use of a firearm, use of OC

14:52:09  13  spray, we are also issued batons.

14:52:33  14         **Q.**    What is OC spray again?

14:52:38  15         **A.**    It's Mace.

14:52:49  16         **Q.**    Mace?  Did the officers have pepper

14:52:49  17  spray?

14:52:49  18         **A.**    They are issued pepper spray.

14:52:49  19         **Q.**    And is that part of the use of force

14:52:51  20  reporting?

14:52:51  21         **A.**    Yes.

14:52:54  22         **Q.**    On any call, for example, or any

14:52:58  23  interaction with a civilian or citizen, if there is

*Courtney Tripp - Ms. Reddy - 01/26/2024*

34

14:53:03  1  physical contact or use of a firearm, Mace, pepper

14:53:07  2  spray or use of a baton, in those conditions is the

14:53:10  3  use of force form required to be submitted?

14:53:12  4      **A.**   Not all physical contact, but physical

14:53:17  5  contact that's documented in the use of force

14:53:20  6  policy.

14:53:21  7      **Q.**   And how does a police officer make that

14:53:24  8  determination?

14:53:25  9      **A.**   Review the policy and determine if the

14:53:30  10  force that they used fell under the list of forces

14:53:36  11  that needed to be documented via the Blue Team or

14:53:40  12  use of force form.  I'm sorry.

14:53:42  13      **Q.**   I'm sorry.  Could you repeat your

14:53:45  14  answer?  I didn't quite understand that.

14:53:48  15      **A.**   If the force or the physical -- so you

14:53:51  16  said physical contact.  Not all physical contact

14:53:53  17  needs to be documented under a use of force form.

14:53:57  18  If the physical contact that they had or the use of

14:54:01  19  force that they used on a subject was under certain

14:54:04  20  guidelines as written in the manual of procedures

14:54:06  21  that they need to be documented on the use of force

14:54:08  22  form, the officers would then complete the form.

14:54:12  23      **Q.**   And who do they give that form to?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

35

14:54:14  1          **A.**    It's uploaded electronically and it

14:54:18  2     currently goes directly to the Internal Affairs

14:54:22  3     Division via the new policy.

14:54:23  4          **Q.**    Okay.  And what happened via the old

14:54:25  5     policy?

14:54:25  6          **A.**    It would come to their supervisor.

14:54:31  7          **Q.**    Does each police officer have a

14:54:33  8     dedicated supervisor?

14:54:36  9          **A.**    They have a supervisor on, yes, so they

14:54:40 10     are the platoon supervisor, but that supervisor can

14:54:43 11     vary depending on attendance.

14:54:47 12          **Q.**    On attendance, right?  Is that what you

14:54:50 13     said?

14:54:50 14          **A.**    Correct.

14:54:50 15          **Q.**    Now, we discussed this policy, so I

14:55:07 16     just want to clarify for the record.  Under the old

14:55:08 17     policy --

14:55:09 18          **A.**    Your computer froze.  Your computer

14:55:10 19     froze.  Can you go back?

14:55:11 20          **Q.**    Yes.  I just want to clarify.  We

14:55:15 21     discussed this policy change with respect to the

14:55:18 22     use of force form.  Under the old policy, your

14:55:22 23     testimony was that the use of force form would be

*Courtney Tripp - Ms. Reddy - 01/26/2024*

36

14:55:25  1  given directly to the police officer's supervisor;

14:55:29  2  is that correct?

14:55:29  3      **A.**    Electronically, correct.  Yes.

14:55:33  4      **Q.**    Uploaded and the supervisor would be

14:55:35  5  notified through your system?

14:55:39  6      **A.**    Correct.

14:55:40  7      **Q.**    And what is that supervisor's

14:55:43  8  responsibility after the use of force form is

14:55:46  9  uploaded?

14:55:47 10      **A.**    The supervisor is to review the

14:55:50 11  documentation provided to them by the officer and

14:55:54 12  determine if they believe the force was necessary.

14:55:58 13      **Q.**    And how do they make that

14:56:07 14  determination?

14:56:08 15      **A.**    They do that based on the paperwork

14:56:10 16  provided, the documentation.

14:56:13 17      **Q.**    Okay.  So this questioning was prompted

14:56:17 18  when we were discussing the body cam.  I believe

14:56:21 19  you had mentioned the use of force form and the

14:56:25 20  body cam footage in relation.  Does the supervisor

14:56:29 21  review the body cam footage at that point?

14:56:32 22      **A.**    They have the ability to, but they were

14:56:35 23  not required to.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

37

14:56:38  1        Q.    Has that changed in the new policy?

14:56:40  2        A.    We no longer review the use of force

14:56:44  3   forms.

14:56:45  4        Q.    Under the old policy, the supervisor

14:56:52  5   would review the paperwork and had discretion

14:56:54  6   whether to review the body cam footage or not?

14:57:01  7        A.    Yes.

14:57:02  8        Q.    Is that correct?

14:57:02  9        A.    Yes.

14:57:02 10        Q.    Thank you.  I just want to go back a

14:57:07 11   little bit because I know you were a probationary

14:57:10 12   police officer and then a police officer and then a

14:57:14 13   detective; is that correct?

14:57:16 14        A.    Yes.

14:57:16 15        Q.    Are there any ranks between police

14:57:19 16   officer, detective and lieutenant that we haven't

14:57:22 17   discussed?

14:57:22 18        A.    No -- I'm sorry.  There is a detective

14:57:29 19   sergeant within the detective division.  Lieutenant

14:57:38 20   is in the patrol division.

14:57:42 21        Q.    Okay.  But if you are a -- and you

14:57:44 22   started in the patrol division, right?

14:57:46 23        A.    Yes.

| | | |
|---|---|---|
| 14:57:47 | 1 | **Q.**    And you stayed in the patrol division? |
| 14:57:50 | 2 | **A.**    I'm currently a lieutenant in patrol. |
| 14:57:53 | 3 | **Q.**    Okay.  So within patrol -- I just want |
| 14:57:56 | 4 | to make sure I have the hierarchy correct. |
| 14:58:04 | 5 | Probationary police officer is how you enter into |
| 14:58:05 | 6 | the Buffalo Police Department, upon completion of |
| 14:58:11 | 7 | probation you become a police officer who reports |
| 14:58:13 | 8 | to a detective; is that correct? |
| 14:58:14 | 9 | **A.**    No.  They report to a lieutenant. |
| 14:58:18 | 10 | **Q.**    Okay.  In terms of the physical |
| 14:58:39 | 11 | contact, is it up to each Buffalo police officer to |
| 14:58:41 | 12 | make their own determination about whether they |
| 14:58:44 | 13 | feel like the physical contact mandates a use of |
| 14:58:49 | 14 | force form? |
| 14:58:50 | 15 | **A.**    There's a policy for when it should be |
| 14:58:58 | 16 | recorded in that manner. |
| 14:59:02 | 17 | **Q.**    Right.  And I -- I believe your |
| 14:59:03 | 18 | testimony was that that police officer reviews the |
| 14:59:05 | 19 | policy and makes a determination; is that correct? |
| 14:59:08 | 20 | **A.**    Yes. |
| 14:59:09 | 21 | **Q.**    So it's a self-review process; is that |
| 14:59:13 | 22 | correct? |
| 14:59:13 | 23 | **A.**    Every situation is different.  Are you |

*Courtney Tripp - Ms. Reddy - 01/26/2024*

14:59:15  1  asking if I order them to do the paperwork?  No, I

14:59:21  2  do not.

14:59:25  3       Q.   I appreciate that answer, but my

14:59:28  4  question was a little simpler than that.  If there

14:59:34  5  is any physical contact, and I know you said there

14:59:38  6  has to be a certain --

14:59:40  7       A.   It's the officer's responsibility to

14:59:41  8  complete the form based on the actions during the

14:59:46  9  incident in relation to the policy, yes.

14:59:51  10      Q.   Okay.  So they review -- sorry.  I

14:59:53  11  think there's just a little bit of a pause in the

14:59:56  12  recording.  I don't mean to speak over you.

14:59:59  13      MS. REDDY:  Kathleen, could you just repeat

15:00:01  14  back the last testimony?

15:00:01  15      (The above-requested answer was then read by

15:00:33  16  the reporter.)

15:00:33  17      BY MS. REDDY:

15:00:34  18      Q.   To clarify, when you said yes, I

15:00:36  19  believe you were answering my question, but just to

15:00:37  20  have a clean record I want to restate my question.

15:00:42  21  Is it up to each individual police officer to

15:01:15  22  review their own conduct and make a determination

          23  if the physical contact --

*Courtney Tripp - Ms. Reddy - 01/26/2024*

40

```
        1            (Reporter interruption.)

        2            (Discussion off the record.)

        3            (The above-requested question was then read

        4    by the reporter.)

        5            BY MS. REDDY:

15:01:16 6       Q.   To review the physical contact from a

15:01:17 7    call to make their own determination whether to

15:01:20 8    complete a use of force form?

15:01:23 9            MR. DUDDY:  Objection.  Asked and answered.

15:01:32 10           THE WITNESS:  I don't believe review is the

15:01:34 11   correct term, but based on their actions they

15:01:37 12   complete it if it's necessary.  I don't understand

15:01:41 13   why we're saying review as if they're going back,

15:01:44 14   but it's based on their actions.  If they are

15:01:48 15   required to complete the form based on policy and

15:01:52 16   the incident, then they are required to do so.

15:01:57 17           BY MS. REDDY:

15:01:58 18       Q.   When is a physical contact not required

15:02:03 19   to have a use of force form completed?

15:02:09 20       A.   There's multiple reasons that an

15:02:11 21   officer could have physical contact with somebody.

15:02:14 22   They could be helping them up, they could be

15:02:15 23   stopping them from falling, they could be guiding
```

*Courtney Tripp - Ms. Reddy - 01/26/2024*

41

15:02:17  1  them, you know, simply placing handcuffs on.  Those

15:02:22  2  do not require it.

15:02:23  3       Q.   So what is your understanding of the

15:02:25  4  threshold requirement for physical contact when a

15:02:28  5  use of force form would be required?

15:02:31  6       A.   They're required for incidents such as

15:02:36  7  striking, I think they call it forcible cuffing is

15:02:44  8  the term that we use, multiple.  There's a long

15:02:46  9  list of reasons that -- they include canine bite.

15:02:52 10  There's multiple reasons that it would be used.

15:02:57 11       Q.   Does the policy have a list of examples

15:03:01 12  so the officers have guidance --

15:03:02 13       A.   Yes, it does.

15:03:03 14       Q.   Sorry.  Just if I could finish the

15:03:05 15  question.  So that the officers have guidance when

15:03:07 16  making that determination?

15:03:09 17       A.   There's a list within the policy.

15:03:19 18       Q.   Going back, my original question was in

15:03:23 19  what instances have you ever had to review the body

15:03:28 20  cam footage of another police officer?

15:03:29 21       A.   When reviewing incidents where a Blue

15:03:43 22  Team was completed, we also use them to review --

15:03:46 23  we could review for complaints.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

42

15:03:51    1          **Q.**    Complaints by whom?

15:03:53    2          **A.**    By a citizen.

15:03:55    3          **Q.**    Against a police officer?

15:03:56    4          **A.**    Correct.

15:03:57    5          **Q.**    And I didn't hear the first thing you

15:03:59    6    said.  Something about a Blue Team or did I mishear

15:04:01    7    that?

15:04:02    8          **A.**    The Blue Team is the program underneath

15:04:06    9    the -- which the use of force form is on the

15:04:09   10    computer.

15:04:12   11          **Q.**    So -- sorry.  Go ahead.

15:04:14   12          **A.**    No.  Go ahead.

15:04:16   13          **Q.**    I didn't hear what you said about the

15:04:21   14    Blue Team in your first part of your answer.

15:04:21   15          **A.**    Then she could read it back because I

15:04:21   16    don't know exactly what you're looking for.

15:04:21   17          (Discussion off the record.)

15:04:21   18          **BY MS. REDDY:**

15:04:35   19          **Q.**    My original question was in your prior

15:04:40   20    testimony you indicated that you have reviewed the

15:04:43   21    body cam footage of Buffalo police officers and my

15:04:46   22    question was to specify on what occasion that

15:04:47   23    happened and then I think you gave a two-part

*Courtney Tripp - Ms. Reddy - 01/26/2024*

43

15:04:50  1  answer, but we missed the first part.

15:04:50  2       **A.**    Then she could read back what she has

15:04:50  3  that I --

15:04:59  4       **Q.**    You could answer that question now.

15:05:14  5       (Discussion off the record.)

15:05:14  6       **MR. DUDDY:**  Why don't we just scratch the

15:05:14  7  answer and the question and we'll start afresh?

15:05:14  8  Okay?

15:05:14  9       **MS. REDDY:**  I just restated the question.

15:05:15 10       **MR. DUDDY:**  The question's fine, but I mean

15:05:15 11  the answer.  Why don't we scratch the answer?

15:05:18 12       **MS. REDDY:**  No one heard it, so she can't

15:05:21 13  read it back because she didn't hear it.  It was

15:05:28 14  kind of mumbled.

15:05:30 15       **THE WITNESS:**  What is the question you would

15:05:31 16  like the answer?

15:05:33 17       **BY MS. REDDY:**

15:05:33 18       **Q.**    In your earlier testimony you indicated

15:05:35 19  that there have been occasions where you've

15:05:39 20  reviewed the body cam footage of Buffalo police

15:05:41 21  officers.  My question to you is on what occasions

15:05:44 22  did you -- were you prompted or required to do so

15:05:45 23  and you gave a two-part answer.  The second part I

*Courtney Tripp - Ms. Reddy - 01/26/2024*

44

15:05:48  1  understood that you indicated that when complaints

15:05:51  2  are lodged by citizens against police officers that

15:05:58  3  might prompt you to review the body cam footage and

15:06:00  4  prior to that you had made some statement about the

15:06:00  5  Blue Team that neither I nor the stenographer

15:06:03  6  caught.

15:06:05  7      A.   They would be reviewed or had the

15:06:07  8  ability to review them when reviewing the use of

15:06:10  9  force compliant -- I'm sorry.  Use of force form

15:06:14 10  which is submitted through Blue Team.

15:06:19 11      Q.   How often have you done that?

15:06:20 12      A.   I do not have an exact amount of times.

15:06:23 13      Q.   So obviously we're speaking about when

15:06:29 14  the policy was in effect; is that right?

15:06:32 15      A.   Yes.

15:06:32 16      Q.   So, when the policy was in effect, how

15:06:35 17  often -- you could just give me an approximation.

15:06:37 18  I don't expect you to have an accurate number here,

15:06:41 19  but how often have you had to review the body cam

15:06:43 20  footage after a use of force form was submitted by

15:06:48 21  a Buffalo police officer?

15:06:49 22      A.   I'm not going to approximate if I don't

15:06:51 23  have an exact amount of when and how many times.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

45

15:06:54  1       Q.    Okay.  I'm just asking you to make an

15:06:55  2   estimate.  Would it be once a day, would it be

15:06:59  3   twice a week, would it be four times a month?

15:07:03  4   Let's just get a range, please.  I know you can't

15:07:07  5   recall exactly.

15:07:08  6       A.    There's no set amount to do anything

15:07:10  7   such as that.  It depends on how often an incident

15:07:13  8   occurs which I do not -- there's -- incidents could

15:07:15  9   occur daily or not for many months, so there's no

15:07:24 10   way to give an answer for that.

15:07:24 11       (Discussion off the record.)

15:07:42 12       **BY MS. REDDY:**

15:07:42 13       Q.    My question is is there any document

15:07:54 14   that tabulates the amount of time that you have had

15:07:59 15   a use of force form given to you as a supervisor

15:08:02 16   for the Buffalo Police Department?

15:08:03 17       A.    I don't have any direct knowledge of

15:08:05 18   that tabulation, so --

15:08:10 19       Q.    Is there any document or other

15:08:15 20   instrument that would allow you to determine how

15:08:18 21   many use of force forms have been submitted during

15:08:20 22   your time as a supervisor for the Buffalo Police

15:08:23 23   Department?

15:08:23  1          **A.**    Not that I'm aware that I have access

15:08:26  2     to.

15:08:27  3          **Q.**    I'm just -- just to clarify, I'm not

15:08:29  4     indicating that you personally have access.  I'm

15:08:31  5     asking if the form exists or if there's some

15:08:36  6     tabulation that exists?

15:08:38  7          **A.**    I'm unaware if the department has that.

15:08:41  8          **Q.**    And, in relation to reviewing body cam

15:08:46  9     footage for police officers, do you have a record

15:08:48 10     of how many times you reviewed body cam footage for

15:08:51 11     the Buffalo Police Department?

15:08:52 12          **A.**    No, I do not.

15:08:53 13          **Q.**    Do you keep a record of how many times

15:08:57 14     you've reviewed the body cam footage for a police

15:09:01 15     officer who submitted a use of force form?

15:09:02 16          **A.**    No, I do not.

15:09:05 17          **Q.**    Within your Buffalo Police Department

15:09:08 18     ledger policy, is there any section about

15:09:12 19     supervisory review of the body cam footage after a

15:09:16 20     use of force form is submitted under the old

15:09:19 21     policy?

15:09:20 22          **A.**    I don't directly recall.

15:09:37 23          **Q.**    In the current policy which I think you

| | | |
|---|---|---|
| 15:09:40 | 1 | said dates back 12 to 18 months ago, when an |
| 15:09:47 | 2 | officer submits a use of force form I think you |
| 15:09:47 | 3 | indicated that it goes to Internal Affairs; is that |
| 15:09:52 | 4 | accurate? |
| 15:09:52 | 5 | **A.**    Yes. |
| 15:09:52 | 6 | **Q.**    Can you explain what that means? |
| 15:09:54 | 7 | **A.**    It's directly forwarded to the Internal |
| 15:09:57 | 8 | Affairs Division for review. |
| 15:10:00 | 9 | **Q.**    What is Internal Affairs? |
| 15:10:00 | 10 | **A.**    Pardon me? |
| 15:10:04 | 11 | **Q.**    What is Internal Affairs?  When you use |
| 15:10:06 | 12 | that statement, what does that mean? |
| 15:10:08 | 13 | **A.**    There's a division within the Buffalo |
| 15:10:11 | 14 | Police Department titled Internal Affairs Division. |
| 15:10:15 | 15 | **Q.**    And what do they do? |
| 15:10:16 | 16 | **A.**    They review complaints and conduct. |
| 15:10:19 | 17 | **Q.**    In the course of your tenure at the |
| 15:10:35 | 18 | Buffalo Police Department to date, have you ever |
| 15:10:37 | 19 | submitted a use of force form? |
| 15:10:39 | 20 | **A.**    I have. |
| 15:10:39 | 21 | **Q.**    When was that? |
| 15:10:43 | 22 | **A.**    I don't have an exact date. |
| 15:10:47 | 23 | **Q.**    What was your job title at the time of |

*Courtney Tripp - Ms. Reddy - 01/26/2024*

48

15:10:56  1 | submission?

15:11:00  2 |        A.    I don't have an exact date.  I would

15:11:02  3 | have been either a police officer or a lieutenant.

15:11:08  4 |        Q.    How many use of force forms have you

15:11:12  5 | submitted to the Buffalo Police Department?

15:11:13  6 |        A.    I don't have a direct number.

15:11:17  7 |        Q.    Is there a record of how many use of

15:11:19  8 | force forms you've submitted?

15:11:21  9 |        A.    Not that I have access to.

15:11:23 10 |        Q.    Not that you have access to, but does

15:11:29 11 | that exist?

15:11:30 12 |        A.    I'm unaware.

15:11:32 13 |        Q.    So, after a use of force form is

15:11:45 14 | submitted and under the old policy the supervisor

15:11:51 15 | would review that form, what is the next steps?

15:11:54 16 |        A.    It is forwarded through the chain of

15:11:59 17 | command to the Internal Affairs Division.

15:12:04 18 |        Q.    What does the chain of command mean in

15:12:08 19 | that context?

15:12:10 20 |        A.    You give it to somebody in higher rank.

15:12:12 21 | Chain of command would be as you described before.

15:12:12 22 | A police officer is under a lieutenant in the chain

15:12:12 23 | of command and a lieutenant is under a captain who

*Courtney Tripp - Ms. Reddy - 01/26/2024*

49

15:12:23  1   is under a chief.

15:12:23  2        Q.   So under the old policy a police

15:12:25  3   officer would submit a use of force form, the

15:12:28  4   lieutenant would review it and it's your testimony

15:12:31  5   right now that it would then move up for the

15:12:32  6   captain to review; is that correct?

15:12:36  7        A.   Correct.

15:12:36  8        Q.   What happens after that?

15:12:38  9        A.   It's reviewed by the captain and then

15:12:43 10   whatever their decision is, but the next step would

15:12:47 11   be to be forwarded to Internal Affairs.

15:12:51 12        Q.   And you said whatever their decision

15:12:53 13   is.  What decision are they making at that point?

15:12:55 14        A.   They review the incident the same as a

15:13:01 15   lieutenant and determine if they feel that the

15:13:04 16   force was necessary within policy.

15:13:07 17        Q.   So, under this policy would any other

15:13:17 18   police officers, lieutenants or captains who are

15:13:18 19   not in that police officer's chain of command

15:13:21 20   review the use of force form?

15:13:24 21        A.   I don't know exactly.  I'd give it to

15:13:26 22   my captain and I do not know if anybody else sees

15:13:29 23   it after that.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

50

15:13:31  1        Q.   Under the policy, would any officers,

15:13:40  2   lieutenants or captains who are not in the police

15:13:43  3   officer's chain of command review the use of force

15:13:47  4   form?

15:13:47  5        A.   Possibly lieutenants in the Internal

15:13:51  6   Affairs Division.

15:13:51  7        Q.   Okay.  Does the policy require only

15:14:01  8   officers in the chain of command?

15:14:04  9        A.   I'm sorry.  The computer was not clear.

15:14:07 10   I could not hear you.

15:14:08 11        Q.   Oh, sorry.  Does the old policy require

15:14:11 12   that only officers, lieutenants, captains in the

15:14:15 13   chain of command review the use of force form for

15:14:18 14   any given police officer?

15:14:19 15        A.   I'm not exactly sure of the policy for

15:14:26 16   who reviewed it at that time as concerning Internal

15:14:31 17   Affairs.  They have multiple ranks within Internal

15:14:34 18   Affairs.

15:14:34 19        Q.   Right.  But before it gets -- I'm

15:14:35 20   referring to before it gets to that point of

15:14:37 21   Internal Affairs.  You indicated that it would go

15:14:41 22   from the police officer up the chain of command, so

15:14:41 23   presumably to their direct supervisor being a

*Courtney Tripp - Ms. Reddy - 01/26/2024*

51

15:14:41  1  lieutenant and --

15:14:41  2          **A.**    Yes.

15:14:41  3          **Q.**    -- then possibly a captain and then

15:14:50  4  Internal Affairs?

15:14:50  5          **A.**    Correct.

15:14:50  6          **Q.**    So, putting Internal Affairs to the

15:14:53  7  side for a moment because that happens after the

15:15:00  8  captain reviews or may or may not happen after the

15:15:00  9  captain reviews, my question to you is in that

15:15:03  10  chain that you just described police officer to

15:15:04  11  lieutenant, to captain, does the policy mandate

15:15:06  12  that only officers in that chain of command review

15:15:10  13  a Buffalo police officer's use of force form?

15:15:13  14          **A.**    I'm unaware if at that time it would go

15:15:15  15  to the chief of that district or not.

15:15:17  16          **Q.**    Okay.  I guess my question is referring

15:15:25  17  to is it only the direct supervisors of the police

15:15:29  18  officer that review that form?

15:15:32  19          **A.**    It's generally the supervisor at the

15:15:34  20  time of the incident.

15:15:35  21          **Q.**    Okay.  And that would stay true as you

15:15:43  22  move up the chain of command; is that correct?

15:15:50  23          **A.**    There's -- there would be -- you mean

*Courtney Tripp - Ms. Reddy - 01/26/2024*

52

15:15:54  1  the captain that's actually working that day?

15:15:59  2          Q.   You indicated it would be the --

15:15:59  3          A.   I don't understand.

15:16:05  4          Q.   -- supervisors that were -- I'm

15:16:06  5  rephrasing it.

15:16:07  6          Your testimony was that it is a supervisor

15:16:13  7  at the time of the incident; is that correct?

15:16:18  8          A.   Generally correct, yes.

15:16:20  9          Q.   So I was just clarifying.  Does that

15:16:22 10  apply as you move up in the chain of command as to

15:16:26 11  who would review the use of force form?

15:16:28 12          A.   It would be the captain of the

15:16:30 13  district.

15:16:30 14          Q.   At each stage?

15:16:31 15          A.   Yes.

15:16:35 16          Q.   Okay.  Thank you.

15:16:38 17          MS. REDDY:  I'm just going to take a five

15:16:40 18  minute break to use the restroom if that's okay.

15:16:43 19  I'll be right back.

15:16:44 20          MR. DUDDY:  Yeah.

15:34:08 21          (A recess was then taken.)

15:34:08 22          BY MS. REDDY:

15:34:10 23          Q.   I want to remind you, Miss Tripp, that

*Courtney Tripp - Ms. Reddy - 01/26/2024*

53

15:34:13  1  you're still under oath.

15:34:14  2       **A.**    Okay.

15:34:16  3       **Q.**    So I know we discussed your time with

15:34:21  4  the Buffalo PD.  What was your job title in May of

15:34:25  5  2020?

15:34:26  6       **A.**    Lieutenant.

15:34:28  7       **Q.**    What district were you part of?

15:34:31  8       **A.**    Charlie District.

15:34:33  9       **Q.**    And earlier you gave us a name of the

15:34:36 10  platoon that you supervised.  Was that still

15:34:39 11  relevant in May of 2020?

15:34:43 12       **A.**    Yes.  I'm sorry.  The name of the

15:34:44 13  platoon?

15:34:45 14       **Q.**    Do the platoons have names?

15:34:49 15       **A.**    The shift is called MP4 which means at

15:34:54 16  that time I still worked the same shift that I work

15:34:56 17  now, 3:30 p.m. to 1:30 a.m.

15:34:59 18       **Q.**    Oh, okay.  And you're indicating that

15:35:08 19  that's the shift you worked in May of 2020?

15:35:10 20       **A.**    Correct.

15:35:23 21       **Q.**    And actually my question was in

15:35:26 22  reference to the names you provided earlier as the

15:35:28 23  platoon that you supervised.  Is that the same

*Courtney Tripp - Ms. Reddy - 01/26/2024*

54

15:35:31  1  platoon you supervised in May of 2020?

15:35:33  2          A.   I'm assigned to the same shift.  I am

15:35:37  3  not sure if all of the officers -- well, I know for

15:35:40  4  sure not all of the officers.  Some of them were

15:35:42  5  not even hired at that time.  I'm assigned to the

15:35:48  6  same shift, but I do not have the exact same

15:35:51  7  officers under my supervision.

15:35:52  8          Q.   So the 11 police officers you named

15:35:52  9  earlier in your testimony are police officers in

15:35:59 10  your platoon currently?

15:36:00 11          A.   Yes.

15:36:00 12          Q.   Do you have access or do you have a

15:36:02 13  list of the supervisors -- of the police officers

15:36:03 14  you supervised in May of 2020?

15:36:05 15          A.   I do not have a list.

15:36:07 16          Q.   Does a list exist somewhere within the

15:36:12 17  Buffalo Police Department?

15:36:13 18          A.   Not -- I'm unaware of that.

15:36:28 19          Q.   In May of 2020, how many officers did

15:36:30 20  you supervise as lieutenant?

15:36:32 21          A.   I do not know the exact number of

15:36:35 22  officers assigned to my platoon on that date.

15:36:38 23          Q.   Is there a certain minimum or maximum

*Courtney Tripp - Ms. Reddy - 01/26/2024*

55

15:36:48  1  that a lieutenant is assigned in terms of platoon

15:36:51  2  members?

15:36:51  3      **A.**    There's a minimum amount of officers

15:36:53  4  that need to work during a certain time.  There's

15:36:57  5  not always that amount of officers currently

15:37:00  6  assigned to a platoon.

15:37:02  7      **Q.**    What's the minimum?

15:37:03  8      **A.**    The minimum when I work is 10 police

15:37:10  9  officers.

15:37:10  10     **Q.**    On a shift?

15:37:11  11     **A.**    For that time, yes.

15:37:14  12     **Q.**    And how many police officers are

15:37:16  13  assigned to each district?

15:37:18  14     **A.**    It varies.

15:37:19  15     **Q.**    How many are currently assigned to the

15:37:25  16  C District?

15:37:26  17     **A.**    I don't have the exact number.

15:37:32  18     **Q.**    How many lieutenants are there

15:37:33  19  currently at the C District?

15:37:36  20     **A.**    I believe we currently have 11.

15:37:47  21     **Q.**    When we were discussing this policy

15:37:48  22  change with the use of force form, you indicated it

15:37:53  23  was 12 to 18 months ago, but you were unsure

*Courtney Tripp - Ms. Reddy - 01/26/2024*

56

15:37:56  1  exactly when the policy changed and --

15:37:59  2        A.    That it was with -- excuse me.  I said

15:38:00  3  it was within the past 12 to 18 months.  Not

15:38:03  4  between 12 and 18 months.  I don't know exactly

15:38:07  5  when it was.  It could have been prior to

15:38:10  6  12 months.  I believe it was within the past 12 to

15:38:13  7  18 months.

15:38:13  8        Q.    That the change occurred?

15:38:15  9        A.    Yes.

15:38:15  10        Q.    Okay.  Okay.  But is it your testimony

15:38:23  11  that what we have been referring to as the old

15:38:25  12  policy with respect to the submission of use of

15:38:28  13  force forms was in place in May of 2020?

15:38:31  14        A.    Correct.

15:38:37  15        Q.    When did you first learn here about

15:38:47  16  Mr. Suttles, the Plaintiff in this case?

15:38:52  17        A.    I responded to the call, the incident.

15:38:57  18        Q.    Which call are you referring to?

15:39:00  19        A.    The incident for which we're here

15:39:04  20  today.

15:39:04  21        Q.    Again, I -- we've used the word call in

15:39:06  22  the past.  Are you referring to a 911 call?

15:39:09  23        A.    A call, as I said, is any -- it's

*Courtney Tripp - Ms. Reddy - 01/26/2024*

15:39:13  1  documented as a call.  If you're on a call, it

15:39:17  2  could be a call for 911, it could be something

15:39:21  3  you're flagged down, it could be a call for medical

15:39:25  4  assistance, it could be a call to help other

15:39:27  5  agencies, it could be a call of a suspicious person

15:39:27  6  and it could be a traffic call.

15:39:32  7          (Discussion off the record.)

15:39:32  8          **THE WITNESS:**  I'm referring to the CD number

15:39:35  9  or the incident number, call number to which the

15:39:39 10  officers were assigned at the time of this

15:39:40 11  incident.

15:39:44 12          **BY MS. REDDY:**

15:39:44 13      Q.   Okay.  Again, when you say you

15:39:45 14  responded to the call, could you specify what that

15:39:48 15  means?

15:39:48 16      A.   I responded to this incident where the

15:39:52 17  officers were with Mr. Suttles.

15:39:54 18      Q.   What prompted you to respond?

15:39:56 19      A.   I don't recall what made me go there.

15:40:00 20      Q.   Where are you indicating when you use

15:40:13 21  the word there?

15:40:15 22      A.   Where the officers were with

15:40:17 23  Mr. Suttles.

15:40:18 1          **Q.**    Where is that?

15:40:19 2          **A.**    I don't recall what street they were

15:40:21 3  on.

15:40:21 4          **Q.**    And what was your understanding of what

15:40:28 5  you were responding to upon arrival?

15:40:30 6          **A.**    I responded to a traffic stop.

15:40:33 7          **Q.**    And it's your testimony you don't

15:40:48 8  recall who asked you to go to the traffic stop or

15:40:53 9  how you found yourself there?

15:40:55 10         **A.**    Correct.

15:40:59 11         **Q.**    And, again, when you use the word --

15:41:04 12 you said something about an incident number or a

15:41:06 13 call.  What are you referring to there?

15:41:08 14         **A.**    Incident number is the number that's

15:41:15 15 generated by a call for service or when a call type

15:41:18 16 is generated.  A call type could be a traffic stop,

15:41:23 17 something generated off a 911 call.  It's the

15:41:27 18 incident number that the whole incident is

15:41:32 19 documented under.

15:41:33 20         **Q.**    Okay.  So let's say there's a traffic

15:41:35 21 stop and two police officers pull over a citizen.

15:41:38 22 Does that now -- is that then a call?

15:41:45 23         **A.**    Correct.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

59

15:41:46  1        Q.    And can police officers -- could a

15:41:54  2  police officer have asked you to come on that day

15:41:56  3  when you responded to the traffic stop?

15:41:57  4        A.    I don't recall what prompted me to

15:41:59  5  respond.

15:42:00  6        Q.    And are there records of that?

15:42:02  7        A.    Of what?

15:42:05  8        Q.    Of what would prompt a police officer

15:42:07  9  such as yourself to go to a traffic stop or a

15:42:09 10  lieutenant such as yourself?

