## VIDEO TELECONFERENCE DEPOSITION
## JAKE GIARRANO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------
QUENTIN SUTTLES,

                          Plaintiff,

               - vs -      Case No.
                           1-21-CV-00897

CITY OF BUFFALO,

                          Defendant.
---------------------------------------

               Video teleconference deposition of **JAKE GIARRANO**, present at the Office of Buffalo Corporation Counsel, 1100 City Hall, 65 Niagara Square, Buffalo, New York, taken pursuant to the Federal Rules of Civil Procedure, connecting to various locations on January 31, 2024, commencing at 10:22 a.m., before JOAN M. METZGER-HUBBELL, CM, Realtime Reporter, Notary Public.

2

```
 1   APPEARANCES:        THE REDDY LAW FIRM LLC,
                         By PRATHIMA REDDY, ESQ.,
 2                       455 Linwood Avenue,
                         Buffalo, New York  14209,
 3                       (716) 725-0139,
                         preddy@thereddylaw.com,
 4                       Appearing for the Plaintiff,
                         via Zoom.
 5
                         CAVETTE CHAMBERS, ESQ.,
 6                       By ANTHONY C. DUDDY, ESQ.,
                         Assistant Corporation Counsel,
 7                       1100 City Hall,
                         65 Niagara Square,
 8                       Buffalo, New York  14202,
                         (716) 851-4334,
 9                       aduddy@buffalony.gov,
                         Appearing for the Defendant,
10                       via Zoom.

11   PRESENT             QUENTIN SUTTLES
     VIA ZOOM:           RAJITHA NAIR,
12                       The Reddy Law Firm LLC

13

14

15

16

17

18

19

20

21

22

23
```

*Jake Giarrano - Ms. Reddy - 01/31/2024*

3

**The following was premarked for Identification:**

**DEFT. EXH. 3          disciplinary card**

10:22:39 **JAKE GIARRANO**, 2767 Bailey Avenue, Buffalo, New

10:22:39 York, after being duly called and sworn via video

10:22:39 conference in compliance with CPLR 3113(d) and New

10:22:39 York Commercial Rule 37, and whose identity was

10:22:39 confirmed by government-issued documentation,

10:23:51 testified as follows:

10:23:51         THE REPORTER:  Are you providing a copy of

10:23:54 the transcript to defense counsel?

10:24:00         MR. DUDDY:  The other way around.  We'll be

10:24:03 providing plaintiff's counsel with a copy.

10:24:10         THE REPORTER:  So, Mr. Duddy, you're going

10:24:13 to pay for the copy of the transcript?

10:24:15         MR. DUDDY:  Yes.

10:26:22         (Off the record at 10:26 a.m.)

10:26:27         MS. REDDY:  And just as a housekeeping

10:26:29 matter, we submitted two exhibits in a prior

10:26:33 deposition that we'll be using today that have

10:26:35 already been marked, and this morning your office

10:26:37 marked Defendant's Exhibit 3 for use today.

10:26:42         THE REPORTER:  Okay.

10:26:42                         EXAMINATION

*Jake Giarrano - Ms. Reddy - 01/31/2024*

4

10:26:42  1        **BY MS. REDDY:**

10:27:13  2        **Q.**    Okay.  Good morning, Officer.  My name

10:27:15  3   is Prathima Reddy.  I'm the attorney for Quentin

10:27:19  4   Suttles, plaintiff in this matter, in the case

10:27:20  5   entitled Suttles versus the City of Buffalo.

10:27:23  6   There's two individual officers named in this

10:27:26  7   lawsuit as well:  Officer Ammerman and Officer

10:27:28  8   Scheu.  Are you familiar with those officers?

10:27:30  9        **A.**    Yes.

10:27:31  10       **Q.**    Okay.  Have you ever participated in a

10:27:32  11  deposition before?

10:27:35  12       **A.**    Yes.

10:27:35  13       **Q.**    In what case?

10:27:37  14       **A.**    Tyshawn Vance I believe was the case

10:27:46  15  versus the city.

10:27:48  16       **Q.**    What type of case was that?

10:27:50  17       **A.**    Use of force.

10:28:02  18       **Q.**    What was the outcome of that case?

10:28:05  19       **A.**    Tyshawn went to prison for five years.

10:28:12  20       **Q.**    And who was being accused of use of

10:28:15  21  force issues?

10:28:15  22       **A.**    Myself.  It was a traffic stop.  He

10:28:19  23  produced a gun, refused to drop it.  Force was used

*Jake Giarrano - Ms. Reddy - 01/31/2024*

5

10:28:23  1  to effect the arrest.  He was on parole at the time

10:28:38  2  and crack cocaine was recovered as well.

10:28:48  3          Q.    And have you participated in any other

10:28:52  4  depositions?

10:28:52  5          A.    I don't believe so.

10:28:59  6          Q.    Have you ever been involved in any

10:29:02  7  other use of force cases?

10:29:07  8          A.    At work I've used force before as a

10:29:11  9  police officer.

10:29:12  10         Q.    Oh, okay.  Thank you.  I was just

10:29:15  11 actually asking if you've ever been involved in any

10:29:17  12 other cases involving use of force.

10:29:22  13         A.    Yes, many throughout my career I've

10:29:28  14 been on seven years.

10:29:30  15         Q.    How many?

10:29:30  16         A.    Just to clarify, how many times have I

10:29:35  17 used force or an arrest that involved force?  I

10:29:39  18 don't understand.

10:29:39  19         Q.    Just a follow-up question.  You said

10:29:41  20 many, so I said how many.

10:29:43  21         MR. DUDDY:  Objection.  Form.  You can

10:29:46  22 answer.

10:29:46  23         THE WITNESS:  Yeah, I -- I'm not sure.  I've

*Jake Giarrano - Ms. Reddy - 01/31/2024*

6

10:29:48  1  used force many times in my career to effect

10:29:53  2  arrests.

10:29:56  3          **BY MS. REDDY:**

10:29:57  4          **Q.**   Have you ever been accused of using

10:29:58  5  force unnecessarily?

10:30:01  6          **A.**   Yes, but I've never had a complaint

10:30:04  7  sustained against me through the Internal Affairs

10:30:08  8  Division.

10:30:08  9          **Q.**   How many complaints have you had?

10:30:10  10         **A.**   I do not know.

10:30:17  11         **Q.**   Okay.  Just going back a little, I know

10:30:19  12  you've testified in a deposition before, but as you

10:30:21  13  can tell today, Joan is here recording our

10:30:24  14  statements, so it's important that you let me

10:30:25  15  finish my question before you answer and also that

10:30:28  16  you answer verbally which you've been doing, so

10:30:30  17  thank you.  I want to get a clean record today.

10:30:35  18         If you have any questions about my question,

10:30:37  19  you can ask me and I'll rephrase it.  If your

10:30:40  20  attorney objects and lodges an objection, you still

10:30:42  21  have to answer my question.

10:30:43  22         **A.**   Okay.

10:30:44  23         **Q.**   Unless you're instructed not to.  Thank

*Jake Giarrano - Ms. Reddy - 01/31/2024*

7

10:30:49  1  you.  Is there any reason you wouldn't be able to

10:31:02  2  answer my questions truthfully today?

10:31:04  3      **A.**   No.

10:31:05  4      **Q.**   Have you taken any medication that

10:31:08  5  could impair your ability to answer all of my

10:31:10  6  questions honestly and truthfully today?

10:31:12  7      **A.**   No.

10:31:20  8      **Q.**   So you mentioned seven years.  Is that

10:31:27  9  how long you've been with the Buffalo Police

10:31:30 10  Department?

10:31:30 11      **A.**   Yes.  I finished my seventh last week,

10:31:32 12  I believe.

10:31:33 13      **Q.**   Okay.  So what date did you become a

10:31:36 14  probationary police officer with the City of

10:31:40 15  Buffalo?

10:31:40 16      **A.**   1/20/17, January 20th, 2017.

10:31:52 17      **Q.**   And what district did you start in as a

10:31:54 18  probationary police officer?

10:31:56 19      **A.**   I was trained in A-District for three

10:32:00 20  months.  From there, I was transferred directly to

10:32:03 21  E-District where I worked approximately a year, I

10:32:09 22  believe about a year, maybe a little longer, a

10:32:11 23  little less.  And then October sometime in 2018 I

*Jake Giarrano - Ms. Reddy - 01/31/2024*

8

10:32:15  1  transferred to C-District where I worked for, I

10:32:21  2  don't know, maybe four or five years, and then I

10:32:23  3  recently just transferred back to E-District in

10:32:25  4  May.

10:32:32  5        Q.  So what years were you at C-District?

10:32:34  6        A.  Let's say approximately 2018 to 2023,

10:32:42  7  some -- some period of time between those years.

10:32:45  8        Q.  Okay.  And when did you come off

10:32:49  9  probation?

10:32:49 10        A.  18 months after my start date.

10:32:57 11        Q.  And what is your current job title?

10:32:59 12        A.  I'm currently still a patrol officer.

10:33:08 13        Q.  What shift do you work in the

10:33:10 14  C-District?

10:33:11 15        A.  I work in E-District now, and I work

10:33:13 16  the afternoon shift, so 3:30 p.m. to 1:30 a.m.

10:33:19 17        Q.  Okay.  And in May of 2020, what shift

10:33:21 18  did you work in the C-District?

10:33:22 19        A.  I've worked afternoons my entire

10:33:24 20  career, so 3:30 a.m. to 1:30 p.m.

10:33:29 21        Q.  Okay.  And do you do some variation of

10:33:32 22  on days, then off days?

10:33:34 23        A.  Four on, four off, four on, three off

*Jake Giarrano - Ms. Reddy - 01/31/2024*

9

10:33:37 1    currently.

10:33:39 2         Q.    In May of 2020, who was your supervisor

10:33:42 3    in the C-District?

10:33:43 4         A.    Usually Lieutenant Courtney Tripp or

10:33:49 5    Lieutenant John Seitz were my primary lieutenants.

10:33:58 6         Q.    And are you generally aware of the

10:34:01 7    allegations made by Mr. Suttles that bring you here

10:34:04 8    today to testify in a deposition?

10:34:06 9         A.    Generally, yes.

10:34:07 10        Q.    What is your understanding of those

10:34:09 11   allegations against the City of Buffalo and its

10:34:11 12   police officers?

10:34:11 13        A.    I believe it's an excessive force,

10:34:15 14   false arrest, along those lines.

10:34:27 15        Q.    And are you referring to his arrest

10:34:33 16   from May 10th, 2020?

10:34:35 17        A.    I believe that's the arrest that's

10:34:37 18   referenced in the suit.

10:34:39 19        Q.    Did you review any documents prior to

10:34:42 20   appearing here today?

10:34:45 21        A.    I reviewed the subpoena.  That's --

10:34:50 22   maybe the initial claims that I received in the

10:34:53 23   first subpoena briefly, super briefly.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

10

| | | |
|---|---|---|
| 10:34:58 | 1 | **Q.**   Okay.  Anything else?  Did you review |
| 10:35:05 | 2 | anything else? |
| 10:35:05 | 3 | **A.**   Not to my knowledge. |
| 10:35:07 | 4 | **Q.**   Are there any documents in front of you |
| 10:35:09 | 5 | here today? |
| 10:35:10 | 6 | **A.**   No. |
| 10:35:11 | 7 | **Q.**   Okay.  And outside of counsel, did you |
| 10:35:14 | 8 | have any discussions with anyone regarding your |
| 10:35:16 | 9 | appearance here today? |
| 10:35:17 | 10 | **A.**   I spoke to the other officers when we |
| 10:35:20 | 11 | got noticed.  Only a few of them, though, as like, |
| 10:35:25 | 12 | hey, I got a subpoena.  I believe there were some |
| 10:35:28 | 13 | scheduling issues, so a few of us traded days. |
| 10:35:35 | 14 | **Q.**   And which officers are you referring |
| 10:35:37 | 15 | to? |
| 10:35:37 | 16 | **A.**   Officer Massicci and I traded time |
| 10:35:42 | 17 | slots for child care issues, and then I ride with |
| 10:35:49 | 18 | Ron Ammerman, so I see him every day. |
| 10:35:52 | 19 | **Q.**   Okay.  Did you discuss this lawsuit |
| 10:35:55 | 20 | with him? |
| 10:35:55 | 21 | **A.**   We were both noticed at the same time. |
| 10:35:58 | 22 | I believe it was the same email or they came in at |
| 10:36:01 | 23 | the exact same time. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

11

| | | |
|---|---|---|
| 10:36:03 | 1 | **Q.**   And did you have discussions with him |
| 10:36:05 | 2 | about this case? |
| 10:36:07 | 3 | **A.**   Not in depth. |
| 10:36:10 | 4 | **Q.**   What were the extent of your |
| 10:36:12 | 5 | discussions with him about this case? |
| 10:36:13 | 6 | **A.**   Very minimally.  Just we knew this was |
| 10:36:18 | 7 | coming so -- |
| 10:36:22 | 8 | **Q.**   And you testified that you ride with |
| 10:36:24 | 9 | him.  What does that mean? |
| 10:36:26 | 10 | **A.**   Ron and I have been partners mostly |
| 10:36:30 | 11 | from about 2018 until now. |
| 10:36:37 | 12 | **Q.**   So does that mean that you respond to |
| 10:36:50 | 13 | calls together? |
| 10:36:52 | 14 | **A.**   Yes. |
| 10:36:52 | 15 | **Q.**   In the same car? |
| 10:36:55 | 16 | **A.**   Yes.  The day in question of the suit, |
| 10:36:58 | 17 | though, we were not riding together. |
| 10:37:00 | 18 | **Q.**   How come? |
| 10:37:03 | 19 | **A.**   When Michael Scheu transferred to our |
| 10:37:07 | 20 | platoon, we began rotating weekly of all riding |
| 10:37:12 | 21 | with each other because we all work in the same |
| 10:37:16 | 22 | detail in the chief's car. |
| 10:37:18 | 23 | **Q.**   I'm sorry, I didn't catch that word. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

12

10:37:20  1  You work in the same --

10:37:22  2       A.   Like a detail in the chief's car.  It's

10:37:24  3  like a detail car.  It's a proactive unit, so we're

10:37:30  4  all proactive patrol officers, so we kind of just

10:37:34  5  rotated through it.

10:37:36  6       Q.   Did you ever ride with Officer Scheu?

10:37:41  7       A.   I have.

10:37:42  8       Q.   Okay.  But currently is Ron Ammerman

10:37:46  9  your partner?

10:37:47 10       A.   Yes, every day for a very long time.

10:37:55 11       MR. DUDDY:  Sorry, did you say is Ron

10:38:01 12  Ammerman his partner or --

10:38:03 13       MS. REDDY:  I said Ammerman.  Joan, is that

10:38:08 14  what you heard?

10:38:12 15       THE REPORTER:  Yes.

10:38:21 16       BY MS. REDDY:

10:38:21 17       Q.   To clarify, the witness said that Ron

10:38:24 18  Ammerman is his partner every day today.

10:38:27 19       A.   Yes, yeah, we primarily ride together

10:38:29 20  on working days.

10:38:30 21       Q.   Do you see him outside of work?

10:38:32 22       A.   Not often.  I just had a kid, so my

10:38:37 23  time's tied up.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

13

| | | |
|---|---|---|
| 10:38:40 | 1 | **Q.**    Before you had your child, did you see |
| 10:38:41 | 2 | him outside of work? |
| 10:38:43 | 3 | **A.**    Here and there, but not regularly. |
| 10:38:46 | 4 | **Q.**    Where would you see him? |
| 10:38:48 | 5 | **A.**    I'm trying to think.  It's only a |
| 10:38:56 | 6 | handful of times that we met outside of work, but |
| 10:38:59 | 7 | at a restaurant for dinner or -- |
| 10:39:04 | 8 | **Q.**    Anywhere else besides a restaurant? |
| 10:39:08 | 9 | **A.**    No.  That's pretty much it.  That's |
| 10:39:10 | 10 | like, I don't know, three or -- three times maybe |
| 10:39:15 | 11 | over five years or so.  We see enough of each other |
| 10:39:19 | 12 | at work. |
| 10:39:19 | 13 | **Q.**    Yeah.  What about Officer Scheu?  Do |
| 10:39:22 | 14 | you see him outside of work? |
| 10:39:24 | 15 | **A.**    I have a few times. |
| 10:39:26 | 16 | **Q.**    Where would you see him? |
| 10:39:27 | 17 | **A.**    Same -- same situations, and we've |
| 10:39:32 | 18 | golfed together a few times. |
| 10:39:36 | 19 | **Q.**    Where did you go to high school? |
| 10:39:39 | 20 | **A.**    I went to St. Francis High School. |
| 10:39:41 | 21 | **Q.**    Where's that? |
| 10:39:42 | 22 | **A.**    Athol Springs, New York.  It's about 20 |
| 10:39:48 | 23 | or 30 minutes south of the city. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

14

| | | |
|---|---|---|
| 10:39:51 | 1 | **Q.** Do you currently live in the City of |
| 10:40:03 | 2 | Buffalo? |
| 10:40:03 | 3 | **MR. DUDDY:** Yeah, objection. Form. You can |
| 10:40:08 | 4 | answer that. |
| 10:40:08 | 5 | **THE WITNESS:** I currently live in Erie |
| 10:40:10 | 6 | County. |
| 10:40:10 | 7 | **BY MS. REDDY:** |
| 10:40:11 | 8 | **Q.** What city? |
| 10:40:16 | 9 | **MR. DUDDY:** Objection. Form. |
| 10:40:17 | 10 | **BY MS. REDDY:** |
| 10:40:18 | 11 | **Q.** What city do you live in in Erie |
| 10:40:20 | 12 | County? |
| 10:40:20 | 13 | **A.** Hamburg, New York. |
| 10:40:22 | 14 | **Q.** Hamburg. I'm sorry, did you say |
| 10:40:36 | 15 | something? |
| 10:40:37 | 16 | **A.** No, I was just speaking to my attorney. |
| 10:40:49 | 17 | **Q.** To your knowledge, is there any |
| 10:40:50 | 18 | residency requirements to be a police officer with |
| 10:40:54 | 19 | the City of Buffalo? |
| 10:40:54 | 20 | **A.** There is. |
| 10:40:55 | 21 | **Q.** What is that? What are those |
| 10:40:57 | 22 | requirements? |
| 10:40:58 | 23 | **A.** Seven years. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

15

10:41:00  1         Q.    Seven years during what time frame?

10:41:06  2         A.    From your hire date.

10:41:09  3         Q.    Before or after?

10:41:12  4         A.    From when you're hired seven years, and

10:41:16  5    then you can move out of the city.

10:41:20  6         Q.    Where did you live before Hamburg?

10:41:22  7         A.    City of Buffalo.

10:41:25  8         Q.    How long did you live in the City of

10:41:27  9    Buffalo?

10:41:27 10         A.    Pretty much my whole life besides a --

10:41:33 11    from the years maybe -- from when I was 18 to 22,

10:41:39 12    and then I moved down to Allentown, Pennsylvania,

10:41:42 13    Philadelphia, for about a year, and then I moved

10:41:45 14    back to the city, and I was in the city until this

10:41:47 15    past year.

10:41:57 16         Q.    So going back, what year did you

10:41:59 17    graduate high school?

10:42:00 18         A.    2011, I believe.

10:42:06 19         Q.    And did you stay in -- is it called

10:42:10 20    Athol, New York?

10:42:10 21         A.    My family grew up in -- I grew up in

10:42:13 22    Hamburg, New York.

10:42:15 23         Q.    Okay.  Is Athol, is that how you say

*Jake Giarrano - Ms. Reddy - 01/31/2024*

16

10:42:18   1   it, Athol?

10:42:18   2         **A.**     Yeah, Athol Springs, yeah.  It's right

10:42:21   3   next to Hamburg.

10:42:22   4         **Q.**     Okay.

10:42:22   5         **A.**     That's just where the high school is,

10:42:24   6   but Hamburg surrounds that whole area.

10:42:27   7         **Q.**     Gotcha.  Okay.  So what you did you do

10:42:31   8   after high school?

10:42:31   9         **A.**     I attended Canisius College.

10:42:33   10         **Q.**     Okay.  And what year -- did you

10:42:35   11   graduate from Canisius?

10:42:36   12         **A.**     Yes.  In 2015.  I played lacrosse

10:42:40   13   there.

10:42:50   14         **Q.**     And did you get a degree?

10:42:51   15         **A.**     I did.

10:42:53   16         **Q.**     What was your degree in?

10:42:54   17         **A.**     Science.  It's a bachelor of science.

10:42:59   18         **Q.**     And what did you do after 2015?

10:43:03   19         **A.**     I worked for a college in Allentown,

10:43:08   20   Pennsylvania.

10:43:12   21         **Q.**     What was your job title at the college?

10:43:14   22         **A.**     I was an assistant lacrosse coach, and

10:43:17   23   I also assisted with classes, like a TA as well for

*Jake Giarrano - Ms. Reddy - 01/31/2024*

17

10:43:24  1  a class.

10:43:26  2         **Q.**   How long did you do that?

10:43:28  3         **A.**   Just one year.

10:43:31  4         **Q.**   Why did you leave?

10:43:33  5         **A.**   I missed home, and my aunt talked me

10:43:40  6  into taking the police test.

10:43:44  7         **Q.**   A civil service exam?

10:43:48  8         **A.**   Yes.

10:43:48  9         **Q.**   So at that time did you move back to

10:43:50  10  Erie County?

10:43:51  11         **A.**   Yes.

10:43:51  12         **Q.**   Where did you move to?

10:43:54  13         **A.**   City of Buffalo.

10:44:07  14         **Q.**   So you took the civil service exam.

10:44:10  15  What else did you do to become a police officer

10:44:12  16  with the City of Buffalo?

10:44:13  17         **A.**   I took the civil service exam.  From

10:44:18  18  there I went through a background check, a psych.

10:44:21  19  test, a polygraph, and a physical, and then once

10:44:27  20  you pass all that, you are placed on a list to be

10:44:31  21  hired.

10:44:52  22         **Q.**   So when did you move to Hamburg,

10:44:55  23  New York?

*Jake Giarrano - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 10:44:55 | 1 | **A.**   Recently. |
| 10:45:02 | 2 | **Q.**   What day? |
| 10:45:05 | 3 | **MR. DUDDY:**  Objection.  Relevance. |
| 10:45:08 | 4 | **MS. REDDY:**  There's no relevancy objections |
| 10:45:10 | 5 | in federal depositions.  You have to answer the |
| 10:45:12 | 6 | question, officer. |
| 10:45:13 | 7 | **MR. DUDDY:**  Objection.  Form. |
| 10:45:16 | 8 | **BY MS. REDDY:** |
| 10:45:16 | 9 | **Q.**   When did you move to Hamburg, New York? |
| 10:45:18 | 10 | You said recently? |
| 10:45:20 | 11 | **A.**   Yeah, within the last week we |
| 10:45:23 | 12 | officially made the move.  We've been redoing a |
| 10:45:28 | 13 | house.  It's been quite a process. |
| 10:45:30 | 14 | **Q.**   So last week you moved? |
| 10:45:33 | 15 | **MR. DUDDY:**  Objection.  Form. |
| 10:45:34 | 16 | **BY MS. REDDY:** |
| 10:45:35 | 17 | **Q.**   Did you move last week? |
| 10:45:36 | 18 | **A.**   Yes.  We finished our -- finalized our |
| 10:45:39 | 19 | renovations. |
| 10:45:40 | 20 | **Q.**   And where were you living before that? |
| 10:45:43 | 21 | **A.**   The City of Buffalo. |
| 10:46:02 | 22 | **Q.**   You said officially moved.  Had you |
| 10:46:04 | 23 | informally moved prior to last week? |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

19

10:46:08 1          **A.**    No.

10:46:09 2          **MR. DUDDY:**  Objection.  Form.

10:46:11 3          **BY MS. REDDY:**

10:46:19 4          **Q.**    What was your involvement in the arrest

10:46:20 5    of Mr. Suttles on May 10th, 2020?

10:46:23 6          **A.**    I was working that day.  I was riding

10:46:35 7    with Marc Hurst, and we were in the middle of

10:46:40 8    making a gun arrest when we heard the officers call

10:46:43 9    out that they needed some assistance.

10:46:46 10          **Q.**    You said you were in the middle of a

10:46:47 11    what?

10:46:47 12          **A.**    A gun arrest.

10:46:49 13          **Q.**    Oh, gun arrest.

10:46:52 14          **A.**    Which was a few blocks away.

10:46:57 15          **Q.**    So what did you do?

10:46:58 16          **A.**    We heard the officers calling out on

10:47:02 17    the radio, and they seemed like they needed

10:47:05 18    assistance, so we drove right over.

10:47:11 19          **Q.**    What did you observe when you drove

10:47:13 20    right over?

10:47:15 21          **A.**    It was a while ago, I don't really

10:47:18 22    recall much, but Mr. Suttles was in cuffs, in

10:47:22 23    custody, and I just asked what the officers needed,

*Jake Giarrano - Ms. Reddy - 01/31/2024*

20

10:47:25  1  and I -- again, it's so long ago I don't really

10:47:28  2  recall much.  And then once that was wrapped up, I

10:47:32  3  headed down to central booking with my arrest.

10:47:41  4      **Q.**   The other arrest that you had done a

10:47:43  5  few blocks over?

10:47:44  6      **A.**   Yeah, yeah.  We apprehended an

10:47:47  7  individual carrying a firearm, and he fled from us

10:47:50  8  and threw it on a roof, so I believe that was just

10:47:53  9  before this incident occurred.

10:47:57 10      **Q.**   And that civilian was with you when you

10:48:00 11  came to the location that Mr. Suttles --

10:48:03 12      **MR. DUDDY:**  Objection.  Form.

10:48:06 13      **THE WITNESS:**  I don't recall if he was with

10:48:08 14  us or not or he was in a transport car to be

10:48:11 15  transported down to CB.  I -- I don't recall what

10:48:16 16  patrol car we were in that day or if it had a cage

10:48:19 17  or not.

10:48:20 18      **BY MS. REDDY:**

10:48:20 19      **Q.**   Okay.  So you arrive at the scene of

10:48:22 20  Mr. Suttles.  You said he was handcuffed at the

10:48:25 21  time?

10:48:25 22      **A.**   I -- yes, I believe so.

10:48:27 23      **Q.**   Where was he?

*Jake Giarrano - Ms. Reddy - 01/31/2024*

21

10:48:28  1          **A.**    I don't know if he was standing next to

10:48:31  2     the car getting walked over to a patrol car or like

10:48:35  3     leaned up against a patrol car, but something along

10:48:38  4     those lines.

10:48:39  5          **Q.**    And what did you do?

10:48:40  6          **A.**    I just arrived.  There was -- the

10:48:46  7     commotion was over.  I just -- I think I -- I can't

10:48:50  8     remember who I asked.  I go, hey, what do you need

10:48:54  9     or if you need anything, and I was there for maybe

10:48:57 10     I feel like it was less than five minutes, I was

10:48:59 11     there so quick.  And once everything was settled

10:49:01 12     and good, I headed down to central booking.  I feel

10:49:05 13     like I was there so quick.  It was so long ago, I

10:49:09 14     don't recall the whole thing.

10:49:10 15          **Q.**    Did you exit your patrol car?

10:49:11 16          **A.**    Yes, I did.  I definitely exited my

10:49:14 17     patrol car.

10:49:17 18          **MR. DUDDY:**  Counsel, can we just confirm

10:49:20 19     that plaintiff is still here?

10:49:22 20          **MS. REDDY:**  Oh, yeah.  Mr. Suttles?

10:49:28 21          **QUENTIN SUTTLES:**  Yeah, I'm still here.

10:49:30 22          **MS. REDDY:**  I think there's been a request

10:49:31 23     to have your video on.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

22

10:49:33  1          **QUENTIN SUTTLES:**  Oh, okay.

10:49:34  2          **MS. REDDY:**  Thank you.  You can still go on

10:49:38  3   mute, though.

10:49:46  4          **BY MS. REDDY:**

10:49:47  5          **Q.**   So you exited the police patrol car.

10:49:50  6   Did Officer Hurst exit the vehicle?

10:49:53  7          **A.**   I'm not sure, but I would assume, yes.

10:50:10  8          **Q.**   Did you encounter Mr. Suttles again on

10:50:12  9   that day?

10:50:12  10         **A.**   I did.

10:50:13  11         **Q.**   Where did you encounter him?

10:50:16  12         **A.**   Once -- I can't remember if I saw him

10:50:19  13   at central booking or not, but once I completed my

10:50:23  14   arrest, I went up to the hospital to relieve -- I

10:50:29  15   can't remember if I relieved Ron Ammerman or

10:50:32  16   Michael Scheu so they could go and get the

10:50:35  17   paperwork completed.

10:50:40  18         **Q.**   What hospital?

10:50:41  19         **A.**   ECMC.

10:50:47  20         **Q.**   How long were you at ECMC?

10:50:48  21         **A.**   Again, I don't recall.  Maybe an hour.

10:50:56  22   Not -- I wasn't there all night, but I don't think

10:51:00  23   I was there too long but long enough where I would

*Jake Giarrano - Ms. Reddy - 01/31/2024*

23

10:51:04  1  say an hour but, I mean, it could have been two

10:51:06  2  hours, it could have been three, but I wasn't up

10:51:08  3  there for like six or seven, if that makes sense.

10:51:11  4       Q.   Yeah, that's a good estimation.  So

10:51:14  5  less than three.

10:51:15  6       A.   Less than three, but, I mean, it felt

10:51:16  7  like I wasn't there long.  Maybe an hour, just to

10:51:20  8  let one of them go down and get the paperwork done.

10:51:22  9       Q.   Okay.  And were you in the same room as

10:51:24 10  Mr. Suttles?

10:51:26 11       A.   For a little bit, yes.  He was in -- I

10:51:29 12  recall he was kind of in a room on the back left.

10:51:32 13  I believe it was the old ER at that point, and I

10:51:37 14  had a chair in the hallway so I didn't have to sit

10:51:39 15  in there with him, but I remember going back and

10:51:42 16  forth, and that was about it.

10:51:45 17       Q.   So was he getting medical treatment at

10:51:48 18  that time?

