## VIDEO TELECONFERENCE DEPOSITION
## JONATHAN HANOVER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------

QUENTIN SUTTLES,

                          Plaintiff,

               - vs -      Case No.
                           1-21-CV-00897

CITY OF BUFFALO,

                          Defendant.

----------------------------------------


          Video teleconference deposition of
**JONATHAN HANOVER**, present at the Office of Buffalo
Corporation Counsel, 1100 City Hall, 65 Niagara
Square, Buffalo, New York, taken pursuant to the
Federal Rules of Civil Procedure, connecting to
various locations on January 30, 2024, commencing
at 2:10 p.m., before LORI K. BECK, CSR, CM, Notary
Public.


*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1  APPEARANCES:      THE REDDY LAW FIRM LLC,
                      By PRATHIMA REDDY, ESQ.,
 2                    455 Linwood Avenue,
                      Buffalo, New York  14209,
 3                    (716) 725-0139,
                      preddy@thereddylaw.com,
 4                    Appearing for the Plaintiff,
                      via Zoom.
 5
                      CAVETTE CHAMBERS, ESQ.,
 6                    By ANTHONY C. DUDDY, ESQ.,
                      Assistant Corporation Counsel,
 7                    1100 City Hall,
                      65 Niagara Square,
 8                    Buffalo, New York  14202,
                      (716) 851-4334,
 9                    aduddy@buffalony.gov,
                      Appearing for the Defendant,
10                    via Zoom.

11  PRESENT           QUENTIN SUTTLES
    VIA ZOOM:
12                    RAJITHA NAIR,
                      The Reddy Law Firm LLC
13

14

15

16

17

18

19

20

21

22

23
```

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

3

14:09:59 1          **THE REPORTER:**  Mr. Duddy, are you supplying

14:10:03 2   Ms. Reddy with this transcript as well?

14:10:06 3          **MR. DUDDY:**  Yeah.

14:10:08 4          **THE REPORTER:**  Okay.  And the witness will

14:10:09 5   read and sign.

14:10:11 6          **MR. DUDDY:**  Yeah.

14:10:12 7

14:10:12 8   **JONATHAN HANOVER,** 68 Court Street, Buffalo, New

14:10:12 9   York 14202, after being duly called and sworn,

14:10:12 10  whose identity was confirmed by government-issued

14:10:43 11  documentation, testified as follows:

14:10:43 12                      **EXAMINATION**

14:10:43 13          **BY MS. REDDY:**

14:10:46 14          **Q.**   Good afternoon, Officer Hanover.  My

14:10:48 15  name is Prathima Reddy.  I am an attorney

14:10:52 16  representing Mr. Quentin Suttles in a case against

14:10:55 17  the City of Buffalo and two other police officers.

14:10:58 18  I'm here today to take your deposition.

14:11:00 19          Have you ever participated in a deposition

14:11:01 20  before?

14:11:02 21          **A.**   No.

14:11:02 22          **Q.**   So I'd like the record to reflect that

14:11:08 23  Mr. Suttles, the Plaintiff in this case, is here on

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

4

| | | |
|---|---|---|
| 14:11:11 | 1 | Zoom for this deposition, as is his unequivocal |
| 14:11:15 | 2 | right to appear at Defendant depositions. |
| 14:11:18 | 3 | There's a court reporter here who's going to |
| 14:11:22 | 4 | be recording my questions and your answers, so it's |
| 14:11:23 | 5 | important that you let me finish my question in |
| 14:11:26 | 6 | full before you answer. |
| 14:11:27 | 7 | It's also important for the record that you |
| 14:11:29 | 8 | answer verbally so that she can record your |
| 14:11:31 | 9 | response accurately. |
| 14:11:42 | 10 | **MR. DUDDY:** Counsel, before we begin, can we |
| 14:11:48 | 11 | assure with your client there's nobody else in the |
| 14:11:51 | 12 | room with him and he's not recording anything? |
| 14:11:54 | 13 | **MS. REDDY:** Mr. Suttles? |
| 14:11:56 | 14 | **MR. SUTTLES:** No, ain't nobody else here. |
| 14:11:59 | 15 | **MS. REDDY:** Okay. Mr. Suttles is alone in |
| 14:12:02 | 16 | an enclosed room and is not recording this |
| 14:12:05 | 17 | proceeding today. Thank you. |
| 14:12:12 | 18 | **BY MS. REDDY:** |
| 14:12:13 | 19 | **Q.** Officer Hanover, have you taken any |
| 14:12:14 | 20 | drugs or other substances that would impair your |
| 14:12:17 | 21 | ability to answer honestly today? |
| 14:12:19 | 22 | **A.** No. |
| 14:12:19 | 23 | **Q.** Have you taken any medication that |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

5

14:12:21  1  would impair your ability to answer truthfully and

14:12:23  2  honestly to my questions today?

14:12:25  3      **A.**    No.

14:12:25  4      **Q.**    What is your current title at the City

14:12:32  5  of Buffalo?

14:12:32  6      **A.**    I am a police officer.

14:12:53  7      **Q.**    Okay.  When did you become a police

14:12:55  8  officer with the City of Buffalo?

14:12:57  9      **A.**    August 4th of 2017.

14:13:03 10      **Q.**    Were you a probationary police officer

14:13:05 11  first?

14:13:06 12      **A.**    Yes.

14:13:07 13      **Q.**    When was that?

14:13:09 14      **A.**    It was from August 4th, 2017 -- I

14:13:15 15  believe for a year and a half, so whenever that

14:13:18 16  ends up to be.

14:13:20 17      **Q.**    So 18 months prior to 2017 is when you

14:13:24 18  were a probationary police officer for the City of

14:13:25 19  Buffalo?

14:13:26 20      **A.**    Correct.

14:13:27 21      **Q.**    Okay.  I'm sorry, what month did you

14:13:29 22  say in 2017?

14:13:31 23      **A.**    August.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

6

14:13:36  1          **Q.**   Okay.

14:13:37  2          **MS. REDDY:**  I just need one second.  I need

14:13:40  3     to grab a pen that works better than this one does.

14:13:54  4               (Off the record: 2:13 p.m.)

14:14:13  5               (On the record: 2:14 p.m.)

14:14:13  6          **BY MS. REDDY:**

14:14:14  7          **Q.**   Okay.  Thank you.  So August 2017 you

14:14:16  8     became a police officer off probation.

14:14:19  9          What district --

14:14:21 10          **A.**   No, that's incorrect.  August '17 is

14:14:24 11     when I was hired.  I was sworn in on that day.

14:14:26 12          **Q.**   Okay.  As a probationary police

14:14:30 13     officer?

14:14:30 14          **A.**   Correct.

14:14:31 15          **Q.**   What district was this?

14:14:33 16          **A.**   I was assigned to the academy.  Wasn't

14:14:37 17     assigned to a district.

14:14:46 18          **Q.**   Okay.  How long were you at the

14:14:48 19     academy?

14:14:52 20          **A.**   Approximately three weeks.

14:14:58 21          **Q.**   What did you do after the academy?

14:15:02 22          **A.**   My first training was in delta, so with

14:15:11 23     D district.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

7

14:15:13  1          **Q.**   And how long was your training?

14:15:14  2          **A.**   I don't recall how long it was.

14:15:17  3          **Q.**   Okay.  Was there a time when you were

14:15:20  4    no longer at D district?

14:15:23  5          **A.**   Yes.

14:15:27  6          **Q.**   Do you know when that was?

14:15:29  7          **A.**   I don't recall the exact date, but I

14:15:31  8    transferred to C district.

14:15:35  9          **Q.**   Okay.  Was that before or after your

14:15:42 10    probation ended?

14:15:43 11          **A.**   I believe it was before.

14:15:49 12          **Q.**   Have you been at C district ever since?

14:15:53 13          **A.**   Correct.

14:15:53 14          **Q.**   Are you currently at C district?

14:15:55 15          **A.**   Yes.

14:15:57 16          **Q.**   And what's your current job title?

14:16:00 17          **A.**   Police officer.

14:16:05 18          **Q.**   And what shift do you typically work in

14:16:08 19    the C district?

14:16:10 20          **A.**   Typically I was on -- I mean, the

14:16:13 21    beginning of my shift when I got to C district, I

14:16:17 22    was on mornings.  Now I'm on afternoons.

14:16:19 23          **Q.**   Okay.  How long have you been on

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

8

| | | |
|---|---|---|
| 14:16:22 | 1 | afternoons? |
| 14:16:28 | 2 | **A.**  Approximately five years. |
| 14:16:33 | 3 | **Q.**  And what times are the afternoon shift? |
| 14:16:37 | 4 | **A.**  We start at 3:30 in the afternoon until |
| 14:16:39 | 5 | 1:30 in the morning. |
| 14:16:51 | 6 | **Q.**  About how many days do you work on and |
| 14:16:53 | 7 | how many do you work off? |
| 14:16:55 | 8 | **A.**  It -- it varies.  You typically always |
| 14:16:58 | 9 | work four days on, then either you get three or |
| 14:17:02 | 10 | four days off on a rotating schedule. |
| 14:17:05 | 11 | **Q.**  Okay.  And who is your current |
| 14:17:07 | 12 | supervisor? |
| 14:17:10 | 13 | **A.**  Lieutenant Tripp and Lieutenant |
| 14:17:12 | 14 | Santana. |
| 14:17:12 | 15 | **Q.**  Do they both supervise you, or is it |
| 14:17:20 | 16 | one at a specific time? |
| 14:17:24 | 17 | **A.**  Both of them are supervisors. |
| 14:17:31 | 18 | **Q.**  And how is it determined when they |
| 14:17:32 | 19 | supervise you? |
| 14:17:33 | 20 | **A.**  I would say they supervise me all |
| 14:17:40 | 21 | shift, right?  Just whenever I'm needed -- or |
| 14:17:46 | 22 | whenever they're needed. |
| 14:17:47 | 23 | **Q.**  Okay.  But is it based on when they're |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

9

14:17:49  1  on shift?

14:17:50  2         **A.**    Yes.

14:17:56  3         **Q.**    Just going to go through a little bit

14:17:57  4  of your basic background.

14:17:59  5         Did you go to high school?

14:18:01  6         **A.**    Yes.

14:18:02  7         **Q.**    Where did you go to high school?

14:18:07  8         **A.**    Arbor View High School.

14:18:09  9         **Q.**    Where is that?

14:18:09 10         **A.**    It's in Las Vegas, Nevada.

14:18:13 11         **Q.**    Did you graduate from there?

14:18:15 12         **A.**    Yes.

14:18:17 13         **Q.**    What year did you graduate?

14:18:19 14         **A.**    2010.

14:18:21 15         **Q.**    What did you do after high school?

14:18:24 16         **A.**    I worked at a pawn shop.

14:18:27 17         **Q.**    Was that in Vegas?

14:18:29 18         **A.**    Yes.

14:18:31 19         **Q.**    How many years did you work at the pawn

14:18:32 20  shop?

14:18:34 21         **A.**    Approximately two.

14:18:38 22         **Q.**    Did you work there full-time?

14:18:40 23         **A.**    Yes.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

10

| | | |
|---|---|---|
| 14:18:42 | 1 | **Q.**   Okay.  What did you do after you worked |
| 14:18:44 | 2 | at that pawn shop for two years? |
| 14:18:46 | 3 | **A.**   I moved to Buffalo, New York. |
| 14:18:51 | 4 | **Q.**   What brought you to Buffalo? |
| 14:18:53 | 5 | **A.**   Family. |
| 14:18:57 | 6 | **Q.**   Your family resides in Buffalo? |
| 14:19:00 | 7 | **A.**   Half of my family resides in Buffalo, |
| 14:19:02 | 8 | yes. |
| 14:19:02 | 9 | **Q.**   Which half? |
| 14:19:04 | 10 | **A.**   My father's half. |
| 14:19:12 | 11 | **Q.**   How old were you when you moved to |
| 14:19:14 | 12 | Buffalo? |
| 14:19:18 | 13 | **A.**   Approximately 21. |
| 14:19:20 | 14 | **Q.**   And what did you do when you arrived in |
| 14:19:23 | 15 | Buffalo? |
| 14:19:25 | 16 | **A.**   I worked at Tops. |
| 14:19:34 | 17 | **Q.**   What was your job title at Tops? |
| 14:19:39 | 18 | **A.**   An associate. |
| 14:19:42 | 19 | **Q.**   And how long did you work there? |
| 14:19:49 | 20 | **A.**   Maybe a year. |
| 14:19:54 | 21 | **Q.**   So that would bring us to roughly 2013; |
| 14:19:57 | 22 | is that right? |
| 14:19:58 | 23 | **A.**   Give or take.  I don't know if I got |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

11

14:20:02  1  the job right away or not.

14:20:04  2          Q.   What did you do after you were employed

14:20:05  3  at Tops?

14:20:07  4          A.   I was a security guard.

14:20:13  5          Q.   Where did you work as a security guard?

14:20:16  6          A.   At -- I don't recall the name of the

14:20:20  7  company.

14:20:23  8          Q.   How long did you work as a security

14:20:24  9  guard?

14:20:30  10         A.   Maybe three or four years.

14:20:37  11         Q.   What prompted you to apply for a

14:20:40  12  position at the City of Buffalo as a probationary

14:20:43  13  police officer?

14:20:44  14         A.   It's what I wanted to do.

14:20:46  15         Q.   Why did you want to do that?

14:20:50  16         A.   Because my father did it.

14:20:54  17         Q.   Is your father a police officer with

14:20:56  18  the City of Buffalo?

14:20:57  19         A.   No.

14:20:58  20         Q.   Was he a police officer?

14:21:00  21         A.   Yes.

14:21:01  22         Q.   Where?

14:21:02  23         A.   Las Vegas, Nevada.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

12

14:21:08  1        **Q.**    Is he currently a police officer?

14:21:10  2        **A.**    No.

14:21:11  3        **Q.**    Is he retired?

14:21:12  4        **A.**    Yes.

14:21:15  5        **Q.**    Where does he live?

14:21:17  6        **A.**    Where does he live?

14:21:18  7        **Q.**    Yes.

14:21:20  8        **MR. DUDDY:**  Objection, form.

14:21:23  9        **BY MS. REDDY:**

14:21:24  10       **Q.**    Where does your father currently live?

14:21:26  11       **A.**    In the Western New York area.

14:21:31  12       **Q.**    Did he retire from the Las Vegas Police

14:21:34  13  Department?

14:21:34  14       **A.**    Yes.

14:21:48  15       **Q.**    Did you hold any other positions after

14:21:50  16  security guard before you joined the City of

14:21:51  17  Buffalo as a police officer?

14:21:57  18       **A.**    I believe I was a landscaper for a

14:21:58  19  little bit.

14:22:04  20       **Q.**    Who did you landscape for?

14:22:07  21       **A.**    I don't recall the company name.

14:22:22  22       **Q.**    What were the requirements in 2017 to

14:22:25  23  become a probationary police officer?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

13

14:22:31  1          **A.**    I don't recall.

14:22:34  2          **Q.**    Did you have to take a test?

14:22:35  3          **A.**    Yes.

14:22:37  4          **Q.**    What test?

14:22:38  5          **A.**    A Civil Service exam.

14:22:40  6          **Q.**    Any other exams?

14:22:43  7          **A.**    Not that I'm aware of.

14:22:50  8          **Q.**    Were there any other qualifications to

14:22:52  9    become a police officer at that time?

14:22:57  10          **A.**    I don't recall.

14:23:19  11          **Q.**    So you took a Civil Service exam.  Were

14:23:24  12    there any health exams?

14:23:25  13          **A.**    I don't recall.

14:23:26  14          **Q.**    Did you have to prove that you were fit

14:23:34  15    to serve?

14:23:38  16          **A.**    I had to pass a physical requirement.

14:23:44  17          **Q.**    Any mental health requirements?

14:23:50  18          **MR. DUDDY:**  Objection, form.

14:23:51  19          **BY MS. REDDY:**

14:23:52  20          **Q.**    Were there any mental health

14:23:54  21    requirements to qualify for a probationary police

14:23:56  22    officer when you applied in 2017?

14:24:00  23          **A.**    I don't understand your question.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

14

14:24:02  1          Q.    You just testified that you had to take
14:24:04  2    a physical exam --
14:24:05  3          A.    Yes.
14:24:06  4          Q.    -- to become a probationary police
14:24:08  5    officer.  My follow-up question to that is were
14:24:11  6    there any mental health exams that were required to
14:24:14  7    qualify for a probationary police officer at the
14:24:14  8    time you applied.
14:24:19  9          A.    What qualifies as a mental health exam?
14:24:23  10          Q.    I'm asking if there was any other
14:24:26  11    examinations into your mental well-being in order
14:24:27  12    to be fit to be a police officer with the City of
14:24:29  13    Buffalo at the time of your hire.
14:24:30  14          A.    I think I took a psychological test, if
14:24:36  15    that's what you're looking for.
14:24:38  16          Q.    So you took a psychological test.  Do
14:24:42  17    you recall what type of test it was?
14:24:44  18          A.    No.
14:24:46  19          Q.    Any other examinations besides the
14:24:49  20    psychological exam, the physical exam, and the
14:24:52  21    Civil Service exam that you just testified to?
14:24:55  22          A.    Does a polygraph count?
14:24:59  23          Q.    Sure.  You had to take a polygraph?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

15

14:25:01  1          A.    Yes.

14:25:03  2          Q.    What type of questions were asked on

14:25:04  3  the polygraph?

14:25:10  4          A.    Just a variety of questions.  I don't

14:25:14  5  really recall each question.

14:25:16  6          Q.    So was that polygraph intended to test

14:25:19  7  whether you were a truth-telling person or not?

14:25:23  8          A.    I don't know.  I'm not a polygraph

14:25:24  9  expert.

14:25:25  10         Q.    What was of the outcome of your

14:25:26  11  polygraph test?

14:25:27  12         A.    Well, I got hired, so I believe I

14:25:30  13  passed.

14:25:31  14         Q.    Okay.  Who -- who was your supervisor

14:25:47  15  on May 10th, 2020?

14:25:52  16         A.    Is that the date of the incident?

14:25:54  17         Q.    Yes.  The incident referring to the

14:25:57  18  arrest and allegations made by Mr. Suttles stemming

14:26:01  19  from May 10th, 2020.

14:26:03  20         A.    I believe it was Lieutenant Tripp.

14:26:22  21         Q.    So are you generally aware of the

14:26:23  22  allegations raised by Mr. Suttles that bring you to

14:26:26  23  this deposition today?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

16

14:26:27  1          **A.**    Yes.

14:26:28  2          **Q.**    What is your understanding of those

14:26:30  3   allegations against the City of Buffalo and two

14:26:33  4   fellow police officers, Officer Ammerman and

14:26:35  5   Officer Scheu, who are the individual Defendants in

14:26:36  6   this lawsuit?

14:26:38  7          **MR. DUDDY:**  Objection, form.

14:26:40  8          **THE WITNESS:**  I don't know his exact charges

14:26:42  9   against the city.

14:26:43 10          **BY MS. REDDY:**

14:26:45 11          **Q.**    What is your general understanding of

14:26:46 12   what brings you here today?

14:26:55 13          **A.**    The -- probably the use of force.

14:27:01 14          **Q.**    Force?  Can you -- use of force by

14:27:04 15   whom?

14:27:08 16          **A.**    The police officers.

14:27:12 17          **Q.**    Are you referring to Officer Ammerman?

14:27:15 18          **A.**    The primary officers that day.

14:27:18 19          **Q.**    Is that Ammerman and Scheu?

14:27:21 20          **A.**    I believe so.

14:27:22 21          **Q.**    Before May 10th, 2020, had you worked

14:27:28 22   with Officer Ammerman before?

14:27:31 23          **A.**    Yes.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

17

14:27:32  1        **Q.**   In what capacity?

14:27:36  2        **A.**   A coworker as a police officer.

14:27:38  3        **Q.**   How about Officer Scheu?

14:27:44  4        **A.**   Same.

14:28:03  5        **Q.**   Did you review any documents in

14:28:05  6  preparation for today's deposition?

14:28:08  7        **A.**   I looked over the manual of procedures.

14:28:14  8        **Q.**   Which manual of procedures are you

14:28:17  9  referring to?

14:28:19 10        **A.**   The MOP, manual of procedures.

14:28:26 11        **Q.**   Yeah, we just didn't hear the acronym

14:28:29 12  you just said.

14:28:30 13        **A.**   MOP.

14:28:32 14        **Q.**   Oh.  Does that stand for manual --

14:28:37 15        **A.**   Of procedures.

14:28:38 16        **Q.**   -- of procedures?  Okay.

14:28:45 17        Does that contain the policies that govern

14:28:47 18  the job duties of a police officer in the City of

14:28:49 19  Buffalo?

14:28:50 20        **A.**   That would be correct.

14:28:55 21        **Q.**   What sections of that manual did you

14:28:57 22  review in preparation for today?

14:29:00 23        **A.**   I reviewed -- I don't recall each

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

18

14:29:04  1  section that I reviewed.

14:29:07  2       **Q.**  What subjects did you review?

14:29:11  3       **MR. DUDDY:**  Objection, form.

14:29:13  4       **THE WITNESS:**  I don't recall each section

14:29:15  5  that I reviewed.

14:29:15  6       **BY MS. REDDY:**

14:29:17  7       **Q.**  What was your purpose in reviewing that

14:29:19  8  manual in preparation for today?

14:29:22  9       **A.**  My purpose?

14:29:24 10       **MR. DUDDY:**  Objection, form.

14:29:26 11       **THE WITNESS:**  To understand it better.

14:29:31 12       **BY MS. REDDY:**

14:29:31 13       **Q.**  How long is the manual?

14:29:35 14       **A.**  I don't know exactly.

14:29:38 15       **Q.**  Do you have anything in front of you

14:29:40 16  today that you're looking at?

14:29:43 17       **MR. DUDDY:**  Objection, form.

14:29:45 18       **BY MS. REDDY:**

14:29:46 19       **Q.**  Do you have any documents in front of

14:29:47 20  you?  I'm sorry, the screen only shows your upper

14:29:50 21  body.

14:29:50 22       **A.**  No documents, no.

14:29:52 23       **Q.**  Is that manual in front of you today?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

19

14:29:54  1          **A.**    No.

14:29:58  2          **MR. DUDDY:**    So just a point of

14:30:01  3   clarification, the manual that is online now is not

14:30:04  4   the same as the manual as it existed in 2020.

14:30:14  5          **MS. REDDY:**    Okay.  Thank you.  So I guess

14:30:17  6   I'll clarify with the officer.

14:30:18  7          **BY MS. REDDY:**

14:30:18  8          **Q.**    Which manual did you review in

14:30:20  9   preparation for today that you testified to a few

14:30:22 10   minutes ago?

14:30:24 11          **A.**    The current one.

14:30:31 12          **Q.**    When you say current, does that have a

14:30:33 13   specific year associated with it?

14:30:34 14          **A.**    I -- I believe so, every time it gets

14:30:39 15   updated --

14:30:40 16          **Q.**    So is it like --

14:30:40 17          **A.**    -- or changed.

14:30:45 18          **Q.**    So 2024?  I'm sorry, I didn't catch

14:30:47 19   that.

14:30:49 20          **A.**    I'm not sure what date it says, but

14:30:50 21   it's our current, up-to-date manual of procedures.

14:30:56 22          **Q.**    It sounded like your counsel testified

14:30:58 23   that there was a manual -- a separate manual apart

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

20

14:31:02  1  from what that -- the one you referred to just now

14:31:05  2  from 2020.  Is that your understanding as well?

14:31:09  3      A.    Yeah, the manual of procedures gets

14:31:10  4  changed on pretty much a daily basis.

14:31:17  5      Q.    How does it get changed on a daily

14:31:20  6  basis?

14:31:21  7      A.    Gets updated.

14:31:22  8      Q.    Online?

14:31:25  9      A.    It gets updated through emails that get

14:31:28  10  sent to us that we have to sign.

14:31:31  11      Q.    How often do you get these emails?

14:31:34  12      A.    I mean, I can't give you a time, but I

14:31:39  13  would say I get five to ten emails a month.

14:31:47  14      Q.    And the contents of those emails, are

14:31:50  15  those then reflected in the manual that's available

14:31:53  16  online for that current year?

14:32:23  17      A.    Yes, the updated policies.

14:32:42  18      Q.    Did you review the manual that would

14:32:45  19  have been in place in May of 2020?

14:32:47  20      A.    No.

14:32:49  21      Q.    Have you ever reviewed the policies

14:32:52  22  that were put in place in May of 2020?

14:32:55  23      A.    Maybe in May of 20 -- maybe in the year

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

21

14:32:58  1  2020, but not in 2024.

14:33:00  2      Q.   Okay.  As you sit here today, are there

14:33:05  3  any key changes to the policy as reflected in the

14:33:08  4  manual effective May 2020 and today?

14:33:12  5      A.   I don't know if there's differences in

14:33:15  6  between 2020 and 2024, like that we're talking

14:33:22  7  about.

14:33:23  8      Q.   Okay.  Have you ever met Mr. Suttles in

14:33:31  9  person?

14:33:33 10      A.   Yes.

14:33:34 11      Q.   When was that?

14:33:36 12      A.   On the date that we are talking about.

14:33:38 13      Q.   The date of his arrest that is the

14:33:43 14  subject matter of this lawsuit?  Is that the date

14:33:46 15  you're referring to?

14:33:47 16      A.   The date in May that you referred to,

14:33:48 17  yes, is when I met him.

14:33:50 18      Q.   Okay.  That's May 10th, 2020?

14:33:54 19      A.   That would be correct.

14:33:55 20      Q.   And how did you come to meet

14:33:57 21  Mr. Suttles on that date?

14:34:01 22      A.   I responded to a radio transmission of

14:34:06 23  officers needing assistance.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

22

14:34:07  1          **Q.**   What officers?

14:34:10  2          **A.**   Ammerman and Scheu.

14:34:12  3          **Q.**   And what did you do upon hearing that?

14:34:16  4          **A.**   I responded to their -- where they

14:34:18  5   were.

14:34:18  6          **Q.**   Where was that?

14:34:21  7          **A.**   I don't recall the exact address.

14:34:23  8          **Q.**   Do you know what street?

14:34:27  9          **A.**   I don't want to give a wrong answer.  I

14:34:30 10   don't know exactly which street it was.

14:34:31 11          **Q.**   Okay.  Were you with anyone at the

14:34:35 12   time?

14:34:35 13          **A.**   Yes, I was with my partner.

14:34:37 14          **Q.**   Who was that?

14:34:39 15          **A.**   Peter Massicci.

14:34:45 16          **Q.**   At that time, how long had Peter been

14:34:48 17   your partner?

14:34:55 18          **A.**   Approximately two or three years.

14:35:03 19          **Q.**   So you responded to a radio call that

14:35:05 20   brought you to the scene where Mr. Suttles was; is

14:35:08 21   that correct?

14:35:09 22          **A.**   Yes.

14:35:11 23          **Q.**   And upon your arrival, were there any

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

23

14:35:15  1  other officers there besides Officer Ammerman and

14:35:18  2  Officer Scheu?

14:35:19  3         **A.**   Myself and Peter Massicci.

14:35:26  4         **Q.**   So you two were the first car to

14:35:28  5  respond to the call?

14:35:29  6         **A.**   Correct.

14:35:29  7         **Q.**   And what did you do when you arrived at

14:35:33  8  that scene?

14:35:36  9         **A.**   I assisted officers in detaining the

14:35:39 10  subject.

14:35:40 11         **Q.**   How did you assist?

14:35:41 12         **A.**   I held on to his arm.

14:35:45 13         **Q.**   Where was he at the time?

14:35:49 14         **A.**   I don't recall exactly where he was.

14:35:56 15         **Q.**   So you held on to his arm.  For what

14:35:59 16  purpose?

14:36:01 17         **A.**   So he would not flee.

