## VIDEO TELECONFERENCE DEPOSITION
## PETER MASSICI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------

QUENTIN SUTTLES,

                              Plaintiff,

               - vs -      Case No.
                           1-21-CV-00897

CITY OF BUFFALO,

                              Defendant.

----------------------------------------

          Video teleconference deposition of **PETER MASSICI**, present at the Office of Buffalo Corporation Counsel, 1100 City Hall, 65 Niagara Square, Buffalo, New York, taken pursuant to the Federal Rules of Civil Procedure, connecting to various locations on January 30, 2024, commencing at 10:14 a.m., before LORI K. BECK, CSR, CM, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1  APPEARANCES:       THE REDDY LAW FIRM LLC,
                       By PRATHIMA REDDY, ESQ.,
 2                     455 Linwood Avenue,
                       Buffalo, New York  14209,
 3                     (716) 725-0139,
                       preddy@thereddylaw.com,
 4                     Appearing for the Plaintiff,
                       via Zoom.
 5
                       CAVETTE CHAMBERS, ESQ.,
 6                     By ANTHONY C. DUDDY, ESQ.,
                       Assistant Corporation Counsel,
 7                     1100 City Hall,
                       65 Niagara Square,
 8                     Buffalo, New York  14202,
                       (716) 851-4334,
 9                     aduddy@buffalony.gov,
                       Appearing for the Defendant,
10                     via Zoom.

11  PRESENT            QUENTIN SUTTLES
    VIA ZOOM:
12                     RAJITHA NAIR,
                       The Reddy Law Firm LLC
13