15:42:11 11        A.    A record in what way?

15:42:13 12        Q.    Is it recorded anywhere as to how you

15:42:18 13  were prompted to go to a traffic stop?

15:42:19 14        A.    Not that I'm aware of for this

15:42:22 15  incident.

15:42:22 16        Q.    Okay.  When you say the incident, I

15:42:30 17  want to be clear.  We're discussing the events that

15:42:32 18  have brought us here today which is the traffic

15:42:34 19  stop of Mr. Suttles in May of 2020; is that

15:42:39 20  correct?

15:42:39 21        A.    Correct.

15:42:39 22        Q.    May 10th, 2020; is that correct?

15:42:42 23        A.    Correct.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

60

15:42:43  1          Q.   And were you working the same shift on
15:42:45  2    May 10th, 2020?
15:42:49  3          A.   Yes.
15:42:49  4          Q.   And where were you when you got the
15:43:03  5    call to go to this traffic stop as a lieutenant?
15:43:07  6          A.   I'll repeat I don't recall receiving a
15:43:09  7    call to respond, so I do not know where I was the
15:43:15  8    moments before arriving to where the traffic stop
15:43:17  9    incident occurred.
15:43:18 10          Q.   Okay.  What time did you arrive at the
15:43:24 11    traffic stop?
15:43:24 12          A.   I don't have that exact time.
15:43:27 13          Q.   What was your purpose at the stop?
15:43:31 14          MR. DUDDY:  Objection.  Asked and answered.
15:43:35 15          BY MS. REDDY:
15:43:36 16          Q.   What was your purpose upon arriving at
15:43:38 17    the traffic stop of May 10th, 2020 involving
15:43:41 18    Mr. Suttles?
15:43:43 19          A.   I don't know my exact purpose for this
15:43:45 20    incident.  I often go to calls as backup as many
15:43:51 21    police officers do.
15:43:53 22          Q.   Okay.  So, when you arrived at the
15:43:56 23    traffic stop on May 10th of 2020 of Mr. Suttles,

Courtney Tripp - Ms. Reddy - 01/26/2024

61

15:44:00  1  what did you see?

15:44:01  2      A.   I observed a -- I believe he had a

15:44:05  3  silver car in the road and then there was multiple

15:44:07  4  officers on the scene.

15:44:13  5      Q.   Who did you see on the scene in terms

15:44:16  6  of the multiple officers you're referring to?

15:44:17  7      A.   The officers on the scene would be

15:44:21  8  Officer Michael Scheu, M-I-C-H-A-E-L, S-C-H-E-U,

15:44:29  9  and Officer Ronald Ammerman, R-O-N-A-L-D,

15:44:36  10 A-M-M-E-R-M-A-N.  I don't recall specifically which

15:44:38  11 other officers were there at the time.

15:44:40  12     Q.   These two officers that you just

15:44:44  13 mentioned, are those police officers that you

15:44:48  14 supervised in the C District at that time?

15:44:49  15     A.   At that time, yes.

15:44:50  16     Q.   Are they still in the C District?

15:44:56  17     A.   Officer Scheu is still assigned to the

15:44:59  18 Charlie District.  Officer Ammerman is not.

15:45:03  19     Q.   When did Ammerman leave the C District?

15:45:05  20     A.   I don't know the date that he

15:45:08  21 transferred.

15:45:08  22     Q.   Where did he transfer?

15:45:10  23     A.   He's currently assigned to the Edward

*Courtney Tripp - Ms. Reddy - 01/26/2024*

62

15:45:14  1  District.

15:45:14  2          **Q.**    What's his title?

15:45:16  3          **A.**    He's a police officer.

15:45:17  4          **Q.**    Do you know why he transferred?

15:45:19  5          **A.**    I do not.

15:45:20  6          **Q.**    Prior to May 10th, 2020, how long had

15:45:30  7  Officer Scheu been a police officer in the C

15:45:34  8  District under your supervision?

15:45:35  9          **A.**    I don't recall the date that he was

15:45:36 10  assigned to my platoon.

15:45:40 11          **Q.**    Same question for Officer Ammerman?

15:45:45 12  How long had you been working with Officer Ammerman

15:45:48 13  prior to the May 10th, 2020 call?

15:45:50 14          **A.**    I don't recall the exact date.

15:46:01 15          **Q.**    When you arrived at the scene on

15:46:03 16  May 10th, 2020, your testimony was that you

15:46:05 17  observed Officer Scheu and Officer Ammerman on the

15:46:09 18  scene.

15:46:10 19          Starting with Officer Scheu, what was he

15:46:12 20  doing upon your arrival on May 10th, 2020 at the

15:46:15 21  traffic stop of Mr. Suttles?

15:46:17 22          **A.**    I don't recall exactly what he was

15:46:18 23  doing.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

63

| | | |
|---|---|---|
| 15:46:22 | 1 | **Q.**    What about Officer Ammerman? |
| 15:46:26 | 2 | **A.**    Same answer.  I do not recall their |
| 15:46:29 | 3 | exact actions upon my arrival. |
| 15:46:32 | 4 | **Q.**    What did you do when you arrived? |
| 15:46:34 | 5 | **A.**    I spoke with the officers. |
| 15:46:39 | 6 | **Q.**    Let's be more specific.  Which officer, |
| 15:46:41 | 7 | please? |
| 15:46:42 | 8 | **A.**    I spoke to Officer Scheu and Officer |
| 15:46:48 | 9 | Ammerman. |
| 15:46:48 | 10 | **Q.**    Together? |
| 15:46:50 | 11 | **A.**    I believe so. |
| 15:46:51 | 12 | **Q.**    Okay.  And what did you discuss? |
| 15:46:53 | 13 | **A.**    We were discussing transporting |
| 15:46:58 | 14 | Mr. Suttles. |
| 15:47:01 | 15 | **Q.**    So, what was Mr. Suttles doing at the |
| 15:47:02 | 16 | time of your arrival on May 10th, 2020 for his |
| 15:47:07 | 17 | office -- for his traffic stop? |
| 15:47:08 | 18 | **A.**    I'm unaware if he was in the rear of |
| 15:47:10 | 19 | the patrol car yet or not. |
| 15:47:16 | 20 | **Q.**    Was there a time where he was in the |
| 15:47:20 | 21 | rear of the patrol car during your presence at the |
| 15:47:22 | 22 | traffic stop of May 10th, 2020? |
| 15:47:24 | 23 | **A.**    I believe he was in there waiting to be |

*Courtney Tripp - Ms. Reddy - 01/26/2024*

64

15:47:27  1    transported.

15:47:27  2         **Q.**   At the time you arrived?

15:47:32  3         **A.**   Once again, I'm not sure if he was in

15:47:39  4    there already upon my arrival, but at some point he

15:47:42  5    was in there while I was on the scene.

15:47:44  6         **Q.**   Okay.  When you arrived, your testimony

15:47:48  7    is that you spoke to Officer Scheu and Officer

15:47:52  8    Ammerman and sometime later you observed that

15:47:54  9    Mr. Suttles was waiting in the rear of the patrol

15:48:01 10    car to be transported; is that correct?

15:48:03 11         **A.**   He was at some point transported in the

15:48:05 12    rear of the patrol car.

15:48:06 13         **Q.**   How long were you on the scene during

15:48:09 14    this traffic stop?

15:48:10 15         **A.**   I don't have an exact time.

15:48:13 16         **Q.**   Are you generally aware of the

15:48:21 17    allegations made by Mr. Suttles against Officer

15:48:24 18    Scheu, Ammerman and the Buffalo Police Department?

15:48:26 19         **A.**   Yes.

15:48:27 20         **Q.**   What is your understanding of those

15:48:29 21    allegations?

15:48:29 22         **A.**   That he does not believe that the force

15:48:32 23    used was necessary.

15:48:34   1      **Q.**   When you arrived at the traffic stop on

15:48:41   2   May 10th, 2020, was Mr. Suttles injured?

15:48:43   3      **A.**   I believe based on why we're here he

15:48:49   4   was.  I don't recall seeing him or speaking to him

15:48:51   5   or observing.  I don't remember if I spoke to him

15:48:54   6   or observed any injuries.

15:48:56   7      **Q.**   Had he been arrested by the time you

15:49:01   8   arrived?

15:49:08   9      **A.**   Processed for arrest?

15:49:09  10      **Q.**   You can explain it to me.  I don't know

15:49:13  11   the exact language.  Was he in handcuffs when you

15:49:16  12   arrived?

15:49:17  13      **A.**   I don't recall seeing him upon my

15:49:18  14   arrival, so I'm unaware if he was cuffed at the

15:49:21  15   time or if he was outside of the car or inside of

15:49:23  16   the car, so I'm not -- I cannot say at all what he

15:49:26  17   looked like, what he had on because, as I told you,

15:49:29  18   I don't recall seeing him.

15:49:38  19      **Q.**   So, during your response to the call of

15:49:41  20   May 10th, 2020, did you make any observations about

15:49:44  21   Mr. Suttles on that day?

15:49:46  22      **MR. DUDDY:**   Objection.  Asked and answered.

15:49:51  23      **BY MS. REDDY:**

*Courtney Tripp - Ms. Reddy - 01/26/2024*

66

15:49:51  1        Q.    I'd like you to answer the question,

15:49:53  2    please.

15:49:53  3        A.    My answer remains the same.  I do not

15:49:56  4    recall seeing him or observing him or speaking to

15:49:59  5    him.

15:50:03  6        Q.    So what did you do after you spoke with

15:50:05  7    Officer Scheu and Officer Ammerman upon your

15:50:07  8    arrival at the traffic stop of May 10th, 2020?

15:50:11  9        A.    It was determined that he would be

15:50:15 10    transported and processed for arrest and medical

15:50:17 11    treatment.

15:50:19 12        Q.    Transported where?

15:50:23 13        A.    They were transporting him to ensure

15:50:27 14    that he did not have any contraband that he would

15:50:30 15    have access to, so I believe he was going for a

15:50:33 16    more thorough search of his body.

15:50:37 17        Q.    Where?

15:50:38 18        A.    That would be at 121 East Eagle, our

15:50:45 19    Central Booking.

15:50:57 20        Q.    Did you go to Central Booking with him?

15:51:01 21        A.    No.

15:51:03 22        Q.    So you arrived at the scene on

15:51:06 23    May 10th, 2020.  You don't recall or have any

15:51:11  1   recollection of any observations or interactions

15:51:14  2   with Mr. Suttles.  You had a discussion with

15:51:16  3   Officer Scheu and Officer Ammerman at the scene.

15:51:21  4   How long was that discussion?

15:51:22  5        **A.**   It was brief.  It was just regarding

15:51:24  6   the transportation of Mr. Suttles.

15:51:26  7        **Q.**   Did you arrive at the scene alone?

15:51:28  8        **A.**   I don't remember if I had a partner

15:51:32  9   that day or not.

15:51:33 10        **Q.**   Just to clarify, when I say scene,

15:51:38 11   we're all referring to the same incident of

15:51:41 12   May 10th, 2020 involving Mr. Suttles and the

15:51:44 13   traffic stop; is that correct?

15:51:46 14        **A.**   Yes.

15:51:46 15        **Q.**   Do you typically go on calls with a

15:51:48 16   partner?

15:51:49 17        **A.**   If I had a partner, sometimes I do

15:51:54 18   respond with a partner.

15:51:55 19        **Q.**   Are officers required to travel in

15:51:59 20   tandem to calls?

15:52:00 21        **A.**   Required to travel in tandem?

15:52:03 22        **Q.**   Is it typically two officers together

15:52:06 23   responding to a call?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

68

15:52:07    1         **A.**    It varies and it depends on the

15:52:10    2    priority of the call.

15:52:13    3         **Q.**    And does a lieutenant typically come to

15:52:16    4    a scene to ensure the transportation that you

15:52:19    5    referenced earlier in your testimony?

15:52:21    6         **A.**    I didn't come there to ensure the

15:52:24    7    transportation.  That was something that we

15:52:26    8    discussed after my arrival.

15:52:27    9         **Q.**    And what was your involvement in the

15:52:33   10    transport?

15:52:33   11         **A.**    We discussed the importance of getting

15:52:39   12    him searched 'cause if he did have anything on him

15:52:42   13    that he could consume he could become ill and it

15:52:48   14    was imperative that he was not able to do that.

15:52:50   15         **Q.**    And what made you believe that he had

15:52:52   16    something that he could consume, according to your

15:52:55   17    own testimony?

15:52:56   18         **A.**    It's likely or it's often that people

15:53:00   19    who are arrested sometimes they do have contraband

15:53:07   20    in crevices or areas that we are not able to search

15:53:12   21    and they're able to retrieve them and ingest them.

15:53:14   22    That has happened before.

15:53:15   23         **Q.**    Right.  I understand that's probably

*Courtney Tripp - Ms. Reddy - 01/26/2024*

69

15:53:22  1  happened before in life.

15:53:24  2         In this specific situation, what led you to

15:53:26  3  believe that this particular transport was required

15:53:29  4  in order to search for something that he could

15:53:31  5  consume with respect to Mr. Suttles on May 10th,

15:53:36  6  2020?

15:53:36  7         A.    Based on their concerns that it was

15:53:42  8  possible that he did have something.

15:53:42  9         (Discussion off the record.)

15:53:44 10         **BY MS. REDDY:**

15:53:44 11         Q.    And what were those interactions?

15:53:46 12         A.    I wasn't there for their interaction.

15:54:04 13         Q.    So, based on information they conveyed

15:54:10 14  to you, you determined that it needed this specific

15:54:12 15  type of transport?

15:54:12 16         A.    Based on their concerns that he

15:54:14 17  possibly had contraband that they weren't able to

15:54:18 18  retrieve and they were fearful that he would ingest

15:54:22 19  and become ill and decided it was important that --

15:54:25 20         Q.    And did you ask them what the basis of

15:54:27 21  that was?

15:54:28 22         A.    Not that I recall.  It would be based

15:54:30 23  on their incident with him prior to my arrival.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

70

15:54:36   1      **Q.**   How did you ensure that they had a

15:54:38   2  reasonable basis --

        3      (Discussion off the record.)

        4      **MS. REDDY:**  Counsel, please advise the

        5  deponent to answer the questions that I'm asking.

        6      **BY MS. REDDY:**

        7      **Q.**   I believe that if you have a question

        8  you can ask me to clarify the question.

15:55:15   9      **A.**   I was asking you to explain what you

15:55:17 10  believe a reasonable -- clarify what you belive a

15:55:18 11  reasonable basis is.

15:55:19 12      **Q.**   It's not based on my testimony today.

15:55:19 13  My question to you is how did you ensure that those

15:55:23 14  specific officers, Officer Scheu and Officer

15:55:26 15  Ammerman, had any basis to make the determination

15:55:28 16  that Mr. Suttles needed the type of transport that

15:55:30 17  you just testified to?

15:55:32 18      **A.**   I don't need to ensure that.  Based on

15:55:36 19  the incident and their decision and their

15:55:38 20  evaluation of their interaction with Mr. Suttles

15:55:42 21  that it was believed that he may have done that.

15:55:44 22  That is all that was conveyed.

15:55:46 23      **Q.**   What did they convey to you exactly?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

71

15:55:50  1          **A.**    Once again, they conveyed that they

15:55:53  2    believed he possibly had contraband, likely

15:55:56  3    narcotics, that if consumed could cause him harm.

15:56:00  4          **Q.**    Consumed how?

15:56:01  5          **A.**    Generally it's consumed orally.

15:56:07  6          **Q.**    Did you ask them that?

15:56:08  7          **A.**    Not that I recall.

15:56:10  8          **Q.**    Did you ask any further questions as to

15:56:13  9    why they believed he had consumed narcotics?

15:56:15  10          **A.**    We didn't believe he consumed them.  We

15:56:20  11    believed he would have the opportunity to consume

15:56:23  12    them as an effort to conceal evidence.

15:56:27  13          **Q.**    Was he handcuffed?

15:56:31  14          **MR. DUDDY:**  Objection.  Lieutenant Tripp has

15:56:45  15    already testified --

15:56:45  16          **MS. REDDY:**  Mr. Duddy, for the last time

15:56:47  17    please --

15:56:47  18          **MR. DUDDY:**  No.  No.  No.  No.  Stop.  Stop.

15:56:48  19    Don't tell me for the last time.  Don't --

15:56:48  20          (Reporter interruption.)

15:59:02  21          (Discussion off the record.)

15:59:02  22          **MS. REDDY:**  There's still an open question

15:59:04  23    on the table.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

72

15:59:04  1        **THE WITNESS:**  Can you repeat the question?

15:59:11  2        **MS. REDDY:**  Before the deponent answers that

15:59:13  3  question, I'd like to make clear that we have noted

15:59:16  4  defense counsel's objection.

15:59:18  5        **MR. DUDDY:**  Three times.

15:59:19  6        **MS. REDDY:**  We responded accordingly that he

15:59:24  7  continues to engage in speaking objections and we

15:59:27  8  take issue with that.  It amounts to coaching the

15:59:29  9  witness.  It's inappropriate, it's unnecessary.  I

15:59:32 10  am asking my questions to create a clear record

15:59:34 11  from this particular witness.

15:59:35 12        **MR. DUDDY:**  Okay.  Just in response --

15:59:35 13        **MS. REDDY:**  I'm not done.

15:59:35 14        **MR. DUDDY:**  In response --

15:59:35 15        (Reporter interruption.)

15:59:35 16        (Discussion off the record.)

15:59:44 17        **MR. DUDDY:**  The Internet's not working, so

15:59:45 18  it's hard to tell when you're done or not.

15:59:47 19        **MS. REDDY:**  I'm still talking.

15:59:47 20        **MR. DUDDY:**  Okay.

15:59:49 21        **MS. REDDY:**  And we don't have to speak

15:59:51 22  directly.  You could speak to the stenographer and

15:59:54 23  lodge your objections.  That's your role here

15:59:56  1    today.

15:59:56  2         **MR. DUDDY:**  Go ahead.

15:59:57  3         **MS. REDDY:**  If this continues, we will stop

15:59:59  4    the deposition and contact the judge.

16:00:02  5         **MR. DUDDY:**  Which is fine.

16:00:04  6         **MS. REDDY:**  You're clearly doing it for a

16:00:05  7    specific reason that's improper.

16:00:09  8         **MR. DUDDY:**  Are you finished?

16:00:11  9         **MS. REDDY:**  Kathleen, will you go ahead and

16:00:12 10    read that last question back?

16:00:13 11         **MR. DUDDY:**  Kathleen, before you read the

16:00:15 12    last question back, I want to put something on the

16:00:17 13    record myself.  I have made the same objection

16:00:19 14    three times.  Lieutenant Tripp has answered on more

16:00:23 15    than one occasion that she did not see Mr. Suttles

16:00:25 16    when she arrived on scene, so when you go back and

16:00:29 17    read the last question I'm going to make the same

16:00:32 18    objection that's already been made.  She didn't see

16:00:35 19    him.  You keep -- like you're trying to rephrase

16:00:38 20    the same question.

16:00:40 21         **MS. REDDY:**  Are you done with your speaking

16:00:41 22    objection that I clearly indicated --

16:00:43 23         **MR. DUDDY:**  Kathleen, I'm done with my

*Courtney Tripp - Ms. Reddy - 01/26/2024*

74

16:00:44  1  speaking objection.

16:00:46  2        **MS. REDDY:**  Improper, Mr. Duddy.

16:00:49  3        **MR. DUDDY:**  Noted.

16:00:49  4        (The above-requested testimony was then read

16:01:33  5  by the reporter.)

16:01:33  6        **MS. REDDY:**  Mr. Duddy, please advise the

16:01:35  7  witness to answer my question.

16:01:37  8        **MR. DUDDY:**  You could answer.

16:01:38  9        **THE WITNESS:**  I don't recall seeing him or

16:01:39 10  knowing if he was handcuffed --

16:01:39 11        **BY MS. REDDY:**

16:01:39 12        **Q.**   Okay.

16:01:39 13        **A.**   -- but if he's --

16:01:39 14        **Q.**   Oh, sorry.  Go ahead.  We do need a

16:01:45 15  complete answer.

16:01:48 16        **MS. REDDY:**  Kathleen, could you read the

16:02:02 17  answer back from the witness?

16:02:02 18        (The above-requested answer was then read by

16:02:38 19  the reporter.)

16:02:38 20        **BY MS. REDDY:**

16:02:39 21        **Q.**   Is that your complete answer,

16:02:41 22  Miss Tripp?

16:02:41 23        **A.**   That's my answer.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

16:02:43  1        **Q.**    Prior to that, you indicated we.  You

16:02:46  2   said we believed that he might have an opportunity

16:02:48  3   to ingest contraband.  Could you explain that

16:02:52  4   further?

16:02:54  5        **A.**    Explain that he has the opportunity to

16:02:56  6   ingest the contraband?

16:02:58  7        **Q.**    Yes.  You did use the pronoun we, so I

16:03:02  8   want to know who you're referring to and how you

16:03:05  9   came to that conclusion?

16:03:06  10        **A.**    Myself and Officers Ammerman and Scheu

16:03:09  11   who had concerns that he would be able to do that,

16:03:12  12   causing himself harm.

16:03:14  13        **Q.**    And what were those concerns based on?

16:03:17  14        **A.**    Concerns were based on the thought that

16:03:21  15   he had possibly had contraband that he would be

16:03:23  16   able to reach and consume.

16:03:28  17        **Q.**    Did you see the contraband?

16:03:29  18        **A.**    I did not see contraband.

16:03:31  19        **Q.**    Did Officer Scheu see the contraband?

16:03:34  20        **MR. DUDDY:**  Objection.

16:03:35  21        **THE WITNESS:**  Any contraband that was seen

16:03:37  22   would have been retrieved.

16:03:48  23        **BY MS. REDDY:**

*Courtney Tripp - Ms. Reddy - 01/26/2024*

76

16:03:49  1    **Q.**   Was anything retrieved?

16:03:50  2    **A.**   I don't know.

16:03:52  3    **Q.**   Did Officer Scheu tell you that he saw

16:03:54  4  any contraband on that day?

16:03:56  5    **A.**   I don't recall.

16:03:57  6    **Q.**   Did Officer Ammerman tell you that he

16:03:59  7  saw any contraband on that day?

16:04:02  8    **A.**   I don't recall.

16:04:10  9    **Q.**   Who makes the determination of whether

16:04:12 10  a citizen is transported for a further search of

16:04:17 11  his body at Central Booking on a call?

16:04:21 12    **A.**   The officers on the call.

16:04:23 13    **Q.**   And, when you arrive on the scene, on

16:04:37 14  the call, as a lieutenant who supervises these

16:04:41 15  officers, what is your responsibility with respect

16:04:44 16  to ensuring that a citizen like Mr. Suttles is

16:04:47 17  being treated properly?

16:04:48 18    **A.**   Based on my observations when I arrive?

16:04:52 19    **Q.**   No.  I'm sorry.  I think you

16:04:54 20  misunderstood the question.

16:04:55 21    What is your responsibility with respect to

16:04:58 22  ensuring that a citizen such as Mr. Suttles is

16:05:02 23  being treated properly on the call itself?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

77

16:05:04  1        **A.**    Can you clarify what you mean by

16:05:06  2  ensuring?

16:05:07  3        **Q.**    Yes.  You're a lieutenant.  You

16:05:09  4  supervise two police officers.  What is your

16:05:11  5  responsibility to monitoring, supervising, checking

16:05:16  6  to make sure a civilian like Mr. Suttles is being

16:05:20  7  treated properly?

16:05:20  8        **A.**    As you said, I would monitor them.

16:05:25  9        **Q.**    Monitor what?

16:05:26 10        **A.**    Their actions.

16:05:28 11        **Q.**    In this call, what did you do to

16:05:36 12  monitor the actions of Officer Scheu and Officer

16:05:36 13  Ammerman?

16:05:41 14        **A.**    I was not there during their initial

16:05:43 15  interaction with Mr. Suttles.

16:05:46 16        **Q.**    So how could you monitor their actions?

16:05:52 17        **MR. DUDDY:**  Objection.

16:05:54 18        **THE WITNESS:**  I could monitor actions for

16:05:57 19  only things that I'm there for on a call.

16:06:01 20        **BY MS. REDDY:**

16:06:01 21        **Q.**    That's understood.  I asked you what is

16:06:03 22  your responsibility with respect to ensuring that

16:06:07 23  officers such as Officer Scheu and Officer Ammerman

*Courtney Tripp - Ms. Reddy - 01/26/2024*

78

16:06:10  1  treat a civilian like Mr. Suttles properly?

16:06:12  2          **MR. DUDDY:**  Objection.  Asked and answered.

3          **MS. REDDY:**  And I'm not done.  You can lodge

4  your objection --

5          **MR. DUDDY:**  Stop --

6          (Reporter interruption.)

7          (Discussion off the record.)

16:06:22  8          **MR. DUDDY:**  Stop asking the same question.

16:06:29  9          **BY MS. REDDY:**

16:06:30  10         Q.   Your testimony earlier was that it's

16:06:40  11  your responsibility as a lieutenant who comes on a

16:06:42  12  call to monitor the actions of the police officers;

16:06:48  13  is that accurate?

16:06:49  14         A.   That is part of our responsibilities,

16:06:51  15  correct.

16:06:51  16         Q.   Now, before you arrived on the scene,

16:06:54  17  was there another lieutenant present?

16:06:56  18         A.   Not that I'm aware of.

16:06:58  19         Q.   When you arrived, you didn't see

16:07:06  20  Mr. Suttles?

16:07:09  21         **MR. DUDDY:**  Objection.

16:07:09  22         **THE WITNESS:**  I do not recall if I seen him.

16:07:11  23  I've stated that many times.

16:07:13   1          BY MS. REDDY:

16:07:14   2          Q.    You don't recall seeing him?  As you

16:07:14   3   sit here today, you don't recall seeing him?

16:07:16   4          A.    Correct.

16:07:17   5          MR. DUDDY:  Objection.  This is -- you're

16:07:19   6   making notes, I'm making notes.  This is --

16:07:19   7          (Reporter interruption.)

16:07:23   8          (Discussion off the record.)

16:07:23   9          MS. REDDY:  Stop interrupting, Mr. Duddy.

16:07:27  10   Mr. Duddy, please stop interrupting.  Why don't you

16:07:30  11   draft your motion and stop interrupting this

16:07:31  12   testimony?

16:07:32  13          MR. DUDDY:  Excuse me.

16:07:32  14          MS. REDDY:  It's impossible to get a clear

16:07:36  15   answer from the deponent with your interruptions.

16:07:39  16          MR. DUDDY:  You're asking the same question.

16:07:41  17   It's the exact same question you keep on asking.

16:07:41  18          MS. REDDY:  I am entitled to ask my

16:07:42  19   questions in a way that I could get a clear answer

16:07:45  20   from --

16:07:45  21          MR. DUDDY:  If you ask one more time what

16:07:47  22   Lieutenant Tripp was doing or did she see --

16:07:47  23          (Reporter interruption.)

*Courtney Tripp - Ms. Reddy - 01/26/2024*

80

16:08:25 1          (Discussion off the record.)

16:08:25 2          **MR. DUDDY:**  If we go back in circles for the

16:08:28 3   same question, I'm going to ask that this video

16:08:31 4   deposition is recorded so that we can ensure moving

16:08:33 5   forward that there's no harassment of the witness.

16:08:42 6          **MS. REDDY:**  Are you done, Mr. Duddy?

16:08:45 7          **MR. DUDDY:**  I am, yeah.

16:08:51 8          **BY MS. REDDY:**

16:08:51 9          **Q.**   Officer Tripp, your earlier testimony

16:08:54 10  is that when a lieutenant comes to a call such as

16:08:59 11  the one that Mr. Suttles experienced on May 10th,

16:09:00 12  2020 the lieutenant will monitor the actions of the

16:09:03 13  officers to ensure that a civilian such as

16:09:06 14  Mr. Suttles is treated properly; is that accurate?

16:09:10 15         **A.**   Your testimony was that we ensure --

16:09:14 16         **Q.**   Hold on one second.  Hold on one

16:09:16 17  second.  If that's not accurate -- it's a yes or no

16:09:18 18  question.  You could say yes or no and you could

16:09:20 19  clarify.

16:09:21 20         **A.**   I did not say that.

16:09:22 21         **Q.**   Please restate what you said so I don't

16:09:24 22  misphrase it.

16:09:25 23         **A.**   My actions on scene are to monitor the

*Courtney Tripp - Ms. Reddy - 01/26/2024*

81

16:09:28  1   officers.

16:09:32  2       Q.    Yes.    Okay.    And my question to you, to

16:09:34  3   clarify, how do you ensure as a lieutenant on the

16:09:39  4   scene that a civilian like Mr. Suttles is treated

16:09:45  5   properly during a call by the officers?

16:09:47  6       A.    Once again, you keep stating ensure and

16:09:49  7   I'm unclear as to why you're stating ensure.

16:09:53  8       Q.    Let me rephrase.    As a lieutenant, do

16:09:56  9   you have any responsibility to a civilian such as

16:09:58 10   Mr. Suttles to ensure that he is being treated

16:10:01 11   properly and safely during a call?

16:10:06 12       A.    As police officers, we do.

16:10:11 13       Q.    I'm asking you specifically do you as a

16:10:14 14   lieutenant for the Buffalo Police Department have

16:10:16 15   any responsibility in ensuring that officers on a

16:10:21 16   call such as the one Mr. Suttles experienced on

16:10:24 17   May 10th, 2020 treat him appropriately and

16:10:29 18   properly?

16:10:29 19       A.    As a lieutenant, if you observe

16:10:31 20   something that is inappropriate you are able to

16:10:35 21   intervene.    For this incident I did not observe

16:10:38 22   anything that needed for me to intervene.

16:10:52 23       Q.    When you arrived at the call, what was

*Courtney Tripp - Ms. Reddy - 01/26/2024*

82

16:10:54  1  your understanding of what had happened to

16:10:56  2  Mr. Suttles during that call?

16:10:58  3      **A.**   He had resisted against the officers

16:10:59  4  and they needed to effect an arrest through the use

16:11:03  5  of force.

16:11:11  6      **Q.**   How did you make that conclusion?

16:11:12  7      **A.**   It was based on the information

16:11:14  8  provided at the arrival on the scene.

16:11:22  9      **Q.**   What was that information?

16:11:23  10     **A.**   That Mr. Suttles had fought the

16:11:24  11  officers physically.

16:11:25  12     **Q.**   How did he fight them physically?

16:11:28  13     **A.**   I don't know the exact actions of him.

16:11:41  14     **Q.**   Did you ask the officers what prompted

16:11:43  15  the stop of the vehicle that Mr. Suttles was in

16:11:45  16  that day?

16:11:45  17     **A.**   I don't recall if I did or not.

16:11:54  18     **Q.**   Did you ask about any injuries that

16:11:56  19  Mr. Suttles may have incurred that day?

16:11:58  20     **A.**   I don't recall directly asking, but I

16:12:00  21  know that we were going to provide him with medical

16:12:28  22  care.

16:12:29  23     **Q.**   Did Officer Ammerman submit a use of

| | | |
|---|---|---|
| 16:12:32 | 1 | force form after the incident on May 10th, 2020? |
| 16:12:37 | 2 | **A.**    Yes. |
| 16:12:38 | 3 | **Q.**    Did Officer Ammerman submit a use of |
| 16:12:40 | 4 | force form after the incident of May 10th, 2020 |
| 16:12:43 | 5 | involving Mr. Suttles? |
| 16:12:44 | 6 | **A.**    Yes, Officer Ammerman did. |
| 16:12:46 | 7 | **Q.**    Did any other officer from the call |
| 16:12:49 | 8 | submit a use of force form in relation to |
| 16:12:53 | 9 | Mr. Suttles from May 10th, 2020? |
| 16:12:56 | 10 | **A.**    Not that I directly recall. |
| 16:13:00 | 11 | **Q.**    What did you do after arranging the |
| 16:13:04 | 12 | transport for Mr. Suttles on the scene on May 10th, |
| 16:13:09 | 13 | 2020? |
| 16:13:09 | 14 | **A.**    I don't recall further actions. |
| 16:13:12 | 15 | **Q.**    When a civilian is transported to |
| 16:13:51 | 16 | Central Booking such as Mr. Suttles, does that mean |
| 16:13:54 | 17 | they've been arrested? |
| 16:13:56 | 18 | **A.**    We process arrest at Central Booking. |
| 16:14:00 | 19 | **Q.**    Okay.  Thank you.  So, at that point in |
| 16:14:04 | 20 | time, was he considered arrested when he's being |
| 16:14:10 | 21 | transported to Central Booking? |
| 16:14:11 | 22 | **A.**    Yes. |
| 16:14:17 | 23 | **Q.**    Do you know what happened to |

*Courtney Tripp - Ms. Reddy - 01/26/2024*

84

16:14:18    1    Mr. Suttles at Central Booking?

16:14:20    2         **A.**    I was not at Central Booking, so no.

16:14:24    3         **Q.**    Did he ever go -- did he receive the

16:14:26    4    medical treatment --

16:14:26    5         **A.**    My understanding is he was treated --

16:14:29    6         **Q.**    -- that you testified to earlier?