10:51:48 19       A.   Yes.  He was being seen by doctors,

10:51:52 20  nurses, et cetera.

10:51:55 21       Q.   Was he handcuffed?

10:51:59 22       A.   You know what?  I'm not sure.  Maybe

10:52:00 23  one hand to the bench, but like I said, I didn't --

*Jake Giarrano - Ms. Reddy - 01/31/2024*

24

10:52:06  1  I didn't bring him there.  I didn't put him there.

10:52:08  2  I just kind of was there monitoring.  I don't

10:52:12  3  recall if he was handcuffed or not.  Usually we do

10:52:15  4  handcuff to the gurney, though, or the hospital

10:52:19  5  bed.

10:52:21  6       **Q.**   Did you say gurney?

10:52:23  7       **A.**   Like a hospital bed is what I meant.

10:52:25  8  Not a gurney.

10:52:31  9       **Q.**   No, that's fine.  I just didn't hear

10:52:34 10  what you said.  It was muffled.

10:52:35 11       Okay.  So did you have any discussions with

10:52:37 12  Mr. Suttles while you were there monitoring him at

10:52:40 13  ECMC on May 10th, 2020?

10:52:41 14       **A.**   We did.  I don't recall the exact

10:52:44 15  conversation, but we briefly talked.  We've had

10:52:47 16  interactions in the past, so he knows me and I know

10:52:50 17  him.

10:52:52 18       **Q.**   Okay.  So let's go back to that.  When

10:52:55 19  had you previously interacted with Mr. Suttles

10:52:57 20  before that day?

10:52:57 21       **A.**   I had an arrest prior of Mr. Suttles

10:53:03 22  maybe a couple months before, sometime in January

10:53:06 23  or February.  It was cold out.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

25

10:53:09  1       **Q.**    And what happened?  So that's January

10:53:13  2    of 2020?

10:53:17  3       **A.**    Yeah, I believe so.  I don't think it

10:53:19  4    was December.  I think it was January or February.

10:53:22  5       **Q.**    Okay.  And what happened during that

10:53:24  6    arrest?

10:53:25  7       **A.**    We were doing a hotspot check for a

10:53:29  8    narcotics corner.  We received multiple, hundreds

10:53:34  9    of complaints of narcotics being sold there, crack

10:53:37 10    and heroin.  When we pulled up, his car was parked

10:53:41 11    too close to the curb.  Upon further investigation

10:53:44 12    we smelled marijuana, stepped him out.  And, I

10:53:48 13    mean, I've seen the video with Ron Ammerman, the

10:53:54 14    2020 incident video, or the May video.  He did

10:53:59 15    pretty much the same, exact thing during the

10:54:02 16    pat-down.  Pulled away, tried to run.  I had to

10:54:10 17    take him to the ground, and he was cuffed.

10:54:12 18       We did locate narcotics nearby, and when we

10:54:16 19    pulled up, we did observe what appeared to be

10:54:21 20    addicts near the car.

10:54:24 21       **Q.**    What near the car?

10:54:25 22       **A.**    Addicts, like drug users.

10:54:29 23       **Q.**    Oh, addicts.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

26

10:54:31  1      **A.**    Yeah, like physically appeared to be

10:54:33  2   addicts.

10:54:34  3      **Q.**    Oh, other people?

10:54:35  4      **A.**    Yes, yes, like by his car window.

10:54:42  5      **Q.**    So you said something about you

10:54:45  6   watching a video and the same, exact thing

10:54:48  7   happened.  What were you referring to?

10:54:49  8      **A.**    The -- the video of the incident where

10:54:52  9   the lawsuit's generated from.

10:54:55 10      **Q.**    Could you explain what you mean?

10:54:58 11      **A.**    Yeah.  So when the pat-down was being

10:55:02 12   conducted, he's at the beginning complying, a

10:55:04 13   little nervous, and when the pat-down gets

10:55:07 14   conducted, right at the same spot of where -- I

10:55:11 15   mean, I've made a lot of narcotics arrests, I've

10:55:13 16   made a lot of firearm arrests.  Most firearms and

10:55:17 17   most narcotics are recovered from the waistband

10:55:19 18   area.  Right when you get to his waistband he

10:55:21 19   tenses up, pulls away, tries to run.  I believe

10:55:36 20   there's body camera of that incident.

10:55:40 21      **Q.**    Okay.  Thank you for sharing.  I'll be

10:55:43 22   asking your counsel for that body cam footage.

10:55:46 23      And going back to May 10th, 2020, when you

10:55:50  1  arrived at ECMC, was your body cam on?

10:55:54  2      **A.**   I don't know.  We have a policy to not

10:55:56  3  put it on in the hospital, but I might have thrown

10:56:00  4  it on if Mr. Suttles was making admissions towards

10:56:04  5  the case.  I don't -- like I said, I don't recall.

10:56:07  6  I didn't review my body camera footage from that

10:56:11  7  day or anything like that.

10:56:12  8      But usually at ECMC, in hospital settings,

10:56:15  9  we turn it off due to departmental policy and, I

10:56:19 10  mean, there's sensitive stuff for the public in a

10:56:22 11  hospital.  You don't want to film someone with

10:56:25 12  medical treatment or, you know, you're filming him

10:56:27 13  and someone's behind him.  You know, it's a -- kind

10:56:31 14  of a sensitivity thing.

10:56:33 15      **Q.**   Sure.  Through your counsel, I'll be

10:56:39 16  asking for you to check if you have that body cam

10:56:42 17  footage available.  I'd like to see both of those

10:56:44 18  from January or February 2020 and May 10th, 2020.

10:56:50 19      Also going back to this incident that you're

10:56:53 20  referring to in January or February of 2020

10:56:56 21  involving Mr. Suttles, what did you arrest him for?

10:56:58 22      **A.**   I believe it was obstruction, and he

10:57:06 23  had just got out of jail the night before for

*Jake Giarrano - Ms. Reddy - 01/31/2024*

28

10:57:09  1  narcotics, and I believe he states that to me.  So

10:57:13  2  he was arrested the day before I arrested him for

10:57:16  3  fleeing from a car, and felony narcotics were

10:57:19  4  recovered by two I believe C-District officers.

10:57:24  5       Q.    Okay.  So just focusing on the incident

10:57:26  6  involving you and his arrest, you arrested him for

10:57:29  7  obstruction of justice; is that accurate?

10:57:32  8       A.    Yeah.  195.05 is what we arrested him

10:57:35  9  for.  We did find some crack cocaine in the near

10:57:41 10  proximity, but we were not able to connect

10:57:46 11  Mr. Suttles to that crack cocaine at the time.  The

10:57:49 12  video from the store did not get that angle.

10:57:52 13       It's also known that if you park at that

10:57:55 14  store right in that spot, the video doesn't get it,

10:57:59 15  so it's a -- it's a very -- it's probably -- in

10:58:02 16  C-District, it is probably the number one -- top

10:58:06 17  three narcotics sales spot.  It's been a hotspot of

10:58:12 18  ours for -- or directed patrol is now the new word

10:58:17 19  they're using for -- it's been a mark on the map

10:58:19 20  for a long time.

10:58:20 21       Q.    You also testified that there were many

10:58:22 22  addicts in the area; is that correct?

10:58:25 23       A.    Yes.  That area, that corner is

*Jake Giarrano - Ms. Reddy - 01/31/2024*

10:58:27  1  commonly frequented by addicts, and that day there

10:58:31  2  were I believe one, maybe two that were on that

10:58:35  3  street, if I'm recalling correctly.

10:58:40  4       Q.   Okay.  So the crack cocaine that you

10:58:42  5  planned to have retrieved could have been theirs?

10:58:45  6       A.   It was not located where -- near where

10:58:49  7  they were, if that makes sense, because --

10:58:52  8       Q.   But it could have been theirs; is that

10:58:54  9  true?

10:58:54 10       MR. DUDDY:  Objection.  Form.

10:58:56 11       THE WITNESS:  I'd have to speculate.  It

10:58:58 12  could have been --

10:58:58 13       MR. DUDDY:  Objection.  Form.

10:59:00 14       BY MS. REDDY:

10:59:00 15       Q.   You still have to answer.  Your

10:59:03 16  attorney can lodge his objection for the record,

10:59:06 17  and just as long as you're not speaking over him,

10:59:08 18  you can answer the question right after.

10:59:10 19       A.   Yeah, it was -- I mean, it could have

10:59:12 20  been anybody's where it was located, but it was

10:59:15 21  within proximity to the vehicle.  It's very common

10:59:19 22  for people to sell narcotics and stash them places

10:59:22 23  and then get out, go get them, come back, get out,

*Jake Giarrano - Ms. Reddy - 01/31/2024*

30

10:59:25  1  go back them, come back.  It's a common practice

10:59:28  2  I've seen in my law enforcement career.

10:59:33  3       Q.   So what led to the charges of

10:59:36  4  obstruction of justice against Mr. Suttles that

10:59:39  5  day?

10:59:39  6       A.   He tried to flee and failed to comply

10:59:43  7  with lawful commands.  At one point he pulled

10:59:45  8  himself back in the vehicle and was yelling to his

10:59:49  9  girlfriend, or I don't know who it was, to pull

10:59:52 10  off, pull off, and she was considering it, which

10:59:56 11  would have been a really bad situation because I

10:59:58 12  was half in the car and my partner that day, Marc

11:00:01 13  Hurst, was kind of in the driver or the passenger

11:00:06 14  window, so it would have been a really dangerous

11:00:10 15  situation.

11:00:10 16       Q.   And you testified that his car was

11:00:12 17  parked too close to the curb?  Is that what

11:00:14 18  initiated a stop?

11:00:15 19       A.   Yeah, I think there's a fire hydrant

11:00:17 20  there, too.  Again, it was a long time ago.  I

11:00:20 21  don't recall.  I'd have to review the paperwork

11:00:22 22  to -- I just was stating my previous interaction

11:00:26 23  with him.  I'd have to review the paperwork and I

*Jake Giarrano - Ms. Reddy - 01/31/2024*

31

11:00:30  1  can give you an exact on what occurred.

11:00:43  2          Can we pause one minute?

11:00:46  3          **MS. REDDY:**  Do you need a break?

11:01:00  4          (Off the record at 11:01 a.m.)

11:01:44  5          **THE WITNESS:**  Sorry about that.  Sorry, I

11:01:50  6  just can't hear you.

11:01:51  7          **BY MS. REDDY:**

11:01:51  8          Q.   You can take a break with -- to confer

11:01:55  9  with your counsel at any time.  Just let me know.

11:01:57 10  As long as there's not a question pending on the

11:01:59 11  table.

11:01:59 12          A.   Okay.  No problem.

11:02:01 13          Q.   If you need a break to use the

11:02:02 14  restroom, let me know, but I plan on stopping in a

11:02:05 15  few minutes for a break.

11:02:06 16          A.   Yeah.  If we could go right through as

11:02:09 17  quick as we could, that would be great.  I have a

11:02:13 18  three-month-old at home so --

11:02:30 19          Q.   What is your understanding of the

11:02:32 20  legalization of marijuana in the State of New York?

11:02:34 21          A.   It's been decriminalized.

11:02:39 22          Q.   When did that happen?

11:02:40 23          A.   I believe is it April 2021?  I don't

*Jake Giarrano - Ms. Reddy - 01/31/2024*

32

11:02:50  1  know the exact date, but it was in -- I believe it

11:02:53  2  was in 2021, but I'm not positive.  I think that

11:02:56  3  was when they decriminalized it and began the

11:02:59  4  process to sell it.

11:03:01  5        **Q.**    So how does that impact you when you're

11:03:04  6  on -- on the job?

11:03:05  7        **A.**    I mean, it changes the -- marijuana

11:03:09  8  necessarily isn't probable cause to search a

11:03:12  9  vehicle as it was before unless you believe there's

11:03:14  10  an impairedness or maybe they're under the age of

11:03:17  11  21.  I believe 21 is the age to possess, but it

11:03:21  12  does change the job.

11:03:26  13        **Q.**    So going back to the arrest you

11:03:30  14  testified in early 2020 before the incident that

11:03:33  15  brings us here, you indicated that Mr. Suttles'

11:03:40  16  vehicle was either parked too close to a curb or

11:03:43  17  too close to a fire hydrant.  Is that what allowed

11:03:47  18  you to stop him in his vehicle?

11:03:48  19        **MR. DUDDY:**  Objection.  Form.

11:03:50  20        **THE WITNESS:**  Again, I'd have to review the

11:03:52  21  paperwork, but that was what would have drawn us to

11:03:56  22  the vehicle, and then we would have smelled

11:03:59  23  marijuana.  There would have been an in-depth

*Jake Giarrano - Ms. Reddy - 01/31/2024*

33

11:04:01  1  interaction.  Like I said, there's -- there's body

11:04:04  2  camera of that incident that will better describe

11:04:07  3  it.  I can't remember if there was a fire hydrant

11:04:10  4  or it was too close to the curb or on the curb, but

11:04:13  5  the paperwork and the body camera footage would

11:04:16  6  paint a better story for you than I could tell you.

11:04:19  7  It's just been -- I mean, it's been three years,

11:04:22  8  right, four years?

11:04:24  9      Q.   So you smelled marijuana in the

11:04:27 10  vehicle.  Did that prompt you to ask Mr. Suttles to

11:04:30 11  exit the vehicle for a search?

11:04:31 12      A.   At that time we were able to search for

11:04:34 13  marijuana.  But, yes, that would have been one of

11:04:38 14  the reasons then, plus the -- I mean, like, again,

11:04:41 15  I don't -- I don't know exactly what occurred, but

11:04:44 16  it would have been the suspicion of narcotic or

11:04:48 17  narcotic sales or something could have been a

11:04:51 18  factor.  I don't -- I don't fully recall, but

11:04:53 19  there's body camera footage and a police report

11:04:56 20  that are attached to this arrest.

11:04:57 21      Q.   So are you generally aware of what

11:05:00 22  prompted the decriminalization of marijuana in

11:05:03 23  April of 2021 in the State of New York?

*Jake Giarrano - Ms. Reddy - 01/31/2024*

34

11:05:05  1          MR. DUDDY:  Objection.  Form.

11:05:06  2          THE WITNESS:  Not fully.  I think that's way

11:05:11  3   above my pay grade.  I'm just a

11:05:15  4   bottom-of-the-barrel patrol officer, so the orders

11:05:17  5   come down, I read them, I watch the news a little

11:05:20  6   bit, try not -- not too much, but, I mean, it's

11:05:26  7   about 55 steps above me.  Probably 155 steps above

11:05:30  8   me.

11:05:30  9          BY MS. REDDY:

11:05:31  10         Q.   Yeah, I wasn't asking your involvement

11:05:32  11  in any policy change, but just are you aware of

11:05:36  12  what prompted the change in legislation?

11:05:40  13         A.   No.

11:05:41  14         Q.   It impacts your job, right, on a

11:05:44  15  day-to-day basis?

11:05:45  16         MR. DUDDY:  Objection.  Form.

11:05:47  17         THE WITNESS:  It does affect my job.  But,

11:05:50  18  again, I don't write the laws.  I'm not a

11:05:53  19  politician.  I'm not a governor.  I just -- those

11:05:58  20  things are decided above me, and, you know, the law

11:06:01  21  is the law and it's passed down to me, and I just

11:06:04  22  do my job in accordance with that to the best of my

11:06:07  23  ability.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

35

11:06:07  1          **BY MS. REDDY:**

11:06:08  2          **Q.**    Right.    But changes are made for a

11:06:09  3    reason, so my question to you is:    Were you aware

11:06:13  4    of those reasons?

11:06:13  5          **MR. DUDDY:**  Objection.  Form.

11:06:16  6          **BY MS. REDDY:**

11:06:16  7          **Q.**    Have you ever heard of the term

11:06:21  8    overpolicing?

11:06:21  9          **MR. DUDDY:**  Objection.  Form.

11:06:23 10          **THE WITNESS:**  Not really.  Maybe it's been

11:06:25 11    mentioned but not that I paid attention to it.

11:06:28 12          **BY MS. REDDY:**

11:06:29 13          **Q.**    Do you have any working understanding

11:06:31 14    of what that word means?

11:06:32 15          **MR. DUDDY:**  Objection.  Form.

11:06:34 16          **THE WITNESS:**  No.

11:06:51 17          **BY MS. REDDY:**

11:06:52 18          **Q.**    Were you aware that the police

11:06:54 19    procedures involving targeting black men

11:06:57 20    specifically for the use of marijuana is what

11:06:59 21    prompted this legislation change in the State of

11:07:01 22    New York?

11:07:01 23          **MR. DUDDY:**  Objection.  Form.  Are you

*Jake Giarrano - Ms. Reddy - 01/31/2024*

36

11:07:05  1  testifying, or are you asking him a question?

11:07:07  2  　　　　　**MS. REDDY:**  I think it was a question when

11:07:10  3  you ask if somebody --

11:07:10  4  　　　　　**MR. DUDDY:**  Could you ask him a question,

11:07:11  5  though?

11:07:11  6  　　　　　**MS. REDDY:**  Mr. Duddy, it's a question that

11:07:12  7  your witness needs to answer.

11:07:14  8  　　　　　**THE WITNESS:**  No.

11:07:36  9  　　　　　**BY MS. REDDY:**

11:07:37 10  　　　　　Q.   You testified that sometime in January

11:07:39 11  and February -- or February of 2020 you arrested

11:07:42 12  Mr. Suttles for obstruction of justice and that he

11:07:48 13  had been arrested the night before; is that

11:07:52 14  accurate?

11:07:52 15  　　　　　**MR. DUDDY:**  Objection.  Form.

11:07:53 16  　　　　　**BY MS. REDDY:**

11:07:54 17  　　　　　Q.   Is that accurate?

11:07:55 18  　　　　　A.   Yes.

11:07:56 19  　　　　　Q.   Okay.  And what was he arrested for the

11:08:02 20  day before or night before?

11:08:05 21  　　　　　**MR. DUDDY:**  Objection.  Form.

11:08:06 22  　　　　　**THE WITNESS:**  I don't have direct knowledge

11:08:07 23  of it, but Mr. Suttles told me about it, and I

*Jake Giarrano - Ms. Reddy - 01/31/2024*

37

| | | |
|---|---|---|
| 11:08:10 | 1 | looked up the report. |
| 11:08:11 | 2 | **BY MS. REDDY:** |
| 11:08:12 | 3 | **Q.** And what did it say? |
| 11:08:13 | 4 | **A.** I believe there was a traffic stop |
| 11:08:15 | 5 | where individuals fled. A large amount of drugs |
| 11:08:19 | 6 | was recovered, and Mr. Suttles was arrested for |
| 11:08:23 | 7 | possession of narcotics. I'm not sure of the |
| 11:08:26 | 8 | context, but I just read the report, and that's |
| 11:08:32 | 9 | kind of what it said. |
| 11:08:35 | 10 | **Q.** What type of narcotics? |
| 11:08:36 | 11 | **A.** Not sure. |
| 11:08:41 | 12 | **Q.** So you had indicated that Mr. Suttles |
| 11:08:58 | 13 | knows you. You've encountered him many times. Any |
| 11:09:02 | 14 | other encounters besides this one that you just |
| 11:09:04 | 15 | testified to in January and February of 2020? |
| 11:09:10 | 16 | **A.** Not notable. I mean, I work -- I |
| 11:09:17 | 17 | worked in the same district for five years, so I |
| 11:09:20 | 18 | encounter, I mean, possibly hundreds of people a |
| 11:09:22 | 19 | day through different calls and stuff. So I could |
| 11:09:26 | 20 | have interacted with him more. I don't know. |
| 11:09:28 | 21 | I do know he had a pretty intense arrest for |
| 11:09:34 | 22 | a firearm at some point, that I do know the |
| 11:09:42 | 23 | officers had arrested him for that. That was -- |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

38

11:09:44  1  that was a pretty crazy situation.

11:09:48  2        I also know the -- I responded to a shooting

11:09:54  3  shortly after that firearm arrest, or shortly

11:09:59  4  before that firearm arrest.  In the NIBIN hit I did

11:10:04  5  learn from a GVU detective, a gun violence

11:10:08  6  detective, it did come back to the gun that

11:10:10  7  Mr. Suttles was arrested with.  So that means the

11:10:14  8  shell casing from the shooting, I think it was an

11:10:17  9  11-year-old girl in the foot, did match the firearm

11:10:21 10  that was recovered from Mr. Suttles' person I

11:10:23 11  believe it was like a week later or a short time

11:10:26 12  frame later.

11:10:29 13        Q.   Are you referring to the case that was

11:10:31 14  overturned by the Appellate Court for lack of

11:10:34 15  probable cause?

11:10:35 16        **MR. DUDDY:**  Objection.  Form.

11:10:37 17        **BY MS. REDDY:**

11:10:37 18        Q.   What case are you referring to?  I

11:10:39 19  mean, you've made a lot of statements just now.

11:10:42 20        **A.**   The case --

11:10:44 21        Q.   Hold on.  Scratch that.

11:10:46 22        Were you aware that Mr. Suttles was released

11:10:49 23  from prison and had his conviction overturned due

*Jake Giarrano - Ms. Reddy - 01/31/2024*

39

| | | |
|---|---|---|
| 11:10:53 | 1 | to lack of probable cause by the City of Buffalo? |
| 11:10:55 | 2 | **MR. DUDDY:**  Objection.  Form. |
| 11:10:58 | 3 | **THE WITNESS:**  I am aware now. |
| 11:10:58 | 4 | **BY MS. REDDY:** |
| 11:10:59 | 5 | **Q.**   Okay.  So as you sit here today, is |
| 11:11:00 | 6 | your testimony in any way reflecting that case that |
| 11:11:02 | 7 | I just mentioned? |
| 11:11:03 | 8 | **A.**   I mean, it was just -- it's just prior |
| 11:11:05 | 9 | knowledge of him.  When I dealt with him for an |
| 11:11:08 | 10 | incident in question, he was still pending that |
| 11:11:12 | 11 | case, and we did know that the gun was recovered |
| 11:11:15 | 12 | from his person.  It's just pretext to this -- this |
| 11:11:20 | 13 | case.  This was information that we did know at |
| 11:11:24 | 14 | that time. |
| 11:11:24 | 15 | **Q.**   Were you involved in that case you just |
| 11:11:28 | 16 | testified to about a gun? |
| 11:11:29 | 17 | **A.**   No, but I have seen the body camera |
| 11:11:32 | 18 | footage. |
| 11:11:34 | 19 | **Q.**   Okay. |
| 11:11:41 | 20 | **A.**   But I was directly involved, I did |
| 11:11:43 | 21 | respond to that shooting and render aid to the girl |
| 11:11:48 | 22 | who was shot in the ankle.  That shell casing did |
| 11:11:51 | 23 | match the gun.  Poor little girl. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

40

11:12:02  1        **Q.**    What case is that?

11:12:03  2        **A.**    We had a shooting on Woodlawn right

11:12:06  3   behind the stationhouse.  I believe it was

11:12:09  4   Woodlawn.  An 11-year-old girl got shot in the foot

11:12:12  5   by a stray bullet, I believe.

11:12:38  6        **Q.**    So were you aware in that case that the

11:12:41  7   Appellate Court determined that officers lacked

11:12:43  8   probable cause and violated Mr. Suttles' rights?

11:12:45  9        **MR. DUDDY:**  Objection.  Form.

11:12:47 10        **THE WITNESS:**  No.  At that time I was not

11:12:50 11   aware.

11:12:50 12        **BY MS. REDDY:**

11:12:51 13        **Q.**    As you sit here today are you aware?

11:12:54 14        **MR. DUDDY:**  Objection.  Form.

11:12:56 15        **THE WITNESS:**  I think that was a very

11:12:57 16   interesting way of wording it, but I am aware that

11:12:59 17   he was released and the Appellate Division ruled in

11:13:02 18   his favor.

11:13:15 19        **BY MS. REDDY:**

11:13:15 20        **Q.**    I want to go back to the arrest of

11:13:17 21   January or February 2020.  You said you took him to

11:13:21 22   the ground.  What does that mean?

11:13:23 23        **A.**    He attempted to flee and pull himself

*Jake Giarrano - Ms. Reddy - 01/31/2024*

41

11:13:26  1  back into the vehicle, so I could not finish the

11:13:29  2  pat-down search.  He began yelling to the driver of

11:13:31  3  the vehicle to pull off, pull off.  At that point I

11:13:34  4  was able to bear hug him in trying to fall to the

11:13:38  5  ground or wrestle to the ground with him.

11:13:43  6          **Q.**    And what were you searching his person

11:13:44  7  for?

11:13:45  8          **A.**    A weapon or narcotics.  At that point I

11:13:49  9  had a suspicion of narcotics, and obviously it's an

11:13:52 10  officer safety frisk for a weapon, which he did

11:13:56 11  not -- by pulling away, he did not let me finish.

11:14:01 12  There was a pat-down for officer safety, and he did

11:14:04 13  not let me finish the pat-down when he pulled away,

11:14:07 14  so that's when I wrapped and brought him to the

11:14:10 15  ground.

11:14:12 16          **Q.**    You said wrapped?

11:14:13 17          **A.**    Yeah, like a -- like a bear hug tackle.

11:14:16 18  Does that make sense?  Type of hold.  I also fell,

11:14:20 19  I believe, during it.  There's -- the body camera

11:14:23 20  footage will show you more.  Like I said, it's four

11:14:27 21  years ago at this point.  It's a really long time.

11:14:29 22          **Q.**    Did you ever punch him?

11:14:32 23          **A.**    No, I don't believe so.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

42

11:14:39  1          **Q.**   And, again, this was prompted by the

11:14:53  2    smell of marijuana in the vehicle; is that correct?

11:14:57  3          **A.**   Yes.

11:14:58  4          **MR. DUDDY:**  Objection.  Form.

11:15:01  5          **THE WITNESS:**  Yes, and also, like I said,

11:15:03  6    there was -- there was numerous things that

11:15:06  7    assisted with the -- the hotspot there, the high

11:15:11  8    drug trafficking, the car parked and idling there

11:15:16  9    that brought us to that intersection that day.

11:15:18  10          **BY MS. REDDY:**

11:15:19  11          **Q.**   Right.  But what -- what legally gave

11:15:21  12    you the basis to have Mr. Suttles removed from the

11:15:24  13    vehicle?

11:15:24  14          **A.**   Oh, the marijuana.

11:15:26  15          **Q.**   Smell of marijuana?

11:15:32  16          **A.**   Yes.

11:15:33  17          **Q.**   And you said hotspot.  Is there a store

11:15:35  18    there, a legal store?

11:15:37  19          **A.**   There's a legal corner store there, yes.

11:15:39  20          **Q.**   Okay.  Where any civilian can legally

11:15:43  21    purchase items, and this corner store that you're

11:15:46  22    referring to is a hotspot?

11:15:47  23          **A.**   Absolutely.  It's just sometimes

*Jake Giarrano - Ms. Reddy - 01/31/2024*

43

11:15:49  1  unfortunately they use these stores as a place to

11:15:52  2  sell narcotics.  Not the stores themselves, but in

11:15:55  3  my practice of seven years, I've seen it daily that

11:16:02  4  stores are used to sell narcotics, whether it's

11:16:05  5  outside the store, just inside the store.  It's --

11:16:08  6  it's very common.

11:16:10  7        **Q.**   Right.  But -- yes, but any civilian

11:16:14  8  could be coming to this corner store that you

11:16:16  9  labeled as a hotspot for a legal reason?

11:16:18 10        **A.**   I did not label it as a hotspot, but,

11:16:21 11  yes, people could come legally and go.  I just --

11:16:25 12  we -- we happen to be in these areas because of

11:16:30 13  narcotic sales.  The store owners ask us to be

11:16:33 14  there.  I'm friends with a lot of these store

11:16:36 15  owners.  They have my personal cell phone number

11:16:38 16  because they are, you know, valued members of the

11:16:41 17  community, and when they ask us to make sure no

11:16:44 18  one's loitering in their store or make sure no

11:16:47 19  one's selling drugs in their store or carrying guns

11:16:50 20  in their store, we try to help them out.

11:16:59 21        **Q.**   Okay.  So in relation to that arrest

11:17:11 22  from January of 2020, did you submit a use of force

11:17:14 23  form?

*Jake Giarrano - Ms. Reddy - 01/31/2024*

44

| | | |
|---|---|---|
| 11:17:18 | 1 | **A.**    I'm not sure. |
| 11:17:25 | 2 | **Q.**    Did Mr. Suttles suffer any injuries |
| 11:17:27 | 3 | from that arrest? |
| 11:17:29 | 4 | **A.**    No. |
| 11:17:29 | 5 | **MR. DUDDY:**  Objection.  Form. |
| 11:17:30 | 6 | **BY MS. REDDY:** |
| 11:17:32 | 7 | **Q.**    Did he ever claim he suffered any |
| 11:17:34 | 8 | injuries from that arrest? |
| 11:17:35 | 9 | **A.**    Not to my knowledge. |
| 11:17:47 | 10 | **Q.**    So on that day in question did you get |
| 11:17:50 | 11 | a call to be in that area? |
| 11:17:52 | 12 | **A.**    We receive 311 complaints, which are |
| 11:17:57 | 13 | nonemergency line numbers, all day long, so we |
| 11:18:01 | 14 | could have gotten a 311 call that day.  I go to |
| 11:18:04 | 15 | briefing and I get the 311 complaints, and |
| 11:18:08 | 16 | they're -- there's a stack of them.  Sometimes |
| 11:18:11 | 17 | three.  Sometimes ten.  So it's common that these |
| 11:18:16 | 18 | places do generate calls on a daily basis, but we |
| 11:18:19 | 19 | only get them when the 311 complaints come through. |
| 11:18:23 | 20 | So I can't -- I can't speak to if a call was |
| 11:18:25 | 21 | made that day or not.  Just that it was placed on |
| 11:18:29 | 22 | the 311 complaint or the community complaints to |
| 11:18:34 | 23 | follow up on. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

45

11:18:36  1        **Q.**   To generally follow up or that

11:18:39  2   particular day?