14:36:07 18         **Q.**   Was he outside of a vehicle at that

14:36:10 19  time?

14:36:10 20         **A.**   I'm sorry, I can't hear you.

14:36:11 21         **Q.**   Was he outside of a vehicle at that

14:36:13 22  time?

14:36:19 23         **A.**   When I arrived?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

24

14:36:21  1        Q.    Yes.

14:36:22  2        A.    I don't recall where he was when I

14:36:23  3    arrived.  The only thing I recall from the incident

14:36:27  4    is holding on to his arm.

14:36:29  5        Q.    Okay.  And my follow-up question to

14:36:32  6    that is:  Were you holding on to his arm when he

14:36:35  7    was already outside of the vehicle?

14:36:36  8        A.    Yes.

14:36:38  9        Q.    Was he handcuffed?

14:36:42 10        A.    Yes.

14:36:53 11        Q.    Had he been arrested by then?

14:36:57 12        A.    That would be a question for the

14:36:58 13    primary officers.

14:37:10 14        Q.    When you arrived at the scene, did you

14:37:12 15    speak with Officer Ammerman?

14:37:19 16        A.    I would say yes, but I don't recall

14:37:21 17    what was said.

14:37:25 18        Q.    Who gave you the instructions to hold

14:37:27 19    Mr. Suttles' arm?

14:37:30 20        A.    I don't -- I didn't need instructions.

14:37:33 21        Q.    What prompted you to take that action?

14:37:36 22        A.    So the primary officers can finish

14:37:40 23    their investigation.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

25

14:37:46 1          Q.   Okay.  What was the investigation for?

14:37:48 2          A.   I'm not sure.

14:37:51 3          Q.   How did you know there was an

14:37:52 4     investigation?

14:37:55 5          A.   Because I responded to a call.

14:37:59 6          Q.   The call used the word investigation?

14:38:03 7          A.   Yes.

14:38:04 8          Q.   When you arrived at the scene on

14:38:13 9     May 10th, 2020, did you speak with Officer Scheu?

14:38:19 10         A.   I don't recall.

14:38:20 11         Q.   Okay.  And when you were holding

14:38:24 12    Mr. Suttles' arm, what was your partner doing?

14:38:29 13         **MR. DUDDY:**  Objection, form.

14:38:30 14         **THE WITNESS:**  I couldn't tell you.

14:38:34 15         **BY MS. REDDY:**

14:38:34 16         Q.   Okay.  So what was your understanding

14:38:48 17    of what was being investigated in relation to

14:38:51 18    Mr. Suttles when you arrived at the scene?

14:38:56 19         A.   I don't know what was going on on the

14:39:00 20    call.  I arrived on scene because officers needed

14:39:02 21    assistance, and I held on to the Defendant.

14:39:04 22         Q.   Okay.  How long did you hold on to the

14:39:07 23    Defendant?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

26

14:39:09  1          **A.**    I can't give you an approximate time.

14:39:10  2  I don't recall.

14:39:12  3          **Q.**    Okay.  Did you notice any injuries on

14:39:15  4  the Defendant?  Or he's actually the Plaintiff in

14:39:19  5  this case, so I'm going to refer to him as

14:39:21  6  Mr. Suttles.

14:39:21  7          Did you notice any injuries on Mr. Suttles'

14:39:24  8  body at the time of arrival on May 10th, 2020?

14:39:29  9          **A.**    Not that I recall.

14:39:34 10          **Q.**    Did he ever complain of any injuries

14:39:36 11  sustained on the day by officers on May 10th, 2020?

14:39:43 12          **A.**    I don't know.

14:39:44 13          **Q.**    Okay.  How many officers arrived on the

14:39:54 14  scene after you and your partner arrived?

14:40:01 15          **A.**    I -- I don't know.

14:40:06 16          **Q.**    Was there a time when your supervisor

14:40:08 17  appeared?

14:40:11 18          **A.**    I want to say yes, but I'm not sure if

14:40:13 19  she was there or not.  It was so long ago.  I -- I

14:40:18 20  don't really recall.

14:40:19 21          **Q.**    Okay.  Do you know what Mr. Suttles was

14:40:42 22  arrested for on that day, May 10th, 2020?

14:40:45 23          **A.**    No, I don't.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

27

14:40:55  1        Q.   So after you held his arm on May 10th,

14:41:00  2   2020, what happened?

14:41:01  3        A.   He was placed in the back of a patrol

14:41:03  4   car, and he was taken -- I don't know where he was

14:41:08  5   taken to first.

14:41:11  6        Q.   Do you know anywhere that he was taken

14:41:12  7   to?

14:41:14  8        A.   I would assume he was taken to cell

14:41:17  9   block, but -- at some point, but I'm not sure in

14:41:21 10   between leaving the scene and going to cell block

14:41:24 11   when exactly that was.

14:41:27 12        Q.   Are you saying cell block or C block?

14:41:31 13        A.   Cell.

14:41:31 14        Q.   Cell?  And what is a cell block?

14:41:34 15        A.   It is Buffalo's specific holding

14:41:37 16   center.  So it's where Buffalo Police Department

14:41:40 17   takes their arrests.

14:41:42 18        Q.   From all the districts --

14:41:43 19        A.   Correct.

14:41:44 20        Q.   -- is that correct?

14:41:44 21        A.   Um-hum.

14:41:47 22        Q.   Is that also known as central booking,

14:41:49 23   or is that something different?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

28

14:41:51  1          **A.**    Yeah, it's known as central booking, so

14:41:53  2    it's known as --

14:41:54  3          **Q.**    Okay.

14:41:55  4          **A.**    Yeah, it's the same thing.

14:41:57  5          **Q.**    Okay.  I was trying to get the lingo.

14:42:16  6          So cell block is synonymous with central

14:42:19  7    booking, is that correct, in your testimony?

14:42:22  8          **A.**    Yes.

14:42:22  9          **Q.**    And if you said the same to any Buffalo

14:42:25 10    police officer, they would know that cell block and

14:42:28 11    central booking is where you testified all police

14:42:30 12    in any district bring civilians who are arrested;

14:42:34 13    is that correct?

14:42:35 14          **A.**    I don't know if other police officers

14:42:37 15    would tell you it was cell block, but that's what I

14:42:40 16    call it.  But that is where all districts bring

14:42:43 17    their arrests.

14:42:44 18          **Q.**    Okay.  Cell block or central booking.

14:42:49 19    Okay.  Got it.  Thank you.

14:42:52 20          And what happens at central booking?

14:42:57 21          **MR. DUDDY:**  Objection, form.

14:43:00 22          **BY MS. REDDY:**

14:43:01 23          **Q.**    Well, I'm going to rephrase so we have

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

29

14:43:03  1  a clear record.

14:43:05  2      What is the function of central booking?

14:43:09  3      **A.**    To process an arrest.

14:43:12  4      **Q.**    Is a citizen already arrested at the

14:43:14  5  time of arrival to central booking?

14:43:16  6      **A.**    Yes.

14:43:17  7      **Q.**    Oh, you said process the arrest?

14:43:20  8      **A.**    Yes.

14:43:21  9      **Q.**    All right.  I thought you said "and

14:43:23 10  arrest."  Okay.

14:43:24 11      And what does processing an arrest entail?

14:43:30 12      **A.**    Putting charges on somebody.

14:43:33 13      **Q.**    Charging them?

14:43:35 14      **A.**    What?

14:43:36 15      **Q.**    Charging them?

14:43:37 16      **A.**    I'm sorry, I didn't hear you.  Yes,

14:43:39 17  charging -- charging an individual.

14:43:41 18      **Q.**    Okay.  And what happens after they're

14:43:47 19  charged?

14:43:48 20      **A.**    They get -- they get searched, and then

14:43:52 21  they see a judge the following morning or

14:43:54 22  afternoon.

14:43:58 23      **Q.**    What's the difference between a search

14:43:59  1  that occurs at the scene and one that occurs at

14:44:02  2  central booking?

14:44:03  3        A.   A search that occurs at the scene and

14:44:07  4  one that occurs at central booking?

14:44:09  5        Q.   Yes.

14:44:10  6        A.   They're both searches.

14:44:14  7        Q.   Is there any difference?

14:44:19  8        A.   I -- I don't know.

14:44:21  9        Q.   Well, you just testified -- you used

14:44:24  10 the word search in reference to a process at

14:44:27  11 central booking.

14:44:28  12       A.   So --

14:44:29  13       Q.   I was just asking for further details.

14:44:34  14       A.   At central booking, they remove your

14:44:36  15 clothes.

14:44:40  16       Q.   Is that for all arrests?

14:44:42  17       A.   Yes.

14:44:47  18       Q.   And what type of search is allowed at

14:44:59  19 the scene at the time of arrest?

14:45:02  20       A.   A search of one's person.

14:45:06  21       Q.   Are there any conditions for that?

14:45:11  22       A.   Conditions as in what?

14:45:14  23       Q.   In every arrest, is an officer allowed

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

31

14:45:17  1    to search a person?

14:45:19  2            A.    For -- yes.

14:45:28  3            Q.    And what body parts does a search of a

14:45:31  4    person include?

14:45:33  5            A.    Body parts?  The search could be -- you

14:45:40  6    can search an entire body outside of inside

14:45:48  7    cavities of your person, according to the 2024

14:45:53  8    manual of procedures.

14:45:56  9            Q.    Has that changed since 2020?

14:46:00 10            A.    I don't recall.

14:46:01 11            Q.    So you testified -- did you -- did you

14:46:15 12    go with Mr. Suttles to central booking?

14:46:17 13            A.    No.

14:46:17 14            Q.    Where did you go after you left the

14:46:21 15    scene on May 10th, 2020, after Mr. Suttles was

14:46:24 16    arrested?

14:46:25 17            A.    I don't recall.

14:46:29 18            Q.    Did you come across Mr. Suttles again

14:46:30 19    after that date?

14:46:33 20            A.    Not to my knowledge.  I don't remember.

14:46:38 21            Q.    Did you have to submit any paperwork in

14:46:40 22    relation to you arriving at the scene of his arrest

14:46:43 23    on May 10th, 2020?

14:46:46 1          **A.**   Not that I recall.

14:46:57 2          **Q.**   Were you considered a witness to the

14:47:00 3   incidents that occurred on May 10th, 2020, that

14:47:03 4   prompted a lawsuit against the City of Buffalo and

14:47:05 5   its officers?

14:47:06 6          **A.**   Am I -- was I considered a witness?   I

14:47:12 7   was there in my police officer capacity, so as a

14:47:20 8   witness to the Defendant's case, then yes.

14:47:28 9          **MR. DUDDY:**   Objection for vagueness.   Can

14:47:34 10  you just --

14:47:34 11         **MS. REDDY:**   Yeah, I'm going to rephrase that

14:47:36 12  entire questioning.   Thank you for pointing that

14:47:38 13  out, because I think it's a little confusing when

14:47:40 14  we refer to Mr. Suttles as the Defendant.

14:47:40 15         **BY MS. REDDY:**

14:47:51 16         **Q.**   Did you ever -- was there ever a time

14:47:54 17  you came to learn of the outcome of his arrest?

14:47:56 18         **A.**   No.

14:47:56 19         **Q.**   Do you know what happened to the

14:47:57 20  charges that were brought against him from that

14:48:00 21  day?

14:48:00 22         **A.**   No.

14:48:00 23         **Q.**   Did you ever have to communicate your

14:48:13  1  observations of the incident that occurred on

14:48:16  2  May 10th, 2020, to anyone within the City of

14:48:20  3  Buffalo Police Department?

14:48:22  4        A.   Not that I recall.

14:48:32  5        Q.   So in 2020, what was the policy with

14:48:35  6  respect to a civilian that complained of an injury

14:48:38  7  occurring during arrest?

14:48:41  8        A.   I don't recall exactly what the policy

14:48:43  9  was in 2020.

14:48:45 10        Q.   Do you know what it is now?

14:48:46 11        A.   I know what it is now, yes.

14:48:48 12        Q.   What is it now?

14:48:50 13        A.   Can you state the question again?

14:48:53 14        Q.   Sure.  What is the policy with respect

14:48:56 15  to a police officer's responsibilities at the scene

14:49:01 16  of an arrest when a civilian complains of an

14:49:04 17  injury?

14:49:04 18        A.   You assess the injury, and if a medical

14:49:14 19  personnel is needed, you call them.

14:49:16 20        Q.   Okay.  How do you assess the injury?

14:49:18 21        A.   To see -- how do I assess it?  I look

14:49:22 22  at it.

14:49:22 23        Q.   Okay.  And if it occurs during the time

Jonathan Hanover - Ms. Reddy - 01/30/2024

34

14:49:25  1  of arrest, do you get medical attention for that

14:49:28  2  civilian?

14:49:29  3       A.   You ask the civilian if he wants

14:49:32  4  medical attention.

14:49:33  5       Q.   Okay.  So just so I don't get this

14:49:37  6  wrong:  During an arrest, if a civilian complains

14:49:41  7  of an injury, under the current policy, a police

14:49:46  8  officer assesses the injury by looking at the

14:49:48  9  injury and then asking the civilian if they want

14:49:51 10  medical attention.

14:49:53 11       Is that your testimony?

14:49:56 12       A.   Yeah, that's correct.  And you can also

14:49:57 13  call for an ambulance yourself if you feel like

14:50:00 14  it's needed.

14:50:00 15       Q.   Okay.  And in terms of assessing, you

14:50:04 16  would look at the injury --

14:50:06 17       A.   Yes.

14:50:07 18       Q.   -- or look at the body part that's

14:50:10 19  being complained of?

14:50:11 20       A.   Yes.

14:50:11 21       Q.   Yes?  Okay.  Now, do you -- to your

14:50:13 22  knowledge, does that vary from the policy that

14:50:16 23  would have been in place in May 2020?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

35

14:50:18  1          A.    I -- I don't recall.

14:50:43  2          Q.    Have you ever witnessed Officer

14:50:45  3  Ammerman using force against a civilian?

14:50:52  4          A.    Not that I can recall right now.

14:50:56  5          Q.    Have you ever witnessed Officer Scheu

14:50:58  6  using force against a civilian?

14:51:02  7          A.    Not that I can recall.

14:51:11  8          Q.    Have you ever witnessed either of them

14:51:13  9  using excessive force against a civilian?

14:51:16 10          A.    No.

14:51:17 11          **MR. DUDDY:**  Objection, form.

14:51:21 12          **MS. REDDY:**  Lori, I think the witness said

14:51:24 13  no, and then counsel had an objection.

14:51:26 14          **THE REPORTER:**  Right.

14:51:32 15          **BY MS. REDDY:**

14:51:44 16          Q.    Besides Mr. Suttles, are you aware of

14:51:45 17  any other complaints made by civilians against

14:51:49 18  Officer Ammerman?

14:51:49 19          A.    No.

14:51:50 20          Q.    Besides Mr. Suttles, are you aware of

14:51:54 21  any other complaints made by civilians against

14:51:57 22  Officer Scheu?

14:51:58 23          **MR. DUDDY:**  Objection, form.  You can

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

36

14:52:00  1    answer.

14:52:01  2         **THE WITNESS:**  No.

14:52:01  3         **BY MS. REDDY:**

14:52:14  4         **Q.**    Okay.  I'm going to direct your

14:52:17  5    attention to some Exhibits that were entered in

14:52:20  6    prior depositions and produce in the normal course

14:52:22  7    of discovery by the City of Buffalo Corporation

14:52:25  8    Counsel that represents you here today.

14:52:52  9         Can you see my screen, Officer Hanover?

14:52:56 10         **A.**    Yes.

14:52:58 11         **Q.**    Okay.  This has been previously

14:53:00 12    produced in discovery in this case, and it's been

14:53:02 13    entered as Defendant's Exhibit 1 in prior

14:53:07 14    depositions.

14:53:08 15         Does this document look familiar to you?

14:53:10 16         **A.**    Yes.

14:53:10 17         **Q.**    What is it?

14:53:12 18         **A.**    I call it a case history sheet.

14:53:17 19         **Q.**    And how is this document created

14:53:19 20    usually?

14:53:21 21         **A.**    At cell block during the process of an

14:53:24 22    arrest.

14:53:25 23         **Q.**    And who drafts this document?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

37

| | | |
|---|---|---|
| 14:53:29 | 1 | **A.**   Civilians paid by the city. |
| 14:53:35 | 2 | **Q.**   Employees? |
| 14:53:36 | 3 | **A.**   Yes. |
| 14:53:36 | 4 | **Q.**   And where do they get the information |
| 14:53:39 | 5 | that's summarized in this type of document? |
| 14:53:43 | 6 | **A.**   From the officers. |
| 14:53:48 | 7 | **Q.**   Do you recognize the signature at the |
| 14:53:49 | 8 | bottom of this document above the date 5/10/20? |
| 14:53:54 | 9 | **A.**   No. |
| 14:53:55 | 10 | **Q.**   What is the job title of the |
| 14:53:57 | 11 | individuals you just referenced as employees who |
| 14:53:59 | 12 | draft this document? |
| 14:54:01 | 13 | **A.**   I don't know their job -- oh, report |
| 14:54:03 | 14 | technicians is what they're called. |
| 14:54:06 | 15 | **Q.**   Okay.  And when does an officer give |
| 14:54:12 | 16 | the information to the report techs to create this |
| 14:54:15 | 17 | document? |
| 14:54:17 | 18 | **A.**   At the end of the processed arrest. |
| 14:54:20 | 19 | When -- when you're done processing an arrest. |
| 14:54:22 | 20 | **Q.**   Okay.  And how do you communicate that |
| 14:54:25 | 21 | information?  Do you go to central booking? |
| 14:54:27 | 22 | **A.**   Yes. |
| 14:54:29 | 23 | **Q.**   So at some point on May 10th, 2020, you |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

38

14:54:32  1  went to central booking to report your involvement

14:54:34  2  in the arrest of Mr. Suttles; is that correct?

14:54:38  3         A.   I did not, no.  The primary officer

14:54:41  4  does.

14:54:42  5         Q.   I see.  Okay.  So do you see your name

14:54:54  6  anywhere on this page?  And I'm going to reflect

14:54:57  7  for the record that's page 8 of Exhibit 1.

14:55:00  8         A.   Yes.

14:55:01  9         Q.   Okay.  And why is your name referenced

14:55:05 10  in this document?

14:55:07 11         A.   Because I insisted [sic] -- I assisted

14:55:10 12  in the investigation.

14:55:11 13         Q.   What investigation?

14:55:16 14         A.   Of Officer Scheu and Ammerman's call.

14:55:24 15         Q.   And how is the word investigation used

14:55:26 16  in this context?  Is that used generally when you

14:55:29 17  respond to any call?  Is that considered an

14:55:31 18  investigation?

14:55:33 19         A.   Every call is an investigation.

14:55:40 20         Q.   And what does the second part of this

14:55:43 21  line indicate?

14:55:45 22         And I will represent for the record that it

14:55:47 23  says Name of Assisting Officer Number 4, Officer

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

39

14:55:50  1  Jonathan Hanover, and you just testified that that

14:55:54  2  reflects your name; Functions Performed, assisted

14:55:56  3  in investigation and arrest, P-31.

14:56:01  4        Can you explain what that means?

14:56:02  5        **A.**    Which part?

14:56:03  6        **Q.**    Where it says P -- where it says arrest

14:56:06  7  and then P-31.

14:56:07  8        **A.**    Okay.  I assisted in the arrest, and

14:56:11  9  then I believe P-31 is a tow form.

14:56:28 10        **Q.**    Okay.  What does that mean?

14:56:30 11        **A.**    That means the vehicle in the

14:56:33 12  investigation was towed.

14:56:35 13        **Q.**    Okay.  And why is that listed under

14:56:38 14  your section?

14:56:39 15        **A.**    Because I completed that paperwork.

14:56:41 16        **Q.**    Oh, you submitted the tow form?

14:56:44 17        **A.**    I completed the tow form, yes.

14:56:46 18        **Q.**    Who did you give the tow form to?

14:56:52 19        **A.**    The tow form is three sheets.  One goes

14:56:57 20  to our stationhouse, and the other two go to the

14:57:02 21  tow company.

14:57:04 22        **Q.**    And this would indicate that

14:57:06 23  Mr. Suttles' vehicle was towed on that day; is that

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

40

14:57:10 1  right?

14:57:11 2       **A.**   Just that a vehicle was towed that day

14:57:13 3  on this call.

14:57:14 4       **Q.**   Okay.  Why was the vehicle towed?

14:57:16 5       **A.**   I don't recall.

14:57:35 6       **Q.**   Under what circumstances would a car be

14:57:37 7  towed during an arrest?

14:57:43 8       **A.**   If the person driving the car was under

14:57:49 9  arrest.  There's various -- there's various answers

14:57:52 10 to that question.

14:57:54 11      **Q.**   Is there a circumstance where the

14:57:57 12 vehicle can be not towed and given to the custody

14:58:02 13 of a passenger in the car?

14:58:06 14      **MR. DUDDY:**  Objection, form.

14:58:07 15      **THE WITNESS:**  I mean, the vehicle -- usually

14:58:17 16 the vehicle is towed.  I've seen cases where the

14:58:20 17 vehicle has been left in place or given to somebody

14:58:23 18 else.

14:58:23 19      **BY MS. REDDY:**

14:58:28 20      **Q.**   Okay.  Thank you.  I'm going to draw

14:58:41 21 your attention to the last paragraph of the same

14:58:44 22 page of this Exhibit, Name of Assisting Officer,

14:58:47 23 Lieutenant Courtney Tripp.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

41

14:58:48  1        Is that the lieutenant who you indicated was
14:58:50  2  your supervisor?
14:58:52  3        **A.**   That's correct.
14:58:52  4        **Q.**   And does she supervise -- was she your
14:58:55  5  supervisor on the day of this incident?
14:58:58  6        **A.**   Yes.
14:58:58  7        **Q.**   And as lieutenant, was she the
14:59:01  8  supervisor of all of these officers listed in this
14:59:04  9  report?
14:59:06 10        **A.**   She was, yes.
14:59:14 11        **Q.**   Did you observe her at the scene on
14:59:16 12  May 10th, 2020?
14:59:17 13        **A.**   Not that I can recall.
14:59:23 14        **Q.**   Do you have any reason to believe she
14:59:25 15  wasn't present at the time that you were at the
14:59:27 16  scene on May 10th, 2020?
14:59:30 17        **A.**   I -- I can't answer that.  I don't know
14:59:32 18  if she was there or not.
14:59:34 19        **Q.**   Okay.  I'm going to stop sharing for
14:59:42 20  just a second so I can pull up my next Exhibit.
15:00:32 21        Okay.  I'm going to share with you what is
15:00:34 22  Defense Exhibit 2 provided in the normal course of
15:00:39 23  discovery by the City of Buffalo Corporation

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

42

15:00:40  1    Counsel, who represent you for today.  This was

15:00:43  2    previously entered into evidence in a prior

15:00:45  3    Exhibit.

15:00:45  4         Do you recognize this document?

15:00:47  5         **A.**   No.

15:00:49  6         **Q.**   Do you recognize your name in this

15:00:51  7    document?

15:00:51  8         **A.**   Yes.

15:00:54  9         **Q.**   I'm going to represent to you that this

15:00:57 10    is on City of Buffalo Department of Police Internal

15:00:59 11    Affairs Division letterhead, Case Index IAD Case

15:01:04 12    EC2020-024, in relation to Complainant Quentin

15:01:10 13    Suttles.

15:01:10 14         Section D indicates witnesses.  Is your name

15:01:13 15    located there?

15:01:14 16         **A.**   Yes.

15:01:14 17         **Q.**   Do you know why you're listed as a

15:01:17 18    witness in this case?

15:01:21 19         **A.**   No.

15:01:24 20         **Q.**   Okay.  I'm going to scroll down to

15:01:28 21    page -- to a later page of this document, which is

15:01:35 22    page 9 of the same Exhibit.

15:01:42 23         Does this look familiar to you?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

43

| 15:01:44 | 1 | A. No. |
|---|---|---|

15:01:44  2      Q.  I will represent to you that it's dated

15:01:48  3  May 11th, 2020, and it relates to the same case

15:01:52  4  with the complaint of excessive force in relation

15:01:55  5  to the incident involving Mr. Suttles as the

15:01:59  6  complainant here.

15:02:00  7      I'm going to scroll down to page 2 of this

15:02:05  8  document.  Do you -- do you recognize your picture

15:02:06  9  here?

15:02:07 10      A.  Yes.

15:02:09 11      Q.  Is that your name, Police Officer

15:02:11 12  Jonathan Hanover --

15:02:12 13      A.  Yes.

15:02:13 14      Q.  -- listed as a -- I'm sorry, listed as

15:02:15 15  a witness in section B, subsection 1-B?

15:02:20 16      A.  Yes.

15:02:21 17      Q.  Do you know why your name and picture

15:02:22 18  is listed here?

15:02:23 19      A.  No.

15:02:24 20      Q.  Okay.  Were you interviewed in the

15:02:28 21  course of this investigation by internal affairs at

15:02:30 22  the Buffalo City of Buffalo?

15:02:31 23      A.  I don't recall.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

44

15:02:35  1        Q.    Okay.  Was there any point in time when
15:02:43  2   you were asked about the use of force by Officer
15:02:46  3   Ammerman on May 10th, 2020, in relation to
15:02:50  4   Mr. Suttles?
15:02:51  5        A.    I don't recall.
15:02:53  6        Q.    Was there any time you were asked by
15:02:54  7   anyone for the City of Buffalo in relation to the
15:02:57  8   use of force by Officer Scheu on May 10th, 2020,
15:03:01  9   with respect to Mr. Suttles?
15:03:03 10        A.    I don't recall.
15:03:36 11        Q.    Were you wearing a body cam on
15:03:40 12   May 10th, 2020?
15:03:47 13        A.    I don't know the exact date when they
15:03:49 14   were issued, so I don't recall if I was wearing one
15:03:53 15   or not.
15:03:55 16        Q.    Okay.  Was there a date where body cams
15:03:57 17   were issued to police officers?
15:03:59 18        A.    There was when we had -- we didn't have
15:04:03 19   cameras, and then we had cameras.
15:04:06 20        Q.    Okay.  Was that in 2020?
15:04:07 21        A.    I don't recall when that was.
15:04:16 22        Q.    Do you currently have a body cam?
15:04:18 23        A.    Yes.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

45

| 15:04:19 | 1 | **Q.**   Do you wear it on every shift? |
| 15:04:20 | 2 | **A.**   Yes. |
| 15:04:30 | 3 | **Q.**   Is it recorded on every shift? |
| 15:04:33 | 4 | **A.**   It's recorded during calls, yes. |
| 15:04:35 | 5 | **Q.**   During your calls.  During your active |
| 15:04:40 | 6 | calls; is that right? |
| 15:04:44 | 7 | **A.**   Yes. |
| 15:04:45 | 8 | **Q.**   Thank you.  I'm just pulling up an |
| 15:05:12 | 9 | Exhibit.  Just bear with me.  I want to play a |
| 15:05:15 | 10 | video for you. |
| 15:05:16 | 11 | **A.**   Okay. |
| 15:05:17 | 12 | **Q.**   You testified earlier that you couldn't |
| 15:05:18 | 13 | recall what was happening at the scene upon your |
| 15:05:21 | 14 | arrival, and so I'm hoping this might jog your |
| 15:05:25 | 15 | memory. |
| 15:06:07 | 16 | Can you see this video, Officer Hanover? |
| 15:06:12 | 17 | **A.**   Yes. |
| 15:06:13 | 18 | **Q.**   Okay.  I'm also going to represent to |
| 15:06:14 | 19 | you that this is a video that has been entered into |
| 15:06:17 | 20 | evidence, produced in the normal course of |
| 15:06:18 | 21 | discovery, and represents body cam footage from |
| 15:06:21 | 22 | May 10th, 2020, involving the arrest of |
| 15:06:24 | 23 | Mr. Suttles. |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

46