14

15

16

17

18

19

20

21

22

23
```

*Peter Massicci - Ms. Reddy - 01/30/2024*

3

| | | |
|---|---|---|
| 10:13:37 | 1 | **THE REPORTER:**  Ms. Reddy, are you supplying |
| 10:13:38 | 2 | Mr. Duddy with the transcript? |
| 10:13:46 | 3 | **MR. DUDDY:**  We'll be supplying. |
| 10:13:48 | 4 | **THE REPORTER:**  Oh.  So you're producing the |
| 10:13:49 | 5 | witness and you're supplying Ms. Reddy? |
| 10:13:54 | 6 | **MR. DUDDY:**  Yes. |
| 10:13:59 | 7 | **THE REPORTER:**  Okay.  And do you want your |
| 10:14:00 | 8 | witness to read and sign the transcript? |
| 10:14:03 | 9 | **MR. DUDDY:**  Yes. |
| 10:14:04 | 10 | |
| 10:14:04 | 11 | **PETER MASSICCI,** 68 Court Street, Buffalo, New York |
| 10:14:04 | 12 | 14220, after being duly called and sworn, whose |
| 10:14:04 | 13 | identity was confirmed by government-issued |
| 10:14:47 | 14 | documentation, testified as follows: |
| 10:14:47 | 15 | **EXAMINATION** |
| 10:14:47 | 16 | **BY MS. REDDY:** |
| 10:14:51 | 17 | **Q.**  Okay.  Good morning.  My name's |
| 10:14:53 | 18 | Prathima Reddy.  I'm the attorney for the Plaintiff |
| 10:14:56 | 19 | in the matter of Suttles versus the City of |
| 10:14:58 | 20 | Buffalo.  Are you familiar with that case? |
| 10:15:00 | 21 | **A.**  Yes. |
| 10:15:01 | 22 | **Q.**  I'm here to ask you some questions |
| 10:15:03 | 23 | regarding the allegations of the Complaint against |

*Peter Massicci - Ms. Reddy - 01/30/2024*

4

10:15:06  1   the City of Buffalo and two other police officers

10:15:08  2   from your district.

10:15:10  3        Have you ever participated in a deposition

10:15:12  4   before?

10:15:12  5        **A.**   Not a civil one, no.

10:15:15  6        **Q.**   Okay.  So I'm going to be asking you

10:15:19  7   questions, and it's very important that you let me

10:15:22  8   finish my question before you begin your answer so

10:15:25  9   the court reporter, Ms. Beck, can record our

10:15:27 10   answers and questions correctly for the record.

10:15:29 11        I also need you to answer my questions

10:15:29 12   verbally as opposed to gestures, which can't be

10:15:35 13   recorded.  If you have any questions about my

10:15:36 14   question, please ask and I'll rephrase, but if you

10:15:39 15   don't understand my question, you don't necessarily

10:15:41 16   have to guess or give an answer otherwise.

10:15:43 17        If your attorney objects to my question, the

10:15:46 18   objection will be recorded by the court reporter,

10:15:49 19   but you will need to still answer my question.

10:15:52 20        And if you need a break or you have any

10:15:54 21   other issues, please let me know.

10:15:57 22        **A.**   Okay.

10:15:58 23        **Q.**   How long have you been a -- well, let's

*Peter Massicci - Ms. Reddy - 01/30/2024*

5

10:16:02  1  start with what was the date of your hire with the

10:16:04  2  City of Buffalo.

10:16:04  3      **A.**   It was January 20th, 2017.

10:16:07  4      **Q.**   And what was your title at that time?

10:16:13  5      **A.**   Police officer, probationary police

10:16:15  6  officer.

10:16:15  7      **Q.**   And how long was your probation?

10:16:19  8      **A.**   It was six months.  Or I'm sorry, 18

10:16:26  9  months' probation.

10:16:29 10      **Q.**   Okay.  And what district were you in?

10:16:31 11      **A.**   C district.  I started in B district,

10:16:36 12  and then after my hiring and I got off of training,

10:16:40 13  I went to C.

10:16:42 14      **Q.**   Okay.  How long was your training in

10:16:45 15  the B district?

10:16:48 16      **A.**   Approximately eight months or so.

10:16:51 17      **Q.**   And when did you become a police

10:16:57 18  officer not on probation with the C district?

10:17:06 19      **A.**   I don't recall the exact date.

10:17:11 20      **Q.**   Sometime in 2000 -- wait, I'm sorry.

10:17:14 21      What was the date you started as a

10:17:16 22  probationary police officer?  What was the month?

10:17:18 23      **A.**   January 20th, 2017.

10:17:19  1          Q.    Okay.  So sometime mid-2018 you became

10:17:22  2   a police officer.

10:17:23  3          A.    Yes.

10:17:23  4          Q.    Okay.  And what's your current title?

10:17:27  5          A.    Police officer.

10:17:30  6          Q.    And you're still in the C district?

10:17:33  7          A.    Yes.

10:17:34  8          Q.    What is your shift?

10:17:35  9          A.    It's afternoon shifts.

10:17:41 10          Q.    Have you always done the afternoon

10:17:44 11   shift?

10:17:46 12          A.    When I was in B district during that

10:17:48 13   time I was on probation, but other than that, it's

10:17:52 14   been afternoons.

10:17:53 15          Q.    Okay.  And what time is that for the

10:17:56 16   afternoon?

10:17:57 17          A.    3:30 p.m. until 1:30 in the morning.

10:18:03 18          Q.    Is that daily?

10:18:07 19          A.    Yes, but it's every day I work.

10:18:12 20          Q.    How many days a week do you work?

10:18:14 21          A.    I have four on, four off the schedule,

10:18:19 22   and then four on, three off.

10:18:22 23          Q.    Is this the schedule you were working

10:18:28  1    in May of 2020?

10:18:35  2           **A.**    Yes.

10:18:43  3           **Q.**    Before May -- before January 2017, were

10:18:47  4    you employed anywhere else?

10:18:49  5           **A.**    Before I was hired with the Buffalo

10:18:53  6    police, was I employed?

10:18:55  7           **Q.**    Yes.  Yes.

10:18:59  8           **A.**    Yes, I was.

10:19:00  9           **Q.**    Okay.  Where were you employed?

10:19:03  10          **A.**    I had several jobs before this.

10:19:07  11          **Q.**    Okay.  Well, let's just go in

10:19:09  12   chronological order.

10:19:11  13          Did you graduate high school?

10:19:12  14          **A.**    Yes.

10:19:13  15          **Q.**    What year was that?

10:19:14  16          **A.**    2009.

10:19:17  17          **Q.**    What high school?

10:19:22  18          **A.**    I don't really feel comfortable talking

10:19:24  19   about my high school.

10:19:26  20          **Q.**    You're required to answer my questions.

10:19:28  21          What high school did you graduate from in

10:19:30  22   2009?

10:19:34  23          **MR. DUDDY:**  Just a point of order, did he

*Peter Massicci - Ms. Reddy - 01/30/2024*

8

| | | |
|---|---|---|
| 10:19:40 | 1 | say he graduated in 2009? |
| 10:19:47 | 2 | **THE WITNESS:**  Yes. |
| 10:19:52 | 3 | **BY MS. REDDY:** |
| 10:19:53 | 4 | **Q.**   Officer, you're required to answer my |
| 10:19:55 | 5 | questions this morning. |
| 10:19:56 | 6 | What high school did you graduate from? |
| 10:19:58 | 7 | **A.**   Not in Buffalo. |
| 10:20:01 | 8 | **Q.**   What was the name of the high school? |
| 10:20:02 | 9 | **A.**   Is this really something we have to get |
| 10:20:06 | 10 | into?  I don't see the pertinence to our discussion |
| 10:20:09 | 11 | today. |
| 10:20:10 | 12 | **MR. DUDDY:**  Yeah, I'm just going |
| 10:20:12 | 13 | to object -- |
| 10:20:12 | 14 | **MS. REDDY:**  You're -- you're -- |
| 10:20:13 | 15 | (Reporter interruption.) |
| 10:20:13 | 16 | **MS. REDDY:**  Hold on a second. |
| 10:20:15 | 17 | Mr. Duddy, I'm just going to remind the |
| 10:20:19 | 18 | officer that he's the witness today answering my |
| 10:20:20 | 19 | questions.  You can -- |
| 10:20:21 | 20 | **MR. DUDDY:**  That was my objection. |
| 10:20:22 | 21 | **MS. REDDY:**  Okay, great.  So you lodged your |
| 10:20:24 | 22 | objection, and I'm going to remind you again |
| 10:20:26 | 23 | today -- |

*Peter Massicci - Ms. Reddy - 01/30/2024*

9

| | | |
|---|---|---|
| 10:20:26 | 1 | **MR. DUDDY:** Oh, whoa, whoa, whoa, whoa. You |
| 10:20:26 | 2 | don't -- |
| 10:20:26 | 3 | (Reporter interruption.) |
| 10:20:26 | 4 | (Off the record: 10:20 a.m.) |
| 10:23:20 | 5 | (On the record: 10:23 a.m.) |
| 10:23:20 | 6 | **MS. REDDY:** Back on the record. |
| 10:23:21 | 7 | **MR. DUDDY:** I think what we're getting into |
| 10:23:23 | 8 | here is harassment. He says he's not comfortable |
| 10:23:25 | 9 | with his high school. |
| 10:23:26 | 10 | So I don't know what's behind that, you |
| 10:23:28 | 11 | don't know what's behind that, but he says he's not |
| 10:23:30 | 12 | comfortable answering where he went to high school. |
| 10:23:30 | 13 | **MS. REDDY:** Yes. |
| 10:23:33 | 14 | **MR. DUDDY:** Yeah, okay. So I'm just going |
| 10:23:34 | 15 | to -- no, I'm just going to mark the time here. |
| 10:23:37 | 16 | **MS. REDDY:** It's a basic, simple question. |
| 10:23:40 | 17 | **MR. DUDDY:** No, it's not. |
| 10:23:40 | 18 | (Reporter interruption.) |
| 10:23:40 | 19 | (Off the record: 10:23 a.m.) |
| 10:24:04 | 20 | (On the record: 10:24 a.m.) |
| 10:24:04 | 21 | **MS. REDDY:** On the record. We have a |
| 10:24:06 | 22 | pending question. |
| 10:24:06 | 23 | **BY MS. REDDY:** |

*Peter Massicci - Ms. Reddy - 01/30/2024*

10

10:24:09  1          **Q.**   Officer, where did you go to high

10:24:20  2    school?

10:24:23  3          **A.**   Ithaca High School in Ithaca, New York.

10:24:31  4          **Q.**   Did you receive a diploma from Ithaca

10:24:34  5    High School?

10:24:34  6          **A.**   Yes.

10:24:35  7          **Q.**   What did you do after high school?

10:24:38  8          **A.**   College.

10:24:39  9          **Q.**   What college did you go to?

10:24:43 10          **A.**   University at Buffalo.

10:24:53 11          **Q.**   Did you graduate from the University at

10:24:58 12    Buffalo?

10:24:58 13          **A.**   Yes.

10:24:59 14          **Q.**   What year?

10:25:00 15          **A.**   2013.

10:25:01 16          **Q.**   Did you get a degree?

10:25:08 17          **A.**   Yes.

10:25:08 18          **Q.**   What was your degree in?

10:25:13 19          **A.**   Sociology.

10:25:13 20          **Q.**   And what did you do after 2013 when you

10:25:15 21    graduated from college?

10:25:22 22          **A.**   Started working, I guess.

10:25:25 23          **Q.**   Where did you work?

| | | |
|---|---|---|
| 10:25:27 | 1 | **A.**   I don't -- I -- I don't know.  I had |
| 10:25:32 | 2 | several jobs going back and forth, I guess, to -- |
| 10:25:40 | 3 | **Q.**   Okay.  What industry did you work in? |
| 10:25:43 | 4 | **A.**   I've worked in the service industry. |
| 10:25:49 | 5 | I've worked as -- in the medical field, and then I |
| 10:25:55 | 6 | am a police officer currently. |
| 10:26:02 | 7 | **Q.**   What made you decide to become a police |
| 10:26:04 | 8 | officer? |
| 10:26:07 | 9 | **A.**   I wanted to help my community and keep |
| 10:26:10 | 10 | people safe. |
| 10:26:14 | 11 | **Q.**   And at that time, what were the |
| 10:26:16 | 12 | requirements to become a police officer? |
| 10:26:23 | 13 | **A.**   I'm not sure what -- how specific I |
| 10:26:27 | 14 | should be. |
| 10:26:29 | 15 | **Q.**   What steps did you have to take to |
| 10:26:31 | 16 | become a probationary police officer? |
| 10:26:33 | 17 | **A.**   I had to take an exam.  I had to pass a |
| 10:26:38 | 18 | physical.  I had to pass a polygraph, and I had to |
| 10:26:42 | 19 | pass a background investigation. |
| 10:26:50 | 20 | **Q.**   Okay.  So moving on to your current |
| 10:26:55 | 21 | role as a police officer in the C district, who are |
| 10:26:58 | 22 | your supervisors? |
| 10:27:00 | 23 | **A.**   Currently?  I -- yeah, you didn't -- it |

*Peter Massicci - Ms. Reddy - 01/30/2024*

12

10:27:05  1  didn't come through if you said something.

10:27:07  2         Q.   I said yes, currently.

10:27:09  3         A.   It's Lieutenant Tripp and Lieutenant

10:27:14  4  Santana.

10:27:14  5         Q.   And who were your supervisors in May of

10:27:24  6  2020?

10:27:28  7         A.   Lieutenant Tripp and Lieutenant Seitz.

10:27:39  8         Q.   Had you do you spell that?  And you may

10:27:41  9  want to spell names for the court reporter to

10:27:43 10  record correctly.

10:27:44 11         A.   Seitz is spelled S-E-I-T-Z.

10:27:59 12         Q.   Now, in May of 2020, Lieutenant Tripp

10:28:03 13  was your supervisor.  What were her job duties with

10:28:06 14  respect to your supervision?

10:28:10 15         A.   I can't speak on a lieutenant's job

10:28:14 16  duties.

10:28:16 17         Q.   She supervised you.  What did she

10:28:19 18  supervise?  Which of your job duties?

10:28:24 19         A.   I don't know what a lieutenant's job

10:28:25 20  duties are.

10:28:26 21         Q.   What -- what of your job duties did she

10:28:37 22  supervise?

10:28:38 23         **MR. DUDDY:**  Objection, form.  You can

10:28:41  1  answer.

10:28:42  2        **THE WITNESS:**  I don't know -- I don't know

10:28:43  3  what a lieutenant's job description or job duties

10:28:46  4  are.

10:28:47  5        **BY MS. REDDY:**

10:28:47  6        **Q.**   Okay.  In what form did you report to

10:28:50  7  Lieutenant Tripp?

10:28:54  8        **A.**   I'm not sure what you're asking.

10:28:56  9        **Q.**   How did you report to her as your -- as

10:29:00 10  your supervisor?

10:29:01 11        **A.**   I come in to work, and she is there.

10:29:09 12        **Q.**   Does she review your job performance?

10:29:14 13        **A.**   I don't know.

10:29:20 14        **Q.**   Does she check your time and

10:29:23 15  attendance?

10:29:24 16        **A.**   Does she what?

10:29:28 17        **Q.**   Check your time and attendance.

10:29:32 18        **A.**   I don't know a lieutenant's job

10:29:33 19  description.  I don't know that.

10:29:34 20        **Q.**   Okay.  I -- I understand.  That's not

10:29:37 21  what I'm asking you.  I'm asking you specific to

10:29:40 22  your job responsibilities, does your lieutenant,

10:29:42 23  your supervisor that you just testified to, check

*Peter Massicci - Ms. Reddy - 01/30/2024*

14

10:29:44  1  your time and attendance.

10:29:45  2       A.   I don't know.  You would have to ask my

10:29:47  3  lieutenant.

10:29:49  4       Q.   Okay, but I'm asking you here today.

10:29:50  5  If you don't know, that's fine.

10:29:53  6       **MR. DUDDY:**  Objection.

10:29:56  7       **MS. REDDY:**  What's your objection?

10:29:58  8       **MR. DUDDY:**  Form.

10:29:59  9       **MS. REDDY:**  Oh.

10:30:00  10      **MR. DUDDY:**  Asked and answered.

10:30:00  11      **BY MS. REDDY:**

10:30:17  12      Q.   How often do you see Lieutenant Tripp

10:30:19  13  in your shift?

10:30:28  14      A.   Would you like an estimate?

10:30:30  15      Q.   Sure.

10:30:33  16      A.   Several times.

10:30:36  17      Q.   During your afternoon shift?

10:30:39  18      A.   Yes.

10:30:50  19      Q.   Was that also true in May of 2020?

10:30:55  20      A.   I don't know how many times I saw her

10:30:56  21  that shift.

10:30:58  22      Q.   I'm just speaking generally.  You see

10:31:00  23  her regularly during your shift.  You indicated

Peter Massicci - Ms. Reddy - 01/30/2024

15

10:31:03  1  several times during your shift, and I'm just

10:31:06  2  asking if that's -- remains true for May of 2020.

10:31:11  3       A.   I don't recall how many -- I don't

10:31:14  4  know.  I don't remember how many times I saw her in

10:31:16  5  May 2020.

10:31:33  6       Q.   In your shift as a police officer, do

10:31:37  7  you work with anyone as a partner?

10:31:43  8       A.   I have a partner, yes.

10:31:45  9       Q.   Who's your partner?

10:31:51 10       A.   Officer Hanover.

10:31:54 11       Q.   How long has he been your partner?

10:31:59 12       A.   At least five years.

10:32:03 13       Q.   And what does that entail when you

10:32:05 14  signify him as a partner?

10:32:10 15       A.   We ride together in the same car.

10:32:14 16       Q.   Is that for every call?

10:32:20 17       A.   If manpower allows it and we have the

10:32:23 18  opportunity.

10:32:41 19       Q.   Was he your partner in May of 2020?

10:32:46 20       A.   Yes.

10:32:46 21       Q.   And is this an assignment given to you

10:32:51 22  by the Buffalo Police Department?

10:32:56 23       A.   Is what an assignment?

10:32:57  1          Q.    The partner assignment.

10:32:59  2          A.    No, it is not assigned by the Buffalo

10:33:05  3    police.

10:33:06  4          Q.    So how do you designate someone as a

10:33:08  5    partner?

10:33:13  6          A.    We are in the same sector, so we answer

10:33:18  7    the same call.

10:33:29  8          Q.    Is that part of protocol or something

10:33:31  9    you just both do together?

10:33:33 10          A.    I am not aware of what, I guess, the

10:33:46 11    Buffalo police wants from us.  We are just in the

10:33:49 12    same sector, and a lot of times we didn't have

10:33:52 13    enough vehicles, so we rode together.

10:34:06 14          Q.    Can you switch your partner at any

10:34:11 15    time?

10:34:14 16          A.    Yeah, I don't see why not.

10:34:16 17          Q.    When did you first learn about this

10:34:35 18    case involving Mr. Suttles and the City of Buffalo?

10:34:42 19          A.    When I was brought in for deposition,

10:34:46 20    or made aware of the deposition.

10:34:51 21          Q.    I'm sorry, what do you mean when you

10:34:53 22    say brought in?  Because we're here today for a

10:34:56 23    deposition.

Peter Massicci - Ms. Reddy - 01/30/2024

17

10:34:56  1          A.    This is what I mean.  I was brought in

10:34:59  2  for this or made aware via email for this date.

10:35:04  3          Q.    When was that?

10:35:08  4          A.    I don't know.

10:35:10  5          Q.    And that's the first time you heard

10:35:12  6  about this lawsuit that brings you here today?

10:35:14  7          A.    Yes.

10:35:16  8          Q.    And prior to getting the email to

10:35:18  9  schedule this deposition, you were unaware that

10:35:20 10  Mr. Suttles was suing the City of Buffalo?

10:35:22 11          A.    I was not aware.

10:35:26 12          Q.    When did you first encounter

10:35:28 13  Mr. Suttles?

10:35:35 14          A.    On the scene of this incident.

10:35:41 15          Q.    What was the scene?

10:35:44 16          A.    I don't know exactly where it was.

10:35:47 17          Q.    What do you mean when you say scene,

10:35:49 18  when you use the word scene?

10:35:52 19          A.    This event that we're here for where he

10:35:57 20  was arrested.

10:36:01 21          Q.    Okay.  You were present when he was

10:36:03 22  arrested?

10:36:04 23          A.    I responded to the scene, yeah.

10:36:14  1        Q.   Okay.  Is -- is the scene a call?  Did

10:36:18  2   you get a call?

10:36:19  3        A.   I -- we heard officers over the radio

10:36:24  4   ask for assistance and that they were fighting with

10:36:29  5   a subject and struggling, it sounded like, over the

10:36:39  6   air.

10:36:39  7        Q.   Who were those officers?

10:36:48  8        A.   A PO Ammerman and PO Scheu.

10:36:55  9        Q.   And you said over the radio, so this is

10:36:58 10   from the scene?

10:37:03 11        MR. DUDDY:  Objection, form.

10:37:06 12        BY MS. REDDY:

10:37:06 13        Q.   Can you clarify what you mean, over the

10:37:08 14   radio, and how that works?

10:37:16 15        A.   You want me to tell you how a radio

10:37:20 16   works?

10:37:20 17        Q.   No, I don't know how you're using that

10:37:22 18   word.  I know what a radio is, obviously, but you

10:37:25 19   said over the radio they were asking for

10:37:28 20   assistance.  Can you specify what that means?

10:37:31 21        A.   We have communication devices in our

10:37:36 22   vehicle that allow us to communicate with other

10:37:40 23   officers that we were in the same district as, and

*Peter Massicci - Ms. Reddy - 01/30/2024*

19

10:37:45  1  they communicated to the officers in our district

10:37:50  2  that they needed assistance, and so I responded to

10:37:55  3  that.

10:37:59  4      **Q.**   Does an officer have to be in the

10:38:00  5  vehicle to use the radio to call for assistance?

10:38:03  6      **A.**   No, an officer does not need to be in

10:38:07  7  the vehicle.

10:38:08  8      **Q.**   Okay.  So it's in the vehicle, and

10:38:10  9  how -- is it on their body to also call for

10:38:12  10 assistance?

10:38:14  11     **A.**   There are multiple radios.  There's a

10:38:16  12 radio on your body and a radio in your vehicle.

10:38:35  13     **Q.**   And are those radio calls recorded?

10:38:38  14     **A.**   I don't know.  You'd have to ask

10:38:46  15 whoever's in dispatch.

10:38:51  16     **Q.**   In your time as a City of Buffalo

10:38:53  17 police officer, have you ever heard a radio call

10:38:55  18 replayed?

10:38:56  19     **A.**   Yeah.

10:39:00  20     **Q.**   On what occasion?

10:39:07  21     **A.**   I don't recall the exact.

10:39:11  22     **Q.**   How did you ask -- how did you access

10:39:15  23 the replay of the recorded call?

*Peter Massicci - Ms. Reddy - 01/30/2024*

20

| | | |
|---|---|---|
| 10:39:16 | 1 | **A.**   I didn't. |
| 10:39:18 | 2 | **Q.**   How was it played for you? |
| 10:39:19 | 3 | **A.**   In a courtroom. |
| 10:39:26 | 4 | **Q.**   What was the case? |
| 10:39:28 | 5 | **A.**   I don't recall. |
| 10:39:38 | 6 | **Q.**   Where were you when you heard this |
| 10:39:40 | 7 | radio call? |
| 10:39:47 | 8 | **A.**   I don't recall exactly. |
| 10:39:52 | 9 | **Q.**   Were you out on patrol at the time? |
| 10:39:57 | 10 | **A.**   I was at work. |
| 10:39:58 | 11 | **Q.**   Were you in the police station or out |
| 10:40:03 | 12 | on the -- on the road? |
| 10:40:05 | 13 | **A.**   I don't recall. |
| 10:40:12 | 14 | **Q.**   Did you go to the scene immediately |
| 10:40:14 | 15 | after hearing that radio call? |
| 10:40:17 | 16 | **A.**   Yes, I responded immediately. |
| 10:40:19 | 17 | **Q.**   How many minutes did it take for you to |
| 10:40:21 | 18 | get to the scene? |
| 10:40:23 | 19 | **A.**   I don't know. |
| 10:40:29 | 20 | **Q.**   And what did you witness upon arriving |
| 10:40:32 | 21 | at the scene. |
| 10:40:32 | 22 | Oh, actually, going back, was Officer |
| 10:40:36 | 23 | Hanover with you at the time? |

*Peter Massicci - Ms. Reddy - 01/30/2024*

21

10:40:37  1        **A.**    Yes.

10:40:37  2        **Q.**    And what did you witness when you

10:40:42  3   arrived at the scene?

10:40:44  4        **A.**    I don't recall specifically.

10:40:55  5        **Q.**    What was your purpose in coming to the

10:40:57  6   scene?

10:40:59  7        **A.**    It was to assist both of the officers

10:41:02  8   that were at the scene originally struggling with

10:41:15  9   the Defendant.

10:41:16 10        **Q.**    Yeah, actually, let's go back.

10:41:25 11        **MS. REDDY:**    Lori, can you read my last

10:41:26 12   question.  Because I think I want to clarify that

10:41:29 13   answer, please.

10:41:30 14        (The record was read as requested.)

10:41:43 15        **THE WITNESS:**    It was to assist the other

10:41:46 16   officers with the Plaintiff.

10:41:51 17        **BY MS. REDDY:**

10:41:51 18        **Q.**    And how did you provide assistance?

10:41:56 19        **A.**    Upon arrival, I don't recall exactly

10:41:59 20   what we did.

10:42:12 21        **Q.**    Okay.  Where did you go?  What scene

10:42:15 22   did you arrive -- what was the location?

10:42:21 23        **A.**    I don't recall this.  I -- whatever

*Peter Massicci - Ms. Reddy - 01/30/2024*

22

10:42:25  1  they had called out on the radio.

10:42:29  2         Q.   You don't know the street names where

10:42:31  3  you went?

10:42:32  4         A.   No.  It's been four years.

10:42:38  5         Q.   Did you review any documents in

10:42:39  6  preparation for appearing today?

10:42:42  7         A.   No.

10:43:05  8         Q.   Okay.  So you arrived on the scene to

10:43:09  9  provide assistance, but you don't recall how.

10:43:12 10         What happened after that?

10:43:13 11         A.   I don't recall, like I said.

10:43:18 12         Q.   How long were you at the scene?

10:43:20 13         A.   Don't recall.

10:43:27 14         Q.   Did you speak with Officer Ammerman?

10:43:43 15         A.   I'm sure I did.

10:43:49 16         Q.   And did you speak with Officer Scheu?

10:43:52 17         A.   Yes, I'm sure I did.

10:43:55 18         Q.   Now, by this time -- this is

10:43:58 19  May 2020 -- how long had you been working with

10:44:02 20  Officer Ammerman at that point?

10:44:05 21         A.   I don't know.

10:44:08 22         Q.   Did you work with him regularly?

10:44:12 23         A.   At that time, I did.

| | | |
|---|---|---|
| 10:44:14 | 1 | **Q.**   And when you say at that time, are you |
| 10:44:16 | 2 | referring to that month or that year? |
| 10:44:17 | 3 | **A.**   I'm referring to the fact that I've |
| 10:44:24 | 4 | worked with Officer Ammerman. |
| 10:44:26 | 5 | **Q.**   Okay.  And you said at that time |
| 10:44:29 | 6 | regularly.  Sorry to interrupt you.  Go ahead. |
| 10:44:31 | 7 | So I'm just asking -- |
| 10:44:31 | 8 | (Reporter interruption.) |
| 10:44:31 | 9 | **BY MS. REDDY:** |
| 10:44:48 | 10 | **Q.**   Officer, your testimony was that at |
| 10:44:50 | 11 | that time you worked with Officer Ammerman |
| 10:44:52 | 12 | regularly, and I'm just asking you to specify what |
| 10:44:55 | 13 | time period. |
| 10:44:55 | 14 | **A.**   At the time that this incident took |
| 10:44:59 | 15 | place. |
| 10:44:59 | 16 | **Q.**   Okay.  And what about prior to |
| 10:45:03 | 17 | May 2020?  Had you worked with Officer Ammerman |
| 10:45:06 | 18 | before? |
| 10:45:07 | 19 | **A.**   Yes. |
| 10:45:07 | 20 | **Q.**   How often? |
| 10:45:13 | 21 | **A.**   During the course of my regular shift. |
| 10:45:15 | 22 | **Q.**   And did you routinely come to scenes |
| 10:45:18 | 23 | together or -- |

*Peter Massicci - Ms. Reddy - 01/30/2024*

24

10:45:22  1          A.    When officers request assistance, we

10:45:27  2    respond if we're able to.

10:45:29  3          Q.    And that would include Officer Ammerman

10:45:33  4    before -- before and in May of 2020?

10:45:37  5          A.    Yeah.  Yes.

10:45:39  6          Q.    Okay.  So you came on the scene to

10:45:59  7    provide assistance, but you don't recall how you

10:46:01  8    assisted Police Officer Ammerman or Scheu.

10:46:06  9          At what point did you leave the scene?

10:46:20 10          A.    How -- I don't know how specific that

10:46:22 11    question is.  It's very vague.  I don't know when

10:46:28 12    we left.

10:46:29 13          Q.    Did you escort Mr. Suttles anywhere

10:46:41 14    after the scene?

10:46:42 15          A.    No.

10:46:46 16          Q.    Was Mr. Suttles arrested at -- at the

10:46:48 17    scene?

10:46:52 18          A.    From my understanding, yes.

10:46:53 19          Q.    Did you take part in the arrest?

10:47:04 20          A.    How?

10:47:04 21          Q.    I'm asking you did you have any part --

10:47:06 22    did you have any -- did you take any part in the

10:47:08 23    arrest of Mr. Suttles on May 10th of 2020.

10:47:11   1        **A.**   I responded to the scene where he was

10:47:15   2   arrested.

10:47:27   3        **Q.**   Was he already arrested by the time you

10:47:29   4   responded?

10:47:29   5        **A.**   I don't recall.

10:47:48   6        **Q.**   Were you wearing a body cam that day?

10:48:03   7        **A.**   I believe so, yes.

10:48:05   8        **Q.**   Was your body cam on?

10:48:11   9        **A.**   I don't recall.

10:48:21  10        **Q.**   Did you speak to Mr. Suttles on

10:48:23  11   May 10th of 2020 at the scene that you just

10:48:26  12   described?

10:48:26  13        **A.**   Not that I recall.

10:48:27  14        **Q.**   Did you observe his condition on that

10:48:34  15   day?

10:48:38  16        **A.**   I don't recall his condition, no.

10:48:39  17        **Q.**   Okay.

10:49:22  18        **MS. REDDY:**   My client is going to join, so

10:49:24  19   we're going to take a few minutes' break right now

10:49:30  20   to allow him to enter.

10:49:40  21           (A recess was then taken at 10:49 a.m.)

11:04:01  22           (Mr. Suttles joined the meeting.)

11:05:47  23           (On the record: 11:05 a.m.)

*Peter Massicci - Ms. Reddy - 01/30/2024*

11:05:49  1          BY MS. REDDY:

11:05:51  2          Q.   Officer, I want to remind you that

11:05:53  3  you're still under oath despite the break that we

11:05:57  4  just took.  Did you hear that?

11:05:59  5          A.   Yes.

11:06:03  6          Q.   Okay.  So I want to go back to the

11:06:06  7  scene of May 10th, 2020.

11:06:12  8          You indicated in your testimony a few

11:06:14  9  minutes ago that you responded to a radio call by

11:06:18  10 Officer Ammerman and Officer Scheu, and you arrived

11:06:21  11 at the scene with Officer Hanover; is that correct?

11:06:24  12         A.   Yes.

11:06:24  13         Q.   Were there any other officers at the

11:06:26  14 scene at the time of your arrival?

11:06:30  15         A.   I don't recall.

11:06:31  16         Q.   I'm going to be sharing my screen with

11:06:55  17 you so you can see an Exhibit.

11:06:58  18         MS. REDDY:  We have entered two Exhibits,

11:06:59  19 Lori.  They've been previously marked Defense

11:07:03  20 Exhibit 1 and 2.

11:07:03  21         BY MS. REDDY:

11:07:04  22         Q.   I'm going to share screen and direct

11:07:08  23 you to a page where I'm going to ask questions

*Peter Massicci - Ms. Reddy - 01/30/2024*

11:07:10  1  about this document.  Can you see my screen,

11:07:17  2  Officer?

11:07:18  3          **A.**    Yes.

11:07:18  4          **Q.**    I am going to represent to you that

11:07:22  5  these are a group of documents produced by the City

11:07:26  6  of Buffalo in relation to this case in the normal

11:07:28  7  course of discovery.

11:07:29  8          In a previous deposition, they were entered

11:07:32  9  as Defendant Exhibit 1.  It starts with an

11:07:35 10  Arresting/Booking Report of Mr. Suttles in relation

11:07:39 11  to the incident that brings us here today.

11:07:42 12          The second document in this set of documents

11:07:48 13  is a City of Buffalo Police Department Central

11:07:50 14  Booking Bureau Case History.  Are you familiar with

11:07:52 15  this type of document?

11:07:53 16          **A.**    Yes.

11:07:55 17          **Q.**    Okay.  What is this?

11:07:56 18          **A.**    It's a case history report.  That just

11:08:03 19  has all the officers and/or lieutenants and

11:08:07 20  detectives that would be on an arrest.

11:08:12 21          **Q.**    And who generates this document?

11:08:15 22          **A.**    The arresting officer.

11:08:24 23          **Q.**    And as you review this document, can

11:08:26  1  you confirm that this is in relation to Mr. Suttles

11:08:28  2  and his arrest of May 10th, 2020?

11:08:33  3        **A.**    Yes.

11:08:34  4        **Q.**    Who was the arresting officer on that

11:08:35  5  day?

11:08:37  6        **A.**    It appears to be Officer Michael Scheu.

11:08:43  7        **Q.**    Is your name anywhere on this document?

11:08:46  8        **A.**    Yes.

11:08:53  9        **Q.**    Are you referring to what I'll point

11:08:55 10  out as possibly paragraph 5 of this document,

11:08:58 11  namely --

11:08:58 12        **MR. DUDDY:**  Can I just -- can I just make a

11:09:01 13  point of order?  Can you remind your client that

11:09:05 14  nobody else is supposed to be there?

11:09:08 15        **MS. REDDY:**  Yes.  Mr. Suttles?

11:09:11 16        **MR. SUTTLES:**  Yeah.

11:09:13 17        **MS. REDDY:**  You can mute it.  You can mute

11:09:15 18  your audio so there's no background noise.

11:09:18 19        **MR. DUDDY:**  From other people.  I'm sorry,

11:09:30 20  can you just ask your client is there anybody else

11:09:33 21  in the room with him?

11:09:34 22        **MS. REDDY:**  Mr. Suttles, is there any human

11:09:36 23  person in the room with you?

*Peter Massicci - Ms. Reddy - 01/30/2024*

11:09:36  1        **THE REPORTER:**  You're on mute.

11:09:42  2        **MS. REDDY:**  I think he said no.

11:09:44  3        **MR. DUDDY:**  I just heard somebody cough.

11:09:46  4        **MR. SUTTLES:**  No.

11:09:51  5        **MS. REDDY:**  You're in an enclosed room by

11:09:54  6    yourself?

11:09:59  7        **MR. SUTTLES:**  Yes.

11:10:01  8        **MS. REDDY:**  Okay.  Thank you.  We just

11:10:03  9    thought we heard a noise.

11:10:14 10        **BY MS. REDDY:**

11:10:14 11        **Q.**   Okay, Officer.  I'm going to direct you

11:10:17 12    to what I can represent looks like paragraph 5, for

11:10:20 13    lack of better words, with your name listed as the

11:10:23 14    name of Assisting Officer Number 3.

11:10:25 15        Is that a correct reflection of this

11:10:28 16    Exhibit?

11:10:29 17        **A.**   Yes.

11:10:29 18        **Q.**   Now, next to your name, it indicates

11:10:31 19    that you performed several functions.  You assisted

11:10:34 20    in the investigation, in the arrest, and you

11:10:36 21    submitted evidence.

11:10:38 22        Starting with the first one, how did you

11:10:41 23    assist in the investigation in reference to the

*Peter Massicci - Ms. Reddy - 01/30/2024*

30

11:10:44  1  arrest of Mr. Suttles on May 10th of 2020?

11:10:47  2      A.    That is a generic title that is we

11:10:55  3  arrived on scene.  I -- that -- that's about it.

11:11:04  4  It's under -- every assisting officer is named.

11:11:08  5      Q.    And what does that mean?

11:11:14  6      A.    That you were at very least involved

11:11:18  7  with the case and at the scene.

11:11:24  8      Q.    And what part did you take in

11:11:28  9  investigation as reflected in this Exhibit?

11:11:32 10      A.    I'm sorry?

11:11:32 11      Q.    What part did you take in investigation

11:11:36 12  as reflected in this Exhibit?

11:11:37 13      A.    I was at very least at the scene, and I

11:11:45 14  submitted evidence.

11:11:47 15      Q.    What evidence did you submit?

11:11:50 16      A.    I would need a document to refresh my

11:11:54 17  recollection of it.

11:11:56 18      Q.    Your own testimony a few minutes ago

11:11:59 19  was that you submitted evidence, and I'm asking you

11:12:01 20  what evidence did you submit.

11:12:04 21      MR. DUDDY:  Objection, asked and answered.

11:12:09 22      BY MS. REDDY:

11:12:10 23      Q.    Officer, what evidence did you submit?

*Peter Massicci - Ms. Reddy - 01/30/2024*

31

| | | |
|---|---|---|
| 11:12:11 | 1 | **MR. DUDDY:**  Objection, asked and answered. |
| 11:12:13 | 2 | **MS. REDDY:**  Yes, and he needs to answer. |
| 11:12:13 | 3 | **BY MS. REDDY:** |
| 11:12:15 | 4 | **Q.**  What evidence did you submit, Officer? |
| 11:12:17 | 5 | **MR. DUDDY:**  He says he doesn't recall; he |
| 11:12:19 | 6 | would need a document to refresh -- |
| 11:12:20 | 7 | **MS. REDDY:**  Mr. Duddy -- |
| 11:12:21 | 8 | **MR. DUDDY:**  That's what he said.  Excuse me. |
| 11:12:24 | 9 | That's what he said. |
| 11:12:24 | 10 | (Reporter interruption.) |
| 11:12:24 | 11 | (Off the record: 11:12 a.m.) |
| 11:12:41 | 12 | (On the record: 11:12 a.m.) |
| 11:12:41 | 13 | **MR. DUDDY:**  Can we go back and read Officer |
| 11:12:46 | 14 | Massicci's last answer? |
| 11:12:48 | 15 | (The record was read as requested.) |
| 11:13:00 | 16 | **MR. DUDDY:**  Thank you. |
| 11:13:02 | 17 | **MS. REDDY:**  So on the record, Mr. Duddy, |
| 11:13:05 | 18 | please refrain from your speaking objections where |
| 11:13:08 | 19 | you mischaracterize the evidence to coach your |
| 11:13:10 | 20 | witness, which you have continuously done in the |
| 11:13:12 | 21 | last two depositions. |
| 11:13:15 | 22 | **MR. DUDDY:**  Lori, don't put that on the |
| 11:13:15 | 23 | record. |

*Peter Massicci - Ms. Reddy - 01/30/2024*

| | | |
|---|---|---|
| 11:13:16 | 1 | **MS. REDDY:**  You make your objection -- yes, |
| 11:13:17 | 2 | that is on the record. |
| 11:13:18 | 3 | **MR. DUDDY:**  No, you -- |
| 11:14:12 | 4 | (Reporter interruption.) |
| 11:14:12 | 5 | (Off the record: 11:14 a.m.) |
| 11:19:00 | 6 | (Record read.) |
| 11:20:52 | 7 | (On the record: 11:20 a.m.) |
| 11:21:06 | 8 | **BY MS. REDDY:** |
| 11:21:06 | 9 | **Q.**   Officer, we're going to turn back to |
| 11:21:08 | 10 | Exhibit 1. |
| 11:21:13 | 11 | As you indicated prior, you are listed as |
| 11:21:15 | 12 | the Assisting Officer Number 3, referring to the |
| 11:21:21 | 13 | incident of May 10th, 2020, involving Quentin |
| 11:21:25 | 14 | Suttles, the Plaintiff in this case. |
| 11:21:26 | 15 | This form indicates that you performed the |
| 11:21:28 | 16 | following functions:  Assisted in investigation, |
| 11:21:31 | 17 | arrest, and submitted evidence. |
| 11:21:33 | 18 | Your prior testimony was that you submitted |
| 11:21:35 | 19 | evidence in relation to the arrest of Mr. Suttles |
| 11:21:37 | 20 | on May 10th, 2020. |
| 11:21:40 | 21 | **MR. DUDDY:**  Objection. |
| 11:21:40 | 22 | **BY MS. REDDY:** |
| 11:21:41 | 23 | **Q.**   My question to you is what evidence did |

*Peter Massicci - Ms. Reddy - 01/30/2024*

33

| | | |
|---|---|---|
| 11:21:43 | 1 | you submit. |
| 11:21:44 | 2 | **MR. DUDDY:**  Objection, asked and answered. |
| 11:21:52 | 3 | **BY MS. REDDY:** |
| 11:21:53 | 4 | **Q.**  Officer, you have to answer my |
| 11:21:54 | 5 | question. |
| 11:21:54 | 6 | **MR. DUDDY:**  He already did. |
| 11:21:56 | 7 | **MS. REDDY:**  Your objection has been lodged |
| 11:21:58 | 8 | for the record, and he needs to answer my question. |
| 11:22:03 | 9 | **THE WITNESS:**  I don't recall, and I would |
| 11:22:06 | 10 | need something to refresh my recollection. |
| 11:22:08 | 11 | **BY MS. REDDY:** |
| 11:22:09 | 12 | **Q.**  What would that something be? |
| 11:22:12 | 13 | **A.**  A lab submission form. |
| 11:22:14 | 14 | **Q.**  Did you submit a lab submission form? |
| 11:22:19 | 15 | **A.**  Whenever evidence is submitted, you |
| 11:22:24 | 16 | submit a form with it. |
| 11:22:27 | 17 | **Q.**  What type of form is that? |
| 11:22:30 | 18 | **A.**  If it's property, it's property.  If |
| 11:22:35 | 19 | it's something that needs to be examined by the |
| 11:22:38 | 20 | lab, it's a lab form. |
| 11:22:42 | 21 | **Q.**  And you said that would be in reference |
| 11:22:43 | 22 | to some kind of specimen collected at the scene? |
| 11:22:46 | 23 | **MR. DUDDY:**  Objection.  That's not what he |

| | | |
|---|---|---|
| 11:22:49 | 1 | said. |
| 11:22:50 | 2 | **BY MS. REDDY:** |
| 11:22:50 | 3 | **Q.**  Is that what you're saying? |
| 11:22:51 | 4 | **MR. DUDDY:**  No. |
| 11:22:51 | 5 | **THE WITNESS:**  No. |
| 11:22:52 | 6 | **MS. REDDY:**  Mr. Duddy, why are you answering |
| 11:22:54 | 7 | the questions? |
| 11:22:55 | 8 | **MR. DUDDY:**  He just -- he didn't say that at |
| 11:22:59 | 9 | all. |
| 11:22:59 | 10 | **MS. REDDY:**  I'm asking the witness.  I'm not |
| 11:23:00 | 11 | asking you.  Why are you answering the questions |
| 11:23:00 | 12 | for the witness?  First you're coaching, now you're |
| 11:23:00 | 13 | going to answer the questions? |
| 11:23:00 | 14 | I asked him is he referring to a specimen, |
| 11:23:00 | 15 | and you said no.  Why?  Why are you improperly |
| 11:23:04 | 16 | testifying today? |
| 11:23:04 | 17 | (Off the record: 11:23 a.m.) |
| 11:24:52 | 18 | (On the record: 11:24 a.m.) |
| 11:24:52 | 19 | **BY MS. REDDY:** |
| 11:24:53 | 20 | **Q.**  Officer, did you submit any type of |
| 11:24:55 | 21 | specimen in relation to the lab submission report |
| 11:24:58 | 22 | you testified to a few minutes ago? |
| 11:25:00 | 23 | **A.**  I did not submit any specimen. |

11:25:04  1        Q.   What did you submit that would have

11:25:07  2   garnered a lab submission report in relation to the

11:25:11  3   incident of May 10th, 2020?

11:25:13  4        A.   I don't recall.  I would need something

11:25:14  5   to refresh my recollection.  That's why I was

11:25:17  6   asking about the other form that I would need to

11:25:19  7   refresh my memory on the case.

11:25:24  8        Q.   Okay.  And this, again, is a lab

11:25:26  9   submission report.  Can you explain how that works?

11:25:29 10        You, as an officer who was at the scene, can

11:25:31 11   you explain the steps that would then create a lab

11:25:35 12   submission report?

11:25:36 13        A.   There was evidence recovered at the

11:25:39 14   scene of whatever incident we were at.  When you

11:25:44 15   submit it into evidence, you record what you submit

11:25:48 16   into evidence.

11:25:51 17        Q.   And where do you give that to?

11:25:53 18        A.   Depends on what place you're submitting

11:25:56 19   it.

11:25:56 20        Q.   And what are the options?

11:26:08 21        A.   From what I recall, I believe there is

11:26:10 22   the lab and there is the property.

11:26:35 23        Q.   So going back to this document, what

11:26:40  1  was your function with respect to the arrest?

11:26:52  2      **A.**    I responded to help the officers when

11:26:58  3  they requested assistance.

11:27:13  4      **Q.**    To your knowledge, was Mr. Suttles

11:27:15  5  injured during his arrest of May 10, 2020?

11:27:23  6      **A.**    I don't -- I -- are you asking if I

11:27:25  7  know that at the time of the incident when all this

11:27:31  8  happened?

11:27:33  9      **Q.**    Well, both, in fact.  So let's start

11:27:35  10  with the day of the arrest.

11:27:36  11      Were you aware that Mr. Suttles was injured

11:27:39  12  during his arrest on May 10th, 2020?

11:27:42  13      **A.**    No.

11:27:43  14      **Q.**    As you sit here today, are you aware of

11:27:44  15  any injuries he sustained on May 10th, 2020, during

11:27:47  16  his arrest?

11:27:48  17      **A.**    I am aware that he's -- was injured

11:27:52  18  during the course of the arrest.

11:27:55  19      **Q.**    What were his injuries?

11:27:56  20      **A.**    I don't know.

11:28:05  21      **Q.**    And what is your understanding of --

11:28:07  22  I'm just going to stop sharing for a second.

11:28:09  23      What is your understanding of the

11:28:11   1   use-of-force policy for City of Buffalo police

11:28:14   2   officers?

11:28:20   3        **A.**   If you use force, you need to fill out

11:28:25   4   a blue team report.

11:28:31   5        **Q.**   Is that a use-of-force form?

11:28:33   6        **A.**   Yes.

11:28:38   7        **Q.**   And what happens after you fill out

11:28:40   8   that form?

11:28:43   9        **A.**   You forward it to your chain of

11:28:46  10   command.

11:28:48  11        **Q.**   And in what instances are you required

11:28:52  12   to submit that form?

11:28:54  13        **A.**   When you use force.

11:28:54  14        **Q.**   What type of force?

11:29:01  15        **A.**   Could be several types.  Physical

11:29:07  16   force, brandishing a weapon.  I --

11:29:21  17        **Q.**   To your knowledge, was any use-of-force

11:29:24  18   form submitted in relation to the incidents of

11:29:27  19   May 10th, 2020, involving Mr. Suttles?

11:29:32  20        **A.**   I can only speak to what I did.

11:29:34  21        **Q.**   Did you submit any forms in relation to

11:29:38  22   this incident?

11:29:42  23        **A.**   What form?

*Peter Massicci - Ms. Reddy - 01/30/2024*

38

11:29:45  1          Q.   Well, my question to you was were any
11:29:47  2   use-of-force forms submitted in relation to this
11:29:50  3   incident, and your testimony was only -- you could
11:29:52  4   only testify to what you submitted, so my follow-up
11:29:55  5   question is what did you submit.
11:29:57  6          Did you submit a use-of-force form?
11:30:00  7          A.   I did not submit a use-of-force form.
11:30:02  8          Q.   So for the requirement for the form, is
11:30:10  9   every officer present at the scene required to
11:30:13 10   submit a use-of-force form or only certain
11:30:15 11   officers?
11:30:16 12          A.   No.
11:30:17 13          Q.   Who is required to submit the
11:30:19 14   use-of-force form?
11:30:21 15          A.   Officers who use force.
11:30:23 16          Q.   Were you ever made aware of any
11:30:32 17   use-of-force forms submitted by any officer in
11:30:34 18   relation to Mr. Suttles on May 10th, 2020?
11:30:34 19          A.   No.
11:30:38 20          Q.   As you sit here today, are you aware of
11:30:40 21   any use-of-force forms submitted on behalf of any
11:30:44 22   of the officers involving Mr. Suttles?
11:30:45 23          MR. DUDDY:   Objection, form.

*Peter Massicci - Ms. Reddy - 01/30/2024*

11:30:47  1          THE WITNESS:  No.

11:30:52  2          BY MS. REDDY:

11:31:06  3          Q.   Okay.  I have another Exhibit I'm going

11:31:08  4    to share with you.

11:31:30  5          Okay, Officer.  Can you see this document in

11:31:32  6    front of you labelled Defendant Exhibit 2?

11:31:35  7          A.   Yes.

11:31:35  8          Q.   What do you recognize this document to

11:31:39  9    be?

11:31:40 10          A.   I don't know.

11:31:43 11          Q.   Okay.  I'm going to represent to you

11:31:45 12    that this was produced by the City of Buffalo

11:31:47 13    Corporation Counsel in relation to this case.  It's

11:31:49 14    a City of Buffalo Department of Police Internal

11:31:52 15    Affairs Division Case Index.

11:31:54 16          Have you ever seen this document?

11:31:56 17          MR. DUDDY:  Objection, form.

11:31:59 18          MS. REDDY:  What was your objection?

11:32:03 19          MR. DUDDY:  I have no way of verifying that,

11:32:12 20    and neither does he.

11:32:12 21          THE REPORTER:  I'm sorry, I couldn't make

11:32:12 22    out what you said, Mr. Duddy.  What did you say?

11:32:12 23          MR. DUDDY:  I have no way of verifying that

11:32:16 1 document, and neither does opposing counsel.

11:32:16 2     **MS. REDDY:**  Well, what was the word you said

11:32:17 3 after objection?  Did you say form?

11:32:20 4     **MR. DUDDY:**  Don't be questioning me on my

11:32:22 5 objections.  I didn't say anything.  I says --

11:32:23 6     **MS. REDDY:**  I can't hear you.  I can't hear

11:32:25 7 you.  Neither can the reporter.  You said a word we

11:32:29 8 couldn't hear.  I'm asking you what was the word.

9     **MR. DUDDY:**  Well, I didn't say form anyway.

10     **MS. REDDY:**  Yes, so we're asking what did

11 you say.

12     **THE REPORTER:**  All right, counsel.  Mr.

13 Duddy, I heard "Objection, form."  If you didn't

11:32:43 14 say form, then could you repeat --

11:32:43 15     **MR. DUDDY:**  Don't worry about it.  Objection

11:32:44 16 is fine.  Objection, form is fine.  That's fine.

11:32:48 17     **THE REPORTER:**  Okay.  Thank you.

11:32:48 18     **BY MS. REDDY:**

11:32:49 19     **Q.**   Going back to this document, this was

11:32:50 20 produced by the City of Buffalo in the normal

11:32:52 21 course of discovery.  It was entered into as an

11:32:55 22 Exhibit in a prior deposition occurring this week.

11:32:58 23 It's labelled as Defendant Exhibit 2.

| | | |
|---|---|---|
| 11:33:00 | 1 | Do you see your name anywhere on this |
| 11:33:02 | 2 | document? |
| 11:33:03 | 3 | **A.**    Yes. |
| 11:33:06 | 4 | **Q.**    In what capacity are you listed on this |
| 11:33:08 | 5 | document? |
| 11:33:08 | 6 | **A.**    Under section D, Witnesses, subsection |
| 11:33:15 | 7 | number 1, PO Peter Massicci, my name. |
| 11:33:29 | 8 | **Q.**    Do you know why you're listed here |
| 11:33:35 | 9 | under section D? |