16:14:29    7         **A.**    My understanding is he was treated at

16:14:32    8    ECMC.

16:15:12    9         **Q.**    Was there a time where you ever had to

16:15:14   10    review any use of force form in relation to this

16:15:17   11    incident?

16:15:20   12         **A.**    At that time, the policy was for me to

16:15:24   13    review the use of force submitted by the officer.

16:15:26   14         **Q.**    When did you review those forms?

16:15:29   15         **A.**    It would be documented on the form.  I

16:15:33   16    don't have an exact date and time.

16:15:35   17         **Q.**    And, in your role as lieutenant

16:15:43   18    supervising Officer Scheu, what did you decide

16:15:47   19    after you reviewed his use of force form?

16:15:50   20         **A.**    I don't recall reviewing his use of

16:15:53   21    force form.  Any decisions on use of force forms

16:15:56   22    would be documented on the forms.

16:15:59   23         **Q.**    Maybe I just misunderstood your last

*Courtney Tripp - Ms. Reddy - 01/26/2024*

85

16:16:01  1   testimony.   My question was did you review the use

16:16:04  2   of force form submitted by any of the officers in

16:16:09  3   relation to this incident?

16:16:10  4          **A.**    Correct.

16:16:11  5          **Q.**    Which officer's form did you review?

16:16:15  6          **A.**    I believe I -- I recall Officer

16:16:21  7   Ammerman's.

16:16:21  8          **Q.**    Did you draw a conclusion after you

16:16:25  9   reviewed his use of force form?

16:16:26  10         **A.**    I did.

16:16:26  11         **Q.**    What was your conclusion?

16:16:27  12         **A.**    That the force was necessary and within

16:16:31  13   the policy of the Buffalo Police Department.

16:16:34  14         **Q.**    Did you review the body cam footage in

16:16:37  15   relation to the incident of May 10th, 2020?

16:16:42  16         **A.**    I don't recall if I did.

16:16:43  17         **Q.**    Would that be signified on any form?

16:16:47  18         **A.**    No.

16:16:53  19         **Q.**    So how did you decide that the force of

16:16:56  20   Officer Ammerman was necessary and in line with the

16:16:59  21   policy?

16:16:59  22         **A.**    Based on the use of force form

16:17:03  23   completed.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

86

16:17:05  1          Q.    And that form is completed only by

16:17:10  2    Officer Ammerman; is that correct?

16:17:11  3          A.    It is.

16:17:11  4          Q.    And this is self-reporting?  He's

16:17:16  5    reporting on his own actions from that date?

16:17:19  6          A.    Yes.

16:17:40  7          Q.    Okay.  We previously submitted two

16:17:43  8    exhibits into evidence.  I'm going to represent to

16:17:55  9    you that these were produced by the Defendants.

16:17:59 10    I'm going to share with you page 8 of Exhibit 1 in

16:18:06 11    a screen share.  Hold on.  I'm just trying to make

16:18:10 12    it a little larger.  Officer Tripp, are you able to

16:18:33 13    see the document on my screen?

16:18:34 14          A.    Yes.

16:18:34 15          Q.    I'm going to represent that this is

16:18:36 16    Defendant's Exhibit 1 of this deposition, documents

16:18:40 17    that were produced by defense counsel.  This is

16:18:42 18    page 8 of Exhibit 1.  Does this look familiar to

16:18:45 19    you?

16:18:45 20          A.    Yes.

16:18:45 21          Q.    What is this document?

16:18:47 22          A.    It's a case history for an arrest.

16:18:53 23          Q.    And how does this document come about?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

87

16:18:55  1          A.    It is generated during the arrest
16:18:58  2   process by the arresting officers.
16:19:04  3          Q.    You said it is generated.  What does
16:19:08  4   that mean?
16:19:08  5          A.    They give the information on who
16:19:10  6   participated in the arrest to the report technician
16:19:12  7   who physically types it.
16:19:13  8          Q.    Is that done verbally?
16:19:15  9          A.    They verbally tell the report
16:19:18 10   technician who was involved.
16:19:22 11          Q.    Okay.  And where is the report
16:19:25 12   technician?
16:19:28 13          A.    They're in Central Booking.
16:19:30 14          Q.    Okay.  Is that your name at the bottom
16:19:44 15   of the document?
16:19:44 16          A.    It is.
16:19:45 17          Q.    Name of assisting officer seven
16:19:53 18   Lieutenant Courtney Tripp, is that your name at the
16:19:57 19   bottom of that document?
16:19:57 20          A.    Yes.
16:19:58 21          Q.    And is this an accurate reflection of
16:20:00 22   the case history from this arrest?  You could take
16:20:02 23   a moment to review it if you haven't reviewed it

*Courtney Tripp - Ms. Reddy - 01/26/2024*

88

16:20:06  1  before.

16:20:10  2          A.    That would be the information provided

16:20:12  3  by the arresting officers who have the most

16:20:16  4  knowledge of the arrest.

16:20:17  5          Q.    And who is that?

16:20:19  6          A.    It says name of officer in charge

16:20:21  7  Officer Michael Scheu.

16:20:31  8          Q.    And does this accurately reflect your

16:20:34  9  involvement?  It says name of assisting officer

16:20:37 10  number seven Lieutenant Courtney Tripp, functions

16:20:38 11  performed assisted in investigation, arrest,

16:20:42 12  supervised?

16:20:42 13          A.    Yes.

16:20:42 14          Q.    Is that accurate?

16:20:44 15          A.    Correct.

16:20:50 16          Q.    And what does this mean?  What is the

16:20:53 17  exact function you performed with respect to

16:20:57 18  assisted in investigation?

16:20:58 19          A.    That summarizes that I was on the scene

16:21:01 20  at some point during the investigation or during

16:21:04 21  this incident or call.

16:21:08 22          Q.    And what was your involvement with the

16:21:11 23  function performed as indicated arrest?

16:21:16  1        **A.**    I did not process the arrest, but the

16:21:20  2   investigation resulted in an arrest.

16:21:28  3        **Q.**    Same question.  What's the function you

16:21:31  4   performed as listed here supervised?

16:21:35  5        **A.**    Once again, I discussed and gave

16:21:38  6   insight to how I feel he should have been

16:21:41  7   transported.

16:21:42  8        **Q.**    What was that insight?

16:21:43  9        **A.**    I said that he needed to be transported

16:21:47 10   to be checked for possible hidden contraband.

16:22:03 11        **Q.**    And that was based on the statements

16:22:07 12   made by Officer Scheu and Officer Ammerman; is that

16:22:11 13   correct?

16:22:14 14        **A.**    Yes.

16:22:14 15        **Q.**    I'm going to actually show you another

16:22:24 16   exhibit now.  Just bear with me while I pull it up.

16:22:34 17        Before we get to that exhibit, you indicated

16:22:36 18   that your determination was that the force that was

16:22:40 19   necessary -- force was necessary in line with the

16:22:44 20   policy; is that correct?

16:22:46 21        **A.**    Yes.

16:22:46 22        **Q.**    And does that apply to both Officer

16:22:49 23   Scheu and Officer Ammerman?

16:22:51   1        **A.**    I believe it's documented on my review

16:22:54   2   of Officer Ammerman's use of force.

16:22:56   3        **Q.**    Okay.  And what happened after you made

16:22:58   4   that determination with respect to the force in

16:22:58   5   the --

16:22:58   6        **A.**    I forwarded --

16:23:03   7        **Q.**    I'm sorry.  With the force of this

16:23:03   8   incident?

16:23:05   9        **A.**    I don't understand exactly what you're

16:23:09  10   asking.

16:23:10  11        **Q.**    You were just -- you were going to

16:23:12  12   answer the question, so I think you understood.  I

16:23:16  13   just was clarifying that it's in relation to this

16:23:20  14   incident only.

16:23:20  15        **A.**    You're asking what I did after I

16:23:20  16   determined that the use of force was necessary with

16:23:22  17   the policy.  That use of force form was then

16:23:24  18   forwarded to my captain.

16:23:28  19        **Q.**    Who's the captain?

16:23:30  20        **A.**    At that time, it was Captain Joseph

16:23:48  21   Langdon, J-O-S-E-P-H, L-A-N-G-D-O-N.

16:23:48  22        **Q.**    And do you know what happened after

16:23:49  23   that?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

91

16:23:49  1          A.    I'm not -- what Officer -- or, I'm

16:23:52  2    sorry.  What Captain Langdon did?

16:23:54  3          Q.    Yes.

16:23:55  4          A.    I'm not -- I don't know what his

16:23:58  5    actions were.

16:23:58  6          Q.    When did you first hear that

16:24:01  7    Mr. Suttles was suing the Buffalo Police

16:24:04  8    Department?

16:24:04  9          A.    I don't recall.

16:24:05 10          Q.    Did this case go to Internal Affairs?

16:24:16 11          A.    My understanding is yes.

16:24:19 12          Q.    Officer Tripp, can you see this

16:24:36 13    document?

16:24:36 14          A.    I can.

16:24:36 15          Q.    Does this look familiar to you?

16:24:38 16          A.    Yes.

16:24:40 17          Q.    Have you seen this document before?

16:24:42 18          A.    I have not seen this in its entirety.

16:24:47 19          Q.    Are you familiar with this type of

16:24:48 20    document?

16:24:49 21          A.    Yes.

16:24:53 22          MR. DUDDY:  Could I just ask a point about

16:24:57 23    this document that you're showing?  I see it's

16:25:00    1  already marked up as Defendant's Exhibit 2.  Was

16:25:02    2  that your office that done that or was that the

16:25:06    3  court reporter that done that?

16:25:08    4      **MS. REDDY:**  As I stated previously, we

16:25:10    5  provided two exhibits that were produced by the

16:25:13    6  defense and submitted them to the court reporter

16:25:15    7  for marking.  This is marked as Defendant's

16:25:17    8  Exhibit 2.

16:25:19    9      **MR. DUDDY:**  I'm not sure of the number on

16:25:23   10  the first one.

16:25:24   11      **MS. REDDY:**  I could flip back to that.  It

16:25:26   12  wasn't -- I didn't start at page 1 for Exhibit 1.

16:25:29   13      **MR. DUDDY:**  Okay.  Page 8.  I got it.

16:25:31   14  That's fine.

16:25:33   15      **MS. REDDY:**  It has been labeled right here

16:25:34   16  Defendant's Exhibit 1.  Again, these were produced

16:25:36   17  by the defense.  They weren't Bates stamped, so I

16:25:41   18  took the liberty of stamping them for the purposes

16:25:44   19  of the deposition today.

16:25:49   20      **BY MS. REDDY:**

16:25:50   21      Q.   Moving back to Exhibit 2, page 1,

16:25:52   22  Officer Tripp, are you familiar with this type of

16:25:54   23  document?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

93

16:25:55  1        A.    Yes.

16:25:55  2        Q.    What is this?

16:25:55  3        A.    It appears to be an Internal Affairs

16:26:01  4   Division form that they generated.

16:26:03  5        Q.    And how does this get generated?

16:26:05  6        A.    That would be through the Internal

16:26:08  7   Affairs Department.  I don't know.

16:26:12  8        Q.    I'm going to direct your attention to

16:26:15  9   page 1.  Page 2 appears to be blank.  This is

16:26:23 10   labeled use of force and it has an Internal Affairs

16:26:27 11   number and it was received on May 10th, 2020.  Are

16:26:31 12   you familiar with this type of form?

16:26:33 13        A.    Yes.

16:26:34 14        Q.    What would you call this form?

16:26:36 15        A.    A use of force form or a Blue Team.

16:26:47 16        Q.    Or a what?  I'm sorry.

16:26:47 17        A.    The Blue Team.

16:26:47 18        Q.    So a use of force form could also be

16:26:51 19   called a Blue Team?  Is that what you're saying?

16:26:53 20        A.    It's under the Blue Team program, so

16:26:57 21   it's often considered as a use of force form or a

16:27:01 22   Blue Team.

16:27:10 23        Q.    Is this a use of force form that you

*Courtney Tripp - Ms. Reddy - 01/26/2024*

94

16:27:15  1  recognize?

16:27:17  2          **A.**    This is a use of force form, yes.

16:27:19  3          **Q.**    Is this one that you recognize?  Is

16:27:25  4  this a specific one that you recognize?

16:27:26  5          **A.**    This is one that I would have reviewed,

16:27:28  6  yes.

16:27:29  7          **Q.**    And I know you don't have the liberty

16:27:31  8  of having it in front of you in a paper copy, so

16:27:34  9  I'm going to scroll up and I'm going to represent

16:27:36 10  to you that this is reflecting incident number 20

16:27:42 11  dash 131 dash 0536.  It indicates the involved

16:27:44 12  citizen is Quentin Suttles.  Scrolling up, there's

16:27:50 13  a second page, employees involved Officer Ronald J.

16:28:07 14  Ammerman and there's page 3.

16:28:08 15          Does this form actually stop at a certain

16:28:10 16  point or does it generate further events involving

16:28:14 17  the use of force form after submission?

16:28:20 18          **A.**    Does it generate more things?

16:28:25 19          **Q.**    It says right here -- I'm sorry.  Let

16:28:28 20  me rephrase.

16:28:29 21          It says right here Blue Team chain routings.

16:28:32 22  Can you explain that?

16:28:32 23          **A.**    That means it was sent to me for review

16:28:35  1  exactly as it states, sent from Officer Ammerman to

16:28:39  2  Lieutenant Tripp, and then he asks that I review

16:28:44  3  his submission.

16:28:46  4      **Q.**    Okay.  And, just to get the language

16:28:47  5  correct, would you -- is this entire document

16:28:49  6  considered a use of force form or is it just the

16:28:52  7  portion that Officer Ammerman submits?  I'll

16:28:58  8  represent to you this is a five-page document.

16:29:02  9      **A.**    This is included in the use of force

16:29:05 10  form.  What you were asking about is the history of

16:29:10 11  forwarding the form.  It's showing you that it was

16:29:16 12  submitted by him to me for review.

16:29:23 13      **Q.**    Okay.  For the record, I will represent

16:29:25 14  that you are referring to page 3 --

16:29:25 15      **A.**    Correct.

16:29:26 16      **Q.**    -- where it indicates sent from Ronald

16:29:28 17  J. Ammerman to Courtney Tripp?

16:29:31 18      **A.**    Yes.

16:29:31 19      **Q.**    But the information prior to when it's

16:29:34 20  submitted to you is completed by Officer Ammerman;

16:29:40 21  is that correct?

16:29:40 22      **A.**    That is correct.

16:29:41 23      **Q.**    And, when this form is printed, it's

*Courtney Tripp - Ms. Reddy - 01/26/2024*

96

16:29:44  1  printed with these further routings to you and

16:29:46  2  thereafter; is that correct?

16:29:50  3      **A.**   Yes.

16:30:08  4      **Q.**   So I want to direct your attention to

16:30:10  5  the bottom of the page -- well, slightly before the

16:30:13  6  very bottom.  Here there's a decision that says not

16:30:19  7  approved.  Can you explain that to us?

16:30:22  8      **A.**   It says that it was not approved

16:30:23  9  because under the reviewer comment it says the

16:30:24  10 incident number must be formatted 20 dash 131 dash

16:30:30  11 0536, so the decision of not approved was not based

16:30:34  12 on the use of force, but based on the formatting of

16:30:37  13 the incident number that the officer had included.

16:30:42  14     **Q.**   So what does not approved -- is it your

16:30:46  15 requirement right now to approve or not approve?

16:30:48  16 Is that your function at this point?

16:30:51  17     **A.**   During this time, I was to review his

16:30:55  18 use of force.  The form was not approved based on a

16:31:01  19 typographical error that the CD number was not

16:31:09  20 formatted correctly based on the request of the

16:31:12  21 Internal Affairs Division.  The decision of not

16:31:15  22 approved was not at all based on the actions of

16:31:19  23 Officer Ammerman during the time of the incident.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

16:31:22  1      **Q.**    Right.  I understand that.  I'm just

16:31:22  2    trying to understand what does approved and not

16:31:22  3    approved mean.  I understand in relation to this

16:31:29  4    not approved reflects the typo, but generally what

16:31:33  5    was your function here?  Is it your requirement as

16:31:37  6    a lieutenant to approve or not approve the use of

16:31:39  7    force form?

16:31:40  8      **A.**    To review them and approve or not

16:31:42  9    approve, correct.

16:31:43 10      **Q.**    And what does approve mean and what

16:31:46 11    does not approve mean?

16:31:47 12      **A.**    In this incident, it was not approved

16:31:51 13    based on the formatting of the incident number.

16:31:56 14      **Q.**    And, if it's approved, what does that

16:31:58 15    mean?

16:31:58 16      **A.**    It means that it was reviewed and the

16:32:02 17    force was believed by the approving officer -- or,

16:32:05 18    I'm sorry.  Approving lieutenant or captain that

16:32:08 19    the force was necessary and within policy.

16:32:18 20      **Q.**    So here initially you're not able to

16:32:20 21    approve it because of formatting issues.  It seems

16:32:24 22    like that happens again?  Is that accurate?

16:32:26 23      **A.**    It doesn't happen again.  That is me

*Courtney Tripp - Ms. Reddy - 01/26/2024*

98

16:32:28  1  sending it back to Ron, I believe.

16:32:34  2      Q.    Okay.  We're scrolling down to page 4.

16:32:40  3  Here there's a decision that says approved,

16:32:44  4  reviewed by Lieutenant Courtney A. Tripp on May 11,

16:32:49  5  2020 at 19:31, decision approved?

16:32:52  6      A.    Correct.

16:32:53  7      Q.    Reviewer comment, I have reviewed this

16:33:00  8  incident and determined force was reasonably

16:33:07  9  necessary and within BPD policy.  Is that a

16:33:46 10  statement that you made, Officer Tripp, as

16:33:50 11  reflected in Exhibit 2 --

16:33:50 12      A.    Yes.

16:33:55 13      Q.    -- on page 4?

16:33:56 14      A.    Yes.

16:33:57 15      Q.    And what did you base that comment on?

16:34:01 16      A.    That decision was based on the

16:34:04 17  information provided in the pages above by Officer

16:34:18 18  Ammerman.

16:34:18 19      Q.    Are you referring to page 1?

16:34:27 20      A.    In addition to page 2.

16:34:29 21      Q.    So what part specifically informed your

16:34:37 22  decision to make that conclusion?

16:34:41 23      A.    It would be the summary and then

16:34:42  1   there's a part on page 1 if you scroll up that I

16:34:46  2   believe describes the actions of Mr. Suttles.

16:34:59  3        Q.   Okay.  Well, let's just go through it

16:35:01  4   because I don't know exactly what you're referring

16:35:02  5   to and I want your testimony to be very clear here.

16:35:05  6        Type of service being performed at the time

16:35:07  7   of the incident was arrest.  The reason for use of

16:35:11  8   force multiple.  Employee assessment of citizen

16:35:15  9   condition unknown.  What does that mean?

16:35:20  10       A.   Employee assessment of the citizen

16:35:22  11  condition?  You would have to -- I don't know

16:35:22  12  exactly what the options are for that and what it's

16:35:25  13  referring to.

16:35:32  14       Q.   The citizen that's being referred to is

16:35:34  15  Mr. Suttles in these types of documents; is that

16:35:37  16  correct?

16:35:37  17       A.   Yes, but you want to know specifically

16:35:42  18  the employee assessment of the citizen condition.

16:35:46  19  That was answered by Officer Ammerman.  I don't

16:35:48  20  know exactly what the form is asking for at that

16:35:50  21  time.

16:35:50  22       Q.   After you received this form, did you

16:35:53  23  ask him what that means?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

16:35:55   1          **A.**    Not that I recall.

16:35:56   2          **Q.**    Citizen was injured, yes.  Citizen was

16:36:03   3   taken to the hospital, yes.  Citizen was charged

16:36:05   4   and arrested in relation to the incident, yes.

16:36:08   5   Employee was injured, no.  Employee was taken to

16:36:11   6   the hospital, no.  Does employee refer to the

16:36:15   7   police officer?

16:36:15   8          **A.**    Yes.

16:36:16   9          **Q.**    Distance employee was from involved

16:36:18  10   citizen 1 feet to 3 feet, what does that mean to

16:36:22  11   you?

16:36:22  12          **A.**    That means that Mr. Suttles was in

16:36:24  13   close proximity to Officer Ammerman.

16:36:27  14          **Q.**    Was he ever less than 1 feet from

16:36:31  15   Mr. -- Officer Ammerman?

16:36:33  16          **MR. DUDDY:**  Objection.

16:36:43  17          **BY MS. REDDY:**

16:36:43  18          **Q.**    You have to answer the question,

16:36:45  19   Officer.

16:36:45  20          **A.**    I would assume since --

16:36:47  21          **MR. DUDDY:**  No, don't assume.  Don't assume.

16:36:48  22   Either you know or you don't.

16:36:53  23          **BY MS. REDDY:**

*Courtney Tripp - Ms. Reddy - 01/26/2024*

101

16:36:54  1          Q.   To your knowledge, was Mr. Suttles ever

16:36:57  2   within 1 feet of Officer Ammerman during the stop

16:36:59  3   of May 10th, 2020?

16:37:02  4          A.   During the arrest?  Yes.

16:37:10  5          Q.   So this use of force form is not

16:37:12  6   accurate?

16:37:13  7          A.   That would possibly be the lowest

16:37:15  8   amount of feet that the form allows you to choose.

16:37:21  9          Q.   Is there anywhere on the use of force

16:37:25  10  form that would indicate that Mr. Suttles and

16:37:28  11  Officer Ammerman were within 1 feet of one another?

16:37:31  12         A.   If you review the summary, for the

16:37:35  13  resistance where he says refused cuffing and pulled

16:37:40  14  away from the officers and fighting with the

16:37:42  15  officers, that would likely be within that space

16:37:45  16  that you're asking.

16:37:49  17         Q.   What was Mr. Suttles arrested for?

16:37:51  18         A.   If you scroll down, I would be able to

16:37:56  19  read his charges.

16:37:57  20         Q.   I'm asking if you recall as you sit

16:38:01  21  here today?

16:38:02  22         A.   I do not recall.

16:38:02  23         Q.   So, yes, let's look at the document

*Courtney Tripp - Ms. Reddy - 01/26/2024*

102

16:38:16  1  itself to refresh your recollection.  Charges

16:38:18  2  against citizen in relation to the incident

16:38:21  3  obstructing, resisting arrest, tampering with

16:38:24  4  physical evidence, V&T.  Is that an accurate

16:38:27  5  reflection of the charges against Mr. Suttles from

16:38:31  6  May 10th, 2020?

16:38:33  7       **A.**   Those are the charges that Officer

16:38:35  8  Ammerman is stating that he charged Mr. Suttles

16:38:37  9  with.

16:38:38  10       **Q.**   Did you check that independently on

16:38:39  11  your own?

16:38:40  12       **A.**   No.

16:38:43  13       **Q.**   Did you review this portion?  Is this

16:39:04  14  accurate that Mr. -- Officer Ammerman had been

16:39:06  15  employed for three years by the time of this

16:39:09  16  incident with the Buffalo Police Department?

16:39:10  17       **A.**   That's his statement, but I would not

16:39:13  18  look up his date of hire.

16:39:15  19       **Q.**   Moving on to the summary, officers

16:39:21  20  initiated a traffic stop for V&T infractions.  What

16:39:25  21  was the V&T infraction?

16:39:28  22       **A.**   I believe --

16:39:29  23       **MR. DUDDY:**  Objection.

*Courtney Tripp - Ms. Reddy - 01/26/2024*

103

16:39:34   1        **THE WITNESS:**   The infraction is listed in

16:39:36   2    his charges, V&T Law 509.

16:39:40   3        **BY MS. REDDY:**

16:39:40   4        **Q.**   What is that?

16:39:41   5        **A.**   I don't recall off the top of my head

16:39:43   6    what that charge is for.

16:39:52   7        **Q.**   Upon -- and I'm going to continue

16:39:53   8    reading the summary.  Upon further investigation, a

16:39:57   9    strong odor of marijuana came from the vehicle and

16:40:00  10    occupants made admissions to smoking marijuana in

16:40:20  11    the vehicle.  While patting down the subject, he

16:40:25  12    did push off the vehicle, push off officers and

16:40:29  13    attempt to re-enter vehicle and get away.  I'm

16:40:36  14    going to stop right there and ask you a question

16:40:38  15    about that, Officer Tripp.  How do you know that to

16:40:41  16    be a true reflection of what occurred on May 10th,

16:40:47  17    2020?

16:40:47  18        **MR. DUDDY:**   Objection.  Officer -- sorry.

16:40:54  19    Lieutenant Tripp didn't produce this document.

16:40:54  20    You're asking about a document that she didn't

16:40:56  21    produce.

16:41:01  22        **BY MS. REDDY:**

16:41:01  23        **Q.**   Officer Tripp, did you approve this

16:41:03  1  document, this use of force form?

16:41:05  2        **A.**    I approved this based on the summary --

16:41:08  3        **Q.**    That's a yes or no question.  I'm

16:41:09  4  sorry.  Did you approve this use of force form?

16:41:11  5        **A.**    Yes.

16:41:12  6        **Q.**    So did you make any independent

16:41:13  7  investigation into whether the first statement that

16:41:15  8  I just read to you is an accurate reflection of

16:41:19  9  what had occurred on May 10th, 2020?

16:41:21  10        **A.**    My decision is based on this document.

16:41:26  11        **Q.**    Please answer the question and only the

16:41:29  12  question asked.  I read you a statement that was in

16:41:33  13  the summary portion of Officer Ammerman's use of

16:41:37  14  force that you approved and my question to you is

16:41:41  15  after having read that first statement to you did

16:41:44  16  you take any steps to independently assess whether

16:41:47  17  that was an accurate reflection of what occurred on

16:41:49  18  May 10th, 2020?  And that is a yes or no question.

16:41:53  19        **A.**    No.

16:41:53  20        **Q.**    Thank you.  Moving on to the second

16:41:55  21  portion, officers had to take the subject to the

16:41:58  22  ground in an attempt to gain control.  Subject

16:42:01  23  refused to comply with multiple verbal commands

16:42:05  1   from officers.

16:42:07  2            Again, same question, Officer Tripp.  Did

16:42:09  3   you take any independent steps to conclude that

16:42:14  4   these were -- is an accurate summary of the

16:42:19  5   incidents that occurred on May 10th, 2020?

16:42:21  6        **A.**    I don't recall doing that.

16:42:25  7        **Q.**    It's a yes or no question.

16:42:28  8        **A.**    I don't recall doing that.

16:42:28  9        **Q.**    Thank you.  During the entire

16:42:30  10  struggle -- and I'm going to continue to the last

16:42:33  11  portion of the summary provided by Officer Ammerman

16:42:35  12  in his use of force form that you approved.  During

16:42:38  13  the entire struggle, subject did continuously put

16:42:41  14  hands into pants and continue to disobey verbal

16:42:45  15  commands.  Officer did attempt to gain control of

16:42:48  16  the subject with an upper body hold.  Subject still

16:42:52  17  refusing to comply with verbal commands to put his

16:42:58  18  hands behind his back and attempt to get away from

16:43:03  19  the officers.  Officer did strike subject in his

16:43:04  20  head with hands.

16:43:05  21           Again, the same question, Officer Tripp.

16:43:08  22  Did you take any independent steps to assess

16:43:08  23  whether this summary accurately reflected the

*Courtney Tripp - Ms. Reddy - 01/26/2024*

106

16:43:08  1  events of May 10th, 2020 involving Mr. Suttles?

16:43:15  2  And that's a yes or no question.

3      **MR. DUDDY:**  Objection.  Objection.  When

4  you're saying a yes or no question, she can say

5  that she doesn't recall.  That's a valid answer.

6  There's absolutely no reason why --

7      **MS. REDDY:**  Mr. Duddy, why are you speaking?

8  You lodged your objection.

16:43:26  9      **MR. DUDDY:**  Stop.  Excuse me.  Excuse me.

16:43:26  10  Why am I speaking?  Why am I speaking?  Because I

16:43:39  11  represent Lieutenant Tripp.

16:43:39  12      **MS. REDDY:**  You lodged your --

16:43:40  13      **MR. DUDDY:**  It may be your deposition, but I

16:43:42  14  am allowed to make an objection.

16:43:44  15      **MS. REDDY:**  It is very clear you are

16:43:45  16  coaching this witness.

16:43:46  17      **MR. DUDDY:**  Coaching the witness?  Do you

16:43:49  18  even know what coaching is, seriously?

16:43:51  19      **MS. REDDY:**  Mr. Duddy, you lodged your

16:43:54  20  objection.  You could state your objection.

16:43:54  21      (Reporter interruption.)

16:43:54  22      (Discussion off the record.)

16:44:01  23      **MS. REDDY:**  She answered the question.  She

16:44:01 1  answered the question and that's enough.  Let the

16:44:01 2  record reflect that the officer is being coached by

16:44:03 3  counsel.

16:44:03 4      **MR. DUDDY:**  You're coaching her.  You're

16:44:15 5  coaching my -- you're coaching my witness to give a

16:44:17 6  yes or no answer.

16:44:20 7      **MS. REDDY:**  I am asking yes or no questions.

16:44:23 8  Kathleen, please let the record reflect the officer

16:44:28 9  has been coached -- this particular deponent,

16:44:29 10 Officer Courtney Tripp --

16:44:30 11     **MR. DUDDY:**  You're coaching her.

16:44:32 12     **MS. REDDY:**  -- has been coached on multiple

16:44:35 13 occasions by Counsel Duddy who I have warned

16:44:38 14 multiple times to lodge an objection, to state the

16:44:40 15 basis of his objections and to refrain from

16:44:42 16 coaching this witness.  She is answering my

16:44:45 17 questions and you can lodge your objection.  In

16:44:47 18 fact, on this particular occasion she answered the

16:44:49 19 question, but you decided to speak over her with

16:44:53 20 your speaking objection.

16:44:57 21     Could you read the last question and answer

16:44:59 22 back to ensure that we have a clear record?

16:46:38 23     (Discussion off the record.)

16:46:38  1          **MS. REDDY:**  The last question that the

16:46:40  2   witness answered was the summary on the use of

16:46:45  3   force form provided by Officer Ammerman for the

16:46:48  4   incident on May 10th, 2020 indicates in the summary

16:46:51  5   section that during the entire struggle subject did

16:47:01  6   continuously put his hands into his pants and

16:47:03  7   continue to disobey verbal commands.  Officer did

16:47:08  8   attempt to gain control of subject with an upper

16:47:10  9   body hold.  Subject still refusing to comply with

16:47:13 10   the verbal commands to put his hands behind his

16:47:16 11   back and attempt to get away from officers.

16:47:19 12   Officer did strike subject in his head with his

16:47:23 13   hands.

16:47:23 14          The question phrased to Officer Tripp was

16:47:26 15   upon review of this use of force form submitted by

16:47:29 16   Officer Ammerman on May 10th, 2020 which she

16:47:33 17   approved whether she took any independent steps to

16:47:37 18   confirm that this summary accurately reflected the

16:47:40 19   incidents that occurred on May 10th, 2020 to

16:47:43 20   Mr. Suttles to which she responded I don't recall

16:47:52 21   doing so and that was the last question and answer

16:47:55 22   provided.

16:48:32 23          (Discussion off the record.)

*Courtney Tripp - Ms. Reddy - 01/26/2024*

109

16:48:32  1          BY MS. REDDY:

16:48:33  2          Q.    Officer Tripp, I'm going to scroll to

16:48:35  3    the bottom of page 3 where it says disposition, no

16:48:37  4    violation.  Can you explain to us what that is,

16:48:40  5    what that means?

16:48:42  6          A.    I don't know exactly what that means.

16:48:55  7          Q.    As we discussed earlier, initially

16:48:58  8    there was some kind of formatting or typographical

16:49:02  9    error, so you did not approve it, thereafter it was

16:49:05 10    resent to you as reflected on page 4; is that

16:49:10 11    correct?

16:49:10 12          A.    Yes.

16:49:10 13          Q.    On May 11th, 2020 at 19:31, is that

16:49:15 14    when you rendered your decision to approve this use

16:49:19 15    of force form?

16:49:19 16          A.    It says on May 11, 2020 19:31 hours I

16:49:24 17    sent it to Captain Langdon.

16:49:33 18          Q.    And approved it?

16:49:35 19          A.    Yes.

16:49:50 20          Q.    So it looks to me, correct me if I'm

16:49:53 21    wrong, you sent it to Officer -- Captain Langdon

16:49:56 22    who then includes his reviewer comment and

16:50:03 23    approval; is that correct?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

110

16:50:03  1      **A.**    Yes.

16:50:03  2      **Q.**    Did you review any body cam footage in

16:50:06  3  relation to this incident?

16:50:07  4      **A.**    I don't recall if I did or not.

16:50:08  5      **Q.**    Okay.  I'm going to direct your

16:50:10  6  attention to Captain Langdon's reviewer comment

16:50:14  7  where he indicates I have reviewed this incident

16:50:15  8  and the body cam footage relating to same.

16:50:20  9      Is there any policy that requires you to

16:50:22 10  indicate whether you reviewed the body cam footage

16:50:24 11  or not in your use of force form?