11:18:39  3        **A.**   Generally follow up, but I -- I could

11:18:42  4   have walked into briefing and had a 311 complaint

11:18:45  5   for that store right in front of me for that day,

11:18:49  6   you know what I mean?  But, yes, I usually get

11:18:51  7   three or four of them.  I'll follow up through my

11:18:54  8   working days, and there will be more the next set

11:18:56  9   of working days.  But sometimes you come in and

11:19:00 10   there's one, and the chief's like, hey, you got to

11:19:03 11   go over there and take care of this, they've been

11:19:07 12   calling all day, and we go take care of it.

11:19:15 13        **Q.**   Okay.  Thank you for that explanation.

11:19:33 14   On May 10th, 2020, were you aware that a civilian

11:19:38 15   had recorded Mr. Suttles' arrest on that day?

11:19:42 16        **MR. DUDDY:**  Objection.  Form.

11:19:43 17        **THE WITNESS:**  I am not sure if I was aware

11:19:47 18   or not.  When I became aware of the video, I -- I

11:19:51 19   don't remember if it was that night or days later.

11:19:53 20   I really don't remember.

11:19:57 21        **BY MS. REDDY:**

11:19:57 22        **Q.**   When you went to the hospital at ECMC

11:20:00 23   to monitor Mr. Suttles, were you aware that there

*Jake Giarrano - Ms. Reddy - 01/31/2024*

46

11:20:03  1  had been a video posted on Facebook of his arrest?

11:20:07  2       **A.**   I -- I don't recall if I was aware at

11:20:10  3  that point or not.

11:20:21  4       **Q.**   Do you know who Amber Mam is?

11:20:27  5       **A.**   Is it a name?

11:20:29  6       **Q.**   Yes.  Do you know somebody by the name

11:20:32  7  of Amber Mam?

11:20:34  8       **A.**   I do -- I do not.

11:20:38  9       **Q.**   I'm sorry, is your answer I do or I do

11:20:41 10  not?

11:20:41 11       **A.**   The name's not familiar to me off the

11:20:45 12  top of my head.

11:20:45 13       **Q.**   Okay.  The arrest you were referring to

11:20:49 14  earlier in your testimony from January or February,

11:20:52 15  like you said, of 2020, was Mr. Suttles alone at

11:20:56 16  that time?

11:20:56 17       **A.**   No.

11:20:56 18       **Q.**   Who was he with?

11:20:57 19       **A.**   A female.

11:20:59 20       **Q.**   What was her name?

11:21:00 21       **A.**   I don't recall.

11:21:03 22       **Q.**   Okay.  Did you interact with her that

11:21:07 23  day?

*Jake Giarrano - Ms. Reddy - 01/31/2024*

47

11:21:09 1        **A.**    Maybe a little bit, but I think someone

11:21:12 2    else interacted with her more than me.

11:21:15 3        **Q.**    Another police officer?

11:21:17 4        **A.**    I believe -- yeah, a few officers

11:21:19 5    responded to help us out.

11:21:21 6        **Q.**    Okay.  Who were you riding with that day?

11:21:23 7        **A.**    Marc Hurst.

11:21:28 8        **Q.**    Was there ever a time where this female

11:21:31 9    passenger was searched?

11:21:35 10        **A.**    I'm not sure.

11:21:40 11        **Q.**    Was she ever put in the back of a

11:21:42 12    police car?

11:21:43 13        **A.**    I'm --

11:21:44 14        **MR. DUDDY:**  Objection.  Form.

11:21:45 15        **THE WITNESS:**  I'm not sure.  I don't recall.

11:21:47 16    It was four years ago.  I had a body camera on.

11:21:52 17    There were other officers with body cameras on that

11:21:55 18    will paint a more accurate picture.  Yes, I believe

11:21:58 19    she would have been searched, but I -- again, it's

11:22:00 20    a female.  Maybe we didn't have a female officer

11:22:04 21    working to search her so she was just safety patted

11:22:07 22    down.  I can only speculate on that.

11:22:10 23        **BY MS. REDDY:**

*Jake Giarrano - Ms. Reddy - 01/31/2024*

48

11:22:10  1      **Q.**    And on May 10th, 2020, what is your

11:22:13  2  understanding of who was with Mr. Suttles on the

11:22:15  3  day of that arrest?

11:22:16  4      **A.**    There was a female with him.

11:22:19  5      **Q.**    Was that the same female?

11:22:20  6      **A.**    I have no idea.

11:22:39  7      **Q.**    So going back to your arrival at ECMC,

11:22:49  8  did you discuss a Facebook post of Mr. Suttles'

11:22:53  9  arrest uploaded on video with Mr. Suttles on that

11:22:58  10  day?

11:23:00  11      **A.**    I'm not sure if we did or not.  I --

11:23:03  12  like I said, I really don't remember.  I don't know

11:23:06  13  if it came up.  I don't know if I knew that night

11:23:08  14  or not.  I'm not sure the context of our

11:23:16  15  conversation the whole time.  It wasn't an in-depth

11:23:19  16  one.  I think it was pretty late at night.  We

11:23:23  17  were -- I was definitely tired.  I'm sure he was

11:23:25  18  probably a little tired, so I don't -- I don't

11:23:31  19  recall the full in-depth conversation.  We didn't

11:23:33  20  have an in-depth one.

11:23:38  21      **Q.**    Did you tell him to have his girlfriend

11:23:40  22  remove the video from Facebook?

11:23:42  23      **MR. DUDDY:**  Objection.  Form.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

49

11:23:45  1          THE WITNESS:  No.

11:23:48  2          BY MS. REDDY:

11:23:51  3          Q.   Did you tell him to have anyone in any

11:23:55  4  manner have that video of his arrest from earlier

11:23:59  5  that day removed from Facebook?

11:24:01  6          A.   No, I don't believe so.

11:24:06  7          Q.   Did you tell him that the charges would

11:24:08  8  be dropped against him if he removed -- if he in

11:24:11  9  some way had that video removed from Facebook of

11:24:14 10  his arrest from May 10th, 2020?

11:24:16 11          MR. DUDDY:  Objection.  Form.

11:24:17 12          THE WITNESS:  Absolutely not.  Also, I was

11:24:19 13  not the primary officer, so I don't have the power

11:24:22 14  to do anything like that.

11:24:24 15          BY MS. REDDY:

11:24:24 16          Q.   Who was the primary officer?

11:24:25 17          A.   I believe the primary officer was Ron

11:24:29 18  Ammerman, but I'm not positive.

11:24:36 19          Q.   Ammerman, you're referring to your

11:24:38 20  partner, right?

11:24:38 21          A.   Current partner, yes.  That day he was

11:24:40 22  riding with Michael Scheu.

11:24:44 23          Q.   Did you tell Mr. Suttles on that day at

*Jake Giarrano - Ms. Reddy - 01/31/2024*

50

11:24:47 1 ECMC that you would make sure the City of Buffalo

11:24:49 2 police officers left him alone if he removed the

11:24:51 3 footage of his arrest from Facebook?

11:24:53 4       **MR. DUDDY:**  Objection.  Form.

11:24:54 5       **THE WITNESS:**  No.

11:24:59 6       **MS. REDDY:**  Okay.  I'm just going to take a

11:25:10 7 ten-minute break, so we will come back at 11:35.

11:25:17 8       **THE WITNESS:**  Okay.

11:25:18 9       **MS. REDDY:**  Okay.  Thank you.

11:25:20 10       (A recess was then taken at 11:25 a.m.)

11:42:18 11       **MS. REDDY:**  Okay.  We're back on the record.

11:42:20 12 I want to remind the witness that he's still under

11:42:23 13 oath.  Thank you.

11:42:24 14       **BY MS. REDDY:**

11:42:29 15       **Q.**  Okay.  I want to go back to the

11:42:30 16 incident of May 10th, 2020, involving Mr. Suttles.

11:42:34 17 You testified earlier that you arrived after the

11:42:37 18 commotion.  What were you referring to when you

11:42:40 19 used the word commotion?

11:42:41 20       **A.**  The physical altercation.

11:42:44 21       **Q.**  And what is your understanding of that

11:42:46 22 physical altercation?

11:42:47 23       **A.**  An arrest was made and force was used.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

51

11:42:52  1        Q.   Okay.  What type of force?

11:42:58  2        MR. DUDDY:  Objection.  Form.

11:43:00  3        THE WITNESS:  I wasn't present to witness

11:43:04  4   it, but from the video I saw, it was some sort of

11:43:08  5   tackle, arm-bar, and a few strikes.

11:43:15  6        BY MS. REDDY:

11:43:17  7        Q.   You just said from what you watched.

11:43:19  8   Are you referring to any particular video?

11:43:22  9        A.   I'm not sure.  Whichever one was -- I

11:43:24 10   don't know if it was the department body camera

11:43:27 11   footage or the video.  I watched it after the fact.

11:43:41 12        Q.   And in watching that footage, what was

11:43:44 13   your opinion of the force used on that day against

11:43:47 14   Mr. Suttles?

11:43:48 15        MR. DUDDY:  Objection.  Form.

11:43:49 16        THE WITNESS:  I'm not a person who reviews

11:43:53 17   Blue Teams or -- I'm not a person that reviews use

11:43:59 18   of forces, so, I mean, I can't form a -- I've been

11:44:04 19   trained in that, but in my use of force training,

11:44:08 20   it would look like two subjects attempting to

11:44:11 21   effect an arrest.

11:44:29 22        BY MS. REDDY:

11:44:42 23        Q.   So were you ever listed as a witness

*Jake Giarrano - Ms. Reddy - 01/31/2024*

52

11:44:46  1  for this case involving Mr. Suttles?

11:44:50  2        **MR. DUDDY:**  Objection.  Form.

11:44:52  3        **THE WITNESS:**  I have no idea.  Not through

11:44:59  4  the court proceedings or anything.

11:45:00  5        **BY MS. REDDY:**

11:45:01  6        **Q.**  What about within the City of Buffalo?

11:45:02  7  Were you considered a police officer who witnessed

11:45:05  8  the arrest of Mr. Suttles?

11:45:07  9        **MR. DUDDY:**  Objection.  Form.

11:45:09 10        **MS. REDDY:**  And the allegations against the

11:45:12 11  force.

11:45:12 12        **THE WITNESS:**  I don't recall if I was ever

11:45:14 13  witnessed in on this or not.  I don't -- yeah, I

11:45:18 14  don't recall.  I don't believe so, but, again, I

11:45:20 15  might have been, but I -- I wasn't there during the

11:45:23 16  incident.  I wasn't -- I can't -- I can't really

11:45:25 17  speak to it because I wasn't present.

11:45:39 18        **BY MS. REDDY:**

11:45:40 19        **Q.**  Okay.  I'm going to share with you --

11:45:42 20  I'm going to screen share with you an exhibit, and

11:45:47 21  I'm going to ask you some questions about this.

11:45:55 22  I'm going to represent to you that this is a

11:45:58 23  document that was produced by Corporation Counsel

*Jake Giarrano - Ms. Reddy - 01/31/2024*

| | | |
|---|---|---|
| 11:46:00 | 1 | in the normal course of discovery in this case that |
| 11:46:04 | 2 | was previously entered into evidence in an exhibit |
| 11:46:06 | 3 | involving this particular case and labeled as |
| 11:46:09 | 4 | Defendant Exhibit 2. |
| 11:46:11 | 5 | Do you recognize this document? |
| 11:46:15 | 6 | A.    I don't see these, so I don't recognize |
| 11:46:17 | 7 | it, but I could -- in my past interactions with the |
| 11:46:23 | 8 | department, I could understand what it is. |
| 11:46:25 | 9 | Q.    What is it? |
| 11:46:26 | 10 | A.    It would be a case index for an ID |
| 11:46:31 | 11 | file -- or IAD file just stating I would assume |
| 11:46:38 | 12 | it's a summary of the investigation. |
| 11:46:45 | 13 | Q.    Okay.  And when you say investigation, |
| 11:46:48 | 14 | what -- are you referring to the allegations |
| 11:46:50 | 15 | against the Buffalo police officers involving |
| 11:46:52 | 16 | Mr. Suttles? |
| 11:46:53 | 17 | A.    Yeah.  It would be a -- yeah, an |
| 11:46:58 | 18 | Internal Affairs Division case. |
| 11:47:01 | 19 | Q.    And do you recognize your name anywhere |
| 11:47:04 | 20 | on this document? |
| 11:47:04 | 21 | A.    Yes.  I'm about witness number 3. |
| 11:47:07 | 22 | Q.    Okay.  How did you come to be a witness? |
| 11:47:12 | 23 | **MR. DUDDY:**  Objection.  Form. |

*Jake Giarrano - Ms. Reddy - 01/31/2024*

54

11:47:14   1       **THE WITNESS:**  I'm -- I'm not sure.  I'm not

11:47:17   2  in charge of how they create the investigation

11:47:22   3  files or who they deemed as a witness.  I mean, a

11:47:28   4  lot of officers responded, so I'm not sure how they

11:47:34   5  pick and choose who to make witnesses and targets.

11:47:41   6       **BY MS. REDDY:**

11:47:41   7       **Q.**   Did you ever have to give any type of

11:47:44   8  statement to the Internal Affairs Division of the

11:47:47   9  City of Buffalo, department of police, in relation

11:47:49  10  to the allegations made by Mr. Suttles on May 10th,

11:47:52  11  2020?

11:47:52  12       **A.**   I have no memory of it.  I could

11:47:55  13  have -- I'm sure if we scroll down it will be in

11:47:58  14  there if I did and it won't be if I didn't.  I

11:48:02  15  don't remember giving it at all.  But, I mean, I

11:48:05  16  could have.  It's just I don't recall it.

11:48:08  17       Again, the whole complaint would have been

11:48:11  18  about the force, and I wasn't present really for it.

11:48:14  19       **Q.**   Right.  I'm going to scroll down, as

11:48:19  20  you recommended, and I'm going to direct your

11:48:25  21  attention to another portion where you are listed.

11:48:43  22  So I'm going to just read to you the -- starting at

11:48:49  23  page 9 of this document, it indicates there's an

*Jake Giarrano - Ms. Reddy - 01/31/2024*

55

11:48:52  1  investigation based on a complainant, Quentin

11:48:58  2  Suttles, who alleges that officers used excessive

11:49:01  3  force during an arrest made on 5/10/2020 at

11:49:04  4  approximately 1820 hours in the vicinity of the

11:49:05  5  intersection of East Eagle and Madison Street.

11:49:08  6          And part B of that document, page 10, lists

11:49:12  7  witnesses.  I see one, two, three, four witnesses

11:49:20  8  listed.  Are you included in that list?

11:49:22  9      A.    I am, yeah.  I'm definitely listed on

11:49:25 10  here as a witness.

11:49:28 11      Q.    Is this your picture here?

11:49:29 12      A.    That is.

11:49:30 13      Q.    And is this your name at part C?

11:49:35 14      A.    It is.

11:49:36 15      Q.    Now, did you witness any of the use of

11:49:38 16  force by the police officers on May 10th, 2020?

11:49:42 17      A.    No.

11:49:47 18      Q.    And you testified earlier that you

11:49:51 19  arrived with Marc Hurst; is that correct?

11:49:54 20      A.    Yes.  We would have arrived together

11:49:56 21  that day.

11:49:56 22      Q.    Did you also leave together?

11:49:58 23      A.    Yes.  We would have -- I believe so.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

56

11:50:01  1  Again, I don't -- I don't recall where we were at

11:50:03  2  with our separate arrest for the firearm.  So I'm

11:50:07  3  not sure if Marc went down with the guy or there

11:50:09  4  was a transport guy, but I believe we were

11:50:11  5  together.

11:50:12  6      Q.    Okay.  Did Marc Hurst witness any of

11:50:14  7  the use of force by the police officers involving

11:50:17  8  the arrest of Mr. Suttles on May 10th, 2020?

11:50:20  9      MR. DUDDY:  Objection.  Form.

11:50:21  10      THE WITNESS:  I don't believe so, because he

11:50:27  11  wouldn't have beat me there, but I can't speak to

11:50:30  12  what Marc sees or hears.

11:50:32  13      BY MS. REDDY:

11:50:32  14      Q.    Did you both arrive at the same time at

11:50:34  15  the scene of the arrest of Mr. Suttles on March

11:50:36  16  10th, 2020?

11:50:38  17      A.    Again, more than likely, yes, but I'm

11:50:41  18  not a hundred percent positive on how we split up

11:50:43  19  transporting our arrest down.

11:51:23  20      Q.    Did you submit any statements with

11:51:29  21  respect to your presence at ECMC on the day of

11:51:33  22  Mr. Suttles' arrest?

11:51:37  23      A.    I don't recall if I ever gave a

11:51:39  1    statement to internal affairs on this or not.

11:51:43  2    I'm -- I'm not sure.

11:51:45  3         Q.    Right.  But with respect to you

11:51:48  4    stepping in for Officer Scheu and Officer Ammerman

11:51:51  5    at ECMC, did you document that anywhere?

11:51:54  6         A.    I believe it would have been logged in

11:51:58  7    the like call, so I would have went on the police

11:52:01  8    radio, and I'm not sure my call assigned that day

11:52:04  9    but, for example, I would have said -- this is a

11:52:11 10    hypothetical.  I would have got on the radio,

11:52:13 11    police radio, and I would have said, Charlie 490 to

11:52:16 12    radio, can you show me going up to the hospital to

11:52:18 13    relieve Charlie 4 -- half of Charlie 480, end

11:52:25 14    quote, something along those lines.  Then that

11:52:27 15    would have showed me going up there and assisting

11:52:30 16    him.

11:52:30 17         But sometimes it's really busy and

11:52:32 18    sometimes, you know, that doesn't happen, and

11:52:35 19    sometimes it's sent with a message, or sometimes

11:52:37 20    you just tell the lieutenant over the phone.  It

11:52:40 21    just kind of depends, but it would have been logged

11:52:42 22    somewhere.

11:52:43 23         Q.    Logged at the time that you received

11:52:46  1 | the call or after?

11:52:49  2 |     **MR. DUDDY:**  Objection.  Form.

11:52:50  3 |     **THE WITNESS:**  I'm -- some -- someone would

11:52:55  4 | have been notified that I was going up to ECMC to

11:52:57  5 | relieve Officer Ammerman or Officer Scheu.  Whether

11:53:02  6 | it was a supervisor, 911 dispatch, or police radio,

11:53:08  7 | someone would have had -- had been noticed.

11:53:11  8 |     **BY MS. REDDY:**

11:53:12  9 |     **Q.**   Right.  What about after the fact?

11:53:15 10 | After you went to ECMC, you encountered

11:53:18 11 | Mr. Suttles.  Did you make -- did you document that

11:53:21 12 | in any way?

11:53:21 13 |     **MR. DUDDY:**  Objection.  Form.

11:53:23 14 |     **THE WITNESS:**  I -- I'm not sure.  I don't

11:53:26 15 | know if I did or didn't.  I'm not required to.

11:53:30 16 | Like I don't -- it's not required documentation, so

11:53:33 17 | I don't know if I did a P-73 or -- or reported

11:53:38 18 | anything.  I didn't report -- do any police report

11:53:42 19 | noting it.  I just -- that's all I got.

11:53:49 20 |     **BY MS. REDDY:**

11:53:50 21 |     **Q.**   Right.  Okay.  I'm going to share with

11:54:14 22 | you another document that was also produced in the

11:54:17 23 | normal course of discovery by Corporation Counsel

*Jake Giarrano - Ms. Reddy - 01/31/2024*

59

11:54:19  1  who represents the City of Buffalo and the officers

11:54:22  2  in this case.  This has been labeled as defense

11:54:25  3  Exhibit 1, and it's been put into evidence in prior

11:54:29  4  depositions this week.

11:54:30  5       I'm going to direct your attention to page

11:54:34  6  8.  Do you recognize this document?

11:54:36  7       A.    That is a case history document.

11:54:39  8       Q.    How is this document generated?

11:54:42  9       A.    It's generated at central booking by

11:54:45 10  the officers involved.

11:54:47 11       Q.    Is there a specific officer that

11:54:49 12  oversees this document?

11:54:52 13       A.    One of the two main officers usually

11:54:55 14  oversees it, unless there's a detective involved in

11:55:00 15  the case.

11:55:01 16       Q.    Okay.  Do you see your name anywhere on

11:55:03 17  this document?

11:55:04 18       A.    Yes.

11:55:05 19       Q.    In what capacity are you identified on

11:55:07 20  this document?

11:55:07 21       A.    Assisted in investigation and arrest.

11:55:11 22       Q.    How did you assist in the investigation

11:55:13 23  and arrest?  And just for context, are we still

*Jake Giarrano - Ms. Reddy - 01/31/2024*

60

11:55:17 1  referring to Mr. Suttles in relation to his arrest

11:55:20 2  of May 10th, 2020?

11:55:21 3      A.    Yes.  I arrived on scene.  I asked the

11:55:24 4  officers what they needed.  Maybe they said, hey,

11:55:29 5  could you block traffic here, something along those

11:55:32 6  lines, which I would have done to help them out.

11:55:35 7  And then from there, I assisted them up at ECMC by

11:55:41 8  relieving one of them to do some paperwork.

11:55:45 9      Q.    Okay.  And what about the second part?

11:55:47 10 How did you perform the function noted here for his

11:55:51 11 arrest?

11:55:52 12     A.    I was part of the arrest.  That's --

11:55:56 13 that's all that means.  I don't think it's noting

11:55:58 14 that I effected the arrest or -- this was an

11:56:02 15 arrest, so all these people listed were a part of

11:56:05 16 the arrest is what it's saying.

11:56:12 17     Q.    Okay.

11:56:12 18     A.    Is my interpretation of it.

11:56:53 19     Q.    I'm going to share with you another

11:56:55 20 exhibit.  It's actually a video, and this has also

11:56:59 21 been produced in the normal course of discovery and

11:57:02 22 entered as evidence.  I'm going to play the video

11:57:09 23 for you.  In a few minutes you should recognize

*Jake Giarrano - Ms. Reddy - 01/31/2024*

61

11:57:12  1  yourself.  I'd like you to identify yourself in

11:57:15  2  this video.

11:57:17  3          (Video played.)

11:57:33  4      **MS. REDDY:**  I'm not sure why the audio is

11:57:36  5  not playing.  Hold on one second.

11:57:37  6          **THE WITNESS:**  It takes 30 seconds.

11:57:39  7      **MS. REDDY:**  Oh, there it is, okay.

11:57:41  8          (Video played.)

11:58:15  9      **BY MS. REDDY:**

11:58:15  10     **Q.**   Who is this officer right here on the

11:58:17  11  left?  Do you recognize this person?

11:58:18  12     **A.**   That's -- I believe it's Officer

11:58:21  13  Ammerman.

11:58:21  14     **Q.**   Sorry, Ammerman?

11:58:23  15     **A.**   Yeah.

11:58:24  16     **Q.**   And the other officer?

11:58:26  17     **A.**   I believe that's Officer Hanover.

11:58:34  18         (Video played.)

12:00:58  19     **THE WITNESS:**  Oh, that's me.

12:01:01  20     **MS. REDDY:**  Okay.  Sorry.  I just paused it

12:01:06  21  so you could get your answer in.

12:01:06  22     **THE WITNESS:**  Yeah, so that's me, looks like

12:01:08  23  me, Marc Hurst, and then that's Anthony Seed -- or

*Jake Giarrano - Ms. Reddy - 01/31/2024*

62

12:01:12  1  Anthony Speed in the back seat.

12:01:14  2      **BY MS. REDDY:**

12:01:15  3      **Q.**   Who is Anthony Speed?

12:01:16  4      **A.**   He's the one who ran and threw the

12:01:18  5  firearm on the roof probably 20 minutes prior to

12:01:21  6  this, 10 minutes prior.  Literally, you see that

12:01:23  7  tall building behind him?  Just to the left of

12:01:27  8  that, so just south is right where the incident

12:01:31  9  just occurred.  So we were effecting this arrest

12:01:34 10  right around the corner.

12:01:36 11      **Q.**   Okay.  So you're referring to a

12:01:38 12  civilian in the back seat?

12:01:39 13      **A.**   Yeah.  He pled guilty, so he was a

12:01:43 14  defendant and criminal because he pled guilty to

12:01:46 15  possessing a firearm.

12:01:47 16      **Q.**   Okay.  I'm just going to go back a few

12:01:50 17  seconds.  I'd like you to identify when you arrive

12:01:52 18  on the scene.

12:01:54 19      (Video played.)

12:01:59 20      **BY MS. REDDY:**

12:02:00 21      **Q.**   So that's your vehicle approaching the

12:02:02 22  scene?

12:02:05 23      **A.**   Yeah, it appears to be.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

12:02:07  1        **Q.**   Okay.  And who is walking over to your

12:02:09  2   vehicle?

12:02:09  3        **A.**   That looks like Mike Scheu.  Sounds

12:02:12  4   like Mike Scheu.

12:02:13  5        **Q.**   Okay.  So just for the record, this is

12:02:16  6   the video labeled

12:02:29  7   AXON_body_2_video_2020-05-10_1824.  The witness has

12:02:32  8   identified himself as approaching the scene at the

12:02:36  9   three minute 12 second mark of this video in a

12:02:40 10   white patrol car.

12:02:42 11        **MR. DUDDY:**  Just before we begin, Officer

12:02:48 12   Giarrano needs to text his babysitter, okay?

12:02:48 13        **MS. REDDY:**  Wait.  I'm sorry, I didn't hear

12:02:49 14   you.

12:02:49 15        **MR. DUDDY:**  The officer needs to text his

12:02:52 16   babysitter.

12:02:53 17        **MS. REDDY:**  Okay.

12:02:54 18        **THE WITNESS:**  Is that okay?  Thank you.

12:02:55 19        **MS. REDDY:**  We'll just pause right here.

12:02:57 20        (Off the record at 12:02 p.m.)

12:03:29 21        **THE WITNESS:**  Thank you.

12:03:29 22        **MS. REDDY:**  Sure.  Okay.  I'm going to start

12:03:37 23   the video again.  Back on the record.

*Jake Giarrano - Ms. Reddy - 01/31/2024*

64

12:03:45  1          (Video played.)

12:04:15  2          **BY MS. REDDY:**

12:04:16  3          **Q.**   Did you say something in that footage

12:04:18  4  just now?

12:04:18  5          **MR. DUDDY:**  Objection.  Form.

12:04:20  6          **THE WITNESS:**  I did say something.  I

12:04:22  7  just -- I don't -- I couldn't hear what it was, and

12:04:24  8  I don't recall.  It was four or so years ago.

12:04:29  9          **BY MS. REDDY:**

12:04:30 10          **Q.**   Right.  I'm not asking for you to

12:04:32 11  recall four years ago.  I'm asking you, did you

12:04:35 12  hear yourself -- was that your voice in this video

12:04:39 13  that I just played?

12:04:40 14          **A.**   Yeah, that was me in the car talking,

12:04:43 15  me and -- Marc Hurst was next to me.

12:04:46 16          **Q.**   Okay.  Did you hear your voice just now

12:04:49 17  say anything that you can --

12:04:50 18          **MR. DUDDY:**  Objection.  Form.

12:04:51 19          **MS. REDDY:**  Just let me finish my question,

12:04:54 20  Mr. Duddy.

12:04:54 21          **BY MS. REDDY:**

12:04:57 22          **Q.**   Did you hear yourself say anything in

12:04:59 23  the scene that I've just played that you can relate

*Jake Giarrano - Ms. Reddy - 01/31/2024*

65

12:05:01  1  to us as you sit here today?

12:05:03  2       **MR. DUDDY:**  Objection.  Form.

12:05:04  3       **THE WITNESS:**  I could not.  I just heard my

12:05:07  4  voice.  I couldn't hear what was said.

12:05:10  5       **MS. REDDY:**  I'm going to keep playing it,

12:05:13  6  and I'm going to play it back, also.

12:05:18  7       (Video played.)

12:07:16  8       **BY MS. REDDY:**

12:07:17  9       **Q.**  Had you left the scene by then?

12:07:18 10       **A.**  I'm not sure if I parked somewhere or

12:07:22 11  went on my way and completed my arrest.  I really

12:07:25 12  don't recall at all.

12:07:27 13       **Q.**  Okay.

12:07:28 14       **A.**  I could have parked around the corner

12:07:30 15  and just been out there helping them out.  Again,

12:07:36 16  I'm not sure.

12:07:38 17       **MS. REDDY:**  Okay.  I'm going to play it for

12:07:40 18  a minute to see if we see your vehicle.

12:07:44 19       (Video played.)

12:08:46 20       **BY MS. REDDY:**

12:08:47 21       **Q.**  Can you see your vehicle?  Just let me

12:08:49 22  know if you see your vehicle anywhere.

12:08:51 23       **A.**  I don't see it right now, so I may have

*Jake Giarrano - Ms. Reddy - 01/31/2024*

66

12:08:55  1  already -- I may have already left the scene or I

12:08:58  2  could have pulled around to the other side.  Again,

12:09:00  3  I --

12:09:04  4          (Video played.)

12:09:09  5          **BY MS. REDDY:**

12:09:10  6          **Q.**   Sorry, go ahead.

12:09:11  7          **A.**   Yeah, I could already have left the

12:09:12  8  scene and processed the arrest.  Like I said, I'm

12:09:15  9  not fully positive.  I wasn't sure if we had --

12:09:19 10  pardon?

12:09:19 11          **Q.**   Sorry, go ahead.

12:09:20 12          **A.**   I wasn't sure if we had a transported

12:09:23 13  car or we transported ourselves.  I don't believe

12:09:26 14  that car had a cage, so sometimes we would call for

12:09:29 15  a transport vehicle, because the Vic I'm in, I

12:09:32 16  don't believe that one had a cage.

12:09:34 17          **Q.**   Okay.  So in the scene that I just

12:09:36 18  played to you, do you see your vehicle parked

12:09:39 19  anywhere at the scene?

12:09:39 20          **A.**   I do not.

12:09:43 21          **Q.**   I'm going to go back, and for the

12:09:47 22  record, we're identifying the seven minute 18

12:09:50 23  second mark of the video.  The witness has just

*Jake Giarrano - Ms. Reddy - 01/31/2024*

67

12:09:52  1  testified that he does not see his patrol car at

12:09:55  2  the scene.  I'm going to go back to your arrival.

12:10:12  3        (Video played.)

12:10:45  4        **BY MS. REDDY:**

12:10:45  5        **Q.**   Is that you that said, oh, yeah, it's

12:10:48  6  up his ass?