```
15:06:25   1          I want you to tell me when you recognize
15:06:26   2   yourself, please, and I'm playing the video now.
15:06:31   3          Again, that video is labelled
15:06:33   4   axon_body_2_video_2020-05-10_1815.
15:06:33   5               (Video played.)
15:07:38   6               (Video paused.)
15:07:38   7          BY MS. REDDY:
15:07:40   8          Q.   Do you recognize the police officer
15:07:41   9   here who is in this video?
15:07:42  10          A.   I would have to see his face.
15:07:45  11          Q.   I'm going to keep playing it for you.
15:07:48  12          A.   Okay.
15:07:48  13               (Video played.)
15:07:48  14               (Video paused.)
15:07:49  15          THE WITNESS:  I still can't see his face.
15:07:52  16          MS. REDDY:  Yeah, let me go back.
15:07:52  17               (Video played.)
15:07:52  18               (Video paused.)
15:07:52  19          BY MS. REDDY:
15:08:03  20          Q.   That's so grainy.  Can you make that
15:08:05  21   out?
15:08:06  22          A.   No, you can't see his face.
15:08:11  23          Q.   It happens so quick right here.
```

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

47

15:08:11  1              (Video played.)

15:08:28  2              (Video paused.)

15:08:28  3         **BY MS. REDDY:**

15:08:29  4         **Q.**   Can you see that officer's face right

15:08:31  5  here?

15:08:31  6         **A.**   No, it went by too fast.

15:08:33  7         **Q.**   Okay.  I'm going to keep playing it.

15:08:36  8  Let me know when you recognize him.

15:08:37  9         **A.**   Okay.

15:08:37  10             (Video played.)

15:08:37  11             (Video paused.)

15:08:49  12        **THE WITNESS:**  If there's three officers

15:08:51  13  there, then I'm there.

15:08:52  14        **BY MS. REDDY:**

15:08:52  15        **Q.**   You -- you heard your voice?

15:08:54  16        **A.**   I didn't hear my voice, but if there's

15:08:56  17  three officers, I know I was responding -- I was

15:09:00  18  next to two officers there, so if there's three

15:09:03  19  there, I'm there.

15:09:04  20        **Q.**   Okay.  So this would be at the time you

15:09:08  21  arrived at the scene; is that correct?

15:09:10  22        **A.**   Yes.

15:09:13  23        **Q.**   Okay.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

48

15:09:13  1          **MS. REDDY:**  So I'm going to have the record

15:09:15  2   reflect that he's -- the witness has designated at

15:09:20  3   7 minutes and 20 seconds into this video as him

15:09:25  4   appearing at the scene on May 10th, 2020, involving

15:09:30  5   the arrest of Mr. Suttles.

15:09:30  6          (Video played.)

15:09:36  7          (Video paused.)

15:09:36  8      **BY MS. REDDY:**

15:09:37  9      **Q.**   Is that you?

15:09:38 10      **A.**   I -- it's a fair -- which person are

15:09:41 11   you talking about?

15:09:42 12      **Q.**   Do you see yourself in this video?

15:09:45 13      **A.**   Not yet.

15:09:46 14      **Q.**   Okay.

15:09:46 15          (Video played.)

15:09:46 16          (Video paused.)

15:09:52 17      **BY MS. REDDY:**

15:09:52 18      **Q.**   Is that you?

15:09:55 19      **A.**   I believe so, yes.

15:09:55 20      **Q.**   Okay.  So this video depicts you

15:09:59 21   leaning in to Mr. Suttles.  What are you doing in

15:10:01 22   this video?

15:10:02 23          And if you don't know yet, I can keep

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

49

15:10:05  1  playing it for a few minutes.

15:10:07  2          **MR. DUDDY:**  Objection, form.

15:10:08  3          **MS. REDDY:**  You know what?  Strike that.

15:10:09  4  I'm just going to play the video, and then I'll

15:10:12  5  ask.

15:10:12  6          (Video played.)

15:10:12  7          (Video paused.)

15:10:12  8      **BY MS. REDDY:**

15:10:21  9      **Q.**   Officer Hanover, what are you searching

15:10:23 10  for in this video?

15:10:24 11      **A.**   Me personally, I am looking for

15:10:26 12  weapons.  Anything that can harm me.

15:10:30 13      **Q.**   Okay.  Weapons in his pocket after he's

15:10:33 14  handcuffed with his hands behind his back.

15:10:36 15      Is that your testimony?

15:10:37 16      **A.**   Yes.

15:10:42 17      **Q.**   And your prior testimony is that you

15:10:45 18  just appeared on the scene maybe 10 to 20 seconds

15:10:48 19  prior -- before this, right?

15:10:51 20      **A.**   If there were three sets of footprints

15:10:54 21  there or if there's three officers there, I am

15:10:57 22  arrived -- I have arrived.

15:10:58 23      **Q.**   Okay.  So you've arrived maybe 20, 25

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

50

15:11:01  1  seconds before, and the first thing you did was

15:11:04  2  search for weapons in his pocket; is that correct?

15:11:07  3       **A.**    Anything that could -- anything that

15:11:09  4  could hurt police officers, yes.

15:11:10  5       **Q.**    Okay.  But at this time, he's already

15:11:21  6  handcuffed with his hands behind his back on the

15:11:25  7  ground; is that correct?

15:11:26  8       **A.**    It appears to be that way.

15:11:28  9       **Q.**    Did you find anything that could hurt a

15:11:29  10 police officer when you searched Mr. Suttles on

15:11:31  11 May 10th, 2020?

15:11:35  12      **A.**    Not that I recall.

15:11:35  13      **Q.**    Okay.

15:11:36  14      **MS. REDDY:**  I'm going to continue to play

15:11:37  15 the video.

15:11:37  16           (Video played.)

15:11:58  17           (Video paused.)

15:11:58  18      **BY MS. REDDY:**

15:11:58  19      **Q.**    Now, does that continue to be you in

15:12:01  20 the picture on the right-hand side of Mr. Suttles?

15:12:03  21      **A.**    That is me in the still frame, yes.

15:12:16  22      **Q.**    Okay.  And the witness is referring to

15:12:19  23 a paused screenshot at 7 minutes and 59 seconds

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

51

15:12:24  1  into Plaintiff Exhibit 1.

15:12:28  2          And you've identified yourself in this

15:12:30  3  video.  What prompted you to lift Mr. Suttles off

15:12:33  4  the ground and stand him up?

15:12:34  5          **A.**   There was no point in leaving him on

15:12:38  6  the ground.

15:12:38  7          **Q.**   Okay.  Did you search his pants on the

15:12:42  8  ground?

15:12:43  9          **A.**   I believe I patted his pockets and

15:12:45  10 checked his pockets, yes, as we just witnessed.

15:13:01  11         **Q.**   And when you arrived on the scene just

15:13:03  12 maybe 40 second before this still shot, did you

15:13:07  13 observe any injuries on Mr. Suttles?

15:13:14  14         **A.**   Not that I can recall.

15:13:15  15         **Q.**   Okay.

15:13:15  16     **MS. REDDY:**  I'll continue to play the video.

15:13:17  17 Thank you.

15:13:17  18          (Video played.)

15:13:31  19          (Video paused.)

15:13:31  20     **BY MS. REDDY:**

15:13:32  21         **Q.**   And what are you doing in the last ten

15:13:34  22 seconds of this video that I just played?

15:13:36  23         **A.**   It looks like I appear to be unzipping

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

52

| | | |
|---|---|---|
| 15:13:39 | 1 | his jacket. |
| 15:13:40 | 2 | **Q.**    Why were you unzipping his jacket? |
| 15:13:45 | 3 | **A.**    Well, to search for weapons. |
| 15:13:48 | 4 | **Q.**    Did you find any weapons? |
| 15:13:50 | 5 | **A.**    Not that I recall. |
| 15:13:55 | 6 | **Q.**    And is that part of the protocol of the |
| 15:13:57 | 7 | arrest of a civilian? |
| 15:13:59 | 8 | **A.**    Yes. |
| 15:14:03 | 9 | **MR. DUDDY:**  I'm going to object to the form |
| 15:14:08 | 10 | of the question. |
| 15:14:10 | 11 | **BY MS. REDDY:** |
| 15:14:10 | 12 | **Q.**    Okay.  Just as a follow-up question, |
| 15:14:28 | 13 | was that part of the protocol in May 2020 for the |
| 15:14:31 | 14 | arrest of a civilian? |
| 15:14:33 | 15 | **A.**    I don't recall the exact manual of |
| 15:14:35 | 16 | procedures of 2020. |
| 15:14:36 | 17 | **MR. DUDDY:**  I'm going to object to that |
| 15:14:38 | 18 | again. |
| 15:14:38 | 19 | **BY MS. REDDY:** |
| 15:14:39 | 20 | **Q.**    Did somebody inform you to conduct this |
| 15:14:41 | 21 | search? |
| 15:14:43 | 22 | **A.**    Did somebody inform me? |
| 15:14:46 | 23 | **Q.**    I'm sorry.  Did somebody instruct you |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

53

15:14:47  1  to conduct this search upon arrival at the scene on
15:14:50  2  May 10th, 2020?
15:14:51  3       **A.**    No.
15:14:51  4            (Video played.)
15:15:02  5            (Video paused.)
15:15:02  6       **MS. REDDY:**  Sorry.  I'm going to continue to
15:15:04  7  play the recording.
15:15:04  8            (Video played.)
15:15:35  9            (Video paused.)
15:15:35 10       **BY MS. REDDY:**
15:15:36 11       **Q.**    So I know you indicated that you were
15:15:38 12  looking for weapons.  Did you hear the part
15:15:41 13  referencing his butt with respect to Mr. Suttles?
15:15:46 14       **A.**    No, I didn't.
15:15:47 15       **Q.**    Okay.  I'm going to play it again for
15:15:50 16  you.  I'm just curious what the search is for if
15:15:53 17  it's for weapons and what you're doing in this
15:15:56 18  video.
15:15:56 19       **A.**    I'm stating what I'm doing.  I am not
15:15:59 20  the primary officers.  I am searching for weapons.
15:16:03 21       **Q.**    Okay.  And I'm just asking if they're
15:16:05 22  speaking to you or what the context -- I'm just
15:16:08 23  trying to get some context.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

54

15:16:09  1          **MS. REDDY:**  I'm going to play it back.

15:16:09  2               (Video played.)

15:16:37  3               (Video paused.)

15:16:37  4          **BY MS. REDDY:**

15:16:37  5          **Q.**   Okay.  Do you see the scene where

15:16:38  6     you're putting on the gloves?

15:16:40  7          **A.**   Correct.

15:16:41  8          **Q.**   Okay.  Prior to that, did you hear the

15:16:43  9     officer say, "There's something in his butt"?

15:16:46 10          **A.**   Vaguely.

15:16:47 11          **Q.**   Okay.  And what was your understanding

15:16:49 12     of what was happening at this time as you were

15:16:51 13     searching for weapons?

15:16:52 14               What were the other officers doing?

15:16:54 15          **A.**   That's going to be a question for the

15:16:56 16     other officers.  I know what I'm doing.

15:16:58 17          **Q.**   Okay.  And what is your understanding

15:16:59 18     of what they're doing at the scene that you're --

15:17:02 19     you came to assist?

15:17:03 20          **MR. DUDDY:**  Objection, form.

15:17:06 21          **BY MS. REDDY:**

15:17:07 22          **Q.**   What is your understanding of what the

15:17:07 23     other police officers are doing at the scene upon

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

55

15:17:10  1  your arrival when you search for weapons in the

15:17:13  2  call that you responded to to provide assistance?

15:17:17  3       **A.**   Well, I mean, after reviewing this

15:17:19  4  footage, it seems like they're looking for illegal

15:17:23  5  narcotics --

15:17:23  6       **Q.**   Okay.

15:17:26  7       **A.**   -- would be my guess.  Like I said,

15:17:27  8  that's a question for them.

15:17:29  9       **Q.**   So -- okay.  Thank you for that answer.

15:17:44 10       **MS. REDDY:**  I'm going to play it again.

15:17:44 11          (Video played.)

15:17:58 12          (Video paused.)

15:17:58 13       **BY MS. REDDY:**

15:17:58 14       **Q.**   Now, here did you hear Mr. Suttles

15:18:01 15  complaining about his eye to you?

15:18:03 16       **A.**   I just heard him complain about his

15:18:05 17  arm.

15:18:06 18       **Q.**   Okay.  I'm going to go back ten

15:18:10 19  seconds.  There is a part with his arm.  You're

15:18:13 20  correct.

15:18:13 21       **MS. REDDY:**  I'm going to play this again.

15:18:13 22          (Video played.)

15:18:33 23          (Video paused.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

56

15:18:33  1          **BY MS. REDDY:**

15:18:33  2          Q.   Well, also just to clarify here:

15:18:35  3          Where you're reaching into his back pocket,

15:18:35  4   are you still looking for weapons?

15:18:39  5          **MR. DUDDY:**  Objection, form.

15:18:43  6          **BY MS. REDDY:**

15:18:43  7          Q.   Your earlier testimony is that you

15:18:44  8   conducted a search of Mr. Suttles for weapons.

15:18:46  9          You testified that in these scenes, you, as

15:18:51 10   an assisting police officer, are searching for

15:18:52 11   weapons or anything that could hurt a fellow police

15:18:58 12   officer; is that correct?

15:18:59 13          A.   You're going to have to repeat that.

15:19:01 14          Q.   I'm confirming your earlier testimony.

15:19:03 15          You have testified that in these scenes that

15:19:04 16   I've just showed you, you were searching for

15:19:08 17   anything that could hurt fellow police officers in

15:19:10 18   your search of Mr. Suttles and his person, right?

15:19:13 19          A.   Yes, when I arrived at 7:20, I was

15:19:16 20   looking for weapons.

15:19:17 21          Q.   Okay.  Now at 8:50, I notice you are in

15:19:22 22   his pockets again.  What are you searching for

15:19:25 23   here?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

57

15:19:25  1        **A.**   I -- weapons, knives.  Illegal

15:19:30  2  narcotics now.

15:19:32  3        **Q.**   What led you to believe that he had

15:19:34  4  illegal narcotics?

15:19:36  5        **A.**   Probably somebody stating that it was

15:19:39  6  in his butt.

15:19:41  7        **Q.**   What was in his butt?

15:19:42  8        **A.**   I -- that's --

15:19:44  9        **MR. DUDDY:**  Objection, form.

15:19:46  10       **THE WITNESS:**  That's a question for the

15:19:47  11  primary officer.

15:19:48  12       **BY MS. REDDY:**

15:19:48  13       **Q.**   I'm just asking for you to clarify your

15:19:50  14  testimony.  You used the pronoun "it," so I'm just

15:19:54  15  asking what is "it."

15:19:56  16       **MR. DUDDY:**  Objection, form.

15:19:59  17       **THE WITNESS:**  It could be anything illegal.

15:20:04  18       **BY MS. REDDY:**

15:20:05  19       **Q.**   Okay.  Is that why you put your gloves

15:20:09  20  on in this scene?

15:20:13  21       **A.**   I always -- if the -- the matter isn't

15:20:17  22  urgent, everything's calmed down, I try not to

15:20:20  23  touch civilians with my bare hands.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

58

15:20:24  1          Q.    Okay.

15:20:28  2          **MS. REDDY:**  I'm going to play this again.

15:20:28  3              (Video played.)

15:20:33  4              (Video paused.)

15:20:33  5          **BY MS. REDDY:**

15:20:34  6          Q.    I'm actually going to rewind this ten

15:20:36  7   seconds, and I did deviate from my original

15:20:38  8   question, but I was asking you if Mr. Suttles in

15:20:41  9   this video was making an indication to you

15:20:44 10   regarding his injuries.

15:20:45 11          **MS. REDDY:**  I'm going to play this back and

15:20:47 12   ask you the same question again.

15:20:48 13          **THE WITNESS:**   Okay.

15:20:48 14              (Video played.)

15:21:16 15              (Video paused.)

15:21:16 16          **BY MS. REDDY:**

15:21:18 17          Q.    So what did you hear in relation to

15:21:20 18   Mr. Suttles' complaint about his eye?

15:21:23 19          A.    After reviewing the video, it sounded

15:21:26 20   like Suttles made a spontaneous statement about his

15:21:31 21   eye.

15:21:32 22          Q.    Okay.  What was his spontaneous

15:21:35 23   statement?

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

59

15:21:36  1          **MR. DUDDY:**  Objection, form.

15:21:37  2          **THE WITNESS:**  "Look at my eye."

15:21:38  3          **BY MS. REDDY:**

15:21:38  4          **Q.**   I'm sorry, I'm just going to get the

15:21:40  5     question in.

15:21:40  6          What is the spontaneous statement that

15:21:42  7     you're referring to that you just testified to?

15:21:44  8          **A.**   It looked like --

15:21:47  9          **MR. DUDDY:**  Objection, form.

15:21:52 10          **THE WITNESS:**  It looked like Mr. Suttles

15:21:55 11     wasn't talking to somebody individually.  It

15:21:58 12     sounded like he made a statement about his eye.

15:22:04 13          **BY MS. REDDY:**

15:22:04 14          **Q.**   So he's making a statement about his

15:22:05 15     eye when he says, "Look at my eye."

15:22:07 16          **A.**   Yes.

15:22:09 17          **Q.**   That's your testimony.

15:22:09 18          **MR. DUDDY:**  Objection, form.

15:22:11 19          **BY MS. REDDY:**

15:22:11 20          **Q.**   Okay.  What does he say about his arm?

15:22:15 21          **A.**   He said -- I don't know.  You're going

15:22:18 22     to have to play it again.

15:22:18 23              (Video played.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

60

15:22:31  1              (Video paused.)

15:22:31  2         **BY MS. REDDY:**

15:22:31  3         **Q.**   So your testimony just a few minutes

15:22:33  4    ago was that you -- the video reflects Mr. Suttles

15:22:37  5    saying, "Look at my eye"; is that correct?

15:22:38  6         **MR. DUDDY:**  Objection, form.

15:22:41  7         **BY MS. REDDY:**

15:22:42  8         **Q.**   Officer Hanover, is it your testimony

15:22:44  9    that in the scenes just played, Mr. Suttles makes a

15:22:48 10    statement, "Look at my eye," while standing next to

15:22:51 11    you?  Is that correct?

15:22:52 12         **MR. DUDDY:**  Objection, form.

15:22:53 13         **THE WITNESS:**  He says that, yes.

15:22:53 14         **BY MS. REDDY:**

15:22:55 15         **Q.**   Okay.  Did you look at his eye?

15:23:00 16         **A.**   Not that I can recall.

15:23:03 17         **Q.**   Does the video show you looking at his

15:23:05 18    eye?

15:23:06 19         **MR. DUDDY:**  Objection, form.

15:23:08 20         **THE WITNESS:**  This is my first time

15:23:09 21    reviewing the video.

15:23:12 22         **BY MS. REDDY:**

15:23:12 23         **Q.**   Well, I can play it, and I can play

Jonathan Hanover - Ms. Reddy - 01/30/2024

61

15:23:15  1  it -- longer lengths also, but as we come to this

15:23:20  2  point of playing it back and forth -- which I'm

15:23:22  3  happy to do again, but the question on the table

15:23:25  4  will be did you look at his eye in response to the

15:23:26  5  statement.

15:23:27  6      A.   I -- if that's what the video

15:23:29  7  indicates, I -- I don't remember looking at his

15:23:31  8  eye.

15:23:31  9      Q.   Okay.  Well, I don't want you to guess,

15:23:34  10  so we're going to play it, and we're going to get

15:23:36  11  to an answer.

15:23:37  12      A.   Okay.

15:23:37  13          (Video played.)

15:23:56  14          (Video paused.)

15:23:56  15      BY MS. REDDY:

15:23:57  16      Q.   That's the relevant portion I wanted

15:23:58  17  you to look at, unless you want me to play it for

15:24:00  18  longer, and I can play it back also.

15:24:04  19      Do you need me to play it again?

15:24:06  20      A.   I don't under -- what are you asking?

15:24:09  21      Q.   Two questions:

15:24:10  22      One, your earlier testimony was that

15:24:12  23  Mr. Suttles stated, "Look at my eye."  My question

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

62

15:24:15  1  to you is did you look at his eye.

15:24:18  2          A.    In the video I just watched, I don't

15:24:22  3  recall looking at his eye.  Neither did it show me

15:24:25  4  looking at his eye in the video.

15:24:27  5          Q.    Okay.  Now, do you -- did you hear him

15:24:31  6  complain about an injury to his arm in this video?

15:24:35  7          A.    Yes.

15:24:36  8          Q.    And what was your response?

15:24:40  9          A.    I heard another statement saying, "My

15:24:42 10  arm is broke."

15:24:44 11          Q.    Okay.  And what was your response?

15:24:46 12          A.    "No, it's not."

15:24:48 13          Q.    How did you draw that conclusion that

15:24:52 14  it wasn't broken?

15:24:53 15          A.    Because his arm -- I looked at it with

15:24:55 16  my eyes, and his arm was not disfigured or

15:24:58 17  dismembered or facing any other direction than

15:25:02 18  outside of normal.

15:25:03 19          Q.    Okay.  But you looked at his arm

15:25:10 20  through his clothing?

15:25:11 21          A.    I looked at his arm while it was behind

15:25:14 22  his back in his clothing.

15:25:15 23          Q.    Okay.  Did you ask him about any other

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

63

15:25:17  1  injury to his arm?

15:25:19  2          **A.**   Not that I can recall.

15:25:20  3          **Q.**   Did you get him any medical help for

15:25:24  4  his eye or his arm on May 10th, 2020?

15:25:27  5          **MR. DUDDY:**  Objection, form.

15:25:28  6          **THE WITNESS:**  I don't recall doing that.

15:25:30  7          **BY MS. REDDY:**

15:25:31  8          **Q.**   Does the video show you giving him any

15:25:33  9  medical attention with respect -- with respect to

15:25:36  10  his eye?

15:25:38  11          **MR. DUDDY:**  Objection, form.

15:25:39  12          **THE WITNESS:**  I did not give him any medical

15:25:43  13  attention, no.

15:25:46  14          **BY MS. REDDY:**

15:25:46  15          **Q.**   And is that the same answer with

15:25:48  16  respect to his arm that he complains of in this

15:25:51  17  video?

15:25:53  18          **A.**   I reviewed his arm, like I said, and I

15:25:56  19  said it wasn't broken.

15:25:58  20          **Q.**   So hold on.  Let's see.  Where did you

15:26:01  21  review --

15:26:01  22          **MS. REDDY:**  Let's go to the point where you

15:26:02  23  review his arm.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

64

15:26:03 1             (Video played.)

15:26:03 2             (Video paused.)

15:26:07 3        **THE WITNESS:**  I was behind him the entire

15:26:09 4   time.

15:26:14 5        **MS. REDDY:**  I understand.

15:26:14 6             (Video played.)

15:26:20 7             (Video paused.)

15:26:20 8        **BY MS. REDDY:**

15:26:20 9        **Q.**   So is this the time frame that you

15:26:22 10  claim you assessed his injury where he indicates

15:26:24 11  that his arm is broken and your immediate response

15:26:28 12  is "No, it's not"?

15:26:30 13       **A.**   That's what I said, yes.

15:26:31 14       **Q.**   Is that the split-second timeframe

15:26:33 15  where you assessed his injury?

15:26:35 16       **A.**   Well, as of right now, I've been on the

15:26:37 17  scene for approximately a minute and 40 seconds.

15:26:41 18       **Q.**   So in that minute and 40 seconds, you

15:26:45 19  were able to assess his injury to his arm.

15:26:47 20       **A.**   To the best of my knowledge, yes.  I

15:26:47 21  looked at his arm.

15:27:28 22            (Reporter interruption.)

15:27:28 23       **BY MS. REDDY:**

15:27:29  1       Q.    Sorry to cut you off, Officer Hanover.

15:27:32  2  You can complete your answer.

15:27:34  3       A.    I'm standing behind him, and his arms

15:27:38  4  are in normal position.  It appeared to me that his

15:27:41  5  arm was not broken.

15:27:44  6       Q.    Well, could he have suffered some other

15:27:46  7  injury that wouldn't be designated as a broken arm?

15:27:50  8       MR. DUDDY:  Objection, form.

15:27:52  9       THE WITNESS:  That would be a question for

15:27:54 10  the doctor.

15:27:54 11       BY MS. REDDY:

15:27:56 12       Q.    Did you look at his arm more closely to

15:27:59 13  see if there was any other injury besides a break?

15:28:03 14       A.    No.

15:28:06 15       Q.    Did you ask him how his arm was

15:28:08 16  injured?

15:28:10 17       MR. DUDDY:  Objection, form.

15:28:11 18       THE WITNESS:  No.

15:28:11 19       BY MS. REDDY:

15:28:13 20       Q.    Did you ask Mr. Suttles how his eye was

15:28:16 21  injured on May 10th, 2020?

15:28:19 22       MR. DUDDY:  Objection, form.

15:28:19 23       THE WITNESS:  Not that I recall.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*
66

15:28:23  1          **MS. REDDY:**  I'm going to continue playing the

15:28:35  2     video.  Thank you.

15:28:35  3               (Video played.)

15:28:55  4               (Video paused.)

15:28:55  5          **BY MS. REDDY:**

15:28:56  6          **Q.**   Do you know who this officer is right

15:28:58  7     here?

15:29:00  8          **A.**   If you review it and I can look at his

15:29:02  9     face, then I can tell you.

15:29:02 10               (Video played.)

15:29:07 11               (Video paused.)

15:29:07 12          **BY MS. REDDY:**

15:29:08 13          **Q.**   There you can see his face.

15:29:10 14          **A.**   All right.  It's in the top right

15:29:12 15     corner of the picture.  I need a clearer picture --

15:29:17 16          **Q.**   Sorry?

15:29:18 17          **A.**   His face is in the top right corner of

15:29:21 18     the video.  I need a clearer picture of his face to

15:29:24 19     tell you exactly who it is.

15:29:26 20          **Q.**   Okay.  Well, just keep that in mind.

15:29:28 21     I'd like you to identify this officer.

15:29:28 22               (Video played.)

15:29:28 23               (Video paused.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

67

| | | |
|---|---|---|
| 15:29:35 | 1 | **THE WITNESS:**  Yes. |
| 15:29:37 | 2 | **BY MS. REDDY:** |
| 15:29:37 | 3 | **Q.**   Who is that? |
| 15:29:38 | 4 | **A.**   That's Officer -- that's Officer Scheu. |
| 15:29:41 | 5 | **Q.**   Okay. |
| 15:29:43 | 6 | **MS. REDDY:**  I just want the record to |
| 15:29:44 | 7 | reflect that Officer Hanover has identified Officer |
| 15:29:47 | 8 | Scheu at the 9:29 mark of this Exhibit in a still |
| 15:29:53 | 9 | shot. |
| 15:29:53 | 10 | (Video played.) |
| 15:30:08 | 11 | (Video paused.) |
| 15:30:08 | 12 | **BY MS. REDDY:** |
| 15:30:09 | 13 | **Q.**   Is that your hand still in this scene |
| 15:30:11 | 14 | holding Mr. Suttles? |
| 15:30:13 | 15 | **A.**   I -- |
| 15:30:15 | 16 | **MR. DUDDY:**  Objection, form. |
| 15:30:17 | 17 | **THE WITNESS:**  I can't tell you if that's my |
| 15:30:18 | 18 | hand or not. |
| 15:30:18 | 19 | **BY MS. REDDY:** |
| 15:30:19 | 20 | **Q.**   Okay.  I'm just curious:  What is your |
| 15:30:21 | 21 | function at this point?  You're still standing next |
| 15:30:23 | 22 | to Mr. Suttles. |
| 15:30:25 | 23 | **A.**   I don't recall. |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

68

15:30:27  1        **Q.**   Okay.

15:30:28  2        **MS. REDDY:**  I'm going to play the video.  As

15:30:30  3  far as I recall, you're still standing next to him.

15:30:30  4             (Video played.)

15:31:21  5             (Video paused.)

15:31:21  6        **BY MS. REDDY:**

15:31:22  7        **Q.**   Did you see yourself in this frame?  I

15:31:26  8  can play it again, if you want.

15:31:27  9        **A.**   Keep playing it.

15:31:27 10             (Video played.)

15:31:27 11             (Video paused.)

15:31:30 12        **BY MS. REDDY:**

15:31:30 13        **Q.**   Is that still you in this frame to the