| 11:33:39 | 10 | **A.**    No. |
| 11:33:39 | 11 | **Q.**    Okay.  Are you considered a witness in |
| 11:33:41 | 12 | this case? |
| 11:33:44 | 13 | **A.**    I suppose.  That's what it looks like. |
| 11:33:46 | 14 | **Q.**    Okay.  I'm just going to scroll down to |
| 11:33:50 | 15 | another portion of this same Exhibit that was |
| 11:33:53 | 16 | previously entered, and this appears to be part of |
| 11:34:10 | 17 | the document. |
| 11:34:12 | 18 | And under Investigation, it identifies in |
| 11:34:16 | 19 | part B, Witnesses -- is that your picture under B1? |
| 11:34:21 | 20 | **A.**    It appears to be. |
| 11:34:22 | 21 | **Q.**    Okay.  So were you interviewed in |
| 11:34:34 | 22 | relation to this Case Index IAD Case EC2020-024? |
| 11:34:40 | 23 | **A.**    I don't recall. |

Peter Massicci - Ms. Reddy - 01/30/2024

42

| | | |
|---|---|---|
| 11:34:41 | 1 | Q.   Did you make any statement in relation |
| 11:34:44 | 2 | to this case that's indexed here? |
| 11:34:47 | 3 | A.   I don't recall. |
| 11:34:49 | 4 | Q.   All right.  Have you ever witnessed |
| 11:35:11 | 5 | Police Officer Ammerman using force on any |
| 11:35:14 | 6 | civilian? |
| 11:35:25 | 7 | A.   Yes. |
| 11:35:26 | 8 | Q.   When? |
| 11:35:28 | 9 | A.   I don't recall specifically. |
| 11:35:34 | 10 | Q.   What was the force used? |
| 11:35:36 | 11 | A.   I don't recall. |
| 11:35:40 | 12 | Q.   How many times have you witnessed |
| 11:35:43 | 13 | Police Officer Ammerman using force against a |
| 11:35:45 | 14 | civilian? |
| 11:35:45 | 15 | A.   I don't recall. |
| 11:35:57 | 16 | Q.   Did you witness Police Officer Ammerman |
| 11:35:59 | 17 | using force before or after the incident involving |
| 11:36:02 | 18 | Mr. Suttles on May 10th, 2020? |
| 11:36:05 | 19 | A.   I don't recall. |
| 11:36:11 | 20 | Q.   What is your understanding of a police |
| 11:36:15 | 21 | officer's responsibility when they witness a fellow |
| 11:36:18 | 22 | police officer using force against a civilian? |
| 11:36:28 | 23 | A.   There is no -- when an officer uses |

11:36:33  1  force, the officer is responsible for submitting

11:36:37  2  their use of force.

11:36:40  3       Q.   What about at the scene itself?  What

11:36:42  4  is the responsibility of an observing police

11:36:45  5  officer when a fellow police officer is using force

11:36:47  6  against a civilian?

11:36:51  7       A.   There isn't anything.

11:36:57  8       Q.   There is -- so your testimony is

11:36:59  9  there's no responsibility for an observing police

11:37:02 10  officer on the scene when a fellow police officer

11:37:04 11  is using force against a civilian; is that

11:37:08 12  accurate?

11:37:08 13       MR. DUDDY:  Objection, asked and answered.

11:37:11 14       BY MS. REDDY:

11:37:11 15       Q.   Is that accurate?

11:37:12 16       A.   Yes.

11:37:17 17       Q.   What if that same police officer was

11:37:19 18  excessively using force against a civilian?

11:37:23 19       A.   We would have a duty to intervene.

11:37:28 20       Q.   Can you explain that duty?

11:37:32 21       A.   We would have a duty to intervene in

11:37:37 22  the actions that were causing excessive force.

11:37:43 23       Q.   And how would you intervene, or how

*Peter Massicci - Ms. Reddy - 01/30/2024*

44

11:37:46  1  were you required to intervene?

11:37:50  2       **A.**    Stop the excessive force.

11:38:04  3       **Q.**    And how would you make that

11:38:06  4  determination of whether the force was excessive or

11:38:08  5  not on the scene?

11:38:17  6       **A.**    I would have to refer to what the

11:38:24  7  Defendant was doing and if the officer's action

11:38:29  8  were proportionate in response.

11:38:40  9       **Q.**    What if an officer such as yourself

11:38:45 10  arrives on a scene after an incident and the

11:38:48 11  civilian is complaining about force being used

11:38:51 12  against him?  What would be your duty then?

11:38:53 13       **A.**    I wasn't at the scene during the use of

11:39:00 14  force.  I can't speak on it.

11:39:08 15       **Q.**    Right.  I'm just asking what your duty

11:39:11 16  would be at that time.

11:39:12 17       **A.**    If I didn't observe anything, I can't

11:39:14 18  speak on what happened.

11:39:22 19       **Q.**    Right, but what if the civilian is

11:39:25 20  complaining of excessive force having been used

11:39:28 21  against him?

11:39:28 22       **A.**    I'm answering the same things over and

11:39:35 23  over.  I can't make up something that -- I don't --

*Peter Massicci - Ms. Reddy - 01/30/2024*

45

| | | |
|---|---|---|
| 11:39:39 | 1 | if I wasn't there, I can't speak on what happened. |
| 11:39:41 | 2 | **Q.** Right, I understand. |
| 11:39:42 | 3 | **A.** I'm a police officer that has no |
| 11:39:45 | 4 | responsibility to make a -- I -- I'm not in a -- |
| 11:39:48 | 5 | I'm a -- this is a fellow police officer. I have |
| 11:39:51 | 6 | no responsibility to -- like I can't say one way or |
| 11:39:56 | 7 | another what happened. I wasn't at the scene when |
| 11:39:58 | 8 | it happened. I keep -- I keep saying that. |
| 11:40:01 | 9 | **MR. DUDDY:** I'm going to object. It calls |
| 11:40:03 | 10 | for speculation. I'm going to object to that last |
| 11:40:05 | 11 | question. |
| 11:40:05 | 12 | **BY MS. REDDY:** |
| 11:40:05 | 13 | **Q.** Yeah, I think there's just a |
| 11:40:07 | 14 | miscommunication, Officer. |
| 11:40:09 | 15 | I'm not asking you with respect to any |
| 11:40:11 | 16 | specific incident. I'm asking you generally what |
| 11:40:12 | 17 | is your duty when you appear at a scene where there |
| 11:40:15 | 18 | may have been excessive force used or if a civilian |
| 11:40:17 | 19 | is complaining of an injury or force used against |
| 11:40:19 | 20 | him. What is your duty upon arrival? |
| 11:40:23 | 21 | **A.** I am not a supervisor. I don't |
| 11:40:32 | 22 | dictate. |
| 11:40:33 | 23 | **Q.** I'm sorry, can you finish your |

*Peter Massicci - Ms. Reddy - 01/30/2024*

46

11:40:35  1  sentence?  I didn't --

11:40:35  2        **A.**    I don't dictate.  I don't dictate what

11:40:38  3  other people do.

11:40:39  4        **Q.**    Okay.  And you -- you said a supervisor

11:40:42  5  would do that?

11:40:45  6        **A.**    I don't know who would be responsible

11:40:47  7  for that.

11:40:49  8        **Q.**    Well, I'm just asking you to clarify

11:40:51  9  your testimony.  You said, "I'm not a supervisor.

11:40:53 10  I don't dictate."  What do you mean by that?

11:40:55 11        **MR. DUDDY:**  Objection, asked and answered.

11:40:58 12        **BY MS. REDDY:**

11:40:58 13        **Q.**    Just asking you to clarify, Officer.

11:41:00 14  That statement is pretty vague.

11:41:03 15        **A.**    If somebody is -- uses force, it's

11:41:06 16  their responsibility to report the force used, and

11:41:11 17  if a civilian feels that someone's -- an officer's

11:41:14 18  force was excessive, it's their responsibility to

11:41:17 19  report that force used against them.

11:41:32 20        **Q.**    What about on the scene?  If your

11:41:34 21  fellow officer is using force at that moment in

11:41:37 22  time -- because I know your testimony is about

11:41:39 23  forms submitted and responsibilities thereafter.

*Peter Massicci - Ms. Reddy - 01/30/2024*

47

| | | |
|---|---|---|
| 11:41:42 | 1 | I'm asking you in the heat of that moment |
| 11:41:44 | 2 | when a civilian is being injured by a police |
| 11:41:46 | 3 | officer, what does the -- what is the |
| 11:41:48 | 4 | responsibility of a fellow police officer at that |
| 11:41:50 | 5 | time? |
| 11:41:51 | 6 | **MR. DUDDY:**  Objection, calls for |
| 11:41:53 | 7 | speculation. |
| 11:41:57 | 8 | **BY MS. REDDY:** |
| 11:41:58 | 9 | **Q.**   Officer, I'm not asking you to |
| 11:41:59 | 10 | speculate.  I'm asking you what is the policy of |
| 11:42:02 | 11 | the City of Buffalo, whether it's by practice, by |
| 11:42:04 | 12 | written policy, by verbal policy, by protocol. |
| 11:42:07 | 13 | I'm not asking you to speculate.  I'm asking |
| 11:42:09 | 14 | you what is the policy that would mandate any duty |
| 11:42:11 | 15 | to a police officer at the scene at a time where a |
| 11:42:15 | 16 | civilian is being treated with violence. |
| 11:42:26 | 17 | **A.**   I don't -- you -- we've -- I don't know |
| 11:42:28 | 18 | what your question is.  You have to just say it |
| 11:42:32 | 19 | again for me. |
| 11:42:33 | 20 | **Q.**   Sure.  I can rephrase it. |
| 11:42:35 | 21 | I'm asking you generally what is your |
| 11:42:37 | 22 | understanding of any policy by the City of Buffalo |
| 11:42:39 | 23 | Police Department that reflects a police officer's |

11:42:43  1  duty at the scene -- not thereafter, because I know

11:42:48  2  you've testified to the use-of-force forms and the

11:42:50  3  blue team forms that are submitted after an

11:42:52  4  incident, but during the course of an incident,

11:42:59  5  what is the duty of any police officer in relation

11:43:03  6  to observing a civilian being mistreated, having

11:43:06  7  force used against them, or complaining of a force

11:43:08  8  being used against them?

11:43:10  9       A.   So am I here at this hypothetical

11:43:12  10  situation now observing mistreatment of a person?

11:43:19  11       Q.   Right.  And it's not a -- it's not a

11:43:21  12  hypothetical.  What is the policy?  What is your

11:43:23  13  understanding of the policy?

11:43:24  14       A.   The question you asked seemed to be

11:43:26  15  about a hypothetical situation where I observe

11:43:28  16  somebody -- I don't know.  It's -- you know, I'm --

11:43:32  17  I feel like this is getting convoluted, and we're

11:43:36  18  going off beat a little bit.  I'm trying to

11:43:36  19  understand what it is you're asking.

11:43:39  20       Q.   Right.  So, I mean, if you need to

11:43:41  21  frame it as a hypothetical to understand my

11:43:43  22  question, that's up to you.  It's not a

11:43:45  23  hypothetical to the extent that I haven't posed a

11:43:48  1  scenario.

11:43:49  2       I'm asking what is the policy within the

11:43:50  3  City of Buffalo Police Department to which you

11:43:54  4  report.

11:43:54  5       **MR. DUDDY:**  Regarding what?

11:43:55  6       **THE WITNESS:**  Regarding what?

11:43:56  7       **BY MS. REDDY:**

11:43:56  8       **Q.**    Regarding the obligations, duties,

11:44:00  9  responsibilities, whether by written, verbal,

11:44:03 10  protocol, past practice, any of the above.

11:44:07 11       What is your understanding of the policy

11:44:09 12  that dictates the conduct of a police officer in

11:44:14 13  witnessing a fellow police officer using force,

11:44:19 14  using excessive force, or after a civilian has

11:44:23 15  complained of an injury?

11:44:24 16       What is that police officer's

11:44:26 17  responsibility?

11:44:26 18       **MR. DUDDY:**  Objection, compound.  Can you

11:44:31 19  break that -- break that down a bit?  Objection.

11:44:36 20  There's two different questions there.

11:44:38 21       **MS. REDDY:**  Okay.  I can start with the

11:44:39 22  first one.

11:44:40 23       **MR. DUDDY:**  Okay.

*Peter Massicci - Ms. Reddy - 01/30/2024*

50

| | | |
|---|---|---|
| 11:44:41 | 1 | **BY MS. REDDY:** |
| 11:44:42 | 2 | **Q.** What is your understanding of any |
| 11:44:45 | 3 | policy at the City of Buffalo Police Department in |
| 11:44:50 | 4 | relation to a police officer observing a fellow |
| 11:44:54 | 5 | police officer responding to a civilian with force? |
| 11:45:07 | 6 | **A.** Are you just asking me if I'm -- what I |
| 11:45:10 | 7 | would do -- what the Buffalo Police Department's |
| 11:45:12 | 8 | policy is when an officer observes another officer |
| 11:45:16 | 9 | using force on a person, a civilian? |
| 11:45:20 | 10 | **Q.** Yes. |
| 11:45:21 | 11 | **MR. DUDDY:** This is -- objection, asked and |
| 11:45:23 | 12 | answered. This is a question that you already |
| 11:45:26 | 13 | asked that you're repeating. Is that the same |
| 11:45:34 | 14 | question? |
| 11:45:34 | 15 | **MS. REDDY:** It is not the same question. |
| 11:45:39 | 16 | **THE WITNESS:** My response is the same. If I |
| 11:45:41 | 17 | observed somebody using excessive force, I would |
| 11:45:45 | 18 | then report it, and that is the duty of all |
| 11:45:49 | 19 | officers within the Buffalo Police Department. |
| 11:45:52 | 20 | **BY MS. REDDY:** |
| 11:45:52 | 21 | **Q.** Okay. Is that by policy? |
| 11:45:54 | 22 | **A.** Yes. |
| 11:45:54 | 23 | **Q.** What is the duty of -- and by policy, |

*Peter Massicci - Ms. Reddy - 01/30/2024*

51

11:45:59  1  any policy by the City of Buffalo, what is the duty

11:46:02  2  of an officer observing a fellow officer using

11:46:06  3  excessive force against a civilian?

11:46:07  4       **MR. DUDDY:**  Objection, asked and answered.

11:46:10  5       **THE WITNESS:**  What we just talked about.

11:46:12  6  That's what -- what I just explained.

11:46:16  7       **BY MS. REDDY:**

11:46:17  8       Q.  So you explained the use-of-force

11:46:19  9  forms, and I'm asking you something different.

11:46:21 10       What is the responsibility of a police

11:46:22 11  officer at the scene when a fellow police officer

11:46:25 12  is using excessive force?

11:46:27 13       What is your understanding --

11:46:28 14       **MS. REDDY:**  Hold on, let me finish my

11:46:30 15  sentence.  You can object.

11:46:32 16       **BY MS. REDDY:**

11:46:32 17       Q.  What is the -- what is the policy as

11:46:34 18  you sit here today with respect to a police

11:46:37 19  officer's responsibility at the scene -- not

11:46:42 20  thereafter, not in the submission of use-of-force

11:46:45 21  forms, but at the scene -- to protect a civilian

11:46:49 22  when a fellow officer is using excessive force

11:46:52 23  against that civilian?

11:46:53  1          **MR. DUDDY:**  Objection, asked and answered.

11:46:55  2          Can we just take a sidebar for a minute?

11:46:58  3          **MS. REDDY:**  No, there's a question on the

11:46:59  4  table.  I'd like an answer first, please.

11:47:01  5          **MR. DUDDY:**  The question has been asked and

11:47:02  6  answered.  This is --

11:47:03  7          **MS. REDDY:**  It's different question, and

11:47:05  8  maybe it's getting lost, and I understand that, but

11:47:07  9  it's a different question.  We're not going to

11:47:09 10  sidebar right now when there's a question pending,

11:47:11 11  but I'm happy to take a break after this answer.

11:47:17 12          **THE WITNESS:**  All right.  It's -- I would

11:47:19 13  intervene and stop the excessive force.

11:47:42 14          **BY MS. REDDY:**

11:47:42 15          **Q.**   In your experience as a Buffalo police

11:47:46 16  officer, when does the use of force become

11:47:48 17  excessive at the scene?

11:47:52 18          **MR. DUDDY:**  Objection, calls for

11:47:54 19  speculation.

11:47:59 20          **THE WITNESS:**  There is a written policy on

11:48:03 21  our use of force.  If the response by the officer

11:48:06 22  is not proportionate to the way that -- to the --

11:48:12 23  to the actions of the person being placed under

*Peter Massicci - Ms. Reddy - 01/30/2024*

| | | |
|---|---|---|
| 11:48:16 | 1 | arrest, then that would be an excessive use of |
| 11:48:19 | 2 | force. |
| 11:48:20 | 3 | **BY MS. REDDY:** |
| 11:48:20 | 4 | **Q.**   Okay.  And in terms of that |
| 11:48:24 | 5 | proportionality, that's something that's to the |
| 11:48:27 | 6 | discretion of the officer at the scene; is that |
| 11:48:30 | 7 | right? |
| 11:48:31 | 8 | **MR. DUDDY:**  Objection, calls for |
| 11:48:36 | 9 | speculation. |
| 11:48:38 | 10 | **THE WITNESS:**  I don't feel comfortable |
| 11:48:39 | 11 | speculating on what another officer sees or |
| 11:48:42 | 12 | observes or how he would handle a situation. |
| 11:48:46 | 13 | **BY MS. REDDY:** |
| 11:48:47 | 14 | **Q.**   Well, I don't think my question calls |
| 11:48:48 | 15 | for speculation, so I'm not asking you to |
| 11:48:50 | 16 | speculate. |
| 11:48:51 | 17 | I'm asking you is it to the discretion of |
| 11:48:52 | 18 | each police officer at the scene as to whether |
| 11:48:54 | 19 | force that's used is then noted as excessive |
| 11:48:58 | 20 | pursuant to the Buffalo policy -- City of Buffalo |
| 11:49:00 | 21 | policy. |
| 11:49:04 | 22 | **A.**   I -- I -- |
| 11:49:06 | 23 | **MR. DUDDY:**  Objection, calls for |

*Peter Massicci - Ms. Reddy - 01/30/2024*

54

11:49:08  1    speculation.

11:49:08  2         **THE WITNESS:**  Can you rephrase it, please?

11:49:10  3         **BY MS. REDDY:**

11:49:10  4         **Q.**   Yeah.  It's not a speculative question,

11:49:12  5    though, Officer.

11:49:13  6         **A.**   I'm just -- I'm asking because I feel

11:49:15  7    like it got a little convoluted in the middle.  I

11:49:19  8    just was trying to understand it for --

11:49:21  9         **Q.**   Right.  Right.  So just a few minutes

11:49:24 10    ago, you testified that there is a written policy

11:49:26 11    with respect to excessive force and the

11:49:29 12    proportionality aspect of that; is that correct?

11:49:32 13         **A.**   Well, no, I said there's a use-of-force

11:49:34 14    policy and then there's, you know, a response.  I

11:49:38 15    didn't have any -- I don't -- if it doesn't fall

11:49:41 16    within that proportionality, that's when it's

11:49:45 17    probably in the realm of excessive.

11:49:47 18         **Q.**   Okay.  Yes, that's what I understood

11:49:49 19    your testimony to be, and I'm asking you if the

11:49:54 20    determination of whether the force is within the

11:49:57 21    policy of use of force or deemed excessive, is that

11:50:02 22    to the discretion of each individual police officer

11:50:05 23    at the scene.

11:50:05  1          MR. DUDDY:  Objection, calls for

11:50:07  2    speculation.

11:50:12  3          THE WITNESS:  I don't know.

11:50:13  4          BY MS. REDDY:

11:50:13  5          Q.   And my -- my question is pursuant to

11:50:15  6    the policy.  Pursuant to the City of Buffalo

11:50:18  7    policies that you adhere to as an employee of the

11:50:21  8    City of Buffalo, does each individual officer have

11:50:25  9    the discretion at the scene to make a determination

11:50:27 10    if the force that they are using is within the

11:50:31 11    allowable use of force or excessive in nature?

11:50:35 12          MR. DUDDY:  Objection, calls for a legal

11:50:37 13    conclusion.

11:50:41 14          THE WITNESS:  Anyone is allowed to report

11:50:44 15    anything that they want.  Whether they deem it to

11:50:46 16    be excessive or not will be determined at a later

11:50:51 17    time by other people involved.

11:50:57 18          BY MS. REDDY:

11:50:58 19          Q.   Right.  So I think that's where

11:51:00 20    we're -- there's some confusion.  I'm not referring

11:51:02 21    to at a later time.  I'm asking about the

11:51:04 22    protection of civilians in that moment, in the

11:51:07 23    scene at the moment.

*Peter Massicci - Ms. Reddy - 01/30/2024*

56

11:51:08  1      So not the submission of forms, but in that

11:51:12  2  moment when a civilian --

11:51:14  3      **A.**   It's not a submission of a form.  I'm

11:51:16  4  saying --

11:51:16  5      **Q.**   Wait, one second.  One second.  Let me

11:51:19  6  just finish the question so that your answer can be

11:51:21  7  related to my question.

11:51:22  8      So putting the use-of-force forms to the

11:51:26  9  side, I'm asking about the protections for a

11:51:28 10  civilian at a scene, at an arrest, at a call, at a

11:51:32 11  location and there's been force used against that

11:51:34 12  civilian.

11:51:35 13      In that moment, how does a police officer

11:51:39 14  respond to whether -- so, for example, an observing

11:51:41 15  police officer sees a participating police officer

11:51:44 16  using force against a civilian.

11:51:47 17      Is it up to the discretion of that observing

11:51:49 18  police officer whether to intervene or not if that

11:51:52 19  force is excessive?

11:51:55 20      **MR. DUDDY:**  Objection, calls for

11:51:58 21  speculation.

11:51:58 22      **BY MS. REDDY:**

11:51:58 23      **Q.**   And this is not speculative.  It's

57

11:52:00  1  pursuant to your policy and your responsibilities

11:52:02  2  as a Buffalo police officer.

11:52:05  3       **MR. DUDDY:**  You're questioning what my

11:52:06  4  objection is.  It calls for speculation.

11:52:07  5       **MS. REDDY:**  I'm not.  I'm clarifying -- I'm

11:52:09  6  clarifying for the witness that I'm not asking him

11:52:10  7  to speculate.

11:52:16  8       **THE WITNESS:**  It's discretionary, sure.

11:52:17  9       **BY MS. REDDY:**

11:52:18 10       **Q.**   Thank you.  Have you ever, in the

11:52:34 11  course of your employment as a City of Buffalo

11:52:38 12  police officer, probationary or otherwise -- have

11:52:41 13  you ever had to intervene when another police

11:52:43 14  officer was using force against a civilian?

11:52:45 15       **A.**   No.

11:52:55 16       **Q.**   Okay.

11:52:56 17       **MS. REDDY:**  I'm just going to take a

11:52:58 18  few-minute break, because I want to prepare my next

11:53:00 19  Exhibit to show you.

11:53:01 20       So Lori, can we just take a seven-minute

11:53:07 21  break and come back at nine --

11:53:07 22       **THE REPORTER:**  Sure.

11:53:09 23       **MS. REDDY:**  -- or noon your time?  Thank

*Peter Massicci - Ms. Reddy - 01/30/2024*

58

11:53:10  1    you.

11:53:11  2                (A recess was then taken at 11:53 a.m.)

12:06:30  3                (On the record: 12:06 p.m.)

12:06:30  4        **BY MS. REDDY:**

12:06:37  5        **Q.**    Officer, before we move on, I want to

12:06:39  6    just confirm your testimony on an Exhibit.  I want to

12:06:57  7    to go back to Defense Exhibit 2 that was previously

12:07:00  8    entered and we did discuss initially.

12:07:07  9        You confirmed that was your picture and your

12:07:11 10    identification as a witness in this case; is that

12:07:13 11    correct?

12:07:13 12        **A.**    Yes.

12:07:18 13        **Q.**    What does this part 2 signify, Officer

12:07:25 14    Statement N/A, under your name?

12:07:26 15        **A.**    I don't know.

12:07:31 16        **Q.**    What was your -- did you submit any

12:07:36 17    paperwork in relation to this case as a witness?

12:07:39 18        **A.**    I don't know.

12:07:53 19        **Q.**    So I know you don't have the document

12:07:58 20    in front of you, but I'm going to be asking you to

12:08:03 21    confirm that there is no statement submitted by you

12:08:07 22    in relation to this case as reflected in this

12:08:10 23    document.

*Peter Massicci - Ms. Reddy - 01/30/2024*

59

12:08:11  1          I've scrolled through it, and I didn't see

12:08:13  2   any statement by you.  There are notes by the

12:08:15  3   investigator, statements by other officers, and

12:08:21  4   then the document ends here on page 15.

12:08:26  5          So I want to make sure this is an accurate

12:08:29  6   reflection of this investigation where you were

12:08:32  7   listed as a witness, but I didn't see any further

12:08:35  8   information or submissions by you.

12:08:40  9          Is that accurate as reflected in Exhibit 2

12:08:41 10   that's here before you today?

12:08:44 11          A.   I don't know what this document is, so

12:08:47 12   I don't -- I can't really speak on what it does or

12:08:53 13   doesn't have in it.

12:08:57 14          Q.   Right.  So that's why we're going over

12:09:00 15   it right now.  It begins right here, and it

12:09:03 16   references you as a witness.

12:09:04 17          You testified earlier that is your picture

12:09:06 18   and you're identified as a witness.  As you look at

12:09:09 19   this document as you sit here today, are there any

12:09:11 20   portions of this document that reflect any

12:09:13 21   statements made by you?

12:09:17 22          A.   It doesn't appear so.

12:09:19 23          Q.   Thank you.  And so just for the record,

12:09:27  1  we are referring Defendant Exhibit 2 that was

12:09:31  2  previously entered into evidence.

12:09:52  3      So I know you testified earlier that you

12:09:54  4  don't recall what was happening at the scene at the

12:09:57  5  time of your arrival on May 10th, 2020, in relation

12:10:00  6  to Mr. Suttles; is that correct?

12:10:14  7      **A.**   Yes, that's correct.

12:10:16  8      **Q.**   So I'm going to represent to you that

12:10:20  9  the City of Buffalo has produced several videos to

12:10:22  10 us reflecting different scenes from the day of the

12:10:25  11 incident on May 10th, 2020, involving Mr. Suttles,

12:10:29  12 and I want to ask you -- ask you some questions

12:10:30  13 about your involvement on that day.

12:10:32  14     I'm going to play -- and if you can bear

12:10:34  15 with me, the videos are a little bit tricky, but

12:10:37  16 I'm going to play these videos.  They've been

12:10:40  17 entered into as Exhibits and produced by the City

12:10:43  18 of Buffalo.  Okay.

12:11:18  19     **MS. REDDY:**   Lori, I'm going to play a video

12:11:20  20 that was previously entered as Plaintiff's 1

12:11:23  21 yesterday during the deposition of Mr. Quentin

12:11:27  22 Suttles.  This has already been labelled and

12:11:29  23 entered as evidence.

*Peter Massicci - Ms. Reddy - 01/30/2024*

61

12:11:44  1        I'm sorry, I forgot the screen share first.

12:11:48  2  I'm going to be starting the video in a minute.

12:11:48  3        **BY MS. REDDY:**

12:11:51  4        **Q.**   Okay.  Officer, are you able to see

12:11:54  5  this video.  I haven't pushed play yet, but are you

12:11:58  6  able to see the graphics?

12:11:59  7        **A.**   Yes.

12:11:59  8        **Q.**   Again, this was previously labelled as

12:12:01  9  axon_body_2_video_2020-05-10_1815.  Appears to be

12:12:06 10  body cam footage that was produced by the City of

12:12:09 11  Buffalo in the normal course of discovery in this

12:12:12 12  case.

12:12:12 13        And what I'm looking to do is identify you

12:12:15 14  in the video, so when you see yourself, please let

12:12:18 15  me know.

12:12:18 16            (Video played.)

12:12:18 17            (Video paused.)

12:13:30 18        **BY MS. REDDY:**

12:13:30 19        **Q.**   Do you recognize this officer in this

12:13:33 20  video?

12:13:33 21        **A.**   It appears to be Officer Scheu.

12:13:36 22        **Q.**   This one right here.  Okay.

12:13:38 23        Now, does this refresh your recollection:

| 12:13:41 | 1 | Had you arrived on the scene at this point? |
|---|---|---|
| 12:13:46 | 2 | **A.**   It doesn't appear so. |
| 12:13:46 | 3 | (Video played.) |
| 12:15:02 | 4 | (Video paused.) |
| 12:15:02 | 5 | **BY MS. REDDY:** |
| 12:15:03 | 6 | **Q.**   Is this still Officer Scheu here as |
| 12:15:06 | 7 | depicted in the video? |
| 12:15:08 | 8 | **A.**   It appears to be. |
| 12:15:08 | 9 | (Video played.) |
| 12:15:28 | 10 | (Video paused.) |
| 12:15:28 | 11 | **BY MS. REDDY:** |
| 12:15:33 | 12 | **Q.**   Do you know who this is who appears in |
| 12:15:35 | 13 | the video now? |
| 12:15:36 | 14 | **A.**   It appears to be Officer Hanover. |
| 12:15:40 | 15 | **Q.**   And did you arrive at the scene with |
| 12:15:42 | 16 | Officer Hanover? |
| 12:15:43 | 17 | **A.**   Yes. |
| 12:15:44 | 18 | **Q.**   Okay.  So is it accurate to say that as |
| 12:15:48 | 19 | depicted in this video at 7 minutes 28 seconds, |
| 12:15:52 | 20 | maybe a few seconds or minutes prior to this, you |
| 12:15:55 | 21 | arrived at the scene? |
| 12:15:57 | 22 | **A.**   Around that time, yes. |
| 12:15:59 | 23 | **Q.**   Did you both exit the vehicle at the |

*Peter Massicci - Ms. Reddy - 01/30/2024*

63

| | | |
|---|---|---|
| 12:16:05 | 1 | same time at your arrival at the scene? |
| 12:16:06 | 2 | A.    I don't know. |
| 12:16:08 | 3 | Q.    But you came in the same vehicle; is |
| 12:16:10 | 4 | that correct? |
| 12:16:11 | 5 | A.    Yes. |
| 12:16:11 | 6 | (Video played.) |
| 12:16:11 | 7 | (Video paused.) |
| 12:16:29 | 8 | **BY MS. REDDY:** |
| 12:16:29 | 9 | Q.    Do you recognize who -- who this |
| 12:16:31 | 10 | officer is in the back? |
| 12:16:33 | 11 | A.    I can't tell. |
| 12:16:36 | 12 | Q.    If you see yourself, please let me |
| 12:16:38 | 13 | know.  I'm sure you'd be the first to recognize |
| 12:16:41 | 14 | yourself. |
| 12:16:41 | 15 | (Video played.) |
| 12:17:30 | 16 | (Video paused.) |
| 12:17:30 | 17 | **BY MS. REDDY:** |
| 12:17:31 | 18 | Q.    Do you recognize this officer? |
| 12:17:34 | 19 | A.    Yes.  Believe this is Officer Moffett. |
| 12:17:40 | 20 | Q.    Moffett?  Okay.  Do you recognize any |
| 12:17:42 | 21 | of these officers in the back? |
| 12:17:43 | 22 | A.    No. |
| 12:17:43 | 23 | (Video played.) |

12:18:08  1                (Video paused.)

12:18:08  2          **BY MS. REDDY:**

12:18:09  3          **Q.**   Do you know who this is right here

12:18:17  4  approaching?

12:18:17  5          **A.**   No, I do not.

12:18:45  6          **Q.**   Did you wear a mask on that day?

12:18:50  7          **A.**   I don't know who that is, and I don't

12:18:52  8  recall if I wore a mask or not.

12:18:54  9          **Q.**   Okay.

12:18:54 10                (Video played.)

12:20:04 11                (Video paused.)

12:20:04 12          **BY MS. REDDY:**

12:20:06 13          **Q.**   Do you see yourself anywhere in this

12:20:09 14  scene?

12:20:09 15          **A.**   No, not that I can tell for sure.

12:20:13 16          **Q.**   Okay.

12:20:13 17                (Video played.)

12:21:03 18                (Video paused.)

12:21:03 19          **BY MS. REDDY:**

12:21:03 20          **Q.**   Have you seen yourself in any of these

12:21:07 21  shots?

12:21:07 22          **A.**   No, not that I can tell for sure.

12:21:10 23          **Q.**   Do you recall observing the events that

12:21:12  1    are depicted in this scene?

12:21:14  2            A.    This refreshed my recollection, yeah.

12:21:17  3            Q.    Okay.  Do you know what's happening in

12:21:22  4    this scene right now, what's going on?

12:21:27  5            A.    No, I don't.

12:21:27  6            Q.    And as you watch this video today, can

12:21:30  7    you indicate to us what these officers are doing?

12:21:43  8            MR. DUDDY:  Objection, asked and answered.

12:21:47  9            BY MS. REDDY:

12:21:47 10            Q.    Are they searching for something in

12:21:49 11    this video?

12:21:51 12            MR. DUDDY:  Objection.

12:21:51 13            BY MS. REDDY:

12:21:53 14            Q.    I mean, are they -- are they searching

12:21:55 15    for something as depicted in the actions on the

12:21:58 16    video by the Buffalo police officers?

12:22:03 17            A.    It -- it appears so.

12:22:07 18            Q.    Can you explain to us what is the

12:22:08 19    protocol of searching during the stop or arrest of

12:22:13 20    a civilian?

12:22:17 21            A.    When a search is conducted, you're

12:22:21 22    attempting to locate weapons and/or illegal

12:22:26 23    substances.  That's the general gist of it.

12:22:36  1         **Q.**    Okay.  And so in the scenes that we've

12:22:38  2  watched so far as depicted in this Exhibit, it

12:22:42  3  looks to me like they've searched Mr. Suttles on

12:22:45  4  his body; is that correct?

12:22:48  5         **MR. DUDDY:**  Objection, asked and answered.

12:22:53  6         **THE WITNESS:**  It appears as if they're

12:22:56  7  searching him, yes.

12:22:57  8         **BY MS. REDDY:**

12:22:57  9         **Q.**    Okay.  And what is required that would

12:23:05  10  allow such a search by a Buffalo police officer?

12:23:11  11         **A.**    That the Defendant is under arrest.

12:23:20  12         **Q.**    And what type of search is allowed

12:23:22  13  after a Defendant is under arrest?

12:23:30  14         **A.**    You're allowed to search their person.

12:23:38  15         **Q.**    Is that it?

12:23:46  16         **A.**    Are you -- are you asking me if -- I

12:23:49  17  mean, in regards to what?

12:23:53  18         **Q.**    Well, you said person.  I just said is

12:23:55  19  that it.

12:23:58  20         **A.**    You're allowed to search more than just

12:24:02  21  their person, but I thought we were talking about

12:24:04  22  the Defendant, or the Plaintiff here.

12:24:10  23         **Q.**    Right.  Mr. Suttles.  Yes.  You

*Peter Massicci - Ms. Reddy - 01/30/2024*

67

12:24:12  1  indicated that on arrest, a civilian such as

12:24:15  2  Mr. Suttles as depicted in this video can be

12:24:17  3  searched on his person, and I was asking if

12:24:20  4  anything else is allowed.

12:24:21  5      A.    Yeah, you're allowed to search the area

12:24:27  6  that he was in.  You're allowed to search -- if he

12:24:29  7  was in a vehicle, you're allowed to search the

12:24:32  8  vehicle.

12:24:40  9      Q.    And is that search allowed for all

12:24:45  10 arrests?

12:24:50  11     A.    It's dependent on the scenario

12:24:53  12 surrounding the arrest.

12:25:06  13     Q.    Do you know what Mr. Suttles was

12:25:07  14 arrested for on May 10th, 2020?

12:25:10  15     A.    No.

12:25:10  16         (Video played.)

12:25:47  17         (Video paused.)

12:25:47  18     **BY MS. REDDY:**

12:25:48  19     Q.    Do you know who these officers are back

12:25:51  20 here?

12:25:52  21     A.    No.

12:25:55  22     Q.    I can zoom in.  Do you recognize them

12:25:58  23 now?

12:25:59  1          A.    I mean, it's too grainy.

12:26:02  2          Q.    Your earlier testimony was that this is

12:26:04  3    Officer Moffett; is that correct?

12:26:06  4          A.    Yes.

12:26:06  5          Q.    What's his first name?

12:26:10  6          A.    I don't know.

12:26:13  7          Q.    Are these all C district officers, to

12:26:16  8    your knowledge?

12:26:18  9          A.    I don't know.

12:26:21 10          Q.    Now, is it customary that this many

12:26:24 11    officers respond to a call?

12:26:29 12          **MR. DUDDY:**  Objection, calls for

12:26:30 13    speculation.

12:26:35 14          **BY MS. REDDY:**

12:26:36 15          Q.    You can still answer, because I'm

12:26:38 16    asking about custom and/or policy.

12:26:41 17          A.    When an officer requests help, any

12:26:44 18    amount of officers are able to go.

12:26:49 19          Q.    Okay.

12:26:49 20             (Video played.)

12:27:41 21             (Video paused.)

12:27:41 22          **BY MS. REDDY:**

12:27:42 23          Q.    So when you search a civilian upon

12:27:44  1  arrest -- you indicated that an allowable search of

12:27:48  2  the person happens upon arrest -- how extensive of

12:27:54  3  a search does that include in terms of the

12:27:57  4  civilian's private areas, including their butt?

12:27:59  5          A.    I don't know.  I'd have to review the

12:28:03  6  policy.

12:28:05  7          Q.    Is that explicitly written in the

12:28:09  8  policy?

12:28:10  9          A.    I'm not sure.

12:28:23 10          Q.    Okay.

12:28:23 11          MS. REDDY:  I'm going to play the video.

12:28:23 12              (Video played.)

12:29:21 13              (Video paused.)

12:29:21 14          BY MS. REDDY:

12:29:22 15          Q.    So at this point is she under arrest as

12:29:24 16  depicted in this video?

12:29:28 17          MR. DUDDY:  I'm going to object.

12:29:31 18          MS. REDDY:  Yeah, as long as it's not a

12:29:34 19  speaking objection, you can put your objection on

12:29:36 20  the record.

12:29:36 21          MR. DUDDY:  Thanks.

12:29:37 22          BY MS. REDDY:

12:29:37 23          Q.    Officer, is this -- is this civilian

12:29:39  1  who's approached in this video under arrest at this

12:29:42  2  time?

12:29:45  3       **A.**  It does not appear so.

12:29:48  4       **Q.**  Thank you.

12:29:48  5            (Video played.)

12:29:57  6            (Video paused.)

12:29:57  7       **BY MS. REDDY:**

12:29:57  8       **Q.**  And what we're seeing right now, is

12:29:59  9  this a search of a civilian's body, or person as

12:30:02 10  you testified earlier as the word of choice?

12:30:06 11       **A.**  Yes.  If I recall correctly, she was

12:30:09 12  with the Plaintiff.

12:30:09 13            (Video played.)

12:30:31 14            (Video paused.)

12:30:31 15       **BY MS. REDDY:**

12:30:31 16       **Q.**  Do you know who this is right here,

12:30:34 17  this woman officer who just walked by?

12:30:38 18       **A.**  It appears to be Lieutenant Tripp.

12:30:38 19            (Video played.)

12:31:11 20            (Video paused.)

12:31:11 21       **BY MS. REDDY:**

12:31:12 22       **Q.**  I'm going to go back a second.

12:31:12 23       **A.**  Yeah, I don't know.  That could have

*Peter Massicci - Ms. Reddy - 01/30/2024*

| | | |
|---|---|---|
| 12:31:12 | 1 | been me. |
| 12:31:12 | 2 | (Video played.) |
| 12:31:12 | 3 | (Video paused.) |
| 12:31:41 | 4 | **THE WITNESS:** I'm not sure. |
| 12:31:53 | 5 | **MS. REDDY:** I'm just going back a little bit |
| 12:31:57 | 6 | in the video. |
| 12:31:57 | 7 | (Video played.) |
| 12:32:58 | 8 | (Video paused.) |
| 12:32:58 | 9 | **BY MS. REDDY:** |
| 12:32:58 | 10 | **Q.** That's still Hanover, right? |
| 12:33:02 | 11 | **A.** I can't really tell, but -- |
| 12:33:02 | 12 | (Video played.) |
| 12:33:11 | 13 | (Video paused.) |
| 12:33:11 | 14 | **BY MS. REDDY:** |
| 12:33:11 | 15 | **Q.** That's your partner, right? |
| 12:33:14 | 16 | **A.** It appears to be. |
| 12:33:14 | 17 | (Video played.) |
| 12:33:28 | 18 | (Video paused.) |
| 12:33:28 | 19 | **BY MS. REDDY:** |
| 12:33:28 | 20 | **Q.** Did you leave the scene with Officer |
| 12:33:31 | 21 | Hanover? Together? |
| 12:33:34 | 22 | **A.** I don't recall. |
| 12:33:34 | 23 | (Video played.) |

12:33:57  1          **THE WITNESS:**  That appears to be me.

12:34:03  2          **MS. REDDY:**  Yeah, okay.

12:34:03  3              (Video paused.)

12:34:03  4          **BY MS. REDDY:**

12:34:17  5          **Q.**    This right here, right?  This

12:34:19  6  individual by the car?

12:34:20  7          **A.**    Was that the same thing we just looked

12:34:22  8  at?

12:34:23  9          **Q.**    Yeah.  I just rewinded it a little bit.

12:34:28 10          **A.**    I -- yeah, that appears to be me.

12:34:31 11          **Q.**    Okay.  So I'm just going to -- oh.  Oh,

12:34:43 12  gosh.

12:34:43 13          **MS. REDDY:**  Okay.  I'm going to find that

12:34:46 14  scene really quick.

12:34:46 15              (Video played.)

12:35:21 16              (Video paused.)

12:35:21 17          **MS. REDDY:**  So I'm going to represent for the

12:35:25 18  record that in this Exhibit, Plaintiff's Exhibit 1,

12:35:29 19  which is a video of body cam footage from May 10th,

12:35:33 20  2020, the witness has testified to seeing himself

12:35:35 21  at approximately 14 minutes and 46 seconds into the

12:35:38 22  video.

12:35:38 23          **BY MS. REDDY:**

*Peter Massicci - Ms. Reddy - 01/30/2024*

12:35:40  1        Q.    Is that correct, Officer?

12:35:41  2        A.    Yes.

12:35:42  3        Q.    And I know we've looked earlier through

12:35:44  4    the footage, and this is the first clear image of

12:35:47  5    you, and I'm going to play it from this point.

12:35:47  6              (Video played.)

12:37:25  7              (Video paused.)

12:37:25  8        BY MS. REDDY:

12:37:25  9        Q.    Does this refresh your recollection as

12:37:26 10    to any of the actions you undertook on May 10th,

12:37:31 11    2020, when you arrived at the scene?

12:37:33 12        A.    It refreshes my recollection a little

12:37:35 13    bit, yeah.

12:37:36 14        Q.    Okay.  And what did you -- what do you

12:37:39 15    observe that you conducted at the scene?

12:37:42 16        A.    I appear to have canvassed the

12:37:47 17    immediate area for anything illegal.

12:38:04 18        Q.    Did you find anything?

12:38:08 19        A.    I don't recall.

12:38:08 20              (Video played.)

12:39:16 21              (Video paused.)

12:39:16 22        BY MS. REDDY:

12:39:17 23        Q.    Did you observe any injuries on

12:39:18  1  Mr. Suttles on May 10th, 2020?

12:39:21  2         **A.**   I don't recall.

12:39:24  3         **Q.**   As you sit here today watching this

12:39:26  4  video, do you observe any injuries on him?

12:39:31  5         **A.**   I haven't seen any, no.

12:39:31  6              (Video played.)

12:39:31  7              (Video paused.)

12:40:11  8         **MS. REDDY:**  Just going back in the video a

12:40:13  9  little bit.  There was an image of Mr. Suttles.

12:40:13 10              (Video played.)

12:41:11 11              (Video paused.)

12:41:11 12         **MS. REDDY:**  Thanks for bearing with me.  I'm

12:41:15 13  trying to find a very specific scene.

12:41:15 14              (Video played.)

12:42:09 15              (Video paused.)

12:42:09 16         **BY MS. REDDY:**

12:42:09 17         **Q.**   Here you can see his eye, the right

12:42:12 18  side of his eye.  I'm looking for a better image to

12:42:14 19  show you, but did you observe the right side of his

12:42:17 20  eye on May 10th, 2020?

12:42:19 21         **A.**   I don't recall.

12:42:19 22         **Q.**   As you sit here today, are you able to

12:42:21 23  see the right side of his eye?

*Peter Massicci - Ms. Reddy - 01/30/2024*

75

12:42:24  1      **A.**    No.

12:42:26  2      **Q.**    Or -- his right eye.

12:42:26  3          (Video played.)

12:44:33  4          (Video paused.)

12:44:33  5      **BY MS. REDDY:**

12:44:34  6      **Q.**    So you testified earlier that you did a

12:44:38  7  search of the -- think the words you used was the

12:44:44  8  scene.  Do you recall anything else that you did on

12:44:46  9  that day?

12:44:48 10      **A.**    No.

12:44:58 11      **Q.**    Okay.  I'm going to stop sharing just

12:45:01 12  for one second.  I'm just going to review

12:45:12 13  something.  Okay, here it is.

12:45:40 14          Okay.  Thanks for your patience.  I found

12:45:43 15  the portion of the video that I want to play for

12:45:45 16  you.  It starts at the 8-minute mark.

12:45:48 17          And I'm going to represent to you that your

12:45:50 18  partner Hanover is present on the scene at that

12:45:53 19  time that you testified earlier that you both

12:45:54 20  arrived at the scene together.

12:45:57 21      **MS. REDDY:**  I'm going to play this video

12:46:00 22  that's Plaintiff Exhibit 1.

12:46:00 23          (Video played.)

*Peter Massicci - Ms. Reddy - 01/30/2024*

76

12:47:27  1          (Video paused.)

12:47:27  2       **BY MS. REDDY:**

12:47:28  3       **Q.**   Did you hear Mr. Suttles complaining

12:47:30  4  about his eye injury?

12:47:32  5       **A.**   I heard him make mention of his eye,

12:47:35  6  yeah.

12:47:36  7       **Q.**   Did you hear him make mention of his

12:47:39  8  arm injury?

12:47:41  9       **A.**   Yes.

12:47:43 10       **Q.**   To your knowledge, did any officer

12:47:46 11  attend to his injury?

12:47:48 12       **MR. DUDDY:**   Can we clarify whether Officer

12:47:54 13  Massicci is testifying about what exists in what

12:47:59 14  we've watched or on that day?

12:48:01 15       **MS. REDDY:**   It appears he's testifying to

12:48:03 16  what he watched, but I'm asking him to your

12:48:05 17  knowledge, did any police officers at the scene

12:48:07 18  attend to Mr. Suttles' injuries to his eye or his

12:48:11 19  arm that he complained about.

12:48:12 20       **THE WITNESS:**   I don't recall.

12:48:21 21       **BY MS. REDDY:**

12:48:22 22       **Q.**   Now, I heard on the video Mr. Suttles

12:48:26 23  complaining that his arm was broken, and then I

12:48:29  1  heard the person you identified as your partner,

12:48:31  2  Officer Hanover, state that it wasn't broken.

12:48:35  3      When a civilian makes a complaint about an

12:48:37  4  injury at the scene --

12:48:42  5      **A.**   Hold on a second, sorry.   There was

12:48:45  6  a --

12:48:45  7      **Q.**   Oh.

12:48:46  8      **A.**   Something behind us was just loud.   I

12:48:48  9  couldn't hear it.

12:48:49  10      **Q.**   Oh, okay.   That's okay.   Thank you.   I

12:48:55  11  was just --

12:48:56  12      **MS. REDDY:**   Actually, Lori, can you read

12:48:58  13  that back wherever I stopped?

12:49:01  14      (The record was read as requested.)

12:49:26  15      **BY MS. REDDY:**

12:49:28  16      **Q.**   Okay.   Thank you.

12:49:30  17      What is the responsibility of any observing

12:49:32  18  police officer?

12:49:32  19      **A.**   I don't know.   It's the responsibility

12:49:43  20  of the officers that are in custody -- or have the

12:49:46  21  custody of the individual.   You have to ask them.

12:49:58  22      **Q.**   Okay.   Maybe I phrased that vaguely.

12:50:02  23      What does the policy mandate that a police

12:50:06  1  officer at the scene do when a civilian complains

12:50:10  2  about an injury occurring during arrest?

12:50:15  3        **A.**    I'm not sure.

12:50:23  4        **Q.**    Okay.

12:50:39  5        **MS. REDDY:**  I'm just going to scroll ahead

12:50:41  6  just to another part I want to show you.

12:50:41  7             (Video played.)

12:51:22  8             (Video paused.)

12:51:22  9        **BY MS. REDDY:**

12:51:24  10       **Q.**    Officer, are you able to observe a

12:51:26  11  visible injury to Mr. Suttles' right eye as

12:51:30  12  depicted in the Plaintiff Exhibit 1 video beginning

12:51:35  13  at the 14:34 mark?

12:51:39  14       **A.**    There appears to be some swelling.

12:51:39  15             (Video played.)

12:51:53  16             (Video paused.)

12:51:53  17       **MS. REDDY:**  I'm going to play another portion

12:51:55  18  of the same Exhibit and ask you the same question.

12:51:55  19             (Video played.)

12:52:05  20             (Video paused.)

12:52:05  21       **MS. REDDY:**  I'm just pausing so I can zoom

12:52:14  22  in.

12:52:14  23             (Video played.)

*Peter Massicci - Ms. Reddy - 01/30/2024*

79

12:52:36  1              (Video paused.)

12:52:36  2         **BY MS. REDDY:**

12:52:36  3         **Q.**   Okay.  Same question, Officer, as

12:52:46  4    depicted in Plaintiff Exhibit 1 beginning at the

12:52:49  5    16-minute mark:

12:52:50  6         Are you able to observe a visible injury to

12:52:53  7    Mr. Suttles' eye?

12:52:55  8         **A.**   There appears to be some swelling.

12:53:11  9         **Q.**   Did you take any actions on May 10th,

12:53:16 10    2020, with respect to the injuries that Mr. Suttles

12:53:19 11    had visible at the scene?

12:53:22 12         **A.**   I don't recall.

12:53:35 13         **Q.**   Okay.

12:53:35 14         **MS. REDDY:**  I'm just going to take a break

12:53:37 15    to check my notes to see if I have anything else

12:53:40 16    for you, Officer.  Thank you.

12:53:42 17              (A recess was then taken at 12:53 p.m.)

12:59:04 18         **MS. REDDY:**  Mr. Duddy, I don't have any more

12:59:06 19    questions.

12:59:08 20         **MR. DUDDY:**  Okay.

12:59:08 21         **MS. REDDY:**  Thank you for your time,

12:59:12 22    Officer.

13:03:13 23              (Deposition concluded at 1:03:13 p.m.)

80