16:50:27 12      **A.**    No.

16:50:27 13      **Q.**    Was this case in the media at any point

16:50:32 14  in time?

16:50:33 15      **A.**    I don't recall.

16:50:34 16      **Q.**    Did you ever read any news articles or

16:50:38 17  see any footage online about this incident?

16:50:40 18      **A.**    I don't recall.

16:50:42 19      **Q.**    Have you seen any footage involving

16:50:44 20  Mr. Suttles and the traffic stop of May 10th, 2020

16:50:51 21  whether body cam --

16:50:51 22      **A.**    I don't recall.

16:50:52 23      **Q.**    I'm sorry.  Whether body cam or not?

*Courtney Tripp - Ms. Reddy - 01/26/2024*

16:50:53   1      **A.**    I don't recall.

16:50:53   2      **Q.**    Do you watch CNN?

16:50:55   3      **A.**    I do not.

16:50:57   4      **Q.**    Do you watch the local news?

16:50:59   5      **A.**    I don't have local cable.

16:51:02   6      **Q.**    How do you read your news?

16:51:07   7      **A.**    I don't read the newspaper.  I don't

16:51:09   8 subscribe.

16:51:11   9      **Q.**    Do you read news online?

16:51:13  10      **A.**    Not often.

16:51:14  11      **Q.**    I think I'm done with this particular

16:51:27  12 exhibit, so I'm going to stop my screen share.

16:51:53  13      (Discussion off the record.)

17:03:57  14      (A recess was then taken.)

17:03:57  15      **MS. REDDY:**  I actually don't have any further

17:04:00  16 questions for this witness.  I think we're all set

17:04:03  17 for today.

         18      (Deposition concluded at 5:04 p.m.)

         19             *    *    *

         20

         21

         22

         23

112

1          I hereby CERTIFY that I have read the

2    foregoing 111 pages, and that except as to those

3    changes (if any) as set forth in an attached errata

4    sheet, they are a true and accurate transcript of

5    the testimony given by me in the above entitled

6    action on January 26, 2024.

7

8

9                          ------------------------
                           COURTNEY TRIPP
10

11   Sworn to before me this

12

13   -------- day of  ---------, 20__

14

15   -------------------------

16   NOTARY PUBLIC.

17

18

19

20

21

22

23

113

1  STATE OF NEW YORK )

2                      ss:

3  COUNTY OF ERIE    )

4

5      I DO HEREBY CERTIFY as a Notary Public in and

6  for the State of New York, that I did attend and

7  report the foregoing deposition, which was taken

8  down by me in a verbatim manner by means of machine

9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18

19                    _Kathleen Coon_____

20                    KATHLEEN COON,
                      Notary Public.

21

22

23

114

**INDEX TO EXHIBITS**

| Exhibit | Description | Page |
|---|---|---|
| DEFT. EXH. 1 | City of Buffalo Police Department arrest/booking report | 3 |
| DEFT. EXH. 2 | Internal Affairs Division form | 3 |
| DEFT. EXH. 3 | video | 3 |

*Copies of exhibits supplied to all counsel.

115

1                    **INDEX TO WITNESSES**

2   **Witness              Examination                Page**

3    COURTNEY TRIPP        MS. REDDY                    4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**'**

**'13** [3] - 11:15, 12:9

# 0

**0536** [2] - 94:11, 96:11

# 1

**1** [16] - 3:11, 86:10, 86:16, 86:18, 92:12, 92:16, 92:21, 93:9, 98:19, 99:1, 100:10, 100:14, 101:2, 101:11, 114:3
**1-21-CV-00897** [1] - 1:10
**10** [1] - 55:8
**10th** [35] - 59:22, 60:2, 60:17, 60:23, 62:6, 62:13, 62:16, 62:20, 63:16, 63:22, 65:2, 65:20, 66:8, 66:23, 67:12, 69:5, 80:11, 81:17, 83:1, 83:4, 83:9, 83:12, 85:15, 93:11, 101:3, 102:6, 103:16, 104:9, 104:18, 105:5, 106:1, 108:4, 108:16, 108:19, 110:20
**11** [12] - 17:3, 17:4, 17:14, 18:7, 18:19, 20:4, 20:5, 20:12, 54:8, 55:20, 98:4, 109:16
**1100** [2] - 1:17, 2:7
**111** [1] - 112:2
**11th** [1] - 109:13
**12** [8] - 27:13, 28:1, 47:1, 55:23, 56:3, 56:4, 56:6
**121** [1] - 66:18
**13** [1] - 14:22
**131** [2] - 94:11, 96:10
**14202** [1] - 2:8
**14209** [1] - 2:2
**14211** [1] - 3:18
**15** [1] - 9:1
**18** [12] - 11:5, 12:4, 12:6, 12:9, 12:17, 27:13, 28:1, 47:1, 55:23, 56:3, 56:4, 56:7
**18th** [2] - 10:23, 12:14
**19:31** [3] - 98:5, 109:13, 109:16
**1:30** [2] - 31:3, 53:17

# 2

**2** [8] - 3:14, 92:1, 92:8, 92:21, 93:9, 98:11, 98:20, 114:5
**20** [3] - 94:10, 96:10, 112:13
**2002** [1] - 10:1
**2013** [9] - 10:14, 10:22, 10:23, 11:7, 11:17, 12:6, 12:14, 13:22, 14:5
**2017** [2] - 13:2, 14:10
**2019** [2] - 15:3, 16:7
**2020** [46] - 53:5, 53:11, 53:19, 54:1, 54:14, 54:19, 56:13, 59:19, 59:22, 60:2, 60:17, 60:23, 62:6, 62:13, 62:16, 62:20, 63:16, 63:22, 65:2, 65:20, 66:8, 66:23, 67:12, 69:6, 80:12, 81:17, 83:1, 83:4, 83:9, 83:13, 85:15, 93:11, 98:5, 101:3, 102:6, 103:17, 104:9, 104:18, 105:5, 106:1, 108:4, 108:16, 108:19, 109:13, 109:16, 110:20
**2024** [2] - 1:20, 112:6
**26** [2] - 1:20, 112:6
**2:02** [1] - 1:21

# 3

**3** [9] - 3:16, 94:14, 95:14, 100:10, 109:3, 114:3, 114:5, 114:6
**3113** [1] - 3:19
**3113(d** [1] - 3:6
**37** [1] - 3:20
**39** [1] - 9:6
**3:30** [2] - 31:3, 53:17

# 4

**4** [4] - 98:2, 98:13, 109:10, 115:3
**455** [1] - 2:2

# 5

**509** [1] - 103:2
**5:04** [1] - 111:18

# 6

**6** [1] - 32:12
**65** [2] - 1:17, 2:7
**693** [1] - 3:17

# 7

**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3

# 8

**8** [4] - 32:12, 86:10, 86:18, 92:13
**851-4334** [1] - 2:8

# 9

**911** [11] - 21:10, 21:11, 21:14, 22:12, 22:13, 22:17, 22:20, 23:5, 56:22, 57:2, 58:17

# A

**A-G-E-E** [1] - 30:3
**A-M-M-E-R-M-A-N** [1] - 61:10
**a.m** [3] - 31:3, 32:12, 53:17
**ability** [3] - 21:17, 36:22, 44:8
**able** [16] - 5:5, 7:18, 18:13, 26:22, 27:3, 28:8, 68:14, 68:20, 68:21, 69:17, 75:11, 75:16, 81:20, 86:12, 97:20, 101:18
**above-requested** [6] - 20:6, 26:13, 39:15, 40:3, 74:4, 74:18
**absolutely** [1] - 106:6
**academy** [1] - 13:18
**access** [6] - 46:1, 46:4, 48:9, 48:10, 54:12, 66:15
**according** [1] - 68:16
**accordingly** [1] - 72:6
**accurate** [17] - 12:18, 30:5, 44:18, 47:4, 78:13, 80:14, 80:17, 87:21, 88:14, 97:22, 101:6, 102:4, 102:14, 104:8, 104:17, 105:4, 114:4
**accurately** [3] - 88:8, 105:23, 108:18
**action** [3] - 112:6, 113:12, 113:15

**actions** [17] - 39:8, 40:11, 40:14, 63:3, 77:10, 77:12, 77:16, 77:18, 78:12, 80:12, 80:23, 82:13, 83:14, 86:5, 91:5, 96:22, 99:2
**activate** [1] - 23:7
**activated** [1] - 22:9
**addition** [1] - 98:20
**additional** [1] - 18:18
**address** [4] - 6:23, 7:6, 7:8, 8:9
**administrative** [2] - 16:19, 21:4
**admissions** [1] - 103:10
**aduddy@buffalony. gov** [1] - 2:9
**advise** [2] - 70:4, 74:6
**advised** [1] - 18:17
**Affairs** [21] - 3:14, 35:2, 47:3, 47:8, 47:9, 47:11, 47:14, 48:17, 49:11, 50:6, 50:17, 50:18, 50:21, 51:4, 51:6, 91:10, 93:3, 93:7, 93:10, 96:21, 114:5
**afresh** [1] - 43:7
**Agee** [1] - 30:1
**agencies** [1] - 57:5
**ago** [3] - 18:15, 47:1, 55:23
**ahead** [5] - 42:11, 42:12, 73:2, 73:9, 74:14
**alert** [1] - 29:5
**allegations** [2] - 64:17, 64:21
**allow** [1] - 45:20
**allowed** [1] - 106:14
**allows** [1] - 101:8
**alone** [1] - 67:7
**ambitions** [1] - 16:6
**Ammerman** [41] - 61:9, 61:18, 61:19, 62:11, 62:12, 62:17, 63:1, 63:9, 64:8, 64:18, 66:7, 67:3, 70:15, 75:10, 76:6, 77:13, 77:23, 82:23, 83:3, 83:6, 85:20, 86:2, 89:12, 89:23, 94:14, 95:1, 95:7, 95:17, 95:20, 96:23, 98:18, 99:19, 100:13, 100:15, 101:2, 101:11, 102:8, 102:14,

**105:11, 108:3, 108:16
**Ammerman's** [3] - 85:7, 90:2, 104:13
**amount** [8] - 31:19, 44:12, 44:23, 45:6, 45:14, 55:3, 55:5, 101:8
**amounts** [1] - 72:8
**answer** [48] - 4:13, 5:3, 5:5, 5:9, 5:12, 6:3, 7:1, 7:4, 8:2, 8:17, 18:5, 18:13, 18:14, 18:17, 20:6, 24:11, 34:14, 39:3, 39:15, 42:14, 43:1, 43:4, 43:7, 43:11, 43:16, 43:23, 45:10, 63:2, 66:1, 66:3, 70:5, 74:7, 74:8, 74:15, 74:17, 74:18, 74:21, 74:23, 79:15, 79:19, 90:12, 100:18, 104:11, 106:5, 107:6, 107:21, 108:21
**answered** [11] - 24:9, 40:9, 60:14, 65:22, 73:14, 78:2, 99:19, 106:23, 107:1, 107:18, 108:2
**answering** [2] - 39:19, 107:16
**answers** [3] - 4:23, 5:1, 72:2
**ANTHONY** [1] - 2:6
**APPEARANCES** [1] - 2:1
**Appearing** [2] - 2:4, 2:9
**applied** [1] - 15:12
**apply** [3] - 15:15, 52:10, 89:22
**appreciate** [2] - 25:19, 39:3
**appropriately** [1] - 81:17
**approval** [1] - 109:23
**approve** [13] - 96:15, 97:6, 97:8, 97:9, 97:10, 97:11, 97:21, 103:23, 104:4, 109:9, 109:14
**approved** [18] - 96:7, 96:8, 96:11, 96:14, 96:18, 96:22, 97:2, 97:3, 97:4, 97:12, 97:14, 98:3, 98:5, 104:2, 104:14, 105:12, 108:17,

109:18
**approving** [2] - 97:17, 97:18
**approximate** [1] - 44:22
**approximation** [1] - 44:17
**area** [3] - 7:17, 9:3
**areas** [1] - 68:20
**arranging** [1] - 83:11
**arrest** [16] - 65:9, 66:10, 82:4, 83:18, 86:22, 87:1, 87:6, 87:22, 88:4, 88:11, 88:23, 89:1, 89:2, 99:7, 101:4, 102:3
**arrest/booking** [2] - 3:12, 114:3
**arrested** [6] - 65:7, 68:19, 83:17, 83:20, 100:4, 101:17
**arresting** [2] - 87:2, 88:3
**arrival** [10] - 58:5, 62:20, 63:3, 63:16, 64:4, 65:14, 66:8, 68:8, 69:23, 82:8
**arrive** [4] - 60:10, 67:7, 76:13, 76:18
**arrived** [13] - 60:22, 62:15, 63:4, 64:2, 64:6, 65:1, 65:8, 65:12, 66:22, 73:16, 78:16, 78:19, 81:23
**arriving** [2] - 60:8, 60:16
**articles** [1] - 110:16
**assess** [2] - 104:16, 105:22
**assessment** [3] - 99:8, 99:10, 99:18
**assigned** [17] - 13:14, 16:13, 16:23, 31:10, 32:10, 32:21, 54:2, 54:5, 54:22, 55:1, 55:6, 55:13, 55:15, 57:10, 61:17, 61:23, 62:10
**assignment** [1] - 32:6
**assist** [2] - 20:21, 21:3
**assistance** [2] - 23:6, 57:4
**Assistant** [1] - 2:6
**assistant** [1] - 4:15
**assisted** [2] - 88:11, 88:18
**assisting** [2] - 87:17, 88:9
**assume** [4] - 6:10, 100:20, 100:21

**attached** [1] - 112:3
**attempt** [6] - 103:13, 104:22, 105:15, 105:18, 108:8, 108:11
**attend** [1] - 113:6
**attendance** [6] - 16:18, 20:21, 21:4, 31:17, 35:11, 35:12
**attended** [3] - 9:11, 9:13, 10:2
**attention** [3] - 93:8, 96:4, 110:6
**attorney** [1] - 4:3
**authority** [1] - 32:14
**availability** [1] - 31:17
**Avenue** [1] - 2:2
**average** [3] - 31:14, 31:16, 31:20
**aware** [6] - 18:4, 28:22, 46:1, 59:14, 64:16, 78:18

## B

**background** [5] - 8:5, 8:6, 8:13, 9:8, 10:20
**backup** [1] - 60:20
**BAG** [1] - 19:20
**Bajer** [1] - 19:20
**BAJER** [1] - 19:21
**base** [1] - 98:15
**based** [29] - 30:18, 31:18, 36:15, 39:8, 40:11, 40:14, 40:15, 65:3, 69:7, 69:13, 69:16, 69:22, 70:12, 70:18, 75:13, 75:14, 76:18, 82:7, 85:22, 89:11, 96:11, 96:12, 96:18, 96:20, 96:22, 97:13, 98:16, 104:2, 104:10
**basic** [3] - 8:4, 8:6, 8:12
**basis** [6] - 17:18, 69:20, 70:2, 70:11, 70:15, 107:15
**Bates** [1] - 92:17
**baton** [1] - 34:2
**batons** [1] - 33:13
**bear** [1] - 89:16
**bearing** [1] - 15:13
**became** [7] - 10:12, 11:20, 11:21, 11:22, 12:4, 12:5, 12:7
**become** [5] - 10:16, 13:12, 38:7, 68:13, 69:19
**becoming** [1] - 15:13

**begin** [1] - 11:7
**behind** [2] - 105:18, 108:10
**belive** [1] - 70:10
**between** [4] - 6:11, 7:10, 37:15, 56:4
**bit** [3] - 9:8, 37:11, 39:11
**bite** [1] - 41:9
**blank** [1] - 93:9
**Blue** [13] - 34:11, 41:21, 42:6, 42:8, 42:14, 44:5, 44:10, 93:15, 93:17, 93:19, 93:20, 93:22, 94:21
**body** [36] - 22:4, 22:7, 22:9, 22:22, 23:8, 23:10, 23:14, 23:17, 23:22, 24:8, 24:15, 26:19, 29:2, 36:18, 36:20, 36:21, 37:6, 41:19, 42:21, 43:20, 44:3, 44:19, 46:8, 46:10, 46:14, 46:19, 66:16, 76:11, 85:14, 105:16, 108:9, 110:2, 110:8, 110:10, 110:21, 110:23
**Booking** [9] - 66:19, 66:20, 76:11, 83:16, 83:18, 83:21, 84:1, 84:2, 87:13
**bottom** [5] - 87:14, 87:19, 96:5, 96:6, 109:3
**BPD** [1] - 98:9
**breaching** [1] - 24:21
**break** [1] - 52:18
**brief** [1] - 67:5
**brought** [1] - 59:18
**Bryan** [1] - 19:17
**BRYAN** [1] - 19:18
**Buff** [1] - 9:14
**BUFFALO** [1] - 1:11
**Buffalo** [49] - 1:16, 1:18, 2:2, 2:8, 3:11, 3:17, 4:6, 6:20, 6:22, 7:14, 7:16, 7:17, 9:3, 9:13, 9:14, 10:22, 12:22, 14:21, 16:8, 16:12, 20:16, 22:7, 24:6, 24:12, 26:6, 26:18, 29:11, 33:6, 38:6, 38:11, 42:21, 43:20, 44:21, 45:16, 45:22, 46:11, 46:17, 47:13, 47:18, 48:5, 51:13, 53:4, 54:17, 64:18, 81:14, 85:13,

91:7, 102:16, 114:3
**business** [1] - 9:18
**BY** [38] - 4:1, 4:20, 6:5, 7:12, 8:21, 17:13, 18:11, 19:2, 19:9, 20:10, 23:20, 24:10, 26:15, 39:17, 40:5, 40:17, 42:18, 43:17, 45:12, 52:22, 57:12, 60:15, 65:23, 69:10, 70:6, 74:11, 74:20, 75:23, 77:20, 78:9, 79:1, 80:8, 92:20, 100:17, 100:23, 103:3, 103:22, 109:1

## C

**cable** [1] - 111:5
**cam** [25] - 23:10, 23:23, 24:8, 24:15, 26:19, 29:2, 36:18, 36:20, 36:21, 37:6, 41:20, 42:21, 43:20, 44:3, 44:19, 46:8, 46:10, 46:14, 46:19, 85:14, 110:2, 110:8, 110:10, 110:21, 110:23
**camera** [4] - 22:22, 23:8, 23:14, 23:17
**cams** [2] - 22:4, 22:7
**canine** [1] - 41:9
**cannot** [1] - 65:16
**canvassed** [1] - 10:18
**capacity** [1] - 23:1
**Captain** [6] - 29:23, 90:20, 91:2, 109:17, 109:21, 110:6
**captain** [18] - 30:11, 30:12, 30:18, 30:23, 32:16, 48:23, 49:6, 49:9, 49:22, 51:3, 51:8, 51:9, 51:11, 52:1, 52:12, 90:18, 90:19, 97:18
**captains** [6] - 30:4, 30:9, 32:17, 49:18, 50:2, 50:12
**car** [7] - 61:3, 63:19, 63:21, 64:10, 64:12, 65:15, 65:16
**care** [1] - 82:22
**career** [1] - 16:6
**Case** [1] - 1:9
**case** [9] - 4:5, 4:7, 6:21, 24:20, 56:16, 86:22, 87:22, 91:10, 110:13
**cases** [2] - 5:20, 6:1

**caught** [1] - 44:6
**causing** [1] - 75:12
**CAVETTE** [1] - 2:5
**CD** [2] - 57:8, 96:19
**Central** [9] - 66:19, 66:20, 76:11, 83:16, 83:18, 83:21, 84:1, 84:2, 87:13
**certain** [8] - 24:20, 27:6, 27:9, 34:19, 39:6, 54:23, 55:4, 94:15
**CERTIFY** [2] - 112:1, 113:5
**chain** [14] - 48:16, 48:18, 48:21, 48:22, 49:19, 50:3, 50:8, 50:13, 50:22, 51:10, 51:12, 51:22, 52:10, 94:21
**CHAMBERS** [1] - 2:5
**change** [13] - 11:19, 27:11, 27:15, 27:23, 28:10, 28:16, 28:17, 28:23, 29:14, 32:23, 35:21, 55:22, 56:8
**changed** [4] - 27:10, 33:2, 37:1, 56:1
**changes** [5] - 27:8, 27:22, 28:13, 28:15, 112:3
**charge** [3] - 18:7, 88:6, 103:6
**charged** [2] - 100:3, 102:8
**charges** [5] - 101:19, 102:1, 102:5, 102:7, 103:2
**Charlie** [4] - 15:6, 16:13, 53:8, 61:18
**check** [4] - 20:20, 23:14, 23:16, 102:10
**checked** [1] - 89:10
**checking** [2] - 20:9, 24:2, 77:5
**checks** [1] - 10:20
**chief** [7] - 30:10, 30:14, 30:15, 32:16, 32:18, 49:1, 51:15
**choose** [2] - 15:23, 101:8
**chose** [1] - 15:22
**circles** [1] - 80:2
**citizen** [16] - 33:23, 42:2, 58:21, 76:10, 76:16, 76:22, 94:12, 99:8, 99:10, 99:14, 99:18, 100:2, 100:3, 100:10, 102:2
**citizens** [1] - 44:2

3

**CITY** [1] - 1:11
**City** [7] - 1:17, 2:7, 3:11, 4:6, 7:14, 7:16, 114:3
**Civil** [3] - 1:19, 10:17, 14:13
**civilian** [7] - 33:23, 77:6, 78:1, 80:13, 81:4, 81:9, 83:15
**civility** [1] - 25:6
**clarify** [12] - 27:5, 28:22, 35:16, 35:20, 39:18, 46:3, 67:10, 70:8, 70:10, 77:1, 80:19, 81:3
**clarifying** [5] - 6:4, 12:13, 21:7, 52:9, 90:13
**clean** [1] - 39:20
**clear** [11] - 19:12, 32:22, 50:9, 59:17, 72:3, 72:10, 79:14, 79:19, 99:5, 106:15, 107:22
**clearly** [3] - 7:13, 73:6, 73:22
**close** [1] - 100:13
**CNN** [1] - 111:2
**coached** [3] - 107:2, 107:9, 107:12
**coaching** [9] - 72:8, 106:16, 106:17, 106:18, 107:4, 107:5, 107:11, 107:16
**coincide** [2] - 13:23, 14:2
**college** [3] - 9:11, 9:12, 10:3
**command** [14] - 17:1, 29:21, 48:17, 48:18, 48:21, 48:23, 49:19, 50:3, 50:8, 50:13, 50:22, 51:12, 51:22, 52:10
**commands** [5] - 104:23, 105:15, 105:17, 108:7, 108:10
**commencing** [1] - 1:20
**comment** [5] - 96:9, 98:7, 98:15, 109:22, 110:6
**comments** [1] - 18:18
**Commercial** [1] - 3:20
**communicated** [1] - 28:2
**commute** [2] - 7:18, 8:23

**complaints** [4] - 41:23, 42:1, 44:1, 47:16
**complete** [8] - 13:21, 34:22, 39:8, 40:8, 40:12, 40:15, 74:15, 74:21
**completed** [8] - 5:12, 9:22, 14:5, 40:19, 41:22, 85:23, 86:1, 95:20
**completion** [2] - 12:3, 38:6
**compliance** [2] - 3:19, 24:2
**compliant** [1] - 44:9
**comply** [4] - 23:10, 104:23, 105:17, 108:9
**complying** [3] - 23:17, 23:22, 24:7
**computer** [7] - 21:18, 27:21, 28:7, 35:18, 42:10, 50:9
**conceal** [1] - 71:12
**concerning** [1] - 50:16
**concerns** [6] - 30:22, 69:7, 69:16, 75:11, 75:13, 75:14
**conclude** [1] - 105:3
**concluded** [1] - 111:18
**conclusion** [6] - 13:9, 75:9, 82:6, 85:8, 85:11, 98:22
**condition** [3] - 99:9, 99:11, 99:18
**conditions** [1] - 34:2
**conduct** [3] - 24:13, 39:22, 47:16
**conducting** [1] - 25:20
**conference** [1] - 3:19
**confidentiality** [3] - 24:21, 24:23, 25:18
**confirm** [1] - 108:18
**confirmed** [1] - 3:21
**connecting** [1] - 1:19
**considered** [3] - 83:20, 93:21, 95:6
**consume** [5] - 68:13, 68:16, 69:5, 71:11, 75:16
**consumed** [5] - 71:3, 71:4, 71:5, 71:9, 71:10
**contact** [16] - 33:12, 34:1, 34:4, 34:5, 34:16, 34:18, 38:11, 38:13, 39:5, 39:23, 40:6, 40:18, 40:21,

41:4, 73:4
**context** [1] - 48:19
**continue** [4] - 103:7, 105:10, 105:14, 108:7
**continues** [2] - 72:7, 73:3
**continuously** [2] - 105:13, 108:6
**contraband** [14] - 66:14, 68:19, 69:17, 71:2, 75:3, 75:6, 75:15, 75:17, 75:18, 75:19, 75:21, 76:4, 76:7, 89:10
**control** [3] - 104:22, 105:15, 108:8
**conversation** [1] - 6:11
**convey** [1] - 70:23
**conveyed** [3] - 69:13, 70:22, 71:1
**COON** [1] - 1:21, 113:20
**Copies** [1] - 114:9
**copy** [1] - 94:8
**Corporation** [2] - 1:17, 2:6
**correct** [56] - 7:19, 11:11, 11:12, 12:16, 16:10, 17:5, 30:6, 31:23, 33:3, 33:4, 35:14, 36:2, 36:3, 36:6, 37:8, 37:13, 38:4, 38:8, 38:19, 38:22, 40:11, 42:4, 49:6, 49:7, 51:5, 51:22, 52:7, 52:8, 53:20, 56:14, 58:10, 58:23, 59:20, 59:21, 59:22, 59:23, 64:10, 67:13, 78:15, 79:4, 85:4, 86:2, 88:15, 89:13, 89:20, 95:5, 95:15, 95:21, 95:22, 96:2, 97:9, 98:6, 99:16, 109:11, 109:20, 109:23
**correctly** [1] - 96:20
**counsel** [7] - 18:1, 18:17, 25:7, 70:4, 86:17, 107:3, 114:9
**Counsel** [4] - 1:17, 2:6, 3:4, 107:13
**counsel's** [1] - 72:4
**COUNTY** [1] - 113:3
**County** [1] - 10:7
**course** [5] - 5:3, 26:17, 47:17
**COURT** [3] - 1:5, 3:1,

3:4
**court** [4] - 4:22, 6:14, 92:3, 92:6
**Courtney** [5] - 87:18, 88:10, 95:17, 98:4, 107:10
**COURTNEY** [5] - 1:1, 1:16, 3:17, 112:9, 115:3
**CPLR** [2] - 3:6, 3:19
**create** [1] - 72:10
**crevices** [1] - 68:20
**criminal** [1] - 6:14
**cuffed** [1] - 65:14
**cuffing** [2] - 41:7, 101:13
**current** [5] - 16:11, 22:8, 29:23, 32:6, 46:23

# D

**daily** [3] - 21:2, 31:4, 45:9
**dash** [4] - 94:11, 96:10
**date** [12] - 27:12, 32:2, 47:18, 47:22, 48:2, 54:22, 61:20, 62:9, 62:14, 84:16, 86:5, 102:18
**dates** [2] - 15:18, 47:1
**days** [1] - 31:7
**December** [2] - 13:2, 14:10
**decide** [2] - 84:18, 85:19
**decided** [2] - 69:19, 107:19
**decision** [13] - 49:10, 49:12, 49:13, 70:19, 96:6, 96:11, 96:21, 98:3, 98:5, 98:16, 98:22, 104:10, 109:14
**decisions** [1] - 84:21
**dedicated** [1] - 35:8
**Defendant** [2] - 1:12, 2:9
**Defendant's** [4] - 86:16, 92:1, 92:7, 92:16
**Defendants** [1] - 86:9
**defense** [4] - 72:4, 86:17, 92:6, 92:17
**define** [1] - 33:9
**DEFT** [6] - 3:11, 3:14, 3:16, 114:3, 114:5, 114:6
**degree** [1] - 9:17
**Delta** [2] - 11:8, 11:10

**department** [6] - 13:3, 13:6, 14:16, 27:20, 28:20, 46:7
**Department** [27] - 3:12, 12:22, 14:21, 16:9, 16:13, 20:16, 22:7, 24:7, 24:12, 26:19, 33:6, 38:6, 45:16, 45:23, 46:11, 46:17, 47:14, 47:18, 48:5, 54:17, 64:18, 81:14, 85:13, 91:8, 93:7, 102:16, 114:3
**department's** [1] - 28:5
**deponent** [5] - 70:5, 72:2, 79:15, 107:9, 113:13
**deposed** [5] - 5:14, 5:18, 5:21, 5:22, 5:23
**Deposition** [1] - 111:18
**DEPOSITION** [1] - 1:1
**deposition** [13] - 1:15, 25:11, 26:3, 26:5, 73:4, 80:4, 86:16, 92:19, 106:13, 113:7, 113:9, 113:11
**depositions** [2] - 25:6, 26:5
**Dequinn** [1] - 19:21
**DEQUINN** [1] - 19:22
**described** [2] - 48:21, 51:10
**describes** [1] - 99:2
**Description** [1] - 114:2
**detective** [14] - 6:15, 11:22, 12:5, 12:23, 14:11, 14:20, 15:8, 15:13, 15:21, 37:13, 37:16, 37:18, 37:19, 38:8
**determination** [11] - 34:8, 36:14, 38:12, 38:19, 39:22, 40:7, 41:16, 70:15, 76:9, 89:18, 90:4
**determine** [5] - 27:22, 34:9, 36:12, 45:20, 49:15
**determined** [4] - 66:9, 69:14, 90:16, 98:8
**different** [1] - 38:23
**direct** [12] - 6:7, 16:5, 20:18, 21:1, 32:20, 45:17, 48:6, 50:23, 51:17, 93:8, 96:4, 110:5

4

**direction** [1] - 113:11
**directly** [9] - 6:7, 29:20, 35:2, 36:1, 46:22, 47:7, 72:22, 82:20, 83:10
**discipline** [1] - 32:14
**discretion** [1] - 37:5
**discuss** [2] - 7:3, 63:12
**discussed** [8] - 35:15, 35:21, 37:17, 53:3, 68:8, 68:11, 89:5, 109:7
**discussing** [4] - 36:18, 55:21, 59:17, 63:13
**discussion** [3] - 7:10, 67:2, 67:4
**Discussion** [21] - 8:11, 19:1, 19:5, 25:2, 26:9, 40:2, 42:17, 43:5, 45:11, 57:7, 69:9, 70:3, 71:21, 72:16, 78:7, 79:8, 80:1, 106:22, 107:23, 108:23, 111:13
**disobey** [2] - 105:14, 108:7
**dispatched** [1] - 21:15
**disposition** [1] - 109:3
**distance** [1] - 100:9
**district** [10] - 11:6, 13:13, 16:23, 30:9, 32:21, 51:15, 52:13, 53:7, 55:13
**DISTRICT** [2] - 1:5, 1:5
**District** [24] - 11:8, 11:9, 11:13, 11:16, 13:7, 14:6, 14:7, 15:4, 15:6, 15:7, 16:8, 16:13, 17:9, 17:20, 17:22, 53:8, 55:16, 55:19, 61:14, 61:16, 61:18, 61:19, 62:1, 62:8
**division** [5] - 37:19, 37:20, 37:22, 38:1, 47:13
**Division** [9] - 3:14, 35:3, 47:8, 47:14, 48:17, 50:6, 93:4, 96:21, 114:5
**divulge** [1] - 8:9
**DO** [1] - 113:5
**document** [21] - 27:14, 31:22, 45:13, 45:19, 86:13, 86:21, 86:23, 87:15, 87:19, 91:13, 91:17, 91:20,

91:23, 92:23, 95:5, 95:8, 101:23, 103:19, 103:20, 104:1, 104:10
**documentation** [3] - 3:21, 36:11, 36:16
**documented** [9] - 34:5, 34:11, 34:17, 34:21, 57:1, 58:19, 84:15, 84:22, 90:1
**documents** [3] - 27:16, 86:16, 99:15
**done** [13] - 13:12, 44:11, 70:21, 72:13, 72:18, 73:21, 73:23, 78:3, 80:6, 87:8, 92:2, 92:3, 111:11
**down** [9] - 18:10, 19:3, 23:6, 25:7, 57:3, 98:2, 101:18, 103:11, 113:8
**draft** [1] - 79:11
**draw** [1] - 86:18
**DUDDY** [67] - 2:6, 3:8, 4:18, 5:22, 6:1, 6:4, 7:5, 7:22, 8:3, 8:8, 8:15, 8:18, 17:12, 17:15, 17:20, 23:19, 24:9, 24:19, 25:5, 25:12, 25:21, 26:4, 40:9, 43:6, 43:10, 52:20, 60:14, 65:22, 71:14, 71:18, 72:5, 72:12, 72:14, 72:17, 72:20, 73:2, 73:5, 73:8, 73:11, 73:23, 74:3, 74:8, 75:20, 77:17, 78:2, 78:5, 78:8, 78:21, 79:5, 79:13, 79:16, 79:21, 80:2, 80:7, 91:22, 92:9, 92:13, 100:16, 100:21, 102:23, 103:18, 106:3, 106:9, 106:13, 106:17, 107:4, 107:11
**Duddy** [19] - 3:2, 4:16, 6:2, 7:8, 8:1, 25:3, 25:10, 25:16, 26:2, 71:16, 74:2, 74:6, 79:9, 79:10, 80:6, 106:7, 106:19, 107:13
**duly** [2] - 3:18, 113:13
**during** [26] - 13:4, 13:7, 13:8, 14:3, 14:4, 25:11, 39:8, 45:21, 55:4, 63:21, 64:13, 65:19, 77:14,