12:10:48  7        **MR. DUDDY:**  Objection.  Form.

12:10:51  8        **BY MS. REDDY:**

12:10:51  9        **Q.**   In this video there's a voice saying,

12:10:53 10  oh, yeah, it's up his ass.  Do you recognize that

12:10:56 11  voice?

12:10:57 12        **MR. DUDDY:**  Objection.  Form.

12:11:00 13        **THE WITNESS:**  I heard, oh, yeah.  I didn't

12:11:02 14  hear the second part.  If you can just play it again.

12:11:05 15        **MS. REDDY:**  Sure.

12:11:05 16        **THE WITNESS:**  It just gets muffled.

12:11:07 17        **MS. REDDY:**  Yeah, sure.

12:11:08 18        **BY MS. REDDY:**

12:11:08 19        **Q.**   Do you recognize the voice that says

12:11:10 20  oh, yeah?

12:11:10 21        **A.**   It could be me.  The camera pans away.

12:11:14 22  Marc Hurst is sitting next to me.

12:11:16 23        **Q.**   Okay.  I'll play it again, see if you

*Jake Giarrano - Ms. Reddy - 01/31/2024*

68

12:11:18  1  recognize your voice.

12:11:19  2       A.    I mean, that's more than likely my

12:11:21  3  voice.  It's just --

12:11:26  4       (Video played.)

12:11:34  5       BY MS. REDDY:

12:11:34  6       Q.    Did you hear, oh, yeah, it's up his ass

12:11:38  7  this time?

12:11:38  8       MR. DUDDY:  Objection.  Form.

12:11:40  9       THE WITNESS:  I did hear that, but I did not

12:11:42 10  hear if it was all myself saying it or I said half

12:11:46 11  and then Marc Hurst chimed in the last bit.  I'm

12:11:50 12  not positive.

12:11:50 13       BY MS. REDDY:

12:11:50 14       Q.    Okay.  And what are you two referring to?

12:11:53 15       MR. DUDDY:  Objection.  Form.

12:11:59 16       THE WITNESS:  That -- in that statement, I

12:12:01 17  mean, it's very likely that narcotics -- commonly

12:12:05 18  narcotics are hidden inside people, in their crotch

12:12:09 19  area, and they boof it and shove it inside them to

12:12:13 20  conceal it.  It's happened numerous, numerous times

12:12:16 21  in my seven years.  I've made hundreds of narcotics

12:12:22 22  arrests, felony narcotics arrests, and that has --

12:12:29 23  narcotics, I would say the majority of them are

*Jake Giarrano - Ms. Reddy - 01/31/2024*

69

12:12:32  1  covered -- recovered from the waistband or the

12:12:34  2  pants area, and many times they try to be concealed

12:12:39  3  in or on a person, in my seven years experience in

12:12:44  4  law enforcement.

12:12:46  5          **BY MS. REDDY:**

12:12:46  6          **Q.**  So are you referring to like the butt

12:12:49  7  cheeks?

12:12:49  8          **MR. DUDDY:**  Objection.  Form.

12:12:52  9          **THE WITNESS:**  Yeah.  So, I mean, men wear

12:12:55 10  boxers that are like boxer briefs, so you could

12:12:59 11  place it in there.  Sometimes they put it in the

12:13:02 12  front of the waistband of the boxers as well.

12:13:06 13  Other times, yes, it will go to the butt cheeks,

12:13:09 14  and other times they're shoved inside them.

12:13:14 15          I've had guys cough and squat at central

12:13:17 16  booking, and huge rocks of crack have fallen out of

12:13:24 17  them.  I recently made an arrest where as a guy was

12:13:27 18  leaving ECMC, he tripped, and a three or four-gram

12:13:30 19  piece of meth not in a bag came out of his anus.  I

12:13:33 20  mean, that's -- it's extremely common.  It's a huge

12:13:36 21  safety risk to the person involved.  I mean,

12:13:42 22  it's -- it's pretty crazy to do, but it happens.

12:13:47 23          **BY MS. REDDY:**

*Jake Giarrano - Ms. Reddy - 01/31/2024*

12:13:47  1          **Q.**   And is that what the suspicion was on

12:13:49  2   this day in question with respect to Mr. Suttles?

12:13:51  3          **MR. DUDDY:**  Objection.  Form.

12:13:54  4          **THE WITNESS:**  From what Officer Scheu

12:13:56  5   explained to me, that was my assumption.  Again, I

12:13:59  6   wasn't there for the initial incident.  I'm not

12:14:03  7   sure what transpired besides what I've seen on the

12:14:06  8   video, but from what he described, it's very common

12:14:09  9   that a person would hide narcotics in that way.

12:14:12  10         **BY MS. REDDY:**

12:14:12  11         **Q.**   Are you referring to what he described

12:14:14  12   to you in this video?

12:14:16  13         **A.**   Yeah.  What he described to me in the

12:14:19  14   minute conversation we had prior where he came up

12:14:21  15   to my car and talked, my interpretation at that

12:14:25  16   point of it being hidden on his person, from what I

12:14:30  17   was told, that's a suspicion I believe could

12:14:32  18   possibly be true.  I mean, there's other places it

12:14:36  19   could be hidden.  People fight for other reasons,

12:14:38  20   but from what he described, it aligns with the

12:14:42  21   pattern that I see in law enforcement that

12:14:44  22   narcotics get hidden in that way.

12:14:46  23         **Q.**   Were any narcotics recovered on May

12:14:49  1  10th, 2020, in relation to the arrest of Mr. Suttles?

12:14:51  2  **MR. DUDDY:** Objection.  Form.

12:14:52  3  **THE WITNESS:** I was not the primary officer.

12:14:54  4  I left the scene, and I did not arrive again until

12:14:57  5  the hospital.  I did not submit anything.  I did

12:14:59  6  not complete any paperwork to this arrest, so I

12:15:03  7  can't speak on what was recovered and what was not

12:15:05  8  recovered.

12:15:05  9  **BY MS. REDDY:**

12:15:06  10  **Q.**  As you sit here today, what is your

12:15:07  11  understanding of any narcotics that were recovered

12:15:09  12  from Mr. Suttles on the day of his arrest on May

12:15:12  13  10th, 2020?

12:15:14  14  **A.**  When you were scrolling through, I

12:15:16  15  could see the charges, and I didn't see any

12:15:17  16  controlled substance, but I did see a destruction

12:15:21  17  of evidence.  During that search process in that

12:15:23  18  video, I did see the recovery of two ripped bags,

12:15:26  19  and that is commonly how narcotics is packaged.

12:15:31  20  Again, I can only quote my past experience

12:15:34  21  because I didn't have much to do with this arrest,

12:15:36  22  but it is extremely common that people rip bags of

12:15:40  23  cocaine.  They rip bags of crack.  They try to

*Jake Giarrano - Ms. Reddy - 01/31/2024*

72

12:15:43  1  swallow -- I've witnessed people swallow crack and

12:15:43  2  I had to wrestle it out of their mouth to prevent

12:15:50  3  them probably from dying if the bag rips.

12:15:53  4       So it's very common that ripped baggies and

12:15:56  5  the actions of the -- Mr. Suttles on this day would

12:15:59  6  lead the officers to believe that some type of

12:16:02  7  contraband was hidden or destroyed.

12:16:04  8       **Q.**   But never found.

12:16:07  9       **A.**   No, that's --

12:16:08  10      **MR. DUDDY:**  Objection.

12:16:09  11      **BY MS. REDDY:**

12:16:10  12      **Q.**   That was retrieved on this day in

12:16:12  13  question; is that correct?

12:16:16  14      **A.**   No.

12:16:16  15      **MR. DUDDY:**  Objection.  Form.

12:16:17  16      **BY MS. REDDY:**

12:16:18  17      **Q.**   That's incorrect, or your answer is no?

12:16:20  18      **A.**   Nothing was recovered that day.  To my

12:16:23  19  understanding now, after seeing everything I've

12:16:28  20  just seen.

12:16:29  21      **Q.**   Thank you.

12:16:30  22      **A.**   I also would like to say that Officer

12:16:32  23  Scheu and Officer Ammerman are two of the -- out of

*Jake Giarrano - Ms. Reddy - 01/31/2024*

73

12:16:37  1  700 cops in the city --

12:16:38  2      Q.   I'm sorry, I'm sorry.  There's no

12:16:39  3  question on the table.

12:16:40  4      A.   Okay.  They're just very good police

12:16:44  5  officers, and I'd just like that noted.

12:16:44  6      Q.   As who violently beat up civilians.

12:16:47  7  There's no question on the table, officer.

12:16:49  8      MR. DUDDY:  Is that a question?

12:16:50  9      MS. REDDY:  It was a statement actually.

12:16:52 10      MR. DUDDY:  We're not here for your

12:16:53 11  statements.

12:16:53 12      MS. REDDY:  Well, that's fine, but I'm going

12:16:56 13  to make that statement.  Officer, there's no

12:16:57 14  question pending.  I know you want to condone the

12:17:01 15  behavior of violent police officers who are your

12:17:03 16  good friends and partners, but we're not here for

12:17:05 17  that today.  We're all done here.  Thank you.

12:17:08 18      MR. DUDDY:  Thanks.

12:17:10 19      MS. REDDY:  I don't have any more questions.

12:17:12 20  Thank you.

12:17:12 21      THE WITNESS:  Have a good day.

12:17:37 22      (Deposition concluded at 12:17 p.m.)

         23               *    *    *

74

1          I hereby CERTIFY that I have read the

2    foregoing 73 pages, and that they are a true and

3    accurate transcript of the testimony given by me in

4    the above-entitled action on January 31, 2024.

5

6

7                              ------------------------

                                    JAKE GIARRANO

8

9    Sworn to before me this

10

11   -------- day of  ---------, 20__.

12

13   -------------------------

14   NOTARY PUBLIC.

15

16

17

18

19

20

21

22

23

```
 1  STATE OF NEW YORK )

 2                          ss:

 3  COUNTY OF ERIE     )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17                        _____

18                        JOAN M. METZGER-HUBBELL,
                           CM, Realtime Reporter,
19                         Notary Public.

20

21

22

23
```

76

1                          **INDEX TO EXHIBITS**

2      **Exhibit              Description              Page**

3        DEFT. EXH. 3   disciplinary card                    3

4

5

6      *Copies of exhibit supplied to all counsel.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

77

1                          **INDEX TO WITNESSES**

2    **Witness**                **Examination**                **Page**

3     JAKE GIARRANO          BY MS. REDDY                    4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

## 1

**1** [1] - 59:3
**1-21-CV-00897** [1] - 1:8
**1/20/17** [1] - 7:16
**10** [2] - 55:6, 62:6
**10:22** [1] - 1:20
**10:26** [1] - 3:16
**10th** [16] - 9:16, 19:5, 24:13, 26:23, 27:18, 45:14, 48:1, 49:10, 50:16, 54:10, 55:16, 56:8, 56:16, 60:2, 71:1, 71:13
**11-year-old** [2] - 38:9, 40:4
**1100** [2] - 1:16, 2:7
**11:01** [1] - 31:4
**11:25** [1] - 50:10
**11:35** [1] - 50:17
**12** [1] - 63:9
**12:02** [1] - 63:20
**12:17** [1] - 73:22
**14202** [1] - 2:8
**14209** [1] - 72:22
**155** [1] - 34:7
**18** [3] - 8:10, 15:11, 66:22
**1820** [1] - 55:4
**195.05** [1] - 28:8
**1:30** [2] - 8:16, 8:20

## 2

**2** [1] - 53:4
**20** [2] - 13:22, 62:5
**2011** [1] - 15:18
**2015** [2] - 16:12, 16:18
**2017** [1] - 7:16
**2018** [3] - 7:23, 8:6, 11:11
**2020** [28] - 8:17, 9:2, 9:16, 19:5, 24:13, 25:2, 25:14, 26:23, 27:18, 27:20, 32:14, 36:11, 37:15, 40:21, 43:22, 45:14, 46:15, 48:1, 49:10, 50:16, 54:11, 55:16, 56:8, 56:16, 60:2, 71:1, 71:13
**2021** [3] - 31:23, 32:2, 33:23
**2023** [1] - 8:6
**2024** [2] - 1:19, 74:4
**20__** [1] - 74:11
**20th** [1] - 7:16
**21** [2] - 32:11

## 22

**22** [1] - 15:11
**2767** [1] - 3:3

## 3

**3** [5] - 3:2, 3:21, 53:21, 76:3
**30** [2] - 13:23, 61:6
**31** [2] - 1:19, 74:4
**311** [6] - 44:12, 44:14, 44:15, 44:19, 44:22, 45:4
**3113(d** [1] - 3:5
**37** [1] - 3:6
**3:30** [2] - 8:16, 8:20

## 4

**4** [2] - 57:13, 77:3
**455** [1] - 2:2
**480** [1] - 57:13
**490** [1] - 57:11

## 5

**5/10/2020** [1] - 55:3
**55** [1] - 34:7

## 6

**65** [2] - 1:16, 2:7

## 7

**700** [1] - 73:1
**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3
**73** [1] - 74:2

## 8

**8** [1] - 59:6
**851-4334** [1] - 2:8

## 9

**9** [1] - 54:23
**911** [1] - 58:6

## A

**A-District** [1] - 7:19
**a.m** [6] - 1:20, 3:16, 8:16, 8:20, 31:4, 50:10
**ability** [2] - 7:5, 34:23
**able** [4] - 7:1, 28:10, 33:12, 41:4
**above-entitled** [1] - 74:4

**absolutely** [2] - 42:23, 49:12
**accordance** [1] - 34:22
**accurate** [5] - 28:7, 36:14, 36:17, 47:18, 74:3
**accused** [2] - 4:20, 6:4
**action** [3] - 74:4, 75:12, 75:15
**actions** [1] - 72:5
**addicts** [5] - 25:20, 25:22, 25:23, 26:2, 28:22, 29:1
**admissions** [1] - 27:4
**aduddy@buffalony .gov** [1] - 2:9
**affairs** [1] - 57:1
**Affairs** [3] - 6:7, 53:18, 54:8
**affect** [1] - 34:17
**afternoon** [1] - 8:16
**afternoons** [1] - 8:19
**age** [2] - 32:10, 32:11
**ago** [8] - 19:21, 20:1, 21:13, 30:20, 41:21, 47:16, 64:8, 64:11
**ahead** [2] - 66:6, 66:11
**aid** [1] - 39:21
**aligns** [1] - 70:20
**allegations** [5] - 9:7, 9:11, 52:10, 53:14, 54:10
**alleges** [1] - 55:2
**Allentown** [2] - 15:12, 16:19
**allowed** [1] - 32:17
**alone** [2] - 46:15, 50:2
**altercation** [2] - 50:20, 50:22
**Amber** [2] - 46:4, 46:7
**Ammerman** [15] - 4:7, 10:18, 12:8, 12:12, 12:13, 12:18, 22:15, 25:13, 49:18, 49:19, 57:4, 58:5, 61:13, 61:14, 72:23
**amount** [1] - 28:12
**angle** [1] - 28:12
**ankle** [1] - 39:22
**answer** [14] - 5:22, 6:15, 6:16, 6:21, 7:2, 7:5, 14:4, 18:5, 29:15, 29:18, 36:7, 46:9, 61:21, 72:17

**ANTHONY** [1] - 2:6
**Anthony** [3] - 61:23, 62:1, 62:3
**anus** [1] - 69:19
**appearance** [1] - 10:9
**APPEARANCES** [1] - 2:1
**appeared** [2] - 25:19, 26:1
**Appearing** [2] - 2:4, 2:9
**appearing** [1] - 9:20
**Appellate** [3] - 38:14, 40:7, 40:17
**apprehended** [1] - 20:6
**approaching** [2] - 62:21, 63:8
**April** [2] - 31:23, 33:23
**area** [7] - 16:6, 26:18, 28:22, 28:23, 44:11, 68:19, 69:2
**areas** [1] - 43:12
**arm** [1] - 51:5
**arm-bar** [1] - 51:5
**arrest** [58] - 5:1, 5:17, 9:14, 9:15, 9:17, 19:4, 19:8, 19:12, 19:13, 20:3, 20:4, 22:14, 24:21, 25:6, 27:21, 28:6, 32:13, 33:20, 37:21, 38:3, 38:4, 40:20, 43:21, 44:3, 44:8, 45:15, 46:1, 46:13, 48:3, 48:9, 49:4, 49:10, 50:3, 50:23, 51:21, 52:8, 55:3, 56:2, 56:8, 56:15, 56:19, 56:22, 59:21, 59:23, 60:1, 60:11, 60:12, 60:14, 60:15, 60:16, 62:9, 65:11, 66:8, 69:17, 71:1, 71:6, 71:12, 71:21
**arrested** [10] - 28:2, 28:6, 28:8, 36:11, 36:13, 36:19, 37:6, 37:23, 38:7
**arrests** [5] - 6:2, 26:15, 26:16, 68:22
**arrival** [2] - 48:7, 67:2
**arrive** [4] - 20:19, 56:14, 62:17, 71:4
**arrived** [6] - 21:6, 27:1, 50:17, 55:19, 55:20, 60:3

**ass** [3] - 67:6, 67:10, 68:6
**assigned** [1] - 57:8
**assist** [1] - 59:22
**assistance** [2] - 19:9, 19:18
**Assistant** [1] - 2:6
**assistant** [1] - 16:22
**assisted** [4] - 16:23, 42:7, 59:21, 60:7
**assisting** [1] - 57:15
**assume** [2] - 22:7, 53:11
**assumption** [1] - 70:5
**Athol** [5] - 13:22, 15:20, 15:23, 16:1, 16:2
**attached** [1] - 33:20
**attempted** [1] - 40:23
**attempting** [1] - 51:20
**attend** [1] - 75:6
**attended** [1] - 16:9
**attention** [3] - 35:11, 54:21, 59:5
**attorney** [4] - 4:3, 6:20, 14:16, 29:16
**audio** [1] - 61:4
**aunt** [1] - 17:5
**available** [1] - 27:17
**Avenue** [2] - 2:2, 3:3
**aware** [9] - 9:6, 33:21, 34:11, 35:3, 35:18, 38:22, 39:3, 40:6, 40:11, 40:13, 40:16, 45:14, 45:17, 45:18, 45:23, 46:2
**AXON_body_2_ video_2020-05-10_ 1824** [1] - 63:7

## B

**babysitter** [2] - 63:12, 63:16
**bachelor** [1] - 16:17
**background** [1] - 17:18
**bad** [1] - 30:11
**bag** [2] - 69:19, 72:3
**baggies** [1] - 72:4
**bags** [3] - 71:18, 71:22, 71:23
**Bailey** [1] - 3:3
**bar** [1] - 51:5
**barrel** [1] - 34:4
**based** [1] - 55:1
**basis** [3] - 34:15, 42:12, 44:18

**bear** [2] - 41:4, 41:17
**beat** [2] - 56:11, 73:6
**became** [1] - 45:18
**become** [2] - 7:13, 17:15
**bed** [2] - 24:5, 24:7
**began** [3] - 11:20, 32:3, 41:2
**begin** [1] - 63:11
**beginning** [1] - 26:12
**behavior** [1] - 73:15
**behind** [3] - 27:13, 40:3, 62:7
**bench** [1] - 23:23
**best** [1] - 34:22
**better** [2] - 33:2, 33:6
**between** [1] - 8:7
**bit** [4] - 23:11, 34:6, 47:1, 68:11
**black** [1] - 35:19
**block** [1] - 60:5
**blocks** [2] - 19:14, 20:5
**Blue** [1] - 51:17
**body** [13] - 26:20, 26:22, 27:1, 27:6, 27:16, 33:1, 33:5, 33:19, 39:17, 41:19, 47:16, 47:17, 51:10
**boof** [1] - 68:19
**booking** [5] - 20:3, 21:12, 22:13, 59:9, 69:16
**bottom** [1] - 34:4
**bottom-of-the-barrel** [1] - 34:4
**boxer** [1] - 69:10
**boxers** [2] - 69:10, 69:12
**break** [5] - 31:3, 31:8, 31:13, 31:15, 50:7
**briefing** [2] - 44:15, 45:4
**briefly** [3] - 9:23, 24:15
**briefs** [1] - 69:10
**bring** [2] - 9:7, 24:1
**brings** [1] - 32:15
**brought** [2] - 41:14, 42:9
**BUFFALO** [1] - 1:9
**Buffalo** [22] - 1:15, 1:17, 2:2, 2:8, 3:3, 4:5, 7:9, 7:15, 9:11, 14:2, 14:19, 15:7, 15:9, 17:13, 17:16, 18:21, 39:1, 50:1, 52:6, 53:15, 54:9, 59:1

**building** [1] - 62:7
**bullet** [1] - 40:5
**busy** [1] - 57:17
**butt** [2] - 69:6, 69:13
**BY** [60] - 4:1, 6:3, 12:16, 14:7, 14:10, 18:8, 18:16, 19:3, 20:18, 22:4, 29:14, 31:7, 34:9, 35:1, 35:6, 35:12, 35:17, 36:9, 36:16, 37:2, 38:17, 39:4, 40:12, 40:19, 42:10, 44:6, 45:21, 47:23, 49:2, 49:15, 50:14, 51:6, 51:22, 52:5, 52:18, 54:6, 56:13, 58:8, 58:20, 61:9, 62:2, 62:20, 64:2, 64:9, 64:21, 65:8, 65:20, 66:5, 67:4, 67:8, 67:18, 68:5, 68:13, 69:5, 69:23, 70:10, 71:9, 72:11, 72:16, 77:3

# C

**C-District** [7] - 8:1, 8:5, 8:14, 8:18, 9:3, 28:4, 28:16
**cage** [3] - 20:16, 66:14, 66:16
**cam** [3] - 26:22, 27:1, 27:16
**camera** [10] - 26:20, 27:6, 33:2, 33:5, 33:19, 39:17, 41:19, 47:16, 51:10, 67:21
**cameras** [1] - 47:17
**Canisius** [2] - 16:9, 16:11
**capacity** [1] - 59:19
**car** [27] - 11:15, 11:22, 12:2, 12:3, 20:14, 20:16, 21:2, 21:3, 21:15, 21:17, 22:5, 25:10, 25:20, 25:21, 26:4, 28:3, 30:12, 30:16, 42:8, 47:12, 63:10, 64:14, 66:13, 66:14, 67:1, 70:15
**card** [2] - 3:2, 76:3
**care** [3] - 10:17, 45:11, 45:12
**career** [4] - 5:13, 6:1, 8:20, 30:2
**carrying** [2] - 20:7, 43:19
**Case** [1] - 1:8

**case** [25] - 4:4, 4:13, 4:14, 4:16, 4:18, 11:2, 11:5, 27:5, 38:13, 38:18, 38:20, 39:6, 39:11, 39:13, 39:15, 40:1, 40:6, 52:1, 53:1, 53:3, 53:10, 53:18, 59:2, 59:7, 59:15
**cases** [2] - 5:7, 5:12
**casing** [2] - 38:8, 39:22
**catch** [1] - 11:23
**CAVETTE** [1] - 2:5
**CB** [1] - 20:15
**cell** [1] - 43:15
**central** [5] - 20:3, 21:12, 22:13, 59:9, 69:15
**CERTIFY** [2] - 74:1, 75:5
**cetera** [1] - 23:20
**chair** [1] - 23:14
**CHAMBERS** [1] - 2:5
**change** [4] - 32:12, 34:11, 34:12, 35:21
**changes** [2] - 32:7, 35:2
**charge** [1] - 54:2
**charges** [3] - 30:3, 49:7, 71:15
**Charlie** [3] - 57:11, 57:13
**check** [3] - 17:18, 25:7, 27:16
**cheeks** [2] - 69:7, 69:13
**chief's** [3] - 11:22, 12:2, 45:10
**child** [2] - 10:17, 13:1
**chimed** [1] - 68:11
**choose** [1] - 54:5
**city** [8] - 4:15, 13:23, 14:8, 14:11, 15:5, 15:14, 73:1
**CITY** [1] - 1:9
**City** [17] - 1:16, 2:7, 4:5, 7:14, 9:11, 14:1, 14:19, 15:7, 15:8, 17:13, 17:16, 18:21, 39:1, 50:1, 52:6, 54:9, 59:1
**civil** [3] - 17:7, 17:14, 17:17
**Civil** [1] - 1:18
**civilian** [5] - 20:10, 42:20, 43:7, 45:14, 62:12
**civilians** [1] - 73:6
**claim** [1] - 44:7

**claims** [1] - 9:22
**clarify** [2] - 5:16, 12:17
**class** [1] - 17:1
**classes** [1] - 16:23
**clean** [1] - 6:17
**close** [5] - 25:11, 30:17, 32:16, 32:17, 33:4
**CM** [2] - 1:20, 75:18
**coach** [1] - 16:22
**cocaine** [5] - 5:2, 28:9, 28:11, 29:4, 71:23
**cold** [1] - 24:23
**College** [1] - 16:9
**college** [2] - 16:19, 16:21
**coming** [2] - 11:7, 43:8
**commands** [1] - 30:7
**commencing** [1] - 1:19
**Commercial** [1] - 3:6
**common** [8] - 29:21, 30:1, 43:6, 44:17, 69:20, 70:8, 71:22, 72:4
**commonly** [3] - 29:1, 68:17, 71:19
**commotion** [3] - 21:7, 50:18, 50:19
**community** [2] - 43:17, 44:22
**complainant** [1] - 55:1
**complaint** [4] - 6:6, 44:22, 45:4, 54:17
**complaints** [6] - 6:9, 25:9, 44:12, 44:15, 44:19, 44:22
**complete** [1] - 71:6
**completed** [2] - 22:13, 22:17, 65:11
**compliance** [1] - 3:5
**comply** [1] - 30:6
**complying** [1] - 26:12
**conceal** [1] - 68:20
**concealed** [1] - 69:2
**concluded** [1] - 73:22
**condone** [1] - 73:14
**conducted** [2] - 26:12, 26:14
**confer** [1] - 31:8
**conference** [1] - 3:5
**confirm** [1] - 21:18
**confirmed** [1] - 3:7
**connect** [1] - 28:10

**connecting** [1] - 1:18
**considered** [1] - 52:7
**considering** [1] - 30:10
**context** [3] - 37:8, 48:14, 59:23
**contraband** [1] - 72:7
**controlled** [1] - 71:16
**conversation** [4] - 24:15, 48:15, 48:19, 70:14
**conviction** [1] - 38:23
**Copies** [1] - 76:6
**cops** [1] - 73:1
**copy** [3] - 3:9, 3:12, 3:14
**corner** [7] - 25:8, 28:23, 42:19, 42:21, 43:8, 62:10, 65:14
**Corporation** [4] - 1:16, 2:6, 52:23, 58:23
**correct** [4] - 28:22, 42:2, 55:19, 72:13
**correctly** [1] - 29:3
**cough** [1] - 69:15
**counsel** [8] - 3:10, 3:12, 10:7, 21:18, 26:22, 27:15, 31:9, 76:6
**Counsel** [4] - 1:16, 2:6, 52:23, 58:23
**COUNTY** [1] - 75:3
**County** [3] - 14:6, 14:12, 17:10
**couple** [1] - 24:22
**course** [3] - 53:1, 58:23, 60:21
**Court** [2] - 38:14, 40:7
**COURT** [1] - 1:4
**court** [1] - 52:4
**Courtney** [1] - 9:4
**covered** [1] - 69:1
**CPLR** [1] - 3:5
**crack** [8] - 5:2, 25:9, 28:9, 28:11, 29:4, 69:16, 71:23, 72:1
**crazy** [2] - 38:1, 69:22
**create** [1] - 54:2
**criminal** [1] - 62:14
**crotch** [1] - 68:18
**cuffed** [1] - 25:17
**cuffs** [1] - 19:22
**curb** [5] - 25:11, 30:17, 32:16, 33:4

3

current [2] - 8:11, 49:21
custody [1] - 19:23

# D

daily [2] - 43:3, 44:18
dangerous [1] - 30:14
date [4] - 7:13, 8:10, 15:2, 32:1
day-to-day [1] - 34:15
days [7] - 8:22, 10:13, 12:20, 45:8, 45:9, 45:19
dealt [1] - 39:9
December [1] - 25:4
decided [1] - 34:20
decriminalization [1] - 33:22
decriminalized [2] - 31:21, 32:3
deemed [1] - 54:3
defendant [1] - 62:14
Defendant [3] - 1:10, 2:9, 53:4
Defendant's [1] - 3:21
defense [2] - 3:10, 59:2
definitely [3] - 21:16, 48:17, 55:9
DEFT [2] - 3:2, 76:3
degree [2] - 16:14, 16:16
Department [1] - 7:10
department [3] - 51:10, 53:8, 54:9
departmental [1] - 27:9
deponent [1] - 75:13
DEPOSITION [1] - 1:1
Deposition [1] - 73:22
deposition [8] - 1:14, 3:19, 4:11, 6:12, 9:8, 75:7, 75:9, 75:11
depositions [3] - 5:4, 18:5, 59:4
depth [5] - 11:3, 32:23, 48:15, 48:19, 48:20
describe [1] - 33:2
described [4] - 70:8, 70:11, 70:13, 70:20
Description [1] - 76:2

destroyed [1] - 72:7
destruction [1] - 71:16
detail [3] - 11:22, 12:2, 12:3
detective [3] - 38:5, 38:6, 59:14
determined [1] - 40:7
different [1] - 37:19
dinner [1] - 13:7
direct [3] - 36:22, 54:20, 59:5
directed [1] - 28:18
direction [1] - 75:11
directly [2] - 7:20, 39:20
disciplinary [2] - 3:2, 76:3
discovery [1] - 53:1, 58:23, 60:21
discuss [2] - 10:19, 48:8
discussions [4] - 10:8, 11:1, 11:5, 24:11
dispatch [1] - 58:6
district [2] - 7:17, 37:17
DISTRICT [2] - 1:4, 1:4
District [11] - 7:19, 7:21, 8:1, 8:3, 8:5, 8:14, 8:15, 8:18, 9:3, 28:4, 28:16
Division [4] - 6:8, 40:17, 53:18, 54:8
DO [1] - 75:5
doctors [1] - 23:19
document [14] - 52:23, 53:5, 53:20, 54:23, 55:6, 57:5, 58:11, 58:22, 59:6, 59:7, 59:8, 59:12, 59:17, 59:20
documentation [2] - 3:7, 58:16
documents [2] - 9:19, 10:4
done [4] - 20:4, 23:8, 60:6, 73:17
down [19] - 15:12, 20:3, 20:15, 21:12, 23:8, 25:16, 26:11, 26:13, 34:5, 34:21, 41:2, 41:12, 41:13, 47:22, 54:13, 54:19, 56:3, 56:19, 75:8
drawn [1] - 32:21
driver [1] - 30:13,