15:31:34 14  right of Mr. Suttles?

15:31:35 15        **A.**   I believe that's me.  It looks like me.

15:31:37 16        **Q.**   And who is the person with you?  Who is

15:31:38 17  the Buffalo police officer with you?

15:31:38 18             (Video played.)

15:31:38 19             (Video paused.)

15:31:43 20        **THE WITNESS:**  There is four -- there is four

15:31:44 21  cops in that frame.  You're going to have to be

15:31:46 22  more specific.

15:31:47 23        **MS. REDDY:**  The one next to you.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

69

15:31:47  1          (Video played.)

15:31:47  2          (Video paused.)

15:31:54  3      **THE WITNESS:**  Can you describe which one

15:31:55  4  you're asking about?

15:31:57  5      **BY MS. REDDY:**

15:31:57  6      **Q.**  Sure.  Let me let it pan back.

15:32:01  7      **A.**  Okay.

15:32:01  8          (Video played.)

15:32:01  9          (Video paused.)

15:32:03 10      **BY MS. REDDY:**

15:32:03 11      **Q.**  I believe your earlier testimony is

15:32:05 12  that this is Officer Moffett; is that correct?

15:32:07 13      **A.**  That's correct.

15:32:11 14      **Q.**  I'm asking for the names of the two

15:32:14 15  officers, one of which -- I haven't seen you move

15:32:16 16  from that spot, so I want to confirm that you are

15:32:18 17  still to the right of Mr. Suttles.

15:32:19 18          And there's an additional officer now, and I

15:32:23 19  wanted you to identify who that is, please.

15:32:25 20          And I understand there's another person

15:32:26 21  standing in font, and I'm looking for the officer

15:32:29 22  who's touching Mr. Suttles.

15:32:31 23      **A.**  Okay.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

70

| | | |
|---|---|---|
| 15:32:31 | 1 | **Q.**    Thank you. |
| 15:32:31 | 2 | (Video played.) |
| 15:32:31 | 3 | (Video paused.) |
| 15:32:38 | 4 | **THE WITNESS:**  I'm not sure who that is. |
| 15:32:42 | 5 | **MS. REDDY:**  I'm sorry, I'm just trying to |
| 15:32:44 | 6 | get a clear picture.  I'm going to play the video. |
| 15:32:47 | 7 | Just trying to pause it at a point where it might |
| 15:32:50 | 8 | be a little more clear. |
| 15:32:50 | 9 | (Video played.) |
| 15:32:56 | 10 | (Video paused.) |
| 15:32:56 | 11 | **BY MS. REDDY:** |
| 15:32:56 | 12 | **Q.**    Do you know who that is in the hat? |
| 15:32:58 | 13 | **A.**    I'm not sure who that is. |
| 15:32:59 | 14 | **MS. REDDY:**  I'm going to keep playing it. |
| 15:33:00 | 15 | You might see it. |
| 15:33:05 | 16 | **THE WITNESS:**  Okay. |
| 15:33:05 | 17 | (Video played.) |
| 15:33:05 | 18 | (Video paused.) |
| 15:33:17 | 19 | **BY MS. REDDY:** |
| 15:33:17 | 20 | **Q.**    That's you, right?  Now you switched |
| 15:33:19 | 21 | sides with this other officer; is that accurate? |
| 15:33:25 | 22 | **A.**    I moved from my right to my left, yes. |
| 15:33:28 | 23 | **Q.**    Okay.  So now what are you doing to |

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

71

15:33:30  1  Mr. Suttles in this scene?

15:33:32  2          **A.**   As of right now, it looks like I'm

15:33:34  3  holding on to him.

15:33:36  4          **Q.**   Okay.

15:33:36  5              (Video played.)

15:33:36  6              (Video paused.)

15:33:47  7      **BY MS. REDDY:**

15:33:47  8          **Q.**   Are you just holding him here, or are

15:33:50  9  you doing anything else?

15:33:51 10          **A.**   I'm not sure what I'm doing.  I'm

15:33:52 11  holding him, and it looks like I'm bent over at the

15:33:56 12  shoulders.

15:33:56 13          **Q.**   Okay.

15:33:56 14              (Video played.)

15:33:56 15              (Video paused.)

15:34:02 16      **BY MS. REDDY:**

15:34:02 17          **Q.**   Are your hands in his pants here in

15:34:05 18  this scene?

15:34:05 19      **MR. DUDDY:**  Objection, form.

15:34:05 20      **BY MS. REDDY:**

15:34:07 21          **Q.**   11:06?  Where are your hands in this

15:34:10 22  scene?

15:34:12 23          **A.**   I'm not sure.  I can't tell.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

72

15:34:17  1        **MS. REDDY:**  Now, I'm going to play this.  It

15:34:20  2   appears to me that you have your hands in his

15:34:21  3   pants.

15:34:21  4            (Video played.)

15:36:03  5            (Video paused.)

15:36:03  6        **BY MS. REDDY:**

15:36:04  7        **Q.**   Do you know what you were doing in this

15:36:05  8   video -- in that scene of the video when you moved

15:36:09  9   from the right-hand side of Mr. Suttles to the

15:36:11 10   left-hand side as you just testified?

15:36:14 11        Firstly, did you recognize that officer with

15:36:17 12   you?

15:36:18 13        **A.**   No.

15:36:19 14        **Q.**   What were you doing when you moved from

15:36:22 15   the right-hand side to the left-hand side of

15:36:23 16   Mr. Suttles on May 10th --

15:36:27 17        **A.**   Looks like I was moving from the right

15:36:29 18   to the left.  I couldn't tell what I was doing in

15:36:31 19   the video.

15:36:32 20        **Q.**   Okay.  I'm sorry, I just want to finish

15:36:33 21   my question; then you can answer.

15:36:35 22        What were you doing when you moved from the

15:36:36 23   right-hand side of Mr. Suttles to the left-hand

15:36:38  1  side as you just testified to observing yourself

15:36:41  2  doing so.

15:36:43  3        After you arrived at the scene on May 10th,

15:36:47  4  2020, what were you doing with respect to

15:36:51  5  Mr. Suttles as reflected in this video that I just

15:36:56  6  showed you?

15:36:57  7        **MR. DUDDY:**  Objection, form.

15:36:57  8        **THE WITNESS:**  I don't understand what you're

15:37:03  9  trying to ask.

15:37:04 10        **BY MS. REDDY:**

15:37:05 11        **Q.**   What were you doing?  Were you

15:37:06 12  searching him?

15:37:08 13        **A.**   At what part?

15:37:08 14        **Q.**   Just now when you moved from the

15:37:11 15  right-hand side to the left-hand side.  What type

15:37:13 16  of search were you conducting?

15:37:15 17        **A.**   I -- I couldn't tell what I was doing

15:37:17 18  from the video.

15:37:18 19        **Q.**   Were your hands in his pants?

15:37:21 20        **A.**   I --

15:37:22 21        **MR. DUDDY:**  Objection, form.

15:37:23 22        **THE WITNESS:**  I don't recall.  Neither can I

15:37:26 23  tell from the video what I was doing.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

74

15:37:26  1          **BY MS. REDDY:**

15:37:28  2          **Q.**   Oh, I think it's pretty clear, so I'm

15:37:30  3    going to play it back for you.

15:37:31  4          **A.**   Okay.

15:37:32  5          **MR. DUDDY:**   Objection, form.  We heard this

15:37:42  6    yesterday.

15:37:42  7          **MS. REDDY:**   I'm sorry, we had what?

15:37:45  8          **MR. DUDDY:**   Why don't we just go off the

15:37:47  9    record for a second just so we can clarify one or

15:37:54  10   two things.

          11          **MS. REDDY:**   Wait, I'm sorry.  I cannot hear

          12   what you're saying.

          13          **MR. DUDDY:**   I said why don't we go off the

          14   record for a second just to clarify one or two

          15   things.

15:37:54  16         **MS. REDDY:**   Oh, okay.

15:37:56  17              (Off the record: 3:37 p.m.)

15:41:19  18              (Record read.)

15:41:20  19              (On the record: 3:41 p.m.)

15:41:21  20         **MS. REDDY:**   Okay.  I'm just going to play it

15:41:23  21   back and you can answer.  Let me find the right

15:41:25  22   spot.  Thank you.

15:41:25  23              (Video played.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

75

15:41:25  1          (Video paused.)

15:43:07  2          **BY MS. REDDY:**

15:43:07  3          **Q.**   Okay.  I'm going to rephrase my

15:43:11  4  question, Officer Hanover.

15:43:11  5          When you moved from the right-hand side to

15:43:12  6  the left-hand side of Mr. Suttles, what were you

15:43:14  7  searching for?

15:43:16  8          **A.**   What was I searching for?

15:43:20  9          **Q.**   Yes.

15:43:20  10         **MR. DUDDY:**  Objection, form.

15:43:22  11         **BY MS. REDDY:**

15:43:23  12         **Q.**   Were you conducting a further search

15:43:25  13  when you moved from the right-hand side of

15:43:26  14  Mr. Suttles to the left-hand side of Mr. Suttles as

15:43:28  15  depicted at approximately the 12-minute mark of

15:43:32  16  this video?

15:43:38  17         **A.**   I don't recall, and the video is not

15:43:41  18  clear.  I can't see where my hands are.

15:43:43  19         **Q.**   Okay.  Did you put your hands anywhere

15:43:47  20  near his pants or pockets?

15:43:51  21         **A.**   At which point?  We're now five minutes

15:43:53  22  into the video.

15:43:55  23         **Q.**   Well, okay.  Officer Hanover, I'm not

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

76

15:43:57 1  asking you what you recall.  I'm asking you what

15:43:59 2  you're witnessing in this video.

15:44:03 3        **A.**   Were my hands around his pants?

15:44:05 4        **Q.**   Yes.

15:44:07 5        **MR. DUDDY:**  Objection, form.

15:44:08 6        **THE WITNESS:**  Yes.

15:44:12 7        **BY MS. REDDY:**

15:44:13 8        **Q.**   Were your hands in his pockets?

15:44:15 9        **A.**   There is no question on the table.  I

15:44:18 10 have to use the bathroom.

15:44:20 11       **Q.**   There's still a -- let me finish this

15:44:20 12 line of questioning, Officer Hanover.

15:44:20 13       **MR. DUDDY:**  No, we are going to have a

15:44:20 14 break.

15:44:23 15       **MS. REDDY:**  You're not excused.  I'm

15:44:24 16 finishing this line of questioning before we take a

15:44:26 17 break.

15:44:26 18            (Reporter interruption.)

15:44:26 19            (Off the record: 3:44 p.m.)

15:44:26 20            (On the record: 3:44 p.m.)

15:44:42 21       **MR. DUDDY:**  If I may interject for just a

15:44:44 22 second, Lori.

15:44:44 23       **MS. REDDY:**  We are not off the record.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

77

15:44:45   1          **MR. DUDDY:**  You're allowed to have one

15:44:47   2   question pending.  You're not allowed to have a

15:44:48   3   line of questions pending.

15:44:50   4          **MS. REDDY:**  I'm going to finish this line of

15:44:52   5   questioning.

15:44:52   6          **MR. DUDDY:**  Ask the question.

15:44:53   7          **MS. REDDY:**  I am going to ask the question,

15:44:53   8   and he is not excused.

15:44:53   9          **BY MS. REDDY:**

15:44:55  10      Q.   Officer Hanover, were your hands in

15:44:57  11   Mr. Suttles' pocket?

15:44:59  12          **MR. DUDDY:**  Objection, form.  That's a

15:45:02  13   different question.

15:45:03  14          **THE WITNESS:**  At what time?

15:45:04  15          **BY MS. REDDY:**

15:45:04  16      Q.   Just now.  You testified that your

15:45:06  17   hands were around or near his pants; is that

15:45:08  18   correct?

15:45:11  19          **MR. DUDDY:**  Objection.

15:45:12  20          **THE WITNESS:**  I --

15:45:13  21          **BY MS. REDDY:**

15:45:13  22      Q.   And we're referencing the same -- no,

          23   you're making --

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

78

1          (Reporter interruption.)

2      **BY MS. REDDY:**

3      **Q.**   We're going to complete this line of

4  questioning.

15:45:19  5      You just testified that your hands were near

15:45:21  6  his pants; is that correct?

15:45:23  7      **MR. DUDDY:**  Objection.

15:45:25  8      **THE WITNESS:**  I can't tell.

15:45:26  9      **BY MS. REDDY:**

15:45:26 10      **Q.**   No, I'm not asking you to tell.  I'm

15:45:28 11  asking you what you just testified to.

15:45:31 12      **MR. DUDDY:**  Objection, form.

15:45:33 13      **MS. REDDY:**  Lori, you can read it back.  I

15:45:35 14  want to hear the exact words that the witness used

15:45:37 15  in response to my last question, please.

15:45:39 16          (The record was read as requested.)

15:45:39 17      **BY MS. REDDY:**

15:46:36 18      **Q.**   Same question, Officer Hanover.

15:46:36 19      **MR. DUDDY:**  So that's -- no, no, no, no.

15:46:37 20  We'll be back in ten minutes.

15:46:38 21      **MS. REDDY:**  No, excuse me.  He cannot ask to

15:46:42 22  go to the bathroom in the middle of a line of

15:46:44 23  questioning.  Mr. Duddy, Officer Hanover is not

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

15:46:44  1  excused.

15:46:45  2          Lori, we are not off the record.  I'd like

15:46:48  3  the record to reflect that Officer Hanover has

15:46:51  4  refused to answer this question, has gone off

15:46:51  5  screen.

15:46:53  6          Mr. Duddy, this is improper, and we will

15:46:57  7  wait on the record for your return.  We are not on

15:46:59  8  a break.

15:47:03  9          Lori, what's the last question?  Can you

15:47:05 10  read that back to me, please?

15:49:02 11              (The record was read as requested.)

15:49:02 12      **MS. REDDY:**  I'd like to put on the record

15:49:04 13  that there was a question pending.  The pending

15:49:05 14  question to the witness, Officer Hanover, was

15:49:07 15  whether he put his hands in Mr. Suttles' pockets.

15:49:12 16          That question was pending, and Counsel Duddy

15:49:17 17  and Officer Hanover have improperly left,

15:49:20 18  apparently, while there was a question pending, and

15:49:23 19  they are no longer on video, and we await their

15:49:29 20  return for this pending question to be answered.

15:54:09 21          I just want the record to reflect that

15:54:11 22  Mr. Duddy and Officer Hanover have not returned

15:54:18 23  yet, but we can take a five-minute break.  I'll

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

80

15:54:21  1  stay here and see when they do return.  Thank you.

15:54:21  2          (A recess was then taken at 3:54 p.m.)

15:54:21  3      **MS. REDDY:**  Okay.  Still on the record, we,

15:54:21  4  in fact, did not go off the record.  Officer

15:56:01  5  Hanover and Mr. Duddy -- we were not on a break.

15:56:03  6  Both decided to leave the frame, leave the video,

15:56:05  7  and possibly leave the room.  That was improper.

15:56:07  8  Mr. Duddy, I'm going to note that for the record.

15:56:13  9      **MR. DUDDY:**  While we're still on the record,

15:56:15 10  can you repeat everything that was said as we went

        11  out of the room, Lori?  Can you just repeat what

        12  counsel said when we were --

        13      **MS. REDDY:**  Well, I don't know that she has

        14  to repeat that, because --

        15      **MR. DUDDY:**  I'm not asking you.

        16          (Reporter interruption.)

        17      **MR. DUDDY:**  I'm not asking you.  Lori, can

        18  you read back what was said when we were out of the

        19  room?

15:57:33 20          (The record was read as requested.)

15:57:33 21      **MS. REDDY:**  We're back on the record now.

15:57:33 22  **BY MS. REDDY:**

15:57:36 23      **Q.**   Officer Hanover, you are still under

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

81

15:57:37  1  oath.  Did you have any discussions with anyone

15:57:39  2  regarding your testimony today during the break

15:57:51  3  that you just took unilaterally?

15:57:53  4          **MR. DUDDY:**  I'm going to object to opposing

15:57:57  5  counsel's statement there.

15:57:57  6          **BY MS. REDDY:**

15:57:59  7          **Q.**    Officer Hanover?

15:58:00  8          **A.**    No.

15:58:03  9          **Q.**    Can you answer the question that was

15:58:04 10  pending before you took your break?

15:58:07 11          **A.**    Can you repeat the question?

15:58:10 12          **MS. REDDY:**  Lori, can you read it back

15:58:11 13  again, please?

15:58:15 14          **MR. DUDDY:**  Objection, form.

15:58:15 15              (Off the record: 3:58 p.m.)

16:00:34 16              (On the record: 4:00 p.m.)

16:00:34 17          **BY MS. REDDY:**

16:00:38 18          **Q.**    Officer Hanover, in the scene that I

16:00:44 19  just showed you from May 10th, 2020, when you moved

16:00:48 20  from the right-hand side to the left-hand side of

16:00:50 21  Mr. Suttles, did you put your hands in his pockets?

16:00:55 22          **MR. DUDDY:**  Objection, form.

16:00:57 23          **THE WITNESS:**  I've already answered that

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

82

16:00:58  1  question.

16:00:59  2      **BY MS. REDDY:**

16:00:59  3      **Q.**   You need to answer it again.  I want a

16:01:01  4  clear answer for the record.

16:01:03  5      Did you put your hands in his pockets?

16:01:05  6      **A.**   I would have to review.  I do not

16:01:08  7  recall.

16:01:09  8      **Q.**   I will play it again like I've played

16:01:12  9  it multiple times --

16:01:13  10     **A.**   Okay.

16:01:13  11     **Q.**   -- just before you left.

16:01:13  12         (Video played.)

16:01:41  13         (Video paused.)

16:01:41  14     **BY MS. REDDY:**

16:01:42  15     **Q.**   I'd like to you watch this scene again

16:01:44  16  where you moved from -- your earlier testimony was

16:01:47  17  that you moved from the right-hand side of

16:01:49  18  Mr. Suttles to the left-hand side.

16:01:51  19     Thereafter, you testified that you had your

16:01:52  20  hands near his pants, and I'm asking for

16:01:55  21  clarification as to what you see in this video with

16:02:00  22  respect to your hands, his pants, and his pockets.

16:02:03  23     **MR. DUDDY:**  Objection.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

83

16:02:07  1          **MS. REDDY:**  Please watch the video and I

16:02:09  2    will ask you questions after.

16:02:09  3              (Video played.)

16:03:23  4              (Video paused.)

16:03:23  5          **BY MS. REDDY:**

16:03:24  6          **Q.**   Did you put your hands in Mr. Suttles'

16:03:26  7    pockets in this video?

16:03:27  8          **A.**   I was -- I just clearly saw my hands

16:03:30  9    holding his waistband.

16:03:32 10          **Q.**   His waistband?  Did you put your hands

16:03:35 11    inside his waistband?

16:03:36 12          **A.**   My hands were holding his waistband and

16:03:39 13    then holding his pocket on the outside of his pants

16:03:41 14    at the end, is what I just saw.

16:03:41 15              (Video played.)

16:03:41 16              (Video paused.)

16:04:07 17          **BY MS. REDDY:**

16:04:07 18          **Q.**   Is that you standing directly behind

16:04:09 19    him in this scene?

16:04:13 20          **A.**   I can't see myself in this scene.

16:04:18 21          **Q.**   Okay.

16:04:18 22          **MS. REDDY:**  I'm going to rewind it.

16:04:18 23              (Video played.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

84

16:04:18  1              (Video paused.)

16:04:26  2          **THE WITNESS:**  That's me holding his pocket

16:04:28  3   right there.

16:04:29  4          **BY MS. REDDY:**

16:04:29  5          **Q.**   Yes.  Is that you directly behind him

16:04:31  6   in this scene?

16:04:33  7          **A.**   I am to his left.

16:04:34  8          **Q.**   Okay.  Holding his pants.

16:04:36  9          **A.**   Holding his -- his pocket, yes.

16:04:39 10          **Q.**   Okay.

16:04:39 11              (Video played.)

16:04:39 12              (Video paused.)

16:04:39 13          **BY MS. REDDY:**

16:05:14 14          **Q.**   Is that you who just moved to the other

16:05:16 15   side of Mr. Suttles?

16:05:17 16          **A.**   Can you rewind it?

16:05:18 17          **Q.**   Sure.

16:05:18 18              (Video played.)

16:05:18 19              (Video paused.)

16:05:54 20          **BY MS. REDDY:**

16:05:54 21          **Q.**   Is that you right there, moved to the

16:05:56 22   right-hand side again?

16:05:57 23          **A.**   I believe so.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

85

16:05:57  1              (Video played.)

16:05:57  2              (Video paused.)

16:06:18  3         **BY MS. REDDY:**

16:06:18  4         **Q.**    Is this you in this still shot at 11

16:06:21  5    minutes and 5 seconds?

16:06:23  6         **A.**    Yes, that's me.

16:06:23  7              (Video played.)

16:06:23  8              (Video paused.)

16:06:36  9         **BY MS. REDDY:**

16:06:36 10         **Q.**    You just testified that you were

16:06:37 11    holding his waistband.  Where was your other hand?

16:06:44 12         **MR. DUDDY:**  Objection, form.

16:06:44 13         **THE WITNESS:**  Where was which hand?

16:06:52 14         **MS. REDDY:**  I'm playing it back.

16:06:52 15              (Video played.)

16:07:04 16              (Video paused.)

16:07:04 17         **BY MS. REDDY:**

16:07:05 18         **Q.**    This hand right here.  Is this inside

16:07:06 19    his waistband?

16:07:08 20         **A.**    I can't tell where that hand is.

16:07:11 21         **Q.**    Okay.

16:07:11 22              (Video played.)

16:07:11 23              (Video paused.)

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

86

16:07:18  1          **BY MS. REDDY:**

16:07:18  2          **Q.**    What about in that shot?  Can you tell

16:07:20  3  if your hand is inside his waistband or outside his

16:07:23  4  waistband?

16:07:23  5          **A.**    No, I can't tell.

16:07:23  6              (Video played.)

16:07:23  7              (Video paused.)

16:07:43  8          **BY MS. REDDY:**

16:07:43  9          **Q.**    Did you hear Mr. Suttles say, "You're

16:07:45  10  all in my asshole, buddy" just now?

16:07:50  11          **MR. DUDDY:**  Objection, form.

16:07:50  12          **THE WITNESS:**  I don't know what he just

16:07:53  13  said.

16:07:53  14          **MS. REDDY:**  Okay.

16:07:53  15              (Video played.)

16:08:05  16              (Video paused.)

16:08:05  17          **BY MS. REDDY:**

16:08:06  18          **Q.**    Did you hear the statement that was

16:08:08  19  just made by Mr. Suttles in this video?

16:08:11  20          **A.**    I heard asshole.

16:08:13  21          **Q.**    Okay.  I'm going to play it again so

16:08:15  22  maybe you can hear the words more clearly.

16:08:26  23          **MR. DUDDY:**  Hang on.  If we keep on this

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

87

16:08:30  1  line of questioning, I'm going to move to terminate

16:08:33  2  this deposition under Federal Rule 30(b)(3)(A).

16:08:33  3          **MS. REDDY:**  Okay.

16:08:38  4          **MR. DUDDY:**  This is clear harassment of my

16:08:42  5  deponent, okay?

16:08:43  6          **MS. REDDY:**  Okay, thank you.  Thank you very

16:08:45  7  much.

16:08:45  8          **MR. DUDDY:**  You're going to have to go to

16:08:47  9  Court to get him back.

16:08:49 10          **MS. REDDY:**  Okay, great.  Thank you so much,

16:08:50 11  Mr. Duddy.  If you need to do something, go ahead

16:08:57 12  and do it, but right now you're just interrupting

16:09:00 13  me.

16:09:01 14          **MR. DUDDY:**  I just told you what happened.

16:09:02 15          **MS. REDDY:**  But you can do that.  You don't

16:09:02 16  have to --

16:09:02 17              (Reporter interruption.)

16:09:02 18              (Off the record: 4:09 p.m.)

16:09:51 19              (On the record: 4:09 p.m.)

16:09:51 20          **MS. REDDY:**  Officer Hanover, I'm going to

16:09:53 21  play the last ten seconds again.  You testified

16:09:56 22  that you heard the word asshole.  I'm going to play

16:09:58 23  the last ten seconds.  I want you to tell me if you

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

16:10:01  1  hear any words before the word asshole.

16:10:03  2       **MR. DUDDY:**  Objection, form.

16:10:03  3            (Video played.)

16:10:23  4            (Video paused.)

16:10:23  5       **BY MS. REDDY:**

16:10:23  6       **Q.**   What did you hear in that scene,

16:10:25  7  Officer Hanover?

16:10:26  8       **A.**   Asshole and then I -- I can't

16:10:29  9  understand what he's saying.  Sounds like

16:10:33 10  gibberish.

16:10:37 11       **Q.**   What is gibberish?

16:10:40 12       **A.**   I don't -- I don't understand what he's

16:10:42 13  saying.  What I heard was asshole.

16:10:47 14       **Q.**   What is he referring to when he says

16:10:49 15  asshole?  What is your understanding of that?

16:10:51 16       **MR. DUDDY:**  Objection, form.

16:10:52 17       **BY MS. REDDY:**

16:10:53 18       **Q.**   What is your understanding of what he's

16:10:54 19  referring to when he says asshole?

16:10:57 20       **MR. DUDDY:**  Objection, form.

16:10:57 21       **THE WITNESS:**  I -- I don't know.  Is he

16:10:59 22  calling somebody an asshole?  Is he talking about

16:11:01 23  his asshole?  I'm not sure.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

89

16:11:04  1          **MS. REDDY:**  Okay.

16:11:04  2              (Video played.)

16:12:43  3              (Video paused.)

16:12:43  4          **BY MS. REDDY:**

16:12:43  5          **Q.**   What are you doing right here, Officer

16:12:47  6  Hanover?

16:12:47  7              (Video played.)

16:12:47  8              (Video paused.)

16:13:40  9          **BY MS. REDDY:**

16:13:40 10          **Q.**   Officer Hanover, are you depicted in

16:13:43 11  that scene that I just played starting at the

16:13:46 12  16-minute mark to 17:09 in this video?

16:13:48 13          **MR. DUDDY:**  Objection, form.

16:13:50 14          **THE WITNESS:**  That was me placing the

16:13:54 15  Defendant Suttles in the car.

16:13:54 16          **BY MS. REDDY:**

16:14:04 17          **Q.**   Oh, okay.  Mr. Suttles, the Plaintiff

16:14:07 18  in this matter?

16:14:09 19          **A.**   The Defendant at the time.

16:14:20 20          **Q.**   Did anybody instruct you to place him

16:14:23 21  in the car?

16:14:26 22          **A.**   Yes.  As you heard, Officer Ammerman

16:14:29 23  said to place him in, cuffs in the back.

*Jonathan Hanover - Ms. Reddy - 01/30/2024*

90

16:14:34  1        **Q.**   Okay.  At that time had you completed

16:14:35  2  your search of Mr. Suttles?

16:14:39  3        **A.**   I -- I don't recall.

16:14:48  4        **Q.**   Okay.

16:14:49  5        **MS. REDDY:**  I'm going to take ten minutes to

16:14:51  6  go to the restroom.  Take a little break.  Thank

16:14:53  7  you.

16:14:54  8              (A recess was then taken at 4:14 p.m.)

16:26:41  9              (On the record: 4:26 p.m.)

16:26:41 10        **MS. REDDY:**  Okay.  Officer Hanover, I don't

16:26:45 11  have any more questions for you today.  Thank you

16:26:46 12  for your participation.

16:26:51 13              (Deposition concluded at 4:26:51 p.m.)

16:26:53 14                    *    *    *

         15

         16

         17

         18

         19

         20

         21

         22

         23

91

1      I hereby CERTIFY that I have read the

2  foregoing 90 pages, and that except as to those

3  changes (if any) as set forth in an attached errata

4  sheet, they are a true and accurate transcript of

5  the testimony given by me in the above entitled

6  action on January 30, 2024.

7

8

9                        ------------------------
                         JONATHAN HANOVER
10

11  Sworn to before me this

12

13  -------- day of  ---------, 20__.

14

15  -------------------------

16  NOTARY PUBLIC.

17

18

19

20

21

22

23

92