```
 1        I hereby CERTIFY that I have read the
 2   foregoing 79 pages, and that except as to those
 3   changes (if any) as set forth in an attached errata
 4   sheet, they are a true and accurate transcript of
 5   the testimony given by me in the above entitled
 6   action on January 30, 2024.
 7
 8
 9                          ------------------------
                            PETER MASSICCI
10
11   Sworn to before me this
12
13   -------- day of  ---------, 20__.
14
15   -------------------------
16   NOTARY PUBLIC.
17
18
19
20
21
22
23
```

81

```
 1  STATE OF NEW YORK )

 2                        ss:

 3  COUNTY OF ERIE     )

 4

 5        I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18                        _____
                           LORI K. BECK,
19                         CSR, CM,
20                         Notary Public.

21

22

23
```

82

1                          INDEX TO WITNESSES

2    Witness                  Examination              Page

3      PETER MASSICCI       BY MS. REDDY                 3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

**1**

**1** [9] - 26:20, 27:9, 32:10, 41:7, 60:20, 72:18, 75:22, 78:12, 79:4
**1-21-CV-00897** [1] - 1:8
**10** [1] - 36:5
**10:14** [1] - 1:20
**10:20** [1] - 9:4
**10:23** [2] - 9:5, 9:19
**10:24** [1] - 9:20
**10:49** [1] - 25:21
**10th** [21] - 24:23, 25:11, 26:7, 28:2, 30:1, 32:13, 32:20, 35:3, 36:12, 36:15, 37:19, 38:18, 42:18, 60:5, 60:11, 67:14, 72:19, 73:10, 74:1, 74:20, 79:9
**1100** [2] - 1:16, 2:7
**11:05** [1] - 25:23
**11:12** [2] - 31:11, 31:12
**11:14** [1] - 32:5
**11:20** [1] - 32:7
**11:23** [1] - 34:17
**11:24** [1] - 34:18
**11:53** [1] - 58:2
**12:06** [1] - 58:3
**12:53** [1] - 79:17
**14** [1] - 72:21
**14202** [1] - 2:8
**14209** [1] - 2:2
**14220** [1] - 3:12
**14:34** [1] - 78:13
**15** [1] - 59:4
**16-minute** [1] - 79:5
**18** [1] - 5:8
**1:03:13** [1] - 79:23
**1:30** [1] - 6:17

**2**

**2** [7] - 26:20, 39:6, 40:23, 58:7, 58:13, 59:9, 60:1
**2000** [1] - 5:20
**2009** [3] - 7:16, 7:22, 8:1
**2013** [2] - 10:15, 10:20
**2017** [3] - 5:3, 5:23, 7:3
**2020** [32] - 7:1, 12:6, 12:12, 14:19, 15:2, 15:5, 15:19, 22:19, 23:17, 24:4, 24:23,

25:11, 26:7, 28:2, 30:1, 32:13, 32:20, 35:3, 36:5, 36:12, 36:15, 37:19, 38:18, 42:18, 60:5, 60:11, 67:14, 72:20, 73:11, 74:1, 74:20, 79:10
**2024** [2] - 1:19, 80:6
**20___** [1] - 80:13
**20th** [2] - 5:3, 5:23
**28** [1] - 62:19

**3**

**3** [3] - 29:14, 32:12, 82:3
**30** [2] - 1:19, 80:6
**3:30** [1] - 6:17

**4**

**455** [1] - 2:2
**46** [1] - 72:21

**5**

**5** [2] - 28:10, 29:12

**6**

**65** [2] - 1:16, 2:7
**68** [1] - 3:11

**7**

**7** [1] - 62:19
**716** [2] - 2:3, 2:8
**725-0139** [1] - 2:3
**79** [1] - 80:2

**8**

**8-minute** [1] - 75:16
**851-4334** [1] - 2:8

**A**

**a.m** [14] - 1:20, 9:4, 9:5, 9:19, 9:20, 25:21, 25:23, 31:11, 31:12, 32:5, 32:7, 34:17, 34:18, 58:2
**able** [7] - 24:2, 61:4, 61:6, 68:18, 74:22, 78:10, 79:6
**access** [1] - 19:22
**accurate** [6] - 43:12, 43:15, 59:5, 59:9, 62:18, 80:4
**action** [4] - 44:7, 80:6, 81:12, 81:15

**actions** [5] - 43:22, 52:23, 65:15, 73:10, 79:9
**adhere** [1] - 55:7
**aduddy@buffalony .gov** [1] - 2:9
**Affairs** [1] - 39:15
**afternoon** [4] - 6:9, 6:10, 6:16, 14:17
**afternoons** [1] - 6:14
**ago** [4] - 26:9, 30:18, 34:22, 54:10
**ahead** [2] - 23:6, 78:5
**air** [1] - 18:6
**allegations** [1] - 3:23
**allow** [3] - 18:22, 25:20, 66:10
**allowable** [2] - 55:11, 69:1
**allowed** [4] - 55:14, 66:12, 66:14, 66:20, 67:4, 67:5, 67:6, 67:7, 67:9
**allows** [1] - 15:17
**Ammerman** [12] - 18:8, 22:14, 22:20, 23:4, 23:11, 23:17, 24:3, 24:8, 26:10, 42:5, 42:13, 42:16
**amount** [1] - 68:18
**answer** [18] - 4:8, 4:11, 4:16, 4:19, 7:20, 8:4, 13:1, 16:6, 21:13, 31:2, 31:14, 33:4, 33:8, 34:13, 52:4, 52:11, 56:6, 68:15
**answered** [12] - 14:10, 30:21, 31:1, 33:2, 43:13, 46:11, 50:12, 51:4, 52:1, 52:6, 65:8, 66:5
**answering** [5] - 8:18, 9:12, 34:6, 34:11, 44:22
**answers** [1] - 4:10
**ANTHONY** [1] - 2:6
**anyway** [1] - 40:9
**appear** [5] - 45:17, 59:22, 62:2, 70:3, 73:16
**APPEARANCES** [1] - 2:1
**Appearing** [2] - 2:4, 2:9
**appearing** [1] - 22:6
**approached** [1] - 70:1
**approaching** [1] - 64:4

**area** [2] - 67:5, 73:17
**areas** [1] - 69:4
**arm** [3] - 76:8, 76:19, 76:23
**arrest** [26] - 24:19, 24:23, 27:20, 28:2, 29:20, 30:1, 32:17, 32:19, 36:1, 36:5, 36:10, 36:12, 36:16, 36:18, 53:1, 56:10, 65:19, 66:11, 66:13, 67:1, 67:12, 69:1, 69:2, 69:15, 70:1, 78:2
**arrested** [6] - 17:20, 17:22, 24:16, 25:2, 25:3, 67:14
**arresting** [2] - 27:22, 28:4
**Arresting/Booking** [1] - 27:10
**arrests** [1] - 67:10
**arrival** [5] - 21:19, 26:14, 45:20, 60:5, 63:1
**arrive** [2] - 21:22, 62:15
**arrived** [8] - 21:3, 22:8, 26:10, 30:3, 62:1, 62:21, 73:11, 75:20
**arrives** [1] - 44:10
**arriving** [1] - 20:20
**aspect** [1] - 54:12
**assigned** [1] - 16:2
**assignment** [3] - 15:21, 15:23, 16:1
**assist** [3] - 21:7, 21:15, 29:23
**assistance** [10] - 18:4, 18:20, 19:2, 19:5, 19:10, 21:18, 22:9, 24:1, 24:7, 36:3
**Assistant** [1] - 2:6
**assisted** [3] - 24:8, 29:19, 32:16
**Assisting** [2] - 29:14, 32:12
**assisting** [1] - 30:4
**attached** [1] - 80:3
**attempting** [1] - 65:22
**attend** [3] - 76:11, 76:18, 81:6
**attendance** [3] - 13:15, 13:17, 14:1
**attorney** [2] - 3:18, 4:17
**audio** [1] - 28:18
**Avenue** [1] - 2:2

**aware** [9] - 16:10, 16:20, 17:2, 17:11, 36:11, 36:14, 36:17, 38:16, 38:20
**axon_body_2_ video_2020-05-10_ 1815** [1] - 61:9

**B**

**B1** [1] - 41:19
**background** [2] - 11:19, 28:18
**basic** [1] - 9:16
**bear** [1] - 60:14
**bearing** [1] - 74:12
**beat** [1] - 48:18
**became** [1] - 6:1
**BECK** [2] - 1:20, 81:19
**Beck** [1] - 4:9
**become** [5] - 5:17, 11:7, 11:12, 11:16, 52:16
**begin** [1] - 4:8
**beginning** [2] - 78:12, 79:4
**begins** [1] - 59:15
**behalf** [1] - 38:21
**behind** [3] - 9:10, 9:11, 77:8
**better** [2] - 29:13, 74:18
**bit** [7] - 48:18, 49:19, 60:15, 71:5, 72:9, 73:13, 74:9
**blue** [2] - 37:4, 48:3
**body** [8] - 19:9, 19:12, 25:6, 25:8, 61:10, 66:4, 70:9, 72:19
**Booking** [1] - 27:14
**brandishing** [1] - 37:16
**break** [9] - 4:20, 25:19, 26:3, 49:19, 52:11, 57:18, 57:21, 79:14
**brings** [2] - 17:6, 27:11
**broken** [2] - 76:23, 77:2
**brought** [3] - 16:19, 16:22, 17:1
**BUFFALO** [1] - 1:9
**Buffalo** [43] - 1:15, 1:17, 2:2, 2:8, 3:11, 3:20, 4:1, 5:2, 7:5, 8:7, 10:10, 10:12, 15:22, 16:2, 16:11,

16:18, 17:10, 19:16, 27:6, 27:13, 37:1, 39:12, 39:14, 40:20, 47:11, 47:22, 49:3, 50:3, 50:7, 50:19, 51:1, 52:15, 53:20, 55:6, 55:8, 57:2, 57:11, 60:9, 60:18, 61:11, 65:16, 66:10
**Bureau** [1] - 27:14
**butt** [1] - 69:4
**BY** [74] - 3:16, 8:3, 9:23, 13:5, 14:11, 18:12, 21:17, 23:9, 26:1, 26:21, 29:10, 30:22, 31:3, 32:8, 32:22, 33:3, 33:11, 34:2, 34:19, 39:2, 40:18, 43:14, 45:12, 46:12, 47:8, 49:7, 50:1, 50:20, 51:7, 51:16, 52:14, 53:3, 53:13, 54:3, 55:4, 55:18, 56:22, 57:9, 58:4, 61:3, 61:18, 62:5, 62:11, 63:8, 63:17, 64:2, 64:12, 64:19, 65:9, 65:13, 66:8, 67:18, 68:14, 68:22, 69:14, 69:22, 70:7, 70:15, 70:21, 71:9, 71:14, 71:19, 72:4, 72:23, 73:8, 73:22, 74:16, 75:5, 76:2, 76:21, 77:15, 78:9, 79:2, 82:3

## C

**cam** [4] - 25:6, 25:8, 61:10, 72:19
**canvassed** [1] - 73:16
**capacity** [1] - 41:4
**car** [2] - 15:15, 72:6
**Case** [1] - 1:8, 27:14, 39:15, 41:22
**case** [15] - 3:20, 16:18, 20:4, 27:6, 27:18, 30:7, 32:14, 35:7, 39:13, 41:12, 42:2, 58:10, 58:17, 58:22, 61:12
**causing** [1] - 43:22
**CAVETTE** [1] - 2:5
**Central** [1] - 27:13
**certain** [1] - 38:10
**CERTIFY** [2] - 80:1, 81:5
**chain** [1] - 37:9

**CHAMBERS** [1] - 2:5
**changes** [1] - 80:3
**check** [4] - 13:14, 13:17, 13:23, 79:15
**choice** [1] - 70:10
**chronological** [1] - 7:12
**CITY** [1] - 1:9
**City** [26] - 1:16, 2:7, 3:19, 4:1, 5:2, 16:18, 17:10, 19:16, 27:5, 27:13, 37:1, 39:12, 39:14, 40:20, 47:11, 47:22, 49:3, 50:3, 51:1, 53:20, 55:6, 55:8, 57:11, 60:9, 60:17, 61:10
**civil** [1] - 4:5
**Civil** [1] - 1:18
**civilian** [30] - 42:6, 42:14, 42:22, 43:6, 43:11, 43:18, 44:11, 44:19, 45:18, 46:17, 47:2, 47:16, 48:6, 49:14, 50:5, 50:9, 51:3, 51:21, 51:23, 56:2, 56:10, 56:12, 56:16, 57:14, 65:20, 67:1, 68:23, 69:23, 77:3, 78:1
**civilian's** [2] - 69:4, 70:9
**civilians** [1] - 55:22
**clarify** [5] - 18:13, 21:12, 46:8, 46:13, 76:12
**clarifying** [2] - 57:5, 57:6
**clear** [1] - 73:4
**client** [3] - 25:18, 28:13, 28:20
**CM** [2] - 1:20, 81:19
**coach** [1] - 31:19
**coaching** [1] - 34:12
**collected** [1] - 33:22
**college** [1] - 10:8, 10:9, 10:21
**comfortable** [4] - 7:18, 9:8, 9:12, 53:10
**coming** [1] - 21:5
**command** [1] - 37:10
**commencing** [1] - 1:19
**communicate** [1] - 18:22
**communicated** [1] - 19:1
**communication** [1] - 18:21
**community** [1] - 11:9

**complained** [2] - 49:15, 76:19
**complaining** [6] - 44:11, 44:20, 45:19, 48:7, 76:3, 76:23
**complains** [1] - 78:1
**Complaint** [1] - 3:23
**complaint** [1] - 77:3
**compound** [1] - 49:18
**concluded** [1] - 79:23
**conclusion** [1] - 55:13
**condition** [2] - 25:14, 25:16
**conduct** [1] - 49:12
**conducted** [2] - 65:21, 73:15
**confirm** [3] - 28:1, 58:6, 58:21
**confirmed** [2] - 3:13, 58:9
**confusion** [1] - 55:20
**connecting** [1] - 1:18
**considered** [1] - 41:11
**continuously** [1] - 31:20
**convoluted** [2] - 48:17, 54:7
**Corporation** [3] - 1:16, 2:6, 39:13
**correct** [10] - 26:11, 29:15, 54:12, 58:11, 60:6, 60:7, 63:4, 66:4, 68:3, 73:1
**correctly** [2] - 4:10, 12:10, 70:11
**cough** [1] - 29:3
**counsel** [2] - 40:1, 40:12
**Counsel** [3] - 1:16, 2:6, 39:13
**COUNTY** [1] - 81:3
**course** [7] - 23:21, 27:7, 36:18, 40:21, 48:4, 57:11, 61:11
**Court** [1] - 3:11
**COURT** [1] - 1:4
**court** [3] - 4:9, 4:18, 12:9
**courtroom** [1] - 20:3
**create** [1] - 35:11
**CSR** [2] - 1:20, 81:19
**current** [2] - 6:4, 11:20
**custody** [2] - 77:20, 77:21
**custom** [1] - 68:16

**customary** [1] - 68:10

## D

**daily** [1] - 6:18
**date** [4] - 5:1, 5:19, 5:21, 17:2
**days** [1] - 6:20
**decide** [1] - 11:7
**deem** [1] - 55:15
**deemed** [1] - 54:21
**Defendant** [1] - 1:10, 2:9, 21:9, 27:9, 39:6, 40:23, 44:7, 60:1, 66:11, 66:13, 66:22
**Defense** [2] - 26:19, 58:7
**degree** [2] - 10:16, 10:18
**Department** [7] - 15:22, 27:13, 39:14, 47:23, 49:3, 50:3, 50:19
**Department's** [1] - 50:7
**dependent** [1] - 67:11
**depicted** [9] - 62:7, 62:19, 65:1, 65:15, 66:2, 67:2, 69:16, 78:12, 79:4
**deponent** [1] - 81:13
**DEPOSITION** [1] - 1:1
**Deposition** [1] - 79:23
**deposition** [12] - 1:14, 4:3, 16:19, 16:20, 16:23, 17:9, 27:8, 40:22, 60:21, 81:7, 81:9, 81:11
**depositions** [1] - 31:21
**described** [1] - 25:12
**description** [2] - 13:3, 13:19
**designate** [1] - 16:4
**despite** [1] - 26:3
**detectives** [1] - 27:20
**determination** [3] - 44:4, 54:20, 55:9
**determined** [1] - 55:16
**devices** [1] - 18:21
**dictate** [4] - 45:22, 46:2, 46:10
**dictates** [1] - 49:12

**different** [5] - 49:20, 51:9, 52:7, 52:9, 60:10
**diploma** [1] - 10:4
**direct** [2] - 26:22, 29:11
**direction** [1] - 81:11
**discovery** [3] - 27:7, 40:21, 61:11
**discretion** [5] - 53:6, 53:17, 54:22, 55:9, 56:17
**discretionary** [1] - 57:8
**discuss** [1] - 58:8
**discussion** [1] - 8:10
**dispatch** [1] - 19:15
**DISTRICT** [2] - 1:4, 1:4
**district** [12] - 4:2, 5:10, 5:11, 5:15, 5:18, 6:6, 6:12, 11:21, 18:23, 19:1, 68:7
**Division** [1] - 39:15
**DO** [1] - 81:5
**document** [24] - 27:1, 27:12, 27:15, 27:21, 27:23, 28:7, 28:10, 30:16, 31:6, 35:23, 39:5, 39:8, 39:16, 40:1, 40:19, 41:2, 41:5, 41:17, 58:19, 58:23, 59:4, 59:11, 59:19, 59:20
**documentation** [1] - 3:14
**documents** [3] - 22:5, 27:5, 27:12
**done** [2] - 6:10, 31:20
**down** [3] - 41:14, 49:19, 81:8
**DUDDY** [66] - 2:6, 3:3, 3:6, 3:9, 7:23, 8:12, 8:20, 9:1, 9:7, 9:14, 9:17, 12:23, 14:6, 14:8, 14:10, 18:11, 28:12, 28:19, 29:3, 30:21, 31:1, 31:5, 31:8, 31:13, 31:16, 31:22, 32:3, 32:21, 33:2, 33:6, 33:23, 34:4, 34:8, 38:23, 39:17, 39:19, 39:23, 40:4, 40:9, 40:15, 43:13, 45:9, 46:11, 47:6, 49:5, 49:18, 49:23, 50:11, 51:4, 52:1, 52:5, 52:18, 53:8, 53:23,

55:1, 55:12, 56:20,
57:3, 65:8, 65:12,
66:5, 68:12, 69:17,
69:21, 76:12, 79:20
**Duddy** [8] - 3:2, 8:17,
31:7, 31:17, 34:6,
39:22, 40:13, 79:18
**duly** [2] - 3:12, 81:13
**during** [14] - 6:12,
14:17, 14:23, 15:1,
23:21, 36:5, 36:12,
36:15, 36:18, 44:13,
48:4, 60:21, 65:19,
78:2
**duties** [7] - 12:13,
12:16, 12:18, 12:20,
12:21, 13:3, 49:8
**duty** [13] - 43:19,
43:20, 43:21, 44:12,
44:15, 45:17, 45:20,
47:14, 48:1, 48:5,
50:18, 50:23, 51:1

### E

EC2020-024 [1] -
41:22
**eight** [1] - 5:16
**email** [1] - 17:2, 17:8
**employed** [3] - 7:4,
7:6, 7:9
**employee** [1] - 55:7
**employment** [1] -
57:11
**enclosed** [1] - 29:5
**encounter** [1] -
17:12
**ends** [1] - 59:4
**entail** [1] - 15:13
**enter** [1] - 25:20
**entered** [9] - 26:18,
27:8, 40:21, 41:16,
58:8, 60:2, 60:17,
60:20, 60:23
**entitled** [2] - 80:5,
81:12
**ERIE** [1] - 81:3
**errata** [1] - 80:3
**escort** [1] - 24:13
**ESQ** [3] - 2:1, 2:5,
2:6
**estimate** [1] - 14:14
**event** [1] - 17:19
**events** [1] - 64:23
**evidence** [17] -
29:21, 30:14, 30:15,
30:19, 30:20, 30:23,
31:4, 31:19, 32:17,
32:19, 32:23, 33:15,
35:13, 35:15, 35:16,

60:2, 60:23
**exact** [2] - 5:19,
19:21
**exactly** [3] - 17:16,
20:8, 21:19
**exam** [1] - 11:17
**examination** [1] -
81:13
**EXAMINATION** [1] -
3:15
**Examination** [1] -
82:2
**examined** [1] - 33:19
**example** [1] - 56:14
**except** [1] - 80:2
**excessive** [21] -
43:22, 44:2, 44:4,
44:20, 45:18, 46:18,
49:14, 50:17, 51:3,
51:12, 51:22, 52:13,
52:17, 53:1, 53:19,
54:11, 54:17, 54:21,
55:11, 55:16, 56:19
**excessively** [1] -
43:18
**excuse** [1] - 31:8
**Exhibit** [24] - 26:17,
26:20, 27:9, 29:16,
30:9, 30:12, 32:10,
39:3, 39:6, 40:22,
40:23, 41:15, 57:19,
58:6, 58:7, 59:9, 60:1,
66:2, 72:18, 75:22,
78:12, 78:18, 79:4
**Exhibits** [2] - 26:18,
60:17
**exists** [1] - 76:13
**exit** [1] - 62:23
**experience** [1] -
52:15
**explain** [4] - 35:9,
35:11, 43:20, 65:18
**explained** [2] - 51:6,
51:8
**explicitly** [1] - 69:7
**extensive** [1] - 69:2
**extent** [1] - 48:23
**eye** [10] - 74:17,
74:18, 74:20, 74:23,
75:2, 76:4, 76:5,
76:18, 78:11, 79:7

### F

**fact** [2] - 23:3, 36:9
**fall** [1] - 54:15
**familiar** [2] - 3:20,
27:14
**far** [1] - 66:2
**Federal** [1] - 1:18

**fellow** [11] - 42:21,
43:5, 43:10, 45:5,
46:21, 47:4, 49:13,
50:4, 51:2, 51:11,
51:22
**few** [7] - 25:19, 26:8,
30:18, 34:22, 54:9,
57:18, 62:20
**few-minute** [1] -
57:18
**field** [1] - 11:5
**fighting** [1] - 18:4
**fill** [2] - 37:3, 37:7
**fine** [4] - 14:5, 40:16
**finish** [4] - 4:8,
45:23, 51:14, 56:6
**Firm** [1] - 2:12
**FIRM** [1] - 2:1
**first** [11] - 16:17,
17:5, 17:12, 29:22,
34:12, 49:22, 52:4,
61:1, 63:13, 68:5,
73:4
**five** [1] - 15:12
**follow** [1] - 38:4
**follow-up** [1] - 38:4
**following** [1] - 32:16
**follows** [1] - 3:14
**footage** [1] - 61:10,
72:19, 73:4
**force** [67] - 37:1,
37:3, 37:5, 37:13,
37:14, 37:16, 37:17,
38:2, 38:6, 38:7,
38:10, 38:14, 38:15,
38:17, 38:21, 42:5,
42:10, 42:13, 42:17,
42:22, 43:1, 43:2,
43:5, 43:11, 43:18,
43:22, 44:2, 44:4,
44:11, 44:14, 44:20,
45:18, 45:19, 46:15,
46:16, 46:18, 46:19,
46:21, 48:2, 48:7,
49:13, 49:14, 50:5,
50:9, 50:17, 51:3,
51:8, 51:12, 51:20,
51:22, 52:13, 52:16,
52:21, 53:2, 53:19,
54:11, 54:13, 54:20,
54:21, 55:10, 55:11,
56:8, 56:11, 56:16,
56:19, 57:14
**foregoing** [3] - 80:2,
81:7, 81:12
**forgot** [1] - 61:1
**form** [29] - 12:23,
13:6, 14:8, 18:11,
32:15, 33:13, 33:14,
33:16, 33:17, 33:20,

35:6, 37:5, 37:8,
37:12, 37:18, 37:23,
38:6, 38:7, 38:8,
38:10, 38:14, 38:23,
39:17, 40:3, 40:9,
40:13, 40:14, 40:16,
56:3
**forms** [1] - 37:21,
38:2, 38:17, 38:21,
46:23, 48:2, 48:3,
51:9, 51:21, 56:1,
56:8
**forth** [2] - 11:2, 80:3
**forward** [1] - 37:9
**four** [4] - 6:21, 6:22,
22:4
**frame** [1] - 48:21
**front** [2] - 39:6, 58:20
**function** [1] - 36:1
**functions** [2] - 29:19,
32:16

### G

**garnered** [1] - 35:2
**general** [1] - 65:23
**generally** [3] - 14:22,
45:16, 47:21
**generates** [1] - 27:21
**generic** [1] - 30:2
**gestures** [1] - 4:12
**gist** [1] - 65:23
**given** [2] - 15:21,
80:5
**gosh** [1] - 72:12
**government** [1] -
3:13
**government-issued**
- 3:13
**graduate** [4] - 7:13,
7:21, 8:6, 10:11
**graduated** [2] - 8:1,
10:21
**grainy** [1] - 68:1
**graphics** [1] - 61:6
**great** [1] - 8:21
**group** [1] - 27:5
**guess** [4] - 4:16,
10:22, 11:2, 16:10

### H

**Hall** [2] - 1:16, 2:7
**handle** [1] - 53:12
**Hanover** [9] - 15:10,
20:23, 26:11, 62:14,
62:16, 71:10, 71:21,
75:18, 77:2
**happy** [1] - 52:11
**harassment** [1] - 9:8

**hear** [7] - 26:4, 40:6,
40:8, 76:3, 76:7, 77:9
**heard** [10] - 17:5,
18:3, 19:17, 20:6,
29:3, 29:9, 40:13,
76:5, 76:22, 77:1
**hearing** [1] - 20:15
**heat** [1] - 47:1
**help** [3] - 11:9, 36:2,
68:17
**hereby** [1] - 80:1
**HEREBY** [1] - 81:5
**high** [10] - 7:13, 7:17,
7:19, 7:21, 8:6, 8:8,
9:9, 9:12, 10:1, 10:7
**High** [2] - 10:3, 10:5
**himself** [1] - 72:20
**hire** [1] - 5:1
**hired** [1] - 7:5
**hiring** [1] - 5:12
**History** [1] - 27:14
**history** [1] - 27:18
**hold** [3] - 8:16,
51:14, 77:5
**human** [1] - 28:22
**hypothetical** [5] -
48:9, 48:12, 48:15,
48:21, 48:23

### I

**IAD** [1] - 41:22
**identification** [1] -
58:10
**identified** [2] - 59:18,
77:1
**identifies** [1] - 41:18
**identify** [1] - 61:13
**identity** [1] - 3:13
**illegal** [2] - 65:22,
73:17
**image** [1] - 73:4,
74:9, 74:18
**immediate** [1] -
73:17
**immediately** [2] -
20:14, 20:16
**important** [1] - 4:7
**improperly** [1] -
34:15
**incident** [15] - 17:14,
23:14, 27:11, 32:13,
35:3, 35:14, 36:7,
37:22, 38:3, 42:17,
44:10, 45:16, 48:4,
60:11
**incidents** [1] - 37:18
**include** [2] - 24:3,
69:3
**including** [1] - 69:4

**Index** [2] - 39:15, 41:22
**INDEX** [1] - 82:1
**indexed** [1] - 42:2
**indicate** [1] - 65:7
**indicated** [5] - 14:23, 26:8, 32:11, 67:1, 69:1
**indicates** [2] - 29:18, 32:15
**individual** [4] - 54:22, 55:8, 72:6, 77:21
**industry** [2] - 11:3, 11:4
**information** [1] - 59:8
**injured** [4] - 36:5, 36:11, 36:17, 47:2
**injuries** [6] - 36:15, 36:19, 73:23, 74:4, 76:18, 79:10
**injury** [9] - 45:19, 49:15, 76:4, 76:8, 76:11, 77:4, 78:2, 78:11, 79:6
**instances** [1] - 37:11
**Internal** [1] - 39:14
**interrupt** [1] - 23:6
**interruption** [6] - 8:15, 9:3, 9:18, 23:8, 31:10, 32:4
**intervene** [7] - 43:19, 43:21, 43:23, 44:1, 52:13, 56:18, 57:13
**interviewed** [1] - 41:21
**investigation** [8] - 11:19, 29:20, 29:23, 30:9, 30:11, 32:16, 41:18, 59:6
**investigator** [1] - 59:3
**involved** [2] - 30:6, 55:17
**involvement** [1] - 60:13
**involving** [6] - 16:18, 32:13, 37:19, 38:22, 42:17, 60:11
**issued** [1] - 3:13
**issues** [1] - 4:21
**Ithaca** [3] - 10:3, 10:4
**itself** [1] - 43:3

### J

**January** [5] - 1:19, 5:3, 5:23, 7:3, 80:6

**job** [10] - 12:13, 12:15, 12:18, 12:19, 12:21, 13:3, 13:12, 13:18, 13:22
**jobs** [2] - 7:10, 11:2
**join** [1] - 25:18
**joined** [1] - 25:22

### K

**keep** [3] - 11:9, 45:8
**kind** [1] - 33:22
**knowledge** [5] - 36:4, 37:17, 68:8, 76:10, 76:17

### L

**lab** [9] - 33:13, 33:14, 33:20, 34:21, 35:2, 35:8, 35:11, 35:22
**labelled** [4] - 39:6, 40:23, 60:22, 61:8
**lack** [1] - 29:13
**last** [4] - 21:11, 31:14, 31:21, 45:10
**LAW** [1] - 2:1
**Law** [1] - 2:12
**lawsuit** [1] - 17:6
**learn** [1] - 16:17
**least** [2] - 15:12, 30:6, 30:13
**leave** [2] - 24:9, 71:20
**left** [1] - 24:12
**legal** [1] - 55:12
**Lieutenant** [8] - 12:3, 12:7, 12:12, 13:7, 14:12, 70:18
**lieutenant** [2] - 13:22, 14:3
**lieutenant's** [4] - 12:15, 12:19, 13:3, 13:18
**lieutenants** [1] - 27:19
**Linwood** [1] - 2:2
**listed** [5] - 29:13, 32:11, 41:4, 41:8, 59:7
**LLC** [2] - 2:1, 2:12
**locate** [1] - 65:22
**location** [2] - 21:22, 56:11
**locations** [1] - 1:19
**lodged** [2] - 8:21, 33:7
**look** [1] - 59:18
**looked** [2] - 72:7, 73:3

**looking** [2] - 61:13, 74:18
**looks** [3] - 29:12, 41:13, 66:3
**LORI** [2] - 1:20, 81:19
**Lori** [6] - 21:11, 26:19, 31:22, 57:20, 60:19, 77:12
**lost** [1] - 52:8
**loud** [1] - 77:8

### M

**machine** [1] - 81:8
**mandate** [2] - 47:14, 77:23
**manner** [1] - 81:8
**manpower** [1] - 15:17
**mark** [4] - 9:15, 75:16, 78:13, 79:5
**marked** [1] - 26:19
**mask** [2] - 64:6, 64:8
**Massicci** [2] - 41:7, 76:13
**MASSICCI** [3] - 3:11, 80:9, 82:3
**Massicci's** [1] - 31:14
**MASSICI** [2] - 1:1, 1:15
**matter** [1] - 3:19
**mean** [10] - 16:21, 17:1, 17:17, 18:13, 30:5, 46:10, 48:20, 65:14, 66:17, 68:1
**means** [2] - 18:20, 81:8
**medical** [1] - 11:5
**meeting** [1] - 25:22
**memory** [1] - 35:7
**mention** [2] - 76:5, 76:7
**Michael** [1] - 28:6
**mid-2018** [1] - 6:1
**middle** [1] - 54:7
**minute** [4] - 52:2, 57:18, 57:20, 61:2
**minutes** [8] - 20:17, 26:9, 30:18, 34:22, 54:9, 62:19, 62:20, 72:21
**minutes'** [1] - 25:19
**mischaracterize** [1] - 31:19
**miscommunication** [1] - 45:14
**mistreated** [1] - 48:6
**mistreatment** [1] -

48:10
**Moffett** [3] - 63:19, 63:20, 68:3
**moment** [6] - 46:21, 47:1, 55:22, 55:23, 56:2, 56:13
**month** [2] - 5:22, 23:2
**months** [2] - 5:8, 5:16
**months'** [1] - 5:9
**morning** [3] - 3:17, 6:17, 8:5
**move** [1] - 58:5
**moving** [1] - 11:20
**MR** [68] - 3:3, 3:6, 3:9, 7:23, 8:12, 8:20, 9:1, 9:7, 9:14, 9:17, 12:23, 14:6, 14:8, 14:10, 18:11, 28:12, 28:16, 28:19, 29:3, 29:4, 29:7, 30:21, 31:1, 31:5, 31:8, 31:13, 31:16, 31:22, 32:3, 32:21, 33:2, 33:6, 33:23, 34:4, 34:8, 38:23, 39:17, 39:19, 39:23, 40:4, 40:9, 40:15, 43:13, 45:9, 46:11, 47:6, 49:5, 49:18, 49:23, 50:11, 51:4, 52:1, 52:5, 52:18, 53:8, 53:23, 55:1, 55:12, 56:20, 57:3, 65:8, 65:12, 66:5, 68:12, 69:17, 69:21, 76:12, 79:20
**MS** [129] - 3:16, 8:3, 8:14, 8:16, 8:21, 9:6, 9:13, 9:16, 9:21, 9:23, 13:5, 14:7, 14:9, 14:11, 18:12, 21:11, 21:17, 23:9, 25:18, 26:1, 26:18, 26:21, 28:15, 28:17, 28:22, 29:2, 29:5, 29:8, 29:10, 30:22, 31:2, 31:3, 31:7, 31:17, 32:1, 32:8, 32:22, 33:3, 33:7, 33:11, 34:2, 34:6, 34:10, 34:19, 39:2, 39:18, 40:2, 40:6, 40:10, 40:18, 43:14, 45:12, 46:12, 47:8, 49:7, 49:21, 50:1, 50:15, 50:20, 51:7, 51:14, 51:16, 52:3, 52:7, 52:14, 53:3, 53:13,

54:3, 55:4, 55:18, 56:22, 57:5, 57:9, 57:17, 57:23, 58:4, 60:19, 61:3, 61:18, 62:5, 62:11, 63:8, 63:17, 64:2, 64:12, 64:19, 65:9, 65:13, 66:8, 67:18, 68:14, 68:22, 69:11, 69:14, 69:18, 69:22, 70:7, 70:15, 70:21, 71:5, 71:9, 71:14, 71:19, 72:2, 72:4, 72:13, 72:17, 72:23, 73:8, 73:22, 74:8, 74:12, 74:16, 75:5, 75:21, 76:2, 76:15, 76:21, 77:12, 77:15, 78:5, 78:9, 78:17, 78:21, 79:2, 79:14, 79:18, 79:21, 82:3
**multiple** [1] - 19:11
**mute** [3] - 28:17, 29:1

### N

**N/A** [1] - 58:14
**NAIR** [1] - 2:12
**name** [9] - 8:8, 28:7, 29:13, 29:14, 29:18, 41:1, 41:7, 58:14, 68:5
**name's** [1] - 3:17
**named** [1] - 30:4
**namely** [1] - 28:11
**names** [2] - 12:9, 22:2
**nature** [1] - 55:11
**necessarily** [1] - 4:15
**need** [11] - 4:11, 4:19, 4:20, 19:6, 30:16, 31:6, 33:10, 35:4, 35:6, 37:3, 48:20
**needed** [1] - 19:2
**needs** [3] - 31:2, 33:8, 33:19
**NEW** [2] - 1:4, 81:1
**New** [6] - 1:17, 2:2, 2:8, 3:11, 10:3, 81:6
**next** [2] - 29:18, 57:18
**Niagara** [2] - 1:16, 2:7
**nine** [1] - 57:21
**nobody** [1] - 28:14
**noise** [2] - 28:18, 29:9

5

**noon** [1] - 57:23
**normal** [3] - 27:6, 40:20, 61:11
**Notary** [3] - 1:20, 81:5, 81:20
**NOTARY** [1] - 80:16
**noted** [1] - 53:19
**notes** [2] - 59:2, 79:15
**nothing** [1] - 81:15
**Number** [2] - 29:14, 32:12
**number** [1] - 41:7

## O

**oath** [1] - 26:3
**object** [5] - 8:13, 45:9, 45:10, 51:15, 69:17
**Objection** [1] - 40:13
**objection** [41] - 4:18, 8:20, 8:22, 12:23, 14:6, 14:7, 18:11, 30:21, 31:1, 32:1, 32:21, 33:2, 33:7, 33:23, 38:23, 39:17, 39:18, 40:3, 40:15, 40:16, 43:13, 46:11, 47:6, 49:18, 49:19, 50:11, 51:4, 52:1, 52:18, 53:8, 53:23, 55:1, 55:12, 56:20, 57:4, 65:8, 65:12, 66:5, 68:12, 69:19
**objections** [2] - 31:18, 40:5
**objects** [1] - 4:17
**obligations** [1] - 49:8
**observe** [9] - 25:14, 44:17, 48:15, 73:15, 73:23, 74:4, 74:19, 78:10, 79:6
**observed** [1] - 50:17
**observes** [2] - 50:8, 53:12
**observing** [10] - 43:4, 43:9, 48:6, 48:10, 50:4, 51:2, 56:14, 56:17, 64:23, 77:17
**obviously** [1] - 18:18
**occasion** [1] - 19:20
**occurring** [2] - 40:22, 78:2
**OF** [4] - 1:4, 1:9, 81:1, 81:3
**Office** [1] - 1:15
**officer** [74] - 5:5, 5:6, 5:18, 5:22, 6:2, 6:5,

8:18, 11:6, 11:8, 11:12, 11:16, 11:21, 15:6, 19:4, 19:6, 19:17, 27:22, 28:4, 30:4, 34:20, 35:10, 38:9, 38:17, 42:22, 42:23, 43:1, 43:5, 43:10, 43:17, 44:9, 45:3, 45:5, 46:21, 47:3, 47:4, 47:9, 47:15, 48:5, 49:12, 49:13, 50:4, 50:5, 50:8, 51:2, 51:11, 51:22, 52:16, 52:21, 53:6, 53:11, 53:18, 54:22, 55:8, 56:13, 56:15, 56:18, 57:2, 57:12, 57:14, 61:19, 63:10, 63:18, 66:10, 68:17, 70:17, 76:10, 77:18, 78:1
**Officer** [52] - 8:4, 10:1, 15:10, 20:22, 22:14, 22:16, 22:20, 23:4, 23:10, 23:11, 23:17, 24:3, 24:8, 26:2, 26:10, 26:11, 27:2, 28:6, 29:11, 29:14, 30:23, 31:4, 31:13, 32:9, 32:12, 33:4, 39:5, 42:5, 42:13, 42:16, 45:14, 46:13, 54:5, 58:5, 58:13, 61:4, 61:21, 62:6, 62:14, 62:16, 63:19, 68:3, 69:23, 71:20, 73:1, 76:12, 77:2, 78:10, 79:3, 79:16, 79:22
**officer's** [6] - 42:21, 44:7, 46:17, 47:23, 49:16, 51:19
**officers** [26] - 4:1, 18:3, 18:7, 18:23, 19:1, 21:7, 21:16, 24:1, 26:13, 27:19, 36:2, 37:2, 38:11, 38:15, 38:22, 50:19, 59:3, 63:21, 65:7, 65:16, 67:19, 68:7, 68:11, 68:18, 76:17, 77:20
**often** [2] - 14:12, 23:20
**one** [8] - 4:5, 29:22, 45:6, 49:22, 56:5, 61:22, 75:12
**opportunity** [1] - 15:18
**opposed** [1] - 4:12

**opposing** [1] - 40:1
**options** [1] - 35:20
**order** [3] - 7:12, 7:23, 28:13
**originally** [1] - 21:8
**otherwise** [2] - 4:16, 57:12
**own** [1] - 30:18

## P

**p.m** [4] - 6:17, 58:3, 79:17, 79:23
**Page** [1] - 82:2
**page** [2] - 26:23, 59:4
**pages** [1] - 80:2
**paperwork** [1] - 58:17
**paragraph** [2] - 28:10, 29:12
**part** [10] - 16:8, 24:19, 24:21, 24:22, 30:8, 30:11, 41:16, 41:19, 58:13, 78:6
**participated** [1] - 4:3
**participating** [1] - 56:15
**partner** [12] - 15:7, 15:8, 15:9, 15:11, 15:14, 15:19, 16:1, 16:5, 16:14, 71:15, 75:18, 77:1
**pass** [3] - 11:17, 11:18, 11:19
**past** [1] - 49:10
**patience** [1] - 75:14
**patrol** [1] - 20:9
**paused** [31] - 61:17, 62:4, 62:10, 63:7, 63:16, 64:1, 64:11, 64:18, 67:17, 68:21, 69:13, 70:6, 70:14, 70:20, 71:3, 71:8, 71:13, 71:18, 72:3, 72:16, 73:7, 73:21, 74:7, 74:11, 74:15, 75:4, 76:1, 78:8, 78:16, 78:20, 79:1
**pausing** [1] - 78:21
**pending** [2] - 9:22, 52:10
**people** [4] - 11:10, 28:19, 46:3, 55:17
**performance** [1] - 13:12
**performed** [2] - 29:19, 32:15
**period** [1] - 23:13
**person** [11] - 28:23,

48:10, 50:9, 52:23, 66:14, 66:18, 66:21, 67:3, 69:2, 70:9, 77:1
**pertinence** [1] - 8:10
**Peter** [1] - 41:7
**PETER** [5] - 1:1, 1:14, 3:11, 80:9, 82:3
**phrased** [1] - 77:22
**physical** [2] - 11:18, 37:15
**picture** [3] - 41:19, 58:9, 59:17
**place** [2] - 23:15, 35:18
**placed** [1] - 52:23
**Plaintiff** [10] - 1:7, 2:4, 3:18, 21:16, 32:14, 66:22, 70:12, 75:22, 78:12, 79:4
**Plaintiff's** [2] - 60:20, 72:18
**play** [9] - 60:14, 60:16, 60:19, 61:5, 69:11, 73:5, 75:15, 75:21, 78:17
**played** [32] - 20:2, 61:16, 62:3, 62:9, 63:6, 63:15, 63:23, 64:10, 64:17, 67:16, 68:20, 69:12, 70:5, 70:13, 70:19, 71:2, 71:7, 71:12, 71:17, 71:23, 72:15, 73:6, 73:20, 74:6, 74:10, 74:14, 75:3, 75:23, 78:7, 78:15, 78:19, 78:23
**PO** [3] - 18:8, 41:7
**point** [8] - 7:23, 22:20, 24:9, 28:9, 28:13, 62:1, 69:15, 73:5
**Police** [15] - 15:22, 24:8, 27:13, 42:5, 42:13, 42:16, 47:23, 49:3, 50:3, 50:7, 50:19
**police** [57] - 4:1, 5:5, 5:17, 5:22, 6:2, 6:5, 7:6, 11:6, 11:7, 11:12, 11:16, 11:21, 15:6, 16:3, 16:11, 19:17, 20:11, 37:1, 39:14, 42:20, 42:22, 43:4, 43:5, 43:9, 43:10, 43:17, 45:3, 45:5, 47:2, 47:4, 47:15, 47:23, 48:5, 49:12, 49:13, 49:16, 50:4, 50:5, 51:10, 51:11,

51:18, 52:15, 53:18, 54:22, 56:13, 56:15, 56:18, 57:2, 57:12, 57:13, 65:16, 66:10, 76:17, 77:18, 77:23
**policies** [1] - 55:7
**policy** [28] - 37:1, 47:10, 47:12, 47:14, 47:22, 48:12, 48:13, 49:2, 49:11, 50:3, 50:8, 50:21, 50:23, 51:1, 51:17, 52:20, 53:20, 53:21, 54:10, 54:14, 54:21, 55:6, 57:1, 68:16, 69:6, 69:8, 77:23
**polygraph** [1] - 11:18
**portion** [3] - 41:15, 75:15, 78:17
**portions** [1] - 59:20
**posed** [1] - 48:23
**possibly** [1] - 28:10
**practice** [2] - 47:11, 49:10
**PRATHIMA** [1] - 2:1
**Prathima** [1] - 3:18
**preddy@ thereddylaw.com** [1] - 2:3
**preparation** [1] - 22:6
**prepare** [1] - 57:18
**presence** [1] - 81:10
**present** [4] - 1:15, 17:21, 38:9, 75:18
**PRESENT** [1] - 2:11
**pretty** [1] - 46:14
**previous** [1] - 27:8
**previously** [6] - 26:19, 41:16, 58:7, 60:2, 60:20, 61:8
**private** [1] - 69:4
**probation** [4] - 5:7, 5:9, 5:18, 6:13
**probationary** [4] - 5:5, 5:22, 11:16, 57:12
**Procedure** [1] - 1:18
**produced** [6] - 27:5, 39:12, 40:20, 60:9, 60:17, 61:10
**producing** [1] - 3:4
**property** [3] - 33:18, 35:22
**proportionality** [3] - 53:5, 54:12, 54:16
**proportionate** [2] - 44:8, 52:22
**protect** [1] - 51:21

**protection** [1] - 55:22

**protections** [1] - 56:9

**protocol** [4] - 16:8, 47:12, 49:10, 65:19

**provide** [3] - 21:18, 22:9, 24:7

**Public** [3] - 1:21, 81:5, 81:20

**PUBLIC** [1] - 80:16

**purpose** [1] - 21:5

**pursuant** [5] - 1:17, 53:20, 55:5, 55:6, 57:1

**pushed** [1] - 61:5

**put** [2] - 31:22, 69:19

**putting** [1] - 56:8

### Q

**QUENTIN** [2] - 1:6, 2:11

**Quentin** [2] - 32:13, 60:21

**questioning** [2] - 40:4, 57:3

**questions** [15] - 3:22, 4:7, 4:10, 4:11, 4:13, 7:20, 8:5, 8:19, 26:23, 34:7, 34:11, 34:13, 49:20, 60:12, 79:19

**quick** [1] - 72:14

### R

**radio** [15] - 18:3, 18:9, 18:14, 18:15, 18:18, 18:19, 19:5, 19:12, 19:13, 19:17, 20:7, 20:15, 22:1, 26:9

**radios** [1] - 19:11

**RAJITHA** [1] - 2:12

**read** [9] - 3:8, 21:11, 21:14, 31:13, 31:15, 32:6, 77:12, 77:14, 80:1

**really** [5] - 7:18, 8:9, 59:12, 71:11, 72:14

**realm** [1] - 54:17

**receive** [1] - 10:4

**recess** [3] - 25:21, 58:2, 79:17

**recognize** [7] - 39:8, 61:19, 63:9, 63:13, 63:18, 63:20, 67:22

**recollection** [7] - 30:17, 33:10, 35:5,

61:23, 65:2, 73:9, 73:12

**record** [28] - 4:9, 4:10, 9:4, 9:5, 9:6, 9:19, 9:20, 9:21, 12:10, 21:14, 25:23, 31:11, 31:12, 31:15, 31:17, 31:23, 32:2, 32:5, 32:7, 33:8, 34:17, 34:18, 35:15, 58:3, 59:23, 69:20, 72:18, 77:14

**Record** [1] - 32:6

**recorded** [4] - 4:13, 4:18, 19:13, 19:23

**recovered** [1] - 35:13

**Reddy** [4] - 2:12, 3:1, 3:5, 3:18

**REDDY** [131] - 2:1, 2:1, 3:16, 8:3, 8:14, 8:16, 8:21, 9:6, 9:13, 9:16, 9:21, 9:23, 13:5, 14:7, 14:9, 14:11, 18:12, 21:11, 21:17, 23:9, 25:18, 26:1, 26:18, 26:21, 28:15, 28:17, 28:22, 29:2, 29:5, 29:8, 29:10, 30:22, 31:2, 31:3, 31:7, 31:17, 32:1, 32:8, 32:22, 33:3, 33:7, 33:11, 34:2, 34:6, 34:10, 34:19, 39:2, 39:18, 40:2, 40:6, 40:10, 40:18, 43:14, 45:12, 46:12, 47:8, 49:7, 49:21, 50:1, 50:15, 50:20, 51:7, 51:14, 51:16, 52:3, 52:7, 52:14, 53:3, 53:13, 54:3, 55:4, 55:18, 56:22, 57:5, 57:9, 57:17, 57:23, 58:4, 60:19, 61:3, 61:18, 62:5, 62:11, 63:8, 63:17, 64:2, 64:12, 64:19, 65:9, 65:13, 66:8, 67:18, 68:14, 68:22, 69:11, 69:14, 69:18, 69:22, 70:7, 70:15, 70:21, 71:5, 71:9, 71:14, 71:19, 72:2, 72:4, 72:13, 72:17, 72:23, 73:8, 73:22, 74:8, 74:12, 74:16, 75:5, 75:21, 76:2, 76:15, 76:21, 77:12, 77:15, 78:5, 78:9, 78:17, 78:21, 79:2,

79:14, 79:18, 79:21, 82:3

**reduced** [1] - 81:10

**refer** [1] - 44:6

**reference** [2] - 29:23, 33:21

**references** [1] - 59:16

**referring** [7] - 23:2, 23:3, 28:9, 32:12, 34:14, 55:20, 60:1

**reflect** [1] - 59:20

**reflected** [4] - 30:9, 30:12, 58:22, 59:9

**reflecting** [1] - 60:10

**reflection** [2] - 29:15, 59:6

**reflects** [1] - 47:23

**refrain** [1] - 31:18

**refresh** [7] - 30:16, 31:6, 33:10, 35:5, 35:7, 61:23, 73:9

**refreshed** [1] - 65:2

**refreshes** [1] - 73:12

**regarding** [4] - 3:23, 49:5, 49:6, 49:8

**regards** [1] - 66:17

**regular** [1] - 23:21

**regularly** [4] - 14:23, 22:22, 23:6, 23:12

**related** [1] - 56:7

**relation** [18] - 27:6, 27:10, 28:1, 32:19, 34:21, 35:2, 37:18, 37:21, 38:2, 38:18, 39:13, 41:22, 42:1, 48:5, 50:4, 58:17, 58:22, 60:5

**relative** [1] - 81:15

**remains** [1] - 15:2

**remember** [1] - 15:4

**remind** [4] - 8:17, 8:22, 26:2, 28:13

**repeat** [1] - 40:14

**repeating** [1] - 50:13

**rephrase** [3] - 4:14, 47:20, 54:2

**replay** [1] - 19:23

**replayed** [1] - 19:18

**Report** [1] - 27:10

**report** [14] - 13:6, 13:9, 27:18, 34:21, 35:2, 35:9, 35:12, 37:4, 46:16, 46:19, 49:4, 50:18, 55:14, 81:7

**Reporter** [6] - 8:15, 9:3, 9:18, 23:8, 31:10, 32:4

**REPORTER** [8] - 3:1,

3:4, 3:7, 29:1, 39:21, 40:12, 40:17, 57:22

**reporter** [4] - 4:9, 4:18, 12:9, 40:7

**represent** [6] - 27:4, 29:12, 39:11, 60:8, 72:17, 75:17

**request** [1] - 24:1

**requested** [4] - 21:14, 31:15, 36:3, 77:14

**requests** [1] - 68:17

**required** [7] - 7:20, 8:4, 37:11, 38:9, 38:13, 44:1, 66:9

**requirement** [1] - 38:8

**requirements** [1] - 11:12

**respect** [6] - 12:14, 36:1, 45:15, 51:18, 54:11, 79:10

**respond** [3] - 24:2, 56:14, 68:11

**responded** [7] - 17:23, 19:2, 20:16, 25:1, 25:4, 26:9, 36:2

**responding** [1] - 50:5

**response** [4] - 44:8, 50:16, 52:21, 54:14

**responsibilities** [4] - 13:22, 46:23, 49:9, 57:1

**responsibility** [13] - 42:21, 43:4, 43:9, 45:4, 45:6, 46:16, 46:18, 47:4, 49:17, 51:10, 51:19, 77:17, 77:19

**responsible** [2] - 43:1, 46:6

**review** [5] - 13:12, 22:5, 27:23, 69:5, 75:12

**rewinded** [1] - 72:9

**ride** [1] - 15:15

**road** [1] - 20:12

**rode** [1] - 16:13

**role** [1] - 11:21

**room** [3] - 28:21, 28:23, 29:5

**routinely** [1] - 23:22

**Rules** [1] - 1:18

### S

**S-E-I-T-Z** [1] - 12:11

**safe** [1] - 11:10

**Santana** [1] - 12:4

**saw** [2] - 14:20, 15:4

**scenario** [2] - 49:1, 67:11

**scene** [72] - 17:14, 17:15, 17:17, 17:18, 17:23, 18:1, 18:10, 20:14, 20:18, 20:21, 21:3, 21:6, 21:8, 21:21, 22:8, 22:12, 24:6, 24:9, 24:14, 24:17, 25:1, 25:11, 26:7, 26:11, 26:14, 30:3, 30:7, 30:13, 33:22, 35:10, 35:14, 38:9, 43:3, 43:10, 44:5, 44:10, 44:13, 45:7, 45:17, 46:20, 47:15, 48:1, 51:11, 51:19, 51:21, 52:17, 53:6, 53:18, 54:23, 55:9, 55:23, 56:10, 60:4, 62:1, 62:15, 62:21, 63:1, 64:14, 65:1, 65:4, 71:20, 72:14, 73:11, 73:15, 74:13, 75:8, 75:18, 75:20, 76:17, 77:4, 78:1, 79:11

**scenes** [3] - 23:22, 60:10, 66:1

**schedule** [3] - 6:21, 6:23, 17:9

**Scheu** [7] - 18:8, 22:16, 24:8, 26:10, 28:6, 61:21, 62:6

**school** [10] - 7:13, 7:17, 7:19, 7:21, 8:6, 8:8, 9:9, 9:12, 10:2, 10:7

**School** [2] - 10:3, 10:5

**screen** [4] - 26:16, 26:22, 27:1, 61:11

**scroll** [2] - 41:14, 78:5

**scrolled** [1] - 59:1

**search** [14] - 65:21, 66:10, 66:12, 66:14, 66:20, 67:5, 67:6, 67:7, 67:9, 68:23, 69:1, 69:3, 70:9, 75:7

**searched** [2] - 66:3, 67:3

**searching** [4] - 65:10, 65:14, 65:19, 66:7

**second** [8] - 8:16, 27:12, 36:22, 56:5, 70:22, 75:12, 77:5

**seconds** [3] - 62:19,

62:20, 72:21
**section** [2] - 41:6, 41:9
**sector** [2] - 16:6, 16:12
**see** [18] - 8:10, 14:12, 14:22, 16:16, 26:17, 27:1, 39:5, 41:1, 59:1, 59:7, 61:4, 61:6, 61:14, 63:12, 64:13, 74:17, 74:23, 79:15
**seeing** [2] - 70:8, 72:20
**sees** [2] - 53:11, 56:15
**Seitz** [2] - 12:7, 12:11
**sentence** [2] - 46:1, 51:15
**service** [1] - 11:4
**set** [2] - 27:12, 80:3
**seven** [1] - 57:20
**seven-minute** [1] - 57:20
**several** [7] - 7:10, 11:2, 14:16, 15:1, 29:19, 37:15, 60:9
**share** [3] - 26:22, 39:4, 61:1
**sharing** [3] - 26:16, 36:22, 75:11
**sheet** [9] - 80:4
**shift** [6] - 6:8, 6:11, 14:13, 14:17, 14:21, 14:23, 15:1, 15:6, 23:21
**shifts** [1] - 6:9
**shorthand** [1] - 81:9
**shots** [1] - 64:21
**show** [3] - 57:19, 74:19, 78:6
**side** [4] - 56:9, 74:18, 74:19, 74:23
**sidebar** [2] - 52:2, 52:10
**sign** [1] - 3:8
**signify** [2] - 15:14, 58:13
**simple** [1] - 9:16
**sit** [6] - 36:14, 38:20, 51:18, 59:19, 74:3, 74:22
**situation** [3] - 48:10, 48:15, 53:12
**six** [1] - 5:8
**sociology** [1] - 10:19
**someone** [1] - 16:4
**sometime** [2] - 5:20, 6:1

**sorry** [10] - 5:8, 5:20, 16:21, 23:6, 28:19, 30:10, 39:21, 45:23, 61:1, 77:5
**sounded** [1] - 18:5
**speaking** [3] - 14:22, 31:18, 69:19
**specific** [5] - 11:13, 13:21, 24:10, 45:16, 74:13
**specifically** [2] - 21:4, 42:9
**specify** [2] - 18:20, 23:12
**specimen** [4] - 33:22, 34:14, 34:21, 34:23
**speculate** [4] - 47:10, 47:13, 53:16, 57:7
**speculating** [1] - 53:11
**speculation** [10] - 45:10, 47:7, 52:19, 53:9, 53:15, 54:1, 55:2, 56:21, 57:4, 68:13
**speculative** [2] - 54:4, 56:23
**spell** [2] - 12:8, 12:9
**spelled** [1] - 12:11
**Square** [2] - 1:17, 2:7
**ss** [1] - 81:2
**start** [3] - 5:1, 36:9, 49:21
**started** [3] - 5:11, 5:21, 10:22
**starting** [2] - 29:22, 61:2
**starts** [2] - 27:9, 75:16
**state** [1] - 77:2
**STATE** [1] - 81:1
**State** [1] - 81:6
**Statement** [1] - 58:14
**statement** [4] - 42:1, 46:14, 58:21, 59:2
**statements** [2] - 59:3, 59:21
**STATES** [1] - 1:4
**station** [1] - 20:11
**steps** [2] - 11:15, 35:11
**still** [6] - 4:19, 6:6, 26:3, 62:6, 68:15, 71:10
**stop** [5] - 36:22, 44:2, 52:13, 65:19, 75:11

**stopped** [1] - 77:13
**street** [1] - 22:2
**Street** [1] - 3:11
**struggling** [2] - 18:5, 21:8
**subject** [1] - 18:5
**submission** [9] - 33:13, 33:14, 34:21, 35:2, 35:9, 35:12, 51:20, 56:1, 56:3
**submissions** [1] - 59:8
**submit** [20] - 30:15, 30:20, 30:23, 31:4, 33:1, 33:14, 33:16, 34:20, 34:23, 35:1, 35:15, 37:12, 37:21, 38:5, 38:6, 38:7, 38:10, 38:13, 58:16
**submitted** [14] - 29:21, 30:14, 30:19, 32:17, 32:18, 33:15, 37:18, 38:2, 38:4, 38:17, 38:21, 46:23, 48:3, 58:21
**submitting** [2] - 35:18, 43:1
**subsection** [1] - 41:6
**substances** [1] - 65:23
**suing** [1] - 17:10
**supervise** [2] - 12:18, 12:22
**supervised** [1] - 12:17
**supervision** [1] - 12:14
**supervisor** [6] - 12:13, 13:10, 13:23, 45:21, 46:4, 46:9
**supervisors** [2] - 11:22, 12:5
**supplying** [3] - 3:1, 3:3, 3:5
**suppose** [1] - 41:13
**supposed** [1] - 28:14
**surrounding** [1] - 67:12
**sustained** [1] - 36:15
**Suttles** [34] - 3:19, 16:18, 17:10, 17:13, 24:13, 24:16, 24:23, 25:10, 25:22, 27:10, 28:1, 28:15, 28:22, 30:1, 32:14, 32:19, 36:4, 36:11, 37:19, 38:18, 38:22, 42:18, 60:6, 60:11, 60:22, 66:3, 66:23, 67:2, 67:13, 74:1, 74:9,

76:3, 76:22, 79:10
**SUTTLES** [5] - 1:6, 2:11, 28:16, 29:4, 29:7
**Suttles'** [3] - 76:18, 78:11, 79:7
**swelling** [2] - 78:14, 79:8
**switch** [1] - 16:14
**Sworn** [1] - 80:11
**sworn** [2] - 3:12, 81:13

## T

**table** [1] - 52:4
**team** [2] - 37:4, 48:3
**TELECONFERENCE** [1] - 1:1
**teleconference** [1] - 1:14
**terms** [2] - 53:4, 69:3
**testified** [11] - 3:14, 13:23, 34:22, 48:2, 54:10, 59:17, 60:3, 70:10, 72:20, 75:6, 75:19
**testify** [2] - 38:4, 81:14
**testifying** [3] - 34:16, 76:13, 76:15
**testimony** [12] - 23:10, 26:8, 30:18, 32:18, 38:3, 43:8, 46:9, 46:22, 54:19, 58:6, 68:2, 80:5
**THE** [29] - 2:1, 3:1, 3:4, 3:7, 8:2, 13:2, 21:15, 29:1, 33:9, 34:5, 39:1, 39:21, 40:12, 40:17, 49:6, 50:16, 51:5, 52:12, 52:20, 53:10, 54:2, 55:3, 55:14, 57:8, 57:22, 66:6, 71:4, 72:1, 76:20
**thereafter** [3] - 46:23, 48:1, 51:20
**they've** [3] - 26:19, 60:16, 66:3
**three** [1] - 6:22
**title** [3] - 5:4, 6:4, 30:2
**TO** [1] - 82:1
**today** [17] - 8:11, 8:18, 8:23, 14:4, 16:22, 17:6, 22:6, 27:11, 34:16, 36:14, 38:20, 51:18, 59:10, 59:19, 65:6, 74:3,

74:22
**together** [6] - 15:15, 16:9, 16:13, 23:23, 71:21, 75:20
**took** [2] - 23:14, 26:4
**training** [2] - 5:12, 5:14
**transcript** [3] - 3:2, 3:8, 80:4
**treated** [1] - 47:16
**tricky** [1] - 60:15
**Tripp** [6] - 12:3, 12:7, 12:12, 13:7, 14:12, 70:18
**true** [3] - 14:19, 15:2, 80:4
**truth** [3] - 81:14, 81:15
**trying** [4] - 48:18, 54:8, 74:13
**turn** [1] - 32:9
**two** [4] - 4:1, 26:18, 31:21, 49:20
**type** [5] - 27:15, 33:17, 34:20, 37:14, 66:12
**types** [1] - 37:15

## U

**unaware** [1] - 17:9
**under** [13] - 26:3, 30:4, 41:6, 41:9, 41:18, 41:19, 52:23, 58:14, 66:11, 66:13, 69:15, 70:1, 81:10
**understood** [1] - 54:18
**undertook** [1] - 73:10
**UNITED** [1] - 1:4
**University** [2] - 10:10, 10:11
**up** [4] - 38:4, 44:23, 48:22, 56:17
**use-of-force** [15] - 37:1, 37:5, 37:17, 38:2, 38:6, 38:7, 38:10, 38:14, 38:17, 38:21, 48:2, 51:8, 51:20, 54:13, 56:8
**uses** [2] - 42:23, 46:15

## V

**vague** [2] - 24:11, 46:14
**vaguely** [1] - 77:22
**various** [1] - 1:19

8

**vehicle** [9] - 18:22, 19:5, 19:7, 19:8, 19:12, 62:23, 63:3, 67:7, 67:8
**vehicles** [1] - 16:13
**verbal** [2] - 47:12, 49:9
**verbally** [1] - 4:12
**verbatim** [1] - 81:8
**verifying** [2] - 39:19, 39:23
**versus** [1] - 3:19
**via** [3] - 2:4, 2:10, 17:2
**VIA** [1] - 2:11
**VIDEO** [1] - 1:1
**video** [24] - 60:19, 61:2, 61:5, 61:14, 61:20, 62:7, 62:13, 62:19, 65:6, 65:11, 65:16, 67:2, 69:11, 69:16, 70:1, 71:6, 72:19, 72:22, 74:4, 74:8, 75:15, 75:21, 76:22, 78:12
**Video** [63] - 1:14, 61:16, 61:17, 62:3, 62:4, 62:9, 62:10, 63:6, 63:7, 63:15, 63:16, 63:23, 64:1, 64:10, 64:11, 64:17, 64:18, 67:16, 67:17, 68:20, 68:21, 69:12, 69:13, 70:5, 70:6, 70:13, 70:14, 70:19, 70:20, 71:2, 71:3, 71:7, 71:8, 71:12, 71:13, 71:17, 71:18, 71:23, 72:3, 72:15, 72:16, 73:6, 73:7, 73:20, 73:21, 74:6, 74:7, 74:10, 74:11, 74:14, 74:15, 75:3, 75:4, 75:23, 76:1, 78:7, 78:8, 78:15, 78:16, 78:19, 78:20, 78:23, 79:1
**videos** [3] - 60:9, 60:15, 60:16
**violence** [1] - 47:16
**visible** [3] - 78:11, 79:6, 79:11
**vs** [1] - 1:8

**W**

**wait** [2] - 5:20, 56:5
**walked** [1] - 70:17
**wants** [1] - 16:11
**watch** [1] - 65:6

**watched** [3] - 66:2, 76:14, 76:16
**watching** [1] - 74:3
**weapon** [1] - 37:16
**weapons** [1] - 65:22
**wear** [1] - 64:6
**wearing** [1] - 25:6
**week** [2] - 6:20, 40:22
**WESTERN** [1] - 1:4
**whoa** [4] - 9:1
**whoever's** [1] - 19:15
**whole** [1] - 81:14
**witness** [18] - 3:5, 3:8, 8:18, 20:20, 21:2, 31:20, 34:10, 34:12, 41:11, 42:16, 42:21, 57:6, 58:10, 58:17, 59:7, 59:16, 59:18, 72:20
**WITNESS** [20] - 8:2, 13:2, 21:15, 33:9, 34:5, 39:1, 49:6, 50:16, 51:5, 52:12, 52:20, 53:10, 54:2, 55:3, 55:14, 57:8, 66:6, 71:4, 72:1, 76:20
**Witness** [1] - 82:2
**witnessed** [2] - 42:4, 42:12
**WITNESSES** [1] - 82:1
**Witnesses** [2] - 41:6, 41:19
**witnessing** [1] - 49:13
**woman** [1] - 70:17
**word** [6] - 17:18, 18:18, 40:2, 40:7, 40:8, 70:10
**words** [2] - 29:13, 75:7
**wore** [1] - 64:8
**works** [3] - 18:14, 18:16, 35:9
**worry** [1] - 40:15
**writing** [1] - 81:10
**written** [5] - 47:12, 49:9, 52:20, 54:10, 69:7

**Y**

**year** [3] - 7:15, 10:14, 23:2
**years** [2] - 15:12, 22:4
**yesterday** [1] - 60:21

**YORK** [2] - 1:4, 81:1
**York** [6] - 1:17, 2:2, 2:8, 3:11, 10:3, 81:6
**yourself** [7] - 29:6, 44:9, 61:14, 63:12, 63:14, 64:13, 64:20

**Z**

**Zoom** [2] - 2:4, 2:10
**zoom** [2] - 67:22, 78:21
**ZOOM** [1] - 2:11

2796

**DEFT_EXHIBIT**
**001**
KC 01/26/2024

# ...#: 10052733

**Agency Case #: 20-01478-91 (A)**

...ution Indicator:

## BUFFALO POLICE DEPARTMENT
### ARRESTING/BOOKING REPORT

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

---

### PERSON INFORMATION

...TTLES, Quentin C

AGE: **30**   SEX: **Male**   RACE: **Black**

...HT: **6'02**   WEIGHT: **160**   BUILD: **Slim**   ETHNICITY: **Non-Hispanic**   SS #:

...AIR COLOR: **Black**   HAIR TYPE:   EYE COLOR: **Brown**

EYE DEFECTS:   FACE:   SKIN TONE: **Dark Brown**

FACIAL FEATURES:   DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS:

HOME TELEPHONE:   MARITAL STATUS: **Single (never married)**

EDUCATION:   CITIZEN OF: **US**   PLACE OF BIRTH: **BUFFALO NY**

RELIGION:   DRIVERS LICENSE #:

NYSID #: **00476540-N**   FBI #: **342938LC0**   MUG #: **263561**   LICENSE STATE:

---

### ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**   ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**   ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**   ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**   ATT: **N**

---

### BOOKING INFORMATION

CJTN #: **69352745-K**   BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**   BAIL:

BOOKING END DATE/TIME: **05/10/2020 20:29**

ITEM(S) SEIZED AT ARREST:

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**   DATE: **05/11/2020**

NCIC CLASS. BY:   DATE/TIME:

**Rolled Right Thumb**   ARRESTEE SIGNATURE:

NCIC CLASS:

**Arrest Charges:**

| Charge | Att. | Incident # | Warrant # | Summons # |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY I | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page    1 of 1

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York    )
vs.    )
**QUENTIN C. SUTTLES  DOB:** ▮▮▮▮    )
▮▮▮▮▮▮    )
)
)

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E FELONY contrary to the provisions of section 215.**40, su**bsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
Complainant

*5·10·20*

Docket Number_____

*CITY OF BUFFALO*                                                    CD #: **20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York          )
                                             )
                         vs.                 )
                                             )
**QUENTIN C. SUTTLES  DOB:** ████████        )     **INFORMATION / COMPLAINT**
                                             )
        ██████████████████                   )
                                             )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A MISDEMEANOR contrary to the provisions of section 195.**05 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED. IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A). OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP. UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE. THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE. THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND. THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST. THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                            Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

*CITY OF BUFFALO*                                          CD #:**20-1310536**
*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York                    )
vs.                                                    )
**QUENTIN C. SUTTLES  DOB:** ████████                  )
                                                       )    **INFORMATION / COMPLAINT**
            ████████████████                           )
                                                       )
                                                       )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

_____
                                                       Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

**BA06BTM0L3**

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

To be completed by Police Officer
and given to Motorist

| POLICE AGENCY |
|---|
| BUFFALO POLICE DEPARTMENT |
| Local Police Code **BPD** |

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

Last Name/Defendant: **SUTTLES**  First Name: **QUENTIN**  MI: **C**

Number: ▓▓▓  Apt. No.  Photo ID Shown

City: **BUFFALO**  State: **NY**  Zip: ▓▓▓  Owner Oper  Lic Class: **D**

Client ID Number: **796088308**  Sex: **M**  Date Expires: **02/02/2023**

Lic State: **NY**  Date of Birth:  Veh Type: **1**  Year: **2010**  Make: **CHEV**  Color: **GY**

Plate Number: **GWT5141**  Reg. State: **NY**  Registration Expires: **03/20/2021**

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

Time: **6:20 PM**  Date of Offense: **05/10/2020**  In Violation of: **NYS V AND T LAW**

Section: **5091**  Sub Section:  Tr Inf ⊙  Misd ○  Felony ○  MPH  MPH Zone

Description of Violation: **UNLICENSED OPERATOR**  US DOT#

CDL Veh ○  Bus ○  Haz Mat ○

Place of Occurrence: **MADISON/EAGLE**  Hwy No  Loc Code: **1501**

C/T/V Name: **BUFFALO, CITY OF - 1501**  County: **ERIE**  Hwy Type: **6**  NCIC/ORI: **01401**

AFFIRMED UNDER PENALTY OF PERJURY  Date Affirmed: **05/10/2020**  Off Assign: **DC**

(Officer's Signature)  Arrest Type: **1 - PATROL**

Officer's Last Name: **SCHEU**  First Name: **M**  MI:  Badge/Shield: **172580**

Radar Officer's Signature:

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address: **50 DELAWARE AVE**

City: **BUFFALO**  State: **NY**  Zip: **14202**

○ RETURN BY MAIL BEFORE OR IN PERSON ON:  Date: **05/11/2020**  Time: **9:30 AM**
○ MUST APPEAR IN PERSON ON:

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your license and/or a fine.

---

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):
_____
_____

All statements are made under penalty of perjury.

Date: _____  Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ☐  No ☒

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ⊙  SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○

Signature _____
Address _____
_____

City _____  State _____  Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____  State _____  Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE.

New York State · Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**BA06BTM02C**

To be completed by Police Officer
and given to Motorist

**POLICE AGENCY**

BUFFALO POLICE DEPARTMENT
Local Police Code
BPD

| Last Name (Defendant) | First Name | LHI |
|---|---|---|
| SUTTLES | QUENTIN | C |

| Number and Street | | Apt. No. | Photo Lic. Shown |
|---|---|---|---|

| City | State | Zip Code | Owner Oper | Lic. Class |
|---|---|---|---|---|
| BUFFALO | NY | | | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 796088308 | M | 02/02/2023 |

| Lic. State | Date of Birth | Veh Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | | 1 | 2010 | CHEV | GY |

| Plate Number | Reg State | Registration Expires |
|---|---|---|
| GWT5141 | NY | 03/20/2021 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 6:20 PM | 05/10/2020 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1127A | | ● | ○ | ○ | | |

| Description of Violation | US DOT# |
|---|---|
| DRIVING/WRONG DIREC ON ONE-WAY STRT | |

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy No | Loc. Code |
|---|---|---|
| MADISON/EAGLE | | 1501 |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| BUFFALO, CITY OF - 1501 | ERIE | 6 | 01401 |

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed | Off Assign |
|---|---|---|
| *[signature]* | 05/10/2020 | DC |

(Officer's Signature)

| | Arrest Type | |
|---|---|---|
| | 1 - PATROL | |

| Officer's Last Name | First Name | Badge/Shield | MI |
|---|---|---|---|
| SCHEU | M | 172580 | |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO CITY COURT

Address
50 DELAWARE AVE

| City | State | Zip |
|---|---|---|
| BUFFALO | NY | 14202 |

| ● RETURN BY MAIL BEFORE OR IN PERSON ON: | Date | Time |
|---|---|---|
| ○ MUST APPEAR IN PERSON ON: | 05/11/2020 | 9:30 AM |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

· If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.

· If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

· Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.

· DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

· If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury.

Date: _____ Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**    Yes ☐    No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●    SPEEDING (Gen 101) ○

GENERAL (Gen 101A) ○

Signature _____

Address _____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES          AFN:  20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:**20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB:** ███████

███████████

)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

**II.  IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME) **PO SCHEU, MICHAEL**

DATE: **5/10/2020**        PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☒  5.  Other (specify)  **DIRECT OBSERVATION**

## ENTPortal - Data Check Results

**Printed: 5/10/2020 8:21:13 PM**

---

### SEARCH CRITERIA