81:5, 81:11, 82:2, 87:1, 88:20, 96:17, 96:23, 101:2, 101:4, 105:9, 105:12, 108:5
**duties** [1] - 23:12

**E**

**Eagle** [1] - 66:18
**East** [2] - 3:17, 66:18
**ECMC** [1] - 84:8
**Edward** [3] - 11:9, 11:10, 61:23
**effect** [3] - 44:14, 44:16, 82:4
**effort** [1] - 71:12
**either** [3] - 15:12, 48:3, 100:22
**elaborate** [1] - 25:8
**electronically** [2] - 35:1, 36:3
**email** [2] - 28:9, 28:12
**employed** [1] - 102:15
**employee** [7] - 99:8, 99:10, 99:18, 100:5, 100:6, 100:9
**employees** [1] - 94:13
**end** [1] - 26:4
**ending** [1] - 14:3
**engage** [1] - 72:7
**ensure** [7] - 23:9, 23:11, 23:16, 23:22, 24:7, 66:13, 68:4, 68:6, 70:1, 70:13, 70:18, 80:4, 80:13, 80:15, 81:3, 81:6, 81:7, 81:10, 107:22
**ensuring** [5] - 76:16, 76:22, 77:2, 77:22, 81:15
**entail** [1] - 20:19
**enter** [2] - 38:5, 103:13
**entire** [5] - 9:4, 95:5, 105:9, 105:13, 108:5
**entirety** [1] - 91:18
**entitled** [3] - 79:18, 112:5, 113:12
**equally** [1] - 30:19
**ERIE** [1] - 113:3
**Erie** [1] - 10:7
**errata** [1] - 112:3
**error** [2] - 96:19, 109:9
**ESQ** [3] - 2:1, 2:5, 2:6
**estimate** [1] - 45:2
**evaluation** [1] - 70:20
**evaluations** [1] - 10:20
**events** [3] - 59:17, 94:16, 106:1

**evidence** [3] - 71:12, 86:8, 102:4
**exact** [20] - 15:18, 27:12, 29:13, 44:12, 44:23, 47:22, 48:2, 54:6, 54:21, 55:17, 60:12, 60:19, 62:14, 63:3, 64:15, 65:11, 79:17, 82:13, 84:16, 88:17
**exactly** [15] - 25:21, 42:16, 45:5, 49:21, 50:15, 56:1, 56:4, 62:22, 70:23, 90:9, 95:1, 99:4, 99:12, 99:20, 109:6
**exam** [1] - 15:11
**Examination** [1] - 115:2
**EXAMINATION** [1] - 3:23
**examination** [3] - 10:18, 14:13, 113:13
**example** [1] - 28:23, 33:22
**examples** [1] - 41:11
**exams** [1] - 15:17
**except** [1] - 112:2
**excuse** [6] - 8:5, 18:16, 56:2, 79:13, 106:9
**EXH** [6] - 3:11, 3:14, 3:16, 114:3, 114:5, 114:6
**Exhibit** [10] - 86:10, 86:16, 86:18, 92:1, 92:8, 92:12, 92:16, 92:21, 98:11, 114:2
**exhibit** [3] - 89:16, 89:17, 111:12
**EXHIBITS** [1] - 114:1
**exhibits** [3] - 86:8, 92:5, 114:9
**exist** [2] - 48:11, 54:16
**exists** [2] - 46:5, 46:6
**expect** [2] - 18:8, 44:18
**experienced** [2] - 80:11, 81:16
**explain** [11] - 21:13, 29:13, 29:18, 47:6, 65:10, 70:9, 75:3, 75:5, 94:22, 96:7, 109:4
**extent** [1] - 25:17

**F**

**fact** [1] - 107:18
**falling** [1] - 40:23

**familiar** [6] - 4:6, 86:18, 91:15, 91:19, 92:22, 93:12
**far** [2] - 7:20, 8:22
**fearful** [1] - 69:18
**Federal** [1] - 1:19
**feet** [6] - 100:10, 100:14, 101:2, 101:8, 101:11
**fell** [1] - 34:10
**Ferry** [1] - 3:17
**field** [5] - 11:14, 13:17, 13:19, 13:21, 14:5
**fight** [1] - 82:12
**fighting** [1] - 101:14
**final** [1] - 25:15
**fine** [6] - 3:9, 4:18, 26:4, 43:10, 73:5, 92:14
**finish** [2] - 8:5, 41:14
**finished** [2] - 12:11, 73:8
**firearm** [2] - 33:12, 34:1
**FIRM** [1] - 2:1
**first** [10] - 12:1, 19:11, 42:5, 42:14, 43:1, 56:15, 91:6, 92:10, 104:7, 104:15
**five** [4] - 10:10, 31:7, 52:17, 95:8
**five-page** [1] - 95:8
**flagged** [1] - 57:3
**flags** [1] - 23:6
**flip** [1] - 92:11
**following** [1] - 3:10
**follows** [1] - 3:22
**footage** [22] - 23:14, 24:16, 26:19, 29:2, 36:20, 36:21, 37:6, 41:20, 42:21, 43:20, 44:3, 44:20, 46:9, 46:10, 46:14, 46:19, 85:14, 110:2, 110:8, 110:10, 110:17, 110:19
**force** [98] - 26:23, 28:2, 29:1, 29:3, 29:14, 33:1, 33:7, 33:9, 33:10, 33:19, 34:3, 34:5, 34:10, 34:12, 34:15, 34:17, 34:19, 34:21, 35:22, 35:23, 36:8, 36:12, 36:19, 37:2, 38:14, 40:8, 40:19, 41:5, 42:9, 44:9, 44:20, 45:15, 45:21, 46:15, 46:20, 47:2, 47:19, 48:4, 48:8, 48:13,

49:3, 49:16, 49:20, 50:3, 50:13, 51:13, 52:11, 55:22, 56:13, 64:22, 82:5, 83:1, 83:4, 83:8, 84:10, 84:13, 84:19, 84:21, 85:2, 85:9, 85:12, 85:19, 85:22, 89:18, 89:19, 90:2, 90:4, 90:7, 90:16, 90:17, 93:10, 93:15, 93:18, 93:21, 93:23, 94:2, 94:17, 95:6, 95:9, 96:12, 96:18, 97:7, 97:17, 97:19, 98:8, 99:8, 101:5, 101:9, 104:1, 104:4, 104:14, 105:12, 108:3, 108:15, 109:15, 110:11
**forces** [1] - 34:10
**forcible** [1] - 41:7
**foregoing** [3] - 112:2, 113:7, 113:12
**form** [86] - 3:15, 26:23, 29:3, 29:14, 29:15, 29:17, 29:19, 33:2, 34:3, 34:12, 34:17, 34:22, 34:23, 35:22, 35:23, 36:8, 36:19, 38:14, 39:8, 40:8, 40:15, 40:19, 41:5, 42:9, 44:9, 44:20, 45:15, 46:5, 46:15, 46:20, 47:2, 47:19, 48:13, 48:15, 49:3, 49:20, 50:4, 50:13, 51:13, 51:18, 52:11, 55:22, 83:1, 83:4, 83:8, 84:10, 84:15, 84:19, 84:21, 85:2, 85:5, 85:9, 85:17, 85:22, 86:1, 90:17, 93:4, 93:12, 93:14, 93:15, 93:18, 93:21, 93:23, 94:2, 94:15, 94:17, 95:6, 95:10, 95:11, 95:23, 96:18, 97:7, 99:20, 99:22, 101:5, 101:8, 101:10, 104:1, 104:4, 105:12, 108:3, 108:15, 109:15, 110:11, 114:5
**formatted** [2] - 96:10, 96:20
**formatting** [4] - 96:12, 97:13, 97:21, 109:8
**forms** [13] - 28:2, 28:8,

29:1, 33:1, 33:5, 37:3, 45:21, 48:4, 48:8, 56:13, 84:14, 84:21, 84:22
**forth** [1] - 112:3
**forward** [2] - 16:6, 80:5
**forwarded** [5] - 47:7, 48:16, 49:11, 90:6, 90:18
**forwarding** [1] - 95:11
**fought** [1] - 82:10
**four** [5] - 9:19, 9:22, 18:15, 31:7, 45:3
**frame** [1] - 27:7
**free** [1] - 5:8
**front** [1] - 94:8
**froze** [3] - 22:15, 35:18, 35:19
**full** [1] - 9:21
**full-time** [1] - 9:21
**function** [5] - 88:17, 88:23, 89:3, 96:16, 97:5
**functions** [2] - 20:23, 88:10

## G

**gain** [3] - 104:22, 105:15, 108:8
**Garry** [1] - 19:19
**GARRY** [1] - 19:19
**gauge** [1] - 32:14
**generally** [7] - 21:3, 30:20, 51:19, 52:8, 64:16, 71:5, 97:4
**generate** [2] - 94:16, 94:18
**generated** [8] - 23:5, 58:15, 58:16, 58:17, 87:1, 87:3, 93:4, 93:5
**gestures** [1] - 5:4
**given** [8] - 6:1, 6:17, 21:16, 28:4, 36:1, 45:15, 50:14, 112:5
**government** [1] - 3:21
**government-issued** [1] - 3:21
**graduate** [2] - 9:15, 9:23
**Greater** [2] - 7:17, 9:3
**ground** [1] - 104:22
**guarantee** [1] - 31:19
**guaranteed** [1] - 30:23
**guess** [2] - 10:20, 51:16
**guidance** [2] - 41:12, 41:15

**guidelines** [1] - 34:20
**guiding** [1] - 40:23

## H

**Hall** [2] - 1:17, 2:7
**handcuffed** [2] - 71:13, 74:10
**handcuffs** [2] - 41:1, 65:11
**hands** [6] - 105:14, 105:18, 105:20, 108:6, 108:10, 108:13
**Hanover** [2] - 19:17, 19:23
**HANOVER** [2] - 19:18, 19:23
**harassment** [1] - 80:5
**hard** [1] - 72:18
**harm** [2] - 71:3, 75:12
**head** [4] - 5:4, 103:5, 105:20, 108:12
**hear** [6] - 12:1, 42:5, 42:13, 43:13, 50:10, 91:6
**heard** [1] - 43:12
**help** [1] - 57:4
**helping** [1] - 40:22
**hereby** [1] - 112:1
**HEREBY** [1] - 113:5
**hidden** [1] - 89:10
**hierarchy** [2] - 30:4, 38:4
**high** [4] - 9:8, 9:10, 9:20, 9:23
**higher** [1] - 48:20
**himself** [1] - 75:12
**hire** [2] - 11:1, 102:18
**hired** [2] - 10:23, 54:5
**hiring** [1] - 12:9
**history** [3] - 86:22, 87:22, 95:10
**hold** [6] - 18:16, 80:16, 86:11, 105:16, 108:9
**holding** [1] - 12:21
**home** [4] - 7:6, 7:7, 7:19, 7:20
**hospital** [2] - 100:3, 100:6
**hours** [4] - 31:21, 32:1, 32:2, 109:16
**Hutch** [1] - 9:9

## I

**Identification** [1] - 3:10
**identity** [1] - 3:20

**ill** [2] - 68:13, 69:19
**imperative** [1] - 68:14
**importance** [1] - 68:11
**important** [2] - 4:12, 69:19
**impossible** [1] - 79:14
**improper** [2] - 73:7, 74:2
**inappropriate** [2] - 72:9, 81:20
**incident** [47] - 17:21, 39:9, 40:16, 45:7, 49:14, 51:20, 52:7, 56:17, 56:19, 57:9, 57:11, 57:16, 58:12, 58:14, 58:18, 59:15, 59:16, 60:9, 60:20, 67:11, 69:23, 70:19, 81:21, 83:1, 83:4, 84:11, 85:3, 85:15, 88:21, 90:8, 90:14, 94:10, 96:10, 96:13, 96:23, 97:12, 97:13, 98:8, 99:7, 100:4, 102:2, 102:16, 108:4, 110:3, 110:7, 110:17
**incidents** [6] - 27:10, 41:6, 41:21, 45:8, 105:5, 108:19
**include** [1] - 41:9
**included** [2] - 95:9, 96:13
**includes** [1] - 109:22
**incorrect** [1] - 12:8
**incurred** [1] - 82:19
**independent** [4] - 104:6, 105:3, 105:22, 108:17
**independently** [2] - 102:10, 104:16
**INDEX** [2] - 114:1, 115:1
**indicate** [5] - 20:15, 21:9, 32:1, 101:10, 110:10
**indicated** [15] - 18:6, 21:8, 23:23, 32:23, 42:20, 43:18, 44:1, 47:3, 50:21, 52:2, 55:22, 73:22, 75:1, 88:23, 89:17
**indicates** [4] - 94:11, 95:16, 108:4, 110:7
**indicating** [4] - 28:9, 46:4, 53:18, 57:20
**individual** [1] - 39:21
**individually** [1] - 15:11
**information** [8] - 7:16,

69:13, 82:7, 82:9, 87:5, 88:2, 95:19, 98:17
**informed** [1] - 98:21
**infraction** [2] - 102:21, 103:1
**infractions** [1] - 102:20
**ingest** [2] - 68:21, 69:18, 75:3, 75:6
**initial** [2] - 14:9, 77:14
**initiate** [1] - 5:12
**initiated** [1] - 102:20
**injured** [3] - 65:2, 100:2, 100:5
**injuries** [2] - 65:6, 82:18
**inside** [1] - 65:15
**insight** [2] - 89:6, 89:8
**instances** [1] - 41:19
**instruct** [1] - 8:16
**instrument** [1] - 45:20
**interacting** [2] - 22:23, 23:7
**interaction** [4] - 33:23, 69:12, 70:20, 77:15
**interactions** [2] - 67:1, 69:11
**interactive** [1] - 7:10
**interested** [2] - 16:1, 16:3
**Internal** [21] - 3:14, 35:2, 47:3, 47:7, 47:9, 47:11, 47:14, 48:17, 49:11, 50:5, 50:16, 50:17, 50:21, 51:4, 51:6, 91:10, 93:3, 93:6, 93:10, 96:21, 114:5
**Internet's** [1] - 72:17
**interrupt** [1] - 27:5
**interrupting** [3] - 79:9, 79:10, 79:11
**interruption** [11] - 8:10, 18:23, 25:1, 26:8, 40:1, 71:20, 72:15, 78:6, 79:7, 79:23, 106:21
**interruptions** [1] - 79:15
**intervene** [2] - 81:21, 81:22
**interview** [1] - 14:15
**investigation** [6] - 88:11, 88:18, 88:20, 89:2, 103:8, 104:7
**involved** [4] - 87:10, 94:11, 94:13, 100:9
**involvement** [4] - 25:17, 68:9, 88:9,

88:22
**involving** [6] - 60:17, 67:12, 83:5, 94:16, 106:1, 110:19
**issue** [1] - 72:8
**issued** [3] - 3:21, 33:13, 33:18
**issues** [1] - 97:21
**issuing** [1] - 10:7
**itself** [2] - 76:23, 102:1

## J

**J-O-H-N-S-O-N** [1] - 19:8
**J-O-N-E-S** [1] - 30:16
**January** [7] - 1:20, 10:23, 12:9, 12:14, 15:3, 16:7, 112:6
**Jason** [1] - 30:12
**JASON** [1] - 30:12
**job** [8] - 10:17, 16:14, 21:2, 21:21, 23:21, 26:18, 47:23, 53:4
**jobs** [3] - 10:4, 10:5, 10:8
**John** [1] - 19:16
**JOHN** [1] - 19:16
**Johnson** [3] - 18:22, 19:7, 19:15
**JOHNSON** [1] - 19:15
**join** [1] - 11:16
**joined** [1] - 10:22
**joining** [3] - 4:2, 4:15, 4:16
**Jonathan** [1] - 19:23
**JONATHAN** [1] - 19:23
**Jones** [1] - 30:15
**Joseph** [1] - 90:20
**JOSEPH** [1] - 90:21
**judge** [1] - 73:4
**June** [2] - 11:15, 12:6

## K

**Kathleen** [8] - 20:5, 26:11, 39:13, 73:9, 73:11, 73:23, 74:16, 107:8
**KATHLEEN** [2] - 1:21, 113:20
**keep** [5] - 26:1, 46:13, 73:19, 79:17, 81:6
**Kenneth** [1] - 30:1
**KENNETH** [1] - 30:3
**Kessler** [3] - 18:21, 19:6, 19:14
**KESSLER** [2] - 19:7, 19:14

**Kevin** [1] - 20:4
**KEVIN** [1] - 20:4
**kind** [2] - 43:14, 109:8
**knowing** [1] - 74:10
**knowledge** [3] - 45:17, 88:4, 101:1

## L

**L-A-N-G-D-O-N** [1] - 90:21
**labeled** [2] - 92:15, 93:10
**Langdon** [4] - 90:21, 91:2, 109:17, 109:21
**Langdon's** [1] - 110:6
**language** [2] - 65:11, 95:4
**larger** [1] - 86:12
**last** [16] - 18:2, 19:11, 26:11, 27:13, 28:1, 39:14, 71:16, 71:19, 73:10, 73:12, 73:17, 84:23, 105:10, 107:21, 108:1, 108:21
**LAW** [1] - 2:1
**Law** [1] - 103:2
**learn** [1] - 56:15
**leave** [1] - 61:19
**lecture** [1] - 25:10
**led** [1] - 69:2
**ledger** [1] - 46:18
**less** [1] - 100:14
**liberty** [2] - 92:18, 94:7
**lieutenant** [48] - 6:15, 11:22, 12:5, 15:1, 15:9, 15:14, 15:21, 16:4, 16:8, 16:12, 16:15, 16:18, 20:16, 21:7, 24:15, 26:18, 32:13, 37:16, 37:19, 38:2, 38:9, 48:3, 48:22, 48:23, 49:4, 49:15, 51:1, 51:11, 53:6, 54:20, 55:1, 59:10, 60:5, 68:3, 73:14, 76:14, 77:3, 78:11, 78:17, 80:10, 80:12, 81:3, 81:8, 81:14, 81:19, 84:17, 97:6, 97:18
**Lieutenant** [8] - 71:14, 79:22, 87:18, 88:10, 95:2, 98:4, 103:19, 106:11
**lieutenant's** [1] - 29:16
**lieutenants** [9] - 24:5,

30:5, 30:10, 31:17, 49:18, 50:2, 50:5, 50:12, 55:18
**life** [2] - 9:4, 69:1
**likely** [3] - 68:18, 71:2, 101:15
**line** [2] - 85:20, 89:19
**lingo** [1] - 16:21
**Linwood** [1] - 2:2
**list** [7] - 34:10, 41:9, 41:11, 41:17, 54:13, 54:15, 54:16
**listed** [2] - 89:4, 103:1
**listen** [2] - 4:17, 21:16
**live** [1] - 7:17
**lived** [1] - 9:2
**LLC** [1] - 2:1
**local** [2] - 111:4, 111:5
**locations** [1] - 1:20
**lodge** [8] - 7:9, 8:1, 25:3, 25:18, 72:23, 78:3, 107:14, 107:17
**lodged** [6] - 18:3, 26:1, 44:2, 106:8, 106:12, 106:19
**look** [4] - 86:18, 91:15, 101:23, 102:18
**looked** [1] - 65:17
**looking** [1] - 42:16
**looks** [1] - 109:20
**lowest** [1] - 101:7

## M

**Mace** [3] - 33:15, 33:16, 34:1
**machine** [1] - 113:8
**main** [1] - 21:21
**management** [1] - 9:18
**mandate** [1] - 51:11
**mandates** [1] - 38:13
**manner** [3] - 25:19, 38:16, 113:8
**manual** [9] - 27:16, 28:5, 28:6, 28:10, 28:21, 29:4, 29:6, 33:11, 34:20
**marijuana** [2] - 103:9, 103:10
**marked** [3] - 3:10, 92:1, 92:7
**marking** [1] - 92:7
**Massicci** [1] - 20:1
**MASSICCI** [1] - 20:2
**maximum** [1] - 54:23
**mean** [20] - 16:21, 22:12, 24:19, 24:20, 27:4, 39:12, 43:10, 47:12, 48:18, 51:23,

77:1, 83:16, 87:4, 88:16, 97:3, 97:10, 97:11, 97:15, 99:9, 100:10
**meaning** [1] - 11:10
**means** [10] - 47:6, 53:15, 57:15, 94:23, 97:16, 99:23, 100:12, 109:5, 109:6, 113:8
**media** [1] - 110:13
**Medicaid** [1] - 10:7
**medical** [5] - 10:19, 57:3, 66:10, 82:21, 84:4
**members** [2] - 14:15, 55:2
**mentioned** [4] - 13:19, 32:18, 36:19, 61:13
**Michael** [2] - 61:8, 88:7
**MICHAEL** [1] - 61:8
**midnight** [2] - 32:9, 32:11
**midnights** [1] - 32:10
**might** [2] - 44:3, 75:2
**mind** [2] - 19:10, 26:11
**mindful** [2] - 5:2, 5:10
**minimum** [4] - 54:23, 55:3, 55:7, 55:8
**minute** [1] - 52:18
**minutes** [1] - 9:1
**mishear** [1] - 42:6
**misphrase** [1] - 80:22
**Miss** [5] - 3:1, 6:6, 6:19, 18:13, 52:23, 74:22
**missed** [1] - 43:1
**mistaken** [1] - 13:20
**misunderstood** [2] - 76:20, 84:23
**moment** [2] - 51:7, 87:23
**moments** [1] - 60:8
**monitor** [11] - 21:8, 21:14, 21:23, 77:8, 77:9, 77:12, 77:16, 77:18, 78:12, 80:12, 80:23
**monitoring** [2] - 16:17, 77:5
**month** [2] - 31:15, 45:3
**months** [15] - 11:5, 12:4, 12:6, 12:9, 12:17, 14:22, 27:13, 28:1, 45:9, 47:1, 55:23, 56:3, 56:4, 56:6, 56:7

**morning** [1] - 4:2
**most** [2] - 8:19, 88:3
**motion** [1] - 79:11
**move** [5] - 15:20, 16:6, 49:5, 51:22, 52:10
**moving** [4] - 80:4, 92:21, 102:19, 104:20
**MP4** [1] - 53:15
**MR** [66] - 3:8, 4:18, 5:22, 6:1, 6:4, 7:5, 7:22, 8:3, 8:8, 8:15, 8:18, 17:12, 17:15, 17:20, 23:19, 24:9, 24:19, 25:5, 25:12, 25:21, 26:4, 40:9, 43:6, 43:10, 52:20, 60:14, 65:22, 71:14, 71:18, 72:5, 72:12, 72:14, 72:17, 72:20, 73:2, 73:5, 73:8, 73:11, 73:23, 74:3, 74:8, 75:20, 77:17, 78:2, 78:5, 78:8, 78:21, 79:5, 79:13, 79:16, 79:21, 80:2, 80:7, 91:22, 92:9, 92:13, 100:16, 100:21, 102:23, 103:18, 106:3, 106:9, 106:13, 106:17, 107:4, 107:11
**MS** [96] - 3:3, 3:9, 4:1, 4:15, 4:19, 4:20, 6:2, 6:5, 7:7, 7:12, 7:23, 8:4, 8:12, 8:16, 8:21, 17:13, 17:17, 18:1, 18:11, 19:2, 19:9, 20:5, 20:9, 20:10, 23:20, 24:10, 24:23, 25:3, 25:10, 25:15, 25:23, 26:7, 26:10, 26:15, 39:13, 39:17, 40:5, 40:17, 42:18, 43:9, 43:12, 43:17, 45:12, 52:17, 52:22, 57:12, 60:15, 65:23, 69:10, 70:4, 70:6, 71:16, 71:22, 72:2, 72:6, 72:13, 72:19, 72:21, 73:3, 73:6, 73:9, 73:21, 74:2, 74:6, 74:11, 74:16, 74:20, 75:23, 77:20, 78:3, 78:9, 79:1, 79:9, 79:14, 79:18, 80:6, 80:8, 92:4, 92:11, 92:15, 92:20, 100:17, 100:23,

7

103:3, 103:22,
106:7, 106:12,
106:15, 106:19,
106:23, 107:7,
107:12, 108:1,
109:1, 111:15, 115:3
**multiple** [12] - 10:4,
28:15, 40:20, 41:8,
41:10, 50:17, 61:3,
61:6, 99:8, 104:23,
107:12, 107:14
**mumbled** [1] - 43:14
**must** [1] - 96:10

## N

**name** [15] - 4:3, 17:11,
17:14, 17:16, 17:17,
17:22, 18:8, 19:11,
53:9, 53:12, 87:14,
87:17, 87:18, 88:6,
88:9
**named** [1] - 54:8
**names** [6] - 17:6, 18:6,
20:5, 20:12, 53:14,
53:22
**narcotics** [2] - 71:3,
71:9
**necessarily** [1] - 23:16
**necessary** [12] - 26:2,
36:12, 40:12, 49:16,
64:23, 85:12, 85:20,
89:19, 90:16, 97:19,
98:9
**need** [5] - 16:17,
34:21, 55:4, 70:18,
74:14
**needed** [8] - 14:18,
28:20, 34:11, 69:14,
70:16, 81:22, 82:4,
89:9
**needs** [2] - 22:22,
34:17
**new** [4] - 27:18, 28:6,
35:3, 37:1
**NEW** [2] - 1:5, 113:1
**New** [6] - 1:18, 2:2,
2:8, 3:17, 3:19,
113:6
**news** [4] - 110:16,
111:4, 111:6, 111:9
**newspaper** [1] - 111:7
**next** [2] - 48:15, 49:10
**Niagara** [2] - 1:17, 2:7
**Nicholas** [1] - 19:15
**NICHOLAS** [1] - 19:15
**nobody** [1] - 25:13
**NOTARY** [1] - 112:16
**Notary** [3] - 1:21,
113:5, 113:20

**noted** [2] - 72:3, 74:3
**notes** [2] - 79:6
**nothing** [1] - 113:15
**notified** [1] - 36:5
**number** [20] - 16:22,
44:18, 48:6, 54:21,
55:17, 57:8, 57:9,
58:12, 58:14, 58:18,
88:10, 92:9, 93:11,
94:10, 96:10, 96:13,
96:19, 97:13
**Nunez** [1] - 20:2
**NUNEZ** [1] - 20:3
**NY** [1] - 3:6

## O

**oath** [1] - 53:1
**object** [4] - 8:7, 8:13,
8:14
**objection** [46] - 4:16,
7:2, 7:9, 7:22, 7:23,
8:1, 17:12, 17:15,
17:18, 18:3, 18:9,
23:19, 24:9, 24:19,
25:4, 25:16, 25:18,
26:1, 40:9, 60:14,
65:22, 71:14, 72:4,
73:13, 73:18, 73:22,
74:1, 75:20, 77:17,
78:2, 78:4, 78:21,
79:5, 100:16,
102:23, 103:18,
106:3, 106:8,
106:14, 106:20,
107:14, 107:17,
107:20
**objections** [4] - 18:4,
72:7, 72:23, 107:15
**observations** [3] -
65:20, 67:1, 76:18
**observe** [2] - 81:19,
81:21
**observed** [4] - 61:2,
62:17, 64:8, 65:6
**observing** [2] - 65:5,
66:4
**obstructing** [1] -
102:3
**obviously** [1] - 44:13
**OC** [2] - 33:12, 33:14
**occasion** [3] - 42:22,
73:15, 107:18
**occasions** [3] - 43:19,
43:21, 107:13
**occupants** [1] -
103:10
**occur** [1] - 45:9
**occurred** [8] - 28:1,
56:8, 60:9, 103:16,

104:9, 104:17,
105:5, 108:19
**occurs** [1] - 45:8
**October** [4] - 11:15,
11:17, 13:22, 14:5
**odor** [1] - 103:9
**OF** [4] - 1:5, 1:11,
113:1, 113:3
**offer** [1] - 7:5
**offhand** [1] - 17:6
**office** [2] - 63:17, 92:2
**Office** [1] - 1:16
**officer** [67] - 6:15, 8:3,
8:8, 10:12, 10:16,
11:2, 11:20, 11:21,
12:2, 12:3, 12:7,
12:15, 12:18, 12:20,
12:21, 13:12, 14:19,
23:2, 24:20, 33:8,
33:10, 34:7, 35:7,
36:11, 37:12, 37:16,
38:5, 38:7, 38:11,
38:18, 39:21, 40:21,
41:20, 42:3, 44:21,
46:15, 47:2, 48:3,
48:22, 49:3, 50:14,
50:22, 51:10, 51:18,
59:2, 59:8, 62:3,
62:7, 63:6, 80:9,
83:7, 84:13, 86:12,
87:17, 88:6, 88:9,
91:12, 96:13, 97:17,
100:7, 105:15,
105:19, 107:2,
107:8, 108:7, 108:12
**Officer** [88] - 18:21,
18:22, 19:6, 19:7,
19:13, 19:14, 19:16,
19:17, 19:18, 19:19,
19:21, 19:22, 20:1,
20:2, 20:3, 61:8,
61:9, 61:17, 61:18,
62:7, 62:11, 62:12,
62:17, 62:19, 63:1,
63:8, 64:7, 64:17,
66:7, 67:3, 70:14,
75:19, 76:3, 76:6,
77:12, 77:23, 82:23,
83:3, 83:6, 84:18,
85:6, 85:20, 86:2,
88:7, 89:12, 89:22,
89:23, 90:2, 91:1,
92:22, 94:13, 95:1,
95:7, 95:20, 96:23,
98:10, 98:17, 99:19,
100:13, 100:15,
100:19, 101:2,
101:11, 102:7,
102:14, 103:15,
103:18, 103:23,

104:13, 105:2,
105:11, 105:21,
107:10, 108:3,
108:14, 108:16,
109:2, 109:21
**officer's** [6] - 36:1,
39:7, 49:19, 50:3,
51:13, 85:5
**Officers** [1] - 75:10
**officers** [78] - 16:23,
17:4, 17:14, 17:22,
18:7, 18:19, 20:13,
21:17, 22:4, 23:10,
24:7, 26:20, 29:11,
33:16, 34:22, 41:12,
41:15, 42:21, 43:21,
44:2, 46:9, 49:18,
50:1, 50:8, 50:12,
51:12, 54:3, 54:4,
54:7, 54:8, 54:9,
54:13, 54:19, 54:22,
55:3, 55:5, 55:9,
55:12, 57:10, 57:17,
57:22, 58:21, 59:1,
60:21, 61:4, 61:6,
61:7, 61:11, 61:12,
61:13, 63:5, 67:19,
67:22, 70:14, 76:12,
76:15, 77:4, 77:23,
78:12, 80:13, 81:1,
81:5, 81:12, 81:15,
82:3, 82:11, 82:14,
85:2, 87:2, 88:3,
101:14, 101:15,
102:19, 103:12,
104:21, 105:1,
105:19, 108:11
**offline** [2] - 4:17, 7:3
**often** [12] - 21:19,
28:17, 31:6, 31:12,
44:11, 44:17, 44:19,
45:7, 60:20, 68:18,
93:21, 111:10
**old** [11] - 9:5, 27:18,
35:4, 35:16, 35:22,
37:4, 46:20, 48:14,
49:2, 50:11, 56:11
**once** [8] - 13:11,
20:20, 32:9, 45:2,
64:3, 71:1, 81:6,
89:5
**one** [25] - 3:2, 15:10,
16:6, 21:21, 23:12,
23:21, 25:5, 25:15,
27:18, 27:20, 28:14,
32:8, 43:12, 73:15,
79:21, 80:11, 80:16,
81:16, 92:10, 94:3,
94:4, 94:5, 101:11
**online** [2] - 110:17,

111:9
**open** [1] - 71:22
**opinions** [1] - 18:18
**opportunity** [3] -
71:11, 75:2, 75:5
**opposed** [1] - 11:20
**opposing** [1] - 25:7
**options** [1] - 99:12
**orally** [1] - 71:5
**order** [2] - 39:1, 69:4
**original** [2] - 41:18,
42:19
**otherwise** [1] - 32:14
**outrank** [1] - 30:21
**outside** [2] - 28:14,
65:15
**oversee** [6] - 16:16,
17:8, 18:20, 20:12,
20:14, 21:3
**overtime** [5] - 31:11,
31:12, 31:14, 31:18,
32:2
**own** [6] - 38:12, 39:22,
40:7, 68:17, 86:5,
102:11