41:2
drop [1] - 4:23
dropped [1] - 49:8
drove [2] - 19:18, 19:19
drug [2] - 25:22, 42:8
drugs [2] - 37:5, 43:19
Duddy [3] - 3:13, 36:6, 64:20
DUDDY [61] - 2:6, 3:11, 3:15, 5:21, 12:11, 14:3, 14:9, 18:3, 18:7, 18:15, 19:2, 20:12, 21:18, 29:10, 29:13, 32:19, 34:1, 34:16, 35:5, 35:9, 35:15, 35:23, 36:4, 36:15, 36:21, 38:16, 39:2, 40:9, 40:14, 42:4, 44:5, 45:16, 47:14, 48:23, 49:11, 50:4, 51:2, 51:15, 52:2, 52:9, 53:23, 56:9, 58:2, 58:13, 63:11, 63:15, 64:5, 64:18, 65:2, 67:7, 67:12, 68:8, 68:15, 69:8, 70:3, 71:2, 72:10, 72:15, 73:8, 73:10, 73:18
due [2] - 27:9, 38:23
duly [2] - 3:4, 75:13
during [7] - 15:1, 25:5, 25:15, 41:19, 52:15, 55:3, 71:17
dying [1] - 72:3

# E

E-District [3] - 7:21, 8:3, 8:15
Eagle [1] - 55:5
early [1] - 32:14
East [1] - 55:5
ECMC [14] - 22:19, 22:20, 24:13, 27:1, 27:8, 45:22, 48:7, 50:1, 56:21, 57:5, 58:4, 58:10, 60:7, 69:18
effect [3] - 5:1, 6:1, 51:21
effected [1] - 60:14
effecting [1] - 62:9
either [1] - 32:16
email [1] - 10:22
encounter [2] - 22:8, 22:11, 37:18
encountered [2] -

37:13, 58:10
encounters [1] - 37:14
end [1] - 57:13
enforcement [3] - 30:2, 69:4, 70:21
entered [2] - 53:2, 60:22
entire [1] - 8:19
entitled [3] - 4:5, 74:4, 75:12
ER [1] - 23:13
ERIE [1] - 75:3
Erie [3] - 14:5, 14:11, 17:10
ESQ [3] - 2:1, 2:5, 2:6
estimation [1] - 23:4
et [1] - 23:20
evidence [4] - 53:2, 59:3, 60:22, 71:17
exact [6] - 10:23, 24:14, 25:15, 26:6, 31:1, 32:1
exactly [1] - 33:15
exam [3] - 17:7, 17:14, 17:17
EXAMINATION [1] - 3:23
examination [1] - 75:13
Examination [1] - 77:2
example [1] - 57:9
excessive [2] - 9:13, 55:2
EXH [2] - 3:2, 76:3
exhibit [4] - 52:20, 53:2, 60:20, 76:6
Exhibit [4] - 3:21, 53:4, 59:3, 76:2
EXHIBITS [1] - 76:1
exhibits [1] - 3:18
exit [3] - 21:15, 22:6, 33:11
exited [2] - 21:16, 22:5
experience [2] - 69:3, 71:20
explain [1] - 26:10
explained [1] - 70:5
explanation [1] - 45:13
extent [1] - 11:4
extremely [2] - 69:20, 71:22

# F

Facebook [6] - 46:1,

48:8, 48:22, 49:5, 49:9, 50:3
fact [2] - 51:11, 58:9
factor [1] - 33:18
failed [1] - 30:6
fall [1] - 41:4
fallen [1] - 69:16
false [1] - 9:14
familiar [2] - 4:8, 46:11
family [1] - 15:21
favor [1] - 40:18
February [9] - 24:23, 25:4, 27:18, 27:20, 36:11, 37:15, 40:21, 46:14
Federal [1] - 1:18
federal [1] - 18:5
fell [1] - 41:18
felony [2] - 28:3, 68:22
felt [1] - 23:6
female [6] - 46:19, 47:8, 47:20, 48:4, 48:5
few [11] - 10:11, 10:13, 13:15, 13:18, 19:14, 20:5, 31:15, 47:4, 51:5, 60:23, 62:16
fight [1] - 70:19
file [2] - 53:11
files [1] - 54:3
film [1] - 27:11
filming [1] - 27:12
finalized [1] - 18:18
fine [2] - 24:9, 73:12
finish [2] - 6:15, 41:1, 41:11, 41:13, 64:19
finished [2] - 7:11, 18:18
fire [3] - 30:19, 32:17, 33:3
firearm [9] - 20:7, 26:16, 37:22, 38:3, 38:4, 38:9, 56:2, 62:5, 62:15
firearms [1] - 26:16
FIRM [2] - 2:1, 2:12
first [1] - 9:23
five [5] - 4:19, 8:2, 13:11, 21:10, 37:17
fled [2] - 20:7, 37:5
flee [2] - 30:6, 40:23
fleeing [1] - 28:3
focusing [1] - 28:5
follow [5] - 5:19, 44:23, 45:1, 45:3, 45:7

4

**follow-up** [1] - 5:19
**following** [1] - 3:1
**follows** [1] - 3:8
**foot** [2] - 38:9, 40:4
**footage** [11] - 26:22, 27:6, 27:17, 33:5, 33:19, 39:18, 41:20, 50:3, 51:11, 51:12, 64:3
**force** [21] - 4:17, 4:21, 4:23, 5:7, 5:8, 5:12, 5:17, 6:1, 6:5, 9:13, 43:22, 50:23, 51:1, 51:13, 51:19, 52:11, 54:18, 55:3, 55:16, 56:7
**forces** [1] - 51:18
**foregoing** [3] - 74:2, 75:7, 75:12
**form** [50] - 5:21, 14:3, 14:9, 18:7, 18:15, 19:2, 20:12, 29:10, 29:13, 32:19, 34:1, 34:16, 35:5, 35:9, 35:15, 35:23, 36:15, 36:21, 38:16, 39:2, 40:9, 40:14, 42:4, 43:23, 44:5, 45:16, 47:14, 48:23, 49:11, 50:4, 51:2, 51:15, 51:18, 52:2, 52:9, 53:23, 56:9, 58:2, 58:13, 64:5, 64:18, 65:2, 67:7, 67:12, 68:8, 68:15, 69:8, 70:3, 71:2, 72:15
**forth** [1] - 23:16
**four** [12] - 8:2, 8:23, 33:8, 41:20, 45:7, 47:16, 55:7, 64:8, 64:11, 69:18
**four-gram** [1] - 69:18
**frame** [2] - 15:1, 38:12
**Francis** [1] - 13:20
**frequented** [1] - 29:1
**friends** [2] - 43:14, 73:16
**frisk** [1] - 41:10
**front** [3] - 10:4, 45:5, 69:12
**full** [1] - 48:19
**fully** [3] - 33:18, 34:2, 66:9
**function** [1] - 60:10

### G

**generally** [5] - 9:6,

9:9, 33:21, 45:1, 45:3
**generate** [1] - 44:18
**generated** [3] - 26:9, 59:8, 59:9
**Giarrano** [1] - 63:12
**GIARRANO** [5] - 1:1, 1:15, 3:3, 74:7, 77:3
**girl** [4] - 38:9, 39:21, 39:23, 40:4
**girlfriend** [2] - 30:9, 48:21
**given** [1] - 74:3
**golfed** [1] - 13:18
**gotcha** [1] - 16:7
**government** [1] - 3:7
**government-issued** [1] - 3:7
**governor** [1] - 34:19
**grade** [1] - 34:3
**graduate** [2] - 15:17, 16:11
**gram** [1] - 69:18
**great** [1] - 31:17
**grew** [2] - 15:21
**ground** [5] - 25:17, 40:22, 41:5, 41:15
**guilty** [2] - 62:13, 62:14
**gun** [9] - 4:23, 19:8, 19:12, 19:13, 38:5, 38:6, 39:11, 39:16, 39:23
**guns** [1] - 43:19
**gurney** [3] - 24:4, 24:6, 24:8
**guy** [3] - 56:3, 56:4, 69:17
**guys** [1] - 69:15
**GVU** [1] - 38:5

### H

**half** [3] - 30:12, 57:13, 68:10
**Hall** [2] - 1:16, 2:7
**hallway** [1] - 23:14
**Hamburg** [8] - 14:13, 14:14, 15:6, 15:22, 16:3, 16:6, 17:22, 18:9
**hand** [2] - 23:23
**handcuff** [1] - 24:4
**handcuffed** [3] - 20:20, 23:21, 24:3
**handful** [1] - 13:6
**Hanover** [1] - 61:17
**head** [1] - 46:12
**headed** [2] - 20:3, 21:12
**hear** [12] - 24:9, 31:6,

63:13, 64:7, 64:12, 64:16, 64:22, 65:4, 67:14, 68:6, 68:9, 68:10
**heard** [6] - 12:14, 19:8, 19:16, 35:7, 65:3, 67:13
**hears** [1] - 56:12
**help** [3] - 43:20, 47:5, 60:6
**helping** [1] - 65:15
**hereby** [1] - 74:1
**HEREBY** [1] - 75:5
**heroin** [1] - 25:10
**hidden** [5] - 68:18, 70:16, 70:19, 70:22, 72:7
**hide** [1] - 70:9
**high** [5] - 13:19, 15:17, 16:5, 16:8, 42:7
**High** [1] - 13:20
**himself** [3] - 30:8, 40:23, 63:8
**hire** [1] - 15:2
**hired** [2] - 15:4, 17:21
**history** [1] - 59:7
**hit** [1] - 38:4
**hold** [3] - 38:21, 41:18, 61:5
**home** [2] - 17:5, 31:18
**honestly** [1] - 7:6
**hospital** [10] - 22:14, 22:18, 24:4, 24:7, 27:3, 27:8, 27:11, 45:22, 57:12, 71:5
**hotspot** [7] - 25:7, 28:17, 42:7, 42:17, 42:22, 43:9, 43:10
**hour** [3] - 22:21, 23:1, 23:7
**hours** [2] - 23:2, 55:4
**house** [1] - 18:13
**housekeeping** [1] - 3:17
**HUBBELL** [2] - 1:20, 75:18
**hug** [2] - 41:4, 41:17
**huge** [2] - 69:16, 69:20
**hundred** [1] - 56:18
**hundreds** [3] - 25:8, 37:18, 68:21
**Hurst** [10] - 19:7, 22:6, 30:13, 47:7, 55:19, 56:6, 61:23, 64:15, 67:22, 68:11
**hydrant** [3] - 30:19,

32:17, 33:3
**hypothetical** [1] - 57:10

### I

**IAD** [1] - 53:11
**ID** [1] - 53:10
**idea** [2] - 48:6, 52:3
**Identification** [1] - 3:1
**identified** [2] - 59:19, 63:8
**identify** [2] - 61:1, 62:17
**identifying** [1] - 66:22
**identity** [1] - 3:6
**idling** [1] - 42:8
**impact** [1] - 32:5
**impacts** [1] - 34:14
**impair** [1] - 7:5
**impairedness** [1] - 32:10
**important** [1] - 6:14
**in-depth** [4] - 32:23, 48:15, 48:19, 48:20
**incident** [13] - 20:9, 25:14, 26:8, 26:20, 27:19, 28:5, 32:14, 33:2, 39:10, 50:16, 52:16, 62:8, 70:6
**included** [1] - 55:8
**incorrect** [1] - 72:17
**index** [1] - 53:10
**INDEX** [2] - 76:1, 77:1
**indicated** [2] - 32:15, 37:12
**indicates** [1] - 54:23
**individual** [2] - 4:6, 20:7
**individuals** [1] - 37:5
**informally** [1] - 18:23
**information** [1] - 39:13
**initial** [2] - 9:22, 70:6
**initiated** [1] - 30:18
**injuries** [1] - 44:2, 44:8
**inside** [4] - 43:5, 68:18, 68:19, 69:14
**instructed** [1] - 6:23
**intense** [1] - 37:21
**interact** [1] - 46:22
**interacted** [3] - 24:19, 37:20, 47:2
**interaction** [2] - 30:22, 33:1
**interactions** [2] -

24:16, 53:7
**interesting** [1] - 40:16
**internal** [1] - 57:1
**Internal** [3] - 6:7, 53:18, 54:8
**interpretation** [2] - 60:18, 70:15
**intersection** [2] - 42:9, 55:5
**investigation** [7] - 25:11, 53:12, 53:13, 54:2, 55:1, 59:21, 59:22
**involved** [8] - 5:6, 5:11, 5:17, 39:15, 39:20, 59:10, 59:14, 69:21
**involvement** [2] - 19:4, 34:10
**involving** [9] - 5:12, 27:21, 28:6, 35:19, 50:16, 52:1, 53:3, 53:15, 56:7
**issued** [1] - 3:7
**issues** [4] - 4:21, 10:13, 10:17
**items** [1] - 42:21

### J

**jail** [1] - 27:23
**JAKE** [5] - 1:1, 1:14, 3:3, 74:7, 77:3
**January** [13] - 1:19, 7:16, 24:22, 25:1, 25:4, 27:18, 27:20, 36:10, 37:15, 40:21, 43:22, 46:14, 74:4
**Joan** [2] - 6:13, 12:13
**JOAN** [2] - 1:20, 75:18
**job** [7] - 8:11, 16:21, 32:6, 32:12, 34:14, 34:17, 34:22
**John** [1] - 9:5
**justice** [2] - 28:7, 30:4, 36:12

### K

**keep** [1] - 65:5
**kid** [1] - 12:22
**kind** [7] - 12:4, 23:12, 24:2, 27:13, 30:13, 37:9, 57:21
**knowledge** [5] - 10:3, 14:17, 36:22, 39:9, 44:9

**known** [1] - 28:13
**knows** [2] - 24:16,
37:13

## L

**label** [1] - 43:10
**labeled** [4] - 43:9,
53:3, 59:2, 63:6
**lack** [2] - 38:14, 39:1
**lacked** [1] - 40:7
**lacrosse** [2] - 16:12,
16:22
**large** [1] - 37:5
**last** [6] - 7:11, 18:11,
18:14, 18:17, 18:23,
68:11
**late** [1] - 48:16
**LAW** [2] - 2:1, 2:12
**law** [5] - 30:2, 34:20,
34:21, 69:4, 70:21
**lawful** [1] - 30:7
**laws** [1] - 34:18
**lawsuit** [2] - 4:7,
10:19
**lawsuit's** [1] - 26:9
**lead** [1] - 72:6
**leaned** [1] - 21:3
**learn** [1] - 38:5
**leave** [2] - 17:4,
55:22
**leaving** [1] - 69:18
**led** [1] - 30:3
**left** [8] - 23:12, 50:2,
61:11, 62:7, 65:9,
66:1, 66:7, 71:4
**legal** [3] - 42:18,
42:19, 43:9
**legalization** [1] -
31:20
**legally** [3] - 42:11,
42:20, 43:11
**legislation** [2] -
34:12, 35:21
**less** [4] - 7:23, 21:10,
23:5, 23:6
**lieutenant** [1] - 57:20
**Lieutenant** [2] - 9:4,
9:5
**lieutenants** [1] - 9:5
**life** [1] - 15:10
**likely** [3] - 56:17,
68:2, 68:17
**line** [1] - 44:13
**lines** [4] - 9:14, 21:4,
57:14, 60:6
**Linwood** [1] - 2:2
**list** [2] - 17:20, 55:8
**listed** [5] - 51:23,
54:21, 55:8, 55:9,

60:15
**lists** [1] - 55:6
**Literally** [1] - 62:6
**live** [5] - 14:1, 14:5,
14:11, 15:6, 15:8
**living** [1] - 18:20
**LLC** [2] - 2:1, 2:12
**locate** [1] - 25:18
**located** [2] - 29:6,
29:20
**location** [1] - 20:11
**locations** [1] - 1:19
**lodge** [1] - 29:16
**lodges** [1] - 6:20
**logged** [3] - 57:6,
57:21, 57:23
**loitering** [1] - 43:18
**look** [1] - 51:20
**looked** [1] - 37:1
**looks** [2] - 61:22,
63:3

## M

**machine** [1] - 75:8
**Madison** [1] - 55:5
**main** [1] - 59:13
**majority** [1] - 68:23
**Mam** [2] - 46:4, 46:7
**manner** [2] - 49:4,
75:8
**map** [1] - 28:19
**Marc** [11] - 19:7,
30:12, 47:7, 55:19,
56:3, 56:6, 56:12,
61:23, 64:15, 67:22,
68:11
**March** [1] - 56:15
**marijuana** [11] -
25:12, 31:20, 32:7,
32:23, 33:9, 33:13,
33:22, 35:20, 42:2,
42:14, 42:15
**mark** [3] - 28:19,
63:9, 66:23
**marked** [2] - 3:20,
3:21
**Massicci** [1] - 10:16
**match** [2] - 38:9,
39:23
**matter** [2] - 3:18, 4:4
**mean** [28] - 11:9,
11:12, 23:1, 23:6,
25:13, 26:10, 26:15,
27:10, 29:19, 32:7,
33:7, 33:14, 34:6,
37:16, 37:18, 38:19,
39:8, 40:22, 45:6,
51:18, 54:3, 54:15,
68:2, 68:17, 69:9,

69:20, 69:21, 70:18
**means** [4] - 35:14,
38:7, 60:13, 75:8
**meant** [1] - 24:7
**medical** [2] - 23:17,
27:12
**medication** [1] - 7:4
**members** [1] - 43:16
**memory** [1] - 54:12
**men** [2] - 35:19, 69:9
**mentioned** [3] - 7:8,
35:11, 39:7
**message** [1] - 57:19
**met** [1] - 13:6
**meth** [1] - 69:19
**METZGER** [2] - 1:20,
75:18
**METZGER-
HUBBELL** [2] - 1:20,
75:18
**Michael** [3] - 11:19,
22:16, 49:22
**middle** [2] - 19:7,
19:10
**might** [2] - 27:3,
52:15
**Mike** [2] - 63:3, 63:4
**minimally** [1] - 11:6
**minute** [6] - 31:2,
50:7, 63:9, 65:18,
66:22, 70:14
**minutes** [6] - 13:23,
21:10, 31:15, 60:23,
62:5, 62:6
**missed** [1] - 17:5
**monitor** [1] - 45:23
**monitoring** [2] -
24:2, 24:12
**month** [1] - 31:18
**months** [3] - 7:20,
8:10, 24:22
**morning** [2] - 3:20,
4:2
**most** [2] - 26:16,
26:17
**mostly** [1] - 11:10
**mouth** [1] - 72:2
**move** [7] - 15:5,
17:9, 17:12, 17:22,
18:9, 18:12, 18:17
**moved** [5] - 15:12,
15:13, 18:14, 18:22,
18:23
**MR** [60] - 3:11, 3:15,
5:21, 12:11, 14:3,
14:9, 18:3, 18:7,
18:15, 19:2, 20:12,
21:18, 29:10, 29:13,
32:19, 34:1, 34:16,
35:5, 35:9, 35:15,

35:23, 36:4, 36:15,
36:21, 38:16, 39:2,
40:9, 40:14, 42:4,
44:5, 45:16, 47:14,
48:23, 49:11, 50:4,
51:2, 51:15, 52:2,
52:9, 53:23, 56:9,
58:2, 58:13, 63:11,
63:15, 64:5, 64:18,
65:2, 67:7, 67:12,
68:8, 68:15, 69:8,
70:3, 71:2, 72:10,
72:15, 73:8, 73:10,
73:18
**MS** [88] - 3:17, 4:1,
6:3, 12:13, 12:16,
14:7, 14:10, 18:4,
18:8, 18:16, 19:3,
20:18, 21:20, 21:22,
22:2, 22:4, 29:14,
31:3, 31:7, 34:9, 35:1,
35:6, 35:12, 35:17,
36:2, 36:6, 36:9,
36:16, 37:2, 38:17,
39:4, 40:12, 40:19,
42:10, 44:6, 45:21,
47:23, 49:2, 49:15,
50:6, 50:9, 50:11,
50:14, 51:6, 51:22,
52:5, 52:10, 52:18,
54:6, 56:13, 58:8,
58:20, 61:4, 61:7,
61:9, 61:20, 62:2,
62:20, 63:13, 63:17,
63:19, 63:22, 64:2,
64:9, 64:19, 64:21,
65:5, 65:8, 65:17,
65:20, 66:5, 67:4,
67:8, 67:15, 67:17,
67:18, 68:5, 68:13,
69:5, 69:23, 70:10,
71:9, 72:11, 72:16,
73:9, 73:12, 73:19,
77:3
**muffled** [2] - 24:10,
67:16
**multiple** [1] - 25:8
**mute** [1] - 22:3

## N

**NAIR** [1] - 2:11
**name** [7] - 4:2, 46:5,
46:6, 46:20, 53:19,
55:13, 59:16
**name's** [1] - 46:11
**named** [1] - 4:6
**narcotic** [2] - 33:16,
33:17, 43:13
**narcotics** [25] - 25:8,

25:9, 25:18, 26:15,
26:17, 28:1, 28:3,
28:17, 29:22, 37:7,
37:10, 41:8, 41:9,
43:2, 43:4, 68:17,
68:18, 68:21, 68:22,
68:23, 70:9, 70:22,
70:23, 71:11, 71:19
**near** [4] - 25:20,
25:21, 28:9, 29:6
**nearby** [1] - 25:18
**necessarily** [1] -
32:8
**need** [4] - 21:8, 21:9,
31:3, 31:13
**needed** [4] - 19:9,
19:17, 19:23, 60:4
**needs** [2] - 36:7,
63:12, 63:15
**nervous** [1] - 26:13
**never** [2] - 6:6, 72:8
**new** [1] - 28:18
**NEW** [2] - 1:4, 75:1
**New** [15] - 1:17, 2:2,
2:8, 3:3, 3:5, 13:22,
14:13, 15:20, 15:22,
17:23, 18:9, 31:20,
33:23, 35:22, 75:6
**news** [1] - 34:5
**next** [5] - 16:3, 21:1,
45:8, 64:15, 67:22
**Niagara** [2] - 1:16,
2:7
**NIBIN** [1] - 38:4
**night** [7] - 22:22,
27:23, 36:13, 36:20,
45:19, 48:13, 48:16
**nonemergency** [1] -
44:13
**normal** [3] - 53:1,
58:23, 60:21
**notable** [1] - 37:16
**NOTARY** [1] - 74:14
**Notary** [3] - 1:21,
75:5, 75:19
**noted** [2] - 60:10,
73:5
**nothing** [2] - 72:18,
75:15
**noticed** [3] - 10:11,
10:21, 58:7
**notified** [1] - 58:4
**noting** [2] - 58:19,
60:13
**number** [3] - 28:16,
43:15, 53:21
**numbers** [1] - 44:13
**numerous** [2] - 42:6,
68:20
**nurses** [1] - 23:20

## O

**oath** [1] - 50:13
**objection** [52] - 5:21, 6:20, 14:3, 14:9, 18:3, 18:7, 18:15, 19:2, 20:12, 29:10, 29:13, 29:16, 32:19, 34:1, 34:16, 35:5, 35:9, 35:15, 35:23, 36:15, 36:21, 38:16, 39:2, 40:9, 40:14, 42:4, 44:5, 45:16, 47:14, 48:23, 49:11, 50:4, 51:2, 51:15, 52:2, 52:9, 53:23, 56:9, 58:2, 58:13, 64:5, 64:18, 65:2, 67:7, 67:12, 68:8, 68:15, 69:8, 70:3, 71:2, 72:10, 72:15
**objections** [1] - 18:4
**objects** [1] - 6:20
**observe** [2] - 19:19, 25:19
**obstruction** [4] - 27:22, 28:7, 30:4, 36:12
**obviously** [1] - 41:9
**occurred** [4] - 20:9, 31:1, 33:15, 62:9
**October** [1] - 7:23
**OF** [4] - 1:4, 1:9, 75:1, 75:3
**office** [1] - 3:20
**Office** [1] - 1:15
**Officer** [17] - 4:2, 4:7, 10:16, 12:6, 13:13, 22:6, 57:4, 58:5, 61:12, 61:17, 63:11, 70:4, 72:22, 72:23, 73:13
**officer** [23] - 4:7, 5:9, 7:14, 7:18, 8:12, 14:18, 17:15, 18:6, 34:4, 41:10, 41:12, 47:3, 47:20, 49:13, 49:16, 49:17, 52:7, 59:11, 61:10, 61:16, 63:15, 71:3, 73:7
**officers** [27] - 4:6, 4:8, 9:12, 10:10, 10:14, 12:4, 19:8, 19:16, 19:23, 28:4, 37:23, 40:7, 47:4, 47:17, 50:2, 53:15, 54:4, 55:2, 55:16, 56:7, 59:1, 59:10, 59:13, 60:4, 72:6, 73:5, 73:15

**officially** [2] - 18:12, 18:22
**often** [1] - 12:22
**old** [2] - 23:13, 31:18
**once** [5] - 17:19, 20:2, 21:11, 22:12, 22:13
**one** [19] - 17:3, 23:8, 23:23, 28:16, 29:2, 30:7, 31:2, 33:13, 37:14, 45:10, 48:16, 48:20, 51:9, 55:7, 59:13, 60:8, 61:5, 62:4, 66:16
**one's** [2] - 43:18, 43:19
**opinion** [1] - 51:13
**orders** [1] - 34:4
**ourselves** [1] - 66:13
**outcome** [1] - 4:18
**outside** [6] - 10:7, 12:21, 13:2, 13:6, 13:14, 43:5
**overpolicing** [1] - 35:8
**oversees** [2] - 59:12, 59:14
**overturned** [2] - 38:14, 38:23
**owners** [2] - 43:13, 43:15

## P

**P-73** [1] - 58:17
**p.m** [4] - 8:16, 8:20, 63:20, 73:22
**packaged** [1] - 71:19
**page** [3] - 54:23, 55:6, 59:5
**Page** [2] - 76:2, 77:2
**pages** [1] - 74:2
**paid** [1] - 35:11
**paint** [2] - 33:6, 47:18
**pans** [1] - 67:21
**pants** [1] - 69:2
**paperwork** [8] - 22:17, 23:8, 30:21, 30:23, 32:21, 33:5, 60:8, 71:6
**pardon** [1] - 66:10
**park** [1] - 28:13
**parked** [7] - 25:10, 30:17, 32:16, 42:8, 65:10, 65:14, 66:18
**parole** [1] - 5:1
**part** [6] - 55:6, 55:13, 60:9, 60:12, 60:15, 67:14

**participated** [2] - 4:10, 5:3
**particular** [3] - 45:2, 51:8, 53:3
**partner** [6] - 12:9, 12:12, 12:18, 30:12, 49:20, 49:21
**partners** [2] - 11:10, 73:16
**pass** [1] - 17:20
**passed** [1] - 34:21
**passenger** [2] - 30:13, 47:9
**past** [4] - 15:15, 24:16, 53:7, 71:20
**pat** [6] - 25:16, 26:11, 26:13, 41:2, 41:12, 41:13
**pat-down** [6] - 25:16, 26:11, 26:13, 41:2, 41:12, 41:13
**patrol** [12] - 8:12, 12:4, 20:16, 21:2, 21:3, 21:15, 21:17, 22:5, 28:18, 34:4, 63:10, 67:1
**patted** [1] - 47:21
**pattern** [1] - 70:21
**pause** [2] - 31:2, 63:19
**paused** [1] - 61:20
**pay** [2] - 3:14, 34:3
**pending** [3] - 31:10, 39:10, 73:14
**Pennsylvania** [2] - 15:12, 16:20
**people** [9] - 26:3, 29:22, 37:18, 43:11, 60:15, 68:18, 70:19, 71:22, 72:1
**percent** [1] - 56:18
**perform** [1] - 60:10
**period** [1] - 8:7
**person** [10] - 38:10, 39:12, 41:6, 51:16, 51:17, 61:11, 69:3, 69:21, 70:9, 70:16
**personal** [1] - 43:15
**Philadelphia** [1] - 15:13
**phone** [2] - 43:15, 57:20
**physical** [3] - 17:19, 50:20, 50:22
**physically** [1] - 26:1
**pick** [1] - 54:5
**picture** [2] - 47:18, 55:11
**piece** [1] - 69:19
**place** [2] - 43:1,

69:11
**placed** [2] - 17:20, 44:21
**places** [3] - 29:22, 44:18, 70:18
**plaintiff** [2] - 4:4, 21:19
**Plaintiff** [2] - 1:7, 2:4
**plaintiff's** [1] - 3:12
**plan** [1] - 31:14
**planned** [1] - 29:5
**platoon** [1] - 11:20
**play** [5] - 60:22, 65:6, 65:17, 67:14, 67:23
**played** [14] - 16:12, 61:3, 61:8, 61:18, 62:19, 64:1, 64:13, 64:23, 65:7, 65:19, 66:4, 66:18, 67:3, 68:4
**playing** [2] - 61:5, 65:5
**pled** [2] - 62:13, 62:14
**plus** [1] - 33:14
**point** [8] - 23:13, 30:7, 37:22, 41:3, 41:8, 41:21, 46:3, 70:16
**police** [24] - 5:9, 7:14, 7:18, 9:12, 14:18, 17:6, 17:15, 22:5, 33:19, 35:18, 47:3, 47:12, 50:2, 52:7, 53:15, 54:9, 55:16, 56:7, 57:7, 57:11, 58:6, 58:18, 73:4, 73:15
**Police** [1] - 7:9
**policy** [3] - 27:2, 27:9, 34:11
**politician** [1] - 34:19
**polygraph** [1] - 17:19
**poor** [1] - 39:23
**portion** [1] - 54:21
**positive** [5] - 32:2, 49:18, 56:18, 66:9, 68:12
**possess** [1] - 32:11
**possessing** [1] - 62:15
**possession** [1] - 37:7
**possibly** [2] - 37:18, 70:18
**post** [1] - 48:8
**posted** [1] - 46:1
**power** [1] - 49:13
**practice** [2] - 30:1,