```
 1  STATE OF NEW YORK )

 2                        ss:

 3  COUNTY OF ERIE    )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18

19                      LORI K. BECK,
                         CSR, CM,
20                       Notary Public.

21

22

23
```

1                              **INDEX TO WITNESSES**

2     **Witness**                    **Examination**                        **Page**

3      JONATHAN HANOVER      BY MS. REDDY                    3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

1

**'**

**'17** [1] - 6:10

**1**

**1** [3] - 36:13, 38:7, 51:1
**1-21-CV-00897** [1] - 1:8
**1-B** [1] - 43:15
**10** [1] - 49:18
**10th** [28] - 15:15, 15:19, 16:21, 21:18, 25:9, 26:8, 26:11, 26:22, 27:1, 31:15, 31:23, 32:3, 33:2, 37:23, 41:12, 41:16, 44:3, 44:8, 44:12, 45:22, 48:4, 50:11, 53:2, 63:4, 65:21, 72:16, 73:3, 81:19
**11** [1] - 85:4
**1100** [2] - 1:16, 2:7
**11:06** [1] - 71:21
**11th** [1] - 43:3
**12-minute** [1] - 75:15
**14202** [2] - 2:8, 3:9
**14209** [1] - 2:2
**16-minute** [1] - 89:12
**17:09** [1] - 89:12
**18** [1] - 5:17
**1:30** [1] - 8:5

**2**

**2** [2] - 41:22, 43:7
**20** [4] - 20:23, 48:3, 49:18, 49:23
**2010** [1] - 9:14
**2013** [1] - 10:21
**2017** [7] - 5:9, 5:14, 5:17, 5:22, 6:7, 12:22, 13:22
**2020** [42] - 15:15, 15:19, 16:21, 19:4, 20:2, 20:19, 20:22, 21:1, 21:4, 21:6, 21:18, 25:9, 26:8, 26:11, 26:22, 27:2, 31:9, 31:15, 31:23, 32:3, 33:2, 33:5, 33:9, 34:23, 37:23, 41:12, 41:16, 43:3, 44:3, 44:8, 44:12, 44:20, 45:22, 48:4, 50:11, 52:13, 52:16, 53:2, 63:4, 65:21, 73:4, 81:19
**2024** [6] - 1:19,

19:18, 21:1, 21:6, 31:7, 91:6
**20___** [1] - 91:13
**21** [1] - 10:13
**25** [1] - 49:23
**2:10** [1] - 1:20
**2:13** [1] - 6:4
**2:14** [1] - 6:5

**3**

**3** [1] - 93:3
**30** [2] - 1:19, 91:6
**30(b)(3)(A)** [1] - 87:2
**3:30** [1] - 8:4
**3:37** [1] - 74:17
**3:41** [1] - 74:19
**3:44** [2] - 76:19, 76:20
**3:54** [1] - 80:2
**3:58** [1] - 81:15

**4**

**4** [1] - 38:23
**40** [3] - 51:12, 64:17, 64:18
**455** [1] - 2:2
**4:00** [1] - 81:16
**4:09** [2] - 87:18, 87:19
**4:14** [1] - 90:8
**4:26** [1] - 90:9
**4:26:51** [1] - 90:13
**4th** [2] - 5:9, 5:14

**5**

**5** [1] - 85:5
**5/10/20** [1] - 37:8
**59** [1] - 50:23

**6**

**65** [2] - 1:16, 2:7
**68** [1] - 3:8

**7**

**7** [2] - 48:3, 50:23
**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3
**7:20** [1] - 56:19

**8**

**8** [1] - 38:7
**851-4334** [1] - 2:8
**8:50** [1] - 56:21

**9**

**9** [1] - 42:22
**90** [1] - 91:2
**9:29** [1] - 67:8

**A**

**ability** [2] - 4:21, 5:1
**able** [1] - 64:19
**academy** [3] - 6:16, 6:19, 6:21
**according** [1] - 31:7
**accurate** [2] - 70:21, 91:4
**accurately** [1] - 4:9
**acronym** [1] - 17:11
**action** [4] - 24:21, 91:6, 92:12, 92:15
**active** [1] - 45:5
**additional** [1] - 69:18
**address** [1] - 22:7
**aduddy@buffalony
.gov** [1] - 2:9
**Affairs** [1] - 42:11
**affairs** [1] - 43:21
**afternoon** [4] - 3:14, 8:3, 8:4, 29:22
**afternoons** [2] - 7:22, 8:1
**ago** [3] - 19:10, 26:19, 60:4
**ahead** [1] - 87:11
**ain't** [1] - 4:14
**allegations** [3] - 15:18, 15:22, 16:3
**allowed** [4] - 30:18, 30:23, 77:1, 77:2
**alone** [1] - 4:15
**ambulance** [1] - 34:13
**Ammerman** [11] - 16:4, 16:17, 16:19, 16:22, 22:2, 23:1, 24:15, 35:3, 35:18, 44:3, 89:22
**Ammerman's** [1] - 38:14
**answer** [17] - 4:6, 4:8, 4:21, 5:1, 22:9, 36:1, 41:17, 55:9, 61:11, 63:15, 65:2, 72:21, 74:21, 79:4, 81:9, 82:3, 82:4
**answered** [2] - 79:20, 81:23
**answers** [2] - 4:4, 40:9
**ANTHONY** [1] - 2:6
**apart** [1] - 19:23

**appear** [2] - 4:2, 51:23
**APPEARANCES** [1] - 2:1
**appeared** [3] - 26:17, 49:18, 65:4
**appearing** [1] - 48:4
**Appearing** [2] - 2:4, 2:9
**applied** [2] - 13:22, 14:8
**apply** [1] - 11:11
**approximate** [1] - 26:1
**Arbor** [1] - 9:8
**area** [1] - 12:11
**arm** [28] - 23:12, 23:15, 24:4, 24:6, 24:19, 25:12, 27:1, 55:17, 55:19, 59:20, 62:6, 62:10, 62:15, 62:16, 62:19, 62:21, 63:1, 63:4, 63:16, 63:18, 63:23, 64:11, 64:19, 64:21, 65:5, 65:7, 65:12, 65:15
**arms** [1] - 65:3
**arrest** [27] - 15:18, 21:13, 29:3, 29:7, 29:10, 29:11, 30:19, 30:23, 31:22, 32:17, 33:7, 33:16, 34:1, 34:6, 36:22, 37:18, 37:19, 38:2, 39:3, 39:6, 39:8, 40:7, 40:9, 45:22, 48:5, 52:7, 52:14
**arrested** [5] - 24:11, 26:22, 28:12, 29:4, 31:16
**arrests** [3] - 27:17, 28:17, 30:16
**arrival** [6] - 22:23, 26:8, 29:5, 45:14, 53:1, 55:1
**arrived** [17] - 10:14, 23:7, 23:23, 24:3, 24:14, 25:8, 25:18, 25:20, 26:13, 26:14, 47:21, 49:22, 49:23, 51:11, 56:19, 73:3
**arriving** [1] - 31:22
**assess** [4] - 33:18, 33:20, 33:21, 64:19
**assessed** [2] - 64:10, 64:15
**assesses** [1] - 34:8
**assessing** [1] - 34:15
**asshole** [10] - 86:10,

86:20, 87:22, 88:1, 88:8, 88:13, 88:15, 88:19, 88:22, 88:23
**assigned** [2] - 6:16, 6:17
**assist** [2] - 23:11, 54:19
**assistance** [3] - 21:23, 55:21, 55:2
**Assistant** [1] - 2:6
**assisted** [4] - 23:9, 38:11, 39:2, 39:8
**Assisting** [2] - 38:23, 40:22
**assisting** [1] - 56:10
**associate** [1] - 10:18
**associated** [1] - 19:13
**assume** [1] - 27:8
**assure** [1] - 4:11
**attached** [1] - 91:3
**attend** [1] - 92:6
**attention** [7] - 34:1, 34:4, 34:10, 36:5, 40:21, 63:9, 63:13
**attorney** [1] - 3:15
**August** [5] - 5:9, 5:14, 5:23, 6:7, 6:10
**available** [1] - 20:15
**Avenue** [1] - 2:2
**await** [1] - 79:19
**aware** [4] - 13:7, 15:21, 35:16, 35:20
**axon_body_2_
video_2020-05-10_
1815** [1] - 46:4

**B**

**background** [1] - 9:4
**bare** [1] - 57:23
**based** [1] - 8:23
**basic** [1] - 9:4
**basis** [2] - 20:4, 20:6
**bathroom** [2] - 76:10, 78:22
**bear** [1] - 45:9
**became** [1] - 6:8
**BECK** [2] - 1:20, 92:19
**become** [4] - 5:7, 12:23, 13:9, 14:4
**begin** [1] - 4:10
**beginning** [1] - 7:21
**behind** [7] - 49:14, 50:6, 62:21, 64:3, 65:3, 83:18, 84:5
**bent** [1] - 71:11
**best** [1] - 64:20
**better** [2] - 6:3, 18:11

**between** [3] - 21:6, 27:10, 29:23
**bit** [2] - 9:3, 12:19
**block** [10] - 27:9, 27:10, 27:12, 27:14, 28:6, 28:10, 28:15, 28:18, 36:21
**body** [10] - 18:21, 26:8, 31:3, 31:5, 31:6, 34:18, 44:11, 44:16, 44:22, 45:21
**booking** [15] - 27:22, 28:1, 28:7, 28:11, 28:18, 28:20, 29:2, 29:5, 30:2, 30:4, 30:11, 30:14, 31:12, 37:21, 38:1
**bottom** [1] - 37:8
**break** [9] - 65:13, 76:14, 76:17, 79:8, 79:23, 80:5, 81:2, 81:10, 90:6
**bring** [4] - 10:21, 15:22, 28:12, 28:16
**brings** [1] - 16:12
**broke** [1] - 62:10
**broken** [5] - 62:14, 63:19, 64:11, 65:5, 65:7
**brought** [3] - 10:4, 22:20, 32:20
**buddy** [1] - 86:10
**BUFFALO** [1] - 1:9
**Buffalo** [32] - 1:15, 1:17, 2:2, 2:8, 3:8, 3:17, 5:5, 5:8, 5:19, 10:3, 10:4, 10:6, 10:7, 10:12, 10:15, 11:12, 11:18, 12:17, 14:13, 16:3, 17:19, 27:16, 28:9, 32:4, 33:3, 36:7, 41:23, 42:10, 43:22, 44:7, 68:17
**Buffalo's** [1] - 27:15
**butt** [4] - 53:13, 54:9, 57:6, 57:7
**BY** [99] - 3:13, 4:18, 6:6, 12:9, 13:19, 16:10, 18:6, 18:12, 18:18, 19:7, 25:15, 28:22, 32:15, 35:15, 36:3, 40:19, 46:7, 46:19, 47:3, 47:14, 48:8, 48:17, 49:8, 50:18, 51:20, 52:11, 52:19, 53:10, 54:4, 54:21, 55:13, 56:1, 56:6, 57:12, 57:18, 58:5, 58:16, 59:3, 59:13, 59:19, 60:2,

60:7, 60:14, 60:22, 61:15, 63:7, 63:14, 64:8, 64:23, 65:11, 65:19, 66:5, 66:12, 67:2, 67:12, 67:19, 68:6, 68:12, 69:5, 69:10, 70:11, 70:19, 71:7, 71:16, 71:20, 72:6, 73:10, 74:1, 75:2, 75:11, 76:7, 77:9, 77:15, 77:21, 78:2, 78:9, 78:17, 80:22, 81:6, 81:17, 82:2, 82:14, 83:5, 83:17, 84:4, 84:13, 84:20, 85:3, 85:9, 85:17, 86:1, 86:8, 86:17, 88:5, 88:17, 89:4, 89:9, 89:16, 93:3

## C

**calmed** [1] - 57:22
**cam** [3] - 44:11, 44:22, 45:21
**cameras** [2] - 44:19
**cams** [1] - 44:16
**cannot** [2] - 74:11, 78:21
**capacity** [2] - 17:1, 32:7
**car** [7] - 23:4, 27:4, 40:6, 40:8, 40:13, 89:15, 89:21
**case** [8] - 3:16, 3:23, 26:5, 32:8, 36:12, 36:18, 42:18, 43:3
**Case** [3] - 1:8, 42:11
**cases** [1] - 40:16
**catch** [1] - 19:18
**CAVETTE** [1] - 2:5
**cavities** [1] - 31:7
**cell** [11] - 27:8, 27:10, 27:12, 27:13, 27:14, 28:6, 28:10, 28:15, 28:18, 36:21
**center** [1] - 27:16
**central** [15] - 27:22, 28:1, 28:6, 28:11, 28:18, 28:20, 29:2, 29:5, 30:2, 30:4, 30:11, 30:14, 31:12, 37:21, 38:1
**CERTIFY** [1] - 91:1, 92:5
**CHAMBERS** [1] - 2:5
**changed** [4] - 19:17, 20:4, 20:5, 31:9
**changes** [2] - 21:3,

91:3
**charged** [1] - 29:19
**charges** [3] - 16:8, 29:12, 32:20
**charging** [4] - 29:13, 29:15, 29:17
**checked** [1] - 51:10
**circumstance** [1] - 40:11
**circumstances** [1] - 40:6
**citizen** [1] - 29:4
**CITY** [1] - 1:9
**city** [2] - 16:9, 37:1
**City** [19] - 1:16, 2:7, 3:17, 5:4, 5:8, 5:18, 11:12, 11:18, 12:16, 14:12, 16:3, 17:18, 32:4, 33:2, 36:7, 41:23, 42:10, 43:22, 44:7
**Civil** [4] - 1:18, 13:5, 13:11, 14:21
**civilian** [11] - 33:6, 33:16, 34:2, 34:3, 34:6, 34:9, 35:3, 35:6, 35:9, 52:7, 52:14
**civilians** [5] - 28:12, 35:17, 35:21, 37:1, 57:23
**claim** [1] - 64:10
**clarification** [2] - 19:3, 82:21
**clarify** [5] - 19:6, 56:2, 57:13, 74:9, 74:14
**clear** [7] - 29:1, 70:6, 70:8, 74:2, 75:18, 82:4, 87:4
**clearer** [2] - 66:15, 66:18
**clearly** [2] - 83:8, 86:22
**client** [1] - 4:11
**closely** [1] - 65:12
**clothes** [1] - 30:15
**clothing** [2] - 62:20, 62:22
**CM** [2] - 1:20, 92:19
**commencing** [1] - 1:19
**communicate** [2] - 32:23, 37:20
**company** [3] - 11:7, 12:21, 39:21
**complain** [3] - 26:10, 55:16, 62:6
**Complainant** [1] - 42:12
**complainant** [1] -

43:6
**complained** [2] - 33:6, 34:19
**complaining** [1] - 55:15
**complains** [3] - 33:16, 34:6, 63:16
**complaint** [2] - 43:4, 58:18
**complaints** [2] - 35:17, 35:21
**complete** [2] - 65:2, 78:3
**completed** [3] - 39:15, 39:17, 90:1
**concluded** [1] - 90:13
**conclusion** [1] - 62:13
**conditions** [2] - 30:21, 30:22
**conduct** [2] - 52:20, 53:1
**conducted** [1] - 56:8
**conducting** [2] - 73:16, 75:12
**confirm** [1] - 69:16
**confirmed** [1] - 3:10
**confirming** [1] - 56:14
**confusing** [1] - 32:13
**connecting** [1] - 1:18
**considered** [3] - 32:2, 32:6, 38:17
**contain** [1] - 17:17
**contents** [1] - 20:14
**context** [3] - 38:16, 53:22, 53:23
**continue** [5] - 50:14, 50:19, 51:16, 53:6, 66:1
**cops** [1] - 68:21
**corner** [2] - 66:15, 66:17
**Corporation** [4] - 1:16, 2:6, 36:7, 41:23
**correct** [26] - 5:20, 6:14, 7:13, 17:20, 21:19, 22:21, 23:6, 27:19, 27:20, 28:7, 28:13, 34:12, 38:2, 41:3, 47:21, 50:2, 50:7, 54:7, 55:20, 56:12, 60:5, 60:11, 69:12, 69:13, 77:18, 78:6
**Counsel** [5] - 1:16, 2:6, 36:8, 42:1, 79:16
**counsel** [4] - 4:10, 19:22, 35:13, 80:12

**counsel's** [1] - 81:5
**count** [1] - 14:22
**COUNTY** [1] - 92:3
**course** [4] - 36:6, 41:22, 43:21, 45:20
**Court** [2] - 3:8, 87:9
**COURT** [1] - 1:4
**court** [1] - 4:3
**Courtney** [1] - 40:23
**coworker** [1] - 17:2
**create** [1] - 37:16
**created** [1] - 36:19
**CSR** [2] - 1:20, 92:19
**cuffs** [1] - 89:23
**curious** [2] - 53:16, 67:20
**current** [8] - 5:4, 7:16, 8:11, 19:11, 19:12, 19:21, 20:16, 34:7
**custody** [1] - 40:12
**cut** [1] - 65:1

## D

**daily** [2] - 20:4, 20:5
**date** [13] - 7:7, 15:16, 19:20, 19:21, 21:12, 21:13, 21:14, 21:16, 21:21, 31:19, 37:8, 44:13, 44:16
**dated** [1] - 43:2
**days** [3] - 8:6, 8:9, 8:10
**decided** [1] - 80:6
**Defendant** [9] - 1:10, 2:9, 4:2, 25:21, 25:23, 26:4, 32:14, 89:15, 89:19
**Defendant's** [2] - 32:8, 36:13
**Defendants** [1] - 16:5
**Defense** [1] - 41:22
**delta** [1] - 6:22
**Department** [4] - 12:13, 27:16, 33:3, 42:10
**depicted** [2] - 75:15, 89:10
**depicts** [1] - 48:20
**deponent** [2] - 87:5, 92:13
**DEPOSITION** [1] - 1:1
**Deposition** [1] - 90:13
**deposition** [10] - 1:14, 3:18, 3:19, 4:1, 15:23, 17:6, 87:2,

92:7, 92:9, 92:11

**depositions** [3] - 4:2, 36:6, 36:14

**describe** [1] - 69:3

**designated** [2] - 48:2, 65:7

**details** [1] - 30:13

**detaining** [1] - 23:9

**determined** [1] - 8:18

**deviate** [1] - 58:7

**difference** [2] - 29:23, 30:7

**differences** [1] - 21:5

**different** [2] - 27:23, 77:13

**direct** [1] - 36:4

**direction** [2] - 62:17, 92:11

**directly** [2] - 83:18, 84:5

**discovery** [4] - 36:7, 36:12, 41:23, 45:21

**discussions** [1] - 81:1

**disfigured** [1] - 62:16

**dismembered** [1] - 62:17

**DISTRICT** [2] - 1:4, 1:4

**district** [11] - 6:9, 6:15, 6:17, 6:23, 7:4, 7:8, 7:12, 7:14, 7:19, 7:21, 28:12

**districts** [2] - 27:18, 28:16

**Division** [1] - 42:11

**DO** [1] - 92:5

**doctor** [1] - 65:10

**document** [12] - 36:15, 36:19, 36:23, 37:5, 37:8, 37:12, 37:17, 38:10, 42:4, 42:7, 42:21, 43:8

**documentation** [1] - 3:11

**documents** [3] - 17:5, 18:19, 18:22

**done** [1] - 37:19

**down** [4] - 42:20, 43:7, 57:22, 92:8

**draft** [1] - 37:12

**drafts** [1] - 36:23

**draw** [2] - 40:20, 62:13

**driving** [1] - 40:8

**drugs** [1] - 4:20

**DUDDY** [70] - 2:6, 3:3, 3:6, 4:10, 12:8,

13:18, 16:7, 18:3, 18:10, 18:17, 19:2, 25:13, 28:21, 32:9, 35:11, 35:23, 40:14, 49:2, 52:9, 52:17, 54:20, 56:5, 57:9, 57:16, 59:1, 59:9, 59:18, 60:6, 60:12, 60:19, 63:5, 63:11, 65:8, 65:17, 65:22, 67:16, 71:19, 73:7, 73:21, 74:5, 74:8, 74:13, 75:10, 76:5, 76:13, 76:21, 77:1, 77:6, 77:12, 77:19, 78:7, 78:12, 78:19, 80:9, 80:15, 80:17, 81:4, 81:14, 81:22, 82:23, 85:12, 86:11, 86:23, 87:4, 87:8, 87:14, 88:2, 88:16, 88:20, 89:13

**Duddy** [8] - 3:1, 78:23, 79:6, 79:16, 79:22, 80:5, 80:8, 87:11

**duly** [2] - 3:9, 92:13

**during** [9] - 33:7, 33:23, 34:6, 36:21, 40:7, 45:4, 45:5, 81:2

**duties** [1] - 17:18

## E

**EC2020-024** [1] - 42:12

**effective** [1] - 21:4

**either** [2] - 8:9, 35:8

**emails** [4] - 20:9, 20:11, 20:13, 20:14

**employed** [1] - 11:2

**employees** [2] - 37:2, 37:11

**enclosed** [1] - 4:16

**end** [2] - 37:18, 83:14

**ended** [1] - 7:10

**ends** [1] - 5:16

**entail** [1] - 29:11

**entered** [4] - 36:5, 36:13, 42:2, 45:19

**entire** [3] - 31:6, 32:12, 64:3

**entitled** [2] - 91:5, 92:12

**ERIE** [1] - 92:3

**errata** [1] - 91:3

**ESQ** [3] - 2:1, 2:5, 2:6

**evidence** [2] - 42:2,

45:20

**exact** [6] - 7:7, 16:8, 22:7, 44:13, 52:15, 78:14

**exactly** [6] - 18:14, 22:10, 23:14, 27:11, 33:8, 66:19

**exam** [7] - 13:5, 13:11, 14:2, 14:9, 14:20, 14:21

**examination** [1] - 92:13

**EXAMINATION** [1] - 3:12

**Examination** [1] - 93:2

**examinations** [2] - 14:11, 14:19

**exams** [3] - 13:6, 13:12, 14:6

**except** [1] - 91:2

**excessive** [2] - 35:9, 43:4

**excuse** [1] - 78:21

**excused** [3] - 76:15, 77:8, 79:1

**Exhibit** [10] - 36:13, 38:7, 40:22, 41:20, 41:22, 42:3, 42:22, 45:9, 51:1, 67:8

**Exhibits** [1] - 36:5

**existed** [1] - 19:4

**expert** [1] - 15:9

**explain** [1] - 39:4

**eye** [20] - 55:15, 58:18, 58:21, 59:2, 59:12, 59:15, 60:5, 60:10, 60:15, 60:18, 61:4, 61:8, 61:23, 62:1, 62:3, 62:4, 63:4, 63:10, 65:20

**eyes** [1] - 62:16

## F

**face** [8] - 46:10, 46:15, 46:22, 47:4, 66:9, 66:13, 66:17, 66:18

**facing** [1] - 62:17

**fact** [1] - 80:4

**fair** [1] - 48:10

**familiar** [2] - 36:15, 42:23

**family** [1] - 10:5, 10:6, 10:7

**far** [1] - 68:3

**fast** [1] - 47:6

**father** [3] - 11:16, 11:17, 12:10

**father's** [1] - 10:10

**Federal** [2] - 1:18, 87:2

**fellow** [3] - 16:4, 56:11, 56:17

**few** [3] - 19:9, 49:1, 60:3

**finish** [5] - 4:5, 24:22, 72:20, 76:11, 77:4

**finishing** [1] - 76:16

**FIRM** [1] - 2:1

**Firm** [1] - 2:2

**first** [6] - 5:11, 6:22, 23:4, 27:5, 50:1, 60:20

**firstly** [1] - 72:11

**fit** [2] - 13:14, 14:12

**five** [4] - 8:2, 20:13, 75:21, 79:23

**five-minute** [1] - 79:23

**flee** [1] - 23:17

**follow** [3] - 14:5, 24:5, 52:12

**follow-up** [3] - 14:5, 24:5, 52:12

**following** [1] - 29:21

**follows** [1] - 3:11

**font** [1] - 69:21

**footage** [2] - 45:21, 55:4

**footprints** [1] - 49:20

**force** [9] - 16:13, 16:14, 35:3, 35:6, 35:9, 43:4, 44:2, 44:8

**foregoing** [1] - 91:2, 92:7, 92:12

**form** [50] - 12:8, 13:18, 16:7, 18:3, 18:10, 18:17, 25:13, 28:21, 35:11, 35:23, 39:9, 39:16, 39:17, 39:18, 39:19, 40:14, 49:2, 52:9, 54:20, 56:5, 57:9, 57:16, 59:1, 59:9, 59:18, 60:6, 60:12, 60:19, 63:5, 63:11, 65:8, 65:17, 65:22, 67:16, 71:19, 73:7, 73:21, 74:5, 75:10, 76:5, 77:12, 78:12, 81:14, 81:22, 85:12, 86:11, 88:2, 88:16, 88:20, 89:13

**forth** [2] - 61:2, 91:3

**four** [5] - 8:9, 8:10, 11:10, 68:20

**frame** [6] - 50:21,

64:9, 68:7, 68:13, 68:21, 80:6

**front** [3] - 18:15, 18:19, 18:23

**full** [2] - 4:6, 9:22

**full-time** [1] - 9:22

**function** [2] - 29:2, 67:21

**Functions** [1] - 39:2

## G

**general** [1] - 16:11

**generally** [2] - 15:21, 38:16

**gibberish** [2] - 88:10, 88:11

**given** [3] - 40:12, 40:17, 91:5

**gloves** [2] - 54:6, 57:19

**govern** [1] - 17:17

**government** [1] - 3:10

**government-issued** [1] - 3:10

**grab** [1] - 6:3

**graduate** [2] - 9:11, 9:13

**grainy** [1] - 46:20

**great** [1] - 87:10

**ground** [4] - 50:7, 51:4, 51:6, 51:8

**guard** [1] - 11:4, 11:5, 11:9, 12:16

**guess** [3] - 19:5, 55:7, 61:9

## H

**half** [4] - 5:15, 10:7, 10:9, 10:10

**Hall** [1] - 1:16, 2:7

**hand** [25] - 50:20, 67:13, 67:18, 72:9, 72:10, 72:15, 72:23, 73:15, 75:5, 75:6, 75:13, 75:14, 81:20, 82:17, 82:18, 84:22, 85:11, 85:13, 85:18, 85:20, 86:3

**handcuffed** [3] - 24:9, 49:14, 50:6

**hands** [23] - 49:14, 50:6, 57:23, 71:17, 71:21, 72:2, 73:19, 75:18, 75:19, 76:3, 76:8, 77:10, 77:17, 78:5, 79:15, 81:21, 82:5, 82:20, 82:22,

4

83:6, 83:8, 83:10,
83:12
 **hang** [1] - 86:23
 **Hanover** [29] - 3:14,
4:19, 36:9, 39:1,
43:12, 45:16, 49:9,
60:8, 65:1, 67:7, 75:4,
75:23, 76:12, 77:10,
78:18, 78:23, 79:3,
79:14, 79:17, 79:22,
80:5, 80:23, 81:7,
81:18, 87:20, 88:7,
89:6, 89:10, 90:10
 **HANOVER** [5] - 1:1,
1:15, 3:8, 91:9, 93:3
 **happy** [1] - 61:3
 **harassment** [1] -
87:4
 **harm** [1] - 49:12
 **hat** [1] - 70:12
 **health** [5] - 13:12,
13:17, 13:20, 14:6,
14:9
 **hear** [16] - 17:11,
23:20, 29:16, 47:16,
53:12, 54:8, 55:14,
58:17, 62:5, 74:11,
78:14, 86:9, 86:18,
86:22, 88:1, 88:6
 **heard** [8] - 47:15,
55:16, 62:9, 74:5,
86:20, 87:22, 88:13,
89:22
 **hearing** [1] - 22:3
 **held** [4] - 23:12,
23:15, 25:21, 27:1
 **help** [1] - 63:3
 **hereby** [1] - 91:1
 **HEREBY** [1] - 92:5
 **high** [3] - 9:5, 9:7,
9:15
 **High** [1] - 9:8
 **hire** [1] - 14:13
 **hired** [2] - 6:11,
15:12
 **history** [1] - 36:18
 **hold** [4] - 12:15,
24:18, 25:22, 63:20
 **holding** [15] - 24:4,
24:6, 25:11, 27:15,
67:14, 71:3, 71:8,
71:11, 83:9, 83:12,
83:13, 84:2, 84:8,
84:9, 85:11
 **honestly** [2] - 4:21,
5:2
 **hoping** [1] - 45:14
 **hum** [1] - 27:21
 **hurt** [4] - 50:4, 50:9,
56:11, 56:17

## I

 **IAD** [1] - 42:11
 **identified** [2] - 51:2,
67:7
 **identify** [2] - 66:21,
69:19
 **identity** [1] - 3:10
 **illegal** [4] - 55:4,
57:1, 57:4, 57:17
 **immediate** [1] -
64:11
 **impair** [2] - 4:20, 5:1
 **important** [2] - 4:5,
4:7
 **improper** [2] - 79:6,
80:7
 **improperly** [1] -
79:17
 **incident** [6] - 15:16,
15:17, 24:3, 33:1,
41:5, 43:5
 **incidents** [1] - 32:3
 **include** [1] - 31:4
 **incorrect** [1] - 6:10
 **Index** [1] - 42:11
 **INDEX** [1] - 93:1
 **indicate** [2] - 38:21,
39:22
 **indicated** [2] - 41:1,
53:11
 **indicates** [3] - 42:14,
61:7, 64:10
 **indication** [1] - 58:9
 **individual** [2] - 16:5,
29:17
 **individually** [1] -
59:11
 **individuals** [1] -
37:11
 **inform** [2] - 52:20,
52:22
 **information** [3] -
37:4, 37:16, 37:21
 **injured** [2] - 65:16,
65:21
 **injuries** [5] - 26:3,
26:7, 26:10, 51:13,
58:10
 **injury** [15] - 33:6,
33:17, 33:18, 33:20,
34:7, 34:8, 34:9,
34:16, 62:6, 63:1,
64:10, 64:15, 64:19,
65:7, 65:13
 **inside** [4] - 31:6,
83:11, 85:18, 86:3
 **insisted** [1] - 38:11
 **instruct** [2] - 52:23,
89:20

 **instructions** [2] -
24:18, 24:20
 **intended** [1] - 15:6
 **interject** [1] - 76:21
 **Internal** [1] - 42:10
 **internal** [1] - 43:21
 **interrupting** [1] -
87:12
 **interruption** [5] -
64:22, 76:18, 78:1,
80:16, 87:17
 **interviewed** [1] -
43:20
 **investigated** [1] -
25:17
 **investigation** [12] -
24:23, 25:1, 25:4,
25:6, 38:12, 38:13,
38:15, 38:18, 38:19,
39:3, 39:12, 43:21
 **involvement** [1] -
38:1
 **involving** [3] - 43:5,
45:22, 48:4
 **issued** [3] - 3:10,
44:14, 44:17

## J

 **jacket** [2] - 52:1, 52:2
 **January** [2] - 1:19,
91:6
 **job** [6] - 7:16, 10:17,
11:1, 17:18, 37:10,
37:13
 **jog** [1] - 45:14
 **joined** [1] - 12:16
 **Jonathan** [2] - 39:1,
43:12
 **JONATHAN** [5] - 1:1,
1:15, 3:8, 91:9, 93:3
 **judge** [1] - 29:21

## K

 **keep** [7] - 46:11,
47:7, 48:23, 66:20,
68:9, 70:14, 86:23
 **key** [1] - 21:3
 **knives** [1] - 57:1
 **knowledge** [3] -
31:20, 34:22, 64:20
 **known** [3] - 27:22,
28:1, 28:2

## L

 **labelled** [1] - 46:3
 **landscape** [1] -
12:20

 **landscaper** [1] -
12:18
 **Las** [3] - 9:10, 11:23,
12:12
 **last** [6] - 40:21,
51:21, 78:15, 79:9,
87:21, 87:23
 **LAW** [1] - 2:1
 **Law** [1] - 2:12
 **lawsuit** [3] - 16:6,
21:14, 32:4
 **leaning** [1] - 48:21
 **learn** [1] - 32:17
 **leave** [3] - 80:6, 80:7
 **leaving** [2] - 27:10,
51:5
 **led** [1] - 57:3
 **left** [15] - 31:14,
40:17, 70:22, 72:10,
72:15, 72:18, 72:23,
73:15, 75:6, 75:14,
79:17, 81:20, 82:11,
82:18, 84:7
 **left-hand** [8] - 72:10,
72:15, 72:23, 73:15,
75:6, 75:14, 81:20,
82:18
 **lengths** [1] - 61:1
 **letterhead** [1] - 42:11
 **Lieutenant** [4] - 8:13,
15:20, 40:23
 **lieutenant** [2] - 41:1,
41:7
 **lift** [1] - 51:3
 **line** [8] - 38:21,
76:12, 76:16, 77:3,
77:4, 78:3, 78:22,
87:1
 **lingo** [1] - 28:5
 **Linwood** [1] - 2:2
 **listed** [6] - 39:13,
41:8, 42:17, 43:14,
43:18
 **live** [3] - 12:5, 12:6,
12:10
 **LLC** [2] - 2:1, 2:12
 **located** [1] - 42:15
 **locations** [1] - 1:19
 **Look** [3] - 59:15,
60:5, 61:23
 **look** [10] - 33:21,
34:16, 34:18, 36:15,
42:23, 59:2, 60:10,
60:15, 61:4, 61:17,
62:1, 65:12, 66:8
 **looked** [7] - 17:7,
59:8, 59:10, 62:15,
62:19, 62:21, 64:21
 **looking** [13] - 14:15,
18:16, 34:8, 49:11,

53:12, 55:4, 56:4,
56:20, 60:17, 61:7,
62:3, 62:4, 69:21
 **looks** [5] - 51:23,
68:15, 71:2, 71:11,
72:17
 **LORI** [2] - 1:20,
92:19
 **Lori** [8] - 35:12,
76:22, 78:13, 79:2,
79:9, 80:11, 80:17,
81:12

## M

 **machine** [1] - 92:8
 **manner** [1] - 92:8
 **manual** [20] - 17:7,
17:8, 17:10, 17:14,
17:21, 18:8, 18:13,
18:23, 19:3, 19:4,
19:8, 19:21, 19:23,
20:3, 20:15, 20:18,
21:4, 31:8, 52:15
 **mark** [3] - 67:8,
75:15, 89:12
 **Massicci** [2] - 22:15,
23:3
 **matter** [3] - 21:14,
57:21, 89:18
 **mean** [5] - 7:20,
20:12, 39:10, 40:15,
55:3
 **means** [3] - 39:4,
39:11, 92:8
 **medical** [7] - 33:18,
34:1, 34:4, 34:10,
63:3, 63:9, 63:12
 **medication** [1] - 4:23
 **meet** [1] - 21:20
 **memory** [1] - 45:15
 **mental** [5] - 13:17,
13:20, 14:6, 14:9,
14:11
 **met** [2] - 21:8, 21:17
 **middle** [1] - 78:22
 **might** [3] - 45:14,
70:7, 70:15
 **mind** [1] - 66:20
 **minute** [3] - 64:17,
64:18, 79:23
 **minutes** [9] - 19:10,
48:3, 49:1, 50:23,
60:3, 75:21, 78:20,
85:5, 90:5
 **Moffett** [1] - 69:12
 **month** [2] - 5:21,
20:13
 **months** [1] - 5:17
 **MOP** [2] - 17:10,

17:13
**morning** [2] - 8:5, 29:21
**mornings** [1] - 7:22
**move** [2] - 69:15, 87:1
**moved** [14] - 10:3, 10:11, 70:22, 72:8, 72:14, 72:22, 73:14, 75:5, 75:13, 81:19, 82:16, 82:17, 84:14, 84:21
**moving** [1] - 72:17
**MR** [70] - 3:3, 3:6, 4:10, 4:14, 12:8, 13:18, 16:7, 18:3, 18:10, 18:17, 19:2, 25:13, 28:21, 32:9, 35:11, 35:23, 40:14, 49:2, 52:9, 52:17, 54:20, 56:5, 57:9, 57:16, 59:1, 59:9, 59:18, 60:6, 60:12, 60:19, 63:5, 63:11, 65:8, 65:17, 65:22, 67:16, 71:19, 73:7, 73:21, 74:5, 74:8, 74:13, 75:10, 76:5, 76:13, 76:21, 77:1, 77:6, 77:12, 77:19, 78:7, 78:12, 78:19, 80:9, 80:15, 80:17, 81:4, 81:14, 81:22, 82:23, 85:12, 86:11, 86:23, 87:4, 87:8, 87:14, 88:2, 88:16, 88:20, 89:13
**MS** [152] - 3:13, 4:13, 4:15, 4:18, 6:2, 6:6, 12:9, 13:19, 16:10, 18:6, 18:12, 18:18, 19:5, 19:7, 25:15, 28:22, 32:11, 32:15, 35:12, 35:15, 36:3, 40:19, 46:7, 46:16, 46:19, 47:3, 47:14, 48:1, 48:8, 48:17, 49:3, 49:8, 50:14, 50:18, 51:16, 51:20, 52:11, 52:19, 53:6, 53:10, 54:1, 54:4, 54:21, 55:10, 55:13, 55:21, 56:1, 56:6, 57:12, 57:18, 58:2, 58:5, 58:11, 58:16, 59:3, 59:13, 59:19, 60:2, 60:7, 60:14, 60:22, 61:15, 63:7, 63:14, 63:22, 64:5, 64:8, 64:23, 65:11,

65:19, 66:1, 66:5, 66:12, 67:2, 67:6, 67:12, 67:19, 68:2, 68:6, 68:12, 68:23, 69:5, 69:10, 70:5, 70:11, 70:14, 70:19, 71:7, 71:16, 71:20, 72:1, 72:6, 73:10, 74:1, 74:7, 74:11, 74:16, 74:20, 75:2, 75:11, 76:7, 76:15, 76:23, 77:4, 77:7, 77:9, 77:15, 77:21, 78:2, 78:9, 78:13, 78:17, 78:21, 79:12, 80:3, 80:13, 80:21, 80:22, 81:6, 81:12, 81:17, 82:2, 82:14, 83:1, 83:5, 83:17, 83:22, 84:4, 84:13, 84:20, 85:3, 85:9, 85:14, 85:17, 86:1, 86:8, 86:14, 86:17, 87:3, 87:6, 87:10, 87:15, 87:20, 88:5, 88:17, 89:1, 89:4, 89:9, 89:16, 90:5, 90:10, 93:3
**multiple** [1] - 82:9

**N**

**NAIR** [1] - 2:12
**Name** [2] - 38:23, 40:22
**name** [10] - 3:15, 11:6, 12:21, 38:5, 38:9, 39:2, 42:6, 42:14, 43:11, 43:17
**names** [1] - 69:14
**narcotics** [3] - 55:5, 57:2, 57:4
**near** [4] - 75:20, 77:17, 78:5, 82:20
**need** [8] - 6:2, 24:20, 61:19, 66:15, 66:18, 82:3, 87:11
**needed** [5] - 8:21, 8:22, 25:20, 33:19, 34:14
**needing** [1] - 21:23
**Nevada** [2] - 9:10, 11:23
**NEW** [2] - 1:4, 92:1
**New** [7] - 1:17, 2:2, 2:8, 3:8, 10:3, 12:11, 92:6
**next** [6] - 41:20, 47:18, 60:10, 67:21, 68:3, 68:23

**Niagara** [2] - 1:16, 2:7
**nobody** [2] - 4:11, 4:14
**normal** [5] - 36:6, 41:22, 45:20, 62:18, 65:4
**Notary** [3] - 1:20, 92:5, 92:20
**NOTARY** [1] - 91:16
**note** [1] - 80:8
**nothing** [1] - 92:15
**notice** [3] - 26:3, 26:7, 56:21
**Number** [1] - 38:23

**O**

**oath** [1] - 81:1
**object** [3] - 52:9, 52:17, 81:4
**objection** [49] - 12:8, 13:18, 16:7, 18:3, 18:10, 18:17, 25:13, 28:21, 32:9, 35:11, 35:13, 35:23, 40:14, 49:2, 54:20, 56:5, 57:9, 57:16, 59:1, 59:9, 59:18, 60:6, 60:12, 60:19, 63:5, 63:11, 65:8, 65:17, 65:22, 67:16, 71:19, 73:7, 73:21, 74:5, 75:10, 76:5, 77:12, 77:19, 78:7, 78:12, 81:14, 81:22, 82:23, 85:12, 86:11, 88:2, 88:16, 88:20, 89:13
**observations** [1] - 33:1
**observe** [2] - 41:11, 51:13
**observing** [1] - 73:1
**occurred** [2] - 32:3, 33:1
**occurring** [1] - 33:7
**occurs** [5] - 30:1, 30:3, 30:4, 33:23
**OF** [4] - 1:4, 1:9, 92:1, 92:3
**Office** [1] - 1:15
**Officer** [52] - 3:14, 4:19, 16:4, 16:5, 16:17, 16:22, 17:3, 23:1, 23:2, 24:15, 25:9, 35:2, 35:5, 35:18, 35:22, 36:9, 38:14, 38:23, 40:22, 43:11, 44:2, 44:8, 45:16, 49:9, 60:8,

65:1, 67:4, 67:7, 69:12, 75:4, 75:23, 76:12, 77:10, 78:18, 78:23, 79:3, 79:14, 79:17, 79:22, 80:4, 80:23, 81:7, 81:18, 87:20, 88:7, 89:5, 89:10, 89:22, 90:10
**officer** [40] - 5:6, 5:8, 5:10, 5:18, 6:8, 6:13, 7:17, 11:13, 11:17, 11:20, 12:1, 12:17, 12:23, 13:9, 13:22, 14:5, 14:7, 14:12, 17:2, 17:18, 19:6, 28:10, 30:23, 32:7, 34:8, 37:15, 38:3, 46:8, 50:10, 54:9, 56:10, 56:12, 57:11, 66:6, 66:21, 68:17, 69:18, 69:21, 70:21, 72:11
**officer's** [2] - 33:15, 47:4
**officers** [29] - 3:17, 16:4, 16:16, 16:18, 21:23, 22:1, 23:1, 23:9, 24:13, 24:22, 25:20, 26:11, 26:13, 28:14, 32:5, 37:6, 41:8, 44:17, 47:12, 47:17, 47:18, 49:21, 50:4, 53:20, 54:14, 54:16, 54:23, 56:17, 69:15
**often** [1] - 20:11
**old** [1] - 10:11
**one** [16] - 6:2, 6:3, 8:16, 19:11, 20:1, 30:1, 30:4, 39:19, 44:14, 61:22, 68:23, 69:3, 69:15, 74:9, 74:14, 77:1
**one's** [1] - 30:20
**online** [3] - 19:3, 20:8, 20:16
**opposing** [1] - 81:4
**order** [1] - 14:11
**original** [1] - 58:7
**outcome** [2] - 15:10, 32:17
**outside** [7] - 23:18, 23:21, 24:7, 31:6, 62:18, 83:13, 86:3

**P**

**P-31** [3] - 39:3, 39:7, 39:9
**p.m** [15] - 1:20, 6:4,

6:5, 74:17, 74:19, 76:19, 76:20, 80:2, 81:15, 81:16, 87:18, 87:19, 90:8, 90:9, 90:13