```
        Last Name: SUTTLES
       First Name: QUENTIN
   Middle Initial:
        Name Ext:
             DOB: ████████
             Sex: M
            Race: U
```

---

### LOCAL WARRANT INFORMATION

```
------- Warrant Information -------------------------------------------------
        Warrant #: 17707065
       Iss. Date: 2017-08-01
      Iss. Agency: Lancaster Town Police Department
            Type: DCJS
       Complaint #:
       Extradition: S
            Court:
            Judge:
   Predicate Felon: false
 Vulnerable Victim:

------- Personal Information ------------------------------------------------
             Name: SUTTLES, QUENTELL D
              DOB: ████████
              Sex: M
             Race: B
           Height: 602
           Weight: 160
            Build:
             Skin:
             Hair: BLK
             Eyes: BRO
         Ethnicity:
   Facial Features:
          Address:
            SSN #:
            PCN #:
            FBI #:
            SID #:

------- Charges ------------------------------------------------------------

       CHARGE: VTL 0511  M 2
    ATTEMPTED:
       COUNTS:
  DESCRIPTION:


------- Notes --------------------------------------------------------------
```

---

### NYSP Order of Protection

```
-------NYSP ORDER OF PROTECTION DATA--------------------------------

***Order of Protection Record***
          Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
       Issue Date: 2020-02-05  Expiry Date: 2020-08-05
          Agency: BUFFALO CITY POLICE DEPARTMENT
             ORI: NY0140100  Phone #: 7168514545
      Iss. Court: BUFFALO CITY COURT
           Judge: FOOTE-BEAVERS,LENORA B
            Type: LC  Phone #: 7168452661
   Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05  Serving Agency:
    Law Enf Service:
    Service Caution:
          Condition:
Service Required: false
 Warrant Return: false
    Court Advised: true
          Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
          ORDER IS ENFORCEABLE **

              Misc:

Requesting Person: VASQUEZ, DANIELLE
              DOB: 1995-12-11  Sex: F  Race: U
              SSN:
         Other ID: REQUESTOR_PROTECTED
          Caveat:
            Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
            Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
            Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
            Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
            Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
              DOB: ▮▮▮▮▮▮▮  Sex: M  Race: B
           Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
              SSN:    FBI #:    State ID #: 00476540N
         Other ID:
Youthful Offender: false
     Caution Info: -
          Caveat:
            Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
            Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED   THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT   THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER;

Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of Protection Record***

```
               Order #: 2020-000429 Family Unit #: 227334  Status: TEMPORARY
            Issue Date: 2020-02-07  Expiry Date: 2020-08-07
                Agency: ERIE COUNTY SHERIFFS OFFICE
                   ORI: NY0140000  Phone #: 7168582903
            Iss. Court: ERIE COUNTY FAMILY COURT
                 Judge: RODWIN,LISA B
                  Type: FC  Phone #:
         Orig. Case ID:   Docket: O-00440-20  Suffix:
     Court Ord Service: 2020-02-07  Serving Agency:
        Law Enf Service:
        Service Caution:
             Condition:
       Service Required: false
        Warrant Return: false
         Court Advised: true
               Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                        ORDER IS ENFORCEABLE **

                  Misc:

      Requesting Person: VASQUEZ, DANIELLE
                   DOB: 1995-12-11  Sex: F  Race: B
                   SSN: 115843298
              Other ID: REQUESTOR_PROTECTED
              Alt Name: VAZQUEZ, DANIELLE
                Caveat:
```

Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB: 12/11/1995);

Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF DANIELLE VASQUEZ (DOB: 12/11/1995);

Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY FAMILY COURT;

```
       Protected Person: SUTTLES, AVEON
                   DOB: 2015-10-15  Sex: F  Race: U
           Description:
                   SSN:
              Other ID: PROTECTED
                Caveat:
```

Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);

Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY COMMUNICATION ON BEHALF OF THE RESPONDENT;

Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
        Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
·       Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

     Protected Person: ZEIGLER, KAIEO
               DOB: 2018-09-26 Sex: M  Race: U
        Description:
               SSN:
          Other ID: PROTECTED
           Caveat:
             Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
             Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
             Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY DAYCARE SERVICES;
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

     Restricted Person: SUTTLES, QUENTIN
               DOB: ██████████     Sex: M  Race: B
            Height: ████  Weight: ████  Eye: BRO  Hair: BRO  Skin:
               SSN: ████████  FBI #:   State ID #:
          Other ID:
          Alt Name: SUTTLES, QUINTON C
  Youthful Offender: false
       Caution Info:  -
            Caveat:
             Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, RIFLES, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT IMMEDIATELY;
             Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
             Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
             Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

---

**DCJS/NCIC Person (by Person)**

------DCJS PERSON DATA---------------------------------------------

***Wanted Person Record***
          Name: SUTTLES, QUENTELL D
           DOB: ██████████  Sex: M
        Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
           SSN: ████████  FBI #:   State ID #:
      Juvenile:
    Recidivist: true
Predicate Felon: false
      Warrant #: 17707065  WPN #:    Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
        adjacent counties
Organization: Lancaster Town Police Department
Phone #: (716)683-2800
    Charge: VTL 0511  U M 2
    Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
    Misc:


-------NCIC PERSON DATA-------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/███████ EYE/BRO HAI/BRO
SOC/███████
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/███████HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

-------DCJS PROBATION DATA--------------------------------------------

***No Probation Records Found***

## DCJS Parole

-------DCJS PAROLE DATA-----------------------------------------------

***Parole Record***
             Name: SUTTLES, QUENTELL D
              DOB: ███████████    Sex: M
           Height: 6'02"  Weight: 160   Eye: BLK   Hair: BLK
            NYSID: 476560
          Address: ████████████████████

          Precinct:

    Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
     Effective Date: 2020-04-30  Expiry Date: 2022-10-30
  Supervising Agency:    ORI:
   Sr Parole Officer: HARTBADER,BETH
      Parole Officer: ROSARIO,ELIEZER
             Phone #:
             Address:

             Caveat:          ,

*Notified MP* (handwritten)

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

Docket No. _____
CD No.   20-1310536
AFN   20-0147891

DANT: QUENTIN SUTTLES      DOB: ████      Date Of Arrest: 5/10/20

EFENDANTS:

| | DOB: |
|---|---|
| | DOB: |
| | DOB: |

1. Officer in charge of case:  OFC MICHAEL SCHEU      Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

**Erie County District Attorney – Buffalo City Court Disposition Form**

| Arraign Date:  Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1.  PL 195.05 | | | | |
| 2.  PL 205.30 | | | | |
| 3.  PL 215.40-2 | | | | |
| 4.  VTL 1227-A | | | | |
| 5.  VTL 509-1 | | | | |
| 6. | | | | |

| | | | |
|---|---|---|---|
| 710.30 ( ) | Lab ( ) | Local/NYSISS ( ) | MV-104 ( ) |
| Supporting Dep. ( ) | Medicals ( ) | DMV ( ) | Readiness ( ) |
| Forensic Req. ( ) | Breath Documents ( ) | Albany ( ) | **Domestic Violence** ( ) |

P-1261 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
Buffalo, New York

CD# 20130536
DATE: 5-10-2020
TIME: 1915
UNIT: CCB

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

**TO BE COMPLETED BY REQUESTING OFFICER**

| FIRST | MIDDLE | LAST NAME | NO. | STREET | CITY | STATE |
|---|---|---|---|---|---|---|
| Quinton | | Suttles | | | | |

| D.O.B. | SEX | Charge (s) (Specify Section/Sub Section & Title of the Law) |
|---|---|---|
| | Male | 195.05 |

| Rank | Arresting Officer (s) | Unit: |
|---|---|---|
| P.O | R. Ammerman | C480 |

| * Is Prisoner a Juvenile? (Under 18 years of age) | Parent(s) or Guardian:  Name        Address | Phone: |
|---|---|---|
| YES ☐     NO ☑ | | |

REMARKS:

Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

Dislocated Right Shoulder. Face Contusion

Signed  CBM _____ Rank

**TO BE COMPLETED BY HOSPITAL / PHYSICIAN**

| Hospital: ECMC | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting  AMR 545 |
|---|---|

| Name of Doctor: | Street & No. | City | State | Zip Code |
|---|---|---|---|---|

(Diagnosis / Nature of illness / treatment.  Use Common medical terms to describe ailment.)

| Was Prisoner admitted to Hospital?  Yes ☐   No ☐   Time ____ hrs.  Date: | Prisoner Released:  Time ____ hrs.   Date: |
|---|---|

TO THE HOSPIAL:

If this prisoner is admitted, please notify the **CIR** Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE!  NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE [ ] IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION:  Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: **05/10/2020**

Name: **SUTTLES, QUENTIN C.**

DOB: ▮▮▮▮

Address: ▮▮▮▮

Arresting Officer(s): **PO M. SCHEU**

Arrest #: **261083**          Complaint #: **20-1310536**

Remarks: *Taken to ECMC*

PROPERTY LIST:          CASH: **$0.00**

**NYS ID**
**EARRING**

Property #:
Placed In          Recieved By: _____

| PROPERTY RECEIVED | PROPERTY RETURNED |
|---|---|
| Date: 5/10/20   Time: 2031 | Date: _____   Time: _____ |
| | ** I have received the above property. |

_____          _____
Prisoner's Signature          Prisoner's Signature

_____          _____
Officer's Signature          Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-163 (Rev 01/15)

ORI# 1501

263561

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

@ECMC

7796

DISTRICT OF ARREST: _____

PROPERTY: ☐ YES    ☐ NO

MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RICI# _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: ▓▓▓▓    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SCHEN    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05 PL 205.30 PL215.40(2) VTL 1127A VTL 509-1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT EMPLOYEE DID PUSH OFF VEHICLE AND FIGHT WITH OFCS DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP RESISTING/REACHING, ▓▓▓▓ ▓▓▓▓▓▓▓▓▓ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF. DID STATE HE WAS TOOK WEED plastic pill

DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE

DEFENDANT'S ADDRESS: ▓▓▓▓▓▓▓▓▓

CITY: BUFFALO    STATE: NY    ZIP CODE: ▓▓▓▓    US CITIZEN: ☒ YES    ☐ NO

SOCIAL SECURITY NUMBER: ▓▓▓▓▓▓▓    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES    ☒ NO (IF YES, ATTACH COPY)    REPORT TECH. INITIALS: JMP    SATISFACTORY ID: ☒ YES    ☐ NO
NYS ID

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?    ☐ YES    ☐ NO

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE?    ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES    ☐ NO    PLATE #: GWTS141    LOCATION: 166 PRET

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES    ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured?  (Date and time) _____

2. Have you received medical attention since your arrest?    ☒ YES    ☐ NO    - taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

# Patient Visit Information

**You were seen today for:**

Scapular fracture
Fracture of right orbital floor

## Staff

Your caregivers today were:

| | |
|---|---|
| Physician | INNES,JOHANNA C MD |
| Practitioner | JOSE A BAEZ |
| Nurse | RXN |

## Patient Instructions Reviewed

Scapular Fracture
Facial Fracture
Eye Pain
Facial Contusion

received 05/11/20 - 0142

## Medication Dose and Instructions

**HYDROcodone/APAP 5/325\* (Norco 5/325\*) 5 Mg-325 Mg Tablet**
Dose: 1 TAB ORAL EVERY 4 TO 6 HOURS as needed for PAIN for 4 Days, Dispense 20 TAB
05/11/20 1:33am Status: RECEIVED
RITE AID-654 COLVIN AVE (716)447-9128
654 COLVIN AVENUE KENMORE,NY 14217-2825

## ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Return if you have develop severe headache, persistent vomiting,



**Erie County Medical Center Corporation**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

confusion, severe eye pain, blurry or double vision, or worsening shoulder pain. Take pain meds as needed. Remeber to not blow nose, sneeze with mouth open, submerge yourself under water or take a flight as discussed with the ENT for 3 weeks with follow up in 1-2 weeks. Keep are in sling and no lifting of the affected arm and follow up in 1 week at the orthopedic clinic

**FOLLOW UP WITH:**
Your primary provider In 3-5 days

ENT/Belles 838-1100
Orthopaedic 898-3414 In 3-5 days

**DISCHARGE INSTRUCTIONS:**

Dont push/pull/lift R arm

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)

**Outpatient Clinic Referral**

Following your visit to the **ECMC Emergency Department**  you may have been referred to see a



**E C M C**

**ERIE COUNTY MEDICAL CENTER
CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

healthcare provider at one of **ECMC's Outpatient Centers**.  If so, you will be contacted by the ECMC scheduling department to schedule your appointment.  If you have any questions or would like to call the scheduling department you may do so by calling **(716)898-3700.**

In preparation for your visit we ask that you bring the following information to your appointment:
- Current active insurance card
- Photo identification
- Current medication list
- Current Pharmacy
- Name and address of your Primary Care Provider
- All prior imaging reports pertaining to your referral from any outside facility.
**(Reports from ECMC are not necessary)****



Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Scapular Fracture

## WHAT YOU NEED TO KNOW:

A scapular fracture is a break in the scapula (shoulder blade). The scapula is a large, flat bone shaped like a triangle that is located on each side of your upper back.





## DISCHARGE INSTRUCTIONS:

### Medicines:
- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you ask for more medicine. If your pain medicine contains acetaminophen, do not take over-the-counter acetaminophen as well. Too much acetaminophen can damage your liver.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

with you in case of an emergency.

**Follow up with your healthcare provider or orthopedist within 2 to 3 days:**
Write down your questions so you remember to ask them during your visits.

**Activity:** Talk to your healthcare provider or orthopedist before you start to exercise. Start slowly and do more as you get stronger. Exercise will help make your bones and muscles stronger. Do **not** play contact sports, such as football and wrestling, while your scapula is still healing. Ask when you can start playing contact sports.

**Physical therapy:** You may need physical therapy once your swelling and pain have improved. A physical therapist will teach you exercises to help improve movement and strength.

**Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your scapula for 15 to 20 minutes every hour or as directed.

**Sling care:** Healthcare providers may put your arm in a sling to support your scapula while it heals. Keep your sling clean, and adjust it so that your arm is comfortable.

**Rest:** Rest when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

**Contact your healthcare provider or orthopedist if:**
- You have a fever.

- You have more swelling than you did before your arm was put into the sling.

- Your skin is itchy, swollen, or has a rash.

- You have questions or concerns about your condition or care.



**ECMC**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

---

## Return to the emergency department if:

- You cannot move your fingers.

- Any part of your arm becomes blue, pale, cold, or numb.

- Your pain is not relieved or gets worse, even after you take medicine.

- You suddenly feel lightheaded and short of breath.

- You have chest pain when you take a deep breath or cough. You may cough up blood.

- Your arm feels warm, tender, and painful. It may look swollen and red.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Fracture

**WHAT YOU NEED TO KNOW:**

A facial fracture is a break in one or more of the bones in your face. The bones in your face include those around your eye, your cheekbones, and the bones of your nose and jaw. A facial fracture may also cause damage to nearby tissue.



**DISCHARGE INSTRUCTIONS:**

**Medicines:**

- **Decongestant medicine:** Decongestants help decrease swelling in your nose and sinuses. This medicine may also help you breathe easier.

- **Pain medicine:** You may be given a prescription medicine to decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroid medicine:** This medicine helps decrease swelling in your face.

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- **Antibiotic medicine:** Antibiotic medicine helps treat an infection caused by bacteria. This medicine may be given if you have an open wound.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Nutrition:** You may not be able to eat solid food for a period of time. You may first be started on a liquid diet. Examples of liquids you may be able to have include, water, broth, gelatin, apple juice, or lemon-lime soda pop. After a few days, you may be allowed to eat soft foods, such as applesauce, bananas, cooked cereal, cottage cheese, pudding, and yogurt. Ask for more information about the type of foods you can eat.

**Rehabilitation:**  If you had surgery to fix your facial fracture, you may need oral and facial rehabilitation. This is done to restore normal use and movement of your facial muscles. Ask for more information about rehabilitation.

**Help prevent a facial fracture:**
- Wear a helmet when you ride a bicycle or a motorcycle.

- Wear a seatbelt at all times when you are inside a motor vehicle.

- Wear protective headgear and eyewear during sporting activities.

**Self-care:**
- **Apply ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on your face for 15 to 20 minutes every hour as



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Eye Pain

## WHAT YOU NEED TO KNOW:

Eye pain may be caused by a problem within your eye. A problem or condition in another body area can also cause pain that travels to your eye. Some causes of eye pain include dry eyes, inflammation, a sinus infection, or a cluster headache.