## P

**p.m** [5] - 1:21, 31:3,
32:12, 53:17, 111:18
**page** [19] - 86:10,
86:18, 92:12, 92:13,
92:21, 93:9, 94:13,
94:14, 95:8, 95:14,
96:5, 98:2, 98:13,
98:19, 98:20, 99:1,
109:3, 109:10
**Page** [2] - 114:2,
115:2
**pages** [2] - 98:17,
112:2
**pants** [2] - 105:14,
108:6
**paper** [1] - 94:8
**paperwork** [3] - 36:15,
37:5, 39:1
**pardon** [1] - 13:5,
16:20, 25:12, 47:10
**part** [11] - 13:17,
33:19, 42:14, 42:23,
43:1, 43:23, 53:7,
78:14, 98:21, 99:1
**participated** [1] - 87:6
**particular** [5] - 69:3,
72:11, 107:9,
107:18, 111:11
**partner** [4] - 67:8,
67:16, 67:17, 67:18
**past** [4] - 6:13, 56:3,
56:6, 56:22

**Patrick** [1] - 19:18
**PATRICK** [1] - 19:19
**patrol** [11] - 23:3, 23:4, 37:20, 37:22, 38:1, 38:2, 38:3, 63:19, 63:21, 64:9, 64:12
**patting** [1] - 103:11
**pause** [1] - 39:11
**pay** [2] - 31:22, 31:23
**payroll** [1] - 21:4
**PD** [3] - 10:22, 29:11, 53:4
**people** [2] - 25:8, 68:18
**pepper** [3] - 33:16, 33:18, 34:1
**performance** [1] - 32:15
**performed** [5] - 88:11, 88:17, 88:23, 89:4, 99:6
**perhaps** [1] - 12:12
**period** [6] - 11:14, 13:4, 13:9, 14:1, 14:4, 32:10
**person** [1] - 57:5
**personal** [1] - 7:15
**personally** [2] - 23:11, 46:4
**pertain** [1] - 6:21
**Pete** [1] - 20:1
**PETE** [1] - 20:1
**phrased** [1] - 108:14
**physical** [18] - 10:19, 33:11, 34:1, 34:4, 34:15, 34:16, 34:18, 38:10, 38:13, 39:5, 39:23, 40:6, 40:18, 40:21, 41:4, 102:4
**physically** [5] - 3:5, 26:6, 82:11, 82:12, 87:7
**pizzeria** [1] - 10:6
**place** [3] - 7:20, 8:23, 56:13
**placing** [1] - 41:1
**Plaintiff** [4] - 1:8, 2:4, 4:5, 56:16
**platoon** [26] - 16:16, 16:21, 16:22, 17:2, 17:8, 18:8, 18:19, 20:12, 20:13, 20:17, 21:1, 21:3, 22:1, 22:4, 23:9, 23:22, 35:10, 53:10, 53:13, 53:23, 54:1, 54:10, 54:22, 55:1, 55:6, 62:10
**platoons** [1] - 53:14
**point** [12] - 11:19,

36:21, 49:13, 50:20, 64:4, 64:11, 83:19, 88:20, 91:22, 94:16, 96:16, 110:13
**pointing** [1] - 4:21
**police** [74] - 6:15, 8:3, 8:8, 10:12, 10:16, 11:2, 11:20, 11:21, 12:2, 12:3, 12:7, 12:15, 12:17, 12:20, 12:21, 14:16, 14:19, 17:4, 18:7, 18:21, 19:13, 23:1, 24:20, 26:20, 29:11, 33:7, 33:10, 34:7, 35:7, 36:1, 37:12, 37:15, 38:5, 38:7, 38:11, 38:18, 39:21, 41:20, 42:3, 42:21, 43:20, 44:2, 44:21, 46:9, 46:14, 48:3, 48:22, 49:2, 49:18, 49:19, 50:2, 50:14, 50:22, 51:10, 51:13, 51:17, 54:8, 54:9, 54:13, 55:8, 55:12, 58:21, 59:1, 59:2, 59:8, 60:21, 61:13, 62:3, 62:7, 77:4, 78:12, 81:12, 100:7
**Police** [40] - 3:11, 12:22, 14:21, 16:8, 16:12, 18:21, 18:22, 19:6, 19:7, 19:14, 19:16, 19:17, 19:18, 19:19, 19:21, 19:22, 20:1, 20:2, 20:3, 20:16, 22:7, 24:6, 24:12, 26:19, 33:6, 38:6, 45:16, 45:22, 46:11, 46:17, 47:14, 47:18, 48:5, 54:17, 64:18, 81:14, 85:13, 91:7, 102:16, 114:3
**policies** [6] - 27:9, 27:17, 28:14, 28:15, 28:16, 28:18
**policy** [50] - 22:6, 22:8, 23:10, 23:18, 23:23, 24:8, 27:15, 27:23, 32:23, 34:6, 35:15, 35:17, 35:21, 35:22, 37:1, 37:4, 38:15, 38:19, 39:9, 40:15, 41:11, 41:17, 44:14, 44:16, 46:18, 46:21, 46:23, 48:14, 49:2, 49:16, 49:17, 50:1, 50:7, 50:11,

50:15, 51:11, 55:21, 56:1, 56:12, 84:12, 85:13, 85:21, 89:20, 90:17, 97:19, 98:9, 110:9
**portion** [5] - 95:7, 102:13, 104:13, 104:21, 105:11
**pose** [1] - 5:8
**position** [6] - 10:21, 15:12, 15:22, 15:23, 16:1, 16:4
**possible** [2] - 69:8, 89:10
**possibly** [6] - 50:5, 51:3, 69:17, 71:2, 75:15, 101:7
**PowerDMS** [1] - 29:9
**practice** [1] - 13:11
**PRATHIMA** [1] - 2:1
**Prathima** [2] - 4:3, 25:21
**preddy@ thereddylaw.com** [1] - 2:3
**presence** [3] - 3:5, 63:21, 113:10
**present** [3] - 1:16, 4:4, 78:17
**presumably** [1] - 50:23
**pretty** [3] - 8:4, 8:6, 8:12
**previously** [5] - 26:22, 27:6, 29:19, 86:7, 92:4
**printed** [2] - 95:23, 96:1
**priority** [1] - 68:2
**probation** [3] - 11:4, 11:5, 38:7
**probationary** [13] - 11:2, 11:21, 12:2, 12:4, 12:8, 12:14, 13:4, 13:7, 13:23, 14:4, 20:3, 37:11, 38:5
**Procedure** [1] - 1:19
**procedure** [1] - 33:11
**procedures** [5] - 27:16, 28:5, 29:4, 29:6, 34:20
**proceeding** [1] - 5:2
**process** [4] - 38:21, 83:18, 87:2, 89:1
**processed** [2] - 65:9, 66:10
**produce** [2] - 103:19, 103:21
**produced** [4] - 86:9,

86:17, 92:5, 92:16
**program** [5] - 9:19, 29:5, 29:8, 42:8, 93:20
**prolong** [1] - 26:3
**promoted** [6] - 12:23, 14:10, 14:12, 14:17, 15:1, 15:8
**promotion** [1] - 15:5
**promotions** [1] - 15:19
**prompt** [2] - 44:3, 59:8
**prompted** [8] - 15:20, 26:20, 36:17, 43:22, 57:18, 59:4, 59:13, 82:14
**pronoun** [1] - 75:7
**properly** [10] - 5:5, 25:9, 76:17, 76:23, 77:7, 78:1, 80:14, 81:5, 81:11, 81:18
**provide** [2] - 18:2, 82:21
**provided** [11] - 6:12, 36:11, 36:16, 53:22, 82:8, 88:2, 92:5, 98:17, 105:11, 108:3, 108:22
**proximity** [1] - 100:13
**psychological** [1] - 10:19
**Public** [3] - 1:21, 113:5, 113:20
**public** [1] - 23:1
**PUBLIC** [1] - 112:16
**pull** [2] - 58:21, 89:16
**pulled** [1] - 101:13
**purpose** [2] - 60:13, 60:16, 60:19
**purposes** [3] - 4:17, 7:3, 92:18
**pursuant** [2] - 1:18, 3:5
**push** [2] - 103:12
**put** [5] - 73:12, 105:13, 105:17, 108:6, 108:10
**putting** [1] - 51:6

**Q**

**QUENTIN** [1] - 1:7
**Quentin** [2] - 4:4, 94:12
**question's** [1] - 43:10
**questioning** [1] - 36:17
**questions** [22] - 4:10, 4:13, 4:23, 5:7, 6:6, 7:1, 7:4, 8:2, 8:5,

8:7, 8:13, 8:17, 18:5, 26:10, 30:22, 70:5, 71:8, 72:10, 79:19, 107:7, 107:17, 111:16
**quite** [1] - 34:14

**R**

**radio** [1] - 21:16
**range** [1] - 45:4
**rank** [2] - 30:6, 48:20
**ranks** [2] - 37:15, 50:17
**Raul** [1] - 20:2
**RAUL** [1] - 20:3
**re** [1] - 103:13
**re-enter** [1] - 103:13
**reach** [1] - 75:16
**read** [25] - 20:6, 21:17, 26:13, 28:8, 39:15, 40:3, 42:15, 43:2, 43:13, 73:10, 73:11, 73:17, 74:4, 74:16, 74:18, 101:19, 104:8, 104:12, 104:15, 107:21, 110:16, 111:6, 111:7, 111:9, 112:1
**reading** [2] - 26:11, 103:8
**ready** [1] - 19:13
**really** [1] - 4:12
**rear** [4] - 63:18, 63:21, 64:9, 64:12
**reason** [5] - 4:14, 16:5, 73:7, 99:7, 106:6
**reasonable** [3] - 70:2, 70:10, 70:11
**reasonably** [1] - 98:8
**reasons** [3] - 40:20, 41:9, 41:10
**receive** [5] - 31:11, 31:12, 31:15, 31:23, 84:3
**received** [5] - 21:23, 28:6, 28:11, 93:11, 99:22
**receiving** [1] - 60:6
**recent** [1] - 8:19
**recess** [2] - 52:21, 111:14
**recognize** [3] - 94:1, 94:3, 94:4
**recollection** [2] - 67:1, 102:1
**record** [43] - 4:10, 5:1, 5:5, 7:9, 7:14, 8:11, 8:14, 12:13, 17:19,

18:3, 19:1, 19:5,
19:11, 25:2, 26:9,
35:16, 39:20, 40:2,
42:17, 43:5, 45:11,
46:9, 46:13, 48:7,
57:7, 59:11, 69:9,
70:3, 71:21, 72:10,
72:16, 73:13, 78:7,
79:8, 80:1, 95:13,
106:22, 107:2,
107:8, 107:22,
107:23, 108:23,
111:13
**recorded** [4] - 18:10,
38:16, 59:12, 80:4
**recording** [4] - 4:12,
4:22, 4:23, 39:12
**recordings** [1] - 21:11
**records** [1] - 59:6
**Reddy** [2] - 3:1, 4:3
**REDDY** [98] - 2:1, 2:1,
3:3, 3:9, 4:1, 4:15,
4:19, 4:20, 6:2, 6:5,
7:7, 7:12, 7:23, 8:4,
8:12, 8:16, 8:21,
17:13, 17:17, 18:1,
18:11, 19:2, 19:9,
20:5, 20:9, 20:10,
23:20, 24:10, 24:23,
25:3, 25:10, 25:15,
25:23, 26:7, 26:10,
26:15, 39:13, 39:17,
40:5, 40:17, 42:18,
43:9, 43:12, 43:17,
45:12, 52:17, 52:22,
57:12, 60:15, 65:23,
69:10, 70:4, 70:6,
71:16, 71:22, 72:2,
72:6, 72:13, 72:19,
72:21, 73:3, 73:6,
73:9, 73:21, 74:2,
74:6, 74:11, 74:16,
74:20, 75:23, 77:20,
78:3, 78:9, 79:1,
79:9, 79:14, 79:18,
80:6, 80:8, 92:4,
92:11, 92:15, 92:20,
100:17, 100:23,
103:3, 103:22,
106:7, 106:12,
106:15, 106:19,
106:23, 107:7,
107:12, 108:1,
109:1, 111:15, 115:3
**reduced** [1] - 113:10
**refer** [1] - 100:6
**reference** [1] - 53:22
**referenced** [1] - 68:5
**referencing** [1] - 23:3
**referred** [1] - 99:14

**referring** [18] - 13:16,
24:3, 27:6, 32:17,
50:20, 51:16, 56:11,
56:18, 56:22, 57:8,
58:13, 61:6, 67:11,
75:8, 95:14, 98:19,
99:4, 99:13
**reflect** [3] - 88:8,
107:2, 107:8
**reflected** [4] - 98:11,
105:23, 108:18,
109:10
**reflecting** [1] - 94:10
**reflection** [5] - 87:21,
102:5, 103:16,
104:8, 104:17
**reflects** [1] - 97:4
**refrain** [1] - 107:15
**refresh** [1] - 102:1
**refused** [2] - 101:13,
104:23
**refusing** [1] - 105:17,
108:9
**regarding** [2] - 22:6,
67:5
**relating** [1] - 110:8
**relation** [14] - 20:17,
29:3, 36:20, 39:9,
46:8, 83:8, 84:10,
85:3, 85:15, 90:13,
97:3, 100:4, 102:2,
110:3
**relative** [1] - 113:15
**relevance** [1] - 18:14
**relevancy** [1] - 18:4
**relevant** [1] - 53:11
**remains** [1] - 66:3
**remember** [2] - 65:5,
67:8
**remind** [1] - 52:23
**remotely** [1] - 3:7
**rendered** [1] - 109:14
**repeat** [4] - 34:13,
39:13, 60:6, 72:1
**rephrase** [7] - 7:13,
18:12, 25:13, 26:16,
73:19, 81:8, 94:20
**rephrasing** [1] - 52:5
**report** [9] - 3:13, 30:8,
30:17, 38:9, 87:6,
87:9, 87:11, 113:7,
114:4
**reporter** [4] - 4:22,
20:7, 26:14, 39:16,
40:4, 74:5, 74:19,
92:3, 92:6
**REPORTER** [2] - 3:1,
3:4
**Reporter** [11] - 8:10,
18:23, 25:1, 26:8,

40:1, 71:20, 72:15,
78:6, 79:7, 79:23,
106:21
**reporting** [3] - 33:20,
86:4, 86:5
**reports** [1] - 38:7
**represent** [6] - 86:8,
86:15, 94:9, 95:8,
95:13, 106:11
**representing** [1] - 4:4
**request** [1] - 96:20
**requested** [7] - 16:18,
20:6, 26:13, 39:15,
40:3, 74:4, 74:18
**require** [3] - 41:2,
50:7, 50:11
**required** [19] - 7:1,
7:4, 8:2, 14:14,
20:22, 27:1, 27:2,
29:2, 34:3, 36:23,
40:15, 40:16, 40:18,
41:5, 41:6, 43:22,
67:19, 67:21, 69:3
**requirement** [3] -
41:4, 96:15, 97:5
**requirements** [4] -
10:15, 14:11, 15:8,
22:21
**requires** [1] - 110:9
**resent** [1] - 109:10
**reside** [3] - 6:20, 6:22,
7:14
**resistance** [1] -
101:13
**resisted** [1] - 82:3
**resisting** [1] - 102:3
**respect** [11] - 28:2,
29:14, 33:1, 35:21,
56:12, 69:5, 76:15,
76:21, 77:22, 88:17,
90:4
**respond** [4] - 57:18,
59:5, 60:7, 67:18
**responded** [7] - 56:17,
57:14, 57:16, 58:6,
59:3, 72:6, 108:20
**responding** [6] -
22:12, 22:13, 22:17,
22:20, 58:5, 67:23
**response** [4] - 27:9,
65:19, 72:12, 72:14
**responses** [1] - 4:12
**responsibilities** [7] -
16:14, 20:15, 21:6,
21:22, 23:21, 24:14,
78:14
**responsibility** [11] -
26:18, 29:16, 36:8,
39:7, 76:15, 76:21,
77:5, 77:22, 78:11,

81:9, 81:15
**responsible** [3] -
16:16, 20:20, 30:19
**restate** [2] - 39:20,
80:21
**restated** [1] - 43:9
**restroom** [1] - 52:18
**resulted** [1] - 89:2
**retrieve** [2] - 68:21,
69:18
**retrieved** [2] - 75:22,
76:1
**review** [54] - 21:11,
24:15, 26:21, 26:22,
29:2, 29:19, 34:9,
36:10, 36:21, 37:2,
37:5, 37:6, 38:21,
39:10, 39:22, 40:6,
40:10, 40:13, 41:19,
41:22, 41:23, 44:3,
44:8, 44:19, 46:19,
47:8, 47:16, 48:15,
49:4, 49:6, 49:14,
49:20, 50:3, 50:13,
51:12, 51:18, 52:11,
84:10, 84:13, 84:14,
85:1, 85:5, 85:14,
87:23, 90:1, 94:23,
95:2, 95:12, 96:17,
97:8, 101:12,
102:13, 108:15,
110:2
**reviewed** [18] - 26:19,
29:7, 42:20, 43:20,
44:7, 46:10, 46:14,
49:9, 50:16, 84:19,
85:9, 87:23, 94:5,
97:16, 98:4, 98:7,
110:7, 110:10
**reviewer** [4] - 96:9,
98:7, 109:22, 110:6
**reviewing** [4] - 41:21,
44:8, 46:8, 84:20
**reviews** [3] - 38:18,
51:8, 51:9
**road** [1] - 61:3
**role** [4] - 27:9, 32:13,
72:23, 84:17
**Ron** [1] - 98:1
**Ronald** [3] - 61:9,
94:13, 95:16
**RONALD** [1] - 61:9
**routings** [2] - 94:21,
96:1
**Rule** [1] - 3:20
**Rules** [1] - 1:19
**rules** [3] - 24:21, 25:5,
25:11

## S

**safely** [1] - 81:11
**Saunders** [1] - 19:21
**SAUNDERS** [1] -
19:22
**saw** [2] - 76:3, 76:7
**scene** [20] - 61:4,
61:5, 61:7, 62:15,
62:18, 64:5, 64:13,
66:22, 67:3, 67:7,
67:10, 68:4, 73:16,
76:13, 78:16, 80:23,
81:4, 82:8, 83:12,
88:19
**Scheu** [20] - 61:8,
61:17, 62:7, 62:17,
62:19, 63:8, 64:7,
64:18, 66:7, 67:3,
70:14, 75:10, 75:19,
76:3, 77:12, 77:23,
84:18, 88:7, 89:12,
89:23
**SCHEU** [1] - 61:8
**school** [4] - 9:8, 9:10,
9:20, 9:23
**scratch** [2] - 43:6,
43:11
**screen** [3] - 86:11,
86:13, 111:12
**scroll** [4] - 94:9, 99:1,
101:18, 109:2
**scrolling** [2] - 94:12,
98:2
**search** [4] - 66:16,
68:20, 69:4, 76:10
**searched** [1] - 68:12
**second** [6] - 22:15,
43:23, 80:16, 80:17,
94:13, 104:20
**section** [2] - 46:18,
108:5
**see** [14] - 15:15, 61:1,
61:5, 73:15, 73:18,
75:17, 75:18, 75:19,
78:19, 79:22, 86:13,
91:12, 91:23, 110:17
**seeing** [7] - 65:4,
65:13, 65:18, 66:4,
74:9, 79:2, 79:3
**sees** [1] - 49:22
**self** [2] - 38:21, 86:4
**self-reporting** [1] -
86:4
**self-review** [1] - 38:21
**sending** [1] - 98:1
**seniority** [1] - 31:18
**sent** [5] - 94:23, 95:1,
95:16, 109:17,
109:21

**sergeant** [1] - 37:19
**seriously** [1] - 106:18
**serve** [1] - 14:20
**served** [1] - 14:19
**service** [3] - 21:10, 58:15, 99:6
**Service** [2] - 10:17, 14:13
**Services** [1] - 10:7
**set** [7] - 16:22, 24:1, 28:19, 31:19, 45:6, 111:16, 112:3
**setting** [3] - 5:15, 5:16, 6:16
**seven** [2] - 87:17, 88:10
**share** [3] - 86:10, 86:11, 111:12
**sheet** [1] - 112:4
**shift** [16] - 16:23, 30:18, 31:1, 31:2, 31:6, 32:4, 32:7, 32:9, 32:11, 53:15, 53:16, 53:19, 54:2, 54:6, 55:10, 60:1
**shifts** [2] - 31:9, 31:10
**shorthand** [1] - 113:9
**show** [1] - 89:15
**showing** [2] - 91:23, 95:11
**side** [1] - 51:7
**signified** [1] - 85:17
**silver** [1] - 61:3
**Simonian** [1] - 19:16
**SIMONIAN** [1] - 19:17
**simple** [1] - 26:10
**simpler** [1] - 39:4
**simply** [1] - 41:1
**sit** [2] - 79:3, 101:20
**situation** [2] - 38:23, 69:2
**slightly** [1] - 96:5
**slow** [1] - 19:3
**smoking** [1] - 103:10
**Social** [1] - 10:7
**someone** [1] - 23:5
**sometime** [1] - 64:8
**sometimes** [2] - 67:17, 68:19
**somewhere** [1] - 54:16
**sorry** [25] - 11:23, 13:7, 19:20, 22:14, 27:4, 34:12, 34:13, 37:18, 39:10, 41:14, 42:11, 44:9, 50:9, 50:11, 53:12, 74:14, 76:19, 90:7, 91:2, 93:16, 94:19, 97:18, 103:18, 104:4,

110:23
**space** [1] - 101:15
**speaking** [14] - 8:6, 25:7, 26:1, 29:16, 44:13, 65:4, 66:4, 72:7, 73:21, 74:1, 106:7, 106:10, 107:20
**specific** [6] - 63:6, 69:2, 69:14, 70:14, 73:7, 94:4
**specifically** [4] - 61:10, 81:13, 98:21, 99:17
**specify** [2] - 42:22, 57:14
**spell** [1] - 30:2
**spray** [5] - 33:13, 33:14, 33:17, 33:18, 34:2
**Square** [2] - 1:18, 2:7
**ss** [1] - 113:2
**stage** [1] - 52:14
**stamped** [1] - 92:17
**stamping** [1] - 92:18
**standard** [1] - 13:11
**standards** [1] - 24:1
**start** [2] - 43:7, 92:12
**started** [1] - 37:22
**starting** [1] - 62:19
**starts** [1] - 12:8
**state** [2] - 106:20, 107:14
**State** [3] - 9:13, 9:14, 113:6
**STATE** [1] - 113:1
**statement** [7] - 44:4, 47:12, 98:10, 102:17, 104:7, 104:12, 104:15
**statements** [1] - 89:11
**STATES** [1] - 1:5
**states** [1] - 95:1
**stating** [3] - 81:6, 81:7, 102:8
**status** [1] - 12:4
**stay** [1] - 51:21
**stayed** [1] - 38:1
**stenographer** [5] - 4:11, 18:10, 19:3, 44:5, 72:22
**step** [1] - 49:10
**steps** [5] - 48:15, 104:16, 105:3, 105:22, 108:17
**still** [10] - 15:4, 53:1, 53:10, 53:16, 61:16, 61:17, 71:22, 72:19, 105:16, 108:9
**stipulate** [1] - 3:6

**stop** [37] - 58:6, 58:8, 58:16, 58:21, 59:3, 59:9, 59:13, 59:19, 60:5, 60:8, 60:11, 60:13, 60:17, 60:23, 62:21, 63:17, 63:22, 64:14, 65:1, 66:8, 67:13, 71:18, 73:3, 78:5, 78:8, 79:9, 79:10, 79:11, 82:15, 94:15, 101:2, 102:20, 103:14, 106:9, 110:20, 111:12
**stopping** [1] - 40:23
**store** [1] - 27:21
**stores** [1] - 29:5
**street** [1] - 58:2
**strike** [2] - 105:19, 108:12
**striking** [1] - 41:7
**strong** [1] - 103:9
**struggle** [3] - 105:10, 105:13, 108:5
**stub** [2] - 31:22, 31:23
**subject** [13] - 33:12, 34:19, 103:11, 104:21, 104:22, 105:13, 105:16, 105:19, 108:5, 108:8, 108:9, 108:12
**submission** [5] - 29:3, 48:1, 56:12, 94:17, 95:3
**submit** [4] - 49:3, 82:23, 83:3, 83:8
**submits** [2] - 47:2, 95:7
**submitted** [18] - 26:23, 34:3, 44:10, 44:20, 45:21, 46:15, 46:20, 47:19, 48:5, 48:8, 48:14, 84:13, 85:2, 86:7, 92:6, 95:12, 95:20, 108:15
**subscribe** [1] - 111:8
**suing** [1] - 91:7
**suit** [1] - 5:17
**summarizes** [1] - 88:19
**summary** [12] - 98:23, 101:12, 102:19, 103:8, 104:2, 104:13, 105:4, 105:11, 105:23, 108:2, 108:4, 108:18
**supervise** [2] - 54:20, 77:4
**supervised** [7] - 53:10, 53:23, 54:1,

54:14, 61:14, 88:12, 89:4
**supervises** [1] - 76:14
**supervising** [2] - 77:5, 84:18
**supervision** [3] - 30:19, 54:7, 62:8
**supervisor** [23] - 20:18, 20:22, 21:1, 23:13, 29:22, 29:23, 30:7, 35:6, 35:8, 35:9, 35:10, 36:1, 36:4, 36:10, 36:20, 37:4, 45:15, 45:22, 48:14, 50:23, 51:19, 52:6
**supervisor's** [1] - 36:7
**supervisors** [5] - 30:5, 32:20, 51:17, 52:4, 54:13
**supervisory** [1] - 46:19
**supplied** [1] - 114:9
**supplying** [1] - 3:2
**suspicious** [1] - 57:5
**Suttles** [55] - 4:4, 4:5, 56:16, 57:17, 57:23, 59:19, 60:18, 60:23, 62:21, 63:14, 63:15, 64:9, 64:17, 65:2, 65:21, 67:2, 67:6, 67:12, 69:5, 70:16, 70:20, 73:15, 76:16, 76:22, 77:6, 77:15, 78:1, 78:20, 80:11, 80:14, 81:4, 81:10, 81:16, 82:2, 82:10, 82:15, 82:19, 83:5, 83:9, 83:12, 83:16, 84:1, 91:7, 94:12, 99:2, 99:15, 100:12, 101:1, 101:10, 101:17, 102:5, 102:8, 106:1, 108:20, 110:20
**SUTTLES** [1] - 1:7
**swear** [1] - 3:7
**Sworn** [1] - 112:11
**sworn** [2] - 3:18, 113:13
**system** [2] - 29:10, 36:5

---

**T**

**table** [1] - 71:23
**tabulated** [1] - 31:21
**tabulates** [1] - 45:14
**tabulation** [2] - 45:18, 46:6

**tampering** [1] - 102:3
**tandem** [2] - 67:20, 67:21
**Taylor** [1] - 19:13
**TAYLOR** [1] - 19:14
**Team** [13] - 34:11, 41:22, 42:6, 42:8, 42:14, 44:5, 44:10, 93:15, 93:17, 93:19, 93:20, 93:22, 94:21
**Tech** [1] - 9:9
**technician** [3] - 87:6, 87:10, 87:12
**TELECONFERENCE** [1] - 1:1
**teleconference** [1] - 1:15
**tenure** [1] - 47:17
**term** [2] - 40:11, 41:8
**terms** [5] - 20:15, 30:4, 38:10, 55:1, 61:5
**testified** [7] - 3:22, 5:18, 6:14, 24:8, 70:17, 71:15, 84:6
**testify** [1] - 113:14
**testimony** [34] - 6:1, 6:12, 6:17, 14:7, 18:2, 20:11, 22:18, 26:13, 26:17, 32:19, 33:2, 35:23, 38:18, 39:14, 42:20, 43:18, 49:4, 52:6, 54:9, 56:10, 58:7, 62:16, 64:6, 68:5, 68:17, 70:12, 74:4, 78:10, 79:12, 80:9, 80:15, 85:1, 99:5, 112:5
**THE** [17] - 2:1, 3:1, 3:4, 5:23, 8:19, 17:16, 19:6, 20:8, 40:10, 43:15, 57:8, 72:1, 74:9, 75:21, 77:18, 78:22, 103:1
**Thelma** [1] - 30:15
**THELMA** [1] - 30:15
**thereafter** [2] - 96:2, 109:9
**they've** [1] - 83:17
**thorough** [1] - 66:16
**three** [4] - 14:18, 72:5, 73:14, 102:15
**threshold** [1] - 41:4
**throughout** [1] - 28:16
**title** [8] - 11:1, 11:19, 12:1, 12:21, 16:11, 47:23, 53:4, 62:2
**titled** [1] - 47:14
**TO** [2] - 114:1, 115:1
**today** [15] - 4:3, 4:5,

4:9, 4:22, 8:2, 18:4, 25:17, 56:20, 59:18, 70:12, 73:1, 79:3, 92:19, 101:21, 111:17

**today's** [2] - 5:1, 7:3

**together** [2] - 63:10, 67:22

**tone** [1] - 25:19

**took** [3] - 15:17, 92:18, 108:17

**top** [1] - 103:5

**towards** [1] - 25:7

**traffic** [23] - 57:6, 58:6, 58:8, 58:16, 58:20, 59:3, 59:9, 59:13, 59:18, 60:5, 60:8, 60:11, 60:17, 60:23, 62:21, 63:17, 63:22, 64:14, 65:1, 66:8, 67:13, 102:20, 110:20

**trained** [1] - 11:8

**training** [8] - 4:17, 11:14, 13:12, 13:15, 13:17, 13:19, 13:21, 14:5

**transcript** [2] - 3:2, 112:4

**transfer** [3] - 13:3, 13:6, 61:22

**transferred** [5] - 13:10, 14:6, 15:5, 61:21, 62:4

**transport** [5] - 68:10, 69:3, 69:15, 70:16, 83:12

**transportation** [3] - 67:6, 68:4, 68:7

**transported** [10] - 64:1, 64:10, 64:11, 66:10, 66:12, 76:10, 83:15, 83:21, 89:7, 89:9

**transporting** [2] - 63:13, 66:13

**travel** [2] - 67:19, 67:21

**treat** [2] - 78:1, 81:17

**treated** [8] - 76:17, 76:23, 77:7, 80:14, 81:4, 81:10, 84:5, 84:7

**treatment** [2] - 66:11, 84:4

**Tripp** [27] - 6:6, 6:19, 18:13, 52:23, 71:14, 73:14, 74:22, 79:22, 80:9, 86:12, 87:18, 88:10, 91:12, 92:22,

95:2, 95:17, 98:4, 98:10, 103:15, 103:19, 103:23, 105:2, 105:21, 106:11, 107:10, 108:14, 109:2

**TRIPP** [5] - 1:1, 1:16, 3:17, 112:9, 115:3

**true** [3] - 51:21, 103:16, 112:4

**truth** [3] - 113:14, 113:15

**trying** [3] - 73:19, 86:11, 97:2

**twice** [1] - 45:3

**two** [10] - 30:9, 32:17, 42:23, 43:23, 58:21, 61:12, 67:22, 77:4, 86:7, 92:5

**two-part** [2] - 42:23, 43:23

**Tyler** [1] - 19:20

**TYLER** [1] - 19:20

**type** [11] - 5:17, 5:20, 6:12, 58:15, 58:16, 69:15, 70:16, 91:19, 92:22, 93:12, 99:6

**types** [2] - 87:7, 99:15

**typically** [4] - 31:2, 67:15, 67:22, 68:3

**typo** [1] - 97:4

**typographical** [2] - 96:19, 109:8

---

**U**

**unaware** [8] - 24:13, 27:19, 46:7, 48:12, 51:14, 54:18, 63:18, 65:14

**unclear** [1] - 81:7

**under** [23] - 16:23, 29:4, 34:10, 34:17, 34:19, 35:16, 35:22, 37:4, 46:20, 48:14, 48:22, 48:23, 49:1, 49:2, 49:17, 50:1, 53:1, 54:7, 58:19, 62:8, 93:20, 96:9, 113:10