43:3
**PRATHIMA** [1] - 2:1
**Prathima** [1] - 4:3
**preddy@
thereddylaw.com** [1] - 2:3
**premarked** [1] - 3:1
**presence** [2] - 56:21, 75:10
**present** [4] - 1:15, 51:3, 52:17, 54:18
**PRESENT** [2] - 2:11
**pretext** [1] - 39:12
**pretty** [7] - 13:9, 15:10, 25:15, 37:21, 38:1, 48:16, 69:22
**prevent** [1] - 72:2
**previous** [1] - 30:22
**previously** [2] - 24:19, 53:2
**primarily** [1] - 12:19
**primary** [5] - 9:5, 49:13, 49:16, 49:17, 71:3
**prison** [2] - 4:19, 38:23
**proactive** [2] - 12:3, 12:4
**probable** [4] - 32:8, 38:15, 39:1, 40:8
**probation** [1] - 8:9
**probationary** [2] - 7:14, 7:18
**problem** [1] - 31:12
**Procedure** [1] - 1:18
**procedures** [1] - 35:19
**proceedings** [1] - 52:4
**process** [3] - 18:13, 32:4, 71:17
**processed** [1] - 66:8
**produced** [4] - 4:23, 52:23, 58:22, 60:21
**prompt** [1] - 33:10
**prompted** [4] - 33:22, 34:12, 35:21, 42:1
**providing** [2] - 3:9, 3:12
**proximity** [2] - 28:10, 29:21
**psych** [1] - 17:18
**public** [1] - 27:10
**Public** [3] - 1:21, 75:5, 75:19
**PUBLIC** [1] - 74:14
**pull** [5] - 30:9, 30:10, 40:23, 41:3
**pulled** [6] - 25:10,

25:16, 25:19, 30:7,
41:13, 66:2
**pulling** [1] - 41:11
**pulls** [1] - 26:19
**punch** [1] - 41:22
**purchase** [1] - 42:21
**pursuant** [1] - 1:17
**put** [5] - 24:1, 27:3,
47:11, 59:3, 69:11

**Q**

**Quentin** [2] - 4:3,
55:1
**QUENTIN** [4] - 1:6,
2:11, 21:21, 22:1
**questions** [5] - 6:18,
7:2, 7:6, 52:21, 73:19
**quick** [3] - 21:11,
21:13, 31:17
**quite** [1] - 18:13
**quote** [2] - 57:14,
71:20

**R**

**radio** [6] - 19:17,
57:8, 57:10, 57:11,
57:12, 58:6
**RAJITHA** [1] - 2:11
**ran** [1] - 62:4
**read** [4] - 34:5, 37:8,
54:22, 74:1
**really** [12] - 19:21,
20:1, 30:11, 30:14,
35:10, 41:21, 45:20,
48:12, 52:16, 54:18,
57:17, 65:11
**Realtime** [2] - 1:21,
75:18
**reason** [3] - 7:1,
35:3, 43:9
**reasons** [3] - 33:14,
35:4, 70:19
**recalling** [1] - 29:3
**receive** [1] - 44:12
**received** [3] - 9:22,
25:8, 57:23
**recently** [4] - 8:3,
18:1, 18:10, 69:17
**recess** [1] - 50:10
**recognize** [9] - 53:5,
53:6, 53:19, 59:6,
60:23, 61:11, 67:10,
67:19, 68:1
**recommended** [1] -
54:20
**record** [9] - 3:16,
6:17, 29:16, 31:4,
50:11, 63:5, 63:20,

63:23, 66:22
**recorded** [1] - 45:15
**recording** [1] - 6:13
**recovered** [12] - 5:2,
26:17, 28:4, 37:6,
38:10, 39:11, 69:1,
70:23, 71:7, 71:8,
71:11, 72:18
**recovery** [1] - 71:18
**REDDY** [91] - 2:1,
2:1, 2:12, 3:17, 4:1,
6:3, 12:13, 12:16,
14:7, 14:10, 18:4,
18:8, 18:16, 19:3,
20:18, 21:20, 21:22,
22:2, 22:4, 29:14,
31:3, 31:7, 34:9, 35:1,
35:6, 35:12, 35:17,
36:2, 36:6, 36:9,
36:16, 37:2, 38:17,
39:4, 40:12, 40:19,
42:10, 44:6, 45:21,
47:23, 49:2, 49:15,
50:6, 50:9, 50:11,
50:14, 51:6, 51:22,
52:5, 52:10, 52:18,
54:6, 56:13, 58:8,
58:20, 61:4, 61:7,
61:9, 61:20, 62:2,
62:20, 63:13, 63:17,
63:19, 63:22, 64:2,
64:9, 64:19, 64:21,
65:5, 65:8, 65:17,
65:20, 66:5, 67:4,
67:8, 67:15, 67:17,
67:18, 68:5, 68:13,
69:5, 69:23, 70:10,
71:9, 72:11, 72:16,
73:9, 73:12, 73:19,
77:3
**Reddy** [1] - 4:3
**redoing** [1] - 18:12
**reduced** [1] - 75:10
**referenced** [1] - 9:18
**referring** [17] - 9:15,
10:14, 26:7, 27:20,
38:13, 38:18, 42:22,
46:13, 49:19, 50:18,
51:8, 53:14, 60:1,
62:11, 68:14, 69:6,
70:11
**reflecting** [1] - 39:6
**refused** [1] - 4:23
**regarding** [1] - 10:8
**regularly** [1] - 13:3
**relate** [1] - 64:23
**relation** [4] - 43:21,
54:9, 60:1, 71:1
**relative** [1] - 75:15
**released** [2] - 38:22,

40:17
**relevance** [1] - 18:3
**relevancy** [1] - 18:4
**relieve** [3] - 22:14,
57:13, 58:5
**relieved** [1] - 22:15
**relieving** [1] - 60:8
**remember** [9] - 21:8,
22:12, 22:15, 23:15,
33:3, 45:19, 45:20,
48:12, 54:15
**remind** [1] - 50:12
**remove** [1] - 48:22
**removed** [5] - 42:12,
49:5, 49:8, 49:9, 50:2
**render** [1] - 39:21
**renovations** [1] -
18:19
**rephrase** [1] - 6:19
**report** [6] - 33:19,
37:1, 37:8, 58:18,
75:7
**reported** [1] - 58:17
**Reporter** [2] - 1:21,
75:18
**REPORTER** [4] - 3:9,
3:13, 3:22, 12:15
**represent** [1] - 52:22
**represents** [1] - 59:1
**request** [1] - 21:22
**required** [2] - 58:15,
58:16
**requirements** [2] -
14:18, 14:22
**residency** [1] - 14:18
**respect** [3] - 56:21,
57:3, 70:2
**respond** [2] - 11:12,
39:21
**responded** [3] -
38:2, 47:5, 54:4
**restaurant** [2] - 13:7,
13:8
**restroom** [1] - 31:14
**retrieved** [1] - 29:5,
72:12
**review** [6] - 9:19,
10:1, 27:6, 30:21,
30:23, 32:20
**reviewed** [1] - 9:21
**reviews** [2] - 51:16,
51:17
**ride** [4] - 10:17, 11:8,
12:6, 12:19
**riding** [5] - 11:17,
11:20, 19:6, 47:6,
49:22
**rights** [1] - 40:8
**rip** [2] - 71:22, 71:23
**ripped** [2] - 71:18,

72:4
**rips** [1] - 72:3
**risk** [1] - 69:21
**rocks** [1] - 69:16
**Ron** [8] - 10:18,
11:10, 12:8, 12:11,
12:17, 22:15, 25:13,
49:17
**roof** [2] - 20:8, 62:5
**room** [2] - 23:9,
23:12
**rotated** [1] - 12:5
**rotating** [1] - 11:20
**Rule** [1] - 3:6
**ruled** [1] - 40:17
**Rules** [1] - 1:18
**run** [2] - 25:16, 26:19

**S**

**safety** [4] - 41:10,
41:12, 47:21, 69:21
**sales** [3] - 28:17,
33:17, 43:13
**saw** [2] - 22:12, 51:4
**scene** [14] - 20:19,
56:15, 60:3, 62:18,
62:22, 63:8, 64:23,
65:9, 66:1, 66:8,
66:17, 66:19, 67:2,
71:4
**scheduling** [1] -
10:13
**Scheu** [4] - 4:8,
11:19, 12:6, 13:13,
22:16, 49:22, 57:4,
58:5, 63:3, 63:4, 70:4,
72:23
**school** [4] - 13:19,
15:17, 16:5, 16:8
**School** [1] - 13:20
**science** [2] - 16:17
**scratch** [1] - 38:21
**screen** [1] - 52:20
**scroll** [2] - 54:13,
54:19
**scrolling** [1] - 71:14
**search** [6] - 32:8,
33:11, 33:12, 41:2,
47:21, 71:17
**searched** [2] - 47:9,
47:19
**searching** [1] - 41:6
**seat** [2] - 62:1, 62:12
**second** [5] - 60:9,
61:5, 63:9, 66:23,
67:14
**seconds** [2] - 61:6,
62:17
**see** [25] - 10:18,

12:21, 13:1, 13:4,
13:11, 13:14, 13:16,
27:17, 53:6, 55:7,
59:16, 62:6, 65:18,
65:21, 65:22, 65:23,
66:18, 67:1, 67:23,
70:21, 71:15, 71:16,
71:18
**Seed** [1] - 61:23
**seeing** [1] - 72:19
**sees** [1] - 56:12
**Seitz** [1] - 9:5
**sell** [4] - 29:22, 32:4,
43:2, 43:4
**selling** [1] - 43:19
**sense** [3] - 23:3,
29:7, 41:18
**sensitive** [1] - 27:10
**sensitivity** [1] -
27:14
**sent** [1] - 57:19
**separate** [1] - 56:2
**service** [3] - 17:7,
17:14, 17:17
**set** [1] - 45:8
**settings** [1] - 27:8
**settled** [1] - 21:11
**seven** [10] - 5:14,
7:8, 14:23, 15:1, 15:4,
23:3, 43:3, 66:22,
68:21, 69:3
**seventh** [1] - 7:11
**share** [4] - 52:19,
52:20, 58:21, 60:19
**sharing** [1] - 26:21
**shell** [2] - 38:8, 39:22
**shift** [3] - 8:13, 8:16,
8:17
**shooting** [4] - 38:2,
38:8, 39:21, 40:2
**short** [1] - 38:11
**shorthand** [1] - 75:9
**shortly** [2] - 38:3
**shot** [2] - 39:22, 40:4
**shove** [1] - 68:19
**shoved** [1] - 69:14
**show** [2] - 41:20,
57:12
**showed** [1] - 57:15
**side** [1] - 66:2
**sit** [5] - 23:14, 39:5,
40:13, 65:1, 71:10
**sitting** [1] - 67:22
**situation** [3] - 30:11,
30:15, 38:1
**situations** [1] - 13:17
**six** [1] - 23:3
**slots** [1] - 10:17
**smell** [2] - 42:2,
42:15

8

**smelled** [3] - 25:12, 32:22, 33:9
**sold** [1] - 25:9
**someone** [4] - 27:11, 47:1, 58:3, 58:7
**sometime** [3] - 7:23, 24:22, 36:10
**sometimes** [10] - 42:23, 44:16, 44:17, 45:9, 57:17, 57:18, 57:19, 66:14, 69:11
**somewhere** [2] - 57:22, 65:10
**sorry** [13] - 11:23, 12:11, 14:14, 31:5, 46:9, 61:14, 61:20, 63:13, 66:6, 66:11, 73:2
**sort** [1] - 51:4
**sounds** [1] - 63:3
**south** [2] - 13:23, 62:8
**speaking** [2] - 14:16, 29:17
**specific** [1] - 59:11
**specifically** [1] - 35:20
**speculate** [2] - 29:11, 47:22
**Speed** [2] - 62:1, 62:3
**split** [1] - 56:18
**spot** [3] - 26:14, 28:14, 28:17
**Springs** [2] - 13:22, 16:2
**Square** [2] - 1:17, 2:7
**squat** [1] - 69:15
**ss** [1] - 75:2
**St** [1] - 13:20
**stack** [1] - 44:16
**standing** [1] - 21:1
**start** [3] - 7:17, 8:10, 63:22
**starting** [1] - 54:22
**stash** [1] - 29:22
**State** [4] - 31:20, 33:23, 35:21, 75:6
**STATE** [1] - 75:1
**statement** [5] - 54:8, 57:1, 68:16, 73:9, 73:13
**statements** [4] - 6:14, 38:19, 56:20, 73:11
**STATES** [1] - 1:4
**states** [1] - 28:1
**stating** [2] - 30:22, 53:11
**stationhouse** [1] -

40:3
**stay** [1] - 15:19
**stepped** [1] - 25:12
**stepping** [1] - 57:4
**steps** [2] - 34:7
**still** [9] - 6:20, 8:12, 21:19, 21:21, 22:2, 29:15, 39:10, 50:12, 59:23
**stop** [4] - 4:22, 30:18, 32:18, 37:4
**stopping** [1] - 31:14
**store** [5] - 28:12, 28:14, 42:17, 42:18, 42:19, 42:21, 43:5, 43:8, 43:13, 43:14, 43:18, 43:19, 43:20, 45:5
**stores** [3] - 43:1, 43:2, 43:4
**story** [1] - 33:6
**stray** [1] - 40:5
**Street** [1] - 55:5
**street** [1] - 29:3
**strikes** [1] - 51:5
**stuff** [2] - 27:10, 37:19
**subjects** [1] - 51:20
**submit** [3] - 43:22, 56:20, 71:5
**submitted** [1] - 3:18
**subpoena** [3] - 9:21, 9:23, 10:12
**substance** [1] - 71:16
**suffer** [1] - 44:2
**suffered** [1] - 44:7
**suit** [2] - 9:18, 11:16
**summary** [1] - 53:12
**super** [1] - 9:23
**supervisor** [2] - 9:2, 58:6
**supplied** [1] - 76:6
**surrounds** [1] - 16:6
**suspicion** [4] - 33:16, 41:9, 70:1, 70:17
**sustained** [1] - 6:7
**Suttles** [46] - 4:4, 4:5, 9:7, 19:5, 19:22, 20:11, 20:20, 21:20, 22:8, 23:10, 24:12, 24:19, 24:21, 27:4, 27:21, 28:11, 30:4, 33:10, 36:12, 36:23, 37:6, 37:12, 38:7, 38:22, 42:12, 44:2, 45:23, 46:15, 48:2, 48:9, 49:23, 50:16, 51:14, 52:1, 52:8,

53:16, 54:10, 55:2, 56:8, 56:15, 58:11, 60:1, 70:2, 71:1, 71:12, 72:5
**SUTTLES** [4] - 1:6, 2:11, 21:21, 22:1
**Suttles'** [6] - 32:15, 38:10, 40:8, 45:15, 48:8, 56:22
**swallow** [2] - 72:1
**sworn** [2] - 3:4, 75:13
**Sworn** [1] - 74:9

---

**T**

**TA** [1] - 16:23
**table** [3] - 31:11, 73:3, 73:7
**tackle** [2] - 41:17, 51:5
**tall** [1] - 62:7
**targeting** [1] - 35:19
**targets** [1] - 54:5
**Teams** [1] - 51:17
**TELECONFERENCE** [1] - 1:1
**teleconference** [1] - 1:14
**ten** [2] - 44:17, 50:7
**ten-minute** [1] - 50:7
**tenses** [1] - 26:19
**term** [1] - 35:7
**test** [2] - 17:6, 17:19
**testified** [12] - 3:8, 6:12, 11:8, 28:21, 30:16, 32:14, 36:10, 37:15, 39:16, 50:17, 55:18, 67:1
**testify** [2] - 9:8, 75:14
**testifying** [1] - 36:1
**testimony** [3] - 39:6, 46:14, 74:3
**text** [2] - 63:12, 63:15
**THE** [51] - 2:1, 2:12, 3:9, 3:13, 3:22, 5:23, 12:15, 14:5, 20:13, 29:11, 31:5, 32:20, 34:2, 34:17, 35:10, 35:16, 36:8, 36:22, 39:3, 40:10, 40:15, 42:5, 45:17, 47:15, 49:1, 49:12, 50:5, 50:8, 51:3, 51:16, 52:3, 52:12, 54:1, 56:10, 58:3, 58:14, 61:6, 61:19, 61:22, 63:18, 63:21, 64:6,

65:3, 67:13, 67:16, 68:9, 68:16, 69:9, 70:4, 71:3, 73:21
**theirs** [2] - 29:5, 29:8
**themselves** [1] - 43:2
**they've** [1] - 45:11
**three** [15] - 7:19, 8:23, 13:10, 23:2, 23:5, 23:6, 28:17, 31:18, 33:7, 44:17, 45:7, 55:7, 63:9, 69:18
**three-month-old** [1] - 31:18
**threw** [2] - 20:8, 62:4
**throughout** [1] - 5:13
**thrown** [1] - 27:3
**tied** [1] - 12:23
**time's** [1] - 12:23
**tired** [2] - 48:17, 48:18
**title** [2] - 8:11, 16:21
**TO** [2] - 76:1, 77:1
**today** [16] - 3:19, 3:21, 6:13, 6:17, 7:2, 7:6, 9:8, 9:20, 10:5, 10:9, 12:18, 39:5, 40:13, 65:1, 71:10, 73:17
**together** [7] - 11:13, 11:17, 12:19, 13:18, 55:20, 55:22, 56:5
**took** [3] - 17:14, 17:17, 40:21
**top** [2] - 28:16, 46:12
**towards** [1] - 27:4
**traded** [2] - 10:13, 10:16
**traffic** [3] - 4:22, 37:4, 60:5
**trafficking** [1] - 42:8
**trained** [2] - 7:19, 51:19
**training** [1] - 51:19
**transcript** [3] - 3:10, 3:14, 74:3
**transferred** [4] - 7:20, 8:1, 8:3, 11:19
**transpired** [1] - 70:7
**transport** [2] - 20:14, 56:4, 66:15
**transported** [3] - 20:15, 66:12, 66:13
**transporting** [1] - 56:19
**treatment** [2] - 23:17, 27:12
**tried** [2] - 25:16, 30:6
**tries** [1] - 26:19

**Tripp** [1] - 9:4
**tripped** [1] - 69:18
**true** [3] - 29:9, 70:18, 74:2
**truth** [3] - 75:14, 75:15
**truthfully** [1] - 7:2, 7:6
**try** [4] - 34:6, 43:20, 69:2, 71:23
**trying** [2] - 13:5, 41:4
**turn** [1] - 27:9
**two** [15] - 3:18, 4:6, 23:1, 28:4, 29:2, 51:20, 55:7, 59:13, 68:14, 71:18, 72:23
**type** [6] - 4:16, 37:10, 41:18, 51:1, 54:7, 72:6
**Tyshawn** [2] - 4:14, 4:19

---

**U**

**under** [3] - 32:10, 50:12, 75:10
**unfortunately** [1] - 43:1
**unit** [1] - 12:3
**UNITED** [1] - 1:4
**unless** [3] - 6:23, 32:9, 59:14
**unnecessarily** [1] - 6:5
**up** [27] - 5:19, 12:23, 15:21, 20:2, 21:3, 22:14, 23:2, 25:10, 25:19, 26:19, 37:1, 44:23, 45:1, 45:3, 45:7, 48:13, 56:18, 57:12, 57:15, 58:4, 60:7, 67:6, 67:10, 68:6, 70:14, 73:6
**uploaded** [1] - 48:9
**users** [1] - 25:22

---

**V**

**valued** [1] - 43:16
**Vance** [1] - 4:14
**variation** [1] - 8:21
**various** [1] - 1:19
**vehicle** [20] - 22:6, 29:21, 30:8, 32:9, 32:16, 32:18, 32:22, 33:10, 33:11, 41:1, 41:3, 42:2, 42:13, 62:21, 63:2, 65:18, 65:21, 65:22, 66:15, 66:18

9

**verbally** [1] - 6:16
**verbatim** [1] - 75:8
**versus** [2] - 4:5, 4:15
**via** [3] - 2:4, 2:10, 3:4
**VIA** [1] - 2:11
**Vic** [1] - 66:15
**vicinity** [1] - 55:4
**VIDEO** [1] - 1:1
**video** [30] - 3:4, 21:23, 25:13, 25:14, 26:6, 26:8, 28:12, 28:14, 45:18, 46:1, 48:9, 48:22, 49:4, 49:9, 51:4, 51:8, 51:11, 60:20, 60:22, 61:2, 63:6, 63:9, 63:23, 64:12, 66:23, 67:9, 70:8, 70:12, 71:18
**Video** [11] - 1:14, 61:3, 61:8, 61:18, 62:19, 64:1, 65:7, 65:19, 66:4, 67:3, 68:4
**violated** [1] - 40:8
**violence** [1] - 38:5
**violent** [1] - 73:15
**violently** [1] - 73:6
**voice** [8] - 64:12, 64:16, 65:4, 67:9, 67:11, 67:19, 68:1, 68:3
**vs** [1] - 1:8

## W

**waistband** [4] - 26:17, 26:18, 69:1, 69:12
**wait** [1] - 63:13
**walked** [2] - 21:2, 45:4
**walking** [1] - 63:1
**watch** [1] - 34:5
**watched** [2] - 51:7, 51:11
**watching** [2] - 26:6, 51:12
**weapon** [2] - 41:8, 41:10
**wear** [1] - 69:9
**week** [7] - 7:11, 18:11, 18:14, 18:17, 18:23, 38:11, 59:4
**weekly** [1] - 11:20
**WESTERN** [1] - 1:4
**whichever** [1] - 51:9
**white** [1] - 63:10
**whole** [6] - 15:10, 16:6, 21:14, 48:15,

54:17, 75:14
**window** [2] - 26:4, 30:14
**Witness** [1] - 77:2
**WITNESS** [45] - 5:23, 14:5, 20:13, 29:11, 31:5, 32:20, 34:2, 34:17, 35:10, 35:16, 36:8, 36:22, 39:3, 40:10, 40:15, 42:5, 45:17, 47:15, 49:1, 49:12, 50:5, 50:8, 51:3, 51:16, 52:3, 52:12, 54:1, 56:10, 58:3, 58:14, 61:6, 61:19, 61:22, 63:18, 63:21, 64:6, 65:3, 67:13, 67:16, 68:9, 68:16, 69:9, 70:4, 71:3, 73:21
**witness** [13] - 12:17, 36:7, 50:12, 51:3, 51:23, 53:21, 53:22, 54:3, 55:10, 55:15, 56:6, 63:7, 66:23
**witnessed** [3] - 52:7, 52:13, 72:1
**WITNESSES** [1] - 77:1
**witnesses** [3] - 54:5, 55:7
**Woodlawn** [2] - 40:2, 40:4
**word** [4] - 11:23, 28:18, 35:14, 50:19
**wording** [1] - 40:16
**wrapped** [3] - 20:2, 41:14, 41:16
**wrestle** [2] - 41:5, 72:2
**write** [1] - 34:18
**writing** [1] - 75:10

## Y

**year** [7] - 7:21, 7:22, 15:13, 15:15, 15:16, 16:10, 17:3
**years** [21] - 4:19, 5:14, 7:8, 8:2, 8:5, 8:7, 13:11, 14:23, 15:1, 15:4, 15:11, 33:7, 33:8, 37:17, 41:21, 43:3, 47:16, 64:8, 64:11, 68:21, 69:3
**yelling** [2] - 30:8, 41:2
**YORK** [2] - 1:4, 75:1
**York** [15] - 1:17, 2:2,

2:8, 3:4, 3:6, 13:22, 14:13, 15:20, 15:22, 17:23, 18:9, 31:20, 33:23, 35:22, 75:6
**yourself** [4] - 61:1, 64:12, 64:22

## Z

**Zoom** [2] - 2:4, 2:10
**ZOOM** [1] - 2:11

2796

**DEFT_EXHIBIT**
**001**
KC 01/26/2024

# ... #: 10052733

**Agency Case #: 20-01478-91 (A)**

...ution Indicator:

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

...TTLES, Quentin C

...HT: **6'02**   WEIGHT: **160**   BUILD: **Slim**

...AIR COLOR: **Black**   HAIR TYPE:

EYE DEFECTS:

FACIAL FEATURES:

SCARS/MARKS/TATTOOS:

ADDRESS:

HOME TELEPHONE:

EDUCATION:   CITIZEN OF: **US**   PLACE OF BIRTH: **BUFFALO NY**

RELIGION:   DRIVERS LICENSE #:

NYSID #: **00476540-N**   FBI #: **342938LC0**   MUG #: **263561**

AGE: **30**   SEX: **Male**   RACE: **Black**

ETHNICITY: **Non-Hispanic**   SS #:

FACE:   EYE COLOR: **Brown**   SKIN TONE: **Dark Brown**

DISABILITY:

MARITAL STATUS: **Single (never married)**

LICENSE STATE:

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**   ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**   ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**   ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**   ATT: **N**

## BOOKING INFORMATION

CJTN #: **69352745-K**   BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**   BAIL:

ITEM(S) SEIZED AT ARREST:   BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**   DATE: **05/11/2020**

NCIC CLASS. BY:

**Rolled Right Thumb**

NCIC CLASS:

ARRESTEE SIGNATURE:   DATE/TIME:

### Arrest Charges:

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ██████████

██████████████

)
)
)
)
)
)

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.   IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET.  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                                    CD #:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York      )
            vs.                       )
**QUENTIN C. SUTTLES  DOB:** ▮▮▮▮▮▮▮    )    **INFORMATION / COMPLAINT**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     )
                                       )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE

a class A  MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.   THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                                        Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES  DOB:** ▮▮▮▮▮ )
▮▮▮▮▮▮▮▮ )
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

| Last Name (Defendant) | First Name | MI |
|---|---|---|
| SUTTLES | QUENTIN | C |

Number and Street | Apt. No | Photo ID Shown

City
**BUFFALO**

State
**NY**

Zip Code

Owner Oper

Lic Class
**D**

Client ID Number
**796088308**

Sex
**M**

Date Expires
**02/02/2023**

Lic State
**NY**

Date of Birth

Veh Type
**1**

Year
**2010**

Make
**CHEV**

Color
**GY**

Plate Number
**GWT5141**

Reg State
**NY**

Registration Expires
**03/20/2021**

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time **6:20 PM** | Date of Offense **05/10/2020** | In Violation of **NYS V AND T LAW** |
|---|---|---|

| Section **5091** | Sub Section | Tr Inf ⊛ | Misd ○ | Felony ○ | MPH | MPH Zone |
|---|---|---|---|---|---|---|

Description of Violation
**UNLICENSED OPERATOR**

US DOT#

CDL Veh ○ | Bus ○ | Haz Mat ○

Place of Occurrence
**MADISON/EAGLE**

Hwy No | Loc Code **1501**

C/T/V Name
**BUFFALO, CITY OF - 1501**

County
**ERIE**

Hwy Type
**6**

NCIC/ORI
**01401**

AFFIRMED UNDER PENALTY OF PERJURY

Date Affirmed
**05/10/2020**

Off Assign
**DC**

(Officer's Signature)

Arrest Type
**1 - PATROL**

Badge/Shield
**172580**

Officer's Last Name
**SCHEU**

First Name
**M**

MI

Radar Officer's Signature

## THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

City
**BUFFALO**

State
**NY**

Zip
**14202**

○ RETURN BY MAIL BEFORE OR IN PERSON ON:

⊛ MUST APPEAR IN PERSON ON:

Date
**05/11/2020**

Time
**9:30 AM**

### A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or registration...

## TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury.

Date: _____ Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐    No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊛      SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____
_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RES...
YOUR LICENSE...

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT

Local Police Dept
BPD

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| SUTTLES | QUENTIN | C |

| Number and Street | Apt. No. | Photo Lic. Shown |
|---|---|---|

| City | State | Zip Code | Owner Oper | Lic Class |
|---|---|---|---|---|
| BUFFALO | NY | | | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 796088308 | M | 02/02/2023 |

| Lic State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1127A | | ● | ○ | ○ | | |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | | Hwy No | Loc. Code |
|---|---|---|---|
| MADISON/EAGLE | | | 1501 |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed | Off Assign |
|---|---|---|
| *(signature)* | 05/10/2020 | DC |
| | Arrest Type | |
| | 1 - PATROL | |

(Officer's Signature)

| | Badge#/Shield | MI |
|---|---|---|
| | 172580 | |

| Officer's Last Name | First Name | MI |
|---|---|---|
| SCHEU | M | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.

· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.

· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket.
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

All statements are made under penalty of perjury:

| Date: _____ | Signed _____ |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●   SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES        AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ████████

██████████████

)
)
)
)
)
)

**NOTICE TO DEFENDANT OF**
**INTENTION TO OFFER EVIDENCE**
**AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.    STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

- ☐  1.  Written statement (attach copy)
- ☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)
- ☐  3.  No statements were made          **Arresting Officers Initials: _____**

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

**II.   IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**
DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

- ☐  1.  Showup Identification
- ☐  2.  Photograph Identification
- ☐  3.  Line-up
- ☐  4.  Observation of defendant upon some other occasion relevant to case
- ☒  5.  Other (specify) **DIRECT OBSERVATION**

# ENTPortal - Data Check Results

**Printed: 5/10/2020 8:21:13 PM**

## SEARCH CRITERIA

```
        Last Name: SUTTLES
       First Name: QUENTIN
   Middle Initial:
        Name Ext:
             DOB: ██████████
             Sex: M
            Race: U
```

## LOCAL WARRANT INFORMATION

```
------- Warrant Information -----------------------------------------

        Warrant #: 17707065
       Iss. Date: 2017-08-01
      Iss. Agency: Lancaster Town Police Department
            Type: DCJS
      Complaint #:
      Extradition: S
           Court:
           Judge:
   Predicate Felon: false
Vulnerable Victim:

------- Personal Information ----------------------------------------

            Name: SUTTLES, QUENTELL D
             DOB: ████████████
             Sex: M
            Race: B
          Height: 602
          Weight: 160
           Build:
            Skin:
            Hair: BLK
            Eyes: BRO
        Ethnicity:
  Facial Features:
         Address:
           SSN #:
           PCN #:
           FBI #:
           SID #:

------- Charges -----------------------------------------------------

      CHARGE: VTL 0511  M 2
   ATTEMPTED:
      COUNTS:
  DESCRIPTION:

------- Notes -------------------------------------------------------
```

## NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA---------------------------------

***Order of Protection Record***

        Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
     Issue Date: 2020-02-05  Expiry Date: 2020-08-05
         Agency: BUFFALO CITY POLICE DEPARTMENT
            ORI: NY0140100  Phone #: 7168514545
    Iss. Court: BUFFALO CITY COURT
          Judge: FOOTE-BEAVERS,LENORA B
           Type: LC  Phone #: 7168452661
  Orig. Case ID:   Docket: CR-01488-20  Suffix:
```

```
Court Ord Service: 2020-02-05  Serving Agency:
   Law Enf Service:
   Service Caution:
         Condition:
Service Required: false
  Warrant Return: false
   Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
      ORDER IS ENFORCEABLE **

         Misc:

Requesting Person: VASQUEZ, DANIELLE
              DOB: 1995-12-11  Sex: F  Race: U
              SSN:
         Other ID: REQUESTOR_PROTECTED
           Caveat:
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
            Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
            Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
            Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
              DOB:                Sex: M  Race: B
           Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
              SSN:       FBI #:    State ID #: 00476540N
         Other ID:
Youthful Offender: false
     Caution Info:  -
           Caveat:
            Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
```

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED   THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT   THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

```
            Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
         Issue Date: 2020-02-07  Expiry Date: 2020-08-07
             Agency: ERIE COUNTY SHERIFFS OFFICE
                ORI: NY0140000  Phone #: 7168582903
         Iss. Court: ERIE COUNTY FAMILY COURT
              Judge: RODWIN,LISA B
               Type: FC   Phone #:
      Orig. Case ID:   Docket: O-00440-20  Suffix:
  Court Ord Service: 2020-02-07  Serving Agency:
    Law Enf Service:
    Service Caution:
          Condition:
   Service Required: false
     Warrant Return: false
      Court Advised: true
            Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                    ORDER IS ENFORCEABLE **

               Misc:

Requesting Person: VASQUEZ, DANIELLE
               DOB: 1995-12-11  Sex: F  Race: B
               SSN: 115843298
          Other ID: REQUESTOR_PROTECTED
          Alt Name: VAZQUEZ, DANIELLE
            Caveat:
```
    Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

    Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

    Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

    Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);

    Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);

    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

```
Protected Person: SUTTLES, AVEON
              DOB: 2015-10-15  Sex: F  Race: U
      Description:
              SSN:
         Other ID: PROTECTED
           Caveat:
```
    Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

    Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

    Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

        Protected Person: ZEIGLER, KAIEO
                     DOB: 2018-09-26  Sex: M  Race: U
             Description:
                     SSN:
                Other ID: PROTECTED
                 Caveat:
                   Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                   Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
                   Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                   Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                   Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
                   Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

        Restricted Person: SUTTLES, QUENTIN
                     DOB: ▆▆▆▆▆▆  Sex: M  Race: B
                  Height: ▆▆▆▆  Weight: ▆▆▆  Eye: BRO  Hair: BRO  Skin:
                     SSN: ▆▆▆▆▆▆  FBI #:  State ID #:
                Other ID:
                Alt Name: SUTTLES, QUINTON C
        Youthful Offender: false
             Caution Info: -
                 Caveat:
                   Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
                   Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
                   Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
                   Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

**DCJS/NCIC Person (by Person)**

------DCJS PERSON DATA---------------------------------------------

***Wanted Person Record***
            Name: SUTTLES, QUENTELL D
             DOB: ▆▆▆▆▆▆  Sex: M
          Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
             SSN:  FBI #:  State ID #:
        Juvenile:
      Recidivist: true
  Predicate Felon: false
       Warrant #: 17707065  WPN #:  Status: 01

```
      Warrant Date: 2017-08-01
      Extradition: S -Extradition within the county of the wanting agency plus
                   adjacent counties
      Organization: Lancaster Town Police Department
      Phone #: (716)683-2800
           Charge: VTL 0511  U M 2
           Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
           Misc:




      ------NCIC PERSON DATA-----------------------------------

      1L011234567891011
      NY0140100

      ***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
      *****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
      SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
      AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

      MKE/TEMPORARY PROTECTION ORDER
      ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
      DOB/          EYE/BRO HAI/BRO
      SOC/
      PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
      PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
      PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
      PCO/CONDITIONS OF THE ORDER.
      MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
      MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
      MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
      MIS/FAMILY COURT;
      DNA/N
      ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
      PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
      PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
      PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
      PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
      PCO/THE CHILD OF THE PROTECTED PERSON.
      PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
      PCO/OR HOUSEHOLD.
      PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
      PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
      PCO/HOUSEHOLD MEMBER.
      PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
      PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
      PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
      PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
      PCO/ALARM THE VICTIM.
      PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
      PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
      AKA/SUTTLES,QUINTON C
      NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

      *****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
      SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
      AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

      MKE/TEMPORARY PROTECTION ORDER
      ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
      DOB/          HGT/602 WGT/160 EYE/BRO HAI/BLK
      PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
      PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
      PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
      PCO/CONDITIONS OF THE ORDER.
      NOA/N
      MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
      MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
      MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
      DNA/N
      ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
      PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
      PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
      PCO/THE CHILD OF THE PROTECTED PERSON.
      PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
```

```
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT
```

## DCJS Probation

```
-------DCJS PROBATION DATA-------------------------------------------

***No Probation Records Found***
```

## DCJS Parole

```
-------DCJS PAROLE DATA-----------------------------------------------

***Parole Record***
            Name: SUTTLES, QUENTELL D
             DOB: ▓▓▓▓▓▓▓▓    Sex: M
          Height: 6'02"  Weight: 160   Eye: BLK   Hair: BLK
           NYSID: 476560
         Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

         Precinct:

  Statute Offense: 2108   Category: CRIM POSS WEAP 2ND(REV 09/78)*
   Effective Date: 2020-04-30   Expiry Date: 2022-10-30
Supervising Agency:    ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
          Phone #:
          Address:

           Caveat:          '
```

*Notified MP* (handwritten)

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No. _____
CD No. <u>20-1310536</u>
AFN <u>20-0147891</u>

DANT: QUENTIN SUTTLES          DOB: ███████          Date Of Arrest: 5/10/20

FENDANTS:

| | DOB: |
|---|---|
| | DOB: |
| | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU          Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

710.30        ( )          Lab        ( )          Local/NYSISS    ( )          MV-104          ( )
Supporting Dep.  ( )          Medicals    ( )          DMV        ( )          Readiness        ( )
Forensic Req.  ( )          Breath Documents  ( )          Albany        ( )          **Domestic Violence**  ( )

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB

**REQUEST FOR MEDICAL EXAMINATION OF PRISONER**

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Suttles | | | | |

| D.O.B. | SEX Male | Charge (s) (Specify Section/Sub Section & Title of the Law) 195.05 |

| Rank P.O | Arresting Officer (s) R. Ammerman | Unit: C480 |

**\* Is Prisoner a Juvenile? (Under 18 years of age)**

YES ☐    NO ☑

Parent(s) or Guardian: Name    Address    Phone:

**REMARKS:**

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder, Face Contusion

Signed CBA    Rank

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting AMR 545 |

Name of Doctor:    Street & No.    City    State    Zip Code

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

**Was Prisoner admitted to Hospital?**

Yes ☐    No ☐    Time    hrs.    Date:

Prisoner Released:

Time    hrs.    Date:

TO THE HOSPITAL:

If this prisoner is admitted, please notify the **CIR Lieutenant at 851-4545** when the prisoner is to be released.

**NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.**

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: **05/10/2020**

| | |
|---|---|
| Name: | **SUTTLES, QUENTIN C.** |
| DOB: | ▮▮▮▮▮ |
| Address: | ▮▮▮▮▮ |
| Arresting Officer(s): | **PO M. SCHEU** |
| Arrest #: | **261083** |

Complaint #: **20-1310536**

Remarks: *Taken to ECMC*

| PROPERTY LIST: | CASH: **$0.00** |
|---|---|
| **NYS ID** | |
| **EARRING** | |

Property #: *(signature)*

Placed In

Recieved By: _____

### PROPERTY RECEIVED

Date: 5/10/20    Time: 2031

### PROPERTY RETURNED

Date: _____    Time: _____

** I have received the above property.

_____
Prisoner's Signature

_____
Officer's Signature

_____
Prisoner's Signature

_____
Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)

ORI# 1501

263561

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

@ECMC

7796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RICI# _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: ▮▮▮▮    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHUH    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05 PL 205.30 PL215.40(2) VTL 1127A VTL 509-1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING. ~~DURING~~ ~~STRUGGLE~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF. DID STATE HE ~~HAD~~ TOOK WEED FROM HIS PANTS AND THREW IT DURING STRUGGLE plastic pill

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE

DEFENDANT'S ADDRESS: ▮▮▮▮▮▮▮

CITY: BUFFALO    STATE: NY    ZIP CODE: ▮▮▮▮    US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES    ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (JMP)    SATISFACTORY ID: ☒ YES    ☐ NO
NYS 10

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES    ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE? ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWTS141    LOCATION: 166 PACT

**TO BE ASKED BY THE REPORT TECHNICIAN** (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1.  Are you injured? ☒ YES    ☐ NO
    If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
    If yes, when were you injured? (Date and time)

2.  Have you received medical attention since your arrest?    ☒ YES    ☐ NO
    (If yes, Arresting Officers are responsible of completing P-1261)    - taken to ECMC

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

# Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

## Staff

Your caregivers today were:

Physician        INNES,JOHANNA C MD
Practitioner    JOSE A BAEZ
Nurse            RXN

## Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

## Medication Dose and Instructions

**HYDROcodone/APAP 5/325* (Norco 5/325*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

## ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Return if you have develop severe headache, persistent vomiting,



**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED. These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department** you may have been referred to see a



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

healthcare provider at one of **ECMC's Outpatient Centers**. If so, you will be contacted by the ECMC scheduling department to schedule your appointment. If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
- Current active insurance card
- Photo identification
- Current medication list
- Current Pharmacy
- Name and address of your Primary Care Provider
- All prior imaging reports pertaining to your referral from any outside facility.

**(Reports from ECMC are not necessary)****



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Scapular Fracture

### WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.





### DISCHARGE INSTRUCTIONS:

**Medicines:**
- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him or her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:** Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Return to the emergency department if:

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

### WHAT YOU NEED TO KNOW:

A facial fracture is a break in one or more of the bones in your face. The bones in your face include those around your eye, your cheekbones, and the bones of your nose and jaw. A facial fracture may also cause damage to nearby tissue.



### DISCHARGE INSTRUCTIONS:

### Medicines:

- **Decongestant medicine:** Decongestants help decrease swelling in your nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**   If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Eye Pain**

## WHAT YOU NEED TO KNOW:

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

## DISCHARGE INSTRUCTIONS:

**Medicines:** You **may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have questions or concerns about your condition or care.

**Return to the emergency department if:**
- You have any vision loss.

- You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

- You develop severe eye pain.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Contusion

## WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



ⒶADAM.

## DISCHARGE INSTRUCTIONS:

## Return to the emergency department if:
- You have a fever.


- You have watery, clear fluid draining from your nose.


- You have changes in your vision or eye appearance.

**ECMC**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT        Receipt #: **43126**

Date: **05/10/2020**

Name:         **SUTTLES, QUENTIN C.**

DOB:          ███████████

Address:      ██████████████

Arresting Officer(s):   **PO M. SCHEU**

Arrest #:     **261083**                    Complaint #:   **20-1310536**

Remarks:      Taken to ECMC

PROPERTY LIST:              CASH:   **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT
2020 MAY 11 AM 11:07

Property #: _____   Recieved By: _____
Placed In: NP

**PROPERTY RECEIVED**                **PROPERTY RETURNED**

Date: 5/10/20   Time: 2031          Date: _____ Time: _____

                                    ** I have received the above property.

_____             _____
Prisoner's Signature                Prisoner's Signature

_____             _____
Officer's Signature                 Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

**DEFT_EXHIBIT**

**002**

KC 01/26/2024

A.  Case Summary Information
    1.  ~~Case Disposition~~
    2.  Case Summary
    3.  ~~Closing Letter to Complainant~~

B.  Complaint
    1.  ~~IAPro Summary~~

C.  Complainants
    1.  Quentin Suttles

D.  Witness(s)
    1.  PO Peter Massici
    2.  PO Jonathan Hanover
    3.  PO Jake Giarrano

E.  Targets
    1.  PO Ronald Ammerman
    2.  PO Michael Scheu

F.  Reports
    1.  CAD Report – 20-1310536
    2.  CHARMS Report – 20-1310536
    3.  Unit History Report – C480
    4.  Arrest Reports/Medical Records – Quentin Suttles

G.  Statements
    1.  50-H Mr. Suttles

H.  Correspondence
    1.  Case Related Emails

I.  Miscellaneous
    1.  Facebook Videos
    2.  BWC footage

**Use of force**          **IA No: UOF2020-209**     **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes     Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved  citizen  Height: > 6'3"


**Involved citizen:**

**Quentin  Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1


Linked address(s):
Home Address: 996  Av.  Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

**Employee current info:**

Division:  Patrol
District:  C
Man Power:  MP4

**Snapshot - Employee information at time of incident:**

DID #::  174114
Role:  Passenger
Division:  Patrol
District:  C
Man Power:  MP4
Rank/title:  Officer
Age: 27   Years of employment: 3   Years with unit: 2
Off duty:   Off duty employed:

**Policy outcome:  Not yet entered**

Use(s) Of Force:

Verbal Commands: NOT effective

Physical Engagement: Effective

**Summary:**

Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.   buffalo NY 14211
     County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

20-131-0536:   Use of force
20-131-0536:   External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:     Completed: 05/29/2020

Disposition: No Violation

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:

**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4

**BlueTeam chain routings**

**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Sirs,

Please review.

Respectfully submitted,

Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

INCIDENT # MUST BE FORMATTED 20-131-0536

**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN
[P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at
19:31

Decision: Approved

Reviewer comment:

I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP
[L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at
17:10

Decision: Approved

Reviewer comment:

I have reviewed this incident and the body-cam footage related to same,
I find the use of force reasonable and necessary to overcome the
resistance of a non-compliant and physically combative subject, I feel the
use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON
[C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

[Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

    I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

    After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.

**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                          May 11, 2020

TO:                            Byron C Lockwood, Commissioner
                               Buffalo Police Department

                               Robert Rosenswie, Inspector
                               Internal Affairs Division

FROM:                          Andre M. Lloyd, Lieutenant
                               Internal Affairs Division

SUBJECT:                       IAD CASE EC2020-024

TYPE OF COMPLAINT:             Excessive Force

TARGET(S):                     PO Ronald Ammerman
                               C-District

                               PO Michael Scheu
                               C-District

<u>INVESTIGATION</u>

<u>Investigative Summary:</u>

*****PENDING*****

    A.    <u>Complainant</u>

        1.   Quentin Suttles



a. Complainant Background

Refer to EJustice Report

IAD CASE EC2020-024

2.    <u>Complainant's Allegations</u>

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3.    Complainant's Statement(s)

    N/A

B.    <u>Witnesses</u>

1.    Police

    a.    Police Officer Peter Massici



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    b.    Police Officer Jonathan Hanover



        1.    Disciplinary History
            N/A

        2.    Officer's Statement
            N/A

    c.    Police Officer Jake Giarrano

IAD CASE EC2020-024



1.   Disciplinary History
     N/A

2.   Officer's Statement
     N/A

d.   Police Officer Marc Hurst



1.   Disciplinary History
     N/A

2.   Officer's Statement
     N/A

            )

2. Civilian

a.      Demetrius Stepney (No Photo Available)
        9 Madison St., Upper
        Buffalo, NY 14210
        Phone: 716-816-6457

        1.   Statement
        **Refer to investigator's notes**

        2.   Witness Background
             N/A

b.      Ricky and Faith Bishop (No Photo Available)
        584 E Eagle St.
        Buffalo, NY 14210

IAD CASE EC2020-024

1. Statement
**Refer to investigator's notes**

2. Witness Background
N/A

D.    Officer(s) Involved

    1.    Police Officer Ronald Ammerman
C-District



        a. Disciplinary History

           Refer to IAD Disciplinary File

        b. Officer's Statement

        **Refer to investigator's notes**

    1.    Police Officer Michael Scheu
C-District



        a. Disciplinary History

           Refer to IAD Disciplinary File

        b. Officer's Statement

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    Investigator's Notes

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr, Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left
messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.       Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours.
Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street.
The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over
by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the
driver and the subject Officer did approach the passenger side and was speaking with the FM passenger.
Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be
narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and
was being patted down by PO Scheu when he appeared to have turned into into his partner at which time
subject Officer did go over to the drivers side to assist after partner stated he had felt something that could
have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did
lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and
was told several times to remove his hands from same and subsequently after not complying was taken to
the ground by Officers and did pull himself under the car up to about his waist so that his upper half was
beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the
fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to
swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male
have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave
verbal commands to the male to stop and give Officers his hands and only did after being struck several
times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of
the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper
body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and
could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due
to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it
would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most
likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the
male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for
a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by
subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to
Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend
everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered,
male was treated at ECMC and prir to this date the subject Officer had no previously dealings with him.


4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours.
Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and
stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as
its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to
smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner
stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garlick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison) and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they had searched the vehicle. and had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs by PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after Central Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Michael Scheu

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      *May 12, 2021*

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ____  DPC - ____  Chief - ____  Inspector - ____  Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

_____
Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:          PO Ronald Ammerman

From:        Byron C. Lockwood
             Commissioner of Police

Subject:     Disposition IAD Case EC2020-024

Date:        May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ____  DPC - ____  Chief - ____  Inspector - ____  Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ]OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

# Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

**Identification**  **Summary**  **Criminal History**  **Job/License**  **Wanted**  **Missing**

---

## ☉ Attention - Important Information ♠

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation** - Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ☉ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

---

**Date of Birth:**

February 02, 1990

---

**Place of Birth :**

New York        Unknown

---

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

---

**Sex:**       **Race:**       **Ethnicity:**       **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**     Unknown

## ❂ Summary Information ♠

**Total Arrests:** 6     **Date of Earliest Arrest:** May 22, 2006     **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 |
| --- | --- |
| **Felony:** | 3 |
| **Violent Felony:** | 1 |
| **Firearm:** | 1 |
| **Misdemeanor:** | 2 |
| **Other:** | 0 |

| Total Arraigned Arrests: | 7 |
| --- | --- |
| **Felony:** | 4 |
| **Violent Felony:** | 2 |
| **Firearm:** | 1 |
| **Misdemeanor:** | 3 |
| **Other:** | 0 |

| Total Open Cases: | 4 | Cycles (max 5) |
| --- | --- | --- |
| **Felony:** | 2 | 8,5 |
| **Violent Felony:** | 1 | 5 |
| **Misdemeanor:** | 2 | 6,3 |
| **Other:** | 0 | |
| **Open ACD:** | 0 | |
| **Non Docketed Cases:** | 0 | |

| Total Convictions: | 1 | Cycles (max 5) |
| --- | --- | --- |
| **Felony:** | 0 | |
| **Violent Felony:** | 0 | |
| **Firearm:** | 0 | |
| **Misdemeanor:** | 1 | 4 |
| **Other:** | 0 | |
| **YO Adjud.:** | 0 | |

| Warrant Information: | | Cycles (max 5) |
| --- | --- | --- |
| **Failure to Appear Counts:** | 0 | |
| **Total Open:** | 0 | |
| **Active NYC:** | 0 | |

| DOC Classification: | | Cycles (max 5) |
| --- | --- | --- |
| **Escape Charges:** | 0 | |
| **Sex Offender Convictions:** | 0 | |
| **Probation Revoc:** | 0 | |
| **Parole Revoc:** | 0 | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ❂ NYS Criminal History Information ♠

### ♦ Cycle 8

**Arrest/Charge Information**

Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02   Class E Felony        Degree 0 NCIC 4804

-- Resisting Arrest
   PL 205.30          Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05          Class A Misdemeanor Degree 2 NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01        Infraction    Degree 0 NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A        Infraction    Degree 0 NCIC 5499


# Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-04049-20

May 11, 2020
**Initial Report Of Docket Number**

May 11, 2020
**Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
    PL 215.40   Sub 02   Class E Felony     NCIC 4804

-- Resisting Arrest
    PL 205.30         Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05         Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
    VTL 0509   Sub 01        Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
    VTL 1127   Sub 0A       Infraction    NCIC 5499

---

### ⬇ Cycle 7 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
        PL 215.51        Sub BII      Class E    Felony      Degree 1    NCIC 5016

    -- Harassment-2nd Degree: Physical Contact
        PL 240.26        Sub 01                  Violation   Degree 2    NCIC 7099

## Court Case Information

**--Court:** <u>Buffalo City Court</u>     **Case Number:** CR-01488-20

February 05, 2020
**Initial Report Of Docket Number**

February 05, 2020
**Arraigned**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
        PL 215.51        Sub BII        Class E      Felony        NCIC 5016

    -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
        PL 240.26        Sub 03                  Violation       NCIC 7099

February 18, 2020
**Transferred To Superior Court**

    -- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
        PL 215.51        Sub BII        Class E      Felony        NCIC 5016

    -- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
        PL 240.26        Sub 03                  Violation       NCIC 7099

February 18, 2020
**Not Arraigned**

    -- Harassment-2nd Degree: Physical Contact
        PL 240.26    Sub 01   Violation NCIC 7099

**--Court:** <u>Erie County Court</u>     **Case Number:** 003661-2020

February 21, 2020
**Initial Report Of Indictment Number**

---

## ⬇ Cycle 6 ⬇

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

**Name:**                    QUENTELL SUTTLES
**Date of Birth:**           February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree

PL 220.03      Class A   Misdemeanor    Degree 7   NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05          Violation       Degree 2   NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**

-- Criminal Possession Controlled Substance- 7th Degree

PL 220.03      Class A   Misdemeanor      NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05          Violation         NCIC 3562

---

## ⬇ Cycle 5 ⬆
## Violent Felony Offense

## Arrest/Charge Information
Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

| PL 265.03 | Sub 03 | Class C | Felony | Degree 2 | NCIC 5299 |
|---|---|---|---|---|---|

-- Resisting Arrest

| PL 205.30 | | Class A | Misdemeanor | Degree 0 | NCIC 4801 |
|---|---|---|---|---|---|

-- Obstruct Governmental Administration-2nd Degree

| PL 195.05 | | Class A | Misdemeanor | Degree 2 | NCIC 5099 |
|---|---|---|---|---|---|

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

| PL 221.05 | | | Violation | Degree 2 | NCIC 3562 |
|---|---|---|---|---|---|

## Court Case Information

--**Court:** Buffalo City Court    **Case Number:** CR-11753-19

September 09, 2019
**Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03      Class C      Felony              NCIC 5299

-- Resisting Arrest

PL 205.30                    Class A      Misdemeanor         NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                    Class A      Misdemeanor         NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                 Violation           NCIC 3562


September 12, 2019
**Held For Grand Jury**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03      Class C      Felony              NCIC 5299

-- Resisting Arrest

PL 205.30                    Class A      Misdemeanor         NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                    Class A      Misdemeanor         NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                 Violation           NCIC 3562


**--Court:** <u>Erie County Court</u>    **Case Number:** 01842-2019

September 20, 2019
**Initial Report Of Indictment Number**

February 24, 2020
**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03        Sub 03      Class C      Felony              NCIC 5299


**Interim release Status:** Posted Bail

---

## ⬇ Cycle 4 ⬆

**Arrest/Charge Information**
Arrest Date: May 25, 2016 02:50 pm (14:50:00)

**Name:**                    QUENTIN SUTTLES
**Date of Birth:**           February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

-- Possession Of Contraband In Prison-2nd Degree
   PL 205.20    Sub 02  Class A Misdemeanor Degree 2 NCIC 5802

-- Unlawful Possession Of Marihuana
   PL 221.05                    Violation      Degree 0 NCIC 3562

## Court Case Information

**--Court:** Alden Town Court    **Case Number:** 16050081

June 07, 2016
**Initial Report Of Docket Number**

June 07, 2016
**Arraigned**
   -- Possession Of Contraband In Prison-2nd Degree
      PL 205.20    Sub 02  Class A Misdemeanor NCIC 5802

July 05, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016
   -- Attempted Promoting Contraband To Prisoners-2nd Degree
      PL 205.20       Class B  Misdemeanor       NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree
   PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served
**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana
   PL 221.05     Violation NCIC 3562

---

## ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** <u>Buffalo City Court</u>     **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**

-- Criminal Contempt-2nd:Disobey Court
   PL 215.50    Sub 03  Class A Misdemeanor NCIC 5005

---

## ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**
**Received by Parole on:**          April 05, 2013
**Release Type:**                   Co-Op
**Max Expiration Date:**            December 18, 2016
**Supervision Office:**             Buffalo
**Name:**                           QUENTIN C SUTTLES
**Sex:**                            Male
**Race:**                           Black
**Ethnicity:**                      Unknown
**Parole ID Number:**               C120991
**Transferred From:**               Pennsylvania

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

---

## Cycle 1 ⬆

## Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |
| **Arrest Charges:** | |

## Court Case Information

--Court: Erie County Court    **Case Number:** 01320A-2006

    June 07, 2006
    **Initial Report Of Docket Number**

--Court: Erie County Court    **Case Number:** 01320-2006

    **Arraigned**

        -- Robbery-1st:Displays What Appears To Be A Firearm
            PL 160.15    Sub 04 Counts: 2 Class B Felony NCIC 1299


    May 24, 2007
    **Dismissed**

        -- Robbery-1st:Displays What Appears To Be A Firearm
            PL 160.15    Sub 04 Counts: 3 Class B Felony NCIC 1299

---

## ◕ Other History Related Information ⬆

There is no Other History Related Information associated with this history.

---

## ❂ Job/License Information ♠

There is no Job/License Information associated with this history.

---

## ❂ Wanted Information ♠

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

### Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511     Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

---

**Date of Birth:**  February 02, 1990

---

| Sex: | Race: | Skin Tone: | | |
|---|---|---|---|---|
| Male | Black | | | |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** | |
| Brown | Black | 6' 02" | 160 | |

---

**Primary Social Security#:**

| NYSID#: | WPR#: |
|---|---|
| | 3963257 |

| **Originating Agency Case#:** | **Warrant#:** |
|---|---|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

---

| **Date of Warrant:** | August 01, 2017 | **Type of Warrant:** | Bench Warrant |
|---|---|---|---|
| **Date of Entry Onto State Files:** | August 16, 2017 | **Status of Warrant:** | Issued - a warrant has been signed by an empowered authority |

The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

## ☺ Missing Person Information ♠

There is no NYS Missing Information associated with this history.

## ☺ Additional Information ♠

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source -** Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**     Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
            Internal Affairs Division

**RE:**     Sworn Statement—EC2020-024

**CC:**     Captain Joseph Langdon, C-DISTRICT
            Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note: *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO M. Scheu via phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21   1528_

OFFICER SERVING _Lt Crupo_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**   Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**   Sworn Statement—EC2020-024

**CC:**   Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

<u>**Subject:**</u>   Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

<u>*Note:*</u>  *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO R Ammerman   no phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21   1529_

OFFICER SERVING _UC T.C.R/_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

## 20-1310536   UNKNOWN TROUBLE
## E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | | | |
|---|---|---|---|
| Reported: | 05/10/2020 18:20:36 | Received By: | 174034-BOLDEN, JONTAI T. |
| Received: | 05/10/2020 18:20:36 | Dispatched By: | 174034-BOLDEN, JONTAI T. |
| Dispatched: | 05/10/2020 18:20:37 | Source: | |
| En Route: | 05/10/2020 18:20:37 | | |
| On Scene: | 05/10/2020 18:20:37 | | |
| Cleared: | 05/11/2020 00:03:31 | | |

**Officers:**      1. 174114-AMMERMAN, RONALD J.   2. 172580-SCHEU, MICHAEL C. II   3. 174204-MASSICCI, PETER J.   4. 173843-HANOVER, JONATHAN J.   5. 174203-GIARRANO, JAKE J.   6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY   2. 001107-STRUNK, TIMOTHY J.

| Remarks: | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

# BUFFALO PD
## POLICE REPORT
## OBSTRUCTION

Complaint

**20-1310536**

Report Date & Time

05/10/2020 18:20

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| E EAGLE ST @ MADISON ST | BU | BU | 05/10/2020 18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

| Officers | P3621 - AMMERMAN | | |
|---|---|---|---|
| | P2849 - SCHEU | Rep. Off.: P2849 - SCHEU | |
| | | Supervisor: | |

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSED DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C. 2/2/1990 | 05-10-2020 | E EAGLE ST BUFFALO |

| Status | Arrest Type | Arresting Officers | |
|---|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL | AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 05/10/2020 23:31 | Typist: RONALD AMMERMAN | Officer: SCHEU, MICHAEL |
|---|---|---|---|

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

| Officer: P2849 - SCHEU | _____ | Supervisor: . | _____ |
|---|---|---|---|

| Printed Date: | 05/13/2020 01:15 PM | Page: 1 |
|---|---|---|

# BUFFALO POLICE
## Dispatch Monitor - Unit History Report

**5/14/2020**

Date **05/10/2020**                    Unit **C480**                    Patrol **C8**
Shift **4th**                    Officer(s) **174114 - RONALD AMMERMAN**
                                    **172580 - MICHAEL SCHEU**

| Time Stamp | Log |
| --- | --- |
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:

**Agency Case #: 20-01478-91 (A)**

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## ── PERSON INFORMATION ──

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**  AGE: **30**  SEX: **Male**        RACE: **Black**

HEIGHT: **6'02**  WEIGHT: **160**  BUILD: **Slim**      ETHNICITY: **Non-Hispanic**  SS #: **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**

HAIR COLOR: **Black**      HAIR TYPE:              EYE COLOR: **Brown**

EYE DEFECTS:                        FACE:        SKIN TONE: **Dark Brown**

FACIAL FEATURES:                              DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:                        MARITAL STATUS: **Single (never married)**

EDUCATION:      CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO NY**

RELIGION:              DRIVERS LICENSE #:

NYSID #: **00476540-N**        FBI #: **342938LC0**        LICENSE STATE:

                              MUG #: **263561**

## ── ARREST/OFFENSE INFORMATION ──

INCIDENT #: **20-1310536**  ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**                    ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**      ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**          ATT: **N**

## ── BOOKING INFORMATION ──

CJTN #: **69352745-K**      BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**            BAIL:

ITEM(S) SEIZED AT ARREST:          BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
            **DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:                        DATE: **05/11/2020**



**Rolled Right Thumb**

NCIC CLASS:                    ARRESTEE SIGNATURE:       DATE/TIME:

### Arrest Charges:

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:20-1310536

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES, DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY  14211 )
)

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

5·10·20

Docket Number_____

*CITY OF BUFFALO*                                   CD.#:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York        )
vs.                                        )
**QUENTIN C. SUTTLES DOB: 02/02/1990**     )        **INFORMATION / COMPLAINT**
996 WALDEN AV                              )
BUFFALO, NY 14211                          )
                                           )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A  MISDEMEANOR contrary to the provisions of section 195.**05** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                                        Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:**20-1310536**

The People of the State of New York
vs.
**QUENTIN C. SUTTLES  DOB: 02/02/1990**
996 WALDEN AV
BUFFALO, NY  14211

)
)
)
)
)
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

## RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**
To be completed by Police Officer
and given to Motorist

POLICE AGENCY
BUFFALO POLICE DEPARTMENT
Local Police Code: BPD

Last Name (Defendant): **SUTTLES**
First Name: **QUENTIN** M.I.: **C**

Number and Street: **996 WALDEN** Apt. No: Photo Lic. Shown:
City: **BUFFALO** State: **NY** Zip Code: **14211** Owner Oper.: Lic. Class: **D**

Client ID Number: **796088308**

Lic. State: **NY** Date of Birth: **02/02/1990** Veh. Type: **1** Year: **2010** Make: **CHEV** Sex: **M** Date Expires: **02/02/2023** Color: **GY**

Plate Number: **GWT5141** Reg. State: **NY** Registration Expires: **03/20/2021**

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time: **6:20 PM** Date of Offense: **05/10/2020** IN VIOLATION OF: **NYS V AND T LAW**
Section: **5091** Sub Section: Tr Inf ⊗ Misd Felony MPH: MPH Zone:
Description of Violation: **UNLICENSED OPERATOR**
US DOT#:
CDL Veh ○ Bus ○ Haz Mat ○
Place of Occurrence: **MADISON/EAGLE** Hwy. No.: Loc. Code: **1501**
C/T/V Name: **BUFFALO, CITY OF - 1501** County: **ERIE** Hwy. Type: **6** NCIC/ORI: **01401**

AFFIRMED UNDER PENALTY OF PERJURY
Date Affirmed: **05/10/2020** Off Assign: **DC** Arrest Type: **1 - PATROL**
(Officer's Signature)
Officer's Last Name: **SCHEU** First Name: **M** M.I.: Badge/Shield: **172580**

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**
**BUFFALO CITY COURT**
Address: **50 DELAWARE AVE**
City: **BUFFALO** State: **NY** Zip: **14202**
⊗ RETURN BY MAIL BEFORE OR IN PERSON ON:
⊗ MUST APPEAR IN PERSON ON: Date: **05/11/2020** Time: **9:30 AM**

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest, or the suspension of your license and/or registration.

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**
To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury.
Date: _____ Signed _____

**SECTION B - PLEA OF NOT GUILTY**
The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.
NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED? Yes ☐ No ☐
NO ⊗ SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○
Signature _____
Address _____
City _____ State _____ Zip Code _____
NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**
Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____
FAILURE TO ANSWER THIS TICKET WILL RESULT...

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

| | |
|---|---|
| **BUFFALO POLICE DEPARTMENT** | |
| Local Police Code **BPD** | |

| Last Name (Defendant) **SUTTLES** | First Name **QUENTIN** | M.I. **C** |
|---|---|---|

| Number and Street **998 WALDEN** | Apt. No. | Photo Lic. Shown ⊗ |
|---|---|---|

| City **BUFFALO** | State **NY** | Zip Code **14211** | Owner Oper **O** | Lic. Class **D** |
|---|---|---|---|---|

| Client ID Number **796088308** | | Sex **M** | Date Expires **02/02/2023** |
|---|---|---|---|

| Lic. State **NY** | Date of Birth **02/02/1990** | Veh. Type **1** | Year **2010** | Make **CHEV** | Color **GY** |
|---|---|---|---|---|---|

| Plate Number **GWT5141** | Reg. State **NY** | Registration Expires **03/20/2021** |
|---|---|---|

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time **6:20 PM** | Date of Offense **05/10/2020** | IN VIOLATION OF **NYS V AND T LAW** | | |
|---|---|---|---|---|

| Section **1127A** | Sub Section | Tr Inf ⊗  Misd ○  Felony ○ | MPH | MPH Zone |
|---|---|---|---|---|

| Description of Violation **DRIVING/WRONG DIREC ON ONE-WAY STRT** | US DOT# |
|---|---|

| | CDL Veh ○  Bus ○  Haz Mat ○ |
|---|---|

| Place of Occurrence **MADISON/EAGLE** | Hwy. No. | Loc. Code **1501** |
|---|---|---|

| Cnt/V Name **BUFFALO, CITY OF - 1501** | County **ERIE** | Hwy. Type **6** | NCIC/ORI **01401** |
|---|---|---|---|

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed **05/10/2020** | Off Assign **DC** |
|---|---|

(Officer's Signature) *[signature]*

| | Arrest Type **1 - PATROL** |
|---|---|

| Officer's Last Name **SCHEU** | First Name **M** | M.I. | Badge/Shield **172580** |
|---|---|---|---|

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

| **BUFFALO CITY COURT** |
|---|
| Address **50 DELAWARE AVE** |

| City **BUFFALO** | State **NY** | Zip **14202** |
|---|---|---|

⊗ RETURN BY MAIL BEFORE OR IN PERSON ON:  ○ MUST APPEAR IN PERSON ON:

| Date **05/11/2020** | Time **9:30 AM** |
|---|---|

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket,

I, _____

residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____

All statements are made under penalty of perjury:

| Date: _____ | Signed _____ |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

| | Yes ☐ | No ☐ |
|---|---|---|

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

| NO ⊗ | SPEEDING (Gen 101) ○ |
|---|---|
| | GENERAL (Gen 101A) ○ |

Signature _____

Address _____

| City _____ | State _____ | Zip Code _____ |
|---|---|---|

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

| City _____ | State _____ | Zip Code _____ |
|---|---|---|

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES    AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF**
**INTENTION TO OFFER EVIDENCE**
**AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I. **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐ 1.  Written statement (attach copy)

☒ 2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐ 3.  No statements were made                **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II. **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐ 1.  Showup Identification

☐ 2.  Photograph Identification

☐ 3.  Line-up

☐ 4.  Observation of defendant upon some other occasion relevant to case

☒ 5.  Other (specify) **DIRECT OBSERVATION**

# ENTPortal - Data Check Results

**Printed: 5/10/2020 8:21:13 PM**

## SEARCH CRITERIA