**page** [7] - 38:6, 38:7, 40:22, 42:21, 42:22, 43:7
**Page** [1] - 93:2
**pages** [1] - 91:2
**paid** [1] - 37:1
**pan** [1] - 69:6
**pants** [12] - 51:7, 71:17, 72:3, 73:19, 75:20, 76:3, 77:17, 78:6, 82:20, 82:22, 83:13, 84:8
**paperwork** [2] - 31:21, 39:15
**paragraph** [1] - 40:21
**part** [8] - 34:18, 38:20, 39:5, 52:6, 52:13, 53:12, 55:19, 73:13
**participated** [1] - 3:19
**participation** [1] - 90:12
**partner** [4] - 22:13, 22:17, 25:12, 26:14
**parts** [2] - 31:3, 31:5
**pass** [1] - 13:16
**passed** [1] - 15:13
**passenger** [1] - 40:13
**patrol** [1] - 27:3
**patted** [1] - 51:9
**pause** [1] - 70:7
**paused** [53] - 46:6, 46:14, 46:18, 47:2, 47:11, 48:7, 48:16, 49:7, 50:17, 50:23, 51:19, 53:5, 53:9, 54:4, 58:15, 60:1, 61:14, 64:2, 64:7, 66:4, 66:11, 66:23, 67:11, 68:5, 68:11, 68:19, 69:2, 69:9, 70:3, 70:10, 70:18, 71:6, 71:15, 72:5, 75:1, 82:13, 83:4, 83:16, 84:1, 84:12, 84:19, 85:2, 85:8, 85:16, 85:23, 86:7, 86:16, 88:4, 89:3, 89:8
**pawn** [3] - 9:16, 9:19, 10:2

6

**pen** [1] - 6:3
**pending** [8] - 77:2, 77:3, 79:13, 79:16, 79:18, 79:20, 81:10
**Performed** [1] - 39:2
**person** [11] - 15:7, 21:9, 30:20, 31:1, 31:4, 31:7, 40:8, 48:10, 56:18, 68:16, 69:20
**personally** [1] - 49:11
**personnel** [1] - 33:19
**Peter** [3] - 22:15, 22:16, 23:3
**physical** [3] - 13:16, 14:2, 14:20
**picture** [7] - 43:8, 43:17, 50:20, 66:15, 66:18, 70:6
**place** [6] - 20:19, 20:22, 34:23, 40:17, 89:20, 89:23
**placed** [1] - 27:3
**placing** [1] - 89:14
**Plaintiff** [6] - 1:7, 2:4, 3:23, 26:4, 51:1, 89:17
**play** [28] - 45:9, 49:4, 50:14, 51:16, 53:7, 53:15, 54:1, 55:10, 55:21, 58:2, 58:11, 59:22, 60:23, 61:10, 61:17, 61:18, 61:19, 68:2, 68:8, 70:6, 72:1, 74:3, 74:20, 82:8, 86:21, 87:21, 87:22
**played** [56] - 46:5, 46:13, 46:17, 47:1, 47:10, 48:6, 48:15, 49:6, 50:16, 51:18, 51:22, 53:4, 53:8, 54:2, 55:11, 55:22, 58:3, 58:14, 59:23, 60:9, 61:13, 64:1, 64:6, 66:3, 66:10, 66:22, 67:10, 68:4, 68:10, 68:18, 69:1, 69:8, 70:2, 70:9, 70:17, 71:5, 71:14, 72:4, 74:23, 82:8, 82:12, 83:3, 83:15, 83:23, 84:11, 84:18, 85:1, 85:7, 85:15, 85:22, 86:6, 86:15, 88:3, 89:2, 89:7, 89:11
**playing** [9] - 46:2, 46:11, 47:7, 49:1, 61:2, 66:1, 68:9,

70:14, 85:14
**pocket** [7] - 49:13, 50:2, 56:3, 77:11, 83:13, 84:2, 84:9
**pockets** [10] - 51:9, 51:10, 56:22, 75:20, 76:8, 79:15, 81:21, 82:5, 82:22, 83:7
**point** [10] - 19:2, 27:9, 37:23, 44:1, 51:5, 61:2, 63:22, 67:21, 70:7, 75:21
**pointing** [1] - 32:12
**Police** [4] - 12:12, 27:16, 33:3, 43:11
**police** [39] - 3:17, 5:6, 5:7, 5:10, 5:18, 6:8, 6:12, 7:17, 11:13, 11:17, 11:20, 12:1, 12:17, 12:23, 13:9, 13:21, 14:4, 14:7, 14:12, 16:4, 16:16, 17:2, 17:18, 28:10, 28:11, 28:14, 32:7, 33:15, 34:7, 42:10, 44:17, 46:8, 50:4, 50:10, 54:23, 56:10, 56:16, 56:17, 68:17
**policies** [3] - 17:17, 20:17, 20:21
**policy** [6] - 21:3, 33:5, 33:8, 33:14, 34:7, 34:22
**polygraph** [6] - 14:22, 14:23, 15:3, 15:6, 15:8, 15:11
**portion** [1] - 61:16
**position** [2] - 11:12, 65:4
**positions** [1] - 12:15
**possibly** [1] - 80:7
**PRATHIMA** [1] - 2:1
**Prathima** [1] - 3:15
**preddy@ thereddylaw.com** [1] - 2:3
**preparation** [4] - 17:6, 17:22, 18:8, 19:9
**presence** [1] - 92:10
**present** [2] - 1:15, 41:15
**PRESENT** [1] - 2:11
**pretty** [2] - 20:4, 74:2
**previously** [2] - 36:11, 42:2
**primary** [6] - 16:18, 24:13, 24:22, 38:3, 53:20, 57:11
**probation** [2] - 6:8,

7:10
**probationary** [8] - 5:10, 5:18, 6:12, 11:12, 12:23, 13:21, 14:4, 14:7
**Procedure** [1] - 1:18
**procedures** [9] - 17:7, 17:8, 17:10, 17:15, 17:16, 19:21, 20:3, 31:8, 52:16
**proceeding** [1] - 4:17
**process** [4] - 29:3, 29:7, 30:10, 36:21
**processed** [1] - 37:18
**processing** [2] - 29:11, 37:19
**produced** [3] - 36:6, 36:12, 45:20
**prompted** [4] - 11:11, 24:21, 32:4, 51:3
**pronoun** [1] - 57:14
**protocol** [2] - 52:6, 52:13
**prove** [1] - 13:14
**provide** [1] - 55:2
**provided** [1] - 41:22
**psychological** [3] - 14:14, 14:16, 14:20
**PUBLIC** [1] - 91:16
**Public** [3] - 1:21, 92:5, 92:20
**pull** [1] - 41:20
**pulling** [1] - 45:8
**purpose** [3] - 18:7, 18:9, 23:16
**pursuant** [1] - 1:17
**put** [9] - 20:22, 57:19, 75:19, 79:12, 79:15, 81:21, 82:5, 83:6, 83:10
**putting** [2] - 29:12, 54:6

## Q

**qualifications** [1] - 13:8
**qualifies** [1] - 14:9
**qualify** [2] - 13:21, 14:7
**QUENTIN** [2] - 1:6, 2:11
**Quentin** [3] - 3:16, 42:12
**questioning** [7] - 32:12, 76:12, 76:16, 77:5, 78:4, 78:23,

87:1
**questions** [8] - 4:4, 5:2, 15:2, 15:4, 61:21, 77:3, 83:2, 90:11
**quick** [1] - 46:23

## R

**radio** [2] - 21:22, 22:19
**raised** [1] - 15:22
**RAJITHA** [1] - 2:12
**reaching** [1] - 56:3
**read** [10] - 3:5, 74:18, 78:13, 78:16, 79:10, 79:11, 80:18, 80:20, 81:12, 91:1
**really** [2] - 15:5, 26:20
**reason** [1] - 41:14
**recess** [2] - 80:2, 90:8
**recognize** [8] - 37:7, 42:4, 42:6, 43:8, 46:1, 46:8, 47:8, 72:11
**record** [37] - 3:22, 4:7, 4:8, 6:4, 6:5, 29:1, 38:7, 38:22, 48:1, 67:6, 74:9, 74:14, 74:17, 74:18, 74:19, 76:19, 76:20, 76:23, 78:16, 79:2, 79:3, 79:7, 79:11, 79:12, 79:21, 80:3, 80:4, 80:8, 80:9, 80:20, 80:21, 81:15, 81:16, 82:4, 87:18, 87:19, 90:9
**recorded** [2] - 45:3, 45:4
**recording** [4] - 4:4, 4:12, 4:16, 53:7
**REDDY** [154] - 2:1, 2:1, 3:13, 4:13, 4:15, 4:18, 6:2, 6:6, 12:9, 13:19, 16:10, 18:6, 18:12, 18:18, 19:5, 19:7, 25:15, 28:22, 32:11, 32:15, 35:12, 35:15, 36:3, 40:19, 46:7, 46:16, 46:19, 47:3, 47:14, 48:1, 48:8, 48:17, 49:3, 49:8, 50:14, 50:18, 51:16, 51:20, 52:11, 52:19, 53:6, 53:10, 54:1, 54:4, 54:21, 55:10, 55:13, 55:21, 56:1, 56:6, 57:12, 57:18, 58:2, 58:5,

58:11, 58:16, 59:3, 59:13, 59:19, 60:2, 60:7, 60:14, 60:22, 61:15, 63:7, 63:14, 63:22, 64:5, 64:8, 64:23, 65:11, 65:19, 66:1, 66:5, 66:12, 67:2, 67:6, 67:12, 67:19, 68:2, 68:6, 68:12, 68:23, 69:5, 69:10, 70:5, 70:11, 70:14, 70:19, 71:7, 71:16, 71:20, 72:1, 72:6, 73:10, 74:1, 74:7, 74:11, 74:16, 74:20, 75:2, 75:11, 76:7, 76:15, 76:23, 77:4, 77:7, 77:9, 77:15, 77:21, 78:2, 78:9, 78:13, 78:17, 78:21, 79:12, 80:3, 80:13, 80:21, 80:22, 81:6, 81:12, 81:17, 82:2, 82:14, 83:1, 83:5, 83:17, 83:22, 84:4, 84:13, 84:20, 85:3, 85:9, 85:14, 85:17, 86:1, 86:8, 86:14, 86:17, 87:3, 87:6, 87:10, 87:15, 87:20, 88:5, 88:17, 89:1, 89:4, 89:9, 89:16, 90:5, 90:10, 93:3
**Reddy** [3] - 2:12, 3:2, 3:15
**reduced** [1] - 92:10
**refer** [2] - 26:5, 32:14
**reference** [1] - 30:10
**referenced** [2] - 37:11, 38:9
**referencing** [2] - 53:13, 77:22
**referred** [2] - 20:1, 21:16
**referring** [8] - 15:17, 16:17, 17:9, 21:15, 50:22, 59:7, 88:14, 88:19
**reflect** [6] - 3:22, 38:6, 48:2, 67:7, 79:3, 79:21
**reflected** [3] - 20:15, 21:3, 73:5
**reflects** [2] - 39:2, 60:4
**refused** [1] - 79:4
**regarding** [2] - 58:10, 81:2
**relates** [1] - 43:3

7

**relation** [7] - 25:17, 31:22, 42:12, 43:4, 44:3, 44:7, 58:17
**relative** [1] - 92:15
**relevant** [1] - 61:16
**remember** [2] - 31:20, 61:7
**remove** [1] - 30:14
**repeat** [5] - 56:13, 80:10, 80:11, 80:14, 81:11
**rephrase** [3] - 28:23, 32:11, 75:3
**report** [5] - 37:13, 37:16, 38:1, 41:9, 92:7
**reporter** [1] - 4:3
**Reporter** [5] - 64:22, 76:18, 78:1, 80:16, 87:17
**REPORTER** [3] - 3:1, 3:4, 35:14
**represent** [5] - 38:22, 42:1, 42:9, 43:2, 45:18
**representing** [1] - 3:16
**represents** [2] - 36:8, 45:21
**requested** [3] - 78:16, 79:11, 80:20
**required** [1] - 14:6
**requirement** [1] - 13:16
**requirements** [3] - 12:22, 13:17, 13:21
**resides** [2] - 10:6, 10:7
**respect** [9] - 33:6, 33:14, 44:9, 53:13, 63:9, 63:16, 73:4, 82:22
**respond** [2] - 23:5, 38:17
**responded** [5] - 21:22, 22:4, 22:19, 25:5, 55:2
**responding** [1] - 47:17
**response** [6] - 4:9, 61:4, 62:8, 62:11, 64:11, 78:15
**responsibilities** [1] - 33:15
**restroom** [1] - 90:6
**retire** [1] - 12:12
**retired** [1] - 12:3
**return** [3] - 79:7, 79:20, 80:1
**returned** [1] - 79:22

**review** [9] - 17:5, 17:22, 18:2, 19:8, 20:18, 63:21, 63:23, 66:8, 82:6
**reviewed** [5] - 17:23, 18:1, 18:5, 20:21, 63:18
**reviewing** [4] - 18:7, 55:3, 58:19, 60:21
**rewind** [3] - 58:6, 83:22, 84:16
**right-hand** [10] - 50:20, 72:9, 72:15, 72:23, 73:15, 75:5, 75:13, 81:20, 82:17, 84:22
**room** [5] - 4:12, 4:16, 80:7, 80:11, 80:19
**rotating** [1] - 8:10
**roughly** [1] - 10:21
**Rule** [1] - 87:2
**Rules** [1] - 1:18

## S

**Santana** [1] - 8:14
**saw** [2] - 83:8, 83:14
**scene** [40] - 22:20, 23:8, 24:14, 25:8, 25:18, 25:20, 26:14, 27:10, 30:1, 30:3, 30:19, 31:15, 31:22, 33:15, 41:11, 41:16, 45:13, 47:21, 48:4, 49:18, 51:11, 53:1, 54:5, 54:18, 54:23, 57:20, 64:17, 67:13, 71:1, 71:18, 71:22, 72:8, 73:3, 81:18, 82:15, 83:19, 83:20, 84:6, 88:6, 89:11
**scenes** [3] - 56:9, 56:15, 60:9
**schedule** [1] - 8:10
**Scheu** [12] - 16:5, 16:19, 17:3, 22:2, 23:2, 25:9, 35:5, 35:22, 38:14, 44:8, 67:4, 67:8
**school** [3] - 9:5, 9:7, 9:15
**School** [1] - 9:8
**screen** [3] - 18:20, 36:9, 79:5
**screenshot** [1] - 50:23
**scroll** [2] - 42:20, 43:7
**search** [21] - 29:23, 30:3, 30:10, 30:18,

30:20, 31:1, 31:3, 31:5, 31:6, 50:2, 51:7, 52:3, 52:21, 53:1, 53:16, 55:1, 56:8, 56:18, 73:16, 75:12, 90:2
**searched** [2] - 29:20, 50:10
**searches** [1] - 30:6
**searching** [9] - 49:9, 53:20, 54:13, 56:10, 56:16, 56:22, 73:12, 75:7, 75:8
**second** [8] - 6:2, 38:20, 41:20, 51:12, 64:14, 74:9, 74:14, 76:22
**seconds** [12] - 48:3, 49:18, 50:1, 50:23, 51:22, 55:19, 58:7, 64:17, 64:18, 85:5, 87:21, 87:23
**section** [5] - 18:1, 18:4, 39:14, 42:14, 43:15
**sections** [1] - 17:21
**security** [4] - 11:4, 11:5, 11:8, 12:16
**see** [21] - 29:21, 33:21, 36:9, 38:5, 45:16, 46:10, 46:15, 46:22, 47:4, 48:12, 54:5, 63:20, 65:13, 66:13, 68:7, 70:15, 75:18, 80:1, 82:21, 83:20
**sent** [1] - 20:10
**separate** [1] - 19:23
**serve** [1] - 13:15
**Service** [3] - 13:5, 13:11, 14:21
**set** [1] - 91:3
**sets** [1] - 49:20
**share** [1] - 41:21
**sharing** [1] - 41:19
**sheet** [2] - 36:18, 91:4
**sheets** [1] - 39:19
**shift** [7] - 7:18, 7:21, 8:3, 8:21, 9:1, 45:1, 45:3
**shop** [3] - 9:16, 9:20, 10:2
**shorthand** [1] - 92:9
**shot** [4] - 51:12, 67:9, 85:4, 86:2
**shoulders** [1] - 71:12
**show** [3] - 60:17, 62:3, 63:8
**showed** [3] - 56:16,

73:6, 81:19
**shows** [1] - 18:20
**sic** [1] - 38:11
**side** [19] - 50:20, 72:9, 72:10, 72:15, 72:23, 73:1, 73:15, 75:5, 75:6, 75:13, 75:14, 81:20, 82:17, 82:18, 84:15, 84:22
**sides** [1] - 70:21
**sign** [2] - 3:5, 20:10
**signature** [1] - 37:7
**sit** [1] - 21:2
**sorry** [15] - 5:21, 18:20, 19:18, 23:20, 29:16, 43:14, 52:23, 53:6, 59:4, 65:1, 66:16, 70:5, 72:20, 74:7, 74:11
**sounded** [3] - 19:22, 58:19, 59:12
**sounds** [1] - 88:9
**speaking** [1] - 53:22
**specific** [4] - 8:16, 19:13, 27:15, 68:22
**split** [1] - 64:14
**split-second** [1] - 64:14
**spontaneous** [3] - 58:20, 58:22, 59:6
**spot** [2] - 69:16, 74:22
**Square** [2] - 1:17, 2:7
**ss** [1] - 92:2
**stand** [2] - 17:14, 51:4
**standing** [6] - 60:10, 65:3, 67:21, 68:3, 69:21, 83:18
**start** [1] - 8:4
**starting** [1] - 89:11
**state** [1] - 33:13
**STATE** [1] - 92:1
**State** [1] - 92:6
**statement** [10] - 58:20, 58:23, 59:6, 59:12, 59:14, 60:10, 61:5, 62:9, 81:5, 86:18
**STATES** [1] - 1:4
**stating** [2] - 53:19, 57:5
**stationhouse** [1] - 39:20
**stay** [1] - 80:1
**stemming** [1] - 15:18
**still** [15] - 46:15, 50:21, 51:12, 56:4, 67:8, 67:13, 67:21, 68:3, 68:13, 69:17,

76:11, 80:3, 80:9, 80:23, 85:4
**stop** [1] - 41:19
**street** [2] - 22:8, 22:10
**Street** [1] - 3:8
**strike** [1] - 49:3
**subject** [2] - 21:14, 23:10
**subjects** [1] - 18:2
**submit** [1] - 31:21
**submitted** [1] - 39:16
**subsection** [1] - 43:15
**substances** [1] - 4:20
**suffered** [1] - 65:6
**summarized** [1] - 37:5
**supervise** [4] - 8:15, 8:19, 8:20, 41:4
**supervisor** [6] - 8:12, 15:14, 26:16, 41:2, 41:5, 41:8
**supervisors** [1] - 8:17
**supplying** [1] - 3:1
**sustained** [1] - 26:11
**SUTTLES** [3] - 1:6, 2:11, 4:14
**Suttles** [62] - 3:16, 3:23, 4:13, 4:15, 15:18, 15:22, 21:8, 21:21, 22:20, 25:18, 26:6, 26:21, 31:12, 31:15, 31:18, 32:14, 35:16, 35:20, 38:2, 42:13, 43:5, 44:4, 44:9, 45:23, 48:5, 48:21, 50:10, 50:20, 51:3, 51:13, 53:13, 55:14, 56:8, 56:18, 58:8, 58:20, 59:10, 60:4, 60:9, 61:23, 65:20, 67:14, 67:22, 68:14, 69:17, 69:22, 71:1, 72:9, 72:16, 72:23, 73:5, 75:6, 75:14, 81:21, 82:18, 84:15, 86:9, 86:19, 89:15, 89:17, 90:2
**Suttles'** [8] - 24:19, 25:12, 26:7, 39:23, 58:18, 77:11, 79:15, 83:6
**switched** [1] - 70:20
**Sworn** [1] - 91:11
**sworn** [3] - 3:9, 6:11, 92:13
**synonymous** [1] -

28:6

# T

**table** [2] - 61:3, 76:9
**technicians** [1] - 37:14
**techs** [1] - 37:16
**TELECONFERENC E** [1] - 1:1
**teleconference** [1] - 1:14
**ten** [8] - 20:13, 51:21, 55:18, 58:6, 78:20, 87:21, 87:23, 90:5
**terminate** [1] - 87:1
**terms** [1] - 34:15
**test** [7] - 13:2, 13:4, 14:14, 14:16, 14:17, 15:6, 15:11
**testified** [21] - 3:11, 14:1, 14:21, 19:9, 19:22, 28:11, 30:9, 31:11, 39:1, 45:12, 56:9, 56:15, 59:7, 72:10, 73:1, 77:16, 78:5, 78:11, 82:19, 85:10, 87:21
**testify** [1] - 92:14
**testimony** [15] - 28:7, 34:11, 49:15, 49:17, 56:7, 56:14, 57:14, 59:17, 60:3, 60:8, 61:22, 69:11, 81:2, 82:16, 91:5
**THE** [43] - 2:1, 3:1, 3:4, 16:8, 18:4, 18:11, 25:14, 35:14, 36:2, 40:15, 46:15, 47:12, 57:10, 57:17, 58:13, 59:2, 59:10, 60:13, 60:20, 63:6, 63:12, 64:3, 65:9, 65:18, 65:23, 67:1, 67:17, 68:20, 69:3, 70:4, 70:16, 73:8, 73:22, 76:6, 77:14, 77:20, 78:8, 81:23, 84:2, 85:13, 86:12, 88:21, 89:14
**thereafter** [1] - 82:19
**three** [10] - 6:20, 8:9, 11:10, 22:18, 39:19, 47:12, 47:17, 47:18, 49:20, 49:21
**timeframe** [1] - 64:14
**title** [4] - 5:4, 7:16, 10:17, 37:10
**TO** [1] - 93:1

**today** [17] - 3:18, 4:17, 4:21, 5:2, 15:23, 16:12, 17:22, 18:8, 18:16, 18:23, 19:9, 21:2, 21:4, 36:8, 42:1, 81:2, 90:11
**today's** [1] - 17:6
**took** [5] - 13:11, 14:14, 14:16, 81:3, 81:10
**top** [2] - 66:14, 66:17
**Tops** [3] - 10:16, 10:17, 11:3
**touch** [1] - 57:23
**touching** [1] - 69:22
**tow** [6] - 39:9, 39:16, 39:17, 39:18, 39:19, 39:21
**towed** [7] - 39:12, 39:23, 40:2, 40:4, 40:7, 40:12, 40:16
**training** [2] - 6:22, 7:1
**transcript** [2] - 3:2, 91:4
**transferred** [1] - 7:8
**transmission** [1] - 21:22
**Tripp** [3] - 8:13, 15:20, 40:23
**true** [1] - 91:4
**truth** [4] - 15:7, 92:14, 92:15
**truth-telling** [1] - 15:7
**truthfully** [1] - 5:1
**try** [1] - 57:22
**trying** [5] - 28:5, 53:23, 70:5, 70:7, 73:9
**two** [12] - 3:17, 9:21, 10:2, 16:3, 22:18, 23:4, 39:20, 47:18, 61:21, 69:14, 74:10, 74:14
**type** [5] - 14:17, 15:2, 30:18, 37:5, 73:15
**typically** [3] - 7:18, 7:20, 8:8

# U

**um-hum** [1] - 27:21
**under** [8] - 34:7, 39:13, 40:6, 40:8, 61:20, 80:23, 87:2, 92:10
**unequivocal** [1] - 4:1
**unilaterally** [1] - 81:3

**UNITED** [1] - 1:4
**unless** [1] - 61:17
**unzipping** [2] - 51:23, 52:2
**up** [8] - 5:16, 14:5, 19:21, 24:5, 41:20, 45:8, 51:4, 52:12
**up-to-date** [1] - 19:21
**updated** [4] - 19:15, 20:7, 20:9, 20:17
**upper** [1] - 18:20
**urgent** [1] - 57:22

# V

**vaguely** [1] - 54:10
**vagueness** [1] - 32:9
**varies** [1] - 8:8
**variety** [1] - 15:4
**various** [3] - 1:19, 40:9
**vary** [1] - 34:22
**Vegas** [4] - 9:10, 9:17, 11:23, 12:12
**vehicle** [11] - 23:18, 23:21, 24:7, 39:11, 39:23, 40:2, 40:4, 40:12, 40:15, 40:16, 40:17
**verbally** [1] - 4:8
**verbatim** [1] - 92:8
**via** [2] - 2:4, 2:10
**VIA** [1] - 2:11
**video** [50] - 45:10, 45:16, 45:19, 46:2, 46:3, 46:9, 48:3, 48:12, 48:20, 48:22, 49:4, 49:10, 50:15, 51:3, 51:16, 51:22, 53:18, 58:9, 58:19, 60:4, 60:17, 60:21, 61:6, 62:2, 62:4, 62:6, 63:8, 63:17, 66:2, 66:18, 68:2, 70:6, 72:8, 72:19, 73:5, 73:18, 73:23, 75:16, 75:17, 75:22, 76:2, 79:19, 80:6, 82:21, 83:1, 83:7, 86:19, 88:3, 89:12
**VIDEO** [1] - 1:1
**Video** [104] - 1:14, 46:5, 46:6, 46:13, 46:14, 46:17, 46:18, 47:1, 47:2, 47:10, 47:11, 48:6, 48:7, 48:15, 48:16, 49:6, 49:7, 50:16, 50:17, 51:18, 51:19, 53:4,

53:5, 53:8, 53:9, 54:2, 54:3, 55:11, 55:12, 55:22, 55:23, 58:3, 58:4, 58:14, 58:15, 59:23, 60:1, 61:13, 61:14, 64:1, 64:2, 64:6, 64:7, 66:3, 66:4, 66:10, 66:11, 66:22, 66:23, 67:10, 67:11, 68:4, 68:5, 68:10, 68:11, 68:18, 68:19, 69:1, 69:2, 69:8, 69:9, 70:2, 70:3, 70:9, 70:10, 70:17, 70:18, 71:5, 71:6, 71:14, 71:15, 72:4, 72:5, 74:23, 75:1, 82:12, 82:13, 83:3, 83:4, 83:15, 83:16, 83:23, 84:1, 84:11, 84:12, 84:18, 84:19, 85:1, 85:2, 85:7, 85:8, 85:15, 85:16, 85:22, 85:23, 86:6, 86:7, 86:15, 86:16, 88:4, 89:2, 89:3, 89:7, 89:8
**View** [1] - 9:8
**voice** [2] - 47:15, 47:16
**vs** [1] - 1:8

# W

**waistband** [8] - 83:9, 83:10, 83:11, 83:12, 85:11, 85:19, 86:3, 86:4
**Wait** [1] - 74:11
**wait** [1] - 79:7
**wants** [1] - 34:3
**watch** [2] - 82:15, 83:1
**watched** [1] - 62:2
**weapons** [15] - 49:12, 49:13, 50:2, 52:3, 52:4, 53:12, 53:17, 53:20, 54:13, 55:1, 56:4, 56:8, 56:11, 56:20, 57:1
**wear** [1] - 45:1
**wearing** [2] - 44:11, 44:14
**weeks** [1] - 6:20
**well-being** [1] - 14:11
**WESTERN** [1] - 1:4
**Western** [1] - 12:11
**whole** [1] - 92:14
**WITNESS** [39] - 16:8, 18:4, 18:11, 25:14,

36:2, 40:15, 46:15, 47:12, 57:10, 57:17, 58:13, 59:2, 59:10, 60:13, 60:20, 63:6, 63:12, 64:3, 65:9, 65:18, 65:23, 67:1, 67:17, 68:20, 69:3, 70:4, 70:16, 73:8, 73:22, 76:6, 77:14, 77:20, 78:8, 81:23, 84:2, 85:13, 86:12, 88:21, 89:14
**witness** [11] - 3:4, 32:2, 32:6, 32:8, 35:12, 42:18, 43:15, 48:2, 50:22, 78:14, 79:14
**Witness** [1] - 93:2
**witnessed** [4] - 35:2, 35:5, 35:8, 51:10
**WITNESSES** [1] - 93:1
**witnesses** [1] - 42:14
**witnessing** [1] - 76:2
**word** [5] - 25:6, 30:10, 38:15, 87:22, 88:1
**words** [3] - 78:14, 86:22, 88:1
**works** [1] - 6:3
**writing** [1] - 92:10

# Y

**year** [6] - 5:15, 9:13, 10:20, 19:13, 20:16, 20:23
**years** [5] - 8:2, 9:19, 10:2, 11:10, 22:18
**yesterday** [1] - 74:6
**YORK** [2] - 1:4, 92:1
**York** [7] - 1:17, 2:2, 2:8, 3:9, 10:3, 12:11, 92:6
**yourself** [6] - 34:13, 46:2, 48:12, 51:2, 68:7, 73:1

# Z

**Zoom** [3] - 2:4, 2:10, 4:1
**ZOOM** [1] - 2:11

2796

**DEFT_EXHIBIT
001**
KC 01/26/2024

**# : 10052733**
**...ution Indicator:**

Agency Case #: **20-01478-91 (A)**

**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

**...TTLES, Quentin C**

| | |
|---|---|
| **AGE: 30** | SEX: **Male** | RACE: **Black** |

**...HT: 6'02**  WEIGHT: **160**  BUILD: **Slim**  ETHNICITY: **Non-Hispanic**  SS #:
**...AIR COLOR: Black**  HAIR TYPE:  EYE COLOR: **Brown**
**...EYE DEFECTS:**  FACE:  SKIN TONE: **Dark Brown**
**FACIAL FEATURES:**  DISABILITY:
**SCARS/MARKS/TATTOOS:**
**ADDRESS:**
**HOME TELEPHONE:**  MARITAL STATUS: **Single (never married)**
**EDUCATION:**  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO NY**
**RELIGION:**  DRIVERS LICENSE #:  LICENSE STATE:
**NYSID #: 00476540-N**  FBI #: **342938LC0**  MUG #: **263561**

## ARREST/OFFENSE INFORMATION

**INCIDENT #: 20-1310536**  ARREST TYPE: **CIP - Crime in Progress**  ARRESTING AGENCY: **BUF**
**STATUS AT ARREST: Held**  ARREST DATE/TIME: **05/10/2020 18:30**
**CONDITION AT ARREST: Injured or Sick**
**ARRESTING OFFICER: SCHEU, Michael**
**ASSISTING OFFICER: AMMERMAN, RONALD J**
**ADDRESS OF ARREST: EAGLE ST E, BUFFALO NY US**
**PRIMARY ARREST CHARGE: PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**  ATT: **N**

## BOOKING INFORMATION

**CJTN #: 69352745-K**  BOOKING STATUS: **Normal**
**BOOKING START DATE/TIME: 05/10/2020 20:25**  BAIL:
**ITEM(S) SEIZED AT ARREST:**  BOOKING END DATE/TIME: **05/10/2020 20:29**
**ARRAIGNMENT COURT: NY014011J CITY OF BUFFALO**
**BOOKING COMMENTS: NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**
**F/P'S TAKEN BY: POHANCSEK, Melanie L**  DATE: **05/11/2020**
**NCIC CLASS. BY:**  DATE/TIME:

**Rolled Right Thumb**
NCIC CLASS:

ARRESTEE SIGNATURE:

**Arrest Charges:**

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page   1 of 1

Docket Number_____

***CITY OF BUFFALO***                                    CD #:**20-1310536**
***COUNTY OF ERIE STATE OF NEW YORK***

<div>

The People of the State of New York     )           *2796*
                vs.                      )
**QUENTIN C. SUTTLES  DOB:** ▉▉▉▉        )      **INFORMATION / COMPLAINT**
▉▉▉▉▉▉▉▉▉▉▉▉                             )
                                         )
                                         )

</div>

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

<div align="center">

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

</div>

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                          CD #:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                    )
vs.                                                     )
**QUENTIN C. SUTTLES  DOB:** ███████████              )     **INFORMATION / COMPLAINT**
███████████████████                                     )
                                                        )
                                                        )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED. IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A). OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE. THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE. THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND. THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST. THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION. THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                        Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*                                    CD #:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York         )
                    vs.                     )
**QUENTIN C. SUTTLES  DOB:** ██████████     )        **INFORMATION / COMPLAINT**
         ███████████████████               )
                                            )
                                            )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                    Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**

To be completed by Police Officer and given to Motorist

**POLICE AGENCY**

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

| Last Name (Defendant) | First Name | MI |
|---|---|---|
| SUTTLES | QUENTIN | C |

| Number and Street | | Apt. No | Photo ID Shown |
|---|---|---|---|

| City | State | Zip Code | Owner Oper | Lic Class |
|---|---|---|---|---|
| BUFFALO | NY | | O | D |

| Client ID Number | | Sex | Date Expires |
|---|---|---|---|
| 796088308 | | M | 02/02/2023 |

| Lic State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | In Violation Of |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 5091 | | ⊙ | ○ | ○ | | |

Description of Violation
**UNLICENSED OPERATOR**

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy No | Loc Code |
|---|---|---|
| MADISON/EAGLE | | 1501 |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| 05/10/2020 | DC |

(Officer's Signature) _[signature]_

| Arrest Type | |
|---|---|
| 1 - PATROL | |

| Officer's Last Name | | Badge/Shield | 172580 |
|---|---|---|---|
| SCHEU | First Name M | MI | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
⊙ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/11/2020 | 9:30 AM |

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or registration

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket.
I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

_____

All statements are made under penalty of perjury.

Date: _____  Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐  No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊙    SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

| | |
|---|---|
| **POLICE AGENCY** | |
| **BUFFALO POLICE DEPARTMENT** | |
| Local Police Dept | |
| **BPD** | |

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| **SUTTLES** | **QUENTIN** | **C** |

| Number and Street | Apt. No. | Photo Lic. Shown |
|---|---|---|

| City | State | Zip Code | Owner Oper | Lic. Class |
|---|---|---|---|---|
| **BUFFALO** | **NY** | | | **D** |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| **796088308** | **M** | **02/02/2023** |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| **NY** | | **1** | **2010** | **CHEV** | **GY** |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| **GWT5141** | **NY** | **03/20/2021** |

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| **6:20 PM** | **05/10/2020** | **NYS V AND T LAW** |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| **1127A** | | ● | ○ | ○ | | |

| Description of Violation | US DOT# |
|---|---|
| **DRIVING/WRONG DIREC ON ONE-WAY STRT** | |

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy No | Loc. Code |
|---|---|---|
| **MADISON/EAGLE** | | **1501** |

| C/T/V Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| **BUFFALO, CITY OF - 1501** | **ERIE** | **6** | **01401** |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed | Off Assign |
|---|---|---|
| *(signature)* | **05/10/2020** | **DC** |

| | Arrest Type |
|---|---|
| (Officer's Signature) | **1 - PATROL** |

| Officer's Last Name | First Name | Badge/Shield | MI |
|---|---|---|---|
| **SCHEU** | **M** | **172580** | |

Radar Officer's Signature

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City | State | Zip |
|---|---|---|
| **BUFFALO** | **NY** | **14202** |

| | Date | Time |
|---|---|---|
| ● RETURN BY MAIL BEFORE OR IN PERSON ON: | **05/11/2020** | **9:30 AM** |
| ○ MUST APPEAR IN PERSON ON: | | |

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

### TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.

· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.

· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐  No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●    SPEEDING (Gen 101) ○
        GENERAL (Gen 101A) ○

Signature _____
Address _____
_____

| City | State | Zip Code |
|---|---|---|
| | | |

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

### APPLICANTS UNDER 18 YEARS OF AGE
### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

| City | State | Zip Code |
|---|---|---|
| | | |

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES          AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ████████

████████████

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF**
**INTENTION TO OFFER EVIDENCE**
**AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made         **Arresting Officers Initials: _____**

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

**II.  IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**
DATE: **5/10/2020**         PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☒  5.  Other (specify)  **DIRECT OBSERVATION**

# ENTPortal - Data Check Results

**Printed:  5/10/2020 8:21:13 PM**

## SEARCH CRITERIA