## DISCHARGE INSTRUCTIONS:

**Medicines:** You **may** need any of the following:
- **Artificial tears** are eyedrops that can help moisturize your eyes and relieve your pain. Ask your healthcare provider how often to use artificial tears.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask if NSAIDs are safe for you. Always read the medicine label and follow directions. **Do not give these medicines to children under 6 months of age without direction from your child's healthcare provider.**

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.


**Follow up with your healthcare provider as directed:** You may be referred to an eye specialist. Write down your questions so you remember to ask them during your visits.

**Contact your healthcare provider if:**
- You have a fever.

- Your eye pain gets worse when you move your eyes.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have questions or concerns about your condition or care.

**Return to the emergency department if:**
- You have any vision loss.

- You have sudden vision changes such as blurred vision, double vision, or seeing halos around lights.

- You develop severe eye pain.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

## Facial Contusion

## WHAT YOU NEED TO KNOW:

A facial contusion is a bruise that appears on your face after an injury. A bruise happens when small blood vessels tear but skin does not. When blood vessels tear, blood leaks into nearby tissue, such as soft tissue or muscle. You may develop swelling and bruising around your eyes if your bruise is on your brow, forehead, or the bridge of your nose.



⚕ADAM

## DISCHARGE INSTRUCTIONS:

### Return to the emergency department if:
- You have a fever.

- You have watery, clear fluid draining from your nose.

- You have changes in your vision or eye appearance.



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

- You have changes or pain with eye movement.

- You have tingling or numbness in or near the injured area.

**Contact your healthcare provider if:**
- You find a new lump in the injured area.

- Your symptoms do not improve with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Ice:** Apply ice on your bruise for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

**Elevation:** Sleep with your head elevated to help decrease swelling.

**Help your contusion heal:** Do **not** massage the area or put heating pads or other warming devices on the bruise right after your injury. Heat and massage may slow the healing of the area.

**E C M C**
**ERIE COUNTY MEDICAL CENTER**
**CORPORATION**

Patient: SUTTLES,QUENTIN C
Account Num: V00005956600
Med Rec Num: M000722623
Location: EMERGENCY ROOM
Physician: INNES,JOHANNA C MD
Date: 05/10/20

**Follow up with your healthcare provider as directed:** You may need to return within a week to have your injury checked again. Write down any questions you have so you remember to ask them in your follow-up visits.

**Prevent a facial contusion:**
- Use safety belts and child restraints.

- Use safety helmets when you ride a bicycle or motorcycle.

- Use a mouth and face guard during sports.

© 2017 Truven Health Analytics LLC Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

# BUFFALO PD
68 COURT STREET
BUFFALO, NY 14202

## PRISONER'S PROPERTY RECEIPT

Receipt #: **43126**

Date: **05/10/2020**

| | |
|---|---|
| Name: | **SUTTLES, QUENTIN C.** |
| DOB: | ▮▮▮▮ |
| Address: | ▮▮▮▮ |
| Arresting Officer(s): | **PO M. SCHEU** |
| Arrest #: | **261083** |
| Remarks: | Taken to ECMC |

Complaint #: **20-1310536**

PROPERTY LIST:    CASH: **$0.00**

**NYS ID**
**EARRING**

ECMC paperwork

BUFFALO NY POLICE DEPT.
2020 MAY 11 AM 11:07

Property #: _____    Recieved By: _____
Placed In: NP

| **PROPERTY RECEIVED** | **PROPERTY RETURNED** |
|---|---|
| Date: 5/10/20    Time: 2031 | Date: _____ Time: _____ |
| | ** I have received the above property. |

_____
Prisoner's Signature

_____
Prisoner's Signature

_____
Officer's Signature

_____
Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2020-024

**DEFT_EXHIBIT**

**002**

KC 01/26/2024

A.      Case Summary Information
                    1.  ~~Case Disposition~~
                    2.  Case Summary
                    3.  ~~Closing Letter to Complainant~~
B.      Complaint
                    1.  ~~IAPro Summary~~
C.      Complainants
                    1.  Quentin Suttles
D.      Witness(s)
                    1.  PO Peter Massici
                    2.  PO Jonathan Hanover
                    3.  PO Jake Giarrano
E.      Targets
                    1.  PO Ronald Ammerman
                    2.  PO Michael Scheu
F.      Reports
                    1.  CAD Report – 20-1310536
                    2.  CHARMS Report – 20-1310536
                    3.  Unit History Report – C480
                    4.  Arrest Reports/Medical Records – Quentin Suttles
G.      Statements
                    1.  50-H Mr. Suttles
H.      Correspondence
                    1.  Case Related Emails
I.      Miscellaneous
                    1.  Facebook Videos
                    2.  BWC footage

**Use of force**     **IA No: UOF2020-209**     **Received: May 10, 2020**

Incident # (CD#): 20-131-0536

Type of service being performed at time of incident: Arrest

Reason for use-of-force: Multiple

Employee assessment of citizen condition: Unknown

Citizen was injured: Yes

Citizen was taken to hospital: Yes

Citizen was charged/arrested in relation to the incident: Yes     Employee was injured: No

Employee was taken to hospital: No

Distance employee was from Involvedcitizen: 1 feet to 3 feet

Involved citizen: Medium

Involved citizen Height: > 6'3"

**Involved citizen:**

**Quentin Suttles**

Role: Defendant

Resistance(s):

Attmpt conceal evidence
Attmpt destroy evidence
Fighting w/officers
Pulled away
Push off police vehicle
Refused Commands
Refused Cuffing
Struggle w/officer(s)
Violent

Injuries/conditions:

Swollen
*EMS Transported

Charges against citizen in relation to the incident:

Obstructing 195.05
Resisting arrest 205.30
Tampering w/phys eviden 215.40
V&T 509-1

Linked address(s):
Home Address: 996  Av.  Buffalo NY 14211

**Employees involved:**

**Officer Ronald J. AMMERMAN [P3621/174114]**

    **Employee current info:**

    Division:  Patrol
    District:  C
    Man Power:  MP4

    **Snapshot - Employee information at time of incident:**

    DID #:: 174114
    Role:  Passenger
    Division:  Patrol
    District:  C
    Man Power:  MP4
    Rank/title: Officer
    Age: 27   Years of employment: 3   Years with unit: 2
    Off duty:   Off duty employed:

    **Policy outcome:  Not yet entered**

  Use(s) Of Force:

    Verbal Commands: NOT effective

    Physical Engagement: Effective

**Summary:**

    Officers initiated a traffic stop for V&T infractions.Upon further investigation a strong odor of marijuana came from the vehicle and occupants made admissions to smoking marijuana in the vehicle.While patting down the subject he did push off vehicle, push off officers and attempt to reenter vehicle and get away.Officers had to take the subject to the ground in order to attempt to gain control. Subject refused to comply with multiple verbal commands from officers.During entire struggle subject did continuously put hands into pants and continue to disobey verbal commands.Officer did attempt to gain control of subject with a upper body hold, subject still refusing to comply with verbal commands to put his hands behind his back and attempt to get away from officers, officer did strike subject in his head with hands.

**When/where:**

Date/time occurred: May 10 2020  18:30

Incident location:  madison St.  buffalo NY 14211
    County:  District-C

**Auto-linked incidents ( Linked through common Incident # (CD#))**

    20-131-0536:    Use of force
    20-131-0536:    External

**Status/assignment information:**

Status: Completed

Opened:  Assigned:    Due:     Completed: 05/29/2020

Disposition: No Violation

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Un-assigned
Supervisor assign: Un-assigned
Source of information:

**Organizational component(s):**

Division: Patrol
District: C
Man Power: MP4

**BlueTeam chain routings**

**May 10, 2020  23:53: Sent from Officer Ronald J. AMMERMAN [P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Sirs,

Please review.

Respectfully submitted,

Ron Ammerman

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at 16:30

Decision: Not approved
Other (See Summary)

Reviewer comment:

INCIDENT # MUST BE FORMATTED 20-131-0536

**May 11, 2020  16:30: Sent from Lieutenant Courtney A. TRIPP [L503/172868] to AMMERMAN, Ronald J. Officer [P3621/174114]**

Instructions:

INCIDENT # MUST BE FORMATTED 20-131-0536

Reviewed by Officer Ronald J. AMMERMAN [P3621/174114] on May 11, 2020 at 16:45

Decision: Not approved
Other (See Summary)

Reviewer comment:

Please review

**May 11, 2020  16:45: Sent from Officer Ronald J. AMMERMAN
[P3621/174114] to TRIPP, Courtney A. Lieutenant [L503/172868]**

Instructions:

Please Review

Reviewed by Lieutenant Courtney A. TRIPP [L503/172868] on May 11, 2020 at
19:31

Decision: Approved

Reviewer comment:

I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

**May 11, 2020  19:31: Sent from Lieutenant Courtney A. TRIPP
[L503/172868] to LANGDON, Joseph M. Captain [C140/000517]**

Instructions:

I have reviewed this incident and determine force was reasonably
necessary and within BPD policy.

Reviewed by Captain Joseph M. LANGDON [C140/000517] on May 18, 2020 at
17:10

Decision: Approved

Reviewer comment:

I have reviewed this incident and the body-cam footage related to same,
I find the use of force reasonable and necessary to overcome the
resistance of a non-compliant and physically combative subject, I feel the
use of force was within Dept. policy and procedure.

**May 18, 2020  17:10: Sent from Captain Joseph M. LANGDON
[C140/000517] to WRIGHT, Alphonso Chief [/001056]**

Instructions:

Chief, please review. Thank you

Reviewed by Chief Alphonso WRIGHT [/001056] on May 27, 2020 at 11:28

Decision: Approved

Reviewer comment:

[Forwarded by Chief Alphonso WRIGHT]

**May 27, 2020  11:28: Sent from Chief Alphonso WRIGHT [/001056] to HUMISTON, Patrick J. Captain [C143/001213]**

Instructions:

>   I agree with Captain Langdon statement

Reviewed by Captain Patrick J. HUMISTON [C143/001213] on May 28, 2020 at 09:43

Decision: Approved

Reviewer comment:

>   After reviewing the Command Staff's response/comments/investigation and the report, the incident appears to be within policy.


**Entered via BlueTeam by: Officer Ronald J. AMMERMAN [P3621/174114] on May 10, 2020 at 23:28**

IAD CASE EC2020-024

DATE:                              May 11, 2020

TO:                                Byron C Lockwood, Commissioner
                                   Buffalo Police Department

                                   Robert Rosenswie, Inspector
                                   Internal Affairs Division

FROM:                              Andre M. Lloyd, Lieutenant
                                   Internal Affairs Division

SUBJECT:                           IAD CASE EC2020-024

TYPE OF COMPLAINT:                 Excessive Force

TARGET(S):                         PO Ronald Ammerman
                                   C-District

                                   PO Michael Scheu
                                   C-District

<u>INVESTIGATION</u>

<u>Investigative Summary:</u>

*****PENDING*****

     A.    <u>Complainant</u>

       1.  Quentin Suttles



a. Complainant Background

Refer to EJustice Report

IAD CASE EC2020-024

2. <u>Complainant's Allegations</u>

The complainant alleges that Officer used excessive force during an arrest made on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

3. Complainant's Statement(s)

N/A

B. <u>Witnesses</u>

1. Police

a. Police Officer Peter Massici



1. Disciplinary History
N/A

2. Officer's Statement
N/A

b. Police Officer Jonathan Hanover



1. Disciplinary History
N/A

2. Officer's Statement
N/A

c. Police Officer Jake Giarrano

IAD CASE EC2020-024



    1.  Disciplinary History
        N/A

    2.  Officer's Statement
        N/A

d.  Police Officer Marc Hurst



    1.  Disciplinary History
        N/A

    2.  Officer's Statement
        N/A

2. Civilian

a.    Demetrius Stepney (No Photo Available)
       9 Madison St., Upper
       Buffalo, NY 14210
       Phone: 716-816-6457

       1.  Statement
       **Refer to investigator's notes**

       2.  Witness Background
          N/A

b.    Ricky and Faith Bishop (No Photo Available)
       584 E Eagle St.
       Buffalo, NY 14210

IAD CASE EC2020-024

1.   Statement
**Refer to investigator's notes**

2.   Witness Background
N/A

D.      Officer(s) Involved

1.      Police Officer Ronald Ammerman
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

**Refer to investigator's notes**

1.      Police Officer Michael Scheu
C-District



a. Disciplinary History

Refer to IAD Disciplinary File

b. Officer's Statement

IAD CASE EC2020-024

**Refer to investigator's notes**

E.    Investigator's Notes

5/11/2020 – This writer was directed by Inspector Rosenswie to initiate an investigation into a complaint of Excessive Force stemming from an incident which occurred on 5/10/2020 at approximately 1820 hours in the vicinity of the intersection of E Eagle and Madison Streets.

5/11/2020 -   Received contact information for complainant, Tina Akaic – 716-563-2343. This writer spoke with Ms. Akaic via telephone and I was advised she was not present during the incident. Ms. Akaic stated she has child in common with Mr, Suttles. She informed me that Mr. Suttles was unable to take my call and in any case had been advised by his attorney to not speak anyone. Ms. Akaic stated she did not have the name of his attorney readily available, but she agreed to pass on my information.

5/11/2020 – Obtained cell phone videos of the incident and follow-on reactions via Facebook and added to case file

5/11/2020 – Obtained the involved Officers body worn camera footage of the incident and added to case file

5/11/2020 – Obtained arrest documents, medical records, and criminal history for complainant, Quentin Suttles.

5/12/2020 - This writer and IAD Investigator Lt. Louis Kelly conducted a canvass of the Eagle St. and Madison St. neighborhood.

We spoke with Demetris Stepney of 9 Madison St. Upper. Mr. Stepney stated he did not observe the beginning of the incident. He heard yelling coming from outside his home and he went outside to see what was happening. He stated he observed a black male handcuffed on the ground and Officers were punching him in the head and striking him on his back with their knees. Mr. Stepney also stated there was a female present who kept yelling at the Officers, telling the Officers to stop hitting the male. He stated that after the scuffle, Officers appeared to be searching for something. They searched the male, the ground, and the male's vehicle, but they did appear to find anything.

We also spoke with Ricky and Faith Bishop of 584 E Eagle St. Their residence is at the northwest corner of E Eagle and Madison Streets. They too did not observe Officers initial contact with Mr. Suttles. They came outside to investigate after hearing yelling outside their home. Mr. and Mrs. Bishop stated they observed two Officers on the ground with a male. One of the Officers was striking the male in the head with his fist. They also stated they observe a female yelling at the police while filming the incident on her cell phone. The Bishop's later reviewed their home surveillance video which they stated showed Mr. Suttles' vehicle turning northbound on Madison St. from E. Eagle. Madison St. is one way for traffic traveling southbound. A police vehicle with lights activated followed Mr. Suttles vehicle northbound on Madison St. Video on Madison St. was obstructed by parked vehicles. This writer provided the Bishops with my contact information in order to obtain copies of the videos.

5/13/2020 – Police Officer Gaisha Wilson of the Internal Affairs Satellite Office received a voicemail from Attorney April Robinson. Ms. Robinson stated she was the representative for Mr. Quentin Suttles. She provided the following information:

IAD CASE EC2020-024

Attorney April A. Robinson
The Elevation Law Firm
404-819-1980

Officer Wilson attempted to reach out to Ms. Robinson, but was unsuccessfully. She left messages and as of 5/14/2020, Ms. Robison has not returned her phone call.

F.      Contact Information

Lt. Andre M. Lloyd
68 Court St., Suite 300
Buffalo, NY 14202
Phone: 716-851-4783
Email: amlloyd@bpdny.org

4/6/21- Police Officer Ronald Ammerman gave a statement to Lt. Alberti @1515 hours. Stated he and his partner, PO Mike Scheu did observe a car travelling the wrong way on a one way street. The car attempted to do a 3 point turn to head in the right direction and was subsequently then pulled over by subject Officer and his partner. Stated PO Scheu approached the driver's side and was speaking with the driver and the subject Officer did approach the passenger side and was speaking with the FM passenger. Stated the smell of marihuana was exiting from the vehicle and subject Officer did see what appeared to be narcotics baggies on the floor where the passenger was sitting. Stated the male driver exited the vehicle and was being patted down by PO Scheu when he appeared to have turned into into his partner at which time subject Officer did go over to the drivers side to assist after partner stated he had felt something that could have been narcotics during his pat down in the waist band / pocket area of the male.  Stated the driver did lean into the vehicle handing the FM passenger his cell phone. State the male kept going in his pockets and was told several times to remove his hands from same and subsequently after not complying was taken to the ground by Officers and did pull himself under the car up to about his waist so that his upper half was beneath the car.. Stated the male was told repeatedly to stop and put his hands behind his back due to the fact  if he had indeed had narcotics he may attempt to hide or destroy evidence or even worse attempt to swallow it that could possibly lead to his death. Subject Officer also stated it is also possible that the male have a small weapon, knife or razor blade still hidden at this point. Stated both Officers repeatedly gave verbal commands to the male to stop and give Officers his hands and only did after being struck several times in the head by subject Officer while partner was also informing subject Officer of the whereabouts of the males other hand. Stated he never had the male in a choke hold but rather a restraint where the upper body and arm would have been in the Officers grasp. Stated male kept yelling he was being killed and could not breathe, at no time was the male in danger of not being able to breathe or lose consciousness due to being restrained.  Stated bystander's as well as the FM passenger were telling the male to just stop and it would be ok to which he did ignore what they were telling him. Stated the male eventually stopped most likely from fatigue and did give the Officers his hands to be cuffed and no other force was used against the male once he did comply as Officers repeatedly asked of him to do.. Stated the male was taken to CCB for a more thorough search and then taken by ambulance to ECMC for medical and was accompanied by subject Officer who rode in the back. Stated the male while enroute to CCB and also ECMC did state to Officer's  that he did have drugs on him that he gotten  rid of it in the grass  and told his girlfriend everything would have been alright had he just given the drugs up. Stated no drugs were ever recovered, male was treated at ECMC and prir to this date the subject Officer had no previously dealings with him.

4/6/21- Police Officer Michael Scheu gave a statement to Lt. Alberti @ 1540 hours. Stated he and his partner, PO Ammerman did observe a vehicle travelling the wrong way on a one way and stopped the vehicle for this. Stated a very strong odor of marihuana was coming from inside the vehicle as its windows were rolled down as Officers approached. Stated the occupants of the vehicle did admit to smoking and the male driver stepped out of the car to be patted down bu subject Officer as his partner stayed on the passenger side initially. Stated as he was patting down the male for drugs / weapons he did

IAD CASE EC2020-024

feel something at which point he shook the shorts out and what he originally felt (8 ball) slid down into the males crotch area. Stated the male grabbed the door jam and did pull himself toward the inside area of the car at which time he was told to stop which he refused to comply with and was taken to the ground. Stated he did have his hand balled up inside his pants area and with his other hand was pulling himself under the vehicle almost being up to his waist area at one point. Stated Officers were able to get males upper body from under the car but his hand was still balled up at which point subject Officer believes he may have kneed the male in back of his leg once as he and his partner repeatedly asked the male to stop resisting and give the Officers his hand which was being held by him inside his pants. Stated bystanders and the FM passenger that were watching also were telling the male to stop resisting to which he did not comply with. Stated the male eventually stopped resisting and was handcuffed then taken to CCB to be thoroughly searched. Stated the male after the search was taken to ECMC by ambulance for medical treatment and did make admissions that he did have narcotics as the Officers had suspected.

5/5/21 – Corp. Counsel attorney Zachary Garrick did forward copy of 50-H given by Quentin Suttles 12/2/20 who's summary is a s follows: On the date of the incident, he had picked up food for 3 individuals and was delivering said meals with his girlfriend in her Chevy Cobalt. Stated after dropping the last meal off  he was going to head from downtown to South Buffalo where he was going to pick his daughter up from her grandmothers home. Stated before leaving downtown he did stop to get gas for the vehicle at the gas station in the area of Jefferson and S. Division St. stated a white CV Police cruiser passed by as he was getting gas and did stare at him making him feel nervous at which time he left the gas station and did head down Jefferson and di then pass the same Police cruiser as they had just done a U-turn and were now heading back towards him. Stated he got worried and did turn the wrong way onto a one way street (Madison)  and after passing 3 homes he did attempt to turn around at which time he did see the same Police cruiser approaching him with their overhead lights activated. Stated at this time he put the vehicle in park and was now horizontal blocking the roadway to which the Police cruiser did pull up to his parked vehicle in a T-bone position. Stated 2 officers approached the vehicle, one Officer on each side and he was asked by the Officer on his side for his license, vehicle paperwork as well as inquiring if there were any drugs in the car. Stated he did exit the vehicle with his hands in the air and was searched  by PO Scheu who searched his pockets of his sweatpants first and then was "fondled" by PO Scheu after they  had searched the vehicle. and  had found nothing. Complainant then stated that the Officers had not searched the vehicle and he did not see them search same. Stated Po Scheu grabbed his penis and asked if that was him to which he replied "yes" at which point PO Scheu did then go up under his buttocks and grab the area his penis connects asking again "what's this" to which complainant responded "that's nothing". Stated he was then taken down and PO Ammerman takes over and does punch him in the eye while PO Scheu continued to "fondle" his penis. stated when he was taken down he ended up on his stomach , face down and one of the Officers was choking him at which time he began to yell to his girlfriend to record the incident as he "fought to stay alive". Stated backup Officers did arrive while he was on the ground as the "assault" was taking place. Stated he was never given any commands by Officers when he was taken to the ground and did not recall any Officer saying anything to him while on the ground. Said while on the ground his hands were "stretched out" until they were placed in handcuffs  by  PO Ammerman after his eye "closed shut". Stated he was then stood up by an unknown Officer and seated in the back of  a Police car by PO Ammerman . Stated on the way downtown PO Ammerman asked him where the drugs were to which he replied he did not have any. Stated after  Central  Booking he was taken to ECMC after he was complaining about injuries to his arm. Stated while at CB he was subjected to a cavity search which required him to squat, bend over, spreads his buttocks and cough looking for whatever PO Scheu thought he was feeling during his search. Stated at ECMC his waist down was x-rayed as well as his right shoulder. Stated he believes the Officers made hospital staff x-ray below his waist believing he had ingested or tucked away in his buttocks drugs because he never consented to same and his complaint was an injury to his right shoulder. Stated ECMC staff did tell him he had a broken right scapula and a broken orbital bone in his right eye area. Stated while at the Hospital, he could hear PO Jake Giaranno telling PO Ammerman the video the complainants girlfriend had recorded was posted already on Facebook. Stated PO Giaranno did enter his room  alone trying to "sweet talk" him telling him that if he had his girlfriend remove the video Officers would never bother him again. Stated he said ok to PO Giaranno feeling pressured to stay on the Officers good side. Stated he was taken back to CB where he did see the judge and was then released.



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Michael Scheu

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ____   DPC - ____   Chief - ____   Inspector - ____   Captain - ____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

_____
Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

To:        PO Ronald Ammerman

From:      Byron C. Lockwood
           Commissioner of Police

Subject:   Disposition IAD Case EC2020-024

Date:      May 12, 2021

Attention: Chief Wright

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[X] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[ ] CONFERENCE
        Commissioner - ___    DPC - ___    Chief - ____    Inspector - ___    Captain - ___

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Byron C. Lockwood
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

# Repository Inquiry

**To: lloyda3 For: Andre Lloyd Case No:EC2020-024 Social Security Number - 120760917 - PDI**

---

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

---

**Identification   Summary   Criminal History   Job/License   Wanted   Missing**

---

## ☺ Attention - Important Information ✆

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**History Consolidation** - Previously identified under the following NYSID number(s). Please change your records to reflect the consolidation of this number(s) to the current NYSID number 476540N

| Consolidated from NYSID | Consolidated To NYSID | Consolidation Date |
|---|---|---|
| 2855788R | 476540N | February 16, 2006 |

**This NYSID Number 476540N was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

**Wanted information included in this record.**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

---

## ☺ Identification Information ♠



Cycle 8
Arrest Date May 10, 2020

**Name:**

QUENTIN C SUTTLES    QUENTIN SUTTLES
QUENTELL SUTTLES

---

**Date of Birth:**

February 02, 1990

---

**Place of Birth :**

New York        Unknown

---

**Address:**

996 WALDEN AV, BUFFALO, NY 14211

996 WALEN AV, CHEEKTOWAGA, NY 14225

996 WALDEN AVE, BUFFALO, NY

56 STEVENS ST, BUFFALO, NY

---

**Sex:**        **Race:**        **Ethnicity:**        **Skin Tone:**

| Male | Black | Not Hispanic | Dark Brown/Dark/Medium |
|------|-------|--------------|------------------------|
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 02" | 160 |

**SSN:**

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

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
|-------------|-----------|---------------------------|
| 00476540N | 342938LC0 | |

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**    Unknown

## ☉ Summary Information ♠

**Total Arrests:** 6    **Date of Earliest Arrest:** May 22, 2006    **Latest Prior Arrest Date:** May 10, 2020

| Total Arrests: | 6 | | Total Arraigned Arrests: | 7 | | Total Open Cases: | 4 | Cycles (max 5) |
|----------------|---|---|--------------------------|---|---|-------------------|---|----------------|
| **Felony:** | 3 | | **Felony:** | 4 | | **Felony:** | 2 | 8,5 |
|   **Violent Felony:** | 1 | |   **Violent Felony:** | 2 | |   **Violent Felony:** | 1 | 5 |
|   **Firearm:** | 1 | |   **Firearm:** | 1 | | **Misdemeanor:** | 2 | 6,3 |
| **Misdemeanor:** | 2 | | **Misdemeanor:** | 3 | | **Other:** | 0 | |
| **Other:** | 0 | | **Other:** | 0 | | **Open ACD:** | 0 | |
| | | | | | | **Non Docketed Cases:** | 0 | |

| Total Convictions: | 1 | Cycles (max 5) | | Warrant Information: | | Cycles (max 5) | | DOC Classification: | | Cycles (max 5) |
|--------------------|---|----------------|---|----------------------|---|----------------|---|---------------------|---|----------------|
| **Felony:** | 0 | | | **Failure to Appear Counts:** | 0 | | | **Escape Charges:** | 0 | |
|   **Violent Felony:** | 0 | | | **Total Open:** | 0 | | | **Sex Offender Convictions:** | 0 | |
|   **Firearm:** | 0 | | | **Active NYC:** | 0 | | | **Probation Revoc:** | 0 | |
| **Misdemeanor:** | 1 | 4 | | | | | | **Parole Revoc:** | 0 | |
| **Other:** | 0 | | | | | | | | | |
| **YO Adjud.:** | 0 | | | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ☉ NYS Criminal History Information ♠

### ♦ Cycle 8

**Arrest/Charge Information**
Arrest Date: May 10, 2020 06:30 pm (18:30:00)

| **Name:** | QUENTIN SUTTLES |
|-----------|-----------------|
| **Date of Birth:** | February 02, 1990 |

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED5336 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 10, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69352745K |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF172580 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 201310536 |
| **Arrest Number:** | 20200147891 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Tampering With Physical Evidence:Conceal/Destroy
   PL 215.40    Sub 02   Class E Felony        Degree 0 NCIC 4804

-- Resisting Arrest
   PL 205.30        Class A Misdemeanor Degree 0 NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
   PL 195.05        Class A Misdemeanor Degree 2 NCIC 5099

-- Motor Vehicle License Violation:No License
   VTL 0509    Sub 01        Infraction    Degree 0 NCIC 5499

-- Driving Wrong Direction On One Way Street
   VTL 1127    Sub 0A        Infraction    Degree 0 NCIC 5499


# Court Case Information

--**Court:** Buffalo City Court    **Case Number:** CR-04049-20

May 11, 2020
**Initial Report Of Docket Number**

May 11, 2020
**Arraigned**

-- Tampering With Physical Evidence:Conceal/Destroy
    PL 215.40    Sub 02    Class E Felony       NCIC 4804

-- Resisting Arrest
    PL 205.30           Class A Misdemeanor NCIC 4801

-- Obstruct Governmental Administration-2nd Degree
    PL 195.05           Class A Misdemeanor NCIC 5099

-- Motor Vehicle License Violation:No License
    VTL 0509    Sub 01        Infraction    NCIC 5499

-- Driving Wrong Direction On One Way Street
    VTL 1127    Sub 0A       Infraction    NCIC 5499

---

### ⬇ Cycle 7 ⬆
## Domestic Incident Report Filed

### Arrest/Charge Information
Arrest Date: February 04, 2020 11:52 pm (23:52:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 30 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED2158 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | February 04, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69286233R |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF173747 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 200350975 |
| **Arrest Number:** | 20200070298 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
PL 215.51          Sub BII          Class E     Felony          Degree 1     NCIC 5016

-- Harassment-2nd Degree: Physical Contact
PL 240.26          Sub 01                        Violation     Degree 2     NCIC 7099

## Court Case Information

**--Court:** Buffalo City Court     **Case Number:** CR-01488-20

February 05, 2020
**Initial Report Of Docket Number**

February 05, 2020
**Arraigned**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
PL 215.51               Sub BII          Class E     Felony          NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
PL 240.26               Sub 03                        Violation     NCIC 7099

February 18, 2020
**Transferred To Superior Court**

-- Criminal Contempt-1st Deg: Violate Order Of Protection- Follow Person
PL 215.51               Sub BII          Class E     Felony          NCIC 5016

-- Harassment-2nd Degree - Alarm or Seriously Annoy No Legitimate Purpose
PL 240.26               Sub 03                        Violation     NCIC 7099

February 18, 2020
**Not Arraigned**

-- Harassment-2nd Degree: Physical Contact
PL 240.26     Sub 01   Violation NCIC 7099

**--Court:** Erie County Court     **Case Number:** 003661-2020

February 21, 2020
**Initial Report Of Indictment Number**

---

## ⬇ Cycle 6 ⬇

## Arrest/Charge Information
Arrest Date: January 03, 2020 11:29 pm (23:29:00)

**Name:**                              QUENTELL SUTTLES
**Date of Birth:**                     February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED239 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | January 03, 2020 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69256742Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174066 |
| **Local Person Id:** | 10052734 |
| **Incident Number:** | 200030969 |
| **Arrest Number:** | 20200004591 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Criminal Possession Controlled Substance- 7th Degree
   PL 220.03      Class A  Misdemeanor   Degree 7  NCIC 3599

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
   PL 221.05           Violation      Degree 2  NCIC 3562


## Court Case Information

--**Court:** Buffalo City Court   **Case Number:** CR-00137-20

January 04, 2020
**Initial Report Of Docket Number**

January 04, 2020
**Arraigned**
   -- Criminal Possession Controlled Substance- 7th Degree
      PL 220.03      Class A  Misdemeanor   NCIC 3599

   -- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE
      PL 221.05              Violation    NCIC 3562

---

## ⬇ Cycle 5 ⬆
## Violent Felony Offense

## Arrest/Charge Information

Arrest Date: September 08, 2019 11:57 pm (23:57:00)

| | |
|---|---|
| **Name:** | QUENTIN SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 160 |
| **Age at time of crime/arrest:** | 29 |
| **Address:** | 996 WALDEN AV, BUFFALO, NY 14211 |
| **Fax Number:** | ED16461 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 08, 2019 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 69144632N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF174211 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 192510981 |
| **Arrest Number:** | 20190621598 |
| **Arraignment:** | Buffalo City Court |

**Arrest Charges:**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03     Sub 03     Class C   Felony          Degree 2   NCIC 5299


-- Resisting Arrest

PL 205.30                Class A   Misdemeanor   Degree 0   NCIC 4801


-- Obstruct Governmental Administration-2nd Degree

PL 195.05                Class A   Misdemeanor   Degree 2   NCIC 5099


-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                          Violation      Degree 2   NCIC 3562


## Court Case Information

**--Court:** Buffalo City Court   **Case Number:** CR-11753-19

September 09, 2019
**Initial Report Of Docket Number**

September 09, 2019

**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony                    NCIC 5299

-- Resisting Arrest

PL 205.30                          Class A          Misdemeanor          NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                          Class A          Misdemeanor          NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                          Violation                NCIC 3562

September 12, 2019
**Held For Grand Jury**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony                    NCIC 5299

-- Resisting Arrest

PL 205.30                          Class A          Misdemeanor          NCIC 4801

-- Obstruct Governmental Administration-2nd Degree

PL 195.05                          Class A          Misdemeanor          NCIC 5099

-- UNLAWFUL POSSESSION OF MARIHUANA 2ND DEGREE

PL 221.05                                          Violation                NCIC 3562

**--Court:** Erie County Court   **Case Number:** 01842-2019

September 20, 2019
**Initial Report Of Indictment Number**

February 24, 2020
**Arraigned**

-- Crim Possess Weapon-2:Loaded Firearm-Other Than Person's Home/business

PL 265.03          Sub 03          Class C          Felony          NCIC 5299

**Interim release Status:** Posted Bail

---

## ⬇ Cycle 4 ⬆

**Arrest/Charge Information**
Arrest Date: May 25, 2016 02:50 pm (14:50:00)

**Name:**                         QUENTIN SUTTLES
**Date of Birth:**               February 02, 1990

| | |
|---|---|
| **Country of Citizenship:** | USA |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 175 |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 26 |
| **Address:** | 996 WALEN AV, CHEEKTOWAGA, NY 14225 |
| **Fax Number:** | ED10996 |
| **Place of Arrest:** | Town of Alden, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | May 25, 2016 |
| **Place of Crime:** | Town of Alden, Erie County, NY |
| **Criminal Justice Tracking No.:** | 67677682Q |
| **Arresting Agency:** | Erie County Sheriffs Office |
| **Arresting Officer ID:** | ECS4764 |
| **Local Person Id:** | 10052733 |
| **Incident Number:** | 16037552 |
| **Arrest Number:** | 20160036325 |
| **Arraignment:** | Alden Town Court |

**Arrest Charges:**

-- Possession Of Contraband In Prison-2nd Degree
    PL 205.20    Sub 02   Class A Misdemeanor Degree 2 NCIC 5802

-- Unlawful Possession Of Marihuana
    PL 221.05                     Violation      Degree 0 NCIC 3562


## Court Case Information

**--Court:** Alden Town Court    **Case Number:** 16050081

June 07, 2016
**Initial Report Of Docket Number**

June 07, 2016
**Arraigned**
    -- Possession Of Contraband In Prison-2nd Degree
        PL 205.20    Sub 02   Class A Misdemeanor NCIC 5802

July 05, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: July 05, 2016
    -- Attempted Promoting Contraband To Prisoners-2nd Degree
        PL 205.20        Class B   Misdemeanor        NCIC 5802

**Reduced From:**

-- Possession Of Contraband In Prison-2nd Degree

PL 205.20 Sub02  Class A Misdemeanor NCIC 5802

**Sentenced to:**   Conditional discharge Term: Time Served

**Sentence Date:** July 05, 2016

July 05, 2016
**Not Arraigned**

-- Unlawful Possession Of Marihuana

PL 221.05      Violation NCIC 3562

---

## ⬇ Cycle 3 ⬆

**No Arrest Reported**

**Court Case Information**

**--Court:** <u>Buffalo City Court</u>    **Case Number:** CR-01986-16

February 08, 2016
**Initial Report Of Docket Number**

February 08, 2016
**Arraigned**

-- Criminal Contempt-2nd:Disobey Court

PL 215.50    Sub 03  Class A Misdemeanor NCIC 5005

---

## ⬇ Cycle 2 ⬆

**No Arrest Reported**
**No Court Reported Information**

**Incarceration/Supervision Information**

**Interstate Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | April 05, 2013 |
| **Release Type:** | Co-Op |
| **Max Expiration Date:** | December 18, 2016 |
| **Supervision Office:** | Buffalo |
| **Name:** | QUENTIN C SUTTLES |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Unknown |
| **Parole ID Number:** | C120991 |
| **Transferred From:** | Pennsylvania |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | August 06, 2015 |
| **Discharge Type:** | Other/Administrative |
| **Parole ID Number:** | C120991 |
| **Name:** | QUENTIN C SUTTLES |

## Cycle 1 ⬆

### Arrest/Charge Information
Arrest Date: May 22, 2006 02:30 pm (14:30:00)

| | |
|---|---|
| **Name:** | QUENTIN C SUTTLES |
| **Date of Birth:** | February 02, 1990 |
| **Sex:** | Male |
| **Race:** | Black |
| **Age at time of crime/arrest:** | 16 |
| **Address:** | 56 STEVENS ST, BUFFALO, NY |
| **Fax Number:** | ED12258 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | May 22, 2006 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58041905H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF001115 |
| **Arrest Number:** | 10052733 |

**Arrest Charges:**

## Court Case Information

--**Court:** Erie County Court   **Case Number:** 01320A-2006

June 07, 2006
**Initial Report Of Docket Number**

--**Court:** Erie County Court   **Case Number:** 01320-2006

**Arraigned**

-- Robbery-1st:Displays What Appears To Be A Firearm
   PL 160.15   Sub 04 Counts: 2 Class B Felony NCIC 1299

May 24, 2007
**Dismissed**

-- Robbery-1st:Displays What Appears To Be A Firearm
   PL 160.15   Sub 04 Counts: 3 Class B Felony NCIC 1299

## ◔ Other History Related Information ⬆

Case 1:21-cv-00897-LJV-JJM    Document 69-6    Filed 10/16/24    Page 153 of 231

There is no Other History Related Information associated with this history.

---

## ● Job/License Information ♠

There is no Job/License Information associated with this history.

---

## ● Wanted Information ♠

**CAUTION : Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.**

### Warrant: 1 of 1

**Associated Charge:**

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
VTL 0511      Class U  Misdemeanor  Degree 2  NCIC 5499

**Wanted By:** <u>Lancaster Town Police Department (NY0146700)</u>
525 Pavement Rd, Lancaster, NY, 14086-9718
(716) 683-2800

**Warrant Data:**

**Name:** QUENTELL D SUTTLES

---

**Date of Birth:**   February 02, 1990

---

| Sex: | Race: | Skin Tone: |
|------|-------|------------|
| Male | Black | |

| Eye Color: | Hair Color: | Height: | Weight: |
|------------|-------------|---------|---------|
| Brown | Black | 6' 02" | 160 |

---

**Primary Social Security#:**

| NYSID#: | WPR#: |
|---------|-------|
| | 3963257 |

| Originating Agency Case#: | Warrant#: |
|---------------------------|-----------|
| STLN23055 | 17707065 |

**Misc Data:**

**The following field(s) are similar to the data included in your request: DOB, Name, Sex**

---

| Date of Warrant: | August 01, 2017 | Type of Warrant: | Bench Warrant |
|------------------|-----------------|------------------|---------------|
| Date of Entry Onto State Files: | August 16, 2017 | Status of Warrant: | Issued - a warrant has been signed by an empowered authority |

The wanting agency has indicated it will extradite within the county in which it is located and adjacent counties. ..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

## ❂ Missing Person Information ✤

There is no NYS Missing Information associated with this history.