**underneath** [1] - 42:8

**understood** [3] - 44:1, 77:21, 90:12

**UNITED** [1] - 1:5

**University** [2] - 9:13, 9:14

**unknown** [1] - 99:9

**unless** [1] - 31:11

**unnecessary** [1] - 72:9

**unsure** [1] - 55:23

**up** [13] - 38:11, 39:21, 40:22, 49:5, 50:22, 51:22, 52:10, 89:16, 92:1, 94:9, 94:12, 99:1, 102:18

**update** [2] - 28:16, 28:17, 29:6

**updated** [3] - 27:20, 28:8, 28:21

**uploaded** [3] - 35:1, 36:4, 36:9

**upper** [2] - 105:16, 108:8

---

**V**

**V&T** [4] - 102:4, 102:20, 102:21, 103:2

**valid** [1] - 106:5

**varies** [6] - 21:20, 31:13, 31:16, 31:20, 55:14, 68:1

**various** [1] - 1:20

**vary** [2] - 32:5, 35:11

**vehicle** [5] - 82:15, 103:9, 103:11, 103:12, 103:13

**verbal** [5] - 104:23, 105:14, 105:17, 108:7, 108:10

**verbally** [4] - 4:13, 5:3, 87:8, 87:9

**verbatim** [1] - 113:8

**versed** [1] - 16:20

**versus** [1] - 4:6

**via** [7] - 2:4, 2:10, 3:18, 23:5, 34:11, 35:3, 35:4

**VIDEO** [1] - 1:1

**video** [4] - 3:16, 3:18, 80:3, 114:6

**Video** [1] - 1:15

**violation** [1] - 109:4

**virtual** [2] - 28:7, 28:21

**vs** [1] - 1:9

---

**W**

W-H-I-T-E-N-I-G-H-T [1] - 30:13

W-I-L-S-O-N [1] - 20:4

**wait** [1] - 5:11

**waiting** [2] - 63:23, 64:9

**warned** [1] - 107:13

**warning** [1] - 25:16

**watch** [2] - 111:2,

111:4

**wear** [1] - 22:4

**wearing** [1] - 22:6

**week** [2] - 31:8, 45:3

**well-versed** [1] - 16:20

**WESTERN** [1] - 1:5

**Whitenight** [1] - 30:12

**whole** [3] - 24:13, 58:18, 113:14

**widely** [1] - 29:10

**willing** [1] - 7:15

**Wilson** [1] - 20:4

**Witness** [1] - 115:2

**WITNESS** [14] - 5:23, 8:19, 17:16, 19:6, 20:8, 40:10, 43:15, 57:8, 72:1, 74:9, 75:21, 77:18, 78:22, 103:1

**witness** [16] - 3:5, 3:7, 6:3, 8:17, 18:5, 72:9, 72:11, 74:7, 74:17, 80:5, 106:16, 106:17, 107:5, 107:16, 108:2, 111:16

**WITNESSES** [1] - 115:1

**word** [4] - 20:14, 56:21, 57:21, 58:11

**works** [1] - 17:20

**writing** [1] - 113:10

**written** [3] - 10:18, 27:14, 34:20

---

**Y**

**year** [5] - 9:15, 9:16, 9:19, 9:23, 10:13

**years** [5] - 9:22, 10:10, 14:19, 18:15, 102:15

**YORK** [2] - 1:5, 113:1

**York** [6] - 1:18, 2:2, 2:8, 3:17, 3:20, 113:6

**yourself** [3] - 58:9, 59:9, 59:10

---

**Z**

**Zoom** [2] - 2:4, 2:10

2796

**DEFT_EXHIBIT**
**001**
KC 01/26/2024

**# : 10052733**
**ution Indicator:**

**Agency Case #: 20-01478-91 (A)**

**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

---

## PERSON INFORMATION

**JTTLES, Quentin C**

| | | |
|---|---|---|
| **AGE: 30** | **SEX: Male** | **RACE: Black** |
| **HT: 6'02** **WEIGHT: 160** **BUILD: Slim** | | **ETHNICITY: Non-Hispanic**  SS #: |
| **HAIR COLOR: Black** | HAIR TYPE: | **EYE COLOR: Brown** |
| EYE DEFECTS: | FACE: | **SKIN TONE: Dark Brown** |
| FACIAL FEATURES: | | DISABILITY: |

SCARS/MARKS/TATTOOS:
ADDRESS:
HOME TELEPHONE:                                    MARITAL STATUS: **Single (never married)**
EDUCATION:          CITIZEN OF: **US**     PLACE OF BIRTH: **BUFFALO NY**
RELIGION:                    DRIVERS LICENSE #:
NYSID #: **00476540-N**                        FBI #: **342938LC0**          MUG #: **263561**          LICENSE STATE:

---

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**     ARREST TYPE: **CIP - Crime in Progress**
STATUS AT ARREST: **Held**                                        ARRESTING AGENCY: **BUF**
CONDITION AT ARREST: **Injured or Sick**              ARREST DATE/TIME: **05/10/2020 18:30**
ARRESTING OFFICER: **SCHEU, Michael**
ASSISTING OFFICER: **AMMERMAN, RONALD J**
ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**
PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**                    ATT: **N**

---

## BOOKING INFORMATION

CJTN #: **69352745-K**     BOOKING STATUS: **Normal**
BOOKING START DATE/TIME: **05/10/2020 20:25**                              BAIL:
ITEM(S) SEIZED AT ARREST:                     BOOKING END DATE/TIME: **05/10/2020 20:29**
ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**
BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
                                **DEF DID OBSTRUCT AND RESIST**
F/P'S TAKEN BY: **POHANCSEK, Melanie L**                              DATE: **05/11/2020**
NCIC CLASS. BY:

**Rolled Right Thumb**
NCIC CLASS:

ARRESTEE SIGNATURE:                    DATE/TIME:

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

*CITY OF BUFFALO*                                    CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York     )         *2796*
vs.                                     )
**QUENTIN C. SUTTLES  DOB:** ████████   )    **INFORMATION / COMPLAINT**
████████████████                        )
                                        )
                                        )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                        Complainant
*5·10·20*

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ███████

)
)
)
)
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A  MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.   THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                        Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*                                      CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York          )
vs.                                          )
**QUENTIN C. SUTTLES  DOB:** ███████████     )          **INFORMATION / COMPLAINT**
                     ████████████████        )
                                             )
                                             )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                          Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**

To be completed by Police Officer and given to Motorist

| | |
|---|---|
| **POLICE AGENCY** | |
| BUFFALO POLICE DEPARTMENT | |
| Local Police Code | |
| BPD | |

Last Name (Defendant)
**SUTTLES**    First Name **QUENTIN**    MI **C**

Number and Street    Apt. No    Photo Not Shown

City **BUFFALO**    State **NY**    Zip code    Owner Oper    Lic Class **D**

Client ID Number **796088308**    Sex **M**    Date Expires **02/02/2023**

Lic State **NY**    Date of Birth    Veh Type **1**    Year **2010**    Make **CHEV**    Color **GY**

Plate Number **GWT5141**    Reg. State **NY**    Registration Expires **03/20/2021**

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time **6:20 PM**    Date of Offense **05/10/2020**    In Violation Of **NYS V AND T LAW**

Section **5091**    Sub Section    Tr Inf ◉    Misd ○    Felony ○    MPH    MPH Zone

Description of Violation
**UNLICENSED OPERATOR**    US DOT#

CDL Veh ○    Bus ○    Haz Mat ○

Place of Occurrence
**MADISON/EAGLE**    Hwy No    Loc Code **1501**

C/T/V Name
**BUFFALO, CITY OF - 1501**    County **ERIE**    Hwy Type **6**    NCIC/ORI **01401**

AFFIRMED UNDER PENALTY OF PERJURY    Date Affirmed **05/10/2020**    Off Assign **DC**

(Officer's Signature) *[signature]*    Arrest Type **1 - PATROL**

Officer's Last Name **SCHEU**    First Name **M**    MI    Badge/Shield **172580**

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address **50 DELAWARE AVE**

City **BUFFALO**    State **NY**    Zip **14202**

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
◉ MUST APPEAR IN PERSON ON:    Date **05/11/2020**    Time **9:30 AM**

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or a fine.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury.

Date: _____    Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐    No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ◉    SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____
_____

City _____    State _____    Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____    State _____    Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN SUSPENSION OF YOUR LICENSE

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Dept
BPD

| Last Name (Defendant) | First Name | | LH |
|---|---|---|---|
| SUTTLES | QUENTIN | | C |

Number and Street · · · · · · · · · · · · · · · · · · · · · · · Apt. No.    Photo Lic Shown

| City | State | Zip Code | Owner Oper | Lic Class |
|---|---|---|---|---|
| BUFFALO | NY | | ○ | D |

| Client ID Number | | Sex | Date Expires |
|---|---|---|---|
| 796088308 | | M | 02/02/2023 |

| Lic State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1127A | | ◉ | ○ | ○ | | |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | | Hwy No | Loc Code |
|---|---|---|---|
| MADISON/EAGLE | | | 1501 |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed | Off Assign |
|---|---|---|
| *(signature)* | 05/10/2020 | DC |
| | Arrest Type | |
| | 1 - PATROL | |

(Officer's Signature)

| Officer's Last Name | First Name | | Badge/Shield | MI |
|---|---|---|---|---|
| SCHEU | M | | 172580 | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

◉ RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

### TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.

· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.

· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

_____

All statements are made under penalty of perjury:

| Date: _____ | Signed _____ |
|---|---|

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐     No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ◉     SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
# CENTRAL BOOKING BUREAU
# CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES        AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT**.

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I.   **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐   1.  Written statement (attach copy)

☒   2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐   3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**
DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐   1.  Showup Identification
☐   2.  Photograph Identification
☐   3.  Line-up
☐   4.  Observation of defendant upon some other occasion relevant to case
☒   5.  Other (specify) **DIRECT OBSERVATION**

# ENTPortal - Data Check Results

**Printed: 5/10/2020 8:21:13 PM**

## SEARCH CRITERIA

```
        Last Name: SUTTLES
        First Name: QUENTIN
      Middle Initial:
        Name Ext:
            DOB: ████████
            Sex: M
           Race: U
```

## LOCAL WARRANT INFORMATION

```
------- Warrant Information ----------------------------------------
        Warrant #: 17707065
        Iss. Date: 2017-08-01
      Iss. Agency: Lancaster Town Police Department
            Type: DCJS
       Complaint #:
      Extradition: S
           Court:
           Judge:
   Predicate Felon: false
  Vulnerable Victim:

------- Personal Information ---------------------------------------
            Name: SUTTLES, QUENTELL D
            DOB: ████████
            Sex: M
           Race: B
          Height: 602
          Weight: 160
           Build:
            Skin:
            Hair: BLK
            Eyes: BRO
        Ethnicity:
   Facial Features:
         Address:
           SSN #:
           PCN #:
           FBI #:
           SID #:

------- Charges ----------------------------------------------------

       CHARGE: VTL 0511  M 2
     ATTEMPTED:
       COUNTS:
   DESCRIPTION:


------- Notes ------------------------------------------------------
```

## NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA--------------------------------

***Order of Protection Record***
        Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
     Issue Date: 2020-02-05  Expiry Date: 2020-08-05
         Agency: BUFFALO CITY POLICE DEPARTMENT
            ORI: NY0140100  Phone #: 7168514545
     Iss. Court: BUFFALO CITY COURT
          Judge: FOOTE-BEAVERS,LENORA B
           Type: LC  Phone #: 7168452661
   Orig. Case ID:   Docket: CR-01488-20  Suffix:
```

```
Court Ord Service: 2020-02-05  Serving Agency:
   Law Enf Service:
   Service Caution:
        Condition:
 Service Required: false
  Warrant Return: false
   Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
     ORDER IS ENFORCEABLE **

           Misc:

 Requesting Person: VASQUEZ, DANIELLE
         DOB: 1995-12-11  Sex: F  Race: U
         SSN:
     Other ID: REQUESTOR_PROTECTED
       Caveat:
        Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
 STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
 CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
 ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
 COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
        Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
 OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
 VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
        Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
 AT 56 ROGERS, BUFFALO, NY 14215;
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
 12/11/1995);
        Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
 12/11/1995);
        Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
 DANIELLE VASQUEZ (DOB: 12/11/1995);
        Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
 ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
 12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
 PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
 EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
 AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
 COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
 ORDER;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
 INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
 AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

 Restricted Person: SUTTLES, QUENTIN C
         DOB:              Sex: M  Race: B
       Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
         SSN:        FBI #:    State ID #: 00476540N
     Other ID:
 Youthful Offender: false
    Caution Info:  -
        Caveat:
        Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
 HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
 NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
 SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
 DEPARTMENT;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
 12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
 AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
 ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
 PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
```

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

```
              Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
           Issue Date: 2020-02-07  Expiry Date: 2020-08-07
               Agency: ERIE COUNTY SHERIFFS OFFICE
                  ORI: NY0140000  Phone #: 7168582903
           Iss. Court: ERIE COUNTY FAMILY COURT
                Judge: RODWIN,LISA B
                 Type: FC  Phone #:
        Orig. Case ID:  Docket: O-00440-20  Suffix:
    Court Ord Service: 2020-02-07  Serving Agency:
        Law Enf Service:
      Service Caution:
            Condition:
     Service Required: false
       Warrant Return: false
        Court Advised: true
              Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                       ORDER IS ENFORCEABLE **

                 Misc:

    Requesting Person: VASQUEZ, DANIELLE
                  DOB: 1995-12-11  Sex: F  Race: B
                  SSN: 115843298
             Other ID: REQUESTOR_PROTECTED
             Alt Name: VAZQUEZ, DANIELLE
               Caveat:
```

       Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
       Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);
       Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);
       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

```
    Protected Person: SUTTLES, AVEON
                 DOB: 2015-10-15  Sex: F  Race: U
         Description:
                 SSN:
            Other ID: PROTECTED
              Caveat:
```

       Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
       Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
·        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Protected Person: ZEIGLER, KAIEO
              DOB: 2018-09-26 Sex: M  Race: U
      Description:
              SSN:
        Other ID: PROTECTED
         Caveat:
          Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
        Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Restricted Person: SUTTLES, QUENTIN
              DOB: ▮▮▮▮▮  Sex: M  Race: B
         Height: ▮▮▮  Weight: ▮▮▮  Eye: BRO  Hair: BRO  Skin:
           SSN: ▮▮▮▮▮  FBI #:  State ID #:
        Other ID:
        Alt Name: SUTTLES, QUINTON C
Youthful Offender: false
     Caution Info: -
         Caveat:
          Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, RIFLES, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
        Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
        Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

**DCJS/NCIC Person (by Person)**

------DCJS PERSON DATA-------------------------------------------

***Wanted Person Record***
        Name: SUTTLES, QUENTELL D
         DOB: ▮▮▮▮▮  Sex: M
     Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
         SSN:  FBI #:  State ID #:
     Juvenile:
    Recidivist: true
Predicate Felon: false
    Warrant #: 17707065  WPN #:   Status: 01

Warrant Date: 2017-08-01
  Extradition: S -Extradition within the county of the wanting agency plus
              adjacent counties
  Organization: Lancaster Town Police Department
  Phone #: (716)683-2800
     Charge: VTL 0511  U M 2
     Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
        Misc:


------NCIC PERSON DATA------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/          EYE/BRO HAI/BRO
SOC/
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/          HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

-------DCJS PROBATION DATA--------------------------------------------

***No Probation Records Found***

## DCJS Parole

-------DCJS PAROLE DATA-----------------------------------------------

***Parole Record***
           Name: SUTTLES, QUENTELL D
            DOB: ███████████    Sex: M
         Height: 6'02"   Weight: 160   Eye: BLK   Hair: BLK
         NYSID: 476560
        Address: ████████████████████

        Precinct:

    Statute Offense: 2108   Category: CRIM POSS WEAP 2ND(REV 09/78)*
     Effective Date: 2020-04-30   Expiry Date: 2022-10-30
  Supervising Agency:   ORI:
   Sr Parole Officer: HARTBADER,BETH
      Parole Officer: ROSARIO,ELIEZER
            Phone #:
            Address:

           Caveat:          '

*Notified MP* (handwritten)

# City Of Buffalo – Department Of Police
## Central Booking Bureau
## Defendant Information

Docket No. _____
CD No. __20-1310536__
AFN __20-0147891__

DEFENDANT: QUENTIN SUTTLES     DOB: ████     Date Of Arrest: 5/10/20

CO-DEFENDANTS:

| | DOB: |
| --- | --- |
| | DOB: |
| | DOB: |

1. Officer in charge of case: OFC MICHAEL SCHEU     Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
| --- | --- | --- | --- | --- |
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
| --- | --- | --- | --- | --- | --- |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
| --- | --- | --- | --- | --- |
| 1. PL 195.05 | | | | |
| 2. PL 205.30 | | | | |
| 3. PL 215.40-2 | | | | |
| 4. VTL 1227-A | | | | |
| 5. VTL 509-1 | | | | |
| 6. | | | | |

710.30 ( )
Supporting Dep. ( )
Forensic Req. ( )

Lab ( )
Medicals ( )
Breath Documents ( )

Local/NYSISS ( )
DMV ( )
Albany ( )

MV-104 ( )
Readiness ( )
**Domestic Violence** ( )

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB

**REQUEST FOR MEDICAL EXAMINATION OF PRISONER**

TO BE COMPLETED BY REQUESTING OFFICER

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Stubbs | | | | |

| D.O.B. | SEX | Charge (s) (Specify Section/Sub Section & Title of the Law) |
|---|---|---|
| | Male | 195.05 |

| Rank | Arresting Officer (s) | Unit: |
|---|---|---|
| P.O | R. Ammerman | C480 |

* Is Prisoner a Juvenile? (Under 18 years of age)

YES ☐     NO ☒

| Parent(s) or Guardian:  Name     Address | Phone: |
|---|---|

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder, Face Contusion

Signed CBA _____     Rank

TO BE COMPLETED BY HOSPITAL / PHYSICIAN

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting  AMR 545 |
|---|---|

| Name of Doctor: | Street & No. | City | State | Zip Code |
|---|---|---|---|---|

(Diagnosis / Nature of illness / treatment.   Use Common medical terms to describe ailment.)

| Was Prisoner admitted to Hospital?   Yes ☐     No ☐   Time ____ hrs.  Date: | Prisoner Released:  Time ____ hrs.   Date: |
|---|---|

TO THE HOSPIAL:

If this prisoner is admitted, please notify the **CIR** Lieutenant at **851-4545** when the prisoner is to be released.

**NOTICE!  NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE I IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.**

DISTRIBUTION:  Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT          Receipt #: **43126**

Date: **05/10/2020**

Name:                **SUTTLES, QUENTIN C.**

DOB:                 ███████

Address:             ████████████████

Arresting Officer(s):  **PO M. SCHEU**

Arrest #:            **261083**                    Complaint #:   **20-1310536**

Remarks:    *Taken to ECMC*

PROPERTY LIST:                CASH:  **$0.00**

**NYS ID**
**EARRING**

Property #:
Placed In              Recieved By:

**PROPERTY RECEIVED**                          **PROPERTY RETURNED**

Date: 5/10/20    Time: 2031             Date: _____   Time: _____
                                        ** I have received the above property.


_____                  _____
Prisoner's Signature                     Prisoner's Signature


_____                  _____
Officer's Signature                      Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)
ORI# 1501

263561    @ECMC    4796

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

DISTRICT OF ARREST: _____
PROPERTY: ☐ YES    ☐ NO
MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RICI# _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: ▇▇▇▇    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05  PL 205.30  PL215.40(2)  VTL 1127A  VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH ~~OFFICERS~~ DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING, ~~DEBRIS~~ ~~▇▇▇▇▇▇▇▇▇▇▇▇~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE ~~WAS~~ took WHITE

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE    plastic pill

DEFENDANT'S ADDRESS: ▇▇▇▇▇▇▇▇

CITY: BUFFALO    STATE: NY    ZIP CODE: ▇▇▇▇    US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: ▇▇▇▇▇▇▇▇    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: _____    SATISFACTORY ID: ☒ YES  ☐ NO
NYS ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES  ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?  ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO  PLATE #: GWT5141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured?  ☒ YES    ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured?  (Date and time)

2. Have you received medical attention since your arrest?  ☒ YES  ☐ NO  – taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

# Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

## Staff

Your caregivers today were:

Physician       INNES,JOHANNA C MD
Practitioner    JOSE A BAEZ
Nurse           RXN

## Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

## Medication Dose and Instructions

**HYDROcodone/APAP 5/325\* (Norco 5/325\*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

## ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Return if you have develop severe headache, persistent vomiting,



**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department**  you may have been referred to see a



**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

healthcare provider at one of **ECMC's Outpatient Centers**.  If so, you will be contacted by the ECMC scheduling department to schedule your appointment.  If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
- Current active insurance card
- Photo identification
- Current medication list
- Current Pharmacy
- Name and address of your Primary Care Provider
- All prior imaging reports pertaining to your referral from any outside facility.

**(Reports from ECMC are not necessary)***

**E C M C**

**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

## Scapular Fracture

### WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.





### DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list



**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:**
Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.

**ECMC**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Return to the emergency department if:**

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

**WHAT YOU NEED TO KNOW:**

A facial fracture is a break in one or more of the bones in your face. The bones in your face include those around your eye, your cheekbones, and the bones of your nose and jaw. A facial fracture may also cause damage to nearby tissue.



**DISCHARGE INSTRUCTIONS:**

**Medicines:**
- **Decongestant medicine:** Decongestants help decrease swelling in your nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**  If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

## Eye Pain

### WHAT YOU NEED TO KNOW:

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

### DISCHARGE INSTRUCTIONS:

**Medicines: You may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.


**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have questions or concerns about your condition or care.


**Return to the emergency department if:**
- You have any vision loss.

- You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

- You develop severe eye pain.


© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Contusion

## WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



✝ADAM.

## DISCHARGE INSTRUCTIONS:

## Return to the emergency department if:
- You have a fever.

- You have watery, clear fluid draining from your nose.

- You have changes in your vision or eye appearance.



**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

## BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

### PRISONER'S PROPERTY RECEIPT    Receipt #: **43126**

Date: **05/10/2020**

Name:    **SUTTLES, QUENTIN C.**

DOB:    ███████████

Address:    ███████████████

Arresting Officer(s):    **PO M. SCHEU**

Arrest #:    **261083**    Complaint #:    **20-1310536**

Remarks:    Taken to ECMC

PROPERTY LIST:    CASH:    **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT
2020 MAY 11 AM 11:07

Property #:    Recieved By:
Placed In: _(initials)_

| PROPERTY RECEIVED | PROPERTY RETURNED |
|---|---|
| Date: 5/10/20    Time: 2031 | Date: _____ Time: _____ |
| | ** I have received the above property. |
| | _(signature)_ |
| _Prisoner's Signature_ | Prisoner's Signature |
| _(signature)_ | _(signature)_ |
| Officer's Signature | Officer's Signature |

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

**DEFT_EXHIBIT**

**002**

KC 01/26/2024

A.    Case Summary Information
1.    ~~Case Disposition~~
2.    Case Summary
3.    ~~Closing Letter to Complainant~~

B.    Complaint
1.    ~~IAPro Summary~~

C.    Complainants
1.    Quentin Suttles

D.    Witness(s)
1.    PO Peter Massici
2.    PO Jonathan Hanover
3.    PO Jake Giarrano

E.    Targets
1.    PO Ronald Ammerman
2.    PO Michael Scheu

F.    Reports
1.    CAD Report – 20-1310536
2.    CHARMS Report – 20-1310536
3.    Unit History Report – C480
4.    Arrest Reports/Medical Records – Quentin Suttles

G.    Statements
1.    50-H Mr. Suttles

H.    Correspondence
1.    Case Related Emails

I.    Miscellaneous
1.    Facebook Videos
2.    BWC footage

**Use of force**       **IA No: UOF2020-209**    **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes     Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved  citizen  Height: > 6'3"

**Involved citizen:**

**Quentin  Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1

Linked address(s):
Home Address:  996  Av.  Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

**Employee current info:**

Division:  Patrol
District:  C
Man Power:  MP4

**Snapshot - Employee information at time of incident:**

DID #::  174114
Role:  Passenger
Division:  Patrol
District:  C
Man Power:  MP4
Rank/title:  Officer
Age: 27   Years of employment: 3   Years with unit: 2
Off duty:   Off duty employed:

**Policy outcome:  Not yet entered**

Use(s) Of Force:

Verbal Commands: NOT effective

Physical Engagement: Effective

**Summary:**

Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.   buffalo NY 14211
   County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

20-131-0536:    Use of force
20-131-0536:    External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:     Completed: 05/29/2020

Disposition: No Violation

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:

**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4

**BlueTeam chain routings**

**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Sirs,

Please review.

Respectfully submitted,

Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

INCIDENT # MUST BE FORMATTED 20-131-0536

**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 19:31

Decision: Approved

Reviewer comment:

I have reviewed this incident and determine force was reasonably necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

I have reviewed this incident and determine force was reasonably necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at 17:10

Decision: Approved

Reviewer comment:

I have reviewed this incident and the body-cam footage related to same, I find the use of force reasonable and necessary to overcome the resistance of a non-compliant and physically combative subject, I feel the use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON [C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

[Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

    I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

    After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.

**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                                May 11, 2020

TO:                                  Byron C Lockwood, Commissioner
                                     Buffalo Police Department

                                     Robert Rosenswie, Inspector
                                     Internal Affairs Division

FROM:                                Andre M. Lloyd, Lieutenant
                                     Internal Affairs Division

SUBJECT:                             IAD CASE EC2020-024

TYPE OF COMPLAINT:                   Excessive Force

TARGET(S):                           PO Ronald Ammerman
                                     C-District

                                     PO Michael Scheu
                                     C-District

<u>INVESTIGATION</u>

<u>Investigative Summary:</u>

*****PENDING*****

    A.    <u>Complainant</u>

       1.  Quentin Suttles



      a. Complainant Background

      Refer to EJustice Report

IAD CASE EC2020-024

2.    <u>Complainant's Allegations</u>

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3.    Complainant's Statement(s)

    N/A

B.    <u>Witnesses</u>

1.    Police

    a.    Police Officer Peter Massici



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    b.    Police Officer Jonathan Hanover



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    c.    Police Officer Jake Giarrano



    1.   Disciplinary History
       N/A

    2.   Officer's Statement
       N/A

d.   Police Officer Marc Hurst



    1.   Disciplinary History
       N/A

    2.   Officer's Statement
       N/A

2. Civilian

   a.     Demetrius Stepney (No Photo Available)
          9 Madison St., Upper
          Buffalo, NY 14210
          Phone: 716-816-6457

          1.   Statement
          **Refer to investigator's notes**

          2.   Witness Background
             N/A

   b.     Ricky and Faith Bishop (No Photo Available)
          584 E Eagle St.
          Buffalo, NY 14210

IAD CASE EC2020-024

1.  Statement
**Refer to investigator's notes**

2.  Witness Background
N/A

D.      <u>Officer(s) Involved</u>

1.      Police Officer Ronald Ammerman
        C-District



        a. Disciplinary History

            Refer to IAD Disciplinary File

        b. Officer's Statement

        **Refer to investigator's notes**

1.      Police Officer Michael Scheu
        C-District



        a. Disciplinary History

            Refer to IAD Disciplinary File

        b. Officer's Statement

4

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    Investigator's Notes

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr, Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.    Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours. Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street. The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the driver and the subject Officer did approach the passenger side and was speaking with the FM passenger. Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and was being patted down by PO Scheu when he appeared to have turned into into his partner at which time subject Officer did go over to the drivers side to assist after partner stated he had felt something that could have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and was told several times to remove his hands from same and subsequently after not complying was taken to the ground by Officers and did pull himself under the car up to about his waist so that his upper half was beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave verbal commands to the male to stop and give Officers his hands and only did after being struck several times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered, male was treated at ECMC and prir to this date the subject Officer had no previously dealings with him.

4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours. Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garrick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison) and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they had searched the vehicle. and had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs by PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after Central Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.

7



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:  PO Michael Scheu

From:  Byron C. Lockwood
Commissioner of Police

Subject:  Disposition IAD Case EC2020-024

Date:  May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
Commissioner - ____  DPC - ____  Chief - ____  Inspector - ____  Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ]OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:         PO Ronald Ammerman

From:       Byron C. Lockwood
            Commissioner of Police

Subject:    Disposition IAD Case EC2020-024

Date:       May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ___   DPC - ___   Chief - ____  Inspector - ___   Captain - ___

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

## Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

**Identification  Summary  Criminal History  Job/License  Wanted  Missing**

### ☉ Attention - Important Information ♠

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation -** Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

### ☉ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

**Date of Birth:**

February 02, 1990

**Place of Birth :**

New York        Unknown

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

**Sex:**        **Race:**        **Ethnicity:**        **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**     Unknown

## ❂ Summary Information ♟

**Total Arrests:** 6     **Date of Earliest Arrest:** May 22, 2006     **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 |
|---|---|
| **Felony:** | 3 |
| Violent Felony: | 1 |
| Firearm: | 1 |
| Misdemeanor: | 2 |
| Other: | 0 |

| Total Arraigned Arrests: | 7 |
|---|---|
| **Felony:** | 4 |
| Violent Felony: | 2 |
| Firearm: | 1 |
| **Misdemeanor:** | 3 |
| **Other:** | 0 |

| Total Open Cases: | 4 | Cycles (max 5) |
|---|---|---|
| **Felony:** | 2 | 8,5 |
| Violent Felony: | 1 | 5 |
| **Misdemeanor:** | 2 | 6,3 |
| **Other:** | 0 | |
| **Open ACD:** | 0 | |
| **Non Docketed Cases:** | 0 | |

| Total Convictions: | 1 | Cycles (max 5) |
|---|---|---|
| **Felony:** | 0 | |
| Violent Felony: | 0 | |
| Firearm: | 0 | |
| **Misdemeanor:** | 1 | 4 |
| **Other:** | 0 | |
| **YO Adjud.:** | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| **Failure to Appear Counts:** | 0 | |
| **Total Open:** | 0 | |
| **Active NYC:** | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| **Escape Charges:** | 0 | |
| **Sex Offender Convictions:** | 0 | |
| **Probation Revoc:** | 0 | |
| **Parole Revoc:** | 0 | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ❂ NYS Criminal History Information ♟

### ⬇ Cycle 8

**Arrest/Charge Information**
Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
|---|---|
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Tampering With Physical Evidence:Conceal/Destroy
    PL 215.40    Sub 02   Class E Felony        Degree 0 NCIC 4804

-- Resisting Arrest
    PL 205.30          Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05          Class A Misdemeanor Degree 2 NCIC 5099

-- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01        Infraction    Degree 0 NCIC 5499

-- Driving Wrong Direction On One Way Street
    VTL 1127    Sub 0A        Infraction    Degree 0 NCIC 5499


# Court Case Information

--**Court:** Buffalo City Court    **Case Number:** CR-04049-20

May 11, 2020
**Initial Report Of Docket Number**

May 11, 2020
**Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02   Class E Felony       NCIC 4804

-- Resisting Arrest
   PL 205.30            Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05            Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01            Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A            Infraction    NCIC 5499

---

# ⬇ Cycle 7 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

Case 1:21-cv-00897-LJV-JJM     Document 69-3     Filed 10/16/24     Page 182 of 266

**Arrest Charges:**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

        PL 215.51     Sub BII     Class E   Felony     Degree 1   NCIC 5016

    -- Harassment-2nd Degree: Physical Contact

        PL 240.26     Sub 01           Violation   Degree 2   NCIC 7099

## Court Case Information

**--Court:** <u>Buffalo City Court</u>    **Case Number:** CR-01488-20

February 05, 2020
**Initial Report Of Docket Number**

February 05, 2020
**Arraigned**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

        PL 215.51        Sub BII     Class E    Felony     NCIC 5016

    -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

        PL 240.26        Sub 03          Violation   NCIC 7099

February 18, 2020
**Transferred To Superior Court**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person

        PL 215.51        Sub BII     Class E    Felony     NCIC 5016

    -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose

        PL 240.26        Sub 03          Violation   NCIC 7099

February 18, 2020
**Not Arraigned**

    -- Harassment-2nd Degree: Physical Contact

        PL 240.26    Sub 01   Violation NCIC 7099

**--Court:** <u>Erie County Court</u>    **Case Number:** 003661-2020

February 21, 2020
**Initial Report Of Indictment Number**

---

## ⬇ Cycle 6 ⬆

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

    **Name:**                   QUENTELL SUTTLES

    **Date of Birth:**        February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03    Class A  Misdemeanor  Degree 7  NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
    PL 221.05        Violation     Degree 2  NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court   **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**
    -- Criminal Possession Controlled Substance- 7th Degree
        PL 220.03    Class A  Misdemeanor    NCIC 3599

    -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
        PL 221.05         Violation     NCIC 3562

---

⬇ **Cycle 5** ⬆
**Violent Felony Offense**

## Arrest/Charge Information
Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

    PL 265.03     Sub 03    Class C   Felony        Degree 2  NCIC 5299

-- Resisting Arrest

    PL 205.30               Class A   Misdemeanor   Degree 0  NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

    PL 195.05               Class A   Misdemeanor   Degree 2  NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

    PL 221.05               Violation       Degree 2  NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court   **Case Number:** CR-11753-19

September 09, 2019
**Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03       Class C      Felony           NCIC 5299

-- Resisting Arrest

PL 205.30                     Class A      Misdemeanor      NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                     Class A      Misdemeanor      NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                  Violation        NCIC 3562

September 12, 2019
**Held For Grand Jury**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03       Class C      Felony           NCIC 5299

-- Resisting Arrest

PL 205.30                     Class A      Misdemeanor      NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                     Class A      Misdemeanor      NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                  Violation        NCIC 3562

--**Court:** <u>Erie County Court</u>    **Case Number:** 01842-2019

September 20, 2019
**Initial Report Of Indictment Number**

February 24, 2020
**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03       Class C      Felony        NCIC 5299

**Interim release Status:** Posted Bail

---

### ⬇ Cycle 4 ⬆

**Arrest/Charge Information**
Arrest Date: May 25, 2016 02:50 pm (14:50:00)

**Name:**                QUENTIN SUTTLES
**Date of Birth:**       February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

-- Possession Of Contraband In Prison-2nd Degree
   PL 205.20    Sub 02   Class A Misdemeanor Degree 2 NCIC 5802

-- Unlawful Possession Of Marihuana
   PL 221.05                  Violation      Degree 0 NCIC 3562

## Court Case Information

**--Court:** Alden Town Court   **Case Number:** 16050081

June 07, 2016
**Initial Report Of Docket Number**

June 07, 2016
**Arraigned**
   -- Possession Of Contraband In Prison-2nd Degree
      PL 205.20    Sub 02   Class A Misdemeanor NCIC 5802

July 05, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016
   -- Attempted Promoting Contraband To Prisoners-2nd Degree
      PL 205.20       Class B  Misdemeanor       NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree
PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served
**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana
PL 221.05     Violation NCIC 3562

---

## ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** Buffalo City Court    **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**

-- Criminal Contempt-2nd:Disobey Court
PL 215.50     Sub 03  Class A Misdemeanor NCIC 5005

---

## ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**
**Received by Parole on:**          April 05, 2013
**Release Type:**                   Co-Op
**Max Expiration Date:**            December 18, 2016
**Supervision Office:**             Buffalo
**Name:**                           QUENTIN C SUTTLES
**Sex:**                            Male
**Race:**                           Black
**Ethnicity:**                      Unknown
**Parole ID Number:**               C120991
**Transferred From:**               Pennsylvania

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

---

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |

**Arrest Charges:**

## Court Case Information

--Court: Erie County Court   **Case Number:** 01320A-2006

> June 07, 2006
> **Initial Report Of Docket Number**

--Court: Erie County Court   **Case Number:** 01320-2006

> **Arraigned**
>
> -- Robbery-1st:Displays What Appears To Be A Firearm
> PL 160.15   Sub 04 Counts: 2 Class B Felony NCIC 1299

> May 24, 2007
> **Dismissed**
>
> -- Robbery-1st:Displays What Appears To Be A Firearm
> PL 160.15   Sub 04 Counts: 3 Class B Felony NCIC 1299

---

## ◕ Other History Related Information ⬆

Case 1:21-cv-00897-LJV-JJM      Document 69-3      Filed 10/16/24      Page 189 of 266

There is no Other History Related Information associated with this history.

## ◉ Job/License Information ♠

There is no Job/License Information associated with this history.

## ◉ Wanted Information ♠

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

## Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511      Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

**Date of Birth:**   February 02, 1990

| **Sex:** | **Race:** | **Skin Tone:** |
|---|---|---|
| Male | Black | |

| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
|---|---|---|---|
| Brown | Black | 6' 02" | 160 |

**Primary Social Security#:**

| **NYSID#:** | **WPR#:** |
|---|---|
| | 3963257 |

| **Originating Agency Case#:** | **Warrant#:** |
|---|---|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

| **Date of Warrant:** | August 01, 2017 | **Type of Warrant:** | Bench Warrant |
|---|---|---|---|
| **Date of Entry Onto State Files:** | August 16, 2017 | **Status of Warrant:** | Issued - a warrant has been signed by an empowered authority |

**The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..**

**Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.**

## ☻ Missing Person Information ♦

There is no NYS Missing Information associated with this history.

## ☻ Additional Information ♦

**Sentencing -** Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source -** Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**   Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**   Sworn Statement—EC2020-024

**CC:**   Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to
the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday,
April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**   Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

**Note:** *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY
THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS
FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR
TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule
appointment, so you may meet with your PBA Attorney, prior to
your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO M. Scheu via phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21   1528_

OFFICER SERVING _Vi Cnupd_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE
BACK TO I.A.D. AT 851-5229**

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**   Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**   Sworn Statement—EC2020-024

**CC:**   Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note:  *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO R Ammerman  no phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21  1529_

OFFICER SERVING _MCNERV_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

## 20-1310536    UNKNOWN TROUBLE
## E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | | |
|---|---|---|
| Reported: | 05/10/2020 18:20:36 | |
| Received: | 05/10/2020 18:20:36 | |
| Dispatched: | 05/10/2020 18:20:37 | |
| En Route: | 05/10/2020 18:20:37 | |
| On Scene: | 05/10/2020 18:20:37 | |
| Cleared: | 05/11/2020 00:03:31 | |

Received By:    174034-BOLDEN, JONTAI T.
Dispatched By:  174034-BOLDEN, JONTAI T.
Source:

**Officers:**   1. 174114-AMMERMAN, RONALD J.   2. 172580-SCHEU, MICHAEL C. II   3. 174204-MASSICCI, PETER J.   4. 173843-HANOVER, JONATHAN J.   5. 174203-GIARRANO, JAKE J.   6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY   2. 001107-STRUNK, TIMOTHY J.

**Remarks:**

| | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

# BUFFALO PD
## POLICE REPORT
## OBSTRUCTION

**20-1310536**

Report Date & Time
05/10/2020 18:20

## INCIDENT

| | | | | |
|---|---|---|---|---|
| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
| E EAGLE ST @ MADISON ST | BU | | 05/10/2020 18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3621 - AMMERMAN
P2849 - SCHEU

Rep. Off.: P2849 - SCHEU
Supervisor:

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSED DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C. 2/2/1990 | 05-10-2020 | E EAGLE ST BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL    AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

POLICE REPORT    Date Entered: 05/10/2020 23:31    Typist: RONALD AMMERMAN    Officer: SCHEU, MICHAEL

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

| | |
|---|---|
| Officer: P2849 - SCHEU | Supervisor: - |

| | |
|---|---|
| Printed Date: 05/13/2020 01:15 PM | Page: 1 |

# BUFFALO POLICE

## Dispatch Monitor - Unit History Report

**5/14/2020**

Date **05/10/2020**                          Unit **C480**                          Patrol **C8**
Shift **4th**                          Officer(s) **174114 - RONALD AMMERMAN**
                                       **172580 - MICHAEL SCHEU**

| Time Stamp | Log |
|---|---|
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:

**Agency Case #: 20-01478-91 (A)**

**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**  AGE: **30**  SEX: **Male**  RACE: **Black**

HEIGHT: **6'02**  WEIGHT: **160**  BUILD: **Slim**  ETHNICITY: **Non-Hispanic**  SS #: **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**

HAIR COLOR: **Black**  HAIR TYPE:  EYE COLOR: **Brown**

EYE DEFECTS:  FACE:  SKIN TONE: **Dark Brown**

FACIAL FEATURES:  DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:  MARITAL STATUS: **Single (never married)**

EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO NY**

RELIGION:  DRIVERS LICENSE #:

NYSID #: **00476540-N**  FBI #: **342938LC0**  LICENSE STATE:

MUG #: **263561**

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**  ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**  ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**  ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**  ATT: **N**

## BOOKING INFORMATION

CJTN #: **69352745-K**  BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**  BAIL:

ITEM(S) SEIZED AT ARREST:  BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:  DATE: **05/11/2020**

ARRESTEE SIGNATURE:  DATE/TIME:

**Rolled Right Thumb**

NCIC CLASS:

Arrest Charges:

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #: **20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES, DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY 14211 )
)

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                              CD.#: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                )
vs.                                                )
**QUENTIN C. SUTTLES  DOB: 02/02/1990**            )        **INFORMATION / COMPLAINT**
996 WALDEN AV                                       )
BUFFALO, NY 14211                                  )
                                                   )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 195.05 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                      Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES  DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY  14211 )
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**
To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**
BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

**TO PLEAD BY MAIL**
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| | | |
|---|---|---|
| Last Name (Defendant) SUTTLES | First Name QUENTIN | M.I. |
| Number and Street 996 WALDEN | | Apt. No | Photo Lic. Shown |
| City BUFFALO | State NY | Zip Code 14211 | Owner Oper. | Lic. Class D |
| Client ID Number 796008308 | | | Sex M | Date Expires 02/02/2023 |
| Lic. State NY | Date of Birth 02/02/1990 | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |
| Plate Number GWT5141 | Reg. State NY | Registration Expires 03/20/2021 | | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| | | |
|---|---|---|
| Time 6:20 PM | Date of Offense 05/10/2020 | IN VIOLATION OF NYS V AND T LAW |
| Section 5091 | Sub Section | Tr Inf ☒  Misd  Felony | MPH | MPH Zone |
| Description of Violation UNLICENSED OPERATOR | | US. DOT# |
| | | CDL Veh ◯  Bus ◯  Haz Mat ◯ |
| Place of Occurrence MADISON/EAGLE | | Hwy. No. | Loc. Code 1501 |
| C/T/V Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | | |
|---|---|---|
| (Officer's Signature) *[signature]* | Date Affirmed 05/10/2020 | Off Assign DC |
| Officer's Last Name SCHEU | First Name M | M.I. | Arrest Type 1 - PATROL | Badge/Shield 172580 |
| Radar Officer's Signature | | |

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:

I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    Yes ☐  No ☐

NO ⊗    SPEEDING (Gen 101) ◯
GENERAL (Gen 101A) ◯

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

| | | |
|---|---|---|
| BUFFALO CITY COURT | | |
| Address 50 DELAWARE AVE | | |
| City BUFFALO | State NY | Zip 14202 |
| ⊗ RETURN BY MAIL BEFORE OR IN PERSON ON: | Date 05/11/2020 | Time 9:30 AM |
| ◯ MUST APPEAR IN PERSON ON: | | |

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or registration.

**APPLICANTS UNDER 18 YEARS OF AGE**
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT...

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT
Local Police Code
**BPD**

| Last Name (Defendant) | | First Name | | M.I. |
|---|---|---|---|---|
| **SUTTLES** | | **QUENTIN** | | **C** |

| Number and Street | | | Apt. No | Photo Lic. Shown |
|---|---|---|---|---|
| **998 WALDEN** | | | | ✦ |

| City | State | Zip Code | Owner/Oper | Lic. Class |
|---|---|---|---|---|
| **BUFFALO** | **NY** | **14211** | | **D** |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| **796088308** | **M** | **02/02/2023** |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| **NY** | **02/02/1990** | **1** | **2010** | **CHEV** | **GY** |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| **GWT5141** | **NY** | **03/20/2021** |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| **6:20 PM** | **05/10/2020** | **NYS V AND T LAW** |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| **1127A** | | ✦ | ◯ | ◯ | | |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ◯ | ◯ | ◯ |

| Place of Occurrence | | |
|---|---|---|
| **MADISON/EAGLE** | Hwy. No. | Loc. Code **1501** |

| C/T/V Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| **BUFFALO, CITY OF · 1501** | **ERIE** | **6** | **01401** |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| **05/10/2020** | **DC** |

Arrest Type
**1 - PATROL**

*(Officer's Signature)*

| Officer's Last Name | First Name | M.I. | Badge/Shield |
|---|---|---|---|
| **SCHEU** | **M** | | **172580** |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City | State | Zip |
|---|---|---|
| **BUFFALO** | **NY** | **14202** |

✦ RETURN BY MAIL BEFORE OR IN PERSON ON:
✦ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| **05/11/2020** | **9:30 AM** |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket as directed.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket,
I,
residing at
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury:

| Date: | Signed |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?     Yes ☐   No ☐

NO ✦     SPEEDING (Gen 101) ◯
         GENERAL (Gen 101A) ◯

Signature
Address

| City | State | Zip Code |
|---|---|---|

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian
Address

| City | State | Zip Code |
|---|---|---|

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
# CENTRAL BOOKING BUREAU
# CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES     AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I.   **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐   1.  Written statement (attach copy)

☒   2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐   3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**          PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☒  5.  Other (specify)  **DIRECT OBSERVATION**

**ENTPortal - Data Check Results**

Printed: 5/10/2020 8:21:13 PM

## SEARCH CRITERIA