```
           Last Name: SUTTLES
          First Name: QUENTIN
      Middle Initial:
           Name Ext:
                DOB: 1990-02-02
                Sex: M
               Race: U
```

## LOCAL WARRANT INFORMATION

------- Warrant Information -------------------------------------------

```
           Warrant #: 17707065
           Iss. Date: 2017-08-01
         Iss. Agency: Lancaster Town Police Department
               Type: DCJS
         Complaint #:
         Extradition: S
               Court:
               Judge:
      Predicate Felon: false
    Vulnerable Victim:
```

------- Personal Information ----------------------------------------

```
                Name: SUTTLES, QUENTELL D
                 DOB: 1990-02-02
                 Sex: M
                Race: B
              Height: 602
              Weight: 160
               Build:
                Skin:
                Hair: BLK
                Eyes: BRO
           Ethnicity:
      Facial Features:
             Address:
              SSN #:
              PCN #:
              FBI #:
              SID #:
```

------- Charges -------------------------------------------------------

```
             CHARGE: VTL 0511  M 2
           ATTEMPTED:
             COUNTS:
         DESCRIPTION:
```

------- Notes ---------------------------------------------------------

## NYSP Order of Protection

--------NYSP ORDER OF PROTECTION DATA---------------------------------

***Order of Protection Record***

```
            Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
         Issue Date: 2020-02-05  Expiry Date: 2020-08-05
             Agency: BUFFALO CITY POLICE DEPARTMENT
               ORI: NY0140100  Phone #: 7168514545
         Iss. Court: BUFFALO CITY COURT
              Judge: FOOTE-BEAVERS,LENORA B
               Type: LC  Phone #: 7168452661
      Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05   Serving Agency:
Law Enf Service:
Service Caution:
Condition:
Service Required: false
Warrant Return: false
Court Advised: true
Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
ORDER IS ENFORCEABLE **

    Misc:

Requesting Person: VASQUEZ, DANIELLE
        DOB: 1995-12-11 Sex: F  Race: U
        SSN:
    Other ID: REQUESTOR_PROTECTED
    Caveat:
    Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
    Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
    Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
    Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
    Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
    Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
    Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
    Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
        DOB: 1990-02-02 Sex: M  Race: B
    Height: '"  Weight: 160 Eye: BRO  Hair: BLK  Skin:
        SSN:   FBI #:   State ID #: 00476540N
    Other ID:
Youthful Offender: false
    Caution Info: -
    Caveat:
    Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
    Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of
Protection Record***

        Order #: 2020-000429 Family Unit #: 227334   Status: TEMPORARY
     Issue Date: 2020-02-07  Expiry Date: 2020-08-07
         Agency: ERIE COUNTY SHERIFFS OFFICE
            ORI: NY0140000  Phone #: 7168582903
     Iss. Court: ERIE COUNTY FAMILY COURT
          Judge: RODWIN,LISA B
           Type: FC  Phone #:
   Orig. Case ID:     Docket: O-00440-20  Suffix:
 Court Ord Service: 2020-02-07  Serving Agency:
  Law Enf Service:
  Service Caution:
      Condition:
 Service Required: false
  Warrant Return: false
   Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                 ORDER IS ENFORCEABLE **

           Misc:

Requesting Person: VASQUEZ, DANIELLE
               DOB: 1995-12-11  Sex: F  Race: B
               SSN: 115843298
          Other ID: REQUESTOR_PROTECTED
          Alt Name: VAZQUEZ, DANIELLE
            Caveat:
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
            Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
            Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
            Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
            Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

  Protected Person: SUTTLES, AVEON
               DOB: 2015-10-15  Sex: F  Race: U
       Description:
               SSN:
          Other ID: PROTECTED
            Caveat:
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
            Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Protected Person: ZEIGLER, KAIEO
            DOB: 2018-09-26  Sex: M  Race: U
        Description:
                SSN:
            Other ID: PROTECTED
            Caveat:
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
        Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

    Restricted Person: SUTTLES, QUENTIN
            DOB: 1990-02-02  Sex: M  Race: B
        Height: '"    Weight:    Eye: BRO  Hair: BRO  Skin:
                SSN: 120760917  FBI #:    State ID #:
            Other ID:
            Alt Name: SUTTLES, QUINTON C
    Youthful Offender: false
        Caution Info: -
            Caveat:
            Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT;
        Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
        Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
        Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

## DCJS/NCIC Person (by Person)

------DCJS PERSON DATA--------------------------------------------

***Wanted Person Record***
        Name: SUTTLES, QUENTELL D
        DOB: 1990-02-02  Sex: M
    Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
        SSN:    FBI #:    State ID #:
    Juvenile:
    Recidivist: true
Predicate Felon: false
    Warrant #: 17707065  WPN #:    Status: 01

```
Warrant Date: 2017-08-01
   Extradition: S -Extradition within the county of the wanting agency plus
               adjacent counties
  Organization: Lancaster Town Police Department
    Phone #: (716)683-2800
      ·Charge: VTL 0511  U M 2
      Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
      Misc:


-------NCIC PERSON DATA----------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
```

PCO/HOUSEHOLD
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

---

**DCJS Probation**

------DCJS PROBATION DATA------------------------------------------

\*\*\*No Probation Records Found\*\*\*

---

**DCJS Parole**

------DCJS PAROLE DATA---------------------------------------------

\*\*\*Parole Record\*\*\*
          Name: SUTTLES, QUENTELL D
           DOB: 1990-02-02  Sex: M
        Height: 6'02"  Weight: 160
         NYSID: 476560          Eye: BLK   Hair: BLK
       Address: 996 WALDEN AVENUE
                BUFFALO,
      Precinct:

   Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)\*
    Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
         Phone #:
         Address:

          Caveat:

*Notified [handwritten signature]*

P-32

City of Buffalo - Department of Police
**Central Booking Bureau**
**Defendant Information**

CD No.      20-1310536
AFN         20-0147891

Docket No.

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | | |
|---|---|---|
| 2. | | DOB: |
| 3. | | DOB: |
| | | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU        Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2.  Name | | | | |
|     Address | | | | |
|     Phone | | | | |
| 3.  Name | | | | |
|     Address | | | | |
|     Phone | | | | |
| 4.  Name | | | | |
|     Address | | | | |
|     Phone | | | | |
| 5.  Name | | | | |
|     Address | | | | |
|     Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date:<br>Disp. Date: | | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|---|

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

710.30 ( )              Lab ( )         Local/NYSISS ( )              MV-104 ( )
Supporting Dep. ( )         Medicals ( )              DMV ( )              Readiness ( )
Forensic Req. ( )    Breath Documents ( )         Albany ( )    **Domestic Violence** ( )

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| Name: | SUTTLES, QUENTIN C. |
| DOB: | 02/02/1990 |
| Address: | 996 WALDEN AV<br>BUFFALO, NY, 14211 |
| Arresting Officer(s): | PO M. SCHEU |
| Arrest #: | 261083 |
| Remarks: | *Taken to ECMC* |

Complaint #: 20-1310536

PROPERTY LIST:                    CASH: $0.00

**NYS ID**
**EARRING**

Property #:
Placed In:

Recieved By:

**PROPERTY RECEIVED**                    **PROPERTY RETURNED**

Date: 5/10/20     Time: 2031          Date:          Time:

** I have received the above property.

_____          _____
Prisoner's Signature                    Prisoner's Signature

_____          _____
Officer's Signature                    Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
**Buffalo, New York**

CD# 201310536
DATE: 5-10-2023
TIME: 1915
UNIT: CCB.

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

TO BE COMPLETED BY REQUESTING OFFICER

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Svtrbs | 996 | Walden | Bflo | NY 14211 |

D.O.B.: 2-2-90   SEX: Male   Charge(s) (Specify Section/Sub Section & Title of the Law): 195.05

Rank: P.D   Arresting Officer(s): R. Ammerman   Unit: C480

* Is Prisoner a Juvenile? (Under 18 years of age)   YES ☐   NO ☑

Parent(s) or Guardian: Name   Address   Phone:

REMARKS: Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed CBA   Rank

TO BE COMPLETED BY HOSPITAL / PHYSICIAN

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting   AMR 545 |

Name of Doctor:   Street & No.   City   State   Zip Code

(Diagnosis / Nature of illness / treatment. Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐   No ☐   Time _____ hrs.  Date: _____

Prisoner Released:
Time _____ hrs.  Date: _____

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)
ORI# 1501

263561

@ECMC  5796

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

DISTRICT OF ARREST: _____
PROPERTY: ☐ YES   ☐ NO
MONEY: $ _____

DATE: 5/10/20   INCIDENT NUMBER: 201310536   RIC#: _____ AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)   QUENTIN (FIRST)   C (M)

DATE OF BIRTH: 2/2/90   AGE: 30   PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU   ASSISTING OFFICER: R. AMMERMAN

DIST.: C   ASSIGNMENT: C480   ARREST DATE: 5/10/20   ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05  PL 205.30 1[215.40(2)  VTL 1127A  VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING. ~~OFCS~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE TOOK 6CA WEED

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE.  plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN

CITY: BUFFALO   STATE: NY   ZIP CODE: 14211   US CITIZEN: ☒ YES   ☐ NO

SOCIAL SECURITY NUMBER: 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   MARITAL STATUS: SINGLE   OCCUPATION: N/A

DEFENDANT'S SEX: M   HEIGHT: 6'2"   WEIGHT: 160   BUILD: SLIM   EYE COLOR: BROWN

HAIR COLOR: BLACK   SKIN TONE: MED   RACE: BLACK   ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: (JAP)  SATISFACTORY ID: ☒ YES  ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?  ☐ YES  ☐ NO   NYSID

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____   RELATIONSHIP: _____

USE OF FORCE? ☐ YES   ☐ NO   (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES   ☐ NO   PLATE #: GWT5141   LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES   ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☒ YES  ☐ NO  — taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)   (PA)

PROCESSING REPORT TECHNICIAN: _____   EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

Michael J Alberti /BPD
03/25/2021 11:16 AM

To  buffalopba@buffalopba.com

cc  dkillelea@gilmourkillelea.com, Ikeisha M
Thompson/BPD@BuffaloPoliceDept, Stephanie M
Feliciano/BPD@BuffaloPoliceDept

bcc

Subject  statements

Please be advised that the following employee's are scheduled for a statement on:
**Tuesday  April 6, 2021**

| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T)  C-Dist | EC2020-024 | Excessive |
| 1530 | PO Mike Scheu(T) C-Dist | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 04:02 PM

To  "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc  "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject  RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just
notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links
may not be safe.]



Thank you Dave, do you have any contact info for the person that is handling
this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David
A."
<David.Heraty@eri
e.gov>
                                                                    To
                          "rvrosenswie@bpdny.org"
                          <rvrosenswie@bpdny.org>
06/30/2020 03:32
PM                                                                  cc

                                                              Subject
                          Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

Robert V Rosenswie/BPD
06/30/2020 03:35 PM

To  "Heraty, David A." <David.Heraty@erie.gov>
cc  Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject  Re: Ammerman/Suttles

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 03:32 PM

To  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject  Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020. The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

 **Robert V Rosenswie/BPD**
06/30/2020 05:23 PM

To  "Heraty, David A." <David.Heraty@erie.gov>

cc  Andre M Lloyd/BPD/@BuffaloPoliceDept

bcc

Subject  Re: Ammerman/Suttles

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo,  N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>
>            "Heraty, David
>            A."
>            <David.Heraty@eri          To
>            e.gov>            "rvrosenswie@bpdny.org"
>                              <rvrosenswie@bpdny.org>
>            06/30/2020 03:32          cc
>            PM
>                                      Subject
>                              Ammerman/Suttles
>
>
>

>
>
>
>
>
>
>
> Hi Rob,
>
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin
Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
>
> Dave
>
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
>
>
>



Robert V Rosenswie/BPD
05/12/2020 10:51 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

**From:** Courtney A Tripp <CATripp@bpdny.org>
**Date:** May 11, 2020 at 6:42:45 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: 20-131-0536**

*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org   20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso
Wright/BPD
                                           ToRobert V Rosenswie/BPD@BuffaloPoliceDept
                                           cc
05/11/2020                                 Subjectcomplainant
10:02 AM

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To    Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

**From:** Richard J Fulinara <RJFulinara@bpdny.org>
**Date:** May 11, 2020 at 6:21:17 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject   Re: Facebook videos

History:        ⊠ This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept

cc   Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
     Dingwall/BPD@BuffaloPoliceDept

Subject   Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD
05/12/2020 10:53 AM

To Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: Facebook videos

History:        🖅 This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To Kathryn M Billanti/BPD@BuffaloPoliceDept
cc Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

|  |  |
|---|---|
| Andre M Lloyd/BPD<br><br>05/11/2020<br>04:49 PM | To Kathryn M Billanti/BPD@BuffaloPoliceDept<br>cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert<br>Dingwall/BPD@BuffaloPoliceDept<br>Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD                To    Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 12:25 PM                    cc    Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                             Handsor/BPD@BuffaloPoliceDept
                                      bcc

                                   Subject    Fw: complainant Q Suttles

History:              📭 This message has been replied to.

Andre, please contact this complaint  below in reference to a complaint of ex force. I am in the process of
getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso Wright/BPD

05/11/2020 10:02 AM                   To    Robert V Rosenswie/BPD@BuffaloPoliceDept
                                      cc
                                   Subject    complainant

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD                To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 02:26 PM                   cc

                                      bcc

                          Subject   Re: complainant Q Suttles

History:              📧 This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as
soon as possible. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

   **Andre M Lloyd/BPD**
                       05/11/2020 12:59 PM              To   Robert V Rosenswie/BPD@BuffaloPoliceDept

                                                       cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                                            Handsor/BPD@BuffaloPoliceDept
                                                  Subject   Re: complainant Q Suttles

Ok. Will do.
Andre

Sent from my iPhone

> On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

> Andre, please contact this complaint below in reference to a complaint of ex force. I am in the
> process of getting a segment of video put on a disk. Let me know if there any questions. Thank
> you

> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 74 Franklin St
> Buffalo, N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org



"D Angelo , Bianca S"
<BD'Angelo@monroecounty.
gov>

01/04/2021 12:41 PM

To  "amlloyd@bpdny.org" <amlloyd@bpdny.org>
cc
bcc
Subject  Buffalo PD Investigation Status

History:        🖉 This message has been replied to and forwarded.

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending. I will let you know if/when there is a change in status. Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617

PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD
05/13/2021 09:48 AM

To    Alphonso Wright/BPD@BuffaloPoliceDept

cc    Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept, Joseph M
      Langdon/BPD@BuffaloPoliceDept, Jason R

bcc

Subject    Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman
as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon
his return to work that day at 1600 hours is to report immediately to the Cheektowaga Police
Department's Range for his annual qualification with his Department issued Glock before he is released
to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next Wednesday but must report to the
Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued
Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the
Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend
remedial article 35 training which she will decide the date for this after having discussion regarding same
with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned
above and I respectfully recommend they be notified by thier Command of same. Should you need
anything else regarding this please call me

Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD

Michael J Alberti /BPD
05/12/2021 04:19 PM

To    Alphonso Wright/BPD

cc    Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept, Joseph M
      Langdon/BPD@BuffaloPoliceDept, Jason R
      Whitenight/BPD@BuffaloPoliceDept

Subject    PO Scheu / PO Ammerman

Chief Wright,

   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint
involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After
hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's
were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from
Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me

Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject   Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept
cc
Subject   OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Kathryn M Billanti/BPD
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: Facebook videos

History:    📌 This message has been replied to.

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept
cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
    Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a disk. I appreciate your assistance.

Lt. Lloyd

Sent from my iPhone

    On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

    Good Morning!

    I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

    Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| | | |
|---|---|---|
| Andre M Lloyd/BPD | To | Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject | Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To    "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc    Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject    Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/12/2020 02:10 PM

To    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject    Hello

Inspector,
  We have received several messages regarding a recent video of two Buffalo Police Officers' using excessive forced towards the suspect in the video. As of yet we have not received any messages from the male in the video nor from anyone who was actually there. I have attached a screen shot of the video but unfortunately can't attach the video.
   Please advise moving forward.
Respectfully Submitted,

PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept
cc   Robert V Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject   Re: Facebook videos

Thank you. I have an additional facebook video below which shows the complainant speaking with family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc

Subject   Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

 **Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept



cc    Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept
Subject    Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M
Lloyd/BPD

05/11/2020
04:49 PM

To Kathryn M Billanti/BPD@BuffaloPoliceDept
cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
   Dingwall/BPD@BuffaloPoliceDept
Subje Facebook videos
ct

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/13/2020 01:00 PM

To   "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc   "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject   Re: Q Suttles Attorney

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/13/2020 12:58 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc   "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
Subject   Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so can send a formal complaint to our office. I just checked the voicemail and she has not returned my call as of yet. Take care and be safe.
Attorney April A. Robinson
The Elevation Law Firm
(404) 819 1980
Respectfully Submitted,
PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD
05/14/2020 09:58 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject  ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

**Michael J Alberti /BPD**
04/21/2021 10:09 AM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
bcc
Subject  Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

**Michael J Alberti /BPD**
03/26/2021 03:12 PM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>
cc
Subject  Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



**"Garlick,Zachary T."**
<zgarlick@ch.ci.buffalo.ny.us>
02/26/2021 10:07 AM

To  "mjalberti@bpdny.org" <mjalberti@bpdny.org>
cc  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
Subject  Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Zack,

    Working on a case opened from a  Notice of Claim received from Attorney Jeffrey Krajewski and his clients allegations stemmimg from her arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20. Has his  client, Rachely Corrrtorreal  given a  50-H or  scheduled to do so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



Rachal Hazey Banks and 147 others        57 Comments  862 Shares

5/11/2020

carol holloman-home - Facebook Search

Like          Comment          Share

**Rex Powell** #KillerCops #SlavePatrol
Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot
Like · Reply · 2h
1

**Rex Powell**



Like · Reply · 2h
1

 **Dorrain Roundtree** Rex Powell What is that? A badge from 1858? Wow.

Like · Reply · 52m

 **Rex Powell** Dorrain Roundtree Yep! The origins of police is slave patrols ...

Like · Reply · 47m

 **Dorrain Roundtree** Rex Powell I never knew that! It all makes sense now.

Like · Reply · 23m

Write a reply...

cariol holloman-home - Facebook Search

**Donna Price-Mereau** Where is this

Like · Reply · 2h



**Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h



**Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h



> **Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf
>
> Like · Reply · 1h

**Marquell Mack** This is sad

Like · Reply · 1h



**Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h

**Patricia Roberts** WOW

Like · Reply · 1h



**Vivian Gwathney** Truly sad jesus

Like · Reply · 1h



**Eudora Brown** Wow

Like · Reply · 1h



**Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited



**Kisha Fulgham**

Like · Reply · 1h



5/11/2020

cariol holloman-horne - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h

8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinbluelie

Like · Reply · 1h · Edited

3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m

1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...

 **Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h                                                                    1

 **Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h                                                                    2

 **Glenn Gadley**

Like · Reply · 1h

 **Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h

 **Mo Maldo News 4 WIVB** Buffalo

Like · Reply · 1h                                                                    1

 **Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h

 **Tina Vickers** Who is the officer

Like · Reply · 1h                                                                    1

 **Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h                                                                    1

 **Dion J Jackson** Alright now when one of these cops gets their

5/11/2020

cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY....DAD AT WORK ...SERVING AND PROTECTING.....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it allway pays to treat people with respect.

Like · Reply · 1h

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try... See More

Like · Reply · 1h                                                                    5

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h                                                                    1

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m



6/8

5/11/2020

cariol holloman-home - Facebook Search

**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police



Like · Reply · 50m

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited



**Eric Olivera** Fuck buffalo police

Like · Reply · 38m

**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother



Like · Reply · 32m

**Andy Williams** Fuck 12



Like · Reply · 32m

**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter



7/8

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming resisting and the person hands in the air

Like · Reply · 30m

**Destini McClain** Pulled out the window my car was held 30 day police held then released I was falsely accused and the judge was white also I beat the case after two months

Like · Reply · 29m


**Myles Soules** Lesley Soules

Like · Reply · 22m


**Amàncio Torres** Smfh

Like · Reply · 11m


**Leona Perry**

Like · Reply · 8m


**Daphne Blue** Craziness

Like · Reply · 7m

**Màni Mònroè** DMoney Narain

Like · Reply · 1m

**Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...

1/1

cariol holloman-horne - Facebook Search

5/11/2020



**Cariol Holloman-Horne**
35 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like          Comment          Share

https://www.facebook.com/search/top/?q=cariol holloman-horne&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
36 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like          Comment          Share

**Leo Love** There was a woman on answer machine

Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks

Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message

Like · Reply · 22m                    1

**Leo Love** Didn't really know what to say but I summed it up

5/11/2020

cariol holloman-home - Facebook Search

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m

Write a reply...

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m



**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m



**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m    1



**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited    1



**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m    1



**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m    1

**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m



cariol holloman-home - Facebook Search

Write a reply...

Write a comment...

5/11/2020

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

**We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence**

26

1 Comment  4 Shares

Like            Comment            Share

Venus Marie LeTo

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne** added a new photo.

2 hrs ·

cariol holloman-home - Facebook Search

5/11/2020



4 Comments 2 Shares

Like          Comment          Share

5

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it..

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash Who's this officer

Like · Reply · 18m

Write a comment...

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  AMMERMAN, RONALD J.
RANK:   POLICE OFFICER
UNIT:   C DISTRICT

DOB:   12/08/1992
DOA:   11/04/2016
EMPLOYEE #174114
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE
OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
SO 2017-103 IS TRANSFERRED FROM THE ACADEMY TO THE D-DIST., EFF., 4/3/17.
SO 2017-256 TRANSFERRED FROM THE D-DIST. TO C-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|-----------------------|
| EF2019-013 | 05/19/2019 | EXCESSIVE FORCE | NOT SUSTAINED 07/24/2019 | Yes |
| EC2019-017 | 05/24/2019 | CONDUCT (RUDE/HARASSMENT) | CASE PENDING | |
| VA2019-067 | 07/01/2019 | CITY INV. ACC/PDO; PERSUIT | DPC CONF. REQ. 10/16/2019 | N/A |
| VA2019-070 | 06/28/2019 | CITY INV. ACC/INJURY | EXONERATED, 8/7/2019 | N/A |
| IC2019-068 | 09/03/2019 | PROCEDURES/ WEAPON SAFETY | DPC CONF. REQ. 10/16/2019 | N/A |
| EC2020-024 | 05/10/2020 | EXCESSIVE FORCE | CASE PENDING | |

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: May 14, 2020

NAME:  SCHEU, MICHAEL C.
RANK:  POLICE OFFICER
UNIT:   C DISTRICT

DOB:  01/20/1987
DOA:  01/13/2012
EMPLOYEE # 172580
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-06  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT
PROBATIONARY POLICE OFFICER EFF., 1/13/12.  SO 2012-305 EFF., 11/12/12,
TRANSFERRED FROM THE ACADEMY TO THE C-DIST.**
LAWSUIT:

| PSD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| EC2020-024 | 05/10/2020 | USE OF FORCE | CASE PENDING | |



EXHIBIT Defendtant's

**006**

JMM 01/31/2024