```
         Last Name: SUTTLES
        First Name: QUENTIN
    Middle Initial:
          Name Ext:
               DOB: ██████████
               Sex: M
              Race: U
```

## LOCAL WARRANT INFORMATION

```
------- Warrant Information ------------------------------------------------

        Warrant #: 17707065
        Iss. Date: 2017-08-01
       Iss. Agency: Lancaster Town Police Department
             Type: DCJS
       Complaint #:
       Extradition: S
            Court:
            Judge:
   Predicate Felon: false
 Vulnerable Victim:

------- Personal Information ----------------------------------------------

             Name: SUTTLES, QUENTELL D
              DOB: ██████████
              Sex: M
             Race: B
           Height: 602
           Weight: 160
            Build:
             Skin:
             Hair: BLK
             Eyes: BRO
         Ethnicity:
   Facial Features:
          Address:
            SSN #:
            PCN #:
            FBI #:
            SID #:

------- Charges -----------------------------------------------------------

       CHARGE: VTL 0511  M 2
    ATTEMPTED:
       COUNTS:
  DESCRIPTION:


------- Notes -------------------------------------------------------------
```

## NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA--------------------------------

***Order of Protection Record***

          Order #: 2020-000688 Family Unit #: 160439   Status: TEMPORARY
       Issue Date: 2020-02-05  Expiry Date: 2020-08-05
           Agency: BUFFALO CITY POLICE DEPARTMENT
              ORI: NY0140100   Phone #: 7168514545
       Iss. Court: BUFFALO CITY COURT
            Judge: FOOTE-BEAVERS,LENORA B
             Type: LC  Phone #: 7168452661
     Orig. Case ID:   Docket: CR-01488-20  Suffix:
```

```
Court Ord Service: 2020-02-05  Serving Agency:
    Law Enf Service:
    Service Caution:
         Condition:
Service Required: false
  Warrant Return: false
    Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
         ORDER IS ENFORCEABLE **

         Misc:

Requesting Person: VASQUEZ, DANIELLE
            DOB: 1995-12-11  Sex: F  Race: U
            SSN:
       Other ID: REQUESTOR_PROTECTED
         Caveat:
         Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
         Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
            DOB:                 Sex: M  Race: B
         Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
            SSN:      FBI #:    State ID #: 00476540N
       Other ID:
Youthful Offender: false
    Caution Info:  -
         Caveat:
         Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
```

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

              Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
           Issue Date: 2020-02-07  Expiry Date: 2020-08-07
               Agency: ERIE COUNTY SHERIFFS OFFICE
                  ORI: NY0140000  Phone #: 7168582903
           Iss. Court: ERIE COUNTY FAMILY COURT
                Judge: RODWIN,LISA B
                 Type: FC  Phone #:
        Orig. Case ID:   Docket: O-00440-20  Suffix:
    Court Ord Service: 2020-02-07  Serving Agency:
        Law Enf Service:
       Service Caution:
            Condition:
     Service Required: false
       Warrant Return: false
        Court Advised: true
               Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                       ORDER IS ENFORCEABLE **

                 Misc:

  Requesting Person: VASQUEZ, DANIELLE
                DOB: 1995-12-11  Sex: F  Race: B
                SSN: 115843298
           Other ID: REQUESTOR_PROTECTED
           Alt Name: VAZQUEZ, DANIELLE
             Caveat:
              Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
              Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
              Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
              Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
              Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);
              Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

  Protected Person: SUTTLES, AVEON
                DOB: 2015-10-15  Sex: F  Race: U
        Description:
                SSN:
           Other ID: PROTECTED
             Caveat:
              Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
              Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
              Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
       Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
·       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

       Protected Person: ZEIGLER, KAIEO
             DOB: 2018-09-26  Sex: M  Race: U
       Description:
             SSN:
         Other ID: PROTECTED
          Caveat:
           Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
           Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
           Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

       Restricted Person: SUTTLES, QUENTIN
             DOB: ███████       Sex: M  Race: B
          Height: ███  Weight:    Eye: BRO  Hair: BRO  Skin:
             SSN: ████████    FBI #:    State ID #:
         Other ID:
         Alt Name: SUTTLES, QUINTON C
 Youthful Offender: false
      Caution Info:  -
          Caveat:
           Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, RIFLES, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
           Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
           Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
           Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

| DCJS/NCIC Person (by Person) |
| --- |

------DCJS PERSON DATA------------------------------------------

***Wanted Person Record***
         Name: SUTTLES, QUENTELL D
          DOB: ███████      Sex: M
       Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
          SSN:      FBI #:    State ID #:
     Juvenile:
    Recidivist: true
Predicate Felon: false
     Warrant #: 17707065  WPN #:    Status: 01

```
Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
             adjacent counties
Organization: Lancaster Town Police Department
Phone #: (716)683-2800
    Charge: VTL 0511  U M 2
    Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
    Misc:



-------NCIC PERSON DATA------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/             EYE/BRO HAI/BRO
SOC/
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/            HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
```

PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

-------DCJS PROBATION DATA-------------------------------------------

***No Probation Records Found***

## DCJS Parole

-------DCJS PAROLE DATA-----------------------------------------------

***Parole Record***
           Name: SUTTLES, QUENTELL D
            DOB: ██████████  Sex: M
         Height: 6'02"  Weight: 160  Eye: BLK  Hair: BLK
         NYSID: 476560
        Address: ████████████████

        Precinct:

    Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
     Effective Date: 2020-04-30  Expiry Date: 2022-10-30
 Supervising Agency:    ORI:
 Sr Parole Officer: HARTBADER,BETH
    Parole Officer: ROSARIO,ELIEZER
          Phone #:
          Address:

           Caveat: '

Notified
(handwritten)

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No. _____
CD No.    20-1310536
AFN       20-0147891

DANT:  QUENTIN SUTTLES          DOB: ███████        Date Of Arrest: 5/10/20

EFENDANTS: _____

| | |
|---|---|
| _____ | DOB: |
| _____ | DOB: |
| _____ | DOB: |

1.  Officer in charge of case:  OFC MICHAEL SCHEU          Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date:<br>Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

| | | | |
|---|---|---|---|
| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | MV-104 ( ) |
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | **Domestic Violence** ( ) |

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

## BUFFALO POLICE DEPARTMENT
### Buffalo, New York

CD# 201310536
DATE: 5-10-2013
TIME: 1915
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|-------|--------|-----------|-----|--------|------|-------|
| Quinton | | Sutts | | | | |

**TO BE COMPLETED BY REQUESTING OFFICER**

| D.O.B. | SEX Male | Charge (s) (Specify Section/Sub Section & Title of the Law) 195.05 |
|--------|----------|--------------------------------------------------------------------|

| Rank P.D | Arresting Officer (s) R. Ammerman | Unit: C480 |
|----------|-----------------------------------|------------|

| * Is Prisoner a Juvenile? (Under 18 years of age)  YES ☐  NO ☑ | Parent(s) or Guardian:  Name    Address | Phone: |
|----------------------------------------------------------------|------------------------------------------|--------|

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed CBM _____    Rank

**TO BE COMPLETED BY HOSPITAL / PHYSICIAN**

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting  AMR 545 |
|----------------|--------------------------------------------------------------------------------|

| Name of Doctor: | Street & No. | City | State | Zip Code |
|-----------------|--------------|------|-------|----------|

(Diagnosis / Nature of illness / treatment.   Use Common medical terms to describe ailment.)

| Was Prisoner admitted to Hospital?  Yes ☐   No ☐ Time _____ hrs. Date: | Prisoner Released:  Time _____ hrs.   Date: |
|------------------------------------------------------------------------|---------------------------------------------|

TO THE HOSPIAL:

If this prisoner is admitted, please notify the **CIR Lieutenant at 851-4545** when the prisoner is to be released.

**NOTICE!** NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: **05/10/2020**

Name: **SUTTLES, QUENTIN C.**

DOB: ███████

Address: ██████████████

Arresting Officer(s): **PO M. SCHEU**

Arrest #: **261083**

Complaint #: **20-1310536**

Remarks: *Taken to ECMC*

PROPERTY LIST:

CASH: **$0.00**

**NYS ID**
**EARRING**

Property #:

Recieved By:

Placed In:

**PROPERTY RECEIVED**

**PROPERTY RETURNED**

Date: 5/10/20   Time: 2031

Date: _____   Time: _____

** I have received the above property.

_____
Prisoner's Signature

_____
Prisoner's Signature

_____
Officer's Signature

_____
Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)

ORI# 1501

263561

## BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

@ECMC

y796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RICI# _____    AFN: 20-01478-91

DEFENDANT'S NAME: _____ SUTTLES _____ QUENTIN _____ C ____
(LAST)                                    (FIRST)                           (M)

DATE OF BIRTH: ██████████    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05  PL 205.30  PL 215.40(2)  VTL 1127A  VTL 509·1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH ~~EMPLOYEE~~ DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING, ~~ONCE~~ ~~XXXXXXXXXX~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE ~~HAD~~ took we

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE    plastic pill

DEFENDANT'S ADDRESS: ██████████

CITY: BUFFALO    STATE: NY    ZIP CODE: ████    US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: ██████████    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES    ☒ NO (IF YES, ATTACH COPY)  REPORT TECH. INITIALS: (JMP)    SATISFACTORY ID: ☒ YES    ☐ NO
                                                                                  NYS ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES    ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?    ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWTS141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES    ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured?  (Date and time)

2. Have you received medical attention since your arrest?    ☒ YES    ☐ NO    - taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

**ECMC**
**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

### Staff

Your caregivers today were:

Physician       INNES,JOHANNA C MD
Practitioner    JOSE A BAEZ
Nurse           RXN

### Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

### Medication Dose and Instructions

**HYDROcodone/APAP 5/325* (Norco 5/325*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

### ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Return if you have develop severe headache, persistent vomiting,



**ECMC**
**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department**  you may have been referred to see a



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

healthcare provider at one of **ECMC's Outpatient Centers**.  If so, you will be contacted by the ECMC scheduling department to schedule your appointment.  If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
- Current active insurance card
- Photo identification
- Current medication list
- Current Pharmacy
- Name and address of your Primary Care Provider
- All prior imaging reports pertaining to your referral from any outside facility.
**(Reports from ECMC are not necessary)***



**E C M C**
**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Scapular Fracture

## WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.




Shoulder Anatomy

## DISCHARGE INSTRUCTIONS:

## Medicines:

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:**
Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Return to the emergency department if:

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

**WHAT YOU NEED TO KNOW:**

A facial fracture is a break in one or more of the bones in your face. The bones in
your face include those around your eye, your cheekbones, and the bones of your
nose and jaw. A facial fracture may also cause damage to nearby tissue.



**DISCHARGE INSTRUCTIONS:**

**Medicines:**
- **Decongestant medicine:** Decongestants help decrease swelling in your
  nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain.
  Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.

**ECMC**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**  If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Eye Pain

**WHAT YOU NEED TO KNOW:**

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

**DISCHARGE INSTRUCTIONS:**

**Medicines: You may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have questions or concerns about your condition or care.

**Return to the emergency department if:**
- You have any vision loss.

- You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

- You develop severe eye pain.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

## Facial Contusion

## WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



✟A.D.A.M.

## DISCHARGE INSTRUCTIONS:

## Return to the emergency department if:
- You have a fever.

- You have watery, clear fluid draining from your nose.

- You have changes in your vision or eye appearance.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**BUFFALO PD**
68 COURT STREET
BUFFALO, NY 14202

PRISONER'S PROPERTY RECEIPT    Receipt #: **43126**

Date: 05/10/2020

Name:    **SUTTLES, QUENTIN C.**

DOB:    ████████

Address:    ███████████

Arresting Officer(s):    **PO M. SCHEU**

Arrest #:    **261083**    Complaint #:    **20-1310536**

Remarks:    Taken to ECMC

PROPERTY LIST:    CASH:    **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT
2020 MAY 11 AM 11:07

Property #:    Recieved By:
Placed In:

**PROPERTY RECEIVED**    **PROPERTY RETURNED**

Date: 5/10/20    Time: 2031    Date: _____ Time: _____

** I have received the above property.

_____    _____
Prisoner's Signature    Prisoner's Signature

_____    _____
Officer's Signature    Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

**DEFT_EXHIBIT**

**002**

KC 01/26/2024

A.    Case Summary Information
      1. ~~Case Disposition~~
      2. Case Summary
      3. ~~Closing Letter to Complainant~~

B.    Complaint
      1. ~~IAPro Summary~~

C.    Complainants
      1. Quentin Suttles

D.    Witness(s)
      1. PO Peter Massici
      2. PO Jonathan Hanover
      3. PO Jake Giarrano

E.    Targets
      1. PO Ronald Ammerman
      2. PO Michael Scheu

F.    Reports
      1. CAD Report – 20-1310536
      2. CHARMS Report – 20-1310536
      3. Unit History Report – C480
      4. Arrest Reports/Medical Records – Quentin Suttles

G.    Statements
      1. 50-H Mr. Suttles

H.    Correspondence
      1. Case Related Emails

I.    Miscellaneous
      1. Facebook Videos
      2. BWC footage

**Use of force**      **IA No: UOF2020-209**    **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes    Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved citizen Height: > 6'3"


**Involved citizen:**

**Quentin Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1


Linked address(s):
Home Address: 996 Av. Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

**Employee current info:**

Division: Patrol
District: C
Man Power: MP4

**Snapshot - Employee information at time of incident:**

DID #:: 174114
Role: Passenger
Division: Patrol
District: C
Man Power: MP4
Rank/title: Officer
Age: 27   Years of employment: 3   Years with unit: 2
Off duty:   Off duty employed:

**Policy outcome: Not yet entered**

Use(s) Of Force:

Verbal Commands: NOT effective

Physical Engagement: Effective

**Summary:**

Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.  buffalo NY 14211
    County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

20-131-0536:    Use of force
20-131-0536:    External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:    Completed: 05/29/2020

Disposition: No Violation

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:

**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4

**BlueTeam chain routings**

**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Sirs,

Please review.

Respectfully submitted,

Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

INCIDENT # MUST BE FORMATTED 20-131-0536

**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

    Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN
[P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

    Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at
19:31

Decision: Approved

Reviewer comment:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP
[L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

    I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at
17:10

Decision: Approved

Reviewer comment:

    I have reviewed this incident and the body-cam footage related to same,
I find the use of force reasonable and necessary to overcome the
resistance of a non-compliant and physically combative subject, I feel the
use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON
[C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

    Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

    [Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.

**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                                           May 11, 2020

TO:                                             Byron C Lockwood, Commissioner
                                                Buffalo Police Department

                                                Robert Rosenswie, Inspector
                                                Internal Affairs Division

FROM:                                           Andre M. Lloyd, Lieutenant
                                                Internal Affairs Division

SUBJECT:                                        IAD CASE EC2020-024

TYPE OF COMPLAINT:                              Excessive Force

TARGET(S):                                      PO Ronald Ammerman
                                                C-District

                                                PO Michael Scheu
                                                C-District

INVESTIGATION

Investigative Summary:

*****PENDING*****

    A.    Complainant

        1.   Quentin Suttles



a. Complainant Background

Refer to EJustice Report

1

IAD CASE EC2020-024

2.        Complainant's Allegations

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3.        Complainant's Statement(s)

            N/A

B.        Witnesses

1.    Police

            a.    Police Officer Peter Massici



                        1.    Disciplinary History
                              N/A

                        2.    Officer's Statement
                              N/A

            b.    Police Officer Jonathan Hanover



                        1.    Disciplinary History
                              N/A

                        2.    Officer's Statement
                              N/A

            c.    Police Officer Jake Giarrano

IAD CASE EC2020-024



    1.   Disciplinary History
        N/A

    2.   Officer's Statement
        N/A

   d.   Police Officer Marc Hurst



    1.   Disciplinary History
        N/A

    2.   Officer's Statement
        N/A

2. Civilian

   a.   Demetrius Stepney (No Photo Available)
        9 Madison St., Upper
        Buffalo, NY 14210
        Phone: 716-816-6457

        1.   Statement
        **Refer to investigator's notes**

        2.   Witness Background
           N/A

   b.   Ricky and Faith Bishop (No Photo Available)
        584 E Eagle St.
        Buffalo, NY 14210

IAD CASE EC2020-024

1.  Statement
**Refer to investigator's notes**

2.  Witness Background
N/A

D.    <u>Officer(s) Involved</u>

1.    Police Officer Ronald Ammerman
      C-District



a. Disciplinary History

   Refer to IAD Disciplinary File

b. Officer's Statement

**Refer to investigator's notes**

1.    Police Officer Michael Scheu
      C-District



a. Disciplinary History

   Refer to IAD Disciplinary File

b. Officer's Statement

4

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    Investigator's Notes

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr. Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left
messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.        Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours.
Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street.
The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over
by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the
driver and the subject Officer did approach the passenger side and was speaking with the FM passenger.
Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be
narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and
was being patted down by PO Scheu when he appeared to have turned into into his partner at which time
subject Officer did go over to the drivers side to assist after partner stated he had felt something that could
have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did
lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and
was told several times to remove his hands from same and subsequently after not complying was taken to
the ground by Officers and did pull himself under the car up to about his waist so that his upper half was
beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the
fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to
swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male
have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave
verbal commands to the male to stop and give Officers his hands and only did after being struck several
times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of
the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper
body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and
could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due
to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it
would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most
likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the
male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for
a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by
subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to
Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend
everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered,
male was treated at ECMC and prir to this date the subject Officer had no previously dealings with him.


4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours.
Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and
stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as
its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to
smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner
stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garlick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison) and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they had searched the vehicle. and had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs by PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after Central Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Michael Scheu

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      *May 12, 2021*

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
       Commissioner - ____   DPC - ____   Chief - ____  Inspector - ____   Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

_____
Byron C. Lockwood
Commissioner of Police



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Ronald Ammerman

From:     Byron C. Lockwood
          Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:     May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ___   DPC - ___   Chief - ____   Inspector - ___   Captain - ___

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

# Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

**Identification  Summary  Criminal History  Job/License  Wanted  Missing**

---

## ☺ Attention - Important Information ♠

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation -** Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ☺ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

---

**Date of Birth:**

February 02, 1990

---

**Place of Birth :**

New York        Unknown

---

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

---

**Sex:**        **Race:**        **Ethnicity:**        **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
|------|-------|--------------|------------------------|
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
|-------------|-----------|---------------------------|
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**        Unknown

## ♀ Summary Information ♠

**Total Arrests:** 6    **Date of Earliest Arrest:** May 22, 2006    **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 | | Total Arraigned Arrests: | 7 | | Total Open Cases: | 4 | Cycles (max 5) |
|----------------|---|---|--------------------------|---|---|-------------------|---|----------------|
| **Felony:** | 3 | | **Felony:** | 4 | | **Felony:** | 2 | 8,5 |
| **Violent Felony:** | 1 | | **Violent Felony:** | 2 | | **Violent Felony:** | 1 | 5 |
| **Firearm:** | 1 | | **Firearm:** | 1 | | **Misdemeanor:** | 2 | 6,3 |
| **Misdemeanor:** | 2 | | **Misdemeanor:** | 3 | | **Other:** | 0 | |
| **Other:** | 0 | | **Other:** | 0 | | **Open ACD:** | 0 | |
| | | | | | | **Non Docketed Cases:** | 0 | |

| Total Convictions: | 1 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|--------------------|---|----------------|----------------------|---|----------------|---------------------|---|----------------|
| **Felony:** | 0 | | **Failure to Appear Counts:** | 0 | | **Escape Charges:** | 0 | |
| **Violent Felony:** | 0 | | **Total Open:** | 0 | | **Sex Offender Convictions:** | 0 | |
| **Firearm:** | 0 | | **Active NYC:** | 0 | | **Probation Revoc:** | 0 | |
| **Misdemeanor:** | 1 | 4 | | | | **Parole Revoc:** | 0 | |
| **Other:** | 0 | | | | | | | |
| **YO Adjud.:** | 0 | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ♀ NYS Criminal History Information ♠

### ♦ Cycle 8

**Arrest/Charge Information**
  Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
|-----------|-----------------|
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

     -- Tampering With Physical Evidence:Conceal/Destroy
         PL 215.40     Sub 02    Class E Felony       Degree 0 NCIC 4804

     -- Resisting Arrest
         PL 205.30          Class A Misdemeanor Degree 0 NCIC 4801

     -- Obstruct Governmental Administration-2nd Degree
         PL 195.05          Class A Misdemeanor Degree 2 NCIC 5099

     -- Motor Vehicle License Violation:No License
         VTL 0509     Sub 01         Infraction     Degree 0 NCIC 5499

     -- Driving Wrong Direction On One Way Street
         VTL 1127     Sub 0A         Infraction     Degree 0 NCIC 5499

## Court Case Information

**--Court:** Buffalo City Court     **Case Number:** CR-04049-20

    May 11, 2020
    **Initial Report Of Docket Number**

    May 11, 2020
    **Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02    Class E Felony          NCIC 4804

-- Resisting Arrest
   PL 205.30              Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05              Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01          Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A          Infraction    NCIC 5499

---

### ⬇ Cycle 7 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
    PL 215.51    Sub BII    Class E  Felony    Degree 1  NCIC 5016

-- Harassment-2nd Degree: Physical Contact
    PL 240.26    Sub 01          Violation  Degree 2  NCIC 7099

## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-01488-20

February 05, 2020
**Initial Report Of Docket Number**

February 05, 2020
**Arraigned**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
    PL 215.51        Sub BII    Class E    Felony      NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
    PL 240.26        Sub 03          Violation    NCIC 7099

February 18, 2020
**Transferred To Superior Court**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
    PL 215.51        Sub BII    Class E    Felony      NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
    PL 240.26        Sub 03          Violation    NCIC 7099

February 18, 2020
**Not Arraigned**

-- Harassment-2nd Degree: Physical Contact
    PL 240.26    Sub 01   Violation NCIC 7099

**--Court:** Erie County Court    **Case Number:** 003661-2020

February 21, 2020
**Initial Report Of Indictment Number**

---

## ⬇ Cycle 6 ⬆

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

**Name:**                QUENTELL SUTTLES
**Date of Birth:**       February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03       Class A   Misdemeanor   Degree 7   NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
   PL 221.05              Violation      Degree 2   NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court    **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**
   -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03       Class A   Misdemeanor   NCIC 3599

   -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
      PL 221.05              Violation      NCIC 3562

---

**⬇ Cycle 5 ⬆**
**Violent Felony Offense**

## Arrest/Charge Information

Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03      Sub 03      Class C   Felony            Degree 2   NCIC 5299

-- Resisting Arrest

PL 205.30                  Class A   Misdemeanor   Degree 0   NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                  Class A   Misdemeanor   Degree 2   NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                  Violation         Degree 2   NCIC 3562

## Court Case Information

--**Court:** Buffalo City Court     **Case Number:** CR-11753-19

September 09, 2019
   **Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony                NCIC 5299

-- Resisting Arrest

PL 205.30                          Class A          Misdemeanor          NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                          Class A          Misdemeanor          NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                          Violation            NCIC 3562

September 12, 2019
**Held For Grand Jury**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony                NCIC 5299

-- Resisting Arrest

PL 205.30                          Class A          Misdemeanor          NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                          Class A          Misdemeanor          NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                          Violation            NCIC 3562

**--Court:** <u>Erie County Court</u>   **Case Number:** 01842-2019

September 20, 2019
**Initial Report Of Indictment Number**

February 24, 2020
**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony                NCIC 5299

**Interim release Status:** Posted Bail

---

### ⬇ Cycle 4 ⬆

**Arrest/Charge Information**
Arrest Date: May 25, 2016 02:50 pm (14:50:00)

**Name:**                          QUENTIN SUTTLES
**Date of Birth:**                 February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

-- Possession Of Contraband In Prison-2nd Degree
PL 205.20    Sub 02   Class A Misdemeanor Degree 2 NCIC 5802

-- Unlawful Possession Of Marihuana
PL 221.05                    Violation        Degree 0 NCIC 3562

## Court Case Information

**--Court:** Alden Town Court    **Case Number:** 16050081

June 07, 2016
**Initial Report Of Docket Number**

June 07, 2016
**Arraigned**
-- Possession Of Contraband In Prison-2nd Degree
PL 205.20    Sub 02   Class A Misdemeanor NCIC 5802

July 05, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016
-- Attempted Promoting Contraband To Prisoners-2nd Degree
PL 205.20        Class B  Misdemeanor        NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree
PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served
**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana
PL 221.05      Violation NCIC 3562

---

# ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** Buffalo City Court    **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**
-- Criminal Contempt-2nd:Disobey Court
PL 215.50    Sub 03  Class A Misdemeanor NCIC 5005

---

# ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**
| | |
|---|---|
| **Received by Parole on:** | April 05, 2013 |
| **Release Type:** | Co-Op |
| **Max Expiration Date:** | December 18, 2016 |
| **Supervision Office:** | Buffalo |
| **Name:** | QUENTIN C SUTTLES |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Unknown |
| **Parole ID Number:** | C120991 |
| **Transferred From:** | Pennsylvania |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

---

# Cycle 1 ⬆

## Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |
| **Arrest Charges:** | |

## Court Case Information

--**Court:** Erie County Court  **Case Number:** 01320A-2006

June 07, 2006
**Initial Report Of Docket Number**

--**Court:** Erie County Court  **Case Number:** 01320-2006

**Arraigned**

-- Robbery-1st:Displays What Appears To Be A Firearm
PL 160.15  Sub 04 Counts: 2 Class B Felony NCIC 1299

May 24, 2007
**Dismissed**

-- Robbery-1st:Displays What Appears To Be A Firearm
PL 160.15  Sub 04 Counts: 3 Class B Felony NCIC 1299

---

# ◐ Other History Related Information ⬆

There is no Other History Related Information associated with this history.

## ❍ Job/License Information ♠

There is no Job/License Information associated with this history.

## ❍ Wanted Information ♠

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

### Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511      Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

**Date of Birth:**   February 02, 1990

| Sex: | Race: | Skin Tone: |
|---|---|---|
| Male | Black | |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 6' 02" | 160 |

**Primary Social Security#:**

| NYSID#: | WPR#: |
|---|---|
| | 3963257 |

| Originating Agency Case#: | Warrant#: |
|---|---|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

| Date of Warrant: | August 01, 2017 | Type of Warrant: | Bench Warrant |
|---|---|---|---|
| Date of Entry Onto State Files: | August 16, 2017 | Status of Warrant: | Issued - a warrant has been signed by an empowered authority |

The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

## ◔ Missing Person Information ✚

There is no NYS Missing Information associated with this history.