## ❂ Additional Information ✤

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:342938LC0

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

# M E M O R A N D U M

**DATE:**    April 1, 2021

**TO:**    Chief Alphonso Wright, C- Dist.

**FROM:**    Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**    Sworn Statement—EC2020-024

**CC:**    Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Michael Scheu (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1530 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**  Excessive Force 05/10/20

Any questions regarding this notice, please contact Lt. Alberti 851-4784

**Note:** *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING __PO M. Scheu via phone__

DATE AND TIME NOTICE WAS SERVED __4/1/21  1528__

OFFICER SERVING __Lt. Chupp__

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# M E M O R A N D U M

**DATE:**   April 1, 2021

**TO:**   Chief Alphonso Wright, C- Dist.

**FROM:**   Inspector Robert V. Rosenswie
Internal Affairs Division

**RE:**   Sworn Statement—EC2020-024

**CC:**   Captain Joseph Langdon, C-DISTRICT
Captain Jason Whitenight, C-DISTRICT

**PO Ronald Ammerman (Target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of the Internal Affairs Division, 68 Court St., Room 300, on **Tuesday, April 6, 2021 at 1500 hours** for the purpose of providing a sworn statement.

Failure to comply with this directive will result in disciplinary action.

**Subject:**   Excessive Force 05/10/20

**Any questions regarding this notice, please contact Lt. Alberti 851-4784**

## Note: *IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME.*

*You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Robert V. Rosenswie
Inspector, IAD

PERSON RECEIVING ___PO R Ammerman    no phone___

DATE AND TIME NOTICE WAS SERVED ___4/1/21    129___

OFFICER SERVING ___McTurl___

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/13/2020**

## 20-1310536    UNKNOWN TROUBLE
## E EAGLE ST@MADISON ST (C4) Priority: 3
**Disposition(s): 1. Radio Log  2. Closed by Dispatch**

| | |
|---|---|
| Reported:    05/10/2020 18:20:36 | Received By:    174034-BOLDEN, JONTAI T. |
| Received:    05/10/2020 18:20:36 | Dispatched By: 174034-BOLDEN, JONTAI T. |
| Dispatched: 05/10/2020 18:20:37 | Source: |
| En Route:    05/10/2020 18:20:37 | |
| On Scene:    05/10/2020 18:20:37 | |
| Cleared:    05/11/2020 00:03:31 | |

**Officers:**      1. 174114-AMMERMAN, RONALD J.   2. 172580-SCHEU, MICHAEL C. II  3. 174204-MASSICCI, PETER J.   4. 173843-HANOVER, JONATHAN J.   5. 174203-GIARRANO, JAKE J.   6. 174217-HURST, MARC J.

**Other Personnel:** 1. 000649-MISZTAL, AMY   2. 001107-STRUNK, TIMOTHY J.

**Remarks:** 
| | | |
|---|---|---|
| 05/10/2020 18:20:36 | 174034 | Entry Initiated |
| 05/10/2020 18:20:36 | 174034 | Sent to Dispatch - MISCELLANEOUS - E EAGLE ST@MADISON ST (C4) Pri: 5 |
| 05/10/2020 18:20:37 | 174034 | Dispatched (Primary) - C480 |
| 05/10/2020 18:20:37 | 174034 | Enroute - C480 |
| 05/10/2020 18:20:37 | 174034 | On Scene - C480 |
| 05/10/2020 18:21:06 | 174034 | Call Type Changed - UNKNOWN TROUBLE Pri: 3 |
| 05/10/2020 18:34:50 | 174034 | Dispatched - C430 |
| 05/10/2020 18:34:50 | 174034 | Enroute - C430 |
| 05/10/2020 18:35:04 | 174034 | Dispatched - S BUF |
| 05/10/2020 18:35:04 | 174034 | Enroute - S BUF |
| 05/10/2020 22:52:41 | 001107 | Disposition Added - Radio Log |
| 05/10/2020 22:52:44 | 001107 | Disposition Added - Closed by Dispatch |
| 05/10/2020 22:52:45 | 001107 | Archived |
| 05/10/2020 22:57:57 | 001107 | Reopened |
| 05/10/2020 22:58:00 | 001107 | Dispatched (Primary) - C480 |
| 05/10/2020 22:58:00 | 001107 | Enroute - C480 |
| 05/10/2020 22:58:05 | 001107 | Dispatched - C410 |
| 05/10/2020 22:58:05 | 001107 | Enroute - C410 |
| 05/10/2020 22:58:17 | 001107 | Location Changed - C480 ECMC |
| 05/10/2020 22:58:22 | 001107 | Location Changed - C410 ECMC |
| 05/10/2020 22:58:27 | 001107 | HD01: 22:57:31 - WE ARE STILL ON THIS ARREST DOING LOTS OF PAPER WORK |
| 05/10/2020 23:37:29 | 001107 | Dispatched - C430 |
| 05/10/2020 23:37:29 | 001107 | Enroute - C430 |
| 05/10/2020 23:37:34 | 001107 | Location Changed - C430 CPS LAB |
| 05/11/2020 00:03:31 | 174204 | Cleared - C430 |
| 05/11/2020 01:55:49 | 000649 | Location Changed - C480 CB W MALE |
| 05/11/2020 02:51:01 | 000649 | Archived |

**Total Complaints:1**

# BUFFALO PD
## POLICE REPORT
## OBSTRUCTION

Complaint

**20-1310536**

Report Date & Time
05/10/2020 18:20

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| E EAGLE ST @ MADISON ST | BU | BU | 05/10/2020  18:20 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: P3621 - AMMERMAN
P2849 - SCHEU

Rep. Off.: P2849 - SCHEU
Supervisor:

## ARRESTED

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES | QUENTIN | C | | 02/02/1990 | Black | M | 30 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 996 WALDEN AV | BUFFALO | NY | 14211 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 6' 02" | 160 | BLK | BRO | S | DBR | | |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | PR |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSED DRIVER | PR |
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | PR |

## ARREST

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 261083 | SUTTLES, QUENTIN C.  2/2/1990 | 05-10-2020 | E EAGLE ST  BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | SCHEU, MICHAEL    AMMERMAN, RONALD |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| VTL | 1127-0A | I | | 0 | DRIVING WRONG DIRECTION ON ONE WAY STREET | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |
| PL | 215.40-02 | F | E | 0 | CONCEAL/ALTER/DESTROY PHYS EVI | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |
| VTL | 0509-01 | I | | 0 | OPERATE MV BY UNLICENSD DRIVER | 1 |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SUTTLES QUENTIN C | 2010 | CHEVROLE | COBALT | SEDAN | Gray | GWT5141 | NY | 1G1AF5F56A7233384 | Impounde | PR |

## NARRATIVE

| POLICE REPORT | Date Entered: 05/10/2020 23:31 | Typist: RONALD AMMERMAN | Officer: SCHEU, MICHAEL |
|---|---|---|---|

OFFICERS OBSERVED DEFENDANT OPERATING NY REG GWT5141 GOING WRONG WAY NORTH ON MADISON. OFFICERS INITIATED TRAFFIC STOP AND A STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE. WHILE CONDUCTING PAT DOWN SEARCH DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFFICERS. DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFFICERS COMMANDS TO STOP RESISTING/REACHING. OFFICERS RECOVERED WHITE POWDER SUBSTANCE FROM DEFENDANTS LEFT POCKET SUBMITTED TO LAB, CHARGES PENDING UPON TEST RESULTS. DEFENDANT DID STATE HE TOOK WEED FROM HIS PANTS DURING STRUGGLE AND THREW IT.

## IMAGES

| Officer: P2849 - SCHEU | Supervisor: - |
|---|---|

| Printed Date: 05/13/2020 01:15 PM | Page: 1 |
|---|---|

# BUFFALO POLICE

## Dispatch Monitor - Unit History Report

**5/14/2020**

Date **05/10/2020**                          Unit **C480**                    Patrol **C8**
Shift **4th**                     Officer(s) **174114 - RONALD AMMERMAN**
                                            **172580 - MICHAEL SCHEU**

| Time Stamp | Log |
|---|---|
| 05/10/2020 16:05 | Available |
| 05/10/2020 16:05 | Shift Started |
| 05/10/2020 18:20 | Enroute:20-1310536 |
| 05/10/2020 18:20 | Dispatched - MISCELLANEOUS  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 18:20 | On Scene:20-1310536 |
| 05/10/2020 22:52 | Available |
| 05/10/2020 22:58 | Dispatched - UNKNOWN TROUBLE  - E EAGLE ST@MADISON ST:20-1310536 |
| 05/10/2020 22:58 | Enroute:20-1310536 |
| 05/10/2020 22:58 | Location Change - ECMC:20-1310536 |
| 05/11/2020 01:55 | Location Change - CB W MALE:20-1310536 |
| 05/11/2020 02:51 | Available |
| 05/11/2020 02:51 | Shift Ended |

1

2796



**RICI #: 10052733**
Caution Indicator:

**BUFFALO POLICE DEPARTMENT**
ARRESTING/BOOKING REPORT

**Agency Case #: 20-01478-91 (A)**

Report Date: 05/11/2020 02:29
Report Printed By: OLDHAM, Kim

## PERSON INFORMATION

NAME: **SUTTLES, Quentin C**

DOB: **02/02/1990**  AGE: **30**  SEX: **Male**  RACE: **Black**

HEIGHT: **6'02**  WEIGHT: **160**  BUILD: **Slim**  ETHNICITY: **Non-Hispanic**  SS #: **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**

HAIR COLOR: **Black**  HAIR TYPE:  EYE COLOR: **Brown**

EYE DEFECTS:  FACE:  SKIN TONE: **Dark Brown**

FACIAL FEATURES:  DISABILITY:

SCARS/MARKS/TATTOOS:

ADDRESS: **996 WALDEN AV, BUFFALO NY 14211 US**

HOME TELEPHONE:  MARITAL STATUS: **Single (never married)**

EDUCATION:  CITIZEN OF: **US**  PLACE OF BIRTH: **BUFFALO NY**

RELIGION:  DRIVERS LICENSE #:

NYSID #: **00476540-N**  FBI #: **342938LC0**  LICENSE STATE:

MUG #: **263561**

## ARREST/OFFENSE INFORMATION

INCIDENT #: **20-1310536**  ARREST TYPE: **CIP - Crime in Progress**

STATUS AT ARREST: **Held**  ARRESTING AGENCY: **BUF**

CONDITION AT ARREST: **Injured or Sick**  ARREST DATE/TIME: **05/10/2020 18:30**

ARRESTING OFFICER: **SCHEU, Michael**

ASSISTING OFFICER: **AMMERMAN, RONALD J**

ADDRESS OF ARREST: **EAGLE ST E, BUFFALO NY US**

PRIMARY ARREST CHARGE: **PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY EF**  ATT: **N**

## BOOKING INFORMATION

CJTN #: **69352745-K**  BOOKING STATUS: **Normal**

BOOKING START DATE/TIME: **05/10/2020 20:25**  BAIL:

ITEM(S) SEIZED AT ARREST:  BOOKING END DATE/TIME: **05/10/2020 20:29**

ARRAIGNMENT COURT: **NY014011J  CITY OF BUFFALO**

BOOKING COMMENTS: **NYS ID/ NO WARRANTS**
**DEF DID OBSTRUCT AND RESIST**

F/P'S TAKEN BY: **POHANCSEK, Melanie L**

NCIC CLASS. BY:  DATE: **05/11/2020**

ARRESTEE SIGNATURE:  DATE/TIME:



**Rolled Right Thumb**
NCIC CLASS:

Arrest Charges:

| | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 215.40-02 TAMP W/PHYS EV:CONCEAL/DESTROY | N | 20-1310536 | | |
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND A | N | 20-1310536 | | |
| PL 205.30 RESISTING ARREST AM | N | 20-1310536 | | |
| VTL 0509-01 MV LICENSE VIOL:NO LICENSE I | N | 20-1310536 | | |
| VTL 1127-0A ONE-WAY VIOL:DESIGNATED ROAD I | N | 20-1310536 | | |

Page   1 of 1

Docket Number_____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #:20-1310536

The People of the State of New York     )
                  vs.             )
**QUENTIN C. SUTTLES, DOB: 02/02/1990**  )
996 WALDEN AV            )
BUFFALO, NY  14211      )
                               )

*2796*

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at  E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### TAMPERING WITH PHYSICAL EVIDENCE

a class E  FELONY contrary to the provisions of section 215.**40**, subsection(s) 02 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  BELIEVING THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED OR USED IN AN OFFICIAL PROCEEDING OR A PROSPECTIVE OFFICIAL PROCEEDING, AND INTENDING TO PREVENT SUCH PRODUCTION OR USE, HE SUPPRESSES IT BY ANY ACT OF CONCEALMENT, ALTERATION OR DESTRUCTION, OR BY EMPLOYING FORCE, INTIMIDATION OR DECEPTION AGAINST ANY PERSON.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET. OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  WHILE THE DEFENDANT WAS STRUGGLING AND FIGHTING WITH OFFICERS ON THE GROUND, THE DEFENDANT DID BELIEVE THAT CERTAIN PHYSICAL EVIDENCE IS ABOUT TO BE PRODUCED FROM HIS PERSON, TOSSING SUCH EVIDENCE AWAY.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

5·10·20

Docket Number _____

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD.#:**20-1310536**

The People of the State of New York )
vs. )
**QUENTIN C. SUTTLES  DOB: 02/02/1990** )
996 WALDEN AV )
BUFFALO, NY 14211 )
)

**INFORMATION / COMPLAINT**

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

**OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE**

a class A  MISDEMEANOR contrary to the provisions of section 195.**05** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED.  IN THAT THE DEFENDANT, WHILE DRIVING A 2010 GREY CHEVROLET, NY REG GWT5141 WAS GOING THE WRONG WAY ON A ONE-WAY STREET, NORTH ON MADISON STREET (VTL1127A).  OFFICERS ACTIVATING OVERHEAD LIGHTS FOR VEHICLE AND TRAFFIC STOP.  UPON APPROACHING SAID VEHICLE A STRONG ODOR OF MARIHUANA SMELL WAS EMINATING FROM THE VEHICLE.  THE DEFENDANT DID STRUGGLE WITH OFFICER AFTER BEING REMOVED FROM HIS VEHICLE.  THE DEFENDANT KEPT GRABBING FOR HIS PRIVATE AREA WHILE STRUGGLING WITH OFFICERS ON THE GROUND.  THE DEFENDANT STILL REFUSING OFFICERS ORDERS TO PLACE HIS HANDS BEHIND HIS BACK, RESISTING ARREST.  THE DEFENDANT DID CONITUE TO RESIST OFFICERS ATTEMPT TO PLACE HIM UNDER ARREST, PREVENTING A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION.  THE DEFENDANT WAS FOUND TO BE DRIVING ON A SUSPENDED LICENSE (VTL509-1).

rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

Docket Number_____

**CITY OF BUFFALO**
**COUNTY OF ERIE STATE OF NEW YORK**                CD #: **20-1310536**

The People of the State of New York    )
vs.                                      )
**QUENTIN C. SUTTLES  DOB: 02/02/1990**  )
996 WALDEN AV                            )        **INFORMATION / COMPLAINT**
BUFFALO, NY  14211                       )
                                         )

I, **Police Officer MICHAEL C. SCHEU**, a police officer herein, accuse **QUENTIN C. SUTTLES**, the DEFENDANT of this action, and charge that on or about Sunday, May 10, 2020 at E EAGLE ST and MADISON ST in the CITY OF BUFFALO, County of ERIE, at about 06:20 PM, said DEFENDANT did commit the offense of:

### RESISTING ARREST

a class A  MISDEMEANOR contrary to the provisions of section 205.**30 of** the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID  INTENTIONALLY PREVENT OR ATTEMPT TO PREVENT A POLICE OFFICER OR PEACE OFFICER FROM EFFECTING AN AUTHORIZED ARREST OF HIMSELF OR ANOTHER PERSON.  IN THAT THE DEFENDANT DID STRUGGLE AND REFUSE OFFICERS ORDER TO PLACE HIS HANDS BEHIND HIS BACK WITH THE ATTEMPT TO PREVENT A POLICE OFFICE FROM MAKING AN AUTHORIZED ARREST.  rk

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

### NOTICE
**(Penal Law, Section 210.45)**
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
                                                              Complainant

Subscribed and sworn to me this
10th of May, 2020

_____

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**BA06BTM0L3**
To be completed by Police Officer
and given to Motorist

POLICE AGENCY

TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

BUFFALO POLICE DEPARTMENT

Local Police Code
**BPD**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

| Last Name (Defendant) **SUTTLES** | | First Name **QUENTIN** | | M.I. **C** |
|---|---|---|---|---|

- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.

| Number and Street **996 WALDEN** | | Apt. No | Photo Loc Shown |
|---|---|---|---|

- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

| City **BUFFALO** | State **NY** | Zip Code **14211** | Owner. Oper. | Lic. Class **D** |
|---|---|---|---|---|

- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| Client ID Number **796088308** | | | | |
|---|---|---|---|---|

| Lic. State **NY** | Date of Birth **02/02/1990** | Veh. Type **1** | Year **2010** | Make **CHEV** | Sex **M** | Date Expires **02/02/2023** | Color **GY** |
|---|---|---|---|---|---|---|---|

| Plate Number **GWT5141** | Reg. State **NY** | Registration Expires **03/20/2021** |
|---|---|---|

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

**SECTION A - PLEA OF GUILTY**

| Time **6:20 PM** | Date of Offense **05/10/2020** | IN VIOLATION OF **NYS V AND T LAW** |
|---|---|---|

To the Court listed on the other side of this ticket:

I, _____

| Section **5091** | Sub Section | Tr Inf ⊗ Misd Felony | MPH | MPH Zone |
|---|---|---|---|---|

residing at _____

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

| Description of Violation **UNLICENSED OPERATOR** | US DOT# |
|---|---|

| | CDL Veh ○ | Bus ○ | Haz Mat ○ |
|---|---|---|---|

Additionally, I make the following statement of explanation (optional):

| Place of Occurrence **MADISON/EAGLE** | Hwy. No. | Loc. Code **1501** |
|---|---|---|

| C/T/V Name **BUFFALO, CITY OF - 1501** | County **ERIE** | Hwy. Type **6** | NCIC/ORI **01401** |
|---|---|---|---|

All statements are made under penalty of perjury.

Date: _____  Signed _____

AFFIRMED UNDER PENALTY OF PERJURY

| | Date Affirmed **05/10/2020** | Off Assign **DC** |
|---|---|---|

| (Officer's Signature) | Arrest Type **1 - PATROL** |
|---|---|

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

| Officer's Last Name **SCHEU** | | First Name **M** | M.I. |
|---|---|---|---|

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

| Badge/Shield **172580** |
|---|

Radar Officer's Signature

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    Yes ☐  No ☐

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

NO ⊗    SPEEDING (Gen 101) ○

**BUFFALO CITY COURT**

GENERAL (Gen 101A) ○

| Address **50 DELAWARE AVE** |
|---|

Signature _____

Address _____

| City **BUFFALO** | State **NY** | Zip **14202** |
|---|---|---|

| ⊗ RETURN BY MAIL BEFORE OR IN PERSON ON: | Date |
|---|---|

City _____  State _____  Zip Code _____

| ⊗ MUST APPEAR IN PERSON ON: | Date **05/11/2020** | Time **9:30 AM** |
|---|---|---|

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

**APPLICANTS UNDER 18 YEARS OF AGE**
**MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____

Address _____

City _____  State _____  Zip Code _____

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or the suspension of your license and/or registration.

FAILURE TO ANSWER THIS TICKET WILL RES...

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**BA06BTM02C**

To be completed by Police Officer and given to Motorist

POLICE AGENCY

| | |
|---|---|
| Last Name (Defendant) **SUTTLES** | First Name **QUENTIN** | M.I. **C** |

Number and Street **998 WALDEN** | Apt. No | Photo Lic. Shown ◉

| City **BUFFALO** | State **NY** | Zip Code **14211** | Owner Oper | Lic. Class **D** |

| Client ID Number **796088308** | | Sex **M** | Date Expires **02/02/2023** |

| Lic. State **NY** | Date of Birth **02/02/1990** | Veh. Type **1** | Year **2010** | Make **CHEV** | Color **GY** |

| Plate Number **GWT5141** | Reg. State **NY** | Registration Expires **03/20/2021** |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time **6:20 PM** | Date of Offense **05/10/2020** | IN VIOLATION OF **NYS V AND T LAW** |

| Section **1127A** | Sub Section | Tr Inf ◉ Misd ○ Felony ○ | MPH | MPH Zone |

Description of Violation
**DRIVING/WRONG DIREC ON ONE-WAY STRT**

US DOT#

CDL Veh ○ Bus ○ Haz Mat ○

| Place of Occurrence **MADISON/EAGLE** | | Hwy. No. | Loc. Code **1501** |

| C/T/V Name **BUFFALO, CITY OF · 1501** | County **ERIE** | Hwy. Type **6** | NCIC/ORI **01401** |

AFFIRMED UNDER PENALTY OF PERJURY | Date Affirmed **05/10/2020** | Off Assign **DC** |

*(Officer's Signature)*

Arrest Type **1 - PATROL**
Badge/Shield **172580**

| Officer's Last Name **SCHEU** | First Name **M** | M.I. |

Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**BUFFALO CITY COURT**

Address
**50 DELAWARE AVE**

| City **BUFFALO** | State **NY** | Zip **14202** |

◉ RETURN BY MAIL BEFORE OR IN PERSON ON: | Date **05/11/2020** | Time **9:30 AM** |

◉ MUST APPEAR IN PERSON ON:

## A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

### TO PLEAD BY MAIL
### (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

#### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket,
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury:

Date: _____ Signed _____

#### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    Yes ☐   No ☐

NO ◉     SPEEDING (Gen 101) ○
         GENERAL (Gen 101A) ○

Signature _____

Address _____

_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

#### APPLICANTS UNDER 18 YEARS OF AGE
#### MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

**BA06BTM02C**

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT(S):  QUENTIN SUTTLES        AFN: 20-0147891

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST.  THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM.  THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED.  THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF OFFICER IN CHARGE: OFC MICAHEL SCHEU
FUNCTION(S) PERFORMED:  INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST; VTL SUMMONS'

NAME OF ASSISTING OFFICER #2:  OFC RONALD AMMERMAN
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; 710.30

NAME OF ASSISTING OFFICER #3:  OFC PETER MASSICCI
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUBMITTED EVIDENCE

NAME OF ASSISTING OFFICER #4:  OFC JONATHAN HANOVER
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; P-31

NAME OF ASSISTING OFFICER #5:  OFC JAKE GIARRANO
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #6:  OFC MARC HURST
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST;

NAME OF ASSISTING OFFICER #7:  LT COURTNEY TRIPP
FUNCTION(S) PERFORMED:  ASSISTED IN INVESTIGATION; ARREST; SUPERVISED

5/10/20

Docket Number_____

### CITY OF BUFFALO
### COUNTY OF ERIE STATE OF NEW YORK

CD #: **20-1310536**

The People of the State of New York

vs.

**QUENTIN C. SUTTLES  DOB: 02/02/1990**

996 WALDEN AV

BUFFALO, NY  14211

)
)
)
)
)
)
)

**NOTICE TO DEFENDANT OF
INTENTION TO OFFER EVIDENCE
AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

I. **STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐  1.  Written statement (attach copy)

☒  2.  What was said by the defendant at the time of arrest? (specify:  date, place, content and to whom)

☐  3.  No statements were made          **Arresting Officers Initials:** _____

AFTER ARREST, AFTER RIGHTS WHILE AT 121 W EAGLE THE DEFENDANT SPONTANEOUSLY STATED TO OFC RONALD AMMERMAN "I DID HAVE WEED BUT I GOT RID OF THAT, I THREW THAT IN THE GRASS WHEN THEY HAD ME AT THE CAR."

II. **IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME **PO SCHEU, MICHAEL**

DATE: **5/10/2020**      PLACE: **MADISON AND E EAGLE**

☐  1.  Showup Identification

☐  2.  Photograph Identification

☐  3.  Line-up

☐  4.  Observation of defendant upon some other occasion relevant to case

☒  5.  Other (specify) **DIRECT OBSERVATION**

**ENTPortal - Data Check Results**

Printed: 5/10/2020 8:21:13 PM

## SEARCH CRITERIA

```
        Last Name: SUTTLES
        First Name: QUENTIN
   Middle Initial:
        Name Ext:
              DOB: 1990-02-02
              Sex: M
             Race: U
```

## LOCAL WARRANT INFORMATION

------- Warrant Information -----------------------------------------

```
        Warrant #: 17707065
        Iss. Date: 2017-08-01
      Iss. Agency: Lancaster Town Police Department
             Type: DCJS
       Complaint #:
       Extradition: S
            Court:
            Judge:
   Predicate Felon: false
  Vulnerable Victim:
```

------- Personal Information -----------------------------------------

```
             Name: SUTTLES, QUENTELL D
              DOB: 1990-02-02
              Sex: M
             Race: B
           Height: 602
           Weight: 160
            Build:
             Skin:
             Hair: BLK
             Eyes: BRO
        Ethnicity:
   Facial Features:
          Address:
            SSN #:
            PCN #:
            FBI #:
            SID #:
```

------- Charges -----------------------------------------

```
        CHARGE: VTL 0511  M 2
     ATTEMPTED:
        COUNTS:
   DESCRIPTION:
```

------- Notes -----------------------------------------

## NYSP Order of Protection

------NYSP ORDER OF PROTECTION DATA----------------------------------

***Order of Protection Record***

```
        Order #: 2020-000688 Family Unit #: 160439  Status: TEMPORARY
     Issue Date: 2020-02-05  Expiry Date: 2020-08-05
         Agency: BUFFALO CITY POLICE DEPARTMENT
            ORI: NY0140100  Phone #: 7168514545
     Iss. Court: BUFFALO CITY COURT
          Judge: FOOTE-BEAVERS,LENORA B
           Type: LC  Phone #: 7168452661
   Orig. Case ID:    Docket: CR-01488-20  Suffix:
```

Court Ord Service: 2020-02-05    Serving Agency:
Law Enf Service:
Service Caution:
Condition:
Service Required: false
Warrant Return: false
Court Advised: true
Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
ORDER IS ENFORCEABLE **

Misc:

Requesting Person: VASQUEZ, DANIELLE
DOB: 1995-12-11 Sex: F  Race: U
SSN:
Other ID: REQUESTOR_PROTECTED
Caveat:
Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1A - STAY AWAY FROM THE PERSON : DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF DANIELLE VASQUEZ (DOB: 12/11/1995)
AT 56 ROGERS, BUFFALO, NY 14215;
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF DANIELLE VASQUEZ (DOB:
12/11/1995);
Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
Terms: 1F - STAY AWAY FROM (OTHER) : (OTHER) DANIELLE VASQUEZ (DOB: 12/11/1995) AT 56
ROGERS, BUFFALO, NY 14215 STAY 100 FEET AWAY FROM ; STAY A ONE BLOCK RADIUS FROM;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;

Restricted Person: SUTTLES, QUENTIN C
DOB: 1990-02-02 Sex: M  Race: B
Height: '"  Weight: 160  Eye: BRO  Hair: BLK  Skin:
SSN:    FBI #:    State ID #: 00476540N
Other ID:
Youthful Offender: false
Caution Info: -
Caveat:
Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL AND DO NOT OBTAIN ANY FURTHER GUNS OR OTHER FIREARMS
SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN TODAY AT BUFFALO POLICE
DEPARTMENT;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB:
12/11/1995) INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: FURTHER VISITATION MAY BE ALLOWED PURSUANT TO
AN ORDER OF THE FAMILY OR SUPREME COURTS IN THE FUTURE;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: POLICE ESCORT INTO THE PROTECTED ADDRESS IS
PERMITTED FOR THE DEFENDANT TO OBTAIN HIS/HER PROPERTY;
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS

ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT
EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY
AGAINST WHOM THE ORDER IS ISSUED  THE ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE
COURT  THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER;
          Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: YOU WILL BE IN VIOLATION OF THIS ORDER EVEN IF
INVITED BACK INTO THE HOME AT 56 ROGERS, BUFFALO, NY 14215 BY DANIELLE VASQUEZ;***Order of
Protection Record***

               Order #: 2020-000429 Family Unit #: 227334    Status: TEMPORARY
            Issue Date: 2020-02-07  Expiry Date: 2020-08-07
                Agency: ERIE COUNTY SHERIFFS OFFICE
                   ORI: NY0140000  Phone #: 7168582903
            Iss. Court: ERIE COUNTY FAMILY COURT
                 Judge: RODWIN,LISA B
                  Type: FC  Phone #:
         Orig. Case ID:    Docket: O-00440-20  Suffix:
     Court Ord Service: 2020-02-07  Serving Agency:
       Law Enf Service:
       Service Caution:
             Condition:
      Service Required: false
       Warrant Return: false
        Court Advised: true
               Caveat: ** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER -
                        ORDER IS ENFORCEABLE **

                  Misc:

    Requesting Person: VASQUEZ, DANIELLE
                   DOB: 1995-12-11  Sex: F  Race: B
                   SSN: 115843298
              Other ID: REQUESTOR_PROTECTED
              Alt Name: VAZQUEZ, DANIELLE
                Caveat:
                 Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                 Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
                 Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                 Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                 Terms: 1D - STAY AWAY FROM THE BUSINESS OF : THE BUSINESS OF DANIELLE VASQUEZ (DOB:
12/11/1995);
                 Terms: 1E - STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF
DANIELLE VASQUEZ (DOB: 12/11/1995);
                 Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

     Protected Person: SUTTLES, AVEON
                   DOB: 2015-10-15  Sex: F  Race: U
           Description:
                   SSN:
              Other ID: PROTECTED
                Caveat:
                 Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
                 Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
                 Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE

VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : INCLUDE ANY DAYCARE SERVICES;
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Protected Person: ZEIGLER, KAIEO
        DOB: 2018-09-26  Sex: M  Race: U
Description:
        SSN:
   Other ID: PROTECTED
    Caveat:
      Terms: 02 - REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT,
STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION,
CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL
ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY,
COERCION OR ANY CRIMINAL OFFENSE AGAINST AVEON SUTTLES (DOB: 10/15/2015), DANIELLE VASQUEZ (DOB:
12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
      Terms: 14 - REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR
OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL,
VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018) TO INCLUDE ANY THIRD PARTY
COMMUNICATION ON BEHALF OF THE RESPONDENT;
      Terms: 1A - STAY AWAY FROM THE PERSON : AVEON SUTTLES (DOB: 10/15/2015), DANIELLE
VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
      Terms: 1B - STAY AWAY FROM THE HOME OF : THE HOME OF AVEON SUTTLES (DOB: 10/15/2015),
DANIELLE VASQUEZ (DOB: 12/11/1995) AND KAIEO ZEIGLER (DOB: 09/26/2018);
      Terms: 1C - STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF AVEON SUTTLES (DOB:
10/15/2015) AND KAIEO ZEIGLER (DOB: 09/26/2018);
      Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : INCLUDE ANY DAYCARE SERVICES;
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION : OBSERVE SUCH OTHER CONDITIONS AS
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

Restricted Person: SUTTLES, QUENTIN
        DOB: 1990-02-02  Sex: M  Race: B
     Height: '"   Weight:   Eye: BRO  Hair: BRO  Skin:
        SSN: 120760917  FBI #:   State ID #:
   Other ID:
   Alt Name: SUTTLES, QUINTON C
Youthful Offender: false
Caution Info: -
    Caveat:
      Terms: 12 - ALL FIREARMS MUST BE SURRENDERED ON OR BEFORE : SURRENDER ANY AND ALL
HANDGUNS, PISTOLS, REVOLVERS, RIFLES, SHOTGUNS AND OTHER FIREARMS OWNED OR POSSESSED, INCLUDING, BUT
NOT LIMITED TO, THE FOLLOWING: ANY AND ALL WEAPONS/FIREARMS AND DO NOT OBTAIN ANY FURTHER GUNS OR
OTHER FIREARMS  SUCH SURRENDER SHALL TAKE PLACE IMMEDIATELY, BUT IN NO EVENT LATER THAN IMMEDIATELY
AT LAW ENFORCEMENT IS AUTHORIZED TO SEIZE ANY AND ALL FIREARMS THE RESPONDENT SHALL COOPERATE AND
ASSIST IN THE SURRENDER OF FIREARMS TO LAW ENFORCEMENT AT THE NEAREST POLICE PRECINCT;
      Terms: 13A - FIREARMS LICENSE (IF ANY) IS SUSPENDED : QUENTIN SUTTLES' (DOB:
02/02/1990) LICENSE TO CARRY, POSSESS, REPAIR, SELL OR OTHERWISE DISPOSE OF A FIREARM OR FIREARMS,
IF ANY, PURSUANT TO PENAL LAW 40000, IS HEREBY SUSPENDED;
      Terms: 13C - INELIGIBLE TO OBTAIN FIREARMS LICENSE DURING THE PERIOD OF THIS ORDER :
QUENTIN SUTTLES (DOB: 02/02/1990) SHALL REMAIN INELIGIBLE TO RECEIVE A FIREARM LICENSE WHILE THIS
ORDER IS IN EFFECT
      Terms: 99 - SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS
ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR
SUPERVISED ACCESS WITH THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
FAMILY COURT;

DCJS/NCIC Person (by Person)

------DCJS PERSON DATA-------------------------------------------

***Wanted Person Record***
        Name: SUTTLES, QUENTELL D
        DOB: 1990-02-02  Sex: M
     Height: 6'02"  Weight: 160  Eye: BRO  Hair: BLK
        SSN:   FBI #:   State ID #:
   Juvenile:
Recidivist: true
Predicate Felon: false
   Warrant #: 17707065  WPN #:   Status: 01

Warrant Date: 2017-08-01
Extradition: S -Extradition within the county of the wanting agency plus
             adjacent counties
Organization: Lancaster Town Police Department
Phone #: (716)683-2800
     ·Charge: VTL 0511  U M 2
     Caveat: RECIDIVIST;THIS SUSPECT IS BASED ON A MATCH BETWEEN A NAME IN THIS RECORD OR FROM A
NAME IN HIS/HER DCJS CRIMINAL HISTORY RECORD AND YOUR INQUIRY DATA.;NAM/ SUTTLES, QUENTELL D DOB/
1990-02-02
     Misc:


-------NCIC PERSON DATA------------------------------------

1L011234567891011
NY0140100

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140000 NAM/SUTTLES,QUENTIN SEX/M RAC/B
DOB/19900202 EYE/BRO HAI/BRO
SOC/120760917
PNO/2020-000429 BRD/N ISD/20200207 EXP/20200807 CTI/NY014023J
PPN/VASQUEZ,DANIELLE PSX/F PPR/B PPB/19951211 PSN/115843298
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: THE RESPONDENT SHALL HAVE A CARVE OUT FOR SUPERVISED ACCESS WITH
MIS/ THE CHILD, AVEON SUTTLES (DOB: 10/15/2015), AS ORDERED BY THE ERIE COUNTY
MIS/FAMILY COURT;
DNA/N
ORI IS ERIE COUNTY SHERIFF'S OFFICE 716 858-2903
PPN/SUTTLES,AVEON PSX/F PPR/U PPB/20151015
PPN/ZEIGLER,KAIEO PSX/M PPR/U PPB/20180926
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
AKA/SUTTLES,QUINTON C
NIC/H700381522 DTE/20200304 0241 EST DLU/20200304 0241 EST

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/TEMPORARY PROTECTION ORDER
ORI/NY0140100 NAM/SUTTLES,QUENTIN C SEX/M RAC/B
DOB/19900202 HGT/602 WGT/160 EYE/BRO HAI/BLK
PNO/2020-000688 BRD/N ISD/20200205 EXP/20200805 CTI/NY014011J
PPN/VASQUEZ,DANIELLE PSX/F PPR/U PPB/19951211
PCO/08 - SEE THE MISCELLANEOUS FIELD FOR COMMENTS REGARDING THE TERMS AND
PCO/CONDITIONS OF THE ORDER.
NOA/N
MIS/OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF
MIS/PROTECTION: NO COMMUNICATION WITH DANIELLE VASQUEZ (DOB: 12/11/1995)
MIS/INCLUDING, BUT NOT LIMITED TO, PHONE, MAIL, SOCIAL MEDIA OR THIRD PARTIES;
DNA/N
ORI IS BUFFALO CITY PD BUFFALO 716 851-4545
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED PERSON'S FAMILY

PCO/HOUSEHOLD

PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PGO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H220465913 DTE/20200313 0251 EDT DLU/20200313 0251 EDT

## DCJS Probation

------DCJS PROBATION DATA---------------------------------------

***No Probation Records Found***

## DCJS Parole

------DCJS PAROLE DATA----------------------------------------

***Parole Record***
              Name: SUTTLES, QUENTELL D
              DOB: 1990-02-02  Sex: M
         Height: 6'02"  Weight: 160
           NYSID: 476560       Eye: BLK   Hair: BLK
         Address: 996 WALDEN AVENUE
                  BUFFALO,
         Precinct:

    Statute Offense: 2108  Category: CRIM POSS WEAP 2ND(REV 09/78)*
      Effective Date: 2020-04-30  Expiry Date: 2022-10-30
Supervising Agency:   ORI:
Sr Parole Officer: HARTBADER,BETH
   Parole Officer: ROSARIO,ELIEZER
         Phone #:
         Address:

         Caveat: '

*Notified MP*

P-32

City of Buffalo - Department of Police
**Central Booking Bureau**
**Defendant Information**

CD No.    20-1310536
AFN    20-0147891

| DEFENDANT: QUENTIN SUTTLES | DOB: 2/2/90 | Date Of Arrest: 5/10/20 |
|---|---|---|

Co-DEFENDANTS:

| 1. | DOB: |
|---|---|
| 2. | DOB: |
| 3. | DOB: |

1. Officer in charge of case: OFC MICHAEL SCHEU     Assignment: C480

| Victim(s) / Witness (es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

## Erie County District Attorney – Buffalo City Court Disposition Form

| Arraign Date: Disp. Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1. PL 195.05 | | | | |
| 2. PL 205.30 | | | | |
| 3. PL 215.40-2 | | | | |
| 4. VTL 1227-A | | | | |
| 5. VTL 509-1 | | | | |
| 6. | | | | |

710.30 ( )     Lab ( )     Local/NYSISS ( )     MV-104 ( )
Supporting Dep. ( )     Medicals ( )     DMV ( )     Readiness ( )
Forensic Req. ( )     Breath Documents ( )     Albany ( )     **Domestic Violence** ( )

# BUFFALO PD

68 COURT STREET
BUFFALO, NY 14202

### PRISONER'S PROPERTY RECEIPT

Receipt #: 43126

Date: 05/10/2020

| | |
|---|---|
| Name: | SUTTLES, QUENTIN C. |
| DOB: | 02/02/1990 |
| Address: | 996  WALDEN AV |
| | BUFFALO, NY, 14211 |
| Arresting Officer(s): | PO M. SCHEU |
| Arrest #: | 261083 |
| | Complaint #:  20-1310536 |
| Remarks: | *Taken to ECMC* |

PROPERTY LIST:                    CASH:    $0.00

**NYS ID**
**EARRING**

Property #: _____
Placed In: _____                Recieved By: _____

**PROPERTY RECEIVED**                    **PROPERTY RETURNED**

Date: 5/10/20    Time: 2031            Date: _____    Time: _____

** I have received the above property.

_____            _____
Prisoner's Signature                    Prisoner's Signature

_____            _____
Officer's Signature                    Officer's Signature

*ITEMS NOT CLAIMED IN 90 DAYS FROM DATE OF ARREST WILL BE LEGALLY DISPOSED OF PURSUANT TO LAW*

P-1201 (2/89)
PREPARE IN
QUINTUPLICATE

**BUFFALO POLICE DEPARTMENT**
**Buffalo, New York**

CD# 201310536
DATE: 5-10-2015
TIME: 1915
UNIT: CCB.