```
        Last Name: SUTTLES
       First Name: QUENTIN
   Middle Initial:
        Name Ext:
             DOB: 1990-02-02
             Sex: M
            Race: U
```

## LOCAL WARRANT INFORMATION

------- Warrant Information ----------------------------------------

```
        Warrant #: 17707065
       Iss. Date: 2017-08-01
     Iss. Agency: Lancaster Town Police Department
            Type: DCJS
      Complaint #:
      Extradition: S
           Court:
           Judge:
   Predicate Felon: false
 Vulnerable Victim:
```

------- Personal Information ----------------------------------------

```
            Name: SUTTLES, QUENTELL D
             DOB: 1990-02-02
             Sex: M
            Race: B
          Height: 602
          Weight: 160
           Build:
            Skin:
            Hair: BLK
            Eyes: BRO
       Ethnicity:
  Facial Features:
         Address:
           SSN #:
           PCN #:
           FBI #:
           SID #:
```

------- Charges -----------------------------------------------------

```
          CHARGE: VTL 0511  M 2
       ATTEMPTED:
          COUNTS:
      DESCRIPTION:
```

------- Notes -------------------------------------------------------

## NYSP Order of Protection

--------NYSP ORDER OF PROTECTION DATA--------------------------------

***Order of Protection Record***

```
          Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
       Issue Date: 2020-02-05  Expiry Date: 2020-08-05
           Agency: BUFFALO CITY POLICE DEPARTMENT
              ORI: NY0140100  Phone #: 7168514545
       Iss. Court: BUFFALO CITY COURT
            Judge: FOOTE-BEAVERS,LENORA B
             Type: LC  Phone #: 7168452661
    Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court ord Service: 2020-02-05    Serving Agency:
      Law Enf Service:
      Service Caution:
            Condition:
      Service Required: false
      Warrant Return: false
        Court Advised: true
             Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
      ORDER IS ENFORCEABLE **

             Misc:

Requesting Person: VASQUEZ, DANIELLE
            DOB: 1995-12-11 Sex: F  Race: U
            SSN:
       Other ID: REQUESTOR_PROTECTED
        Caveat:
         Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
         Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
            DOB: 1990-02-02 Sex: M  Race: B
         Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
            SSN:    FBI #:    State ID #: 00476540N
       Other ID:
Youthful Offender: false
      Caution Info: -
        Caveat:
         Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

            Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
        Issue Date: 2020-02-07  Expiry Date: 2020-08-07
            Agency: ERIE COUNTY SHERIFFS OFFICE
               ORI: NY0140000  Phone #: 7168582903
        Iss. Court: ERIE COUNTY FAMILY COURT
             Judge: RODWIN,LISA B
              Type: FC  Phone #:
     Orig. Case ID:    Docket: O-00440-20  Suffix:
 Court Ord Service: 2020-02-07  Serving Agency:
    Law Enf Service:
    Service Caution:
         Condition:
  Service Required: false
    Warrant Return: false
     Court Advised: true
           Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
            ORDER IS ENFORCEABLE **

           Misc:

Requesting Person: VASQUEZ, DANIELLE
              DOB: 1995-12-11  Sex: F  Race: B
              SSN: 115843298
         Other ID: REQUESTOR_PROTECTED
         Alt Name: VAZQUEZ, DANIELLE
           Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
           Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

  Protected Person: SUTTLES, AVEON
              DOB: 2015-10-15  Sex: F  Race: U
      Description:
              SSN:
         Other ID: PROTECTED
           Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
           Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

        Protected Person: ZEIGLER, KAIEO
                    DOB: 2018-09-26  Sex: M  Race: U
            Description:
                    SSN:
               Other ID: PROTECTED
               Caveat:
                  Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                  Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
                  Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                  Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                  Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                  Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

        Restricted Person: SUTTLES, QUENTIN
                    DOB: 1990-02-02  Sex: M  Race: B
                 Height: '"     Weight:   Eye: BRO  Hair: BRO  Skin:
                    SSN: 120760917 FBI #:    State ID #:
               Other ID:
               Alt Name: SUTTLES, QUINTON C
      Youthful Offender: false
           Caution Info: -
                 Caveat:
                  Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
                  Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
                  Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
                  Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

| DCJS/NCIC Person (by Person) |

-------DCJS PERSON DATA---------------------------------------------

***Wanted Person Record***
            Name: SUTTLES, QUENTELL D
             DOB: 1990-02-02  Sex: M
          Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
             SSN:    FBI #:    State ID #:
        Juvenile:
      Recidivist: true
Predicate Felon: false
        Warrant #: 17707065  WPN #:    Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
            adjacent counties
Organization: Lancaster Town Police Department
  Phone #: (716)683-2800
    ·Charge: VTL 0511  U M 2
    Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
    Misc:


------NCIC PERSON DATA-------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/HOUSEHOLD
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

---

## DCJS Probation

```
------DCJS PROBATION DATA----------------------------------------
```

***No Probation Records Found***

---

## DCJS Parole

```
------DCJS PAROLE DATA-------------------------------------------
```

***Parole Record***
            Name: SUTTLES, QUENTELL D
            DOB: 1990-02-02  Sex: M
        Height: 6'02"  Weight: 160
        NYSID: 476560              Eye: BLK   Hair: BLK
      Address: 996 WALDEN AVENUE
                BUFFALO,
    Precinct:

   Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
    Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
         Phone #:
         Address:

         Caveat:

_Notified_
_MP_

P-32

**City of Buffalo - Department of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No.
CD No.      20-1310536
AFN         20-0147891

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | |
|---|---|
| 2. | DOB: |
| 3. | DOB: |
| | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU     Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date:<br>Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

| | | | |
|---|---|---|---|
| 710.30  ( ) | Lab  ( ) | Local/NYSISS  ( ) | MV-104  ( ) |
| Supporting Dep.  ( ) | Medicals  ( ) | DMV  ( ) | Readiness  ( ) |
| Forensic Req.  ( ) | Breath Documents  ( ) | Albany  ( ) | **Domestic Violence**  ( ) |

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY, 14202

PRISONER'S PROPERTY RECEIPT          Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| Name: | SUTTLES, QUENTIN C. |
| DOB: | 02/02/1990 |
| Address: | 996  WALDEN AV<br>BUFFALO, NY, 14211 |
| Arresting Officer(s): | PO M. SCHEU |
| Arrest #: | 261083 |
| Remarks: | Taken to ECMC |

Complaint #:  20-1310536

PROPERTY LIST:                    CASH:   $0.00

**NYS ID**
**EARRING**

Property #:
Placed In:          Recieved By:

**PROPERTY RECEIVED**                    **PROPERTY RETURNED**

Date: 5/10/20     Time: 2031          Date:          Time:

** I have received the above property.

_____
Prisoner's Signature                    _____
                                        Prisoner's Signature

_____
Officer's Signature                     _____
                                        Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
**Buffalo, New York**

CD# 201310536
DATE: 5-10-2015
TIME: 1915
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

| FIRST | MIDDLE | LAST NAME |
|---|---|---|
| Quinton | | Sutters |

NO. 996  STREET WALDEN  CITY BFLO  STATE NY  14211

| D.O.B. * 2-2-90 | SEX MALE | Charge (s) (Specify Section/Sub Section & Title of the Law) 195.05 |
|---|---|---|

| Rank P.O | Arresting Officer (s) R. AMMERMAN | Unit: C480 |
|---|---|---|

* Is Prisoner a Juvenile? (Under 18 years of age)   YES ☐   NO ☑

Parent(s) or Guardian: Name          Address

Phone:

**REMARKS:**  Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. FAce Contusion

Signed CBA

Rank

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting AMR 545 | |
|---|---|---|
| Name of Doctor: | Street & No.    City    State    Zip Code | |

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐    No ☐    Time          hrs.  Date:

Prisoner Released:

Time          hrs.    Date:

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)                    **BUFFALO POLICE DEPARTMENT**          DISTRICT OF ARREST: _____
ORI# 1501                                    **ARREST DATA FORM**             PROPERTY:  ☐ YES    ☐ NO

263561                          @ECMC                    796           MONEY:  $ _____

DATE: 5/10/20 _____  INCIDENT NUMBER: 201310536 ___  RIC#: _____  AFN: 20-01478-91

DEFENDANT'S NAME: ___SUTTLES___          ___QUENTIN___          ___C___
                        (LAST)                    (FIRST)              (M)

DATE OF BIRTH: 2/2/90 ___  AGE: 30 ___  PLACE OF BIRTH: BUFFALO ___

ARRESTING OFFICER: M. SCHEU ___          ASSISTING OFFICER: R. AMMERMAN ___

DIST.: C ___  ASSIGNMENT: C480 ___          ARREST DATE: 5/10/20 ___  ARREST TIME: 1830 ___

ADDRESS OF ARREST: MADISON @ EAGLE ___

CHARGES: PL 195.05  PL 205.30  PL 215.40(2)  VTL 1127A  VTL 509.1 ___

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING, ~~XXXXX XXXXXXXX~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE TOOK WEED

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE  plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN ___

CITY: BUFFALO ___  STATE: NY ___  ZIP CODE: 14211 ___  US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: 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 ___  MARITAL STATUS: SINGLE ___  OCCUPATION: N/A ___

DEFENDANT'S SEX: M ___  HEIGHT: 6'2" ___  WEIGHT: 160 ___  BUILD: SLIM ___  EYE COLOR: BROWN ___

HAIR COLOR: BLACK ___  SKIN TONE: MED ___  RACE: BLACK ___  ETHNICITY: ___

SCARS, MARKS, TATTOOS: ___

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (JAP)  SATISFACTORY ID: ☒ YES  ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?  ☐ YES  ☐ NO      NYS ID

(IF YES, WHERE?): ___

COMPLAINANT'S NAME: _____  RELATIONSHIP: _____

USE OF FORCE?  ☐ YES  ☐ NO  (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES  ☐ NO  PLATE #: GWT5141 ___  LOCATION: 166 DART ___

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES  ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☒ YES  ☐ NO  taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)                          (PA)

PROCESSING REPORT TECHNICIAN: _____  EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



Michael J Alberti /BPD

03/25/2021 11:16 AM

To  buffalopba@buffalopba.com

cc  dkillelea@gilmourkillelea.com, Ikeisha M
Thompson/BPD@BuffaloPoliceDept, Stephanie M
Feliciano/BPD@BuffaloPoliceDept

bcc

Subject  statements

Please be advised that the following employee's are scheduled for a statement on:
**Tuesday  April 6, 2021**

| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T)  C-Dist | EC2020-024 | Excessive |
| 1530 | PO Mike Scheu(T) C-Dist | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 04:02 PM

To   "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc   "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject   RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links may not be safe.]


Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



         "Heraty, David
         A."
         <David.Heraty@eri                                               To
         e.gov>               "rvrosenswie@bpdny.org"
                              <rvrosenswie@bpdny.org>
         06/30/2020 03:32                                                cc
         PM
                                                                   Subject
                              Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

Robert V Rosenswie/BPD
06/30/2020 03:35 PM

To "Heraty, David A." <David.Heraty@erie.gov>

cc Andre M Lloyd/BPD@BuffaloPoliceDept

bcc

Subject Re: Ammerman/Suttles

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 03:32 PM

To "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

cc

Subject Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020. The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov



**Robert V Rosenswie/BPD**
06/30/2020 05:23 PM

To  "Heraty, David A." <David.Heraty@erie.gov>

cc  Andre M Lloyd/BPD@BuffaloPoliceDept

bcc

Subject  Re: Ammerman/Suttles

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo,  N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>
>           "Heraty, David
>           A."
>           <David.Heraty@eri              To
>           e.gov>          "rvrosenswie@bpdny.org"
>                           <rvrosenswie@bpdny.org>
>           06/30/2020 03:32              cc
>           PM
>                                 Subject
>                         Ammerman/Suttles
>
>
>

> 
> 
> 
> 
> 
> 
> 
> Hi Rob,
> 
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
> 
> Dave
> 
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
> 
> 
>

 **Robert V Rosenswie/BPD**
05/12/2020 10:51 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject   Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

> **From:** Courtney A Tripp <CATripp@bpdny.org>
> **Date:** May 11, 2020 at 6:42:45 PM EDT
> **To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
> **Subject: 20-131-0536**


*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org  20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso
Wright/BPD                              ToRobert V Rosenswie/BPD@BuffaloPoliceDept
                                        cc
05/11/2020                              Subjectcomplainant
10:02 AM

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

> **From:** Richard J Fulinara <RJFulinara@bpdny.org>
> **Date:** May 11, 2020 at 6:21:17 PM EDT
> **To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
> **Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject   Re: Facebook videos

History:        📨 This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept

cc   Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
     Dingwall/BPD@BuffaloPoliceDept

Subject   Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD
05/12/2020 10:53 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject   Re: Facebook videos

History:         📨 This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept
cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept
Subject   Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | |
|---|---|
| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD                To    Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 12:25 PM                   cc    Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                            Handsor/BPD@BuffaloPoliceDept
                                   bcc
                              Subject    Fw: complainant Q Suttles

History:                 📌 This message has been replied to.

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso Wright/BPD
05/11/2020 10:02 AM                   To    Robert V Rosenswie/BPD@BuffaloPoliceDept
                                      cc
                              Subject    complainant

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD
05/11/2020 02:26 PM

To    Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Re: complainant Q Suttles

History:                    🖪 This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as soon as possible. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

 Andre M Lloyd/BPD
05/11/2020 12:59 PM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept

cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
     Handsor/BPD@BuffaloPoliceDept

Subject   Re: complainant Q Suttles

Ok. Will do.
Andre

Sent from my iPhone

> On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"D Angelo , Bianca S"
<BD'Angelo@monroecounty .
gov>

01/04/2021 12:41 PM

To "amlloyd@bpdny.org" <amlloyd@bpdny.org>

cc

bcc

Subject  Buffalo PD Investigation Status

History:          ⧆ This message has been replied to and forwarded.

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending.  I will let you know if/when there is a change in status.  Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617

PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD
05/13/2021 09:48 AM

To   Alphonso Wright/BPD/BuffaloPoliceDept

cc   Barbara A Lark/BPD/BuffaloPoliceDept, Robert V
     Rosenswie/BPD/BuffaloPoliceDept, Joseph M
     Langdon/BPD/BuffaloPoliceDept, Jason R

bcc

Subject   Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon his return to work that day at 1600 hours is to report immediately to the Cheektowaga Police Department's Range for his annual qualification with his Department issued Glock before he is released to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next Wednesday but must report to the Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend remedial article 35 training which she will decide the date for this after having discussion regarding same with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned above and I respectfully recommend they be notified by thier Command of same. Should you need anything else regarding this please call me

Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD

Michael J Alberti /BPD
05/12/2021 04:19 PM

To   Alphonso Wright/BPD

cc   Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept, Joseph M
     Langdon/BPD@BuffaloPoliceDept, Jason R
     Whitenight/BPD@BuffaloPoliceDept

Subject   PO Scheu / PO Ammerman

Chief Wright,

   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me

Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject  Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To  Robert V Rosenswie/BPD@BuffaloPoliceDept

cc

Subject  OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Kathryn M Billanti/BPD                To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/12/2020 11:32 AM                    cc
                                       bcc
                                   Subject   Re: Facebook videos 

History:          📣 This message has been replied to.

I think Bob is going to try to put them to disc for you!


Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD


Andre M Lloyd/BPD                      To   Kathryn M Billanti/BPD@BuffaloPoliceDept
05/12/2020 10:31 AM                    cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
                                            Rosenswie/BPD@BuffaloPoliceDept
                                   Subject   Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a
disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone
    On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

    Good Morning!

    I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to
    put them on a disc. We can let you know when they are done. If you need it sooner than that
    please let me know!

    Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | |
|---|---|
| Andre M Lloyd/BPD<br><br>05/11/2020<br>04:49 PM | To Kathryn M Billanti/BPD@BuffaloPoliceDept<br>cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept<br>Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To   "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc   Andre M Lloyd/BPD@BuffaloPoliceDept
bcc

Subject   Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



**"Ms. Wilson Wilson"**
**<gbwil@hotmail.com>**
05/12/2020 02:10 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc

Subject   Hello

Inspector,
   We have received several messages regarding a recent video of two Buffalo Police Officers' using excessive forced towards the suspect in the video. As of yet we have not received any messages from the male in the video nor from anyone who was actually there. I have attached a screen shot of the video but unfortunately can't attach the video.
   Please advise moving forward.
Respectfully Submitted,

PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept
cc  Robert V Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject  Re: Facebook videos

Thank you. I have an additional facebook video below which shows the complainant speaking with family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept

cc

Subject  Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

 **Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept



cc Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
Rosenswie/BPD@BuffaloPoliceDept

Subject Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.

Lt. Lloyd

Sent from my iPhone

    On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

    Good Morning!

    I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

    Thanks!

    Katie

    Kathryn Billanti
    Crime Research Analyst
    Erie Crime Analysis Center
    68 Court St.
    Buffalo, NY 14202
    Phone: 716.851.4452
    Fax: 716.851.4963

    Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
    Andre M Lloyd/BPD

    Andre M
    Lloyd/BPD      To Kathryn M Billanti/BPD@BuffaloPoliceDept
             cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
    05/11/2020     Dingwall/BPD@BuffaloPoliceDept
    04:49 PM      Subje Facebook videos
               ct

  Hey Katie,

  Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

  Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD

05/13/2020 01:00 PM

To    "Ms. Wilson Wilson" <gbwil@hotmail.com>

cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>

bcc

Subject    Re: Q Suttles Attorney

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>

05/13/2020 12:58 PM

To    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>

Subject    Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so can send a formal complaint to our office. I just checked the voicemail and she has not returned my call as of yet. Take care and be safe.

Attorney April A. Robinson

The Elevation Law Firm

(404) 819 1980

Respectfully Submitted,

PO Gaisha B. Wilson

THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD          To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/14/2020 09:58 AM             cc
                                bcc
                            Subject   ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Michael J Alberti /BPD
04/21/2021 10:09 AM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
bcc
Subject  Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

Michael J Alberti /BPD
03/26/2021 03:12 PM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
Subject  Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



"Garlick,Zachary T."
<zgarlick@ch.ci.buffalo.ny.us
>
02/26/2021 10:07 AM

To  "mjalberti@bpdny.org" <mjalberti@bpdny.org>
cc  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
Subject  Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Zack,

Working on a case opened from a Notice of Claim received from Attorney Jeffrey Krajewski and his clients allegations stemmimg from her arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20. Has his client, Rachely Corrrtorreal given a 50-H or scheduled to do so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division

5/11/2020

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



Rachel Hazey Banks and 147 others       57 Comments  862 Shares

carlol holloman-home - Facebook Search

| Like | Comment | Share |
|---|---|---|



**Rex Powell** #KillerCops #SlavePatrol
Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot
Like · Reply · 2h                                    1

**Rex Powell**



Like · Reply · 2h                                    1

 **Dorrain Roundtree** Rex Powell What is that? A badge from 1858? Wow.

Like · Reply · 52m

 **Rex Powell** Dorrain Roundtree Yep! The origins of police is slave patrols ...

Like · Reply · 47m

 **Dorrain Roundtree** Rex Powell I never knew that! It all makes sense now.

Like · Reply · 23m

Write a reply...



**Donna Price-Mereau** Where is this

Like · Reply · 2h



**Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h



**Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h



**Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf

Like · Reply · 1h



**Marquell Mack** This is sad

Like · Reply · 1h



**Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h



**Patricia Roberts** WOW

Like · Reply · 1h



**Vivian Gwathney** Truly sad  jesus

Like · Reply · 1h



**Eudora Brown** Wow

Like · Reply · 1h



**Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited



**Kisha Fulgham**

Like · Reply · 1h

5/11/2020

cariol holloman-horne - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h

8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinbluelie

Like · Reply · 1h · Edited

3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m

1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...



**Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h    1



**Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h    2

**Glenn Gadley**



Like · Reply · 1h

**Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h



**Mo Maldo News 4 WIVB Buffalo**

Like · Reply · 1h    1



**Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h

**Tina Vickers** Who is the officer

Like · Reply · 1h    1





**Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h    1

**Dion J Jackson** Alright now when one of these cops gets their



5/11/2020

cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY....DAD AT WORK ...SERVING AND PROTECTING....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it alway pays to treat people with respect.

Like · Reply · 1h                                                    1

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try... See More

Like · Reply · 1h                                                    5

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h                                                    1

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m

5/11/2020

cariol holloman-home - Facebook Search

**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police



GIPHY

1

Like · Reply · 50m

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited



**Eric Olivera** Fuck buffalo police

Like · Reply · 38m



**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother

Like · Reply · 32m

1



**Andy Williams** Fuck 12

Like · Reply · 32m



**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming resisting and the person hands in the air

Like · Reply · 30m

 **Destini McClain** Pulled out the window my car was held 30 day police held then released I was falsely accused and the judge was white also I beat the case after two months

Like · Reply · 29m

 **Myles Soules** Lesley Soules

Like · Reply · 22m

 **Amàncio Torres** Smfh

Like · Reply · 11m

 **Leona Perry**

Like · Reply · 8m

 **Daphne Blue** Craziness

Like · Reply · 7m

 **Màni Mònroè** DMoney Narain

Like · Reply · 1m

**Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...

cariol holloman-horne - Facebook Search



**Cariol Holloman-Horne**
35 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like          Comment          Share

1/3

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
36 mins ·

(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack

10

12 Comments   30 Shares

Like          Comment          Share

**Leo Love** There was a woman on answer machine
Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks
Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message
Like · Reply · 22m                    1

**Leo Love** Didn't really know what to say but I summed it up

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

cariol holloman-horne - Facebook Search

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo Love I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m

Write a reply...

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m

**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m

**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m

**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited

**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m

**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m

**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m

cariol holloman-home - Facebook Search



Write a reply...

Write a comment...

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

# We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

26

1 Comment 4 Shares

Like        Comment        Share

**Venus Marie LeTo**

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne** added a new photo.
2 hrs ·



https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search

5

Like    Comment    Share

4 Comments  2 Shares

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it.

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash
Who's this officer

Like · Reply · 18m

Write a comment...