## ◔ Additional Information ✚

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**    Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
        Internal Affairs Division

**RE:**    Sworn Statement—EC2020-024

**CC:**    Captain Joseph Langdon, C-DISTRICT
        Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to
the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday,
April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

**Note:** *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY
THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS
FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR
TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule
appointment, so you may meet with your PBA Attorney, prior to
your statement.*

                    Robert V. Rosenswie
                    Inspector, IAD

PERSON RECEIVING ___PO M. Scheu via phone___

DATE AND TIME NOTICE WAS SERVED ___4/1/21  1528___

OFFICER SERVING ___Lt CHUPP___

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE
BACK TO I.A.D. AT 851-5229**

# MEMORANDUM

**DATE:** April 1, 2021

**TO:** Chief Alphonso Wright, C- Dist.

**FROM:** Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:** Sworn Statement—EC2020-024

**CC:** Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:** Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note: *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING _PO R Ammerman na phone_

DATE AND TIME NOTICE WAS SERVED _4/1/21 1529_

OFFICER SERVING _McTurk_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

## 20-1310536    UNKNOWN TROUBLE
## E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | | | |
|---|---|---|---|
| Reported: | 05/10/2020 18:20:36 | Received By: | 174034-BOLDEN, JONTAI T. |
| Received: | 05/10/2020 18:20:36 | Dispatched By: | 174034-BOLDEN, JONTAI T. |
| Dispatched: | 05/10/2020 18:20:37 | Source: | |
| En Route: | 05/10/2020 18:20:37 | | |
| On Scene: | 05/10/2020 18:20:37 | | |
| Cleared: | 05/11/2020 00:03:31 | | |

**Officers:**  1. 174114-AMMERMAN, RONALD J.  2. 172580-SCHEU, MICHAEL C. II  3. 174204-MASSICCI, PETER J.  4. 173843-HANOVER, JONATHAN J.  5. 174203-GIARRANO, JAKE J.  6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY  2. 001107-STRUNK, TIMOTHY J.

**Remarks:**

| | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

# BUFFALO PD
## POLICE REPORT
### OBSTRUCTION

Complaint

**20-1310536**

Report Date & Time
05/10/2020 18:20

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| E EAGLE ST @ MADISON ST | BU | | 05/10/2020 18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3621 - AMMERMAN
P2849 - SCHEU

Rep. Off.: P2849 - SCHEU
Supervisor:

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C. 2/2/1990 | 05-10-2020 | E EAGLE ST BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL    AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 05/10/2020 23:31 | Typist: RONALD AMMERMAN | Officer: SCHEU, MICHAEL |
|---|---|---|---|

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

| Officer: P2849 - SCHEU | | Supervisor: - |
|---|---|---|

Printed Date: 05/13/2020 01:15 PM

Page: 1

# BUFFALO POLICE
## Dispatch Monitor - Unit History Report

**5/14/2020**

---

Date **05/10/2020**                     Unit **C480**                     Patrol **C8**
Shift **4th**                    Officer(s) **174114 - RONALD AMMERMAN**
                                         **172580 - MICHAEL SCHEU**

| Time Stamp | Log |
|---|---|
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:

**Agency Case #: 20-01478-91 (A)**

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**  AGE: **30**  SEX: **Male**    RACE: **Black**

HEIGHT: **6'02**  WEIGHT: **160**  BUILD: **Slim**    ETHNICITY: **Non-Hispanic**  SS #: **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**

HAIR COLOR: **Black**    HAIR TYPE:    EYE COLOR: **Brown**

EYE DEFECTS:    FACE:    SKIN TONE: **Dark Brown**

FACIAL FEATURES:    DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:    MARITAL STATUS: **Single (never married)**

EDUCATION:    CITIZEN OF: **US**    PLACE OF BIRTH: **BUFFALO NY**

RELIGION:    DRIVERS LICENSE #:

NYSID #: **00476540-N**    FBI #: **342938LC0**    LICENSE STATE:    MUG #: **263561**

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**    ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**    ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**    ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**    ATT: **N**

## BOOKING INFORMATION

CJTN #: **69352745-K**    BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**    BAIL:

ITEM(S) SEIZED AT ARREST:    BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
            **DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:    DATE: **05/11/2020**



ARRESTEE SIGNATURE:    DATE/TIME:

**Rolled Right Thumb**

NCIC CLASS:

### Arrest Charges:

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Docket Number _____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**

CD #: 20-1310536

The People of the State of New York     )          *2796*
vs.                                      )
**QUENTIN C. SUTTLES, DOB: 02/02/1990**  )     **INFORMATION / COMPLAINT**
996 WALDEN AV                            )
BUFFALO, NY  14211                       )
                                         )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET.  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                        Complainant
5·10·20

Docket Number _____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES  DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY 14211 )
)
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A  MISDEMEANOR contrary to the provisions of section 195.05 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

## NOTICE
### (Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES  DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY  14211 )
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM0L3**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY**
BUFFALO POLICE DEPARTMENT

Local Police Code
BPD

Last Name (Defendant)
**SUTTLES**

First Name
**QUENTIN**

M.I.

Number and Street
**996 WALDEN**

Apt. No

Photo Lic. Shown

City
**BUFFALO**

State
**NY**

Zip Code
**14211**

Owner Oper.

Lic. Class
**D**

Client ID Number
**796008308**

Lic. State
**NY**

Date of Birth
**02/02/1990**

Veh. Type
**1**

Year
**2010**

Make
**CHEV**

Sex
**M**

Date Expires
**02/02/2023**

Color
**GY**

Plate Number
**GWT5141**

Reg. State
**NY**

Registration Expires
**03/20/2021**

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time
**6:20 PM**

Date of Offense
**05/10/2020**

IN VIOLATION OF
**NYS V AND T LAW**

Section
**5091**

Sub Section

Tr Inf  Misd  Felony
⊗

MPH

MPH Zone

Description of Violation
**UNLICENSED OPERATOR**

US DOT#

CDL Veh  Bus  Haz Mat

Place of Occurrence
**MADISON/EAGLE**

Hwy. No.

Loc. Code
**1501**

C/T/V Name
**BUFFALO, CITY OF - 1501**

County
**ERIE**

Hwy. Type
**6**

NCIC/ORI
**01401**

AFFIRMED UNDER PENALTY OF PERJURY

Date Affirmed
**05/10/2020**

Off Assign
**DC**

(Officer's Signature)

Arrest Type
**1 - PATROL**

Officer's Last Name
**SCHEU**

Badge/Shield
**172580**

First Name
**M**

M.I.

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

City
**BUFFALO**

State
**NY**

Zip
**14202**

⊗ RETURN BY MAIL BEFORE OR IN PERSON ON:

☐ MUST APPEAR IN PERSON ON:

Date
**05/11/2020**

Time
**9:30 AM**

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or registration.

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:

I, _____

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____    Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    Yes ☐  No ☐

NO ⊗      SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____  State _____  Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____  State _____  Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN SUSPENSION OF YOUR LICENSE.

New York State - Department of Motor Vehicles
**UNIFORM  TRAFFIC  TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT
Local Police Code
BPD

| Last Name (Defendant) SUTTLES | First Name QUENTIN | M.I. C |

| Number and Street 998 WALDEN | | Apt. No. | Photo Lic. Shown ⊛ |

| City BUFFALO | State NY | Zip Code 14211 | Owner Oper | Lic. Class D |

| Client ID Number 796088308 | | Sex M | Date Expires 02/02/2023 |

| Lic. State NY | Date of Birth 02/02/1990 | Veh. Type 1 | Year 2010 | Make CHEV | Color GY |

| Plate Number GWT5141 | Reg. State NY | Registration Expires 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time 6:20 PM | Date of Offense 05/10/2020 | IN VIOLATION OF NYS V AND T LAW |

| Section 1127A | Sub Section | Tr Inf ⊛ Misd ○ Felony ○ | MPH | MPH Zone |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

CDL Veh ○  Bus ○  Haz Mat ○

| Place of Occurrence MADISON/EAGLE | | Hwy. No. | Loc. Code 1501 |

| CIT/V Name BUFFALO, CITY OF - 1501 | County ERIE | Hwy. Type 6 | NCIC/ORI 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed 05/10/2020 | Off Assign DC |

*(Officer's Signature)*

| | Arrest Type 1 - PATROL |

| Officer's Last Name SCHEU | First Name M | M.I. | Badge/Shield 172580 |

Radar Officer's Signature

*THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW*

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City BUFFALO | State NY | Zip 14202 |

⊛ RETURN BY MAIL BEFORE OR IN PERSON ON:  Date 05/11/2020

○ MUST APPEAR IN PERSON ON:  Time 9:30 AM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket,
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

**SECTION B - PLEA OF NOT GUILTY**
The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET.  DO YOU REQUEST A SUPPORTING DEPOSITION?

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    Yes ☐  No ☐

NO ⊛    SPEEDING (Gen 101) ○
        GENERAL (Gen 101A) ○

Signature _____
Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES      AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I.  **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO .PUBLIC SERVANT ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐ 1.  Written statement (attach copy)

☒ 2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐ 3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II.  **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐ 1.  Showup Identification

☐ 2.  Photograph Identification

☐ 3.  Line-up

☐ 4.  Observation of defendant upon some other occasion relevant to case

☒ 5.  Other (specify)  **DIRECT OBSERVATION**

**ENTPortal - Data Check Results**

Printed: 5/10/2020 8:21:13 PM

**SEARCH CRITERIA**

```
     Last Name: SUTTLES
    First Name: QUENTIN
Middle Initial:
      Name Ext:
           DOB: 1990-02-02
           Sex: M
          Race: U
```

**LOCAL WARRANT INFORMATION**

------- Warrant Information ------------------------------------------

```
     Warrant #: 17707065
     Iss. Date: 2017-08-01
   Iss. Agency: Lancaster Town Police Department
          Type: DCJS
   Complaint #:
    Extradition: S
         Court:
         Judge:
 Predicate Felon: false
Vulnerable Victim:
```

------- Personal Information ------------------------------------------

```
          Name: SUTTLES, QUENTELL D
           DOB: 1990-02-02
           Sex: M
          Race: B
        Height: 602
        Weight: 160
         Build:
          Skin:
          Hair: BLK
          Eyes: BRO
     Ethnicity:
Facial Features:
       Address:
         SSN #:
         PCN #:
         FBI #:
         SID #:
```

------- Charges ------------------------------------------

```
       CHARGE: VTL 0511  M 2
    ATTEMPTED:
       COUNTS:
  DESCRIPTION:
```

------- Notes ------------------------------------------

**NYSP Order of Protection**

--------NYSP ORDER OF PROTECTION DATA----------------------------------

***Order of Protection Record***

```
        Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
     Issue Date: 2020-02-05  Expiry Date: 2020-08-05
         Agency: BUFFALO CITY POLICE DEPARTMENT
            ORI: NY0140100  Phone #: 7168514545
    Iss. Court: BUFFALO CITY COURT
          Judge: FOOTE-BEAVERS,LENORA B
           Type: LC  Phone #: 7168452661
  Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05    Serving Agency:
      Law Enf Service:
      Service Caution:
          Condition:
  Service Required: false
   Warrant Return: false
    Court Advised: true
         Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
      ORDER IS ENFORCEABLE **

         Misc:

Requesting Person: VASQUEZ, DANIELLE
         DOB: 1995-12-11 Sex: F  Race: U
         SSN:
      Other ID: REQUESTOR_PROTECTED
      Caveat:
         Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
         Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
         Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
         Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
         DOB: 1990-02-02 Sex: M  Race: B
      Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
         SSN:    FBI #:    State ID #: 00476540N
      Other ID:
Youthful Offender: false
      Caution Info: -
      Caveat:
         Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
         Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

```
              Order #: 2020-000429 Family Unit #: 227334   Status: TEMPORARY
           Issue Date: 2020-02-07  Expiry Date: 2020-08-07
               Agency: ERIE COUNTY SHERIFFS OFFICE
                  ORI: NY0140000  Phone #: 7168582903
           Iss. Court: ERIE COUNTY FAMILY COURT
                Judge: RODWIN,LISA B
                 Type: FC  Phone #:
        Orig. Case ID:      Docket: O-00440-20  Suffix:
    Court Ord Service: 2020-02-07  Serving Agency:
      Law Enf Service:
      Service Caution:
            Condition:
     Service Required: false
      Warrant Return: false
        Court Advised: true
              Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                      ORDER IS ENFORCEABLE **

                 Misc:

    Requesting Person: VASQUEZ, DANIELLE
                  DOB: 1995-12-11  Sex: F  Race: B
                  SSN: 115843298
             Other ID: REQUESTOR_PROTECTED
             Alt Name: VAZQUEZ, DANIELLE
               Caveat:
```

Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

```
    Protected Person: SUTTLES, AVEON
                  DOB: 2015-10-15  Sex: F  Race: U
          Description:
                  SSN:
             Other ID: PROTECTED
               Caveat:
```

Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;
Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF :
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : THE SCHOOL OF AVEON SUTTLES (DOB:
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Protected Person: ZEIGLER, KAIEO
              DOB: 2018-09-26  Sex: M  Race: U
     Description:
            SSN:
       Other ID: PROTECTED
        Caveat:
          Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
          Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
          Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Restricted Person: SUTTLES, QUENTIN
               DOB: 1990-02-02  Sex: M  Race: B
       Height: '"   Weight:   Eye: BRO  Hair: BRO  Skin:
          SSN: 120760917  FBI #:    State ID #:
      Other ID:
      Alt Name: SUTTLES, QUINTON C
Youthful Offender: false
   Caution Info: -
        Caveat:
          Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE
          Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
          Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

DCJS/NCIC Person (by Person)

------DCJS PERSON DATA-------------------------------------------

***Wanted Person Record***
          Name: SUTTLES, QUENTELL D
           DOB: 1990-02-02  Sex: M
        Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
           SSN:    FBI #:   State ID #:
      Juvenile:
    Recidivist: true
Predicate Felon: false
     Warrant #: 17707065  WPN #:    Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
            adjacent counties
Organization: Lancaster Town Police Department
  Phone #: (716)683-2800
      Charge: VTL 0511  U M 2
      Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
      Misc:


-------NCIC PERSON DATA-----------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/HOUSEHOLD
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

------DCJS PROBATION DATA----------------------------------------

***No Probation Records Found***

## DCJS Parole

------DCJS PAROLE DATA----------------------------------------
***Parole Record***
          Name: SUTTLES, QUENTELL D
          DOB: 1990-02-02  Sex: M
       Height: 6'02"  Weight: 160
        NYSID: 476560        Eye: BLK   Hair: BLK
      Address: 996 WALDEN AVENUE
               BUFFALO,
    Precinct:

  Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
   Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
          Phone #:
          Address:

          Caveat:

*Notified*

P-32

**City of Buffalo - Department of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No.
CD No.     20-1310536
AFN        20-0147891

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | | DOB: |
|---|---|---|
| 2. | | DOB: |
| 3. | | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU     Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4.  Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5.  Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date:<br>Disp. Date: | | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|---|
| **Charges** | **PL 20** | **Disposition** | | **Disp. Code** | **Sentenced to:** | |
| 1.  PL 195.05 | | | | | | |
| 2.  PL 205.30 | | | | | | |
| 3.  PL 215.40-2 | | | | | | |
| 4.  VTL 1227-A | | | | | | |
| 5.  VTL 509-1 | | | | | | |
| 6. | | | | | | |

710.30          ( )          Lab          ( )          Local/NYSISS     ( )          MV-104               ( )
Supporting Dep.  ( )          Medicals      ( )          DMV              ( )          Readiness            ( )
Forensic Req.    ( )          Breath Documents ( )       Albany           ( )          **Domestic Violence**  ( )

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| *Name:* | **SUTTLES, QUENTIN C.** |
| *DOB:* | **02/02/1990** |
| *Address:* | **996   WALDEN AV**<br>**BUFFALO, NY, 14211** |
| *Arresting Officer(s):* | **PO M. SCHEU** |
| *Arrest #:* | **261083** |
| *Remarks:* | Taken to ECMC |

Complaint #:   **20-1310536**

*PROPERTY LIST:*                    *CASH:*  **$0.00**

**NYS ID**
**EARRING**

Property #:
Placed In:

Recieved By:

| **PROPERTY RECEIVED** | **PROPERTY RETURNED** |
|---|---|
| Date: 5/10/20    Time: 2031 | Date:            Time: |
| | ** I have received the above property. |
| _____ | _____ |
| Prisoner's Signature | Prisoner's Signature |
| _____ | _____ |
| Officer's Signature | Officer's Signature |

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
**Buffalo, New York**

CD# 201310536
DATE: 5-10-2013
TIME: 1715
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

**TO BE COMPLETED BY REQUESTING OFFICER**

| FIRST | MIDDLE | LAST NAME | | | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|---|---|
| Quinton | | Sutrbs | | | 996 | Walden | Bflo | NY 14211 |

| D.O.B. * 4-2-90 | SEX Male | Charge(s) (Specify Section/Sub Section & Title of the Law) 195.05 |

| Rank P.O | Arresting Officer (s) R. Ammerman | | Unit: C480 |

| * Is Prisoner a Juvenile? (Under 18 years of age) YES ☐   NO ☑ | Parent(s) or Guardian:  Name          Address | Phone: |

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed CBA [signature]                    Rank

**TO BE COMPLETED BY HOSPITAL / PHYSICIAN**

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting  AMR 545 |

Name of Doctor:          Street & No.          City          State          Zip Code

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐   No ☐   Time ___ hrs.  Date: ___

Prisoner Released:
Time ___ hrs.   Date: ___

TO THE HOSPIAL:

If this prisoner is admitted, please notify the **CIR** Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION:  Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)
ORI# 1501

263561

@ECMC

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

7796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RIC#: _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: 2/2/90    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEU    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05   PL 205.30   PL 215.40(2)   VTL 1127A   VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING. OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE TOOK HIM WEED

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE   plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN

CITY: BUFFALO    STATE: NY    ZIP CODE: 14211    US CITIZEN: ☒ YES   ☐ NO

SOCIAL SECURITY NUMBER: 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    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES   ☒ NO (IF YES, ATTACH COPY)   REPORT TECH. INITIALS: (JAP)    SATISFACTORY ID: ☒ YES   ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?   ☐ YES   ☐ NO    NYSID

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?   ☐ YES   ☐ NO   (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES   ☐ NO   PLATE #: GWTS141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured?   ☒ YES   ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest?   ☒ YES   ☐ NO
   (If yes, Arresting Officers are responsible of completing P-1261)    – taken to ECMC   (PA)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



Michael J Alberti /BPD
03/25/2021 11:16 AM

To    buffalopba@buffalopba.com

cc    dkillelea@gilmourkillelea.com, Ikeisha M
      Thompson/BPD@BuffaloPoliceDept, Stephanie M
      Feliciano/BPD@BuffaloPoliceDept

bcc

Subject   statements

Please be advised that the following employee's are scheduled for a statement on:
**Tuesday  April 6, 2021**

| | | | | |
|---|---|---|---|---|
| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T) | C-Dist | EC2020-024 | Excessive |
| 1530 | PO Mike Scheu(T) C-Dist | | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 04:02 PM

To    "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject    RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just
notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links
may not be safe.]



Thank you Dave, do you have any contact info for the person that is handling
this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"Heraty, David
A."
<David.Heraty@eri
e.gov>                                "rvrosenswie@bpdny.org"          To
                                      <rvrosenswie@bpdny.org>
06/30/2020 03:32
PM                                                                     cc

                                                                   Subject
                                      Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

| | Robert V Rosenswie/BPD | To | "Heraty, David A." <David.Heraty@erie.gov> |
|---|---|---|---|
| | 06/30/2020 03:35 PM | cc | Andre M Lloyd/BPD@BuffaloPoliceDept |
| | | bcc | |
| | | Subject | Re: Ammerman/Suttles |

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>



| | "Heraty, David A."<br>&lt;David.Heraty@erie.gov&gt; | To | "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org> |
|---|---|---|---|
| | 06/30/2020 03:32 PM | cc | |
| | | Subject | Ammerman/Suttles |

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020. The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov



**Robert V Rosenswie/BPD**
06/30/2020 05:23 PM

To   "Heraty, David A." <David.Heraty@erie.gov>

cc   Andre M Lloyd/BPD@BuffaloPoliceDept

bcc

Subject   Re: Ammerman/Suttles

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo, N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>
>        "Heraty, David
>        A."
>        <David.Heraty@eri           To
>        e.gov>         "rvrosenswie@bpdny.org"
>                       <rvrosenswie@bpdny.org>
>        06/30/2020 03:32           cc
>        PM
>                                Subject
>                    Ammerman/Suttles
>
>
>

>
>
>
>
>
>
> Hi Rob,
>
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin
Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
>
> Dave
>
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
>
>
>



**Robert V Rosenswie/BPD**
05/12/2020 10:51 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject    Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

**From:** Courtney A Tripp <CATripp@bpdny.org>
**Date:** May 11, 2020 at 6:42:45 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: 20-131-0536**

*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org  20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

| | | |
|---|---|---|
| Alphonso Wright/BPD | To | Robert V Rosenswie/BPD@BuffaloPoliceDept |
| | cc | |
| 05/11/2020 10:02 AM | Subject | complainant |

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

**From:** Richard J Fulinara <RJFulinara@bpdny.org>
**Date:** May 11, 2020 at 6:21:17 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject   Re: Facebook videos

History:        🖅 This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them
on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept

cc   Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
     Dingwall/BPD@BuffaloPoliceDept

Subject   Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD
05/12/2020 10:53 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject   Re: Facebook videos

History:        📧 This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept
cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept
Subject   Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| Andre M<br>Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert |
| 05/11/2020 | Dingwall/BPD@BuffaloPoliceDept |
| 04:49 PM | Subje Facebook videos |
| | ct |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

| | | |
|---|---|---|
| **Robert V Rosenswie/BPD** | To | Andre M Lloyd/BPD@BuffaloPoliceDept |
| 05/11/2020 12:25 PM | cc | Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R. Handsor/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Fw: complainant Q Suttles |

History:          ⌨ This message has been replied to.

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

| | | |
|---|---|---|
| **Alphonso Wright/BPD** | | |
| 05/11/2020 10:02 AM | To | Robert V Rosenswie/BPD@BuffaloPoliceDept |
| | cc | |
| | Subject | complainant |

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD        To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 02:26 PM           cc
                              bcc
                          Subject   Re: complainant Q Suttles

History:            This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as soon as possible. Thank you


Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD



Andre M Lloyd/BPD           To   Robert V Rosenswie/BPD@BuffaloPoliceDept
05/11/2020 12:59 PM         cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                 Handsor/BPD@BuffaloPoliceDept
                        Subject   Re: complainant Q Suttles




Ok. Will do.

Andre

Sent from my iPhone

On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"D Angelo , Bianca S"
<BD'Angelo@monroecounty.
gov>

01/04/2021 12:41 PM

To    "amlloyd@bpdny.org" <amlloyd@bpdny.org>

cc

bcc

Subject    Buffalo PD Investigation Status

History:    🖉 This message has been replied to and forwarded.

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending.  I will let you know if/when there is a change in status.  Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617

PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD

05/13/2021 09:48 AM

To    Alphonso Wright/BPD/BuffaloPoliceDept

cc    Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept, Joseph M
      Langdon/BPD@BuffaloPoliceDept, Jason R

bcc

Subject    Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman
as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon
his return to work that day at 1600 hours is to report immediately to the Cheektowaga Police
Department's Range for his annual qualification with his Department issued Glock before he is released
to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next Wednesday but must report to the
Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued
Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the
Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend
remedial article 35 training which she will decide the date for this after having discussion regarding same
with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned
above and I respectfully recommend they be notified by thier Command of same. Should you need
anything else regarding this please call me

Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD

Michael J Alberti /BPD

05/12/2021 04:19 PM

To    Alphonso Wright/BPD

cc    Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept, Joseph M
      Langdon/BPD@BuffaloPoliceDept, Jason R
      Whitenight/BPD@BuffaloPoliceDept

Subject    PO Scheu / PO Ammerman

Chief Wright,

   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint
involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After
hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's
were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from
Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me

Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To  Robert V Rosenswie/BPD@BuffaloPoliceDept
cc
Subject  OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Kathryn M Billanti/BPD            To  Andre M Lloyd/BPD@BuffaloPoliceDept
05/12/2020 11:32 AM             cc
                                bcc
                            Subject  Re: Facebook videos

History:        📨 This message has been replied to.

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD



Andre M Lloyd/BPD              To  Kathryn M Billanti/BPD@BuffaloPoliceDept
05/12/2020 10:31 AM            cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
                                  Rosenswie/BPD@BuffaloPoliceDept
                          Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a
disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone
    On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

    Good Morning!

    I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to
    put them on a disc. We can let you know when they are done. If you need it sooner than that
    please let me know!

    Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | |
|---|---|
| Andre M Lloyd/BPD<br><br>05/11/2020<br>04:49 PM | To Kathryn M Billanti/BPD@BuffaloPoliceDept<br>cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert<br>  Dingwall/BPD@BuffaloPoliceDept<br>Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To    "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc    Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject  Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>

 **"Ms. Wilson Wilson"**
**<gbwil@hotmail.com>**
05/12/2020 02:10 PM

To    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject  Hello

Inspector,
   We have received several messages regarding a recent video of two Buffalo Police Officers' using excessive forced towards the suspect in the video. As of yet we have not received any messages from the male in the video nor from anyone who was actually there. I have attached a screen shot of the video but unfortunately can't attach the video.
   Please advise moving forward.
Respectfully Submitted,

PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept
cc  Robert V Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject  Re: Facebook videos

Thank you. I have an additional facebook video below which shows the complainant speaking with
family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept

cc

Subject  Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

 **Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept



cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
    Rosenswie/BPD@BuffaloPoliceDept
Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/13/2020 01:00 PM

To    "Ms. Wilson Wilson" <gbwil@hotmail.com>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject  Re: Q Suttles Attorney 📄

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/13/2020 12:58 PM

To    "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc    "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
Subject  Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so can send a formal complaint to our office. I just checked the voicemail and she has not returned my call as of yet. Take care and be safe.
Attorney April A. Robinson
The Elevation Law Firm
(404) 819 1980
Respectfully Submitted,
PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD          To  Andre M Lloyd/BPD@BuffaloPoliceDept
05/14/2020 09:58 AM             cc
                                bcc
                           Subject  ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

**Michael J Alberti /BPD**
04/21/2021 10:09 AM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>

cc

bcc

Subject  Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

**Michael J Alberti /BPD**
03/26/2021 03:12 PM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>

cc

Subject  Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



**"Garlick,Zachary T."**
<zgarlick@ch.ci.buffalo.ny.us
>
02/26/2021 10:07 AM

To  "mjalberti@bpdny.org" <mjalberti@bpdny.org>

cc  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

Subject  Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Zack,

Working on a case opened from a Notice of Claim received from Attorney Jeffrey Krajewski and his clients allegations stemmimg from her arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20. Has his client, Rachely Corrrtorreal given a 50-H or scheduled to do so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



5/11/2020

carol holloman-home - Facebook Search

| Like | Comment | Share |
| --- | --- | --- |



**Rex Powell** #KillerCops #SlavePatrol

Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot

Like · Reply · 2h

**Rex Powell**



Like · Reply · 2h

 **Dorrain Roundtree** Rex Powell What is that? A badge from 1858? Wow.

Like · Reply · 52m

 **Rex Powell** Dorrain Roundtree Yep! The origins of police is slave patrols ...

Like · Reply · 47m

 **Dorrain Roundtree** Rex Powell I never knew that! It all makes sense now.

Like · Reply · 23m

Write a reply...

cariol holloman-home - Facebook Search

**Donna Price-Mereau** Where is this

Like · Reply · 2h



**Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h



**Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h

**Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf

Like · Reply · 1h



**Marquell Mack** This is sad

Like · Reply · 1h



**Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h

**Patricia Roberts** WOW

Like · Reply · 1h



**Vivian Gwathney** Truly sad  jesus

Like · Reply · 1h



**Eudora Brown** Wow

Like · Reply · 1h



**Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited



**Kisha Fulgham**

Like · Reply · 1h



6

5/11/2020

cariol holloman-horne - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h

8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinbluelie

Like · Reply · 1h · Edited

3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h

1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m

1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

caroi holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...

 **Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h

1

 **Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h

2

 **Glenn Gadley**

Like · Reply · 1h

**Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h

 **Mo Maldo News 4 WIVB Buffalo**

Like · Reply · 1h    1

 **Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h

 **Tina Vickers** Who is the officer

Like · Reply · 1h    1

 **Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h

 **Dion J Jackson** Alright now when one of these cops gets their

1

cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY.....DAD AT WORK ...SERVING AND PROTECTING.....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it alway pays to treat people with respect.

Like · Reply · 1h                                                                    1

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try.... See More

Like · Reply · 1h                                                                    5

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h                                                                    1

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m

7/8

5/11/2020

cariol holloman-home - Facebook Search

**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police



Like · Reply · 50m

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited



**Eric Olivera** Fuck buffalo police

Like · Reply · 38m



**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother

Like · Reply · 32m



**Andy Williams** Fuck 12

Like · Reply · 32m



**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter

5/11/2020

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming resisting and the person hands in the air

Like · Reply · 30m

**Destini McClain** Pulled out the window my car was held 30 day police held then released I was falsely accused and the judge was white also I beat the case after two months

Like · Reply · 29m

**Myles Soules** Lesley Soules

Like · Reply · 22m

**Amàncio Torres** Smfh

Like · Reply · 11m

**Leona Perry**

Like · Reply · 8m

**Daphne Blue** Craziness

Like · Reply · 7m

**Màni Mònroè** DMoney Narain

Like · Reply · 1m

**Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...

cariol holloman-horne - Facebook Search

**Cariol Holloman-Horne**
35 mins ·

(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack

10                                        12 Comments  30 Shares

Like                    Comment                    Share

1/3

cariol holloman-horne - Facebook Search

**Cariol Holloman-Horne**
36 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like          Comment          Share



**Leo Love** There was a woman on answer machine

Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks

Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message

Like · Reply · 22m                    1

**Leo Love** Didn't really know what to say but I summed it up

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

cariol holloman-horne - Facebook Search

5/11/2020

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo Love I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m

Write a reply...

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m

**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m

**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m

**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited

**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m

**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m

**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m



cariol holloman-home - Facebook Search

5/11/2020

Write a reply...

Write a comment...

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

# We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

26

1 Comment 4 Shares

Like          Comment          Share

**Venus Marie LeTo**

5/11/2020

carñol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne** added a new photo.
2 hrs ·



5/11/2020

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search



5

| Like | Comment | Share |
|------|---------|-------|

4 Comments  2 Shares

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it..

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash
Who's this officer

Like · Reply · 18m

Write a comment...



EXHIBIT Defendtant's

**005**

JMM 01/31/2024

exhibitsticker.com



EXHIBIT Defendtant's

## 006

JMM 01/31/2024

exhibitsticker.com