## REQUEST FOR MEDICAL EXAMINATION OF PRISONER

| | | |
|---|---|---|
| FIRST **Quinton** MIDDLE LAST NAME **Suttes** | NO. **996** STREET **Walden** CITY **Bflo** STATE **NY 14211** | |

D.O.B. * **2-2-90**   SEX **Male**   Charge(s) (Specify Section/Sub Section & Title of the Law) **195.05**

Rank **P.O**   Arresting Officer(s) **R. Ammerman**   Unit: **C480**

* Is Prisoner a Juvenile? (Under 18 years of age)    YES ☐    NO ☑

Parent(s) or Guardian: Name    Address    Phone:

REMARKS: Indicate Illness or injury that occurred (by whom, where, when, how, to what extent: be specific.)

**Dislocated Right Shoulder. Face Contusion**

Signed **CBA** [signature]    Rank

| | | | | |
|---|---|---|---|---|
| Hospital: **ECMC** | Ambulance Vehicle No. and /or Police Officer/ Assignment Transporting **AMR 545** | | | |
| Name of Doctor: | Street & No. | City | State | Zip Code |

(Diagnosis / Nature of illness / treatment. Use Common medical terms to describe ailment.)

Was Prisoner admitted to Hospital?

Yes ☐    No ☐    Time _____ hrs.  Date: _____

Prisoner Released:
Time _____ hrs.  Date: _____

TO THE HOSPIAL:

If this prisoner is admitted, please notify the CIR Lieutenant at 851-4545 when the prisoner is to be released.

NOTICE! NO PERSON WHO APPEARS TO BE IN NEED OF MEDICAL ATTENTION SHALL BE IN CUSTODY UNTIL HE HAS BEEN EXAMINED AND TREATED BY A PHYSICIAN OR AT A HOSPITAL.

DISTRIBUTION: Original to Hospital; Copy to CIR; Chief of Detectives; I.A.D.; Command File.

P-163 (Rev 01/15)
ORI# 1501

263561

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

@ECMC

7 7P6

DISTRICT OF ARREST: _____
PROPERTY: ☐ YES    ☐ NO
MONEY: $ _____

DATE: 5/10/20    INCIDENT NUMBER: 201310536    RIC#: _____    AFN: 20-01478-91

DEFENDANT'S NAME: SUTTLES (LAST)    QUENTIN (FIRST)    C (M)

DATE OF BIRTH: 2/2/90    AGE: 30    PLACE OF BIRTH: BUFFALO

ARRESTING OFFICER: M. SHEA    ASSISTING OFFICER: R. AMMERMAN

DIST.: C    ASSIGNMENT: C480    ARREST DATE: 5/10/20    ARREST TIME: 1830

ADDRESS OF ARREST: MADISON @ EAGLE

CHARGES: PL 195.05  PL 205.30  1215.40(2)  VTL 1127A  VTL 509.1

NARRATIVE: DEF WAS OBSERVED OPERATING NY REG GWTS141 GOING WRONG WAY NORTH ON MADISON
OFFICERS INITIATED TRAFFIC STOP AND STRONG ODOR OF MARIJUANA WAS COMING FROM VEHICLE
WHILE CONDUCTING PAT DOWN SEARCH GRIDLEY DEFENDANT DID PUSH OFF VEHICLE AND FIGHT WITH OFCS
DEFENDANT CONTINUED TO FIGHT AND REACH IN HIS PANTS IGNORING OFCS VERBAL COMMANDS TO STOP
RESISTING/REACHING, ~~XXXXX~~ ~~XXXXXXXX~~ OFCS RECOVERED WHITE POWDER SUBSTANCE FROM
DEF'S RIGHT POCKET SUBMITTED TO LAB CHARGES PENDING UPON TEST RESULTS DEF DID STATE HE   TOOK WEED
                                                                                         HAD
DEFENDANT'S STREET NAME/ALIASES: FROM HIS PANTS AND THREW IT DURING STRUGGLE   plastic pill

DEFENDANT'S ADDRESS: 996 WALDEN

CITY: BUFFALO    STATE: NY    ZIP CODE: 14211    US CITIZEN: ☒ YES  ☐ NO

SOCIAL SECURITY NUMBER: 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    MARITAL STATUS: SINGLE    OCCUPATION: N/A

DEFENDANT'S SEX: M    HEIGHT: 6'2"    WEIGHT: 160    BUILD: SLIM    EYE COLOR: BROWN

HAIR COLOR: BLACK    SKIN TONE: MED    RACE: BLACK    ETHNICITY: _____

SCARS, MARKS, TATTOOS: _____

WARRANTS: ☐ YES  ☒ NO (IF YES, ATTACH COPY)  REPORT TECH. INITIALS: (MP)    SATISFACTORY ID: ☒ YES  ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES?  ☐ YES  ☐ NO    NYSID

(IF YES, WHERE?): _____

COMPLAINANT'S NAME: _____    RELATIONSHIP: _____

USE OF FORCE? ☐ YES    ☐ NO    (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☒ YES  ☐ NO  PLATE #: GWTS141    LOCATION: 166 DART

TO BE ASKED BY THE REPORT TECHNICIAN (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☒ YES  ☐ NO
   If yes, describe injury, any bandages, stitches etc. face contusion; dislocated right shoulder
   If yes, when were you injured? (Date and time) _____

2. Have you received medical attention since your arrest? ☒ YES  ☐ NO  taken to ECMC
   (If yes, Arresting Officers are responsible of completing P-1261)    (PA)

PROCESSING REPORT TECHNICIAN: _____    EMPL/DID NO.: _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)



Michael J Alberti /BPD
03/25/2021 11:16 AM

To  buffalopba@buffalopba.com

cc  dkillelea@gilmourkillelea.com, Ikeisha M
Thompson/BPD@BuffaloPoliceDept, Stephanie M
Feliciano/BPD@BuffaloPoliceDept

bcc

Subject  statements

Please be advised that the following employee's are scheduled for a statement on:
**Tuesday  April 6, 2021**

| 1500 hours, Force 5/10/20 | PO Ron Ammerman (T) | C-Dist | EC2020-024 | Excessive |
| 1530 | PO Mike Scheu(T) C-Dist | | "" | |

Ikeisha Thompson will email the officer's respective district with the Sworn Statement Notification and CC me when the notice goes out.

This will serve as the notification for the PBA and Attorney Daniel M. Killelea, Esq.

Please email me with any questions or concerns



"Heraty, David A."
<David.Heraty@erie.gov>

06/30/2020 04:02 PM

To  "'rvrosenswie@bpdny.org'" <rvrosenswie@bpdny.org>
cc  "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>
bcc
Subject  RE: Ammerman/Suttles

Hi Rob,

I do not ... it probably hasn't been assigned at this point.  We have just
notified DA Sandra Doorley.

-----Original Message-----
From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
Sent: Tuesday, June 30, 2020 3:35 PM
To: Heraty, David A. <David.Heraty@erie.gov>
Cc: AMLloyd@bpdny.org
Subject: Re: Ammerman/Suttles


[Caution: this email is not from an Erie County employee: attachments or links
may not be safe.]


Thank you Dave, do you have any contact info for the person that is handling
this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



"Heraty, David
A."
<David.Heraty@eri
e.gov>                                                                      To
                                "rvrosenswie@bpdny.org"
                                <rvrosenswie@bpdny.org>
06/30/2020 03:32
PM                                                                          cc

                                                                        Subject
                        Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

David A. Heraty | Assistant District Attorney Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov

Robert V Rosenswie/BPD
06/30/2020 03:35 PM

To  "Heraty, David A." <David.Heraty@erie.gov>
cc  Andre M Lloyd/BPD@BuffaloPoliceDept
bcc
Subject  Re: Ammerman/Suttles

Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
68 Court St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Heraty, David A." <David.Heraty@erie.gov>



"Heraty, David A."
<David.Heraty@erie.gov>
06/30/2020 03:32 PM

To  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>
cc
Subject  Ammerman/Suttles

Hi Rob,

Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.

Dave

**David A. Heraty** | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2447 | F:+1(716)858-7425
David.Heraty@erie.gov | http://www.erie.gov



**Robert V Rosenswie/BPD**
06/30/2020 05:23 PM

To  "Heraty, David A." <David.Heraty@erie.gov>

cc  Andre M Lloyd/BPD/BuffaloPoliceDept

bcc

Subject  Re: Ammerman/Suttles

Ok thanks Dave

Sent from my iPhone

> On Jun 30, 2020, at 4:02 PM, Heraty, David A. <David.Heraty@erie.gov> wrote:
>
> Hi Rob,
>
> I do not ... it probably hasn't been assigned at this point.  We have just notified DA Sandra Doorley.
>
> -----Original Message-----
> From: rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
> Sent: Tuesday, June 30, 2020 3:35 PM
> To: Heraty, David A. <David.Heraty@erie.gov>
> Cc: AMLloyd@bpdny.org
> Subject: Re: Ammerman/Suttles
>
>
> [Caution: this email is not from an Erie County employee: attachments or links may not be safe.]
>
>
> Thank you Dave, do you have any contact info for the person that is handling this in Monroe? Please advise.
>
> Inspector Robert V Rosenswie
> Buffalo Police Department
> Internal Affairs Division
> 68 Court St
> Buffalo,  N.Y. 14202
> 716-851-4558(ofc)
> 716-851-5229(fax)
> Email: rvrosenswie@bpdny.org
>
>
>
>
>             "Heraty, David
>             A."
>             <David.Heraty@eri              To
>             e.gov>              "rvrosenswie@bpdny.org"
>                                 <rvrosenswie@bpdny.org>
>             06/30/2020 03:32              cc
>             PM
>                                           Subject
>                             Ammerman/Suttles
>
>
>

>
>
>
>
>
>
>
> Hi Rob,
>
> Due to a conflict, we have recused ourselves from the investigation of the use of force against Quentin
Suttles on May 10, 2020.  The investigation will be handled by the Monroe County District Attorney.
>
> Dave
>
> David A. Heraty | Assistant District Attorney Erie County | District Attorney
> 25 Delaware Ave., 7th Floor | Buffalo, NY 14202
> P:+1(716)858-2447 | F:+1(716)858-7425
> David.Heraty@erie.gov | http://www.erie.gov
>
>
>



Robert V Rosenswie/BPD
05/12/2020 10:51 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Fwd: 20-131-0536

Sent from my iPhone

Begin forwarded message:

**From:** Courtney A Tripp <CATripp@bpdny.org>
**Date:** May 11, 2020 at 6:42:45 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: 20-131-0536**

*(See attached file: 20-131-0536-05112020183533.pdf)*

Lieutenant Courtney Tripp
Buffalo Police Department C-Dist
693 E Ferry Ave
Buffalo, NY 14211
(716)851-4416

catripp@bpdny.org   20-131-0536-05112020183533.pdf

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso
Wright/BPD                    ToRobert V Rosenswie/BPD@BuffaloPoliceDept
                              cc
05/11/2020                    Subjectcomplainant
10:02 AM

Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org



Robert V Rosenswie/BPD
05/11/2020 06:34 PM

To    Andre M Lloyd/BPD/@BuffaloPoliceDept

cc

bcc

Subject   Fwd: Suttles

Andre, thus is starting to gain some attention. I have a disk for your file and see the below CCB docs. Please make this a priority. Let me know if you have any questions. Thank you

Sent from my iPhone

Begin forwarded message:

**From:** Richard J Fulinara <RJFulinara@bpdny.org>
**Date:** May 11, 2020 at 6:21:17 PM EDT
**To:** Robert V Rosenswie <rvrosenswie@bpdny.org>
**Subject: Suttles**

*(See attached file: suttles-05112020181757.pdf)*   suttles-05112020181757.pdf

Kathryn M Billanti/BPD
05/12/2020 10:11 AM

To    Andre M Lloyd/BPD@BuffaloPoliceDept

cc    Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
      Rosenswie/BPD@BuffaloPoliceDept

bcc

Subject    Re: Facebook videos

History:        This message has been replied to.

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD
05/11/2020 04:49 PM

To    Kathryn M Billanti/BPD@BuffaloPoliceDept

cc    Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept

Subject    Facebook videos

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

Robert Dingwall/BPD
05/12/2020 10:53 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject  Re: Facebook videos 📄

History:    💬 This message has been replied to.

Lieutenant,

I provided Inspector Rosenswie with a DVD of the beginning 30-45 seconds of the incident yesterday to at least get you started until Katie can burn the remaining clips to a DVD.

Bob Dingwall
Camera System Administrator
Buffalo Police Department
rdingwall@bpdny.org
716-854-3295 office
716-799-2288 cell
Andre M Lloyd/BPD



Andre M Lloyd/BPD
05/12/2020 10:31 AM

To  Kathryn M Billanti/BPD@BuffaloPoliceDept

cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V Rosenswie/BPD@BuffaloPoliceDept

Subject  Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned to a disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone

On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

Good Morning!

I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!

Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center

68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is
provided for official law enforcement use only. Unauthorized secondary dissemination of this
material is strictly prohibited. Any secondary dissemination outside of law enforcement without
approval of the Erie Crime Analysis Center and/or the originating agency may be subject to
criminal and/or administrative penalties
Andre M Lloyd/BPD

| | | |
|---|---|---|
| Andre M Lloyd/BPD | To | Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | Subject | Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with
copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD                To  Andre M Lloyd/BPD@BuffaloPoliceDept
05/11/2020 12:25 PM                   cc  Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R.
                                          Handsor/BPD@BuffaloPoliceDept
                                 bcc
                              Subject  Fw: complainant Q Suttles

History:               ⊠ This message has been replied to.

Andre, please contact this complaint  below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org


----- Forwarded by Robert V Rosenswie/BPD on 05/11/2020 12:23 PM -----

Alphonso Wright/BPD
05/11/2020 10:02 AM                   To  Robert V Rosenswie/BPD@BuffaloPoliceDept
                                 cc
                              Subject  complainant


Tina Akaic - (716) 563-2343 complainant for Quentin Suttles CD# 20-131-0536

Chief Alphonso Wright
Buffalo Police Department
C District
693 E. Ferry Street
Buffalo, NY 14211
(716) 851-4412
email: awright@bpdny.org

Robert V Rosenswie/BPD

05/11/2020 02:26 PM

To   Andre M Lloyd/BPD@BuffaloPoliceDept

cc

bcc

Subject   Re: complainant Q Suttles

History:         📎 This message has been replied to.

Andre, can you look and see if body cameras were activated and if so view and preserve the footage as soon as possible. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

   Andre M Lloyd/BPD

05/11/2020 12:59 PM

To   Robert V Rosenswie/BPD@BuffaloPoliceDept

cc   Gaisha B Wilson/BPD@BuffaloPoliceDept, Lavonne R. Handsor/BPD@BuffaloPoliceDept

Subject   Re: complainant Q Suttles

Ok. Will do.

Andre

Sent from my iPhone

> On May 11, 2020, at 12:25 PM, Robert V Rosenswie <rvrosenswie@bpdny.org> wrote:

Andre, please contact this complaint below in reference to a complaint of ex force. I am in the process of getting a segment of video put on a disk. Let me know if there any questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org



| | | To | "amlloyd@bpdny.org" <amlloyd@bpdny.org> |
|---|---|---|---|
"D Angelo , Bianca S" <BD'Angelo@monroecounty. gov>

01/04/2021 12:41 PM

To    "amlloyd@bpdny.org" <amlloyd@bpdny.org>
cc
bcc
Subject   Buffalo PD Investigation Status

History:          🖉 This message has been replied to and forwarded.

Dear Lt. Lloyd:

As per our phone call this morning, the investigation is still pending.  I will let you know if/when there is a change in status.  Thank you for your call.

Bianca Stella D'Angelo
Assistant District Attorney
47 South Fitzhugh Street
Rochester, New York 14614
P: 585-753-4617

PLEASE NOTE THAT EMAIL IS THE MOST EFFECTIVE WAY TO REACH ME!

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Michael J Alberti /BPD

05/13/2021 09:48 AM

To   Alphonso Wright/BPD/BuffaloPoliceDept

cc   Barbara A Lark/BPD/BuffaloPoliceDept, Robert V
     Rosenswie/BPD/BuffaloPoliceDept, Joseph M
     Langdon/BPD/BuffaloPoliceDept, Jason R

bcc

Subject   Re: PO Scheu / PO Ammerman

Chief Wright,

   Just wanted to update you on the email I sent you yesterday regarding PO Scheu and PO Ammerman
as I later discovered PO Scheu transferred to MP2 and his days off are different than originally stated.

PO Ronald Ammerman will be brought back from Administrative Leave on Wednessday 5/19/21 and upon
his return to work that day at 1600 hours is to report immediately  to the Cheektowaga Police
Department's  Range for his annual qualification with his Department issued Glock before he is released
to work back on patrol.

PO Michael Scheu is scheduled to be on his first WV next  Wednesday but must report to the
Cheektowaga Police Department's Range on Wednessday 5/19/21 to qualify with his department issued
Glock. DPC Lark has authorized PO Scheu to get 4 hours of OT to do this and in discussion between the
Range, myself and PO Scheu the hours for this will be 0800 - 1200

DPC Lark has determined both Officer's will in addition to thier qualifications be required to attend
remedial article 35 training which she will decide the date for this after having discussion regarding same
with Lt. James Stabler of the Academy

Both PO Scheu and PO Ammerman were notified yesterday by me regarding all of which I mentioned
above and I respectfully  recommend they be notified by thier Command of same. Should you need
anything else regarding this please call me


Respectfully,

Lt. Michael Alberti
Michael J Alberti/BPD


Michael J Alberti /BPD

05/12/2021 04:19 PM

To   Alphonso Wright/BPD

cc   Barbara A Lark/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept, Joseph M
     Langdon/BPD@BuffaloPoliceDept, Jason R
     Whitenight/BPD@BuffaloPoliceDept

Subject   PO Scheu / PO Ammerman


Chief Wright,


   Today, 5/12/21, DPC Lark did hear IAD Case EC2020-024 which was an excessive force complaint
involving PO Michael Scheu and PO Ronald Ammerman from Madison / E. Eagle on 5/10/20. After
hearing all evidence related to the case, DPC Lark did determine the allegations against both Officer's
were Not sustained. Per DPC Lark, PO Scheu and PO Ammerman are cleared to be brought back from
Administrative leave on Wednesday May 19,2021 and on that day during at the start of their shift they are

to report to the Cheektowaga Police departments randge and qualify with thier Department issued Firearm as they both have not qualified since 3/4/2020.

I will be notyfying both Officers regarding this matter and would recommend their command follow up with them as well. Should you have any questions please call me


Respectfully,

Lt. Michael Alberti

**Robert V Rosenswie/BPD**
05/12/2020 11:31 AM

To  Andre M Lloyd/BPD@BuffaloPoliceDept
cc
bcc
Subject  Re: OT Request UOF2020-158

Approved, thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Andre M Lloyd/BPD

**Andre M Lloyd/BPD**
05/12/2020 11:22 AM

To  Robert V Rosenswie/BPD@BuffaloPoliceDept
cc
Subject  OT Request UOF2020-158

Inspector,

I request permission to conduct a neighborhood canvass on the evening of 5/12/2020 in the area of E Eagle St. and Madison St.in order to investigate Excessive Force complainant UOF2020-158.

Thank you

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Kathryn M Billanti/BPD          To  Andre M Lloyd/BPD@BuffaloPoliceDept
05/12/2020 11:32 AM            cc
                              bcc
                          Subject  Re: Facebook videos 

History:      📩 This message has been replied to.

I think Bob is going to try to put them to disc for you!


Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited.  Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

Andre M Lloyd/BPD                To  Kathryn M Billanti/BPD@BuffaloPoliceDept
05/12/2020 10:31 AM            cc  Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
                                  Rosenswie/BPD@BuffaloPoliceDept
                          Subject  Re: Facebook videos


Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a
disk. I appreciate your assistance.
Lt. Lloyd

Sent from my iPhone
        On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:

        Good Morning!

        I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to
        put them on a disc. We can let you know when they are done. If you need it sooner than that
        please let me know!

        Thanks!

Katie

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

| | | |
|---|---|---|
| Andre M Lloyd/BPD<br><br>05/11/2020<br>04:49 PM | To | Kathryn M Billanti/BPD@BuffaloPoliceDept |
| | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| | Subject | Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you


https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/


Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/12/2020 02:29 PM

To   "Ms. Wilson Wilson" <gbwil@hotmail.com>

cc   Andre M Lloyd/BPD@BuffaloPoliceDept

bcc

Subject   Re: Hello

Giasha, We have a case opened on this. Lt Lloyd will be investigating the matter, I cc'd him on this email.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/12/2020 02:10 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

cc

Subject   Hello

Inspector,
   We have received several messages regarding a recent video of two Buffalo Police Officers' using excessive forced towards the suspect in the video. As of yet we have not received any messages from the male in the video nor from anyone who was actually there. I have attached a screen shot of the video but unfortunately can't attach the video.
   Please advise moving forward.

Respectfully Submitted,

PO Gaisha B. Wilson

THE BUFFALO BILLS BIGGEST FAN!

**Andre M Lloyd/BPD**
05/13/2020 12:29 PM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept, Robert
      Dingwall/BPD@BuffaloPoliceDept
cc   Robert V Rosenswie/BPD@BuffaloPoliceDept
bcc
Subject   Re: Facebook videos

Thank you. I have an additional facebook video below which shows the complainant speaking with
family members after his release. Can you please download and copy this video as well.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/116028956768399/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org
Kathryn M Billanti/BPD

**Kathryn M Billanti/BPD**
05/12/2020 11:32 AM

To   Andre M Lloyd/BPD@BuffaloPoliceDept
cc
Subject   Re: Facebook videos

I think Bob is going to try to put them to disc for you!

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
68 Court St.
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided
for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly
prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime
Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
Andre M Lloyd/BPD

 **Andre M Lloyd/BPD**
05/12/2020 10:31 AM

To   Kathryn M Billanti/BPD@BuffaloPoliceDept



cc   Robert Dingwall/BPD@BuffaloPoliceDept, Robert V
     Rosenswie/BPD@BuffaloPoliceDept
Subject   Re: Facebook videos

Thank you Katie! As long as they are downloaded, I can wait until they're able to be burned  to a disk. I appreciate your assistance.

Lt. Lloyd

Sent from my iPhone

> On May 12, 2020, at 10:11 AM, Kathryn M Billanti <KMBillanti@bpdny.org> wrote:
>
> Good Morning!
>
> I downloaded the videos but I am not in the office. Someone will be there tomorrow to be able to put them on a disc. We can let you know when they are done. If you need it sooner than that please let me know!
>
> Thanks!
>
> Katie
>
> Kathryn Billanti
> Crime Research Analyst
> Erie Crime Analysis Center
> 68 Court St.
> Buffalo, NY 14202
> Phone: 716.851.4452
> Fax: 716.851.4963
>
> Information contained in this document is considered LAW ENFORCEMENT SENSITIVE and is provided for official law enforcement use only. Unauthorized secondary dissemination of this material is strictly prohibited. Any secondary dissemination outside of law enforcement without approval of the Erie Crime Analysis Center and/or the originating agency may be subject to criminal and/or administrative penalties
> Andre M Lloyd/BPD

| Andre M Lloyd/BPD | To Kathryn M Billanti/BPD@BuffaloPoliceDept |
| 05/11/2020 04:49 PM | cc Robert V Rosenswie/BPD@BuffaloPoliceDept, Robert Dingwall/BPD@BuffaloPoliceDept |
| | Subject Facebook videos |

Hey Katie,

Would you be able to burn to a disc the video from the below facebook links and provide me with copies.

Thank you

https://www.facebook.com/yahyah.yahyah.5602/videos/115675553470406/

https://www.facebook.com/yahyah.yahyah.5602/videos/115681536803141/

https://www.facebook.com/yahyah.yahyah.5602/videos/115686093469352/

https://www.facebook.com/yahyah.yahyah.5602/videos/115687863469175/

Lieutenant Andre M. Lloyd
Buffalo Police Department
Internal Affairs Division
68 Court St., Suite 300
Buffalo, NY 14202
(716) 851-4783
email: amlloyd@bpdny.org

Robert V Rosenswie/BPD
05/13/2020 01:00 PM

To   "Ms. Wilson Wilson" <gbwil@hotmail.com>

cc   "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>

bcc

Subject   Re: Q Suttles Attorney

Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

"Ms. Wilson Wilson" <gbwil@hotmail.com>



"Ms. Wilson Wilson"
<gbwil@hotmail.com>
05/13/2020 12:58 PM

To   "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

cc   "AMLloyd@bpdny.org" <AMLloyd@bpdny.org>

Subject   Q Suttles Attorney

Sir,
    I did contact Attorney April Robinson twice today. I did leave her message regarding where so can send a formal complaint to our office. I just checked the voicemail and she has not returned my call as of yet. Take care and be safe.
Attorney April A. Robinson
The Elevation Law Firm
(404) 819 1980
Respectfully Submitted,
PO Gaisha B. Wilson
THE BUFFALO BILLS BIGGEST FAN!

Robert V Rosenswie/BPD          To   Andre M Lloyd/BPD@BuffaloPoliceDept
05/14/2020 09:58 AM             cc

                                bcc

                            Subject   ammerman/scheu

Andre, per our conversation please provide ADA Joe Agro with a copy of our entire file relating to
Ammerman and Scheu ASAP. His contact number is 716-858-2545 (ofc) 716-866-8412(c) his email is
joseph.agro@erie.gov. Let me know if you have any issues or questions. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org

Michael J Alberti /BPD

04/21/2021 10:09 AM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>

cc

bcc

Subject  Re: 50-H Transcript Request

Hi Zach,

Wondering if Ms. Rachely Cortorreal ever showed for her 50-H?  Also, I a was given Lt. Lloyd's case involving PO Ammerman and PO Scheu fom 5/10/20 and was wondering if Mr. Quentin Suttles has given a 50H also or is scheduled to do so?

Thank you,

Lt. alberti
Michael J Alberti/BPD

Michael J Alberti /BPD

03/26/2021 03:12 PM

To  "Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>

cc

Subject  Re: 50-H Transcript Request

Hello Zach,

wondering if complainant showed for 50-H and if so could I get a copy

Regards,

Lt. Alberti
"Garlick,Zachary T." <zgarlick@ch.ci.buffalo.ny.us>



"Garlick,Zachary T."
<zgarlick@ch.ci.buffalo.ny.us
>
02/26/2021 10:07 AM

To  "mjalberti@bpdny.org" <mjalberti@bpdny.org>

cc  "rvrosenswie@bpdny.org" <rvrosenswie@bpdny.org>

Subject  Re: 50-H Transcript Request

50-h is scheduled for March 25, 2021.
Zachary Garlick
Assistant Corporation Counsel
City of Buffalo: Department of Law
1135 City Hall: 65 Niagara Square
Buffalo, New York 14202

Phone: (716) 851-4770
Email: zgarlick@city-buffalo.com

**From:** mjalberti@bpdny.org <mjalberti@bpdny.org>
**Sent:** Wednesday, February 24, 2021 3:44 PM
**To:** Garlick,Zachary T. <zgarlick@ch.ci.buffalo.ny.us>
**Cc:** rvrosenswie@bpdny.org <rvrosenswie@bpdny.org>
**Subject:** Re: 50-H Transcript Request

ATTENTION: This email came from an external source. Do not open attachments or click on links from
unknown senders or unexpected emails.

Hello Zack,

    Working on a case opened from a  Notice of Claim received from
Attorney Jeffrey Krajewski and his clients allegations stemmimg from her
arrest late on 11/8/20 and subsequent incarceration into CCB on 11/9/20.
Has his  client, Rachely Corrrtorreal  given a  50-H or  scheduled to do
so?

Thank you,

Lt. Mike Alberti
Internal Affairs Division

5/11/2020

**Cariol Holloman-Horne**
2 hrs ·

Share!!! Buffalo, NY Police are targeting, pulling over our young men and women and treating them like shit. This young man could have been killed had this not been filmed, but was beaten although it was being filmed. Please anyone seeing a car stop please film. This young man has a broken collar bone and eye socket. I don't care if he has a police record. It has nothing to do with the Officers behavior. The Officer needs a police record for assault. #drivingwhileblack #breathingwhileblack #thebluewallofviolence



5/11/2020

carlol holloman-home - Facebook Search

| Like | Comment | Share |
|------|---------|-------|



**Rex Powell** #KillerCops #SlavePatrol

Like · Reply · 2h · Edited

**D.w. Yarbrough** Cops face looks ready for a boot

Like · Reply · 2h

**Rex Powell**



Like · Reply · 2h

  **Dorrain Roundtree** Rex Powell What is that? A badge from 1858? Wow.

Like · Reply · 52m

  **Rex Powell** Dorrain Roundtree Yep! The origins of police is slave patrols ...

Like · Reply · 47m

  **Dorrain Roundtree** Rex Powell I never knew that! It all makes sense now.

Like · Reply · 23m

Write a reply...

5/11/2020



**Donna Price-Mereau** Where is this

Like · Reply · 2h



**Kitty Johnson** What's happening in the first pic?

Like · Reply · 1h



**Cariol Holloman-Horne** Buffalo, NY

Like · Reply · 1h

**Donna Price-Mereau** Cariol Holloman-Horne Wowwwww wtf

Like · Reply · 1h



**Marquell Mack** This is sad

Like · Reply · 1h



**Cariol Holloman-Horne** We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence

Like · Reply · 1h



**Patricia Roberts** WOW

Like · Reply · 1h



**Vivian Gwathney** Truly sad jesus

Like · Reply · 1h



**Eudora Brown** Wow

Like · Reply · 1h



**Tia Mackie** Lord take the wheel..and end all this hatred and crimes against our young black neighbors in our community

Like · Reply · 1h · Edited



**Kisha Fulgham**

Like · Reply · 1h



6

cariol holloman-horne - Facebook Search

**Mya Patterson** This is why I carry a gun I'll shoot all of them

Like · Reply · 1h                    8

**Cariol Holloman-Horne** Mya Patterson seems like that is what needs to happen. They are too comfortable violating our rights. Misusing the law to hold us hostage and beat the living dog shit out of us because the feel they can #thethinbluelie

Like · Reply · 1h · Edited          3

**Skip Plomo Yplata** Mya Patterson erase your comment asap they gave a kid from the town 15 years for this

Like · Reply · 1h                    1

**Cariol Holloman-Horne** Skip Plomo Yplata she is only talking about protecting herself. She is fine.

Like · Reply · 1h                    1

**Cariol Holloman-Horne** Skip Plomo Yplata we need to get him out of jail if he didn't get out yet cause that is some BS!

Like · Reply · 1h · Edited

**Dion J Jackson** Mya Patterson

Like · Reply · 1h

**Skip Plomo Yplata** Cariol Holloman-Horne I totally understand I come a wild up bringing just looking out for my people

Like · Reply · 31m

**Cariol Holloman-Horne** Skip Plomo Yplata, but yet they are still abusing and killing us.

Like · Reply · 30m                  1

**Skip Plomo Yplata** Cariol Holloman-Horne only if you knew

Like · Reply · 12m

**Cariol Holloman-Horne** Skip Plomo Yplata I do

5/11/2020

caroi holloman-home - Facebook Search

Like · Reply · 9m

Write a reply...


**Tamicka Hancock** What in the actual fuck gives them the right ??????

Like · Reply · 1h    1


**Cariol Holloman-Horne** Tamicka Hancock WE have given them the right because we are only in an uproar for a second and then go back to doing us.

Like · Reply · 1h    2


Glenn Gadley

Like · Reply · 1h


**Classy Msirresistablesweetness Starks** Crazy shit

Like · Reply · 1h


**Mo Maldo News 4 WIVB** Buffalo

Like · Reply · 1h    1


**Damario Daffy Douglas** Wow this is messed up

Like · Reply · 1h


**Tina Vickers** Who is the officer

Like · Reply · 1h    1


**Cariol Holloman-Horne** Tina Vickers I'll find out and give the commissioners number to give him a chance to step up for once.

Like · Reply · 1h


**Dion J Jackson** Alright now when one of these cops gets their

Like · Reply · 1h    1

5/11/2020

cariol holloman-home - Facebook Search

head blown the f-k off and folks start going after their families then what?

Like · Reply · 1h

**Cariol Holloman-Horne** Dion J Jackson exactly!

Like · Reply · 1h

**Keith Coleman** PROBABLY HAS A FAMILY....DAD AT WORK ...SERVING AND PROTECTING....modern media has revolutionised the way we receive the news....one day he and his evil friends will be in a nursing home and somebody will remember his face....it alway pays to treat people with respect.

Like · Reply · 1h                                                                  1

**Vonnie SkinoWorld Glover** Same Cops That Harassed me and gave me 6 tickets for nothing

Like · Reply · 1h

**GiGi Bragg Renfro** My son was recently stopped by BPD and he was arrested but they took his phone his bank card a credit and 3000 cash they told him he was a drug dealer which he is not he make jewelry and his a college student they released him they next day when he try... See More

Like · Reply · 1h                                                                  5

**Kayla George** GiGi Bragg Renfro FUNNY. Exact same thing happened to me two weeks ago......

Like · Reply · 41m

**Cariol Holloman-Horne** GiGi Bragg Renfro who was the Officer.

Like · Reply · 37m

**Deshaun Houston** Thats Ammerman always been an asshole cop

Like · Reply · 1h                                                                  1

**Daniels Jae** Greg D Garrett Jr.

Like · Reply · 53m



5/11/2020

cariol holloman-home - Facebook Search



**Sew Woo** Hold your head my G this shit crazy don't worry they better invest in getting them 2 dick heads a bullet proof car fuck the police

GIPHY

Like · Reply · 50m                                                                                    1

**Anthony Ramirez** Regardless of what a person does if the officer is not in any danger of loosing a life he has no right to abuse a person just because. Your telling me two officers on one person and they couldn't handcuff them? No need to choke a person and throw multiple punches to the face. Let it be the other way around the cop not in uniform and being treated like that by a cop he would not like it would he

Like · Reply · 49m · Edited


**Eric Olivera** Fuck buffalo police

Like · Reply · 38m

**Clinton Davis** Were this mother fucker at someone needs to to this to his bitch as kids son of a real bitch his mother

Like · Reply · 32m                                                                                    1


**Andy Williams** Fuck 12

Like · Reply · 32m

**Destini McClain** They follow me all the time cause my car was from Ohio n I N October I was assaulted by buffalo police because there officer posed a fake crime scene I beaT the case she lied and said she was in an accident and There wasn't an accident my daughter



5/11/2020

cariol holloman-home - Facebook Search

and I were both attacked beating a black person or screaming resisting and the person hands in the air

Like · Reply · 30m

**Destini McClain** Pulled out the window my car was held 30 day police held then released I was falsely accused and the judge was white also I beat the case after two months

Like · Reply · 29m

**Myles Soules** Lesley Soules

Like · Reply · 22m

**Amàncio Torres** Smfh

Like · Reply · 11m

**Leona Perry**

Like · Reply · 8m

**Daphne Blue** Craziness

Like · Reply · 7m

**Màni Mònroè** DMoney Narain

Like · Reply · 1m

**Laura Taylor** Very sad this shit is still happening...

Like · Reply · 1m

Write a comment...



1/1

cariol holloman-horne - Facebook Search

5/11/2020

**Cariol Holloman-Horne**
35 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like       Comment       Share

https://www.facebook.com/search/top/?q=cariol holloman-horne&epa=SEARCH_BOX

1/3

5/11/2020

cariol holloman-horne - Facebook Search

**Cariol Holloman-Horne**
36 mins ·

**(716)851-4040 Call Police Commissioner Byron Lockwood, demand that these Officers be taken off the street. We fear for our lives. I'll post the addresses of where their families live if he does nothing. #fedupwhileblack**

10

12 Comments  30 Shares

Like       Comment       Share

**Leo Love** There was a woman on answer machine

Like · Reply · 28m

**Cariol Holloman-Horne** Leo Love leave a message, call tomorrow or both. Thanks

Like · Reply · 26m · Edited

**Leo Love** Cariol Holloman-Horne I left message

Like · Reply · 22m                    1

**Leo Love** Didn't really know what to say but I summed it up

2/3

5/11/2020

cariol holloman-home - Facebook Search

without sounding stupid

Like · Reply · 22m

**Cariol Holloman-Horne** Leo Love I'm sure you didn't sound stupid...silence is stupid, you spoke up!

Like · Reply · 20m

Write a reply...

2

**Tyheisha Edwards** Do you know the officers name?

Like · Reply · 17m



**Cariol Holloman-Horne** Tyheisha Edwards not yet

Like · Reply · 16m



**Tyheisha Edwards** Cariol Holloman-Horne ok I was just asking because I wanted to call and leave a message but didn't know their names

Like · Reply · 15m

1



**Cariol Holloman-Horne** Tyheisha Edwards You can just mention, they we want all of the rogue Officers doing these unprovoked, violent car stops to be reprimanded and taken out of our neighborhoods because these Officers are not the only ones abusing us. C District Officers are a big problem .

Like · Reply · 11m · Edited

1



**Tyheisha Edwards** Cariol Holloman-Horne ok thank you. I'm definitely calling

Like · Reply · 5m

1

**Cariol Holloman-Horne** Tyheisha Edwards thanks and encourage others to call also, please.

Like · Reply · 2m

1



**Tyheisha Edwards** Cariol Holloman-Horne will do

Like · Reply · 1m

cariol holloman-home - Facebook Search

Write a reply...

Write a comment...

5/11/2020

cariol holloman-home - Facebook Search

**Cariol Holloman-Horne**
1 hr ·

**We have to protect our young black children from these rouge white male Buffalo Police Officers. You are either for them or against them no straddling the fence! Time to break the #codeofviolence**

26

1 Comment 4 Shares

Like

Comment

Share

Venus Marie LeTo

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

5/11/2020

cariol holloman-home - Facebook Search

Like · Reply · 1h

Write a comment...

cariol holloman-home - Facebook Search

**Cariol Holloman-Home** added a new photo.
2 hrs ·

https://www.facebook.com/search/top/?q=cariol holloman-home&epa=SEARCH_BOX

cariol holloman-home - Facebook Search

5/11/2020

5

4 Comments 2 Shares

Like         Comment         Share

**Darvin Adams** Isnt the choke hold illegal iin New York State

Like · Reply · 46m

**Cariol Holloman-Horne** Darvin Adams but yet, he's using it.

Like · Reply · 36m

**Darvin Adams** Cariol Holloman-Horne lets call on the black dude in charge on this

Like · Reply · 35m

**Tina Vickers** Piece of trash Who's this officer

Like · Reply · 18m

Write a comment...





EXHIBIT Defendtant's

**006**

JMM 01/31/2024

exhibitsticker.com

0:00:01

0:00:43